LIONEL Z. GLANCY (#134180)
PETER A BINKOW (#173848)
**GLANCY BINKOW & GOLDBERG, LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: mmgoldberg@glancylaw.com

LAURENCE M. ROSEN
PHILLIP KIM
**THE ROSEN LAW FIRM, P.A.**
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

Attorneys for Plaintiff Allan Query

*Filed FEB 0 6 2008 — RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

ADR  E-FILING

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated, | CIVIL ACTION NO. C08 00832 PVT |
| Plaintiff, | |
| vs. | CERTIFICATION OF FINANCIAL INTEREST PURSUANT TO CIVIL LOCAL RULE R. 3-7(d) |
| MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR, | |
| Defendants. | |

CERTIFICATION OF FINANCIAL INTEREST PURSUANT TO L.R. 3-7(d)

ORIGINAL

1

2      Pursuant to Civil Local Rule 3-7(d), the undersigned, counsel of record for
3  Plaintiff Allan Query, hereby affirms under penalty of perjury that counsel does not
4  directly own or otherwise have a beneficial interest in securities that are the subject of the
5  above-captioned action.

6

7  Dated: February 5, 2008                    Respectfully submitted,

8                                             **GLANCY BINKOW & GOLDBERG LLP**

9
10                                             By: _____
11                                                  Lionel Z. Glancy
                                                    Peter A. Binkow
12                                                  1801 Avenue of the Stars, Suite 311
                                                    Los Angeles, California 90067
13                                                  Telephone:  (310) 201-9150
                                                    Telephone:  (310) 201-9160
14

15                                             **THE ROSEN LAW FIRM, P.A.**
                                               Laurence Rosen, Esq.
16                                             Phillip Kim, Esq.
17                                             350 Fifth Avenue, Suite 5508
                                               New York, NY 10118
18                                             Telephone: (212) 686-1060
                                               Telephone: (212) 202-3827
19
20                                             Attorneys for Plaintiff

21
22
23
24
25
26
27
28

CERTIFICATION OF FINANCIAL INTEREST PURSUANT TO L.R. 3-7(d)

2