1
2
3
4
5
6
7
8
9
10

11 UNITED STATES DISTRICT COURT
12 NORTHERN DISTRICT OF CALIFORNIA
13
14

| | |
|---|---|
| 15  ALLAN QUERY, Individually and on<br>    Behind of All Others Similarly Situated, ) | CASE NO. C08-00832 PVT |
| 16                                         ) | **CLASS ACTION** |
|                 Plaintiff,                 ) | |
| 17        v.                               ) | **[PROPOSED] ORDER GRANTING<br>MOTION BY RICK T. BURNINGHAM FOR** |
| 18  MAXIM INTEGRATED PRODUCTS,             ) | **APPOINTMENT OF LEAD PLAINTIFF** |
|     INC., JOHN F. GIFFORD and CARL W.      ) | **AND LEAD COUNSEL PURSUANT TO** |
| 19  JASPAR,                                ) | **SECTION 21D OF THE SECURITIES** |
|                                            ) | **EXCHANGE ACT OF 1934** |
| 20              Defendants.                ) | |
|                                            ) | DATE:   May 13, 2008 |
| 21  _____) | TIME:   10:00 a.m. |
|                                              | JUDGE:  Honorable Patricia V. Trumbull |
| 22                                           | CTRM:   5, 4th Floor |

23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING MOTION BY RICK T. BURNINGHAM FOR APPOINTMENT OF LEAD PLAINTIFF
AND LEAD COUNSEL
CASE NO. C08-00832 PVT**                                                      Z:\STULL\MAXIM\PLD\LP Order.wpd

1    This Court, having considered the motion by Rick T. Burningham for Appointment of Lead Plaintiff and Lead Counsel Pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Motion"), for good cause shown, hereby orders as follows:

    1.    Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), Rick T. Burningham is appointed Lead Plaintiff for the Class.

    2.    Lead Plaintiff's selection of counsel is approved. Pursuant to §21D(a)(3)(B)(V), the law firm of Stull, Stull & Brody is appointed Lead Counsel for the class.

    3.    Lead Counsel is vested by the Court with the following responsibilities and duties:

        a.    To coordinate the preparation and filing of an Amended Complaint, and any subsequent pleadings;

        b.    To coordinate the briefing and argument of all motions;

        c.    To coordinate and conduct all discovery, pre-trial and trial proceedings for plaintiffs;

        d.    To call meetings of plaintiffs' counsel as they deem appropriate or necessary from time to time;

        e.    To initiate and conduct all settlement negotiations for plaintiffs with counsel for defendants;

        f.    To provide general coordination of activities of counsel on their side and to delegate work responsibilities to selected counsel as may be required; and

        g.    To perform such other duties as may be expressly authorized by further order of the Court.

    4.    Lead Counsel shall make all work assignments in such a manner as to conduct the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

    5.    Defendants' counsel may rely upon all agreements made with Lead Counsel and such agreements shall be binding on all plaintiffs.

1

1     6.    No motion, request for discovery, or other pretrial proceeding shall be initiated or served by any plaintiff except through Lead Counsel.

DATED: _____
                                        HONORABLE PATRICIA V. TRUMBULL
                                        MAGISTRATE JUDGE

Submitted By:

   Timothy J. Burke
   service@ssbla.com
   STULL, STULL & BRODY
   10940 Wilshire Boulevard
   Suite 2300
   Los Angeles, CA  90024
   Tel:   (310) 209-2468
   Fax:  (310) 209-2087

   Jules Brody
   Aaron L. Brody
   SSBNY@aol.com
   STULL, STULL & BRODY
   6 East 45th Street
   New York, NY 10017
   Tel:   (212) 687-7230
   Fax:  (212) 490-2022

Proposed Lead Counsel for Plaintiffs

[PROPOSED] ORDER GRANTING MOTION BY RICK T. BURNINGHAM FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL
CASE NO. C08-00832 PVT                                     Z:\STULL\MAXIM\PLD\LP Order.wpd