| | |
|---|---|
| 1 | Timothy J. Burke (181866) |
|   | service@ssbla.com |
| 2 | STULL, STULL & BRODY |
|   | 10940 Wilshire Boulevard |
| 3 | Suite 2300 |
|   | Los Angeles, CA  90024 |
| 4 | Tel:    (310) 209-2468 |
|   | Fax:    (310) 209-2087 |
| 5 |   |
|   | Jules Brody |
| 6 | Aaron L. Brody |
|   | SSBNY@aol.com |
| 7 | STULL, STULL & BRODY |
|   | 6 East 45th Street |
| 8 | New York, NY 10017 |
|   | Tel:    (212) 687-7230 |
| 9 | Fax:    (212) 490-2022 |
| 10 | Proposed Lead Counsel for Plaintiffs |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated, ) ) ) | CASE NO. C08-00832 PVT |
| Plaintiff, ) | **CLASS ACTION** |
| v. ) ) | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR, ) ) ) ) | |
| Defendants. ) | |

---

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**CASE NO. C08-00832 PVT**                                                                Z:\STULL\MAXIM\PLD\Interest Cert.wpd

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.

3 | Dated: April 7, 2008

Timothy J. Burke
STULL, STULL & BRODY

By: _____/s/_____
Timothy J. Burke
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel:    (310) 209-2468
Fax:   (310) 209-2087

Jules Brody
Aaron L. Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:    (212) 687-7230
Fax:   (212) 490-2022

Proposed Lead Counsel for Plaintiffs

1

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**CASE NO. C08-00832 PVT**                               Z:\STULL\MAXIM\PLD\Interest Cert.wpd