1  Timothy J. Burke (181866)
   service@ssbla.com
2  STULL, STULL & BRODY
   10940 Wilshire Boulevard
3  Suite 2300
   Los Angeles, CA  90024
4  Tel:    (310) 209-2468
   Fax:    (310) 209-2087
5
   Jules Brody
6  Aaron L. Brody
   SSBNY@aol.com
7  STULL, STULL & BRODY
   6 East 45th Street
8  New York, NY 10017
   Tel:    (212) 687-7230
9  Fax:    (212) 490-2022

10 Proposed Lead Counsel for Plaintiffs

11

12                     **UNITED STATES DISTRICT COURT**

13                     **NORTHERN DISTRICT OF CALIFORNIA**

14

15

16 ALLAN QUERY, Individually and on          )   CASE NO. C08-00832 PVT
   Behalf of All Others Similarly Situated,  )
17                                           )   **CLASS ACTION**
                   Plaintiff,                )
18        v.                                 )   **CERTIFICATION OF TIMOTHY J. BURKE**
                                             )   **PURSUANT TO LOCAL RULE 3-7(d)**
19 MAXIM INTEGRATED PRODUCTS,                )
   INC., JOHN F. GIFFORD and CARL W.         )
20 JASPAR,                                   )
                                             )
21                 Defendants.               )
   _____ )
22

23

24

25

26

27

28

**CERTIFICATION OF TIMOTHY J. BURKE PURSUANT TO LOCAL RULE 3-7(d)**
**CASE NO. C08-00832 PVT**                                    Z:\STULL\MAXIM\PLD\TJB 3-7(d) Not.wpd

1  I, Timothy J. Burke, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California.

I am seeking to serve as class counsel in this action, which is governed by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995).

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 7th day of April, 2008 at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Timothy J. Burke

**CERTIFICATION OF TIMOTHY J. BURKE PURSUANT TO LOCAL RULE 3-7(d)**
**CASE NO. C08-00832 PVT**                                             Z:\STULL\MAXIM\PLD\TJB 3-7(d) Not.wpd