1  Joseph J. Tabacco, Jr. (75484)
   Email: jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   Email: nlavallee@bermanesq.com
3  Lesley Ann Hale (237726)
   Email: lhale@bermanesq.com
4  **BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA 94104
6  Telephone: (415) 433-3200
   Facsimile: (415) 433-6382
7
8  **Proposed Local Counsel**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, individually and on behalf of all others similarly situated, | NO. C-08-00832 PVT |
| v. | **[PROPOSED] ORDER APPOINTING CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF CO-LEAD COUNSEL** |
| MAXIM INTEGRATED PRODUCTS, INC., CARL W. JASPER, and JOHN F. GIFFORD. | |
| | Date: May 27, 2008<br>Time: 2:00 p.m.<br>Judge: Honorable Patricia V. Trumbull<br>Crtrm: 5 |

[C-08-00832 PVT] [PROPOSED] ORDER APPOINTING CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF CO-LEAD COUNSEL

1  This Court, having considered the City of Philadelphia Board of Pensions and Retirement's ("CPBPR") Motion for Appointment as Lead Plaintiff and for Approval of its Selection of Co-Lead Counsel, the Memorandum of Law, and the Declaration of Douglas Risen, Esq. submitted in support thereof, hereby Orders as follows:

1. Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), CPBPR is appointed as Lead Plaintiff for the Class.

2. Lead Plaintiff's selection of counsel is approved. Pursuant to Section 21(D)(a)(3)(B)(V) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(V), the law firms of Berger & Montague, P.C. and Trujillo Rodriguez & Richards, LLC are appointed as Co-Lead Counsel in the action.

2. Lead Plaintiff shall file an amended complaint no later than 60 days from the date of the entry of this Order, unless otherwise agreed between the parties. The amended complaint shall be treated as if it were the original complaint in the action, except that all defendants shall have 45 days after the filing and service of the amended complaint to answer or otherwise respond, unless otherwise agreed to between the parties.

**IT IS SO ORDERED.**

DATED: _____

_____
United States District Court Judge

[C-08-00832 PVT] [PROPOSED] ORDER APPOINTING CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF CO-LEAD COUNSEL    1