Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Nicole Lavallee (165755)
nlavallee@bermanesq.com
Lesley A. Hale (237726)
lhale@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO
  BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

**Proposed Local Counsel for Proposed Lead Plaintiff
City of Philadelphia Board of Pensions and Retirement**

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR,<br><br>Defendants. | No. C-08-00832 PVT<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  Proposed Lead Plaintiff City of Philadelphia Board of Pensions and Retirement; and

7  Defendants Maxim Integrated Products, Inc., John F. Gifford and Carl W. Jaspar.

8  DATED:  April 7, 2008     **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

By:   /s/ Nicole Lavallee
       NICOLE LAVALLEE

Joseph J. Tabacco, Jr.
Lesley A. Hale
425 California Street, Suite 2100
Telephone: (415) 433-3200
Facsimile:  (415) 433-6282

**Proposed Local Counsel for Proposed Lead Plaintiff City of Philadelphia Board of Pensions and Retirement**

Kenneth I. Trujillo
ktrujillo@trrlaw.com
Ira Neil Richards
irichards@trrlaw.com
Kathryn C. Harr
kharr@trrlaw.com
Gary M. Goldstein
ggoldstein@trrlaw.com
**TRUJILLO RODRIGUEZ & RICHARDS LLC**
1717 Arch Street, Suite 3838
Philadelphia, PA  19103
Telephone: (215) 731-9004
Facsimile:  (215) 731-9044

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Sherrie R. Savett
ssavett@bm.net
Douglas M. Risen
drisen@bm.net
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA  19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604

**Proposed Co-Lead Counsel for Proposed Lead Plaintiff City of Philadelphia Board of Pensions and Retirement**