1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   nlavallee@bermanesq.com
3  Lesley A. Hale (237726)
   lhale@bermanesq.com
4  **BERMAN DeVALERIO PEASE TABACCO**
      **BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA  94104
6  Telephone: (415) 433-3200
   Facsimile:  (415) 433-6382
7
   **Proposed Local Counsel for Proposed Lead Plaintiff**
8  **City of Philadelphia Board of Pensions and Retirement**

9

10                    **UNITED STATES DISTRICT COURT**

11               **NORTHERN DISTRICT OF CALIFORNIA**

12                         **SAN JOSE DIVISION**

13

14  _____)
    ALLAN QUERY, Individually and on Behalf  )  No. C-08-00832 PVT
15  of All Others Similarly Situated         )
                                             )
16                    Plaintiff,             )  **CERTIFICATE OF COUNSEL**
                                             )  **NICOLE LAVALLEE**
17           v.                              )  **PURSUANT TO CIV. L.R. 3-7(d)**
                                             )
18  MAXIM INTEGRATED PRODUCTS, INC.,         )
    JOHN F. GIFFORD and CARL W. JASPAR,      )
19                                           )
                    Defendants.              )
20  _____)

21

22

23

24

25

26

27

28

1    Pursuant to Northern District Local Rule 3-7(d), I, Nicole Lavallee, declare as follows:

2    Exclusive of securities held through mutual funds or discretionary accounts managed by

3  professional money managers, I do not directly own or otherwise have a beneficial interest in the

4  securities that are the subject of this action.

5    I declare under penalty of perjury under the laws of the United States that the foregoing is

6  true and correct.

7    Executed this 7th day of April, 2008, at San Francisco, California.

8

9                                          Nicole Lavallee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[C-08-00832 PVT] CERTIFICATE OF COUNSEL NICOLE LAVALLEE
PURSUANT TO CIV. L.R. 3-7(d)                                          1