Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Nicole Lavallee (165755)
nlavallee@bermanesq.com
Lesley A. Hale (237726)
lhale@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO
BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Proposed Local Counsel for Proposed Lead Plaintiff
City of Philadelphia Board of Pensions and Retirement**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR,<br><br>Defendants. | No. C-08-00832 PVT<br><br>**CERTIFICATE OF COUNSEL LESLEY A. HALE PURSUANT TO CIV. L.R. 3-7(d)** |

[C-08-00832 PVT] CERTIFICATE OF COUNSEL LESLEY A. HALE PURSUANT TO CIV. L.R. 3-7(d)

Pursuant to Northern District Local Rule 3-7(d), I, Lesley A. Hale, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of April, 2008, at San Francisco, California.

_____
Lesley A. Hale

[C-08-00832 PVT] CERTIFICATE OF COUNSEL LESLEY A. HALE
PURSUANT TO CIV. L.R. 3-7(d)

1