Joseph J. Tabacco, Jr. (75484)
Email: jtabacco@bermanesq.com
Nicole Lavallee (165755)
Email: nlavallee@bermanesq.com
Lesley Ann Hale (237726)
Email: lhale@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Proposed Local Counsel for Proposed Lead Plaintiff City of Philadelphia Board of Pensions and Retirement**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, individually and on behalf of all others similarly situated,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., CARL W. JASPER, and JOHN F. GIFFORD. | NO. C-08-00832 PVT<br><br>**CERTIFICATE OF SERVICE** |

I, Tyler Kelly, declare that I am over the age of 18 years and not a party to this action. My business address is 425 California Street, Suite 2100, San Francisco, CA 94104. On April 7, 2008, I served true copies of the following documents:

1. NOTICE OF MOTION, MOTION, AND MEMORANDUM OF LAW IN SUPPORT OF MOTION BY CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL;

[C-08-00832 PVT] CERTIFICATE OF SERVICE

2. DECLARATION OF DOUGLAS RISEN IN SUPPORT OF MOTION BY THE CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL;

3. [PROPOSED] ORDER APPOINTING CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF CO-LEAD COUNSEL;

4. CERTIFICATE OF COUNSEL NICOLE LAVALLEE PURSUANT TO CIV. L.R. 3-7(d);

5. CERTIFICATE OF COUNSEL LESLEY A. HALE PURSUANT TO CIV. L.R. 3-7(d);

6. CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16

on the following parties, by Hand Delivery or Overnight Delivery, as indicated below:

**BY HAND DELIVERY**

Susan Kupfer
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center
Suite 760
San Francisco, CA 94111

**Attorneys for Plaintiff Allan Query**

**BY OVERNIGHT DELIVERY**

Lionel Z. Glancy
GLANCY BINKOW & GOLDBERG LLP
1801 Ave. of the Stars
Suite 311
Los Angeles, CA 90067

**Attorneys for Plaintiff Allan Query**

Paul R. Kiesel
KIESEL BOUCHER LARSON LLP
8648 Wilshire Blvd.
Beverly Hills, CA 90211

Paul O. Paradis
Michael A. Schwartz
Gina M. Tufaro
HORWITZ, HORWITZ & PARADIS
28 West 44th Street, 16th Floor
New York, NY 10036

**Attorneys for Movant International Brotherhood of Electrical Workers Local 697 Pension Fund**

1  I declare under penalty of perjury pursuant to the laws of the United States that the foregoing
2  is true and correct
3  Executed at San Francisco, California, on April 7, 2008.

*Tyler Kelly*