UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Other Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR,<br><br>                Defendants. | CIVIL ACTION NO. C 08-00832-PVT<br><br>[PROPOSED] ORDER APPOINTING THE NEW JERSEY INSTITUTIONAL INVESTORS GROUP AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF MILBERG LLP AS LEAD COUNSEL<br><br>DATE:    May 13, 2008<br>TIME:    10:00 a.m.<br>CTRM:  5<br>JUDGE:  Hon. Patricia V. Trumbull |

[PROPOSED] ORDER APPOINTING THE NEW JERSEY INSTITUTIONAL INVESTOR GROUP AS LEAD PLAINTIFF & APPROVING LEAD PLAINTIFF'S SELECTION OF MILBERG LLP AS LEAD COUNSEL - Civil Action No.: C 08-00832-PVT

DOCS\431539v1

Upon consideration of the motions and supporting papers filed by the various Movants for appointment as lead plaintiff, and approval of the selection of lead counsel in the above-captioned action and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**;

2. Class member the New Jersey Institutional Investors Group, a group of class members which consists of the New Jersey Building Laborers Pension Fund and the New Jersey Carpenters Annuity Fund, (the "NJ Institutional Investors Group" or "Movant") is hereby **APPOINTED** to serve as Lead Plaintiff in the consolidated action, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Action of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; and

3. The selection of the law firm Milberg LLP to serve as Lead Counsel for the Class, pursuant to Section 21D(a)(3)(B) of the Exchange Action, 15 U.S.C. § 78u-(a)(3)(B), as amended by the Private Securities Litigation Reform Action of 1995, in the above-captioned action is hereby **APPROVED**.

**IT IS SO ORDERED**.

DATED: _____, 2008     _____
HON. PATRICIA V. TRUMBULL
UNITED STATES DISTRICT MAGISTRATE JUDGE

[PROPOSED] ORDER APPOINTING THE NEW JERSEY INSTITUTIONAL INVESTOR GROUP AS LEAD PLAINTIFF & APPROVING LEAD PLAINTIFF'S SELECTION OF MILBERG LLP AS LEAD COUNSEL - Civil Action No.: C 08-00832-PVT

- 1 -

DOCS\431539v1

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071.

2. That on April 7, 2008, declarant served the [PROPOSED] ORDER APPOINTING THE NEW JERSEY INSTITUTIONAL INVESTORS GROUP AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF MILBERG LLP AS LEAD COUNSEL by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of April, 2008, at Los Angeles, California.

_____
ELIZABETH VILLALOBOS

[PROPOSED] ORDER APPOINTING THE NEW JERSEY INSTITUTIONAL INVESTOR GROUP AS LEAD PLAINTIFF & APPROVING LEAD PLAINTIFF'S SELECTION OF MILBERG LLP AS LEAD COUNSEL - Civil Action No.: C 08-00832-PVT — - 2 -

DOCS\431539v1

*Maxim Integrated Products, Inc.*
**SERVICE LIST**

| | |
|---|---|
| Jeff S. Westerman<br>Elizabeth P. Lin<br>**MILBERG LLP**<br>300 South Grand Ave., Suite 3900<br>Los Angeles, CA  90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975<br>Email: jwesterman@milberg.com<br>     elin@milberg.com | Anita Kartalopoulos<br>Anne Marie Vu<br>**MILBERG LLP**<br>One Pennsylvania Plaza, 49th Floor<br>New York, NY  10119<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229<br>Email: akartalopoulos@milberg.com<br>     avu@milberg.com |
| Albert G. Kroll<br>**KROLL HEINMAN LLP**<br>Metro Corporate Campus I<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ  08830<br>Telephone: (732) 491-2100<br>Facsimile: (732) 491-2120<br>Email: akroll@krollfirm.com | Lionel Z. Glancy<br>Peter A. Binkow<br>**GLANCY BINKOW & GOLDBERG LLP**<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>Email: info@glancylaw.com |
| Laurence Rosen<br>Phillip Kim<br>**THE ROSEN LAW FIRM, P.A.**<br>350 Fifth Avenue, Suite 5508<br>New York, NY  10118<br>Telephone: (212) 686-1060<br>Facsimile: (212) 202-3827<br>Email: lrosen@rosenlegal.com<br>     pkim@rosenlegal.com | |

*Defendants:*

| | |
|---|---|
| **MAXIM INTEGRATED PRODUCTS, INC.**<br>Attention: Legal Department<br>120 San Gabriel Drive<br>Sunnyvale, CA  94086<br>Telephone: (408) 737-7600<br>Facsimile: (408) 737-7194 | John F. Gifford<br>Carl W. Jaspar<br>**C/O MAXIM INTEGRATED PRODUCTS, INC.**<br>Attention: Legal Department<br>120 San Gabriel Drive<br>Sunnyvale, CA  94086<br>Telephone: (408) 737-7600<br>Facsimile: (408) 737-7194 |

[PROPOSED] ORDER APPOINTING THE NEW JERSEY INSTITUTIONAL INVESTOR GROUP AS LEAD PLAINTIFF & APPROVING LEAD PLAINTIFF'S SELECTION OF MILBERG LLP AS LEAD COUNSEL - Civil Action No.: C 08-00832-PVT — - 3 -

DOCS\431539v1