1  JEFF S. WESTERMAN (SBN 94559)
   ELIZABETH P. LIN (SBN 174663)
2  MILBERG LLP
   One California Plaza
3  300 South Grand Avenue, Suite 3900
   Los Angeles, CA  90071
4  Telephone: (213) 617-1200
   Facsimile:  (213) 617-1975
5  E-mail: jwesterman@milberg.com
           elin@milberg.com
6
   ANITA KARTALOPOULOS
7  ANNE MARIE VU (SBN 238771)
   MILBERG LLP
8  One Pennsylvania Plaza, 49th Floor
   New York, NY  10119
9  Telephone: (212) 594-5300
   Facsimile:  (212) 868-1229
10 E-mail: akartalopoulos@milberg.com
           avu@milberg.com
11
   Counsel for the Proposed Lead Plaintiff
12
   [Additional Counsel Appear on Signature Page]
13

14                 UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17 ALLAN QUERY, Individually and on Behalf of     )  CIVIL ACTION NO.: C 08-00832-PVT
   All Other Similarly Situated,                  )
18                                                )
                               Plaintiff,         )  CERTIFICATION OF FINANCIAL
19                                                )  INTEREST PURSUANT TO CIVIL
          vs.                                     )  LOCAL RULE R. 3-7(d)
20                                                )
   MAXIM INTEGRATED PRODUCTS, INC.,               )  DATE:      May 13, 2008
21 JOHN F. GIFFORD and CARL W. JASPAR,            )  TIME:      10:00 a.m.
                                                  )  CTRM:      5
22                             Defendants.        )  JUDGE:     Hon. Patricia V. Trumbull
                                                  )
23 ─────────────────────────────────────────     )

24

25

26

27

28
   ─────────────────────────────────────────────────────────────────────────────
   THE NEW JERSEY INSTITUTIONAL INVESTORS GROUP'S CERTIFICATION OF FINANCIAL
   INTEREST PURSUANT TO CIVIL LOCAL RULE R. 3-7(d)- Civil Action No.: C 08-00832-PVT
   DOCS\431753v1

1    Pursuant to Civil Local Rule 3-7(d), the undersigned, counsel of record for the New

2    Jersey Institutional Investors Group, a group of class members which consists of the New Jersey

3    Building Laborers Pension Fund and the New Jersey Carpenters Annuity Fund, hereby affirms

4    under penalty of perjury that counsel does not directly own or otherwise have a beneficial

5    interest in securities that are the subject of the above-captioned action.

6    DATED:   April 7, 2008                                MILBERG LLP
                                                            ANITA KARTALOPOULOS
7                                                           ANNE MARIE VU

8

9
                                                            _____
10                                                          ANITA KARTALOPOULOS
                                                            One Pennsylvania Plaza, 49th Floor
11                                                          New York, NY  10119
                                                            Telephone: (212) 594-5300
12                                                          Facsimile: (212) 868-1229
                                                            E-mail: akartalopoulos@milberg.com
13                                                                   avu@milberg.com

14                                                          MILBERG LLP
                                                            JEFF S. WESTERMAN
15                                                          ELIZABETH P. LIN
                                                            One California Plaza
16                                                          300 South Grand Avenue, Suite 3900
                                                            Los Angeles, CA  90071
17                                                          Telephone: (213) 617-1200
                                                            Facsimile:  (213) 617-1975
18                                                          E-mail: jwesterman@milberg.com
                                                                    elin@milberg.com
19

20                                                          KROLL HEINEMAN, LLC
                                                            Albert G. Kroll
21                                                          Metro Corporate Campus I
                                                            99 Wood Avenue South, Suite 307
22                                                          Iselin, New Jersey 08830
                                                            Telephone:  (732) 491-2100
23                                                          Facsimile:  (732) 491-2120
                                                            E-mail: akroll@krollfirm.com
24
                                                            Counsel for the Proposed Lead Plaintiff
25

26

27

28
| THE NEW JERSEY INSTITUTIONAL INVESTORS GROUP'S CERTIFICATION OF FINANCIAL INTEREST PURSUANT TO CIVIL LOCAL RULE R. 3-7(d)- Civil Action No.: C 08-00832-PVT | - 1 - |
DOCS\431753v1

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.    That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071.

2.    That on April 7, 2008, declarant served the CERTIFICATION OF FINANCIAL INTEREST PURSUANT TO CIVIL LOCAL RULE R. 3-7(d) by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.    That there is a regular communication by mail between the place of mailing and the places so addressed.

4.    That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of April, 2008, at Los Angeles, California.

_____
ELIZABETH VILLALOBOS

THE NEW JERSEY INSTITUTIONAL INVESTORS GROUP'S CERTIFICATION OF FINANCIAL INTEREST PURSUANT TO CIVIL LOCAL RULE R. 3-7(d)- Civil Action No.: C 08-00832-PVT

- 2 -

DOCS\431753v1

*Maxim Integrated Products, Inc.*
**SERVICE LIST**

Jeff S. Westerman
Elizabeth P. Lin
**MILBERG LLP**
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA  90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
Email: jwesterman@milberg.com
    elin@milberg.com

Anita Kartalopoulos
Anne Marie Vu
**MILBERG LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229
Email: akartalopoulos@milberg.com
    avu@milberg.com

Albert G. Kroll
**KROLL HEINMAN, LLP**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, NJ  08830
Telephone: (732) 491-2100
Facsimile:  (732) 491-2120
Email: akroll@krollfirm.com

Lionel Z. Glancy
Peter A. Binkow
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

Laurence Rosen
Phillip Kim
**THE ROSEN LAW FIRM, P.A.**
350 Fifth Avenue, Suite 5508
New York, NY  10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
    pkim@rosenlegal.com

*Defendants:*

**MAXIM INTEGRATED PRODUCTS, INC.**
Attention: Legal Department
120 San Gabriel Drive
Sunnyvale, CA  94086
Telephone: (408) 737-7600
Facsimile: (408) 737-7194

John F. Gifford
Carl W. Jaspar
**C/O MAXIM INTEGRATED PRODUCTS, INC.**
Attention: Legal Department
120 San Gabriel Drive
Sunnyvale, CA  94086
Telephone: (408) 737-7600
Facsimile: (408) 737-7194

THE NEW JERSEY INSTITUTIONAL INVESTORS GROUP'S CERTIFICATION OF FINANCIAL
INTEREST PURSUANT TO CIVIL LOCAL RULE R. 3-7(d)- Civil Action No.: C 08-00832-PVT

- 3 -

DOCS\431753v1