1  JEFF S. WESTERMAN (SBN 94559)
   ELIZABETH P. LIN (SBN 174663)
2  MILBERG LLP
   One California Plaza
3  300 South Grand Avenue, Suite 3900
   Los Angeles, CA  90071
4  Telephone: (213) 617-1200
   Facsimile:  (213) 617-1975
5  E-mail: jwesterman@milberg.com
          elin@milberg.com
6
   ANITA KARTALOPOULOS
7  ANNE MARIE VU (SBN 238771)
   MILBERG LLP
8  One Pennsylvania Plaza, 49th Floor
   New York, NY  10119
9  Telephone: (212) 594-5300
   Facsimile:  (212) 868-1229
10 E-mail: akartalopoulos@milberg.com
          avu@milberg.com
11
   Counsel for the Proposed Lead Plaintiff
12
   [Additional Counsel Appear on Signature Page]
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                            SAN JOSE DIVISION

17 | ALLAN QUERY, Individually and on Behalf of All Other Similarly Situated, | ) CIVIL ACTION NO.: C 08-00832-PVT |
|---|---|
| Plaintiff, | ) CERTIFICATION OF FINANCIAL INTEREST PURSUANT TO CIVIL LOCAL RULE R. 3-7(d) |
| vs. | |
| MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR, | ) DATE: May 13, 2008<br>) TIME: 10:00 a.m.<br>) CTRM: 5 |
| Defendants. | ) JUDGE: Hon. Patricia V. Trumbull |

THE NEW JERSEY INSTITUTIONAL INVESTORS GROUP'S CERTIFICATION OF FINANCIAL INTEREST PURSUANT TO CIVIL LOCAL RULE R. 3-7(d)- Civil Action No.: C 08-00832-PVT

DOCS\431759v1

1 | Pursuant to Civil Local Rule 3-7(d), the undersigned, counsel of record for the New Jersey Institutional Investors Group, a group of class members which consists of the New Jersey Building Laborers Pension Fund and the New Jersey Carpenters Annuity Fund, hereby affirms under penalty of perjury that counsel does not directly own or otherwise have a beneficial interest in securities that are the subject of the above-captioned action.

DATED: April 7, 2008

MILBERG LLP
ANITA KARTALOPOULOS
ANNE MARIE VU

_____
ANNE MARIE VU
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
E-mail: akartalopoulos@milberg.com
        avu@milberg.com

MILBERG LLP
JEFF S. WESTERMAN
ELIZABETH P. LIN
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
E-mail: jwesterman@milberg.com
        elin@milberg.com

KROLL HEINEMAN, LLC
Albert G. Kroll
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Telephone: (732) 491-2100
Facsimile: (732) 491-2120
E-mail: akroll@krollfirm.com

Counsel for the Proposed Lead Plaintiff

THE NEW JERSEY INSTITUTIONAL INVESTORS GROUP'S CERTIFICATION OF FINANCIAL INTEREST PURSUANT TO CIVIL LOCAL RULE R. 3-7(d) - Civil Action No.: C 08-00832-PVT  - 1 -

DOCS\431759v1

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071.

2. That on April 7, 2008, declarant served the CERTIFICATION OF FINANCIAL INTEREST PURSUANT TO CIVIL LOCAL RULE R. 3-7(d) by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of April, 2008, at Los Angeles, California.

_____
ELIZABETH VILLALOBOS

*Maxim Integrated Products, Inc.*
**SERVICE LIST**

| | |
|---|---|
| Jeff S. Westerman<br>Elizabeth P. Lin<br>**MILBERG LLP**<br>One California Plaza<br>300 South Grand Ave., Suite 3900<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975<br>Email: jwesterman@milberg.com<br>   elin@milberg.com | Anita Kartalopoulos<br>Anne Marie Vu<br>**MILBERG LLP**<br>One Pennsylvania Plaza, 49th Floor<br>New York, NY 10119<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229<br>Email: akartalopoulos@milberg.com<br>   avu@milberg.com |
| Albert G. Kroll<br>**KROLL HEINMAN, LLP**<br>Metro Corporate Campus I<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ 08830<br>Telephone: (732) 491-2100<br>Facsimile: (732) 491-2120<br>Email: akroll@krollfirm.com | Lionel Z. Glancy<br>Peter A. Binkow<br>**GLANCY BINKOW & GOLDBERG LLP**<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>Email: info@glancylaw.com |
| Laurence Rosen<br>Phillip Kim<br>**THE ROSEN LAW FIRM, P.A.**<br>350 Fifth Avenue, Suite 5508<br>New York, NY 10118<br>Telephone: (212) 686-1060<br>Facsimile: (212) 202-3827<br>Email: lrosen@rosenlegal.com<br>   pkim@rosenlegal.com | |

*Defendants:*

| | |
|---|---|
| **MAXIM INTEGRATED PRODUCTS, INC.**<br>Attention: Legal Department<br>120 San Gabriel Drive<br>Sunnyvale, CA 94086<br>Telephone: (408) 737-7600<br>Facsimile: (408) 737-7194 | John F. Gifford<br>Carl W. Jaspar<br>**C/O MAXIM INTEGRATED PRODUCTS, INC.**<br>Attention: Legal Department<br>120 San Gabriel Drive<br>Sunnyvale, CA 94086<br>Telephone: (408) 737-7600<br>Facsimile: (408) 737-7194 |

THE NEW JERSEY INSTITUTIONAL INVESTORS GROUP'S CERTIFICATION OF FINANCIAL INTEREST PURSUANT TO CIVIL LOCAL RULE R. 3-7(d)- Civil Action No.: C 08-00832-PVT — - 3 -

DOCS\431759v1