1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR,<br><br>    Defendants.<br>_____ | CIVIL ACTION NO. C08-00832-PVT<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER APPOINTING BG CAPITAL FUND AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL** |

1 | Having considered the Motion of BG Capital Fund for Appointment as Lead Plaintiff and for Approval of its Selection of Lead Counsel, the accompanying Memorandum of Law and Declaration of Leigh A. Parker filed concurrently in support thereof, and good cause appearing therefore:

    1.    BG Capital Fund is hereby appointed Lead Plaintiff for the class pursuant to §21D of the Securities Exchange Act of 1934.

    2.    Lead Plaintiff's selection of Weiss & Lurie as Lead Counsel for the class is hereby approved.  Pursuant to §21D(a)(3)(B)(V), the law firm of Weiss & Lurie is appointed Lead Counsel for the class.

IT IS SO ORDERED.

DATED:_____          _____
                                                    THE HONORABLE PATRICIA V. TRUMBULL
                                                    UNITED STATES DISTRICT JUDGE

[Proposed] Order Appointing BG Capital Fund as Lead Plaintiff and          Civil Action No. C08-00832 -PVT
Approving Lead Plaintiff's Selection of Lead Counsel

1