Jordan L. Lurie  (130013)
Leigh A. Parker (170565)
**WEISS & LURIE**
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Tel:   (310) 208-2800
Fax:  (310) 209-2348
jlurie@weisslurie.com
lparker@weisslurie.com

Attorneys for BG Capital Fund
and [Proposed] Lead Counsel for Plaintiffs
Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR,<br><br>Defendants. | CIVIL ACTION NO. C08-00832-PVT<br><br>CLASS ACTION<br><br>**CERTIFICATION OF LEIGH A. PARKER PURSUANT TO LOCAL RULE 3-7(d)** |

**CERTIFICATION PURSUANT TO LOCAL RULE 3-7(d)**

I, Leigh A. Parker, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California.

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I affirm that I do not directly own or otherwise have a beneficial interest in securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 7th day of April, 2008, at Los Angeles, California.

                                        /s/ - Leigh A. Parker
                                        Leigh A. Parker