1   Jordan L. Lurie  (130013)
    Leigh A. Parker (170565)
2   **WEISS & LURIE**
    10940 Wilshire Boulevard, 23rd Floor
3   Los Angeles, CA 90024
    Tel:   (310) 208-2800
4   Fax:   (310) 209-2348
    jlurie@weisslurie.com
5   lparker@weisslurie.com

6   Attorneys for BG Capital Fund
    and [Proposed] Lead Counsel for Plaintiffs
7   Additional Counsel Listed on Signature Page

8

9

10                    **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12                          **SAN JOSE DIVISION**

13

14  ALLAN QUERY, Individually and )   CIVIL ACTION NO. C08-00832-PVT
    on Behalf of All Others Similarly )
15  Situated,                       )   CLASS ACTION
                                    )
16                    Plaintiff,    )   **BG CAPITAL FUND'S**
                                    )   **CERTIFICATION OF**
17        v.                        )   **INTERESTED ENTITIES**
                                    )   **OR PERSONS PURSUANT**
18  MAXIM INTEGRATED               )   **TO LOCAL RULE 3-16**
    PRODUCTS, INC., JOHN F.        )
19  GIFFORD  and CARL W.           )
    JASPAR,                        )
20                                  )
                    Defendants.     )
21  _____ )

22

23

24

25

26

27

28

1  TO:   THE COURT AND ALL PARTIES OF RECORD:

2       Pursuant to Local Rule 3-16, the undersigned certifies that as of this date, other

3  than the named parties, there is no such interest to report.

4

5  Dated: April 7, 2008                Respectfully submitted,

6                                      Jordan L. Lurie
                                       Leigh A. Parker
                                       **WEISS & LURIE**

7
                              By:      /s/ - Leigh A. Parker
8                                      10940 Wilshire Boulevard, 23rd Floor
                                       Los Angeles, CA 90024
9                                      Tel:   (310) 208-2800
                                       Fax:  (310) 209-2348
10                                     -and-
                                       Joseph H. Weiss
11                                     551 Fifth Avenue
                                       New York, NY 10176
12                                     Tel:   (212) 682-3025
                                       Fax:  (212) 682-3010
13                                     jweiss@weisslurie.com

14                                     Attorneys for BG Capital Fund
                                       and [Proposed] Lead Counsel for Plaintiffs
15

16

17

18

19

20

21

22

23

24

25

26

27

28