Jordan L. Lurie  (130013)
Leigh A. Parker (170565)
**WEISS & LURIE**
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Tel:    (310) 208-2800
Fax:    (310) 209-2348
jlurie@weisslurie.com
lparker@weisslurie.com

Counsel for BG Capital Fund
and [Proposed] Lead Counsel for Plaintiffs
Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD  and CARL W. JASPAR, <br><br> Defendants. <br> _____ | CIVIL ACTION NO. C08-00832-PVT <br><br> CLASS ACTION <br><br> **CERTIFICATE OF SERVICE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2008, I electronically filed the documents listed below with the Clerk of the Court using the CM/ECF system which will send notification to such to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the documents listed below via first class mail to the addresses indicated on the attached Manual Notice List:

**NOTICE OF MOTION AND MOTION OF BG CAPITAL FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL; MEMORANDUM OF LAW IN SUPPORT;**

**DECLARATION OF LEIGH A. PARKER IN SUPPORT OF MOTION OF BG CAPITAL FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL;**

**[PROPOSED] ORDER APPOINTING BG CAPITAL FUND AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL;**

**CERTIFICATION OF JORDAN L. LURIE PURSUANT TO LOCAL RULE 3-7(d);**

**CERTIFICATION OF LEIGH A. PARKER PURSUANT TO LOCAL RULE 3-7(d);**

**BG CAPITAL FUND'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16; and**

**CERTIFICATE OF SERVICE.**

**Electronic Mail Notice List -** service by CM/ECF
The following are those who are currently on the list to receive e-mail notices for this case:

Laurence M. Rosen
lrosen@rosenlegal.com

Lionel Z. Glancy
Peter A. Binkow
info@glancylaw.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 7th day of April, 2008, at Los Angeles, California.

1

                  /s/ - Leigh A. Parker
Leigh A. Parker

2
WEISS & LURIE
10940 Wilshire Boulevard, 23rd Floor

3
Los Angeles, CA 90024
Tel:   (310) 208-2800

4
Fax:   (310) 209-2348
lparker@weisslurie.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

MANUAL NOTICE LIST
*Query v. Maxim Integrated Products, Inc., et al.*
Civil Action No. C08-0083-PVT (N.D. Cal.)

2

3

4

**COUNSEL FOR PLAINTIFFS**

Lewis Kahn
**KAHN GAUTHIER SWICK**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
lewis.kahn@kgscounsel.com

5

Joseph H. Weiss
jweiss@weisslurie.com
**WEISS & LURIE**
551 Fifth Avenue
New York, NY 10176
Tel:   (212) 682-3025
Fax:   (212) 682-3010

6

7

Brian Penny
**GOLDMAN SCARLATO**
   **& KARON, P.C.**
101 West Elm Street
Suite 360
Conshohocken, PA 19428
penny@gsk-law.com

8

9

**Attorneys for BG Capital Fund
and [Proposed] Lead Counsel**

10

Laurence M. Rosen
Philip P. Kim
**THE ROSEN LAW FIRM**
350 Fifth Avenue
Suite 5508
New York, NY 10118
lrosen@rosenlegal.com
pkim@rosenlegal.com

Paul R. Kiesel
**KIESEL BOUCHER & LARSON**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Kiesel@kbla.com

11

12

13

14

15

Lionel Z. Glancy
Peter A. Binkow
**GLANCY BINKOW**
   **& GOLDBERG LLP**
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
info@glancylaw.com

16

17

18

19

**Attorneys for Plaintiff Allan Query**

20

Richard B. Brualdi
**THE BRUALDI LAW FIRM**
29 Broadway, Suite 2400
New York, NY 10006
Tel:   (212) 952-0602
Fax:   (212) 952-0608

21

22

23

24

Tzivia Brody
**STULL STULL & BRODY**
6 East 45th Street
New York, NY 10017

25

26

27

28