BERNSTEIN LITOWITZ BERGER
  &amp; GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
TIMOTHY A. DELANGE   (Bar No. 190768)
TAKEO A. KELLAR   (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
takeok@blbglaw.com

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
(To Be Admitted *Pro Hac Vice*)
JAMES M. WILSON, JR.
(To Be Admitted *Pro Hac Vice*)
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:    (404) 873-3900
Fax:   (404) 876-4476
mchitwood@chitwoodlaw.com
jwilson@chitwoodlaw.com
       -and-
GREGORY E. KELLER
(To Be Admitted *Pro Hac Vice*)
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Tel:    (516) 773-6090
Fax:   (404) 876-4476
gkeller@chitwoodlaw.com

*Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>   v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER<br><br>            Defendants. | Case No. C-08-00832-PVT<br><br>CLASS ACTION<br><br>NOTICE OF MOTION BY THE COBB COUNTY GOVERNMENT EMPLOYEES' PENSION PLAN, THE DEKALB COUNTY PENSION PLAN AND THE MISSISSIPPI PUBLIC EMPLOYEES RETIREMENT SYSTEM FOR APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL<br><br>Date:         May 13, 2008<br>Time:        10:00 A.M.<br>Courtroom:  5, 4th Floor<br>Judge:       Hon. Patricia V. Trumbull |

1  PLEASE TAKE NOTICE that on May 13, 2008, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Patricia V. Trumbull, United States District Court, Northern District of California, San Jose Division, 280 South 1st Street, San Jose, CA 95113, the Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System (collectively, the "Public Funds Group") will, and hereby do, move this Court pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), for an order:  (a) appointing the Public Funds Group as Lead Plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4; and (b) approving their selection of Chitwood Harley Harnes LLP and Bernstein Litowitz Berger & Grossmann LLP as Co-Lead Counsel for the Class.

This motion is made on the grounds that the Public Funds Group are the "most adequate plaintiffs" pursuant to the Exchange Act.  *See* 15 U.S.C. § 78u-4(a)(3)(B).  In addition, the Public Funds Group meets the requirements of Federal Rule of Civil Procedure 23(a) because their claims are typical of the other Class Members' claims and because they will fairly and adequately represent the class.  Further, the Public Funds Group have selected and retained counsel with extensive experience in the area of securities litigation who have successfully prosecuted numerous securities fraud actions on behalf of injured investors.

This Notice of Motion is based upon the Memorandum of Law in support thereof, the Declaration of Blair A. Nicholas, the pleadings and files herein, and such other written or oral argument as may be presented to the Court.  A Proposed Order is also submitted herewith.

Dated: April 7, 2008                          Respectfully submitted,

                                              BERNSTEIN LITOWITZ BERGER
                                                & GROSSMANN LLP

                                              /s/ *Blair A. Nicholas*
                                              BLAIR A. NICHOLAS

                                              BLAIR A. NICHOLAS
                                              TIMOTHY A. DELANGE
                                              TAKEO A. KELLAR
                                              12481 High Bluff Drive, Suite 300
                                              San Diego, CA 92130
                                              Tel:  (858) 793-0070
                                              Fax:  (858) 793-0323

NOTICE OF MOTION FOR APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL
OF CO-LEAD COUNSEL                                                                                                            -1-
CASE NO. C-08-00832-PVT

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
JAMES M. WILSON, JR.
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:    (404) 873-3900
Fax:    (404) 876-4476
mchitwood@chitwoodlaw.com
jwilson@chitwoodlaw.com
          -and-
GREGORY E. KELLER
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Tel:    (516) 773-6090
Fax:    (404) 876-4476
gkeller@chitwoodlaw.com

*Proposed Co-Lead Counsel and Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*