BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
TIMOTHY A. DELANGE   (Bar No. 190768)
TAKEO A. KELLAR   (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
takeok@blbglaw.com

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
(To Be Admitted *Pro Hac Vice*)
JAMES M. WILSON, JR.
(To Be Admitted *Pro Hac Vice*)
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:    (404) 873-3900
Fax:    (404) 876-4476
mchitwood@chitwoodlaw.com
jwilson@chitwoodlaw.com
       -and-
GREGORY E. KELLER
(To Be Admitted *Pro Hac Vice*)
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Tel:    (516) 773-6090
Fax:    (404) 876-4476
gkeller@chitwoodlaw.com

*Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER<br><br>          Defendants. | Case No. C-08-00832-PVT<br><br>CLASS ACTION<br><br>DECLARATION OF BLAIR A. NICHOLAS IN SUPPORT OF MOTION BY THE COBB COUNTY GOVERNMENT EMPLOYEES' PENSION PLAN, THE DEKALB COUNTY PENSION PLAN AND THE MISSISSIPPI PUBLIC EMPLOYEES RETIREMENT SYSTEM FOR APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL<br><br>Date:      May 13, 2008<br>Time:     10:00 A.M.<br>Courtroom:  5, 4th Floor<br>Judge:    Hon. Patricia V. Trumbull |

I, BLAIR A. NICHOLAS, hereby declares as follows:

1.      I am an attorney admitted to practice in California, and I am a partner of the law firm of Bernstein Litowitz Berger & Grossmann LLP, which represents the Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System (collectively, the "Public Funds Group").

2.      I make this Declaration in Support of the Public Fund Group's Motion for Appointment as Lead Plaintiffs and for Approval of Lead Plaintiffs' Selection of Co-Lead Counsel.

3.      Attached hereto as Exhibits are true and correct copies of the following:

| Exhibit | Description |
|---|---|
| A | Certifications of each member of the Public Funds Group; |
| B | Charts detailing the Public Funds Group's losses; |
| C | Notice to members of the Class published via *Business Wire* on February 6, 2008; |
| D | Firm Resume of Chitwood Harley Harnes LLP; |
| E | Firm Resume of Bernstein Litowitz Berger & Grossmann LLP; and |
| F | Joint Declaration In Support Of The Public Fund Group's Motion For Appointment As Lead Plaintiffs. |

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 7th day of April, 2008, at San Diego, California.

_____/s/  Blair A. Nicholas_____
BLAIR A. NICHOLAS

# EXHIBIT A

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, J. VIRGIL MOON, as a representative for the COBB COUNTY GOVERNMENT EMPLOYEES' PENSION PLAN ("Movant"), being duly sworn, declares, as to its claims asserted under the federal securities laws against MAXIM INTEGRATED PRODUCTS, INC., ("MXIM.PK"), et al. that:

1.    Movant has reviewed a complaint filed in the action and adopts its allegations, and has authorized the filing of a lead plaintiff motion.

2.    Movant did not purchase any security that is the subject of this action at the direction of Movant's counsel or in order to participate in this private action.

3.    Movant is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Movant's transactions in the security that is the subject of this action during the Class Period are as follows:

**Purchases:**

| Security | Number of shares | Date | Price |
|---|---|---|---|
| MXIM.PK | See attached chart | | |

**Sales:**

| Security | Number of shares | Date | Price |
|---|---|---|---|
| MXIM.PK | See attached chart | | |

1

5.     Movant has sought to serve as a class representative in the following cases within the last 3 years:  None.

6.     Movant will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___4___ day of April, 2008 in Marietta, GA 30030.

J. VIRGIL MOON
Chairman, Board of Trustees
Cobb County Government Employees'
Pension Plan

2

**Cobb County Government Employees' Pension Fund**
**Transactions in Maxim Intergrated Products, Inc. (MXIM.PK)**
**Class Period: 4/29/2003 - 1/17/2008**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 1/13/2004 | 4,500 | $54.87 |
| Purchase | 2/18/2004 | 1,300 | $53.51 |
| Purchase | 2/19/2004 | 2,400 | $53.25 |
| Purchase | 2/15/2005 | 8,487 | $43.42 |
| Purchase | 8/1/2007 | 30,300 | $31.88 |
| Sale | 3/5/2004 | 100 | $49.60 |
| Sale | 3/5/2004 | 3,876 | $49.59 |
| Sale | 3/5/2004 | 2,700 | $49.57 |
| Sale | 3/5/2004 | 1,524 | $49.56 |
| Sale | 3/17/2005 | 2,800 | $41.75 |
| Sale | 7/11/2005 | 1,178 | $40.99 |
| Sale | 7/11/2005 | 4,509 | $41.02 |
| Sale | 8/24/2007 | 500 | $31.09 |
| Sale | 8/24/2007 | 4,000 | $31.04 |
| Sale | 8/24/2007 | 1,300 | $31.08 |
| Sale | 8/24/2007 | 1,800 | $31.04 |
| Sale | 11/29/2007 | 2,300 | $23.92 |
| Sale | 11/30/2007 | 3,200 | $23.22 |
| Sale | 12/12/2007 | 900 | $25.55 |
| Sale | 12/12/2007 | 700 | $25.55 |
| Sale | 1/9/2008 | 200 | $24.00 |
| Sale | 1/10/2008 | 1,300 | $24.00 |
| Sale | 1/17/2008 | 13,700 | $21.09 |
| Sale | 1/18/2008 | 1,300 | $19.43 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, EDMUND J. WALL, as a representative for the DEKALB COUNTY PENSION FUND ("Movant"), being duly sworn, declares, as to its claims asserted under the federal securities laws against MAXIM INTEGRATED PRODUCTS, INC. ("MXIM.PK"), et al. that:

1.   Movant has reviewed a complaint filed in the action and adopts its allegations, and has authorized the filing of a lead plaintiff motion.

2.   Movant did not purchase any security that is the subject of this action at the direction of Movant's counsel or in order to participate in this private action.

3.   Movant is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.   Movant's transactions in the security that is the subject of this action during the Class Period are as follows:

**Purchases:**

| Security | Number of shares | Date | Price |
|---|---|---|---|
| MXIM.PK | See attached chart | | |

**Sales:**

| Security | Number of shares | Date | Price |
|---|---|---|---|
| MXIM.PK | See attached chart | | |

5.    Movant has sought to serve as a class representative in the following cases within the last 3 years:

Amit Datwani, et al. vs. NDCHealth Corp., et al.,
U.S.D.C., N.D. of GA, #2:04-cv-01748-JCJ    (appointed)

Earl Maitland, et al. vs. GENTA, Inc., et al.,
U.S.D.C., D.N.J., #2:04-cv-02123-JAG-MCA    (not appointed)

Janice Allen vs. Fox Entertainment Group, et al.    (not appointed)
Delaware Court of Chancery, New Castle County, #C.A. No. 979-N

Jose Nieves, et al. vs. AMERIGROUP Corporation, et al.
U.S.D.C., E.D. of VA, #2:05-cv-0578-HCM-FBS    (not appointed)

Charles E.G. Leech, Sr. vs. BROOKS AUTOMATION, INC.    (not appointed)
U.S.D.C., D. of Mass., #1:06-cv-11068-RWZ

6.    Movant will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 4th day of April, 2008 in Decatur, GA 30030.


EDMUND J. WALL
Chairman of the Pension Board
DeKalb County Pension Fund


- 2 -

**DeKalb County Pension Fund**
**Transactions in Maxim Intergrated Products, Inc. (MXIM.PK)**
**Class Period:  4/29/2003 - 1/17/2008**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 1/6/2004 | 3,000 | $51.57 |
| Purchase | 1/7/2004 | 3,900 | $52.19 |
| Purchase | 1/8/2004 | 3,700 | $53.38 |
| Purchase | 1/9/2004 | 4,600 | $54.30 |
| Purchase | 1/12/2004 | 1,700 | $55.05 |
| Purchase | 2/12/2004 | 6,100 | $53.56 |
| Purchase | 2/13/2004 | 7,500 | $52.99 |
| Purchase | 2/17/2004 | 200 | $53.20 |
| Purchase | 3/11/2004 | 1,200 | $46.15 |
| Purchase | 3/15/2004 | 4,000 | $46.15 |
| Purchase | 3/16/2004 | 900 | $46.21 |
| Purchase | 3/17/2004 | 1,300 | $47.23 |
| Purchase | 4/29/2004 | 13,900 | $46.50 |
| Purchase | 4/30/2004 | 5,100 | $46.77 |
| Purchase | 5/5/2004 | 2,800 | $45.45 |
| Purchase | 5/6/2004 | 2,500 | $45.80 |
| Purchase | 5/7/2004 | 2,900 | $47.62 |
| Purchase | 5/10/2004 | 1,800 | $48.24 |
| Purchase | 5/18/2004 | 2,200 | $47.76 |
| Purchase | 5/27/2004 | 1,900 | $50.00 |
| Purchase | 5/28/2004 | 1,000 | $50.71 |
| Purchase | 6/3/2004 | 300 | $48.71 |
| Purchase | 8/24/2004 | 3,300 | $45.34 |
| Purchase | 11/2/2004 | 2,800 | $44.41 |
| Purchase | 11/3/2004 | 900 | $44.30 |
| Purchase | 12/7/2004 | 4,800 | $41.47 |
| Purchase | 12/8/2004 | 4,200 | $41.78 |
| Purchase | 12/9/2004 | 4,600 | $41.55 |
| Purchase | 12/10/2004 | 600 | $41.95 |
| Purchase | 2/2/2005 | 600 | $38.90 |
| Purchase | 2/3/2005 | 800 | $38.53 |
| Purchase | 3/3/2005 | 4,300 | $42.86 |
| Purchase | 3/4/2005 | 200 | $43.10 |
| Purchase | 5/9/2005 | 2,600 | $38.44 |
| Purchase | 7/13/2005 | 2,300 | $41.42 |
| Purchase | 8/5/2005 | 8,600 | $44.91 |
| Purchase | 9/27/2005 | 1,300 | $40.85 |
| Purchase | 9/28/2005 | 1,800 | $41.00 |
| Purchase | 9/29/2005 | 900 | $41.49 |
| Purchase | 9/30/2005 | 800 | $42.42 |
| Purchase | 10/11/2005 | 5,200 | $39.79 |
| Purchase | 10/28/2005 | 6,500 | $34.11 |
| Purchase | 10/31/2005 | 11,500 | $34.70 |
| Purchase | 11/15/2005 | 800 | $36.03 |
| Purchase | 11/15/2005 | 1,100 | $35.80 |
| Purchase | 11/16/2005 | 300 | $35.65 |
| Purchase | 2/3/2006 | 7,300 | $39.61 |

| | | | |
|---|---|---|---|
| Sale | 9/3/2004 | 4,300 | $41.61 |
| Sale | 9/7/2004 | 7,700 | $40.48 |
| Sale | 9/8/2004 | 7,200 | $39.76 |
| Sale | 9/9/2004 | 1,200 | $40.25 |
| Sale | 2/4/2005 | 2,500 | $39.67 |
| Sale | 3/9/2005 | 2,400 | $43.98 |
| Sale | 4/21/2005 | 7,100 | $38.01 |
| Sale | 4/22/2005 | 8,100 | $37.39 |
| Sale | 4/25/2005 | 1,300 | $36.87 |
| Sale | 5/6/2005 | 1,800 | $38.46 |
| Sale | 1/19/2006 | 1,500 | $40.62 |
| Sale | 1/24/2006 | 1,400 | $39.28 |
| Sale | 4/24/2006 | 2,900 | $36.72 |
| Sale | 4/25/2006 | 2,900 | $36.42 |
| Sale | 5/9/2006 | 4,200 | $34.35 |
| Sale | 5/10/2006 | 9,100 | $33.27 |
| Sale | 5/25/2006 | 7,400 | $31.30 |
| Sale | 5/26/2006 | 8,000 | $30.91 |
| Sale | 5/30/2006 | 2,400 | $30.44 |
| Sale | 7/6/2006 | 5,400 | $30.53 |
| Sale | 7/7/2006 | 9,000 | $29.80 |
| Sale | 7/10/2006 | 3,200 | $29.36 |
| Sale | 7/11/2006 | 3,500 | $29.26 |
| Sale | 8/2/2006 | 5,000 | $29.13 |
| Sale | 8/3/2006 | 5,700 | $29.31 |
| Sale | 8/4/2006 | 3,800 | $28.99 |
| Sale | 8/4/2006 | 100 | $28.99 |
| Sale | 8/4/2006 | 3,800 | $29.16 |
| Sale | 8/7/2006 | 3,600 | $27.46 |
| Sale | 8/8/2006 | 2,300 | $26.90 |
| Sale | 8/8/2006 | 1,700 | $26.73 |
| Sale | 8/8/2006 | 100 | $26.73 |
| Sale | 8/9/2006 | 5,300 | $27.17 |
| Sale | 8/10/2006 | 6,000 | $27.20 |
| Sale | 8/11/2006 | 5,300 | $26.85 |
| Sale | 8/14/2006 | 3,400 | $26.96 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, George W. Neville, Esq., on behalf of the Public Employees' Retirement System of Mississippi ("Mississippi PERS"), hereby certify, as to the claims asserted under the federal securities laws against Maxim Integrated Products, Inc. (MXIM.PK), et al. in the Federal District Court for the Northern District of California, that:

1.     I am Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi. I have reviewed a complaint filed in the action and adopt its allegations. Mississippi PERS has authorized Chitwood Harley Harnes LLP and Bernstein Litowitz Berger & Grossman LLP to file a motion for appointment as lead plaintiff on its behalf.

2.     Mississippi PERS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.     Mississippi PERS is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Mississippi PERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4.     Mississippi PERS' transactions in the Maxim Integrated Products, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5.     Mississippi PERS has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

> *In re Boston Scientific Corp. Securities Litigation*, Case No. 05-cv-11934 (D. Mass.)
> *In re The Mills Corporation Securities Litigation*, Case No. 06-cv-77 (E.D. Va.)
> *In re Coca-Cola Enterprises Inc. Securities Litigation*, Case No. 06-cv-275 (N.D. Ga.)
> *In re Sears Holdings Corporation Securities Litigation*, Case No. 06-cv-4053 (S.D.N.Y.)
> *In re Sonus Networks, Inc. Securities Litigation-II*, Case No. 06-cv-10040 (D. Mass.)

6.     Mississippi PERS is serving as a lead plaintiff and representative party on behalf of a class in *In re Merck & Co. Inc. Securities, Derivative & "ERISA" Litigation*, MDL No. 1658 (SRC); 05-cv-01151 (D.N.J.), 05-cv-2367 (D.N.J.). Mississippi PERS intervened in the action and was appointed to serve as a lead plaintiff and representative party in the action in 2007.

7.     Mississippi PERS has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

*In re BearingPoint Securities Litigation*, Case No. 05-cv-454 (E.D. Va.)
*In re FBR Inc. Securities Litigation*, Case No. 05-cv-4617 (S.D.N.Y.)
*In re General Motors Securities Litigation*, Case No. 05-cv-60290 (E.D. Mich.)
*In re Guidant Corporation Securities Litigation*, Case No. 05-cv-1658 (S.D. Ind.)
*Johnson v. Dana Corporation et al.*, Case No. 05-cv-7388 (N.D. Ohio)
*In re Mercury Interactive Securities Litigation*, Case No. 05-cv-3395 (N.D. Cal.)
*In re Take-Two Interactive Securities Litigation*, Case No. 06-cv-803 (S.D.N.Y.)
*In re Par Pharmaceutical Companies, Inc. Securities Litigation*, Case No. 06-cv-3226 (D.N.J.)
*In re Dell, Inc. Securities Litigation*, Case No. 06-cv-726 (W.D. Tex.)
*Freudenberg v. E\*Trade Financial Corporation, et al.*, Case No. 07-cv-8538 (S.D.N.Y.)

8.    During the three-year period preceding the date of this Certification, Mississippi PERS sought to serve and did serve as a class representative on behalf of a class in the following action that has been fully settled:

*In re Cigna Corp. Securities Litigation*, Case No. 02-cv-8088 (E.D. Pa.)

9.    Mississippi PERS is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

*Middlesex County Retirement System et al v. Semtech Corp. et al.*, Case No. 07-cv-7114 (C.D. Cal.)
*Reimer v. Ambac Financial Group, Inc.*, Case No. 08-cv-411 (S.D.N.Y)
*In re Schering-Plough Corporation/Enhance. Securities Litigation*, Case No. 08-cv-397 (D.N.J.)

10.    Mississippi PERS will not accept any payment for serving as a representative party on behalf of the Class beyond Mississippi PERS' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of April, 2008.

George W. Neville
Special Assistant Attorney General
*Legal Counsel to the Public Employees' Retirement System of Mississippi*

**Mississippi PERS**
**Transactions in Maxim Integrated Products, Inc. (MXIM)**
Class Period: 4/29/03-1/17/08

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 06/06/03 | 1,600 | $37.8500 |
| Purchase | 08/29/03 | 7,250 | $44.7236 |
| Purchase | 10/17/03 | 7,700 | $44.9181 |
| Purchase | 11/18/03 | 8,250 | $50.8989 |
| Purchase | 01/15/04 | 13,300 | $55.4232 |
| Purchase | 06/08/04 | 2,600 | $49.7495 |
| Purchase | 01/27/05 | 27,700 | $39.2800 |
| Purchase | 07/26/05 | 14,900 | $42.6974 |
| Purchase | 07/27/05 | 7,800 | $42.1625 |
| Purchase | 07/28/05 | 7,500 | $42.1071 |
| Purchase | 07/29/05 | 8,900 | $42.0634 |
| Purchase | 08/01/05 | 4,500 | $41.7876 |
| Purchase | 08/02/05 | 40,900 | $44.9990 |
| Purchase | 08/10/05 | 3,900 | $43.3145 |
| Purchase | 08/25/05 | 14,700 | $42.3939 |
| Purchase | 08/26/05 | 6,800 | $42.1653 |
| Purchase | 08/29/05 | 6,100 | $42.7467 |
| Purchase | 09/30/05 | 24,500 | $42.4227 |
| Purchase | 10/03/05 | 9,800 | $43.3100 |
| Purchase | 10/04/05 | 4,900 | $43.3290 |
| Purchase | 10/20/05 | 59,200 | $40.4100 |
| Purchase | 09/15/06 | 1,100 | $32.2700 |
| Purchase | 12/29/06 | 7,400 | $30.5950 |
| Purchase | 12/29/06 | 11,500 | $30.5950 |
| Purchase | 01/03/07 | 134,200 | $31.2640 |
| Purchase | 01/04/07 | 4,500 | $31.3340 |
| Purchase | 03/14/07 | 41,800 | $31.9170 |
| Purchase | 03/15/07 | 19,650 | $32.0810 |
| Purchase | 04/04/07 | 9,910 | $29.4740 |
| Purchase | 04/04/07 | 22,340 | $29.4740 |
| Purchase | 04/18/07 | 51,700 | $30.9970 |
| Purchase | 04/18/07 | 2,300 | $30.8300 |
| Purchase | 04/18/07 | 14,430 | $30.9410 |
| Purchase | 06/07/07 | 9,600 | $30.5081 |
| Purchase | 09/05/07 | 32,480 | $30.6010 |
| Purchase | 09/05/07 | 6,840 | $30.7450 |
| Sale | 10/31/03 | (7,800) | $49.3166 |
| Sale | 02/27/04 | (7,350) | $50.3874 |
| Sale | 04/02/04 | (8,950) | $49.1046 |
| Sale | 02/09/05 | (5,900) | $40.3786 |
| Sale | 02/17/05 | (3,300) | $42.2032 |
| Sale | 02/28/05 | (2,100) | $43.0356 |
| Sale | 03/08/05 | (8,200) | $43.8558 |
| Sale | 03/16/05 | (2,600) | $41.9356 |

| | | | |
|---|---|---|---|
| Sale | 05/16/05 | (2,200) | $38.5904 |
| Sale | 06/10/05 | (3,400) | $39.0363 |
| Sale | 11/17/05 | (10,900) | $35.5840 |
| Sale | 03/31/06 | (4,700) | $37.1544 |
| Sale | 04/27/06 | (18,700) | $35.2170 |
| Sale | 04/28/06 | (11,300) | $35.3020 |
| Sale | 05/01/06 | (8,200) | $35.4660 |
| Sale | 06/08/06 | (5,600) | $30.3200 |
| Sale | 06/12/06 | (14,200) | $31.1470 |
| Sale | 06/13/06 | (10,600) | $31.1800 |
| Sale | 06/14/06 | (10,200) | $30.7500 |
| Sale | 06/20/06 | (1,800) | $32.0050 |
| Sale | 06/21/06 | (9,900) | $32.4780 |
| Sale | 06/23/06 | (5,700) | $32.2330 |
| Sale | 06/27/06 | (1,000) | $30.9100 |
| Sale | 06/27/06 | (1,000) | $30.9100 |
| Sale | 07/06/06 | (7,300) | $30.2610 |
| Sale | 07/06/06 | (2,200) | $30.2880 |
| Sale | 09/05/06 | (2,200) | $30.0700 |
| Sale | 10/05/06 | (28,100) | $28.5180 |
| Sale | 10/06/06 | (30,800) | $28.3170 |
| Sale | 10/09/06 | (12,100) | $28.6100 |
| Sale | 10/10/06 | (20,300) | $28.6310 |
| Sale | 10/10/06 | (6,500) | $28.6280 |
| Sale | 06/15/07 | (10,000) | $32.9160 |
| Sale | 09/26/07 | (119,168) | $28.5360 |
| Sale | 01/02/08 | (40,800) | $26.0110 |
| Sale | 01/03/08 | (29,870) | $26.0010 |
| Sale | 01/04/08 | (148,690) | $24.4450 |

# EXHIBIT B

**Cobb County Government Employees' Pension Fund**
**FIFO Maxim Integrated Products, Inc.**
**Class Period: 4/29/2003 - 1/17/2008**
**Retained Share Price (1/18/08 - 4/4/08):  $18.668**

| Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|
| Purchase | | 5,687 | $0.00 | $0.00 |
| Purchase | 1/13/2004 | 4,500 | $54.87 | $246,899.70 |
| Purchase | 2/18/2004 | 1,300 | $53.51 | $69,568.07 |
| Purchase | 2/19/2004 | 2,400 | $53.25 | $127,792.80 |
| Purchase | 2/15/2005 | 8,487 | $43.42 | $368,472.44 |
| Purchase | 8/1/2007 | 24,213 | $31.88 | $771,910.44 |
| Purchase | 8/1/2007 | 6,087 | $31.88 | $194,053.56 |
| Totals | | 46,987 | | $1,778,697.01 |

| Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|
| Sale | 3/5/2004 | 100 | $49.60 | $4,960.00 |
| Sale | 3/5/2004 | 3,876 | $49.59 | $192,210.84 |
| Sale | 3/5/2004 | 1,711 | $49.57 | $84,814.27 |
| Sale | 3/5/2004 | 989 | $49.57 | $49,024.73 |
| Sale | 3/5/2004 | 1,524 | $49.56 | $75,529.44 |
| Sale | 3/17/2005 | 1,987 | $41.75 | $82,962.22 |
| Sale | 3/17/2005 | 813 | $41.75 | $33,944.78 |
| Sale | 7/11/2005 | 487 | $40.99 | $19,960.18 |
| Sale | 7/11/2005 | 691 | $40.99 | $28,321.33 |
| Sale | 7/11/2005 | 1,709 | $41.02 | $70,094.64 |
| Sale | 7/11/2005 | 2,800 | $41.02 | $114,842.00 |
| Sale | 8/24/2007 | 500 | $31.09 | $15,546.80 |
| Sale | 8/24/2007 | 4,000 | $31.04 | $124,156.00 |
| Sale | 8/24/2007 | 1,187 | $31.08 | $36,894.69 |
| Sale | 8/24/2007 | 113 | $31.08 | $3,512.30 |
| Sale | 8/24/2007 | 1,800 | $31.04 | $55,872.90 |
| Sale | 11/29/2007 | 2,300 | $23.92 | $55,017.15 |
| Sale | 11/30/2007 | 3,200 | $23.22 | $74,300.80 |
| Sale | 12/12/2007 | 900 | $25.55 | $22,991.31 |
| Sale | 12/12/2007 | 700 | $25.55 | $17,882.13 |
| Sale | 1/9/2008 | 200 | $24.00 | $4,800.00 |
| Sale | 1/10/2008 | 1,300 | $24.00 | $31,200.00 |
| Sale | 1/17/2008 | 13,700 | $21.09 | $288,922.04 |
| Retained | | 6,087 | $18.668 | $113,633.94 |
| Totals | | 40,900 | | $1,205,775.43 |

**TOTAL FIFO LOSS:**    ($459,287.64)

**Cobb County Government Employees' Pension Fund**
**LIFO Maxim Integrated Products, Inc.**
**Class Period: 4/29/2003 - 1/17/2008**
**Retained Share Price (1/18/08 - 4/4/08): $18.668**

| Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|
| Purchase | 1/13/2004 | 4,500 | $54.87 | $246,899.70 |
| Purchase | 2/18/2004 | 1,300 | $53.51 | $69,568.07 |
| Purchase | 2/19/2004 | 2,400 | $53.25 | $127,792.80 |
| Purchase | 2/15/2005 | 8,487 | $43.42 | $368,472.44 |
| Purchase | 8/1/2007 | 30,300 | $31.88 | $965,964.00 |
| Totals | | 46,987 | | $1,778,697.01 |

| Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|
| Sale | 3/5/2004 | 100 | $49.60 | $4,960.00 |
| Sale | 3/5/2004 | 3,876 | $49.59 | $192,210.84 |
| Sale | 3/5/2004 | 2,700 | $49.57 | $133,839.00 |
| Sale | 3/5/2004 | 1,524 | $49.56 | $75,529.44 |
| Sale | 3/17/2005 | 2,800 | $41.75 | $116,907.00 |
| Sale | 7/11/2005 | 1,178 | $40.99 | $48,281.51 |
| Sale | 7/11/2005 | 4,509 | $41.02 | $184,936.64 |
| Sale | 8/24/2007 | 500 | $31.09 | $15,546.80 |
| Sale | 8/24/2007 | 4,000 | $31.04 | $124,156.00 |
| Sale | 8/24/2007 | 1,300 | $31.08 | $40,406.99 |
| Sale | 11/29/2007 | 1,800 | $31.04 | $55,872.90 |
| Sale | 11/29/2007 | 2,300 | $23.92 | $55,017.15 |
| Sale | 11/30/2007 | 3,200 | $23.22 | $74,300.80 |
| Sale | 12/12/2007 | 900 | $25.55 | $22,991.31 |
| Sale | 12/12/2007 | 700 | $25.55 | $17,882.13 |
| Sale | 1/9/2008 | 200 | $24.00 | $4,800.00 |
| Sale | 1/10/2008 | 1,300 | $24.00 | $31,200.00 |
| Sale | 1/17/2008 | 13,700 | $21.09 | $288,922.04 |
| Retained | | 400 | $18.668 | $7,467.32 |
| | | 39,911 | | $1,487,760.54 |

**TOTAL LIFO LOSS:**    ($283,469.15)

**Dekalb County Pension Fund**
**FIFO Maxim Integrated Products, Inc.**
**Class Period: 4/29/2003 - 1/17/2008**
**Retained Share Price (1/18/08 - 4/4/08): $18.668**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/6/2004 | 3,000 | $51.57 | $154,708.50 | Sale | 9/3/2004 | 3,000 | $41.61 | $124,841.10 |
| Purchase | 1/7/2004 | 3,900 | $52.19 | $203,523.84 | Sale | 9/3/2004 | 1,300 | $41.61 | $54,097.81 |
| Purchase | 1/8/2004 | 3,700 | $53.38 | $197,504.89 | Sale | 9/7/2004 | 2,600 | $40.48 | $105,252.68 |
| Purchase | 1/9/2004 | 4,600 | $54.30 | $249,782.30 | Sale | 9/7/2004 | 3,700 | $40.48 | $149,782.66 |
| Purchase | 1/12/2004 | 1,700 | $55.05 | $93,584.15 | Sale | 9/7/2004 | 1,400 | $40.48 | $56,674.52 |
| Purchase | 2/12/2004 | 6,100 | $53.56 | $326,741.62 | Sale | 9/8/2004 | 3,200 | $39.76 | $127,224.96 |
| Purchase | 2/13/2004 | 7,500 | $52.99 | $397,448.25 | Sale | 9/8/2004 | 1,700 | $39.76 | $67,588.26 |
| Purchase | 2/17/2004 | 200 | $53.20 | $10,640.40 | Sale | 9/8/2004 | 2,300 | $39.76 | $91,442.94 |
| Purchase | 3/11/2004 | 1,200 | $46.15 | $55,376.76 | Sale | 9/9/2004 | 1,200 | $40.25 | $48,297.12 |
| Purchase | 3/15/2004 | 4,000 | $46.15 | $184,610.00 | Sale | 2/4/2005 | 2,500 | $39.67 | $99,173.00 |
| Purchase | 3/16/2004 | 900 | $46.21 | $41,590.80 | Sale | 3/9/2005 | 100 | $43.98 | $4,398.00 |
| Purchase | 3/17/2004 | 1,300 | $47.23 | $61,401.21 | Sale | 3/9/2005 | 2,300 | $43.98 | $101,154.00 |
| Purchase | 4/29/2004 | 13,900 | $46.50 | $646,372.24 | Sale | 4/21/2005 | 5,200 | $38.01 | $197,638.48 |
| Purchase | 4/30/2004 | 5,100 | $46.77 | $238,535.67 | Sale | 4/21/2005 | 200 | $38.01 | $7,601.48 |
| Purchase | 5/5/2004 | 2,800 | $45.45 | $127,249.64 | Sale | 4/21/2005 | 1,200 | $38.01 | $45,608.88 |
| Purchase | 5/6/2004 | 2,500 | $45.80 | $114,494.00 | Sale | 4/21/2005 | 500 | $38.01 | $19,003.70 |
| Purchase | 5/7/2004 | 2,900 | $47.62 | $138,106.99 | Sale | 4/22/2005 | 3,500 | $37.39 | $130,861.85 |
| Purchase | 5/10/2004 | 1,800 | $48.24 | $86,832.00 | Sale | 4/22/2005 | 900 | $37.39 | $33,650.19 |
| Purchase | 5/18/2004 | 2,200 | $47.76 | $105,064.74 | Sale | 4/22/2005 | 1,300 | $37.39 | $48,605.83 |
| Purchase | 5/27/2004 | 1,900 | $50.00 | $94,992.21 | Sale | 4/22/2005 | 2,400 | $37.39 | $89,733.84 |
| Purchase | 5/28/2004 | 1,000 | $50.71 | $50,711.90 | Sale | 4/25/2005 | 1,300 | $36.87 | $47,936.46 |
| Purchase | 6/3/2004 | 300 | $48.71 | $14,612.40 | Sale | 5/6/2005 | 1,800 | $38.46 | $69,230.70 |
| Purchase | 8/24/2004 | 3,300 | $45.34 | $149,605.83 | Sale | 1/19/2006 | 1,500 | $40.62 | $60,930.00 |
| Purchase | 11/2/2004 | 2,880 | $44.41 | $124,359.48 | Sale | 1/24/2006 | 1,400 | $39.28 | $54,992.00 |
| Purchase | 11/3/2004 | 900 | $44.30 | $39,869.10 | Sale | 4/24/2006 | 2,900 | $36.72 | $106,490.03 |
| Purchase | 12/7/2004 | 4,800 | $41.47 | $199,038.72 | Sale | 4/25/2006 | 2,600 | $36.42 | $94,703.96 |
| Purchase | 12/8/2004 | 4,200 | $41.78 | $175,471.38 | Sale | 4/25/2006 | 300 | $36.42 | $10,927.38 |
| Purchase | 12/9/2004 | 4,600 | $41.55 | $191,144.72 | Sale | 5/9/2006 | 4,200 | $34.35 | $144,254.46 |
| Purchase | 12/10/2004 | 600 | $41.95 | $25,171.08 | Sale | 5/10/2006 | 600 | $33.27 | $19,961.76 |
| Purchase | 2/2/2005 | 600 | $38.90 | $23,338.86 | Sale | 5/10/2006 | 2,800 | $33.27 | $93,154.88 |
| Purchase | 2/3/2005 | 800 | $38.53 | $30,827.04 | Sale | 5/10/2006 | 2,500 | $33.27 | $83,174.00 |
| Purchase | 3/3/2005 | 4,300 | $42.86 | $184,292.41 | Sale | 5/10/2006 | 2,900 | $33.27 | $96,481.84 |
| Purchase | 3/4/2005 | 200 | $43.10 | $8,620.34 | Sale | 5/10/2006 | 300 | $33.27 | $9,980.88 |
| Purchase | 5/9/2005 | 2,600 | $38.44 | $99,954.92 | Sale | 5/25/2006 | 1,500 | $31.30 | $46,954.95 |
| Purchase | 7/13/2005 | 2,300 | $41.42 | $95,257.72 | Sale | 5/25/2006 | 2,200 | $31.30 | $68,867.26 |
| Purchase | 8/5/2005 | 8,600 | $44.91 | $386,256.96 | Sale | 5/25/2006 | 1,900 | $31.30 | $59,476.27 |
| Purchase | 9/27/2005 | 1,300 | $40.85 | $53,103.83 | Sale | 5/25/2006 | 1,000 | $31.30 | $31,303.30 |
| Purchase | 9/28/2005 | 1,800 | $41.00 | $73,805.40 | Sale | 5/25/2006 | 300 | $31.30 | $9,390.99 |
| Purchase | 9/29/2005 | 900 | $41.49 | $37,344.96 | Sale | 5/25/2006 | 500 | $31.30 | $15,651.65 |
| Purchase | 9/30/2005 | 800 | $42.42 | $33,934.24 | Sale | 5/26/2006 | 2,800 | $30.91 | $86,542.68 |

**Purchases**

| Type | Date | Shares | Price | Amount |
|---|---|---|---|---|
| Purchase | 10/11/2005 | 5,200 | $39.79 | $206,929.84 |
| Purchase | 10/28/2005 | 6,500 | $34.11 | $221,708.50 |
| Purchase | 10/31/2005 | 11,500 | $34.70 | $399,002.85 |
| Purchase | 11/15/2005 | 800 | $36.03 | $28,825.76 |
| Purchase | 11/15/2005 | 1,100 | $35.80 | $39,381.98 |
| Purchase | 11/16/2005 | 300 | $35.65 | $10,695.63 |
| Purchase | 2/3/2006 | 7,300 | $39.61 | $289,177.09 |
| | | 150,600 | | $6,721,003.15 |

**Sales**

| Type | Date | Shares | Price | Amount |
|---|---|---|---|---|
| Sale | 5/26/2006 | 2,800 | $30.91 | $86,542.68 |
| Sale | 5/26/2006 | 900 | $30.91 | $27,817.29 |
| Sale | 5/26/2006 | 1,500 | $30.91 | $46,362.15 |
| Sale | 5/30/2006 | 2,400 | $30.44 | $73,057.44 |
| Sale | 7/6/2006 | 900 | $30.53 | $27,480.33 |
| Sale | 7/6/2006 | 4,200 | $30.53 | $128,241.54 |
| Sale | 7/6/2006 | 300 | $30.53 | $9,160.11 |
| Sale | 7/7/2006 | 4,300 | $29.80 | $128,136.56 |
| Sale | 7/7/2006 | 600 | $29.80 | $17,879.52 |
| Sale | 7/7/2006 | 600 | $29.80 | $17,879.52 |
| Sale | 7/7/2006 | 800 | $29.80 | $23,839.36 |
| Sale | 7/7/2006 | 2,700 | $29.80 | $80,457.84 |
| Sale | 7/10/2006 | 1,600 | $29.36 | $46,968.32 |
| Sale | 7/10/2006 | 200 | $29.36 | $5,871.04 |
| Sale | 7/10/2006 | 1,400 | $29.36 | $41,097.28 |
| Sale | 7/11/2006 | 1,200 | $29.26 | $35,107.68 |
| Sale | 7/11/2006 | 2,300 | $29.26 | $67,289.72 |
| Sale | 8/2/2006 | 5,000 | $29.13 | $145,627.50 |
| Sale | 8/3/2006 | 3,600 | $29.31 | $105,516.00 |
| Sale | 8/3/2006 | 1,300 | $29.31 | $38,103.00 |
| Sale | 8/3/2006 | 800 | $29.31 | $23,448.00 |
| Sale | 8/4/2006 | 1,000 | $28.99 | $28,992.60 |
| Sale | 8/4/2006 | 900 | $28.99 | $26,093.34 |
| Sale | 8/4/2006 | 800 | $28.99 | $23,194.08 |
| Sale | 8/4/2006 | 1,100 | $28.99 | $31,891.86 |
| Sale | 8/4/2006 | 100 | $28.99 | $2,899.26 |
| Sale | 8/7/2006 | 3,800 | $29.16 | $110,825.86 |
| Sale | 8/7/2006 | 200 | $27.46 | $5,491.96 |
| Sale | 8/7/2006 | 3,400 | $27.46 | $93,363.32 |
| Sale | 8/8/2006 | 2,300 | $26.90 | $61,872.07 |
| Sale | 8/8/2006 | 800 | $26.73 | $21,383.68 |
| Sale | 8/8/2006 | 900 | $26.73 | $24,056.64 |
| Sale | 8/8/2006 | 100 | $26.73 | $2,672.96 |
| Sale | 8/9/2006 | 5,300 | $27.17 | $143,985.10 |
| Sale | 8/10/2006 | 5,200 | $27.20 | $141,461.84 |
| Sale | 8/10/2006 | 800 | $27.20 | $21,763.36 |
| Sale | 8/11/2006 | 1,100 | $26.85 | $29,530.16 |
| Sale | 8/11/2006 | 300 | $26.85 | $8,053.68 |
| Sale | 8/11/2006 | 3,900 | $26.85 | $104,697.84 |
| Sale | 8/14/2006 | 3,400 | $26.96 | $91,664.00 |
| | | 150,600 | | $4,962,813.24 |

**TOTAL FIFO LOSS**   **$1,758,189.91**

**Dekalb County Pension Fund**
**LIFO Maxim Integrated Products, Inc.**
**Class Period: 4/29/2003 - 1/17/2008**
**Retained Share Price (1/18/08 - 4/4/08):  $18.668**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/6/2004 | 3,000 | $51.57 | $154,708.50 | Sale | 9/3/2004 | 4,300 | $41.61 | $178,938.91 |
| Purchase | 1/7/2004 | 3,900 | $52.19 | $203,523.84 | Sale | 9/7/2004 | 7,700 | $40.48 | $311,709.86 |
| Purchase | 1/8/2004 | 3,700 | $53.38 | $197,504.89 | Sale | 9/8/2004 | 7,200 | $39.76 | $286,256.16 |
| Purchase | 1/9/2004 | 4,600 | $54.30 | $249,782.30 | Sale | 9/9/2004 | 1,200 | $40.25 | $48,297.12 |
| Purchase | 1/12/2004 | 1,700 | $55.05 | $93,584.15 | Sale | 2/4/2005 | 2,500 | $39.67 | $99,173.00 |
| Purchase | 2/12/2004 | 6,100 | $53.56 | $326,741.62 | Sale | 3/9/2005 | 2,400 | $43.98 | $105,552.00 |
| Purchase | 2/13/2004 | 7,500 | $52.99 | $397,448.25 | Sale | 4/21/2005 | 7,100 | $38.01 | $269,852.54 |
| Purchase | 2/17/2004 | 200 | $53.20 | $10,640.40 | Sale | 4/22/2005 | 8,100 | $37.39 | $302,851.71 |
| Purchase | 3/11/2004 | 1,200 | $46.15 | $55,376.76 | Sale | 4/25/2005 | 1,300 | $36.87 | $47,936.46 |
| Purchase | 3/15/2004 | 4,000 | $46.15 | $184,610.00 | Sale | 5/6/2005 | 1,800 | $38.46 | $69,230.70 |
| Purchase | 3/16/2004 | 900 | $46.21 | $41,590.80 | Sale | 1/19/2006 | 1,500 | $40.62 | $60,930.00 |
| Purchase | 3/17/2004 | 1,300 | $47.23 | $61,401.21 | Sale | 1/24/2006 | 1,400 | $39.28 | $54,992.00 |
| Purchase | 4/29/2004 | 13,900 | $46.50 | $646,372.24 | Sale | 4/24/2006 | 2,900 | $36.72 | $106,490.03 |
| Purchase | 4/30/2004 | 5,100 | $46.77 | $238,535.67 | Sale | 4/25/2006 | 2,900 | $36.42 | $105,631.34 |
| Purchase | 5/5/2004 | 2,800 | $45.45 | $127,249.64 | Sale | 5/9/2006 | 4,200 | $34.35 | $144,254.46 |
| Purchase | 5/6/2004 | 2,500 | $45.80 | $114,494.00 | Sale | 5/10/2006 | 9,100 | $33.27 | $302,753.36 |
| Purchase | 5/7/2004 | 2,900 | $47.62 | $138,106.99 | Sale | 5/25/2006 | 7,400 | $31.30 | $231,644.42 |
| Purchase | 5/10/2004 | 1,800 | $48.24 | $86,832.00 | Sale | 5/26/2006 | 8,000 | $30.91 | $247,264.80 |
| Purchase | 5/18/2004 | 2,200 | $47.76 | $105,064.74 | Sale | 5/30/2006 | 2,400 | $30.44 | $73,057.44 |
| Purchase | 5/27/2004 | 1,900 | $50.00 | $94,992.21 | Sale | 7/6/2006 | 5,400 | $30.53 | $164,881.98 |
| Purchase | 5/28/2004 | 1,000 | $50.71 | $50,711.90 | Sale | 7/7/2006 | 9,000 | $29.80 | $268,192.80 |
| Purchase | 6/3/2004 | 300 | $48.71 | $14,612.40 | Sale | 7/10/2006 | 3,200 | $29.36 | $93,936.64 |
| Purchase | 8/24/2004 | 3,300 | $45.34 | $149,605.83 | Sale | 7/11/2006 | 3,500 | $29.26 | $102,397.40 |
| Purchase | 11/2/2004 | 2,800 | $44.41 | $124,359.48 | Sale | 8/2/2006 | 5,000 | $29.13 | $145,627.50 |
| Purchase | 11/3/2004 | 900 | $44.30 | $39,869.10 | Sale | 8/3/2006 | 5,700 | $29.31 | $167,067.00 |
| Purchase | 12/7/2004 | 4,800 | $41.47 | $199,038.72 | Sale | 8/4/2006 | 3,800 | $28.99 | $110,171.88 |
| Purchase | 12/8/2004 | 4,200 | $41.78 | $175,471.38 | Sale | 8/4/2006 | 100 | $28.99 | $2,899.26 |
| Purchase | 12/9/2004 | 4,600 | $41.55 | $191,144.72 | Sale | 8/4/2006 | 3,800 | $29.16 | $110,825.86 |
| Purchase | 12/10/2004 | 600 | $41.95 | $25,171.08 | Sale | 8/7/2006 | 3,600 | $27.46 | $98,855.28 |
| Purchase | 2/2/2005 | 600 | $38.90 | $23,338.86 | Sale | 8/8/2006 | 2,300 | $26.90 | $61,872.07 |
| Purchase | 2/3/2005 | 800 | $38.53 | $30,827.04 | Sale | 8/8/2006 | 1,700 | $26.73 | $45,440.32 |
| Purchase | 3/3/2005 | 4,300 | $42.86 | $184,292.41 | Sale | 8/8/2006 | 100 | $26.73 | $2,672.96 |
| Purchase | 3/4/2005 | 200 | $43.10 | $8,620.34 | Sale | 8/9/2006 | 5,300 | $27.17 | $143,985.10 |
| Purchase | 5/9/2005 | 2,600 | $38.44 | $99,954.92 | Sale | 8/10/2006 | 6,000 | $27.20 | $163,225.20 |
| Purchase | 7/13/2005 | 2,300 | $41.42 | $95,257.72 | Sale | 8/11/2006 | 5,300 | $26.85 | $142,281.68 |
| Purchase | 8/5/2005 | 8,600 | $44.91 | $386,256.96 | Sale | 8/14/2006 | 3,400 | $26.96 | $91,664.00 |
| Purchase | 9/27/2005 | 1,300 | $40.85 | $53,103.83 | | | | | |

| Purchase | 9/28/2005 | 1,800 | $41.00 | $73,805.40 |
| Purchase | 9/29/2005 | 900 | $41.49 | $37,344.96 |
| Purchase | 9/30/2005 | 800 | $42.42 | $33,934.24 |
| Purchase | 10/11/2005 | 5,200 | $39.79 | $206,929.84 |
| Purchase | 10/28/2005 | 6,500 | $34.11 | $221,708.50 |
| Purchase | 10/31/2005 | 11,500 | $34.70 | $399,002.85 |
| Purchase | 11/15/2005 | 800 | $36.03 | $28,825.76 |
| Purchase | 11/15/2005 | 1,100 | $35.80 | $39,381.98 |
| Purchase | 11/16/2005 | 300 | $35.65 | $10,695.63 |
| Purchase | 2/3/2006 | 7,300 | $39.61 | $289,177.09 |
| | | 150,600 | | $6,721,003.15 |

150,600    $4,962,813.24

**TOTAL LIFO LOSS**    **$1,758,189.91**

**Public Employees' Retirement System of Mississippi**
FIFO Losses in Maxim Integrated Products, Inc. (MXIM)
Class Period: 4/29/03-1/17/08
Retained Share Price (1/18/08-4/4/08): $18.6683

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| *Opening balance:* | | 110,768 | | | | Sale | 10/31/03 | (7,800) | $49.3166 | ($384,669.48) |
| | | | | | | Sale | 02/27/04 | (7,350) | $50.5874 | ($370,347.39) |
| | | | | | | Sale | 04/02/04 | (8,950) | $49.1046 | ($439,486.17) |
| | | | | | | Sale | 02/09/05 | (5,900) | $40.3786 | ($238,233.74) |
| | | | | | | Sale | 02/17/05 | (3,300) | $42.2032 | ($139,270.56) |
| | | | | | | Sale | 02/28/05 | (2,100) | $43.0356 | ($90,374.76) |
| | | | | | | Sale | 03/08/05 | (8,200) | $43.8558 | ($359,617.56) |
| | | | | | | Sale | 03/16/05 | (2,600) | $41.9356 | ($109,032.56) |
| | | | | | | Sale | 05/16/05 | (2,200) | $38.5904 | ($84,898.88) |
| | | | | | | Sale | 06/10/05 | (3,400) | $39.0363 | ($132,723.42) |
| | | | | | | Sale | 11/17/05 | (10,900) | $35.5840 | ($387,865.60) |
| | | | | | | Sale | 03/31/06 | (4,700) | $37.1544 | ($174,625.48) |
| | | | | | | Sale | 04/27/06 | (18,700) | $35.2170 | ($658,557.90) |
| | | | | | | Sale | 04/28/06 | (11,300) | $35.3020 | ($398,912.60) |
| | | | | | | Sale | 05/01/06 | (8,200) | $35.4660 | ($290,821.20) |
| | | | | | | Sale | 06/08/06 | (5,168) | $30.3200 | ($156,693.06) |
| | | | | | | | | (110,768) | | ($4,416,131.06) |
| | | | | | | *Sales offsetting opening balance:* | | | | |
| Purchase | 06/06/03 | 1,600 | $37.8500 | $60,560.00 | | | | | | |
| Purchase | 08/29/03 | 7,250 | $44.7236 | $324,246.10 | | Sale | 06/08/06 | (432) | $30.3200 | ($13,098.24) |
| Purchase | 10/17/03 | 7,700 | $44.9181 | $345,869.37 | | Sale | 06/12/06 | (14,200) | $31.1470 | ($442,287.40) |
| Purchase | 11/18/03 | 8,250 | $50.8989 | $419,915.93 | | Sale | 06/13/06 | (10,600) | $31.1800 | ($330,508.00) |
| Purchase | 01/15/04 | 13,300 | $55.4232 | $737,128.56 | | Sale | 06/14/06 | (10,200) | $30.7500 | ($313,650.00) |
| Purchase | 06/08/04 | 2,600 | $49.7495 | $129,348.70 | | Sale | 06/20/06 | (1,800) | $32.0050 | ($57,609.00) |
| Purchase | 01/27/05 | 27,700 | $39.2800 | $1,088,056.00 | | Sale | 06/21/06 | (9,900) | $32.4780 | ($321,532.20) |
| Purchase | 07/26/05 | 14,900 | $42.6974 | $636,191.26 | | Sale | 06/23/06 | (5,700) | $32.2330 | ($183,728.10) |
| Purchase | 07/27/05 | 7,800 | $42.1625 | $328,867.50 | | Sale | 06/27/06 | (1,000) | $30.9100 | ($30,910.00) |
| Purchase | 07/28/05 | 7,500 | $42.1071 | $315,803.25 | | | | | | |
| Purchase | 07/29/05 | 8,900 | $42.0634 | $374,364.26 | | | | | | |
| Purchase | 08/01/05 | 4,500 | $41.7876 | $188,044.20 | | | | | | |
| Purchase | 08/02/05 | 40,900 | $44.9990 | $1,840,459.10 | | | | | | |
| Purchase | 08/10/05 | 3,900 | $43.3145 | $168,926.55 | | | | | | |
| Purchase | 08/25/05 | 14,700 | $42.3939 | $623,190.33 | | | | | | |

**Public Employees' Retirement System of Mississippi**
FIFO Losses in Maxim Integrated Products, Inc. (MXIM)
Class Period: 4/29/03-1/17/08
Retained Share Price (1/18/08-4/4/08): $18.6683

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 08/26/05 | 6,800 | $42.1653 | $286,724.04 | | Sale | 06/27/06 | (1,000) | $30.9100 | ($30,910.00) |
| Purchase | 08/29/05 | 6,100 | $42.7467 | $260,754.87 | | Sale | 07/06/06 | (7,300) | $30.2610 | ($220,905.30) |
| Purchase | 09/30/05 | 24,500 | $42.4227 | $1,039,356.15 | | Sale | 07/06/06 | (2,200) | $30.2880 | ($66,633.60) |
| Purchase | 10/03/05 | 9,800 | $43.3100 | $424,438.00 | | Sale | 09/05/06 | (2,200) | $30.0700 | ($66,154.00) |
| Purchase | 10/04/05 | 4,900 | $43.3290 | $212,312.10 | | Sale | 10/05/06 | (28,100) | $28.5180 | ($801,355.80) |
| Purchase | 10/20/05 | 59,200 | $40.4100 | $2,392,272.00 | | Sale | 10/06/06 | (30,800) | $28.3170 | ($872,163.60) |
| Purchase | 09/15/06 | 1,100 | $32.2700 | $35,497.00 | | Sale | 10/09/06 | (12,100) | $28.6100 | ($346,181.00) |
| Purchase | 12/29/06 | 7,400 | $30.5950 | $226,403.00 | | Sale | 10/10/06 | (20,300) | $28.6310 | ($581,209.30) |
| Purchase | 12/29/06 | 11,500 | $30.5950 | $351,842.50 | | Sale | 10/10/06 | (6,500) | $28.6280 | ($186,082.00) |
| Purchase | 01/03/07 | 134,200 | $31.2640 | $4,195,628.80 | | Sale | 06/15/07 | (10,000) | $32.9160 | ($329,160.00) |
| Purchase | 01/04/07 | 4,500 | $31.3340 | $141,003.00 | | Sale | 09/26/07 | (119,168) | $28.5360 | ($3,400,578.05) |
| Purchase | 03/14/07 | 41,800 | $31.9170 | $1,334,130.60 | | Sale | 01/02/08 | (40,800) | $26.0110 | ($1,061,248.80) |
| Purchase | 03/15/07 | 19,650 | $32.0810 | $630,391.65 | | Sale | 01/03/08 | (29,870) | $26.0010 | ($776,649.87) |
| Purchase | 04/04/07 | 9,910 | $29.4740 | $292,087.34 | | Sale | 01/04/08 | (148,690) | $24.4450 | ($3,634,727.05) |
| | | 512,860 | | $19,403,812.16 | | | | (512,860) | | ($14,067,281.31) |
| | | | | | | | | | | |
| | | | | | | | | | *Loss on class period sales:* | ($5,336,530.85) |
| | | | | | | | | | | |
| Purchase | 04/04/07 | 22,340 | $29.4740 | $658,449.16 | $18.6683 | | | | | ($241,399.34) |
| Purchase | 04/18/07 | 51,700 | $30.9970 | $1,602,544.90 | $18.6683 | | | | | ($637,393.79) |
| Purchase | 04/18/07 | 2,300 | $30.8300 | $70,909.00 | $18.6683 | | | | | ($27,971.91) |
| Purchase | 04/18/07 | 14,430 | $30.9410 | $446,478.63 | $18.6683 | | | | | ($177,095.06) |
| Purchase | 06/07/07 | 9,600 | $30.5081 | $292,877.76 | $18.6683 | | | | | ($113,662.08) |
| Purchase | 09/05/07 | 32,480 | $30.6010 | $993,920.48 | $18.6683 | | | | | ($387,574.10) |
| Purchase | 09/05/07 | 6,840 | $30.7450 | $210,295.80 | $18.6683 | | | | | ($82,604.63) |
| | | 139,690 | | $4,275,475.73 | | | | | | |
| | | | | | | | | | *Loss on retained shares:* | ($1,667,700.90) |
| | | | | | | | | | | |
| | | | | | | | | | **TOTAL FIFO LOSS:** | **($7,004,231.75)** |

Page 2 of 2

**Public Employees' Retirement System of Mississippi**
LIFO Losses in Maxim Integrated Products, Inc. (MXIM)
Class Period: 4/29/03-1/17/08
Retained Share Price (1/18/08-4/4/08): $18.6683

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 06/06/03 | 1,600 | $37.8500 | $60,560.00 | Sale | 10/31/03 | (7,800) | $49.3166 | ($384,669.48) |
| Purchase | 08/29/03 | 7,250 | $44.7236 | $324,246.10 | Sale | 02/27/04 | (7,350) | $50.3874 | ($370,347.39) |
| Purchase | 10/17/03 | 7,700 | $44.9181 | $345,869.37 | Sale | 04/02/04 | (8,950) | $49.1046 | ($439,486.17) |
| Purchase | 11/18/03 | 8,250 | $50.8989 | $419,915.93 | Sale | 02/09/05 | (5,900) | $40.3786 | ($238,233.74) |
| Purchase | 01/15/04 | 13,300 | $55.4232 | $737,128.56 | Sale | 02/17/05 | (3,300) | $42.2032 | ($139,270.56) |
| Purchase | 06/08/04 | 2,600 | $49.7495 | $129,348.70 | Sale | 02/28/05 | (2,100) | $43.0356 | ($90,374.76) |
| Purchase | 01/27/05 | 27,700 | $39.2800 | $1,088,056.00 | Sale | 03/08/05 | (8,200) | $43.8558 | ($359,617.56) |
| Purchase | 07/26/05 | 14,900 | $42.6974 | $636,191.26 | Sale | 03/16/05 | (2,600) | $41.9356 | ($109,032.56) |
| Purchase | 07/27/05 | 7,800 | $42.1625 | $328,867.50 | Sale | 05/16/05 | (2,200) | $38.5904 | ($84,898.88) |
| Purchase | 07/28/05 | 7,500 | $42.1071 | $315,803.25 | Sale | 06/10/05 | (3,400) | $39.0363 | ($132,723.42) |
| Purchase | 07/29/05 | 8,900 | $42.0634 | $374,364.26 | Sale | 11/17/05 | (10,900) | $35.5840 | ($387,865.60) |
| Purchase | 08/01/05 | 4,500 | $41.7876 | $188,044.20 | Sale | 03/31/06 | (4,700) | $37.1544 | ($174,625.48) |
| Purchase | 08/02/05 | 40,900 | $44.9990 | $1,840,459.10 | Sale | 04/27/06 | (18,700) | $35.2170 | ($658,557.90) |
| Purchase | 08/10/05 | 3,900 | $43.3145 | $168,926.55 | Sale | 04/28/06 | (11,300) | $35.3020 | ($398,912.60) |
| Purchase | 08/25/05 | 14,700 | $42.3939 | $623,190.33 | Sale | 05/01/06 | (8,200) | $35.4660 | ($290,821.20) |
| Purchase | 08/26/05 | 6,800 | $42.1653 | $286,724.04 | Sale | 06/08/06 | (5,600) | $30.3200 | ($169,792.00) |
| Purchase | 08/29/05 | 6,100 | $42.7467 | $260,754.87 | Sale | 06/12/06 | (14,200) | $31.1470 | ($442,287.40) |
| Purchase | 09/30/05 | 24,500 | $42.4227 | $1,039,356.15 | Sale | 06/13/06 | (10,600) | $31.1800 | ($330,508.00) |
| Purchase | 10/03/05 | 9,800 | $43.3100 | $424,438.00 | Sale | 06/14/06 | (10,200) | $30.7500 | ($313,650.00) |
| Purchase | 10/04/05 | 4,900 | $43.3290 | $212,312.10 | Sale | 06/20/06 | (1,800) | $32.0050 | ($57,609.00) |
| Purchase | 10/20/05 | 59,200 | $40.4100 | $2,392,272.00 | Sale | 06/21/06 | (9,900) | $32.4780 | ($321,532.20) |
| Purchase | 09/15/06 | 1,100 | $32.2700 | $35,497.00 | Sale | 06/23/06 | (5,700) | $32.2330 | ($183,728.10) |
| Purchase | 12/29/06 | 7,400 | $30.5950 | $226,403.00 | Sale | 06/27/06 | (1,000) | $30.9100 | ($30,910.00) |
| Purchase | 12/29/06 | 11,500 | $30.5950 | $351,842.50 | Sale | 06/27/06 | (1,000) | $30.9100 | ($30,910.00) |
| Purchase | 01/03/07 | 134,200 | $31.2640 | $4,195,628.80 | Sale | 07/06/06 | (7,300) | $30.2610 | ($220,905.30) |
| Purchase | 01/04/07 | 4,500 | $31.3340 | $141,003.00 | Sale | 07/06/06 | (2,200) | $30.2880 | ($66,633.60) |
| Purchase | 03/14/07 | 41,800 | $31.9170 | $1,334,130.60 | Sale | 09/05/06 | (2,200) | $30.0700 | ($66,154.00) |
| Purchase | 03/15/07 | 19,650 | $32.0810 | $630,391.65 | Sale | 10/05/06 | (28,100) | $28.5180 | ($801,355.80) |
| Purchase | 04/04/07 | 9,910 | $29.4740 | $292,087.34 | Sale | 10/06/06 | (30,800) | $28.3170 | ($872,163.60) |
| Purchase | 04/04/07 | 22,340 | $29.4740 | $658,449.16 | Sale | 10/09/06 | (12,100) | $28.6100 | ($346,181.00) |
| Purchase | 04/18/07 | 51,700 | $30.9970 | $1,602,544.90 | Sale | 10/10/06 | (20,300) | $28.6310 | ($581,209.30) |
| Purchase | 04/18/07 | 2,300 | $30.8300 | $70,909.00 | Sale | 10/10/06 | (6,500) | $28.6280 | ($186,082.00) |
| Purchase | 04/18/07 | 14,430 | $30.9410 | $446,478.63 | Sale | 06/15/07 | (10,000) | $32.9160 | ($329,160.00) |
| Purchase | 06/07/07 | 9,600 | $30.5081 | $292,877.76 | Sale | 09/26/07 | (119,168) | $28.5360 | ($3,400,578.05) |

Page 1 of 2

**Public Employees' Retirement System of Mississippi**
LIFO Losses in Maxim Integrated Products, Inc. (MXIM)
Class Period: 4/29/03–1/17/08
Retained Share Price (1/18/08–4/4/08): $18.6683

| Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|
| Purchase | 09/05/07 | 32,480 | $30.6010 | $993,920.48 |
| Purchase | 09/05/07 | 6,840 | $30.7450 | $210,295.80 |
| | | 652,550 | | $23,679,287.89 |

| Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|
| Sale | 01/02/08 | (40,800) | $26.0110 | ($1,061,248.80) |
| Sale | 01/03/08 | (29,870) | $26.0010 | ($776,649.87) |
| Sale | 01/04/08 | (148,690) | $24.4450 | ($3,634,727.05) |
| Retained | | (28,922) | $18.6683 | ($539,924.57) |
| | | (652,550) | | ($19,023,336.94) |
| | | | **TOTAL LIFO LOSS:** | **($4,655,950.94)** |

Page 2 of 2

# EXHIBIT C

1 of 1 DOCUMENT

Copyright 2008 Market Wire, Incorporated
All Rights Reserved
Market Wire

February 6, 2008 Wednesday 8:11 PM GMT

**LENGTH:** 451 words

**HEADLINE:** The Rosen Law Firm Files Securities Class Action Charging Maxim Integrated Products, Inc. With Violations of the Federal Securities Laws - MXIM.PK

**DATELINE:** NEW YORK, NY; Feb 06, 2008

**BODY:**

The Rosen Law Firm today announced that it has filed a class action lawsuit on behalf of purchasers of the common stock and options of Maxim Integrated Products, Inc. ("Maxim" or the "Company") (PINKSHEETS: MXIM) (formerly NASDAQ: MXIM), during the period from April 29, 2003 through January 17, 2008 (the "Class Period").

To join the Maxim class action, go to the website at http://www.rosenlegal.com or call Laurence Rosen, Esq. or Phillip Kim, Esq. toll-free at 866-767-3653 or email lrosen@rosenlegal.com or pkim@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER.

The case is pending in the United States District Court for the Northern District of California as case no. 08-cv-0832. You can obtain a copy of the complaint from the clerk of court or you may contact counsel for plaintiffs Laurence Rosen, Esq. or Phillip Kim, Esq. toll-free at 866-767-3653 or email lrosen@rosenlegal.com or pkim@rosenlegal.com

The complaint charges that Maxim and certain of its former officers violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 by engaging in improper stock option backdating that caused the issuance of materially false and misleading financial statements during the Class Period.

The complaint asserts that on January 17, 2008, the Company announced that it would be restating its financial statements to record between $550 million and $650 million of additional stock-based compensation expense and that its previously issued financial statements could no longer be relied on. As a result of these adverse disclosures, the Company's stock price has declined 22%.

A class action lawsuit has already been filed on behalf of Maxim shareholders. If you wish to serve as lead plaintiff, you must move the Court no later than April 7, 2008. If you wish to join the litigation or to discuss your rights or interests regarding this class action, please contact plaintiff's counsel, Laurence Rosen, Esq. or Phillip Kim, Esq. of The Rosen Law Firm toll free at 866-767-3653 or via e-mail at lrosen@rosenlegal.com or pkim@rosenlegal.com

The Rosen Law Firm has expertise in prosecuting investor securities litigation and extensive experience in actions involving financial fraud. The Rosen Law Firm represents investors throughout the nation, concentrating its practice in

The Rosen Law Firm Files Securities Class Action Charging Maxim Integrated Products, Inc. With Violations of the
Federal Securities Laws - MXIM.PK Market Wire February 6, 2008 Wednesday 8:11 PM GMT

securities class actions.

```
Contact:
Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm P.A.
Tel:  (212) 686-1060
Toll Free: 1-866-767-3653
Fax: (212) 202-3827
```
Email Contact
Email Contact
www.rosenlegal.com

SOURCE: The Rosen Law Firm

**LOAD-DATE:** February 7, 2008

# EXHIBIT D

# CHITWOOD
# HARLEY
# HARNES LLP

2300 PROMENADE II
1230 PEACHTREE STREET, NE
ATLANTA, GEORGIA 30309
TELEPHONE: (404) 873-3900
FACSIMILE: (404) 876-4476
TOLL FREE: (888)-873-3999

www.chitwoodlaw.com

# Chitwood Harley Harnes LLP

**Table of Contents** ................................................................................................................. i

OUR FIRM ................................................................................................................. 1

PROFESSIONAL BIOGRAPHIES ........................................................................... 4

### Partners
Martin D. Chitwood ................................................................................................ 4
John F. Harnes ........................................................................................................ 5
Gregory E. Keller ................................................................................................... 6
Robert W. Killorin .................................................................................................. 6
Craig G. Harley ...................................................................................................... 7
Darren T. Kaplan .................................................................................................... 7
Nikole M. Davenport .............................................................................................. 8
James M. Wilson, Jr. .............................................................................................. 9
Krissi T. Gore ........................................................................................................ 9
Meryl W. Edelstein ................................................................................................ 10

### Of Counsel
Joan T. Harnes ....................................................................................................... 10
Robert S. Kahn ....................................................................................................... 10
Eran Rubinstein ...................................................................................................... 11
Susan Boltz Rubinstein .......................................................................................... 12

### Associates
Molly A. Havig ...................................................................................................... 12
Yeshimebet M. A. Abebe ....................................................................................... 13
Ze'eva Kushner Banks ............................................................................................ 13
Dara LaMunyon ..................................................................................................... 13
Kathryn E. Murphy ................................................................................................ 14
Michael R. Peacock ................................................................................................ 14
Mary Kathryn "Katie" King ................................................................................... 14

### Accounting Professionals
Mahesh V. Patel ..................................................................................................... 15
Joyce S. Welch ....................................................................................................... 15

LEADERSHIP POSITIONS ..................................................................................... 16

Pending Securities Actions ..................................................................................... 16
Successfully Resolved Securities Actions .............................................................. 17
Pending Antitrust & Consumer Actions ................................................................. 20

Successfully Resolved Antitrust & Consumer Actions......................................21

● **OUR FIRM**

Chitwood Harley Harnes LLP ("Chitwood Harley Harnes") is one of the nation's leading class action law firms, and the firm is very proud of its many accomplishments. Securities class actions are the cornerstone of the firm's practice. Chitwood Harley Harnes represents individuals, institutional investors (including public pension funds, private mutual funds and union funds), and other victims of securities fraud and corporate mismanagement.

Since its founding, Chitwood Harley Harnes has brought many high profile class actions, recovering billions of dollars on behalf of its clients and requiring corporate defendants to institute strict corporate governance reforms. Recently, the firm served as co-lead counsel in both the *BankAmerica* securities litigation in the Eastern District of Missouri in which $490 million was recovered for investors and in the *Oxford Health* securities litigation in the Southern District of New York which resulted in a $300 million recovery for investors – when these cases were resolved in 2003 they were the second and fifth largest recoveries, respectively, since the enactment of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). In addition, Chitwood Harley Harnes has served as lead or co-lead counsel in nine of the ten largest recoveries in securities class actions in the Northern District of Georgia (which includes Atlanta) since the enactment of the PSLRA.

Clients Chitwood Harley Harnes has represented in securities litigation include:

- The Teachers Retirement System of Georgia

- The Employees' Retirement System of Georgia

- The Retirement Systems of Alabama (lead plaintiff in the Providian securities litigation)

- The Kentucky Teachers Retirement System

- Clarion-CRA Securities (which served as lead plaintiff in the JDN securities litigation)

- The Teachers Retirement System of Ohio (lead plaintiff movant in the Enron litigation)

- The Employees Retirement System of Ohio (lead plaintiff movant in the Enron litigation)

- The Washington State Investment Board (lead plaintiff movant in the Enron litigation)

- The Public Employees Retirement System of Mississippi (lead plaintiff movant in the Cardinal Health litigation)

- The DeKalb County Retirement Fund (lead plaintiff in the *NDCHealth* litigation)

Courts have recognized Chitwood Harley Harnes's high-caliber work and commitment to professionalism in the representation of its clients:

- *BankAmerica* ($490 million recovery) - United States District Judge John F. Nangle, sitting by special designation for the Eastern District of Missouri, commented favorably on the firm's performance stating: "Class members were well served by experienced attorneys who, through considerable time and effort, obtained a significant recovery for their clients," and, "[a]s the Court has remarked throughout this litigation, class counsel ... have performed at exceptionally high levels, and all parties have been exceedingly well represented."

- *Oxford Health* ($300 million recovery) - United States District Judge Charles L. Brieant for the Southern District of New York stated that the attorneys "working on this case . . . [have] been in my view excellent" and "want[ed] to make note that all of you did a fine job and it is really a pleasure to work with you over half a decade."

- *1996 Medaphis* ($72.5 million recovery; the largest recovery in the Northern District of Georgia) - In approving the settlement, United States District Judge Thomas W. Thrash commended the firm's attorneys "for their competent and professional manner" and found that "lead counsel's skill and diligence achieved an exceptional settlement for the benefit of the class."

- *In re Polypropylene Carpet Antitrust Litig.* ($50 million settlement) - This case was also was filed in the Northern District of Georgia and Chitwood Harley Harnes served as co-lead counsel.  United States District Judge Harold L. Murphy stated that the attorneys' "efforts in this case to date have demonstrated their great skill and ability" and that "the Court's own observations of Plaintiffs' counsel support a determination that Plaintiffs' counsel are highly reputable and responsible attorneys."

- *In re JDN Realty Corp. Sec. Litig.* ($47 million recovery) - Chitwood Harley Harnes served as sole lead counsel.  United States District Judge Richard W. Story commended Chitwood Harley Harnes by noting that "the quality of what has been submitted to the Court in this case has been excellent, and I appreciate the quality of the work and your hard work in resolving [the case]."

- *Stoudt v. E.F. Hutton & Company, Inc.* - This is another securities class action in which the firm served as co-lead counsel.  A Special Master for the New York federal court found counsel's representation of the plaintiff class to be "exemplary," and that counsel provided superior representation in a particularly complex case.

-2-

- *In re IXL Enterprises, Inc. Sec. Litig.* - This securities class action was filed in the Northern District of Georgia and the firm served as co-lead counsel. United States District Judge Clarence Cooper noted that there were "many obstacles that the class members as well as their counsel had to overcome in order to settle this case" and he commended counsel for the plaintiff on "the outstanding job they did in negotiating this settlement."

These are only a few representative cases in which Chitwood Harley Harnes has achieved successful results on behalf of the firm's clients. Chitwood Harley Harnes maintains a strong work ethic, finding that efficient and thorough work achieves the best results. The firm emphasizes professionalism in its relations with other attorneys and the judiciary and is committed to zealous representation of its clients.

● **PROFESSIONAL BIOGRAPHIES**

**PARTNERS**

**<u>MARTIN D. CHITWOOD</u>**

Martin Chitwood has served as lead or co-lead counsel in more than 40 class actions nationwide and has been instrumental in recovering billions of dollars for investors and other class members. In a lead article in February 2004, the Atlanta Journal/Constitution stated that Mr. Chitwood "is considered *the* plaintiffs' lawyer in the state of Georgia." He has also been recognized as a Georgia "Super Lawyer" by *Law and Politics* each year since the inception of the award.

Recently, Mr. Chitwood served as co-lead counsel in both the *BankAmerica* securities litigation in the Eastern District of Missouri in which $490 million was recovered for investors and in the *Oxford Health* securities litigation in the Southern District of New York which resulted in a $300 million recovery for investors – when these cases were resolved in 2003 they were the second and fifth largest recoveries, respectively, since the enactment of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). Mr. Chitwood has also served as lead trial counsel in approximately 25 jury trials and has written and argued numerous appeals.

Mr. Chitwood has served by appointment as a Special Assistant Attorney General for the state of Georgia to represent Georgia state pension funds in securities class actions and has also served as lead counsel in securities class actions for pension funds of numerous other states. He is one of a select few attorneys who have served as lead counsel for private mutual funds that have been appointed as lead plaintiffs in securities class action litigation. Also, Mr. Chitwood is Vice President, Co-Chair of Securities, and a director of the National Association of Securities and Consumer Law Attorneys (NASCAT) and a director of the Committee to Support the Antitrust Laws (COSAL). He is recognized as a leader in the field of corporate governance reform.

Mr. Chitwood has participated as a panelist in many professional seminars, and he authored "The Effects of the English Common Law on the Development of Commonwealth West African Legal Systems," published by the University of Georgia Press in 1976. Mr. Chitwood is also the author of papers on various aspects of securities and antitrust litigation, including:"

- "The Securities Reform Act of 1995: Its Effects on Litigation and Capital Formation" - published in Calendar Call, Vol. II, Winter 1996, No. 4
- "Federal Preemption of State Securities Laws: Uniform Standards or Misguided 'Reform'?" - published in Calendar Call, Vol. III, Spring 1998, No.1
- "Litigating the Class Action Lawsuit in Georgia" - published by the National Business Institute in 1998

Additionally, he authored multiple articles published by the Institute for Continuing Legal Education ("ICLE") in Georgia and has presented these articles at ICLE seminars, including:

- "Securities Class Actions: The Plaintiffs' Perspective" - 1997
- "Class Actions and Antitrust Enforcement" - 1998
- "The Private Securities Litigation Reform Act of 1995 - A Synopsis" - 1999
- 2000 and 2001 Updates to the "Private Securities Litigation Reform Act of 1995"
- "Investor Communications During Litigation: Ethical Problems, Procedural Issues and PSLRA Requirements in Communicating with Investors When Litigation Is Pending" - 2001

Mr. Chitwood attended the University of Georgia, where he received his A.B., M.A., and J.D. degrees, the last in 1976. He is admitted to practice before all Georgia state trial and appellate courts, the United States District Courts for the Northern, Middle, and Southern Districts of Georgia, and the Second and Eleventh Circuit Courts of Appeals. He is a member of the Atlanta and American Bar Associations, the State Bar of Georgia, the Federal Bar Association, the Association of Trial Lawyers of America, the Georgia Trial Lawyers Association, and the Lawyers' Club of Atlanta, where he serves on the Rules, Practice, and Judiciary Committee. He is also a Life Fellow of the Lawyers Foundation of Georgia. Mr. Chitwood is a member of the Securities Litigation Committee of the Litigation Section of the ABA and the Antitrust and General Practice and Trial Section of the Georgia Bar.

During the Vietnam Conflict, Mr. Chitwood was assigned to the Fifth Special Forces Group (Abn) and served as the commanding officer of a Special Forces A-Team. He received a Top Secret security clearance with Special Access from the Department of Defense. In addition, Mr. Chitwood was awarded both the Vietnamese Cross of Gallantry with Silver Star and the Vietnamese Cross of Gallantry with Palm by the Government of South Vietnam, and the Air Medal, Bronze Star Medal, Combat Infantryman's Badge, Vietnam Service Medal, Vietnam Campaign Medal, Parachute Badge, and Vietnam Jump Wings by the Department of the Army.

Mr. Chitwood co-produced and wrote the story for "Unconquered," a CBS movie of the week that first aired in January 1989. "Unconquered" was chosen as a Best of Category for 1989 by TV Guide. Mr. Chitwood is a member of the Writers' Guild of America.

## JOHN F. HARNES

Mr. Harnes is a graduate of Harvard University and Brooklyn Law School. He was admitted to the Bar in 1982. Since his admission, Mr. Harnes has specialized almost exclusively in securities and corporate litigation. From 1986 to 1991 Mr. Harnes was a litigation associate in the New York offices of Skadden Arps Slate Meagher & Flom. Mr. Harnes has participated in numerous trials involving corporate and securities matters, and he has argued on numerous occasions before appellate courts, including the Supreme Court of Delaware, the New York Court of Appeals, and the First and Second Circuits. Mr. Harnes is admitted to practice in the courts of New York, the First, Second and Seventh Circuit Courts of Appeals, Federal District

Courts in New York and in other Districts around the country, including Arizona and Wisconsin. Mr. Harnes has also been admitted to practice *pro hac vice* in specific cases in federal and state courts throughout the country, including Connecticut, Delaware, California, Colorado, Georgia, Hawaii, Indiana, Maryland, Massachusetts, New Jersey, Pennsylvania, Texas and Virginia.

## GREGORY E. KELLER

Mr. Keller graduated summa cum laude from Yale University in 1979, and cum laude from Harvard Law School in 1982. He clerked for the Honorable Morey L. Sear, United States District Judge for the Eastern District of Louisiana, from 1982 to 1983. Mr. Keller was admitted to the Bar of the State of Washington in 1983, and, until 1994, was a partner in the Seattle law firm of Hillis Clark Martin & Peterson, where he tried a number of complex jury trials to successful verdicts.

Mr. Keller began to concentrate almost exclusively on corporate and securities litigation after joining Silverman, Harnes, Harnes, Prussin & Keller in New York in 1995, and has continued to practice exclusively in derivative, corporate governance and securities litigation after forming Harnes Keller LLP with John F. Harnes in 1999. Mr. Keller is admitted to practice in the state courts of New York and Washington State, the United States Courts of Appeal for the Third and Ninth Circuits, and in the United States District Courts for the Southern and Eastern Districts of New York, the Western and Eastern Districts of Washington, and the District of Arizona. He has also been admitted to practice *pro hac vice* in specific cases in federal and state courts throughout the country, including Delaware, California, Colorado, Georgia, Kansas, Michigan, New Jersey, Pennsylvania, Nevada, Texas, and Virginia.

## ROBERT W. KILLORIN

Mr. Killorin is a native of Atlanta. He received his A.B. degree, *cum laude*, from the Duke University in 1980. He received his J.D. from the University of Georgia in 1983 where he participated in the Prosecutorial Clinic and was a member of the ABA national moot court team and the national mock trial team. Mr. Killorin has served as lead or co-lead counsel in numerous trials, appeals, contested hearings, arbitrations, mediations and other matters. He is a member of the State Bar of Georgia, the American and Atlanta Bar Associations, and the Georgia Trial Lawyers Association. Mr. Killorin is admitted to practice in all state trial and appellate courts, the United States District Court for the Northern District of Georgia, the Eleventh Circuit Court of Appeals and the U.S. Supreme Court. Mr. Killorin has handled a broad range of civil litigation, including business and securities litigation, asbestos defense, federal admiralty claims, and international treaty law. His practice now focuses on class, derivative, multi-plaintiff, and other complex litigation.

Mr. Killorin has served on the Consumer Rights Committee of the State Bar of Georgia and was a speaker at the Georgia Trial Lawyers Association Evidence seminar on October 6,

-6-

2000.  He is the author of "Preparing Clients to Testify," a chapter in *Civil Trial Practice – Winning Techniques of Successful Trial Attorneys.*

Mr. Killorin is also a member of the Eleventh Circuit Historical Society, the President's Club of the University of Georgia, the Military Order of the Carabao, the National Association of Underwater Instructors and the Explorers Club.  He volunteered for ten years as a mock trial instructor in the State Bar of Georgia High School Mock Trial program at the Lorenzo Binn Youth Development Center.

## CRAIG G. HARLEY

Mr. Harley has served as lead or co-lead counsel in numerous trials, appeals, arbitrations, mediations and other contested matters in state and federal courts in Georgia and elsewhere.  He has had leadership roles in some of the most significant antitrust class actions filed in recent years, including those involving the bulk vitamins, polypropylene and nylon carpet, motorsports merchandise, carbon fiber, and food flavorings industries, and he presently serves as lead counsel in several major securities fraud class actions pending against large Atlanta corporations.  He is proud to have assisted various courts and other entities with making *cy pres* distributions of unclaimed settlement benefits in several matters, including working with the Georgia Attorney General to distribute thousands of compact discs to Georgia's public library systems.

Mr. Harley has presented materials at numerous class action and antitrust seminars.  For instance, he chaired the Georgia Trial Lawyers Association's Evidence seminar on October 6, 2000.  On November 30, 2000, Mr. Harley made a presentation regarding "International Cartels and Private Litigation" for the State Bar of Georgia's Antitrust Section, and in November 2002, he spoke at its seminar on the relationship between criminal investigations and civil litigation.  In May of 2005, Mr. Harley spoke about the new "Class Action Fairness Act" at a seminar sponsored by Georgia's Institute for Continuing Legal Education.

Mr. Harley grew up in Atlanta, Georgia, where he attended The Trinity and Westminster Schools.  He received his B.A. degree from Duke University (1980) and his M.B.A. (1983) and J.D. (1986) degrees from Georgia State University.  He is a member of the State Bar of Georgia, the Federal, American, and Atlanta Bar Associations; the Georgia Trial Lawyers Association, the Lawyers' Club of Atlanta, and the Lawyers Foundation of Georgia, of which he is also a Life Fellow.  Mr. Harley is admitted to practice in all Georgia state trial and appellate courts, the United States District Court for the Northern District of Georgia, and the Eleventh Circuit Court of Appeals, and various other courts *pro hac vice*.  His practice focuses on class, derivative, multi-plaintiff, and other complex litigation.

## DARREN T. KAPLAN

Mr. Kaplan received his B.A. degree in political science from Syracuse University in 1988 and his J.D. from Hofstra University School of Law in 1991.  He is admitted to practice in

New York, Connecticut and Georgia, in every federal district court in New York, the Northern District of Georgia, the U.S. Court of Federal Claims, the U.S. Court of International Trade, the Second, Third, Ninth, Eleventh and Federal Circuit Courts of Appeals, and the Supreme Court of the United States.

In addition to representing shareholders in derivative and class action litigation, Mr. Kaplan focuses on representing consumers in class actions in the personal and information technology fields.  He was co-lead counsel in *Ades v. Microsoft Corp.*, 2001 N.Y. Misc. LEXIS 780 (Sup. Ct., Kings County, Sept. 20, 2001), representing a nationwide class of  purchasers of Microsoft computer mice.  He was co-lead counsel in *Epson Ink Cartridge Cases* (Superior Ct. of California, Los Angeles County), representing a certified nationwide class of purchasers of Epson printer ink cartridges.  He was also co-lead counsel in *Checkmate Strategic Group v. Yahoo! Inc.* (U.S. District Court for the Central District of California) where he represented a certified nationwide class of advertisers who had been overcharged for "fraudulent clicks" on Yahoo search ads.   The settlement in *Epson Ink Cartridge Cases*, valued in excess of $900 million dollars, is thought to be one of the top 5 largest consumer class action settlements in history.

Mr. Kaplan has substantial trial experience and has argued appeals in the First and Second Departments of the New York Appellate Division and the Second Circuit Court of Appeals.  He has been admitted to practice *pro hac vice* in the state and federal courts of Delaware, California, Maryland, Massachusetts and Kansas.  Mr. Kaplan is a member of the American Trial Lawyers Association and the American Bar Association.

## NIKOLE M. DAVENPORT

Ms. Davenport has served as lead counsel in various complex cases.  Her work includes new case investigation and analysis, as well as daily case management and strategy for prosecuting securities and antitrust class actions.  In addition, Ms. Davenport is the director of client relations for the firm.

Ms. Davenport takes an active role in protecting the interests of institutional investor clients.  She is a member of the National Association of Public Pension Attorneys, the Counsel of Institutional Investors, and is corporate affiliate of the National Association of State Treasurers.  Ms. Davenport also attends a number of conferences each year that address issues relating to public and private pension funds and regularly lectures to pension board members and trustees.

Over the past five years, Ms. Davenport co-authored three chapters in *Litigating the Class Action Lawsuit in Georgia* and has served as a presenter at class action continuing legal education seminars.  In January 2002, Ms. Davenport served as a panelist at the American Bar Association's International Cartel Symposium in New York, New York.  Ms. Davenport recently led the firms litigation team against *Cryolife, Inc.*, which resulted in a $23.25 million recovery

for class members.

Ms. Davenport received her B.A. and J.D. degrees from Temple University in 1990 and 1994, respectively.  She received an Outstanding Oral Advocacy Award while at Temple University School of Law.  Ms. Davenport has been admitted to the state bars of Georgia, Pennsylvania and New Jersey, the U.S. District Courts for the Northern District of Georgia, the Eastern District of Pennsylvania, and the District of New Jersey, as well as the Eleventh Circuit Court of Appeals.

## JAMES M. WILSON, JR.

James "Josh" Wilson received his B.A. from Georgia State University in 1988, his J.D. from the University of Georgia in 1991, and his LL.M. in Tax Law from New York University in 1992.  While obtaining his law degree, Mr. Wilson was an editor for the Georgia Journal of International and Comparative Law, and studied and worked abroad in Brussels, Belgium and Munich, Germany.

Formerly Mr. Wilson was associated with Reed Smith, LLP in New York City, where he focused on complex business litigation and securities arbitration before the New York Stock Exchange and the National Association of Securities Dealers.  Prior to that, Mr. Wilson worked at a small boutique that concentrated on environmental and maritime litigation and compliance matters.  Mr. Wilson has participated in numerous jury and bench trials in federal and state court.  His practice at Chitwood Harley Harnes focuses on securities class actions and other complex litigation in federal and state courts.

Mr. Wilson is admitted to practice law in the States of Georgia and New York, before the United States District Courts for the Middle and Northern Districts of Georgia, and before the Southern and Eastern Districts of New York.  Mr. Wilson also is a member of the Atlanta Bar Association, the New York State Bar Association, and the New York County Lawyers Association.

Mr. Wilson is a contributing writer and editor for Lexis-Nexis/Matthew Bender.

## KRISSI T. GORE

Ms. Gore is a native of Atlanta where she attended the Lovett School before she was graduated from Phillips Academy in Andover, Massachusetts.  Ms. Gore received her B.A. degree, *cum laude* with a double major, from Wellesley College in 1994.  During her college career, she participated in a one-year academic program at Dartmouth College and was a member of the Wellesley and Dartmouth cross country teams.  She attended the Ukranian Institute at Harvard University in 1990 and the Kiev-Mohlya Academia in Ukraine in 1993.

Ms. Gore earned her J.D. degree in May 1999, from the University of Georgia.  She is

admitted to practice before all Georgia state trial and appellate courts and the U.S. District Court for the Northern District of Georgia and the Eleventh Circuit Court of Appeals.  Her practice is devoted to corporate securities and consumer class actions.

## MERYL W. EDELSTEIN

Ms. Edelstein received her B.S. degree, cum laude, with a double major in accounting and finance from the University of Florida in 1996.  Ms. Edelstein received her J.D. degree from Boston University School of Law in 1999, where she received the Edward F. Hennessey award for academic achievement.  While attending law school, Ms. Edelstein completed an internship program with the United States Securities and Exchange Commission.  She completed her final semester of law school at Oxford University in Oxford, England, where she studied international and comparative law.  After law school, Ms. Edelstein worked as an attorney for the United States Court of Appeals for the Eleventh Circuit.  Ms. Edelstein's practice is devoted to corporate securities and other complex class litigation.

**OF COUNSEL**

## JOAN T. HARNES

Mrs. Harnes is a graduate of Bryn Mawr College and Fordham Law School, where she was a member of the Law Review.  She was admitted to the bar in 1955.  After graduation, Mrs. Harnes was in private practice, where she was engaged in a large number of trials.  Mrs. Harnes was one of the first women to be appointed an Assistant United States Attorney, and served in the Criminal Division in the Eastern District of New York.  In 1970, Mrs. Harnes helped form the firm Silverman & Harnes, and thereafter, has specialized in the litigation of cases involving securities violations and matters of corporate governance.  She has lectured at the Yale School of Organization and Management on such matters.  Mrs. Harnes has actively participated in many trials and has also written numerous briefs and argued appeals in cases involving securities and corporate governance issues.  Mrs. Harnes has been admitted to practice in the state courts of New York, the United States Supreme Court, the Second Circuit Court of Appeals, and in the United States District Court for the Southern and Eastern Districts of New York.  She has also been admitted and argued *pro hac vice* before many courts, including the Supreme Court of Delaware.

## ROBERT S. KAHN

Robert S. "Bobby" Kahn advises the firm on institutional and government relations. A native of Savannah, Mr. Kahn graduated from Emory University and received his law degree from the University of Georgia.

Mr. Kahn serves as the elected chairman of the Georgia Democratic Party.  He also

-10-

served as Chief of Staff for Georgia Governor Roy Barnes from 1999 to 2003.  As Chief of Staff, Mr. Kahn managed the Governor's office and oversaw all state departments and agencies.  He was instrumental in securing passage of the Governor's legislative priorities, including smaller class sizes and greater accountability in public schools, raising teachers' pay to the national average for the first time ever, cutting property taxes, preserving green space and protecting Georgia's quality of life, and improving transportation.

Mr. Kahn is also General Counsel for LUC Media, a firm he started in 1993.  LUC Media specializes in purchasing advertising time for political candidates. He represents candidates around the nation in pursuing refunds from television stations that overcharge for campaign advertising time.  He is widely recognized as a national expert in this innovative legal field.

**ERAN RUBINSTEIN**

Eran Rubinstein practices in the area of securities litigation.  Mr. Rubinstein is resident in the firm's New York office.  He routinely lectures and counsels international clients on their investments in the United States markets as well as their legal rights and responsibilities as a result of losses sustained in their portfolios due to fraud.

Mr. Rubinstein graduated from California Polytechnic State University, San Luis Obispo, with a B.A. in International Relations.  He has studied extensively in London and Kenya. Mr. Rubinstein earned his J.D. from Widener University School of Law, Delaware, where he achieved Dean's Honors List and was both a regional finalist and a coach in the ABA Negotiation Competition. He also argued at the Jessup International Law Moot Court Competition.

While Mr. Rubinstein acquired his earlier experience defending class action cases, working with some of the largest corporate defense firms in San Francisco and Philadelphia, he has spent recent years focused exclusively on the prosecution of such cases, including The Relafen Class Action Litigation, the Initial Public Offering Securities Litigation, and the AOL Time Warner Merger Litigation.

Mr. Rubinstein has been admitted to practice in the state of Pennsylvania, as well as in the Eastern District of Pennsylvania.

**SUSAN BOLTZ RUBINSTEIN**

Susan Boltz Rubinstein practices in the area of securities litigation. Ms. Rubinstein is resident in the firm's New York office.  She routinely lectures and counsels clients on their investments in the United States markets as well as their legal rights and responsibilities as a

-11-

result of losses sustained in their portfolios due to fraud.

Prior to entering private practice, she was an Assistant District Attorney.  She then acquired her initial class action litigation experience working with large corporate defense firms. Ms. Rubinstein then became associated with a preeminent white collar criminal defense firm. Among other clients, she represented the Delaware Insurance Commissioner in her efforts to recover millions of dollars looted from policy holders. The case represents the nation's largest insolvency due to fraud and involved money laundering through Israeli banks.

Ms. Rubinstein has spent recent years focused exclusively on the prosecution of class actions. These cases have included the Relafen Class Action Litigation, the Initial Public Offering Securities Litigation, and the AOL Time Warner Merger Litigation.

Ms. Rubinstein graduated from La Salle University Honors Program with high distinction as a English/Modern European Studies major and was a Molyneaux Scholarship recipient. During law school, she was an Associate Editor/Member of the Dickinson Journal of International Law. She successfully completed comparative law courses at the following law schools: University of Florence (Co-Recipient of DiNicola Scholarship; Achieved Highest grade in International Family Law seminar); University of Strasbourg, and the University of Vienna.

Ms. Rubinstein has been admitted to practice in the State of New York, the Eastern District of Pennsylvania and the Supreme Court of Pennsylvania.

**ASSOCIATES**

**<u>MOLLY A. HAVIG</u>**

Molly Havig received her J.D. degree from Florida State University College of Law in 1999. While in law school, Ms. Havig clerked for the 20th Judicial Circuit of Florida and was presented with an award for exceptional pro bono service for her work with Guardian Ad Litem and the Children's Advocacy Clinic. During this time, Ms. Havig studied international trade and constitutional comparative law with Duke University in Hong Kong.

In 2005, Ms. Havig received an LL.M. in International and Comparative Law from Georgetown University Law Center, where she won awards for academic achievement in customs and import/export law. While pursuing her LL.M., Ms. Havig lived in Rome, Italy and studied international business and European Union law.

Ms. Havig's practice is devoted to corporate securities litigation.

**<u>YESHIMEBET M. A. ABEBE</u>**

-12-

Yeshimebet ("Yeshi") Abebe earned her Juris Doctor from the University of Miami School of Law in 2002.  While at the University of Miami, she served as Articles and Comments Editor of the University of Miami International and Comparative Law Review, was a member of the International Moot Court Board and served as the Center for Ethics & Public Service David P. Catsman Fellow.  Ms. Abebe also served as Vice President of the Honor Council and Treasurer of BLSA, was tapped into the Society of Bar and Gavel, and a James Weldon Johnson Fellow.  She earned her M.A. degree in International Law and the Settlement of Disputes from the United Nations Mandated University for Peace in Costa Rica and a Certificated in International Humanitarian Law from the International Committee of the Red Cross.  She also completed a summer study abroad program at the University College of London.

Ms. Abebe received her B.S. degree in Urban Regional Studies with a concentration in Africana Studies from Cornell University.  She also studied in Italy at the Cornell College of Architecture, Art and Planning program.

Following law school, Ms. Abebe served a legal assistantship to the Honorable Gudmundur Eiriksson of the International Tribunal for the Law of the Sea, was counsel for a non-profit organization and a consultant for an Iowa congressional campaign.

## ZE'EVA KUSHNER BANKS

Ms. Banks graduated from Emory University School of Law in May 2003. While at Emory, she was a member of the Moot Court Society and received the Order of Advocates Award. Ms. Banks also was on the Dean's List and received the honor of being a Top 10% Oralist, LWRAP Appellate Oral Arguments.

Ms. Banks obtained her Bachelor of Arts in Political Science with honors from Stanford University in June 1998. Prior to majoring in Political Science, she was focused on biology and co-authored an article published in the Proceedings of the National Academy of Sciences. Ms. Banks' practice is devoted to corporate securities litigation.

## DARA LAMUNYON

Dara LaMunyon received her J.D. from the Cumberland School of Law in Birmingham, Alabama where she was on the Board of Directors of the Cordell Hull Speaker's Forum.  She also was a member of the Moot Court Trial Competition, the  Haley Trial competition and the Phi Alpha Delta Legal Fraternity.  She graduated, cum laude, from Auburn University with a major in Political Science and a minor in Conflict Resolution.

After graduation, Ms. LaMunyon was a Law Clerk for the Honorable Tom King, Jr.  Her practice has included insurance defense, domestic relations, personal injury, corporate and social

security matters.

## KATHRYN E. MURPHY

Kathryn ("Katie") Murphy received her JD from the Cumberland School of Law in Birmingham, Alabama where she received a Merit Award for Legal Research and Writing and was a Merit Scholar in Conflict of Laws. She participated in the Dean's Honor, Rushton Lecture Series, was a Cordell Hull Teaching Fellow, and a Phi Alpha Delta Law Fraternity Scholastic Chair. Ms. Murphy received her Bachelor of Arts in Criminal Justice from the University of Georgia where she was a member of the National Criminal Justice Honor Society.

Ms. Murphy's legal practice consists of civil litigation and domestic relations matters.

## MICHAEL R. PEACOCK

Mr. Peacock graduated with honors from Emory University School of Law in May 2004. While at Emory, he received a number of awards for various academic achievements, including the James T. Colson Scholarship. Mr. Peacock also served as President of Emory Gay & Lesbian Advocates. Mr. Peacock received his undergraduate degree in International Relations from Boston University, from which he graduated *magna cum laude* in May 2001. Mr. Peacock's practice is devoted to corporate securities and other complex class litigation.

## MARY KATHRYN "KATIE" KING

Mary Kathryn "Katie" King graduated from Emory University School of Law in May 2005. While at Emory, she worked as a student attorney for the Turner Environmental Law Clinic and held leadership positions in several public interest organizations. Ms. King received her undergraduate degree in English and Studio Art from Duke University in December 1998. After completing college, Ms. King joined the Peace Corps as a health volunteer in Gabon, Central Africa, where she developed and initiated HIV/AIDS education programs in local schools and taught maternal and child health in remote villages. Before moving to Atlanta, Ms. King studied horticulture and landscape design in the graduate program at North Carolina State University. Ms. King is a native of Winston-Salem, North Carolina.

## FORENSIC ACCOUNTANTS

## MAHESH V. PATEL

Mahesh Patel is a member of Chitwood Harley Harnes's forensic accounting team. Mr. Patel graduated from Gujarat University in India in 1982 with a Bachelor of Commerce degree and then spent the next three years participating in a Chartered Accountants Apprenticeship in India. During this time Mr. Patel audited banks, financial institutions and corporations. Upon completion of the program, Mr. Patel pursued a career as a stock broker on the international

-14-

markets.  After relocating to the United States, Mr. Patel, has focused on investments and the stock market.

## JOYCE S. WELCH

Ms. Welch is the firm's Controller and monitors the settlement fund administration process from inception through distribution to the class members.  A native of Texas, Ms. Welch received a B.B.A. in Marketing and Accounting from the University of Texas, Austin.  Before joining Chitwood Harley Harnes, Ms. Welch worked as a business consultant, providing accounting, management and financial services to small to mid-sized businesses.  In addition, Ms. Welch has numerous years of experience in law firm administration, business ownership and management and uses her accounting and financial experience to assist other members of the firm's accounting team.

● **LEADERSHIP POSITIONS**

Chitwood Harley Harnes has had leadership positions in numerous corporate securities, antitrust, and consumer class action matters. The following list includes some of the recent cases in which the firm has been appointed Lead or Co-Lead Counsel:

**PENDING SECURITIES ACTIONS**

*In re Airgate PCS, Inc. Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:02-cv-1291-JOF. (The firm serves as Co-Lead Counsel in this class action based upon securities fraud).

*In re Atherogenics Sec. Litig.*, United States District Court for the Southern District of New York, Civil Action No. 05 Civ. 00061 (RJH). (The firm serves as Co-Lead Counsel in this class action based upon securities fraud).

*Amalgamated Bank et al., v. The Coca-Cola Co., et al.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:05-CV-1226-RWS. (The firm serves as Co-Lead Counsel in this class action based on securities fraud.)

*Carpenters Health & Welfare Fund v. The Coca-Cola Co., et al.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:00-CV-2838-WBH. (The firm serves as Co-Lead Counsel in this class action b ased on securities fraud.)

*In re ChoicePoint, Inc. Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:05-CV-686-JTC. (The firm serves as Co-Lead Counsel in this class action based on securities fraud.)

*In re First Horizon Pharmaceutical Corp. Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:02-CV-2332-JOF. (The firm serves as Lead Counsel in this class action based on securities fraud.)

*In re Friedman's Inc. Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:03-CV-3475-WSD. (The firm serves as Co-Lead Counsel in this class action based on securities fraud.

*In re Mirant Corporation Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:02-CV-1467-BBM (The firm serves as Co-Lead Counsel in this class action based upon securities fraud).

*In re Scientific-Atlanta, Inc. Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:01-CV-1950-RWS. (Class action based upon securities

-16-

fraud).

*In re TYCO International, Ltd.*, Multidistrict Litigation Panel, MDL 1335. (The firm serves as Co-Lead Counsel in this class action based upon securities fraud).

## SUCCESSFULLY RESOLVED SECURITIES ACTIONS

*In re AFC Enterprises, Inc. Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:03-CV-0817-TWT. (The firm served as Co-Lead counsel in this class action based upon securities fraud). [$15 million cash recovery plus a potential additional $11.5 million which provides an immediate recovery to the Class and Sub-class).

*Altman v. IQ Software Corp.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:97-CV-3203. (The firm served as Co-Lead Counsel in this class action based upon securities fraud). [$550,000 cash recovery].

*Arnold v. Shearson Lehman Hutton Co., Inc.*, United States District Court for the Southern District of New York, Civil Action No. 87 Civ. 4524 (WK) (KAR). (The firm served as Co-Lead Counsel in this securities fraud action arising from a limited partnership offering). [$20 million cash recovery]

*In re BankAmerica Corp. Sec. Litig.*, United States District Court for the Eastern District of Missouri, MDL No. 1264. (The firm served as Co-Lead Counsel in this class action based upon securities fraud; a significant settlement is proposed to the court). [$490 million cash recovery].

*In re BellSouth Corp. Sec. Litig.*, United States District Court or the Northern District of Georgia, Civil Action No. 1:02-CV-2142-WSD. (The firm serves as Co-Lead Counsel in this class action based upon securities fraud). [$35 million cash recovery].

*Carley Capital Group, et al. v. Deloitte & Touche LLP*, United States District Court for the Northern District of Georgia, Civil Action No. 1:97-CV-3183-TWT. (The firm served as Co-Lead Counsel in this class action based upon securities fraud by an auditor). [$24 million cash recovery]

*In re Cryolife Inc. Sec. Litig.*, United States District Court of the Northern District of Georgia, Civil Action No. 1:02-CV-1868-BBM. (The firm served as Co-Lead Counsel in this class action based upon securities fraud). [$23.5 million settlement].

*Demint v. NationsBank of Florida, N.A.*, United States District Court for the Middle District of Florida, Case No. 94-995-CIV-T-23E. (The firm served as Co-Lead Counsel in action based upon sale of securities by bank affiliate). [$30 million settlement]

*Hanson v. NationsBanc Securities, Inc.*, Sixth Judicial Circuit of Florida, for Pinellas County, Case No. 95-1202-CI-8. (The firm served as Co-Lead Counsel in this action based upon sale of securities by bank affiliate).

*In re Healthtronics Surgical Services, Inc. Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:03-CV-2800-CC.  (The firm served as Co-Lead Counsel in this class action based upon securities fraud).  [$2.85 million cash recovery].

*In re Housecall Medical Resources Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:96-CV-2214-JEC.  (The firm has served as Co-Lead Counsel in this class action based upon securities fraud).  United States District Court approved [$4 million settlement]

*In re Intercept, Inc. Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:03-CV-00567-ODE.  (The firm served as Co-Lead Counsel in this class action based upon securities fraud).  [$5.3 million cash settlement].

*In re iXL Enterprises, Inc. Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:00-CV-2347-CC (The firm served as Co-Lead Counsel in this class action based upon securities fraud).  [$2.5 million cash settlement].

*In re JDN Realty Corporation Sec. Litig.*, United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action No. 1-00-CV-0396-RWS (The firm served as Lead Counsel in this class action based on securities fraud).  [$41.8 million settlement].

*Lewis v. Advanced Technical Products, Inc., et al.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:00-CV-1702-WBH (The firm served as Co-Lead Counsel in this class action based upon securities fraud).  [$2.95 million cash settlement].

*McNerney, et al. v. Carvel Corporation, et al.*, Superior Court, Judicial District of Hartford/New Britain at Hartford, Docket No. CV 98 0579244 S. (The firm served as Co-Lead Counsel in this class action based upon securities fraud).  [$5 million cash recovery].

*In re Medaphis Corp. Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:95-CV-2973-GET.  (The firm served as Co-Lead Counsel in this class action based upon securities fraud).  [$3.5 million settlement].

*In re 1996 Medaphis Corp. Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:96-CV-2088-TWT. (The firm served as Co-Lead Counsel in this class action based upon securities fraud). [$72.5 million cash and securities settlement].

*Mitchell Partners, L.P., et al. v. Janis Risbergs, et al.*, United States District Court for the

Northern District of Georgia, Civil Action No. 1:96-CV-0735-MHS. (The firm served as Co-Lead Counsel in this shareholder derivative action).

*In re Oxford Health Plans, Inc. Sec. Litig.*, United States District Court for the Southern District of New York, MDL Dkt. No. 1222 (CLB). (The firm served as Co-Lead Counsel in this class action based on securities fraud). [$300 million settlement].

*In re Premiere Technologies, Inc. Sec. Litig.*, United States District Court for the Northern District of Georgia, Consolidated Civil Action No. 1:98-CV-1804-JOF. (The firm served as Co-Lead Counsel in this class action based upon securities fraud). [$20.75 million cash settlement]

*In re Profit Recovery Group, International, Inc. Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:00-CV-1416-CC (The firm served as Co-Lead Counsel in this class action based upon securities fraud). [$6.75 million cash recovery].

*In re Providian Financial Corp. Sec. Litig.*, United States District Court for the Northern District of California, San Francisco Division, Master File No. C-01-3952-CRB. (The firm served as Lead Counsel in this class action based on securities fraud). [$65 million cash settlement].

*In re Retirement Care Associates, Inc. Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:97-CV-2458-CC. (The firm served as Co-Lead Counsel in this class action based upon securities fraud). [$10 million+ cash settlement]

*Silber v. A.D.A.M. Software, et al.*, Superior Court of Fulton County, State of Georgia, Civil Action No. E-47703. (The firm served as Co-Lead Counsel in this class action based upon securities fraud). [$750,000 cash recovery].

*Bruce Simons, et al., v. Dynacq Healthcare Inc. et al.*, United States District Court for the Southern District of Texas, Civil Action No. H-03-05825. (The firm served as Co-Lead Counsel in this class action based on securities fraud.) [$1.5 million cash settlement]

*Sturm v. Marriott Marquis Corp., et al.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:97-CV-3706-TWT. (The firm served as Co-Lead Counsel in this class action arising out of a proposed merger of a limited partnership). [$4.25 million cash settlement].

*In re Theragenics Corp. Sec. Litig.*, United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action No. 1:99-CV-0141-TWT. (The firm served as Co-Lead Counsel in this class action based upon securities fraud). [$10 million cash settlement].

*Upton v. McKerrow*, (in the matter of Longhorn Steaks, Inc.), United States District

Court for the Northern District of Georgia, Civil Action No. 1:94-CV-03530-MHS. (The firm served as Co-Lead Counsel in this class action based upon securities fraud). [$3 million cash settlement].

*In re U.S. Franchise Systems, Inc. Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:00-CV-1244-RLV (The firm served as Co-Lead Counsel in this class action based upon securities fraud). [$3.75 million cash settlement].

*Varljen, et al. v. H.J. Meyers, Inc., et al.*, United States District Court for the Southern District of New York, Civil Action No. 97Civ.6742(DLC).  (The firm served as Co-Lead Counsel in this class action based upon securities fraud). [$3.75 million cash settlement].

*In re ValuJet, Inc. Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:96-CV-1355-TWT. (The firm served as Co-Lead Counsel in this class action based upon securities fraud).  [$5 million settlement comprising of $2.5 million in cash and $2.5 million in securities].

*In re WestPoint Stevens, Inc. Sec. Litig.*, United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action No. 1:01-CV-2673-CC.  (The firm served as Co-lead Counsel in this class action based on securities fraud).  [$4.25 million cash recovery].

## PENDING ANTITRUST & CONSUMER ACTIONS

*Baggett et al. v. Hewlett-Packard Company*, United States District Court for the Central District of California, Case No. CV-07-667 AG.  (The firm serves as Co-Lead Counsel in this consumer class action).

*Columbus Drywall & Insulation, Inc., et al. v. MASCO Corporation, et al.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:04-CV-3066-JEC.  (The firm serves as Co-Lead Counsel in this antitrust class action).

*Khorrami et al. v. Lexmark International Inc.*, United States District Court for the Central District of California, Case No. CV-07-1671 DDP.  (The firm serves as Co-Lead Counsel in this consumer class action).

*McFadden et al. v. Brother International Corporation.*, United States District Court for the District of New Jersey, Civil Action No. 07-CIV-1905 (FLB).  (The firm serves as Co-Lead Counsel in this consumer class action).

*Ray v. Microsoft Corporation*, United States District Court for the Western District of Washington, Case No. 06-1720 MJP.  (The firm serves as Co-Lead Counsel in this consumer class action).

*Richardson et al. v. Brother International Corporation,* United States District Court for the Central District of California, Case No. CV-07-00979 DSF.  (The firm serves as Co-Lead Counsel in this consumer class action).


## SUCCESSFULLY RESOLVED ANTITRUST & CONSUMER ACTIONS

*Bradford and Ling, et. al. v. Bed Bath & Beyond Inc.*, United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:98-CV-2556-RWS. The firm has served as Co-Lead Counsel in a collective action based upon wage and hour abuses.   Chitwood Harley Harnes LLP successfully defended Defendant Bed Bath & Beyond's Motion to Decertify the Putative class following discovery.  This is the only published order by a court wherein Plaintiffs survived a Motion to Decertify in a FLSA overtime case. (Consumer class action)

*Checkmate Strategic Group, Inc. v. Yahoo! Inc.,* United States District Court for the Central District of California, Case No. CV-05-458879 CAS.  (The firm served as Co-Lead Counsel in this consumer class action based on overcharges for "fraudulent clicks" on Yahoo ads).

*In re The Coca Cola Company Apple Juice Consumer Litig.*, Superior Court of Fulton County, State of Georgia, Civil Action No. E-47054. (The firm served as Co-Lead Counsel in this consumer class action based upon the sale of adulterated juice products).

*Dingell v. Tropicana Products, Inc., et al.*, Circuit Court of the Twelfth Judicial Circuit of the State of Florida, Manatee County, General Civil Division, Case No. CA-96-1048. (The firm served as Co-Lead Counsel in this consumer class action based upon the sale of adulterated juice products).

*In re Epson Ink Cartridge Cases*, Superior Court of the State of California for the County of Los Angeles, Judicial Council Coordination Proceeding No. 4347.  (The firm served as Co-Lead Counsel in this consumer class action based on the sale of inkjet printer cartridges that indicated "empty" while still containing significant ink.)

*In re Minute Maid Frozen Orange Juice Litig.*, Superior Court of Fulton County, State of Georgia, Master File No. E-58922. (The firm served as Lead Counsel in this consumer class action based upon misrepresentations in sale of frozen juice products).

*In re Motorsports Merchandise Antitrust Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:97-CV-2314-TWT. (The firm served as Co-Lead Counsel in this antitrust class action).

*In re Nylon Carpet Antitrust Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 4:98-CV-0267-HLM. (The firm served as Co-Lead Counsel in this

antitrust class action).

*In re Polypropylene Carpet Antitrust Litig.*, United States District Court for the Northern District of Georgia, Rome Division, Multidistrict Litigation Docket No. 1075. (The firm served as Co-Lead Counsel in this antitrust class action).

*In re Vitamins Antitrust Litig.*, United States District Court for the District of Columbia, Civil Action No. 99-0197. (The firm served on the Steering Committee in this antitrust class action).

# EXHIBIT E

# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
## ATTORNEYS AT LAW

## NEW YORK   *   CALIFORNIA   *   NEW JERSEY   *   LOUISIANA

## FIRM RESUME

Visit our web site at www.blbglaw.com for the most up-to-date information on the firm, its lawyers and practice groups.

Bernstein Litowitz Berger & Grossmann LLP, a firm of over 50 attorneys in offices located in New York, California, New Jersey, and Louisiana, prosecutes class and private actions, nationwide, on behalf of individual and institutional clients.  The firm's litigation practice concentrates in the areas of securities class actions in federal and state courts; corporate  governance litigation, including claims for breach of fiduciary duty and proxy violations; antitrust; prosecuting violations of federal and state anti-discrimination laws and vindication of employee rights; and consumer class actions.  We also handle, on behalf of major institutional clients and lenders, more general complex commercial litigation involving allegations of breach of contract, accountants' liability, breach of fiduciary duty, fraud, and negligence.

We are the nation's leading firm in representing institutional investors in securities fraud class action litigation. The firm's institutional client base includes the New York State Common Retirement Fund, the California Public Employees Retirement System (CalPERS), and the Ontario Teachers' Pension Plan, the largest public pension funds in North America, collectively managing over $300 billion in assets; the Los Angeles County Employees' Retirement Association (LACERA); the Chicago Municipal, Police and Labor Retirement Systems; the State of Wisconsin Investment Board; the Retirement Systems of Alabama; the Connecticut Retirement Plans and Trust Funds; the City of Detroit Pension Systems; the Houston Firefighters' and Municipal Employees' Pension Funds; the Louisiana School, State, Teachers and Municipal Police Retirement Systems; the Public School Teachers' Pension and Retirement Fund of Chicago; the New Jersey Division of Investment of the Department of the Treasury; TIAA-CREF and other private institutions; as well as numerous other public and Taft-Hartley pension entities.

Since its founding in 1983, Bernstein Litowitz Berger & Grossmann LLP has litigated some of the most complex cases in history and has obtained over $20 billion on behalf of investors.  Unique among its peers, the firm has negotiated the largest settlements ever agreed to by public companies related to securities fraud, and obtained five of the ten largest securities recoveries in history.

As Co-Lead Counsel for the Class representing Lead Plaintiff the New York State Common Retirement Fund in *In re WorldCom, Inc. Securities Litigation*, arising from the financial fraud and subsequent bankruptcy at WorldCom, Inc., we obtained unprecedented settlements from the investment bank defendants who underwrote WorldCom bonds totaling more than $6 billion, the second largest securities recovery in history.  Additionally, all of the former WorldCom Director Defendants agreed to pay over $60 million to settle the claims against them.  An unprecedented first for outside directors, $24.75 million of that amount is coming out of the pockets of the individuals—20% of their collective net worth.  Also, after four weeks of trial, Arthur Andersen, WorldCom's former auditor, settled for $65 million.  In July 2005, settlements had been reached with the former executives of WorldCom, bringing the total obtained for the Class to over $6.15 billion.

*Bernstein Litowitz Berger & Grossmann LLP*

The firm was also Co-Lead Counsel in *In re Cendant Corporation Securities Litigation*, which settled for more than $3 billion in cash. This settlement is the largest ever recovered from a public company and a public accounting firm and includes some of the most significant corporate governance changes ever achieved through securities class action litigation. The firm represented Lead Plaintiffs CalPERS, the New York State Common Retirement Fund, and the New York City Pension Funds on behalf of all purchasers of Cendant securities during the class period. In 2006, the firm also recovered over $1.3 billion for investors in Nortel Networks, and recent settlements in *In re McKesson HBOC Inc. Securities Litigation* total over $1 billion in monies recovered for investors. Additionally, the firm was lead counsel in the celebrated *In re Washington Public Power Supply System Litigation*, which, after seven years of litigation and three months of jury trial, resulted in what was then the largest securities fraud recovery ever – over $750 million.

The firm's prosecution of Arthur Andersen LLP, for Andersen's role in the 1999 collapse of the Baptist Foundation of Arizona ("BFA"), received intense national and international media attention. As lead trial counsel for the defrauded BFA investors, the firm obtained a cash settlement of $217 million from Andersen in May 2002, after six days of what was scheduled to be a three month trial. In combination with prospective BFA asset sales and a settlement with BFA's former law firm, it is expected that the over 11,000 retirees and investors will recover over 70% of their losses. The case was covered in great detail by *The Wall Street Journal, The New York Times, The Washington Post*, "60 Minutes II," National Public Radio, and the BBC, as well as various other international news outlets.

Equally important, Bernstein Litowitz Berger & Grossmann LLP has successfully advanced novel and socially beneficial principles by developing important new law in the areas in which we litigate.

The firm served as co-lead counsel on behalf of Texaco's African-American employees in *Roberts v. Texaco Inc.*, which similarly resulted in the largest settlement ever in a race discrimination case. The creation of a Task Force to oversee Texaco's human resources activities for five years was unprecedented and will, undoubtedly, serve as a model for public companies into the next century.

On behalf of twelve public pension funds, including the New York State Common Retirement Fund, CalPERS, LACERA, and other institutional investors, the firm successfully prosecuted *McCall v. Scott*, a derivative suit filed against the directors and officers of Columbia/HCA Healthcare Corporation, the subject of the largest health care fraud investigation in history. This settlement, announced in February 2003, included a landmark corporate governance plan which went well beyond all recently enacted regulatory reforms, greatly enhancing the corporate governance structure in place at HCA.

In the consumer field, the firm has gained a nationwide reputation for vigorously protecting the rights of individuals and for achieving exceptional settlements. In several instances, the firm has obtained recoveries for consumer classes that represented the entirety of the class' losses – an extraordinary result in consumer class cases. Additionally, the firm has become a leader in the area of Internet Privacy and is counsel in several of the seminal cases that have been brought on behalf of Internet users whose personal information is being intercepted and sent to Web-based companies.

Our firm is dedicated to litigating with the highest level of professional competence, striving to secure the maximum possible recovery for our clients in the most efficient and professionally responsible manner. In those cases where we have served as either lead counsel or as a member of plaintiffs' executive committee, the firm has recovered billions of dollars for our clients.

*Bernstein Litowitz Berger & Grossmann LLP*

## THE FIRM'S PRACTICE AREAS

### Securities Fraud Litigation

Securities fraud litigation is the cornerstone of the firm's class action litigation practice. Since its founding, the firm has tried and settled many high profile securities fraud class actions and continues to play a leading role in major securities litigation pending in federal and state courts. Moreover, since passage of the Private Securities Litigation Reform Act of 1995, which sought to encourage institutional investors to become more pro-active in securities fraud class action litigation, the firm has become the nation's leader in representing institutional investors in securities fraud and derivative litigation.

The firm has the distinction of having prosecuted many of the most complex and high-profile cases in securities law history, recovering billions of dollars and obtaining unprecedented corporate governance reforms on behalf of our clients. Several of the firm's high-profile current prosecutions and outstanding accomplishments as class counsel are detailed in our Recent Actions and Significant Recoveries section beginning on page 8.

The attorneys in the securities fraud litigation practice group have extensive experience in the laws that regulate the securities markets and in the disclosure requirements of corporations that issue publicly traded securities. Many of the attorneys in this practice group also have accounting backgrounds and one is a certified public accountant. The group has access to state-of-the-art, online financial wire services and databases, which enable them to instantaneously investigate any potential securities fraud action involving a public company's debt and equity securities.

### Corporate Governance and Shareholders' Rights

The corporate governance and shareholders' rights practice group prosecutes derivative actions, claims for breach of fiduciary duty and proxy violations on behalf of individual and institutional investors in state and federal courts throughout the country. The group has prosecuted actions challenging numerous highly publicized corporate transactions which violated fair process and fair price, and the applicability of the business judgment rule. The group has also addressed issues of corporate waste, shareholder voting rights claims, and executive compensation. As a result of the firm's high profile and widely recognized capabilities, the corporate governance practice group is increasingly in demand by institutional investors who are exercising a more assertive voice with corporate boards regarding corporate governance issues and the board's accountability to shareholders. A major component of the *Cendant* settlement referenced above is Cendant's agreement to adopt the most extensive corporate governance changes in history.

Recent examples of highly successful M&A litigation conducted by Bernstein Litowitz Berger & Grossmann include the widely publicized lawsuit arising from the proposed acquisition of Caremark Corp. by CVS Corp.— which led to an increase of approximately $3.5 billion in the consideration offered to shareholders—as well as the lawsuit over an attempted buyout of Cablevision Corp. by its controlling family—which, although still ongoing, has resulted in an increase of over $2.2 billion in the consideration currently on offer to Cablevision shareholders. The firm is actively involved in litigating numerous cases in this area of law, an area that has become increasingly important in light of efforts by various market participants to buy companies from their public shareholders "on the cheap."

### Employment Discrimination and Civil Rights

The employment discrimination and civil rights practice group prosecutes class and multi-plaintiff actions, and other high impact litigation against employers and other societal institutions that violate federal or state employment, anti-discrimination, and civil rights laws. The practice group represents diverse clients on a wide range of issues including Title VII actions, race, gender, sexual orientation and age discrimination suits, sexual harassment and "glass ceiling" cases in which otherwise qualified employees are passed over for promotions to managerial or executive positions.

*Bernstein Litowitz Berger & Grossmann LLP*

Bernstein Litowitz Berger & Grossmann LLP is committed to effecting positive social change in the workplace and in society. The practice group has the necessary financial and human resources to ensure that the class action approach to discrimination and civil rights issues is successful. This litigation method serves to empower employees and other civil rights victims, who are usually discouraged from pursuing litigation because of personal financial limitations, and offers the potential for effecting the greatest positive change for the greatest number of people affected by discriminatory practice in the workplace. As stated, the firm's practice group recently settled the *Texaco* racial discrimination lawsuit for $176 million, the largest settlement in the history of employment discrimination cases.

## Consumer Advocacy

The consumer advocacy practice group at Bernstein Litowitz Berger & Grossmann LLP prosecutes cases across the entire spectrum of consumer rights, consumer fraud, and consumer protection issues. The firm represents victimized consumers in state and federal courts nationwide in individual and class action lawsuits that seek to provide consumers and purchasers of defective products with a means to recover their damages. The attorneys in this group are well versed in the vast array of laws and regulations that govern consumer interests and are aggressive, effective, court-tested litigators. The consumer practice advocacy group has recovered hundreds of millions of dollars for millions of consumers throughout the country. Most notably, in a number of cases, the firm has obtained recoveries for the class that were the entirety of the potential damages suffered by the consumer. For example, in recent actions against MCI and Empire Blue Cross, the firm recovered all of the damages suffered by the class.
The group has achieved its successes by advancing innovative claims and theories of liabilities, such as obtaining decisions in Pennsylvania and Illinois appellate courts that adopted a new theory of consumer damages in mass marketing cases. Bernstein Litowitz Berger & Grossmann LLP is, thus, able to lead the way in protecting the rights of consumers. For example, the firm is a recognized leader in Internet privacy, where it prosecuted several seminal cases on behalf of Web users whose personal information has been unwittingly intercepted and sent to Internet companies in violation of federal statutes and state law.

## THE COURTS SPEAK

Throughout the firm's history, many courts have recognized the professional competence and diligence of the firm and its members. A few examples are set forth below.

Judge Denise Cote (United States District Court for the Southern District of New York) has noted, several times on the record, the quality of BLB&G's ongoing representation of the Class in *In re WorldCom, Inc. Securities Litigation*. Judge Cote on December 16, 2003:

> "I have the utmost confidence in plaintiffs' counsel . . . they have been doing a superb job. . . . The Class is extraordinarily well represented in this litigation."

In granting final approval of the $2.575 billion settlement obtained from the Citigroup Defendants, Judge Cote again praised BLB&G's efforts:

> "The magnitude of this settlement is attributable in significant part to Lead Counsel's advocacy and energy....The quality of the representation given by Lead Counsel...has been superb...and is unsurpassed in this Court's experience with plaintiffs' counsel in securities litigation. Lead Counsel has been energetic and creative…. Its negotiations with the Citigroup Defendants have resulted in a settlement of historic proportions."

*   *   *

*Bernstein Litowitz Berger & Grossmann LLP*

In February 2005, at the conclusion of trial of *In re Clarent Corporation Securities Litigation*, The Honorable Charles R. Breyer of the United States District Court for the Northern District of California praised the efforts of counsel: "It was the best tried case I've witnessed in my years on the bench….[A]n extraordinarily civilized way of presenting the issues to you [the jury]….We've all been treated to great civility and the highest professional ethics in the presentation of the case…. The evidence was carefully presented to you….They got dry subject matter and made it interesting… [brought] the material alive… good trial lawyers can do that…. I've had fascinating criminal trials that were far less interesting than this case. [I]t's a great thing to be able to see another aspect of life… It keeps you young…vibrant… [and] involved in things… These trial lawyers are some of the best I've ever seen."

\*    \*    \*

In granting the Court's approval of the resolution and prosecution of *McCall v. Scott*, a shareholder derivative lawsuit against certain former senior executives of HCA Healthcare (formerly Columbia/HCA), Senior Judge Thomas A. Higgins (United States District Court, Middle District of Tennessee) said that the settlement "confers an exceptional benefit upon the company and the shareholders by way of the corporate governance plan. . . . Counsel's excellent qualifications and reputations are well documented in the record, and they have litigated this complex case adeptly and tenaciously throughout the six years it has been pending. They assumed an enormous risk and have shown great patience by taking this case on a contingent basis, and despite an early setback they have persevered and brought about not only a large cash settlement but sweeping corporate reforms that may be invaluable to the beneficiaries."

\*    \*    \*

Judge Walls (District of New Jersey), in approving the $3.2 billion *Cendant* settlement, said that the recovery from all defendants, which represents a 37% recovery to the Class, "far exceeds recovery rates of any case cited by the parties." The Court also held that the $335 million separate recovery from E&Y is "large" when "[v]iewed in light of recoveries against accounting firms for securities damages." In granting Lead Counsel's fee request, the Court determined that "there is no other catalyst for the present settlement than the work of Lead Counsel. . . . This Court, and no other judicial officer, has maintained direct supervision over the parties from the outset of litigation to the present time. In addition to necessary motion practice, the parties regularly met with and reported to the Court every five or six weeks during this period about the status of negotiations between them. . . . [T]he Court has no reason to attribute a portion of the Cendant settlement to others' efforts; Lead Counsel were the only relevant material factors for the settlement they directly negotiated." The Court found that "[t]he quality of result, measured by the size of settlement, is very high. . . . The Cendant settlement amount alone is over three times larger than the next largest recovery achieved to date in a class action case for violations of the securities laws, and approximately ten times greater than any recovery in a class action case involving fraudulent financial statements. . . The E&Y settlement is the largest amount ever paid by an accounting firm in a securities class action." The Court went on to observe that "the standing, experience and expertise of the counsel, the skill and professionalism with which counsel prosecuted the case and the performance and quality of opposing counsel were high in this action. Lead Counsel are experienced securities litigators who ably prosecuted the action." The Court concluded that this Action resulted in "excellent settlements of uncommon amount engineered by highly skilled counsel with reasonable cost to the class."

\*    \*    \*

After approving the settlement in *Alexander v. Pennzoil Company*, the Honorable Vanessa D. Gilmore of the United States District Court for the Southern District of Texas ended the settlement hearing by praising our firm for the quality of the settlement and our commitment to effectuating change in the workplace.   "... the lawyers for the plaintiffs ... did a tremendous, tremendous job. ... not only in the monetary result obtained, but the substantial and very innovative programmatic relief that the plaintiffs have obtained in this case ... treating people fairly and with respect can only inure to the benefit of everybody concerned.  I think all these lawyers did an outstanding job trying to make sure that that's the kind of thing that this case left behind."

\*    \*    \*

*Bernstein Litowitz Berger & Grossmann LLP*

On February 23, 2001, the United States District Court for the Northern District of California granted final approval of the $259 million cash settlement in *In re 3Com Securities Litigation*, the largest settlement of a securities class action in the Ninth Circuit since the Private Securities Litigation Reform Act was passed in 1995, and the fourth largest recovery ever obtained in a securities class action.  The district court, in an Order entered on March 9, 2001, specifically commented on the quality of counsel's efforts and the settlement, holding that "counsel's representation [of the class] was excellent, and ... the results they achieved were substantial and extraordinary."  The Court described our firm as "among the most experienced and well qualified in this country in [securities fraud] litigation."

\*    \*    \*

United States District Judge Todd J. Campbell of the Middle District of Tennessee heard arguments on Plaintiffs' Motion for Preliminary Injunction in *Cason v. Nissan Motor Acceptance Corporation Litigation*, the highly publicized discriminatory lending class action, on September 5, 2001. He exhibited his own brand of candor in commenting on the excellent work of counsel in this matter: "In fact, the lawyering in this case... is as good as I've seen in any case. So y'all are to be commended for that."

\*    \*    \*

In approving the $30 million settlement in the *Assisted Living Concepts, Inc. Securities Litigation*, the Honorable Ann L. Aiken of the Federal District Court in Oregon, praised the recovery and the work of counsel. She stated that, "...without a doubt...this is a...tremendous result as a result of very fine work...by the...attorneys in this case."

\*    \*    \*

The Honorable Judge Edward A. Infante of the United States District Court for the Northern District of California expressed high praise for the settlement and the expertise of plaintiffs' counsel when he approved the final settlement in the *Wright v. MCI Communications Corporation* consumer class action.  "The settlement. . . . is a very favorable settlement to the class. . . . to get an 85% result was extraordinary, and plaintiffs' counsel should be complimented for it on this record. . . .  The recommendations of experienced counsel weigh heavily on the court. The lawyers before me are specialists in class action litigation.  They're well known to me, particularly Mr. Berger, and I have confidence that if Mr. Berger and the other plaintiffs' counsel think this is a good, well-negotiated settlement, I find it is."  The case was settled for $14.5 million.

\*    \*    \*

At the *In re Computron Software, Inc. Securities Litigation* settlement hearing, Judge Alfred J. Lechner, Jr. of the United States District Court for the District of New Jersey approved the final settlement and commended Bernstein Litowitz Berger & Grossmann's efforts on behalf of the Class.  "I think the job that was done here was simply outstanding.  I think all of you just did a superlative job and I'm appreciat[ive] not only for myself, but the court system and the plaintiffs themselves.  The class should be very, very pleased with the way this turned out, how expeditiously it's been moved."  *In re Computron Software, Inc. Securities Litigation* was a securities fraud class action filed on behalf of shareholders who purchased Computron common stock at inflated prices due to alleged misrepresentation about the company's financial obligation.  The case settled for $15 million dollars.

\*    \*    \*

The *In re Louisiana-Pacific Corporation Securities Litigation*, filed in the United States District Court, District of Oregon, was a securities class action alleging fraud and misrepresentations in connection with the sale of defective building materials.  Our firm, together with co-lead counsel, negotiated a settlement of $65.1 million, the largest securities fraud settlement in Oregon history, which was approved by Judge Robert Jones on February 12, 1997. The Court there recognized that ". . . the work that is involved in this case could only be accomplished through the unique talents of plaintiffs' lawyers . . . which involved a talent that is not just simply available in the mainstream of litigators."

\*    \*    \*

*Bernstein Litowitz Berger & Grossmann LLP*

Judge Kimba M. Wood of the United States District Court for the Southern District of New York, who presided over the six-week securities fraud class action jury trial in *In re ICN/Viratek Securities Litigation*, also recently praised our firm for the quality of the representation afforded to the class and the skill and expertise demonstrated throughout the litigation and trial especially. The Court commented that ". . . plaintiffs' counsel did a superb job here on behalf of the class. . . This was a very hard fought case. You had very able, superb opponents, and they put you to your task. . . The trial work was beautifully done and I believe very efficiently done. . ."

\*     \*     \*

Similarly, the Court in the *In re Prudential-Bache Energy Income Partnership Securities Litigation*, United States District Court, Eastern District of Louisiana, recognized Bernstein Litowitz Berger & Grossmann LLP's ". . . professional standing among its peers." In that case, which was settled for $120 million, our firm served as Chair of Plaintiffs' Executive Committee.

\*     \*     \*

In the landmark securities fraud case, *In re Washington Public Power Supply System Litigation* (United States District Court, District of Arizona), the district court called the quality of representation "exceptional," noting that "[t]his was a case of overwhelmingly unique proportions. . . a rare and exceptional case involving extraordinary services on behalf of Class plaintiffs." The Court also observed that "[a] number of attorneys dedicated significant portions of their professional careers to this litigation, . . . champion[ing] the cause of Class members in the face of commanding and vastly outnumbering opposition. . . [and] in the face of uncertain victory. . . . [T]hey succeeded admirably."

\*     \*     \*

Likewise, in *In re Electro-Catheter Securities Litigation*, where our firm served as co-lead counsel, Judge Nicholas Politan of the United States District Court for New Jersey said:

> Counsel in this case are highly competent, very skilled in this very specialized area and were at all times during the course of the litigation...always well prepared, well spoken, and knew their stuff and they were a credit to their profession. They are the top of the line.

\*     \*     \*

In our ongoing prosecution of the *In re Bennett Funding Group Securities Litigation*, the largest "Ponzi scheme" fraud in history, partial settlements totaling over $140 million have been negotiated for the class. While the action continues to be prosecuted against other defendants, the United States District Court for the Southern District of New York has already found our firm to have been "extremely competent" and of "great skill" in representing the class.

\*     \*     \*

Judge Sarokin of the United States District Court for the District of New Jersey, after approving the $30 million settlement in *In re First Fidelity Bancorporation Securities Litigation*, a case in which were lead counsel, praised the ". . . outstanding competence and performance" of the plaintiffs' counsel and expressed "admiration" for our work in the case.

*Bernstein Litowitz Berger & Grossmann LLP*

## RECENT ACTIONS & SIGNIFICANT RECOVERIES

Currently, Bernstein Litowitz Berger & Grossmann LLP is counsel in many diverse nationwide class and individual actions and has obtained many of the largest and most significant recoveries in history. Some examples from our practice groups include:

## Securities Class Actions

***In re WorldCom, Inc. Securities Litigation*** -- (United States District Court for the Southern District of New York) The largest securities fraud class action in history. The court appointed BLB&G client the **New York State Common Retirement Fund** as Lead Plaintiff and the firm as Lead Counsel for the class in this securities fraud action arising from the financial fraud and subsequent bankruptcy at WorldCom, Inc. The complaints in this litigation allege that WorldCom and others disseminated false and misleading statements to the investing public regarding its earnings and financial condition in violation of the federal securities and other laws. As a result, investors suffered tens of billions of dollars in losses. The Complaint further alleges a nefarious relationship between Citigroup subsidiary Salomon Smith Barney and WorldCom, carried out primarily by Salomon employees involved in providing investment banking services to WorldCom (most notably, Jack Grubman, Salomon's star telecommunications analyst), and by WorldCom's former CEO and CFO, Bernard J. Ebbers and Scott Sullivan, respectively. On November 5, 2004, the Court granted final approval of the $2.575 billion cash settlement to settle all claims against the Citigroup defendants. In mid-March 2005, on the eve of trial, the 13 remaining "underwriter defendants," including J.P. Morgan Chase, Deutsche Bank and Bank of America, agreed to pay settlements totaling nearly $3.5 billion to resolve all claims against them, bringing the total over $6 billion. Additionally, by March 21, 2005, the day before trial was scheduled to begin, all of the former WorldCom Director Defendants had agreed to pay over $60 million to settle the claims against them. An unprecedented first for outside directors, $24.75 million of that amount is coming out of the pockets of the individuals— 20% of their collective net worth. The case generated headlines across the country—and across the globe—and is changing the way Wall Street does business. In the words of Lynn Turner, a former SEC chief accountant, the settlement sent a message to directors "that their own personal wealth is at risk if they're not diligent in their jobs." After four weeks of trial, Arthur Andersen, WorldCom's former auditor, settled for

$65 million. In July 2005, settlements were reached with the former executives of WorldCom, bringing the total obtained for the Class to over $6.15 billion.

***In re Cendant Corporation Securities Litigation*** -- (United States District Court, District of New Jersey) Securities class action filed against Cendant Corporation, its officers and directors and Ernst & Young, its auditors. Cendant settled the action for $2.8 billion and Ernst & Young settled for $335 million. The settlements are the third largest in history in a securities fraud action. Plaintiffs allege that the company disseminated materially false and misleading financial statements concerning CUC's revenues, earnings and expenses for its 1997 fiscal year. As a result of company-wide accounting irregularities, Cendant has restated its financial results for its 1995, 1996 and 1997 fiscal years and all fiscal quarters therein. The firm represents Lead Plaintiffs **CalPERS** - the **California Public Employees Retirement System**, the **New York State Common Retirement Fund** and the **New York City Pension Funds**, the three largest public pension funds in America, in this action.

***Baptist Foundation of Arizona v. Arthur Andersen, LLP*** -- (Superior Court of the State of Arizona in and for the County of Maricopa) Firm client, the **Baptist Foundation of Arizona Liquidation Trust** ("BFA") filed a lawsuit charging its former auditors, the "Big Five" accounting firm of Arthur Andersen LLP, with negligence in conducting its annual audits of BFA's financial statements for a 15-year period beginning in 1984, and culminating in BFA's bankruptcy in late 1999. Investors lost hundreds of millions of dollars as a result of BFA's demise. The lawsuit alleges that Andersen ignored evidence of corruption and mismanagement by BFA's former senior management team and failed to investigate suspicious transactions related to the mismanagement. These oversights of accounting work, which were improper under generally accepted accounting principles, allowed BFA's undisclosed losses to escalate to hundreds of million of dollars, and ultimately resulted in its demise. On May 6, 2002, after one week of trial, Andersen agreed to pay $217 million to

8

*Bernstein Litowitz Berger & Grossmann LLP*

settle the litigation.  The court approved the settlement on September 13, 2002 and, ultimately, investors are expected to recover 70% of their losses.

***In re Nortel Networks Corporation Securities Litigation --*** ("Nortel II") (United States District Court for the Southern District of New York) Securities fraud class action on behalf of persons and entities who purchased or acquired the common stock of Nortel Networks Corporation.  The action charges Nortel, and certain of its officers and directors, with violations of the Securities Exchange Act of 1934, alleging that the defendants knowingly or, at a minimum, recklessly made false and misleading statements with respect to Nortel's financial results during the relevant period.  BLB&G clients the Ontario Teachers' Pension Plan Board and the Treasury of the State of New Jersey and its Division of Investment were appointed as Co-Lead Plaintiffs for the Class, and BLB&G was appointed Lead Counsel for the Class by the court in July 2004.  On February 8, 2006, BLB&G and Lead Plaintiffs announced that they and another plaintiff had reached an historic agreement in principle with Nortel to settle litigation pending against the Company for approximately $2.4 billion in cash and Nortel common stock (all figures in US dollars). The Nortel II portion of the settlement totaled approximately $1.2 billion.  Nortel later announced that its insurers had agreed to pay $228.5 million toward the settlement, bringing the total amount of the global settlement to approximately $2.7 billion, and the total amount of the Nortel II settlement to over $1.3 billion.

***HealthSouth Corporation Bondholder Litigation*** -- (United States District Court for the Northern District of Alabama {Southern Division}) On March 19, 2003, the investment community was stunned by the charges filed by the Securities and Exchange Commission against Birmingham, Alabama based HealthSouth Corporation and its former Chairman and Chief Executive Officer, Richard M. Scrushy, alleging a "massive accounting fraud." Stephen M. Cutler, the SEC's Director of Enforcement, said "HealthSouth's fraud represents an appalling betrayal of investors." According to the SEC, HealthSouth overstated its earnings by at least $1.4 billion since 1999 at the direction of Mr. Scrushy. Subsequent revelations have disclosed that the overstatement actually exceeded over $2.4 billion, virtually wiping out all of HealthSouth's reported profits for the last five years. A number of executives at HealthSouth, including its most senior accounting officers --

including every chief financial officer in HealthSouth's history -- have pleaded guilty to criminal fraud charges. In the wake of these disclosures, numerous securities class action lawsuits have been filed against HealthSouth and certain individual defendants. On June 24, 2003, the Honorable Karon O. Bowdre of the District Court appointed the **Retirement Systems of Alabama** to serve as Lead Plaintiff on behalf of a class of all purchasers of HealthSouth bonds who suffered a loss as a result of the fraud. Judge Bowdre appointed BLB&G to serve as Co-Lead Counsel for the bondholder class.  On February 22, 2006, the RSA announced that it and several other institutional plaintiffs leading investor lawsuits arising from the corporate scandal at HealthSouth Corporation had reached a class action settlement with HealthSouth, certain of the company's former directors and officers, and certain of the company's insurance carriers. The total consideration to be paid in the settlement is approximately $445 million.  The action continues against the remaining defendants.

***In re McKesson HBOC, Inc. Securities Litigation*** -- (United States District Court, Northern District of California) Securities fraud litigation filed on behalf of purchasers of HBOC, McKesson and McKesson HBOC securities.  On April 28, 1999, the Company issued the first of several press releases which announced that, due to its improper recognition of revenue from contingent software sales, it would have to restate its previously reported financial results.  Immediately thereafter, McKesson HBOC common stock lost $9 billion in market value.  On July 14, 1999, the Company announced that it was restating $327.8 million of revenue improperly recognized in the HBOC segment of its business during the fiscal years ending March 31, 1997, 1998 and 1999.  The complaint alleges that, during the Class Period, Defendants issued materially false and misleading statements to the investing public concerning HBOC's and McKesson HBOC's financial results, which had the effect of artificially inflating the prices of HBOC's and the Company's securities.  On September 28, 2005, the court granted preliminary approval of a $960 million settlement which BLB&G and its client, Lead Plaintiff the **New York State Common Retirement Fund**, obtained from the company.  On December 19, 2006, defendant Arthur Andersen agreed to pay $72.5 million in cash to settle all claims asserted against it. This settlement brings the total recovery to more than $1 billion for distribution to eligible Settlement Class Members.  The action continues against remaining defendant Bear Stearns.

*Bernstein Litowitz Berger & Grossmann LLP*

***Ohio Public Employees Retirement System, et al. v. Freddie Mac, et al.*** -- (United States District Court for the Southern District of Ohio {Eastern Division}) Securities fraud class action filed on behalf of the **Ohio Public Employees Retirement System** and the **State Teachers Retirement System of Ohio** against the Federal Home Loan Mortgage Corporation ("Freddie Mac") and certain of its current and former officers. The Class includes all purchasers of Freddie Mac common stock during the period July 15, 1999 through June 6, 2003. The Complaint alleges that Freddie Mac and certain current or former officers of the Company issued false and misleading statements in connection with Company's previously reported financial results. Specifically, the complaint alleges that the defendants misrepresented the Company's operations and financial results by having engaged in numerous improper transactions and accounting machinations that violated fundamental GAAP precepts in order to artificially smooth the Company's earnings and to hide earnings volatility. On November 21, 2003, Freddie Mac restated its previously reported earnings in connection with these improprieties, ultimately restating more than $5.0 billion in earnings. In October 2005, with document review nearly complete, Lead Plaintiffs began deposition discovery. On April 25, 2006, the parties reported to the Court that they had reached an agreement in principle to settle the case for $410 million. On October 26, 2006, the Court granted final approval of the settlement.

***In re Washington Public Power Supply System Litigation*** -- (United States District Court, District of Arizona) Commenced in 1983, the firm was appointed Chair of the Executive Committee responsible for litigating the action on behalf of the class. The action involved an estimated 200 million pages of documents produced in discovery; the depositions of 285 fact witnesses and 34 expert witnesses; more than 25,000 introduced exhibits; six published district court opinions; seven appeals or attempted appeals to the Ninth Circuit; and a three-month jury trial, which resulted in a settlement of over $750 million – then the largest securities fraud settlement ever achieved.

***In re Lucent Technologies, Inc. Securities Litigation*** -- (United States District Court for the District of New Jersey) A securities fraud class action filed on behalf of purchasers of the common stock of Lucent Technologies, Inc. from October 26, 1999 through December 20, 2000. In the action, BLB&G served as Co-Lead Counsel for the shareholders and Lead Plaintiffs, the **Parnassus Fund** and **Teamsters**

**Locals 175 & 505 D&P Pension Trust**, and also represented the **Anchorage Police and Fire Retirement System** and the **Louisiana School Employees' Retirement System**. Lead Plaintiffs' complaint charged Lucent with making false and misleading statements to the investing public concerning its publicly reported financial results and failing to disclose the serious problems in its optical networking business. When the truth was disclosed, Lucent admitted that it had improperly recognized revenue of nearly $679 million in fiscal 2000. On September 23, 2003, the Court granted preliminary approval of the agreement to settle this litigation, a package which is currently valued at approximately $517 million composed of cash, stock and warrants. The appointment of BLB&G as Co-Lead Counsel is especially noteworthy as it marks the first time since the 1995 passage of the Private Securities Litigation Reform Act that a court has reopened the lead plaintiff or lead counsel selection process to account for changed circumstances, new issues and possible conflicts between new and old allegations.

***In re Williams Securities Litigation*** -- (United States District Court for the Northern District of Oklahoma) Securities fraud class action filed on behalf of a class of all persons or entities that purchased or otherwise acquired certain securities of The Williams Companies. The action alleged securities claims pursuant to Section 10(b) of the Securities Exchange Act of 1934 and Section 11 of the Securities Act of 1933. After a massive discovery and intensive litigation effort, which included taking more than 150 depositions and reviewing in excess of 18 million pages of documents, BLB&G and its clients, the Arkansas Teacher Retirement System and the Ontario Teachers' Pension Plan Board, announced an agreement to settle the litigation against all defendants for $311 million in cash on June 13, 2006. The recovery is among the largest recoveries ever in a securities class action in which the corporate defendant did not restate its financial results.

***In re DaimlerChrysler Securities Litigation*** -- (United States District Court for the District of Delaware) A securities class action filed against defendants DaimlerChrysler AG, Daimler-Benz AG and two of DaimlerChrysler's top executives, charging that Defendants acted in bad faith and misrepresented the nature of the 1998 merger between Daimler-Benz AG and the Chrysler Corporation. According to plaintiffs, defendants framed the transaction as a "merger of equals," rather than an acquisition, in order to avoid paying an

*Bernstein Litowitz Berger & Grossmann LLP*

"acquisition premium." Plaintiffs' Complaint alleges that Defendants made this representation to Chrysler shareholders in the August 6, 1998 Registration Statement, Prospectus, and Proxy, leading 97% of Chrysler shareholders to approve the merger. BLB&G is court-appointed Co-Lead Counsel for Co-Lead Plaintiffs the **Chicago Municipal Employees Annuity and Benefit Fund** and the **Chicago Policemen's Annuity and Benefit Fund**. BLB&G and the Chicago funds filed the action on behalf of investors who exchanged their Chrysler Corporation shares for DaimlerChrysler shares in connection with the November 1998 merger, and on behalf of investors who purchased DaimlerChrysler shares in the open market from November 13, 1998 through November 17, 2000. On August 22, 2003, BLB&G, as Co-Lead Counsel for Plaintiffs, obtained an agreement in principle to settle the action for $300 million.

***In re Bennett Funding Group Securities Litigation*** -- (United States District Court, Southern District of New York). Investor class action involving the sale of $570 million in fraudulent investments, described as the largest "Ponzi" scheme in United States history. The action was prosecuted against over fifty defendants including Bennett's former auditors, insurers and broker-dealers who sold Bennett investment. The class includes all purchasers of Bennett securities from March 29, 1992 through March, 29, 1996. The action settled with multiple defendants for over $165 million.

## Corporate Governance and Shareholders' Rights

***McCall v. Scott*** -- (United States District Court, Middle District of Tennessee). A derivative action filed on behalf of Columbia/HCA Healthcare Corporation -- now "HCA" -- against certain former senior executives of HCA and current and former members of the Board of Directors seeking to hold them responsible for directing or enabling HCA to commit the largest healthcare fraud in history, resulting in hundreds of millions of dollars of loss to HCA. The firm represents the **New York State Common Retirement Fund** as Lead Plaintiff, as well as the **California Public Employees' Retirement System** ("CalPERS"), the **New York City Pension Funds**, the **New York State Teachers' Retirement System** and the **Los Angeles County Employees' Retirement Association** ("LACERA") in this action. Although the district court initially dismissed the action, the United States Court of Appeals for the Sixth Circuit reversed that dismissal and upheld the complaint in substantial part, and remanded the case back to the district court. On February 4, 2003, the Common Retirement Fund, announced that the parties had agreed in principle to settle the action, subject to approval of the district court. As part of the settlement, HCA will adopt a corporate governance plan that goes well beyond the requirements both of the Sarbanes-Oxley Act and of the rules that the New York Stock Exchange has proposed to the SEC, and also enhances the corporate governance structure presently in place at HCA. HCA also will receive $14 million. Under the sweeping governance plan, the HCA Board of Directors will be substantially independent, and will have increased power and responsibility to oversee fair and accurate financial reporting. In granting final approval of the settlement on June 3, 2003, the Honorable Senior Judge Thomas A. Higgins of the District Court said that the settlement "confers an exceptional benefit upon the company and the shareholders by way of the corporate governance plan."

***Official Committee of Unsecured Creditors of Integrated Health Services, Inc. v. Elkins, et al.*** -- (Delaware Chancery Court) The Official Committee of Unsecured Creditors (the "Committee") of Integrated Health Services ("IHS"), filed a complaint against the current and former officers and directors of IHS, a health care provider which declared bankruptcy in January 2000. The Committee, on behalf of the Debtors Bankruptcy Estates, sought damages for breaches of fiduciary duties and waste of corporate assets in proposing, negotiating, approving and/or ratifying excessive and unconscionable compensation arrangements for Robert N. Elkins, the Company's former Chairman and Chief Executive Officer, and for other executive officers of the Company. BLB&G is a special litigation counsel to the committee in this action. The Delaware Chancery Court sustained most of Plaintiff's fiduciary duty claims against the defendants, finding that the complaint sufficiently pleaded that the defendants "consciously and intentionally disregarded their responsibilities." The Court also observed that Delaware law sets a very high bar for proving violation of fiduciary duties in the context of executive compensation. Resulting in a multi-million dollar settlement, the Integrated Health Services

*Bernstein Litowitz Berger & Grossmann LLP*

litigation was one of the few executive compensation cases successfully litigated in Delaware.

## Employment Discrimination and Civil Rights

***Roberts v. Texaco, Inc.*** -- (United States District Court for the Southern District of New York) Six highly qualified African-American employees filed a class action complaint against Texaco Inc. alleging that the Company failed to promote African-American employees to upper level jobs and failed to compensate them fairly in relation to Caucasian employees in similar positions. Two years of intensive investigation on the part of the lawyers of Bernstein Litowitz Berger & Grossmann LLP, including retaining the services of high level expert statistical analysts, revealed that African-Americans were significantly under-represented in high level management jobs and Caucasian employees were promoted more frequently and at far higher rates for comparable positions within the Company. Settled for over $170 million. Texaco also agreed to a Task Force to monitor its diversity programs for five years. The settlement has been described as the most significant race discrimination settlement in history.

***GMAC/NMAC/Ford/Toyota/Chrysler Consumer Finance Discrimination Litigation*** The cases involve allegations that the lending practices of General Motors Acceptance Corporation, Nissan Motor Acceptance Corporation, Ford Motor Credit, Toyota Motor Credit and Chrysler Financial cause black and Hispanic car buyers to pay millions of dollars more for car loans than similarly situated white buyers. At issue is a discriminatory kickback system under which minorities typically pay about 50% more in dealer mark-up which is shared by auto dealers with the defendants. On February 24, 2003, the Honorable Todd J. Campbell of the States District Court for the Middle District of Tennessee granted preliminary approval of the settlement of the class

action pending against Nissan Motor Acceptance Corporation ("NMAC"). Under the terms of the settlement, NMAC will offer pre-approved loans to hundreds of thousands of current and potential black and Hispanic NMAC customers, and will limit how much it raises the interest charged to car buyers above the company's minimum acceptable rate. The company will also contribute $1 million to America Saves, to develop a car financing literacy program targeted toward minority consumers. The settlement also provides for the payment of $5,000 to $20,000 to the 10 people named in the class-action lawsuit. Other car buyers wishing to recover damages will still be able to sue NMAC separately. BLB&G continues to prosecute the actions against the other auto lenders.

***Alexander v. Pennzoil Company*** -- (United States District Court, Southern District of Texas) A class action on behalf of all salaried African-American employees at Pennzoil alleging race discrimination in the Company's promotion, compensation and other job related practices. The action settled for $6.75 million.

***Butcher v. Gerber Products Company*** -- (United States District Court, Southern District of New York) Class action asserting violations of the Age Discrimination in Employment Act arising out of the mass discharging of approximately 460 Gerber sales people, the vast majority of whom were long-term Gerber employees aged 40 and older. Settlement terms are confidential.

## Consumer Class Actions

***E*Trade Group, Inc.*** -- (Superior Court of California, Santa Clara County) A class action filed on behalf of all individuals who have or had accounts with E*Trade from September 1996 to the present. The complaint alleges that E*Trade's representations to customers regarding the manner in which their accounts would be handled were false and misleading; that the electronic trading systems were inadequate to meet customer demands; and that, as a result of these misrepresentations, customers suffered significant losses and have been deprived of the

benefits which E*Trade had represented they would receive.

***General Motors Corporation*** -- (Superior Court of New Jersey Law Division, Bergen County) A class action consisting of all persons who owned W-body cars with defective rear disc brake caliper pins which tended to corrode, creating both a safety hazard and premature wearing of the front and rear disc brakes, causing extensive economic damage. BLB&G is co-lead counsel in this case where a proposed settlement

*Bernstein Litowitz Berger & Grossmann LLP*

would provide $19.5 million to the class for reimbursement of brake repairs.

**Rent-A-Center** -- (Supreme Court of the State of New York, Bronx County)  Deceptive sales and marketing in "rent-to-own" transactions.  In this case, BLB&G recently obtained a landmark ruling upholding a rental-purchasers' right to bring suit.

**Empire Blue Cross** -- (United States District Court, Southern District of New York)  Overcharging health care subscribers.  BLB&G was lead counsel in a recently approved $6.6 million settlement that represented 130% of the class' damages and offered all the overcharged subscribers 100 cents on the dollar repayment.

**DoubleClick** -- (United States District Court, Southern District of New York).  Internet Privacy.  A class action on behalf of Internet users who have had personal information surreptitiously intercepted and sent to a major Internet advertising agency.   In the settlement agreement reached in this action, DoubleClick commits to a series of industry-leading privacy protections for online consumers while continuing to offer its full range of products and services.  This is likely the largest class action there has ever been - virtually every, if not every, Internet user in the United States.

## Toxic/Mass Torts

**Fen/Phen Litigation ("Diet Drug" Litigation)** -- -- (Class action lawsuits filed in 10 jurisdictions including New York, New Jersey, Vermont, Pennsylvania, Florida, Kentucky, Indiana, Arizona, Oregon and Arkansas)  The firm played a prominent role in the nationwide "diet drug" or "fen-phen" litigation against American Home Products for the Company's sale and marketing of Redux and Pondimin. The suits allege that a number of pharmaceutical companies produced these drugs which, when used in combination, can lead to life-threatening pulmonary hypertension and heart valve thickening. The complaint alleges that these manufacturers knew of or should have known of the serious health risks created by the drugs, should have warned users of these risks, knew that the fen/phen combination was not approved by the FDA, had not been adequately studied, and yet was being routinely prescribed by physicians.  This litigation led to one of the largest class action settlements in history, the multi-billion dollar Nationwide Class Action Settlement with American Home Products approved by the United States District Court for the Eastern District of Pennsylvania. In this litigation, BLB&G was involved in lawsuits filed in the 10 jurisdictions and was designated Class Counsel in the Consolidated New York and New Jersey state court litigations. Additionally, the firm was Co-Liaison Counsel in the New York litigations and served as the State Court Certified Class Counsel for the New York Certified Class to the Nationwide Settlement.

*Bernstein Litowitz Berger & Grossmann LLP*

## CLIENTS AND FEES

Most of the firm's clients are referred by other clients, law firms and lawyers, bankers, investors and accountants. A considerable number of clients have been referred to the firm by former adversaries. We have always maintained a high level of independence and discretion in the cases we decide to prosecute. As a result, the level of personal satisfaction and commitment to our work is high.

As stated, our client roster includes many large and well known financial and lending institutions and pension funds, as well as privately held corporate entities which are attracted to our firm because of our reputation, particular expertise and fee structure.

We are firm believers in the contingency fee as a socially useful, productive and satisfying basis of compensation for legal services, particularly in litigation. Wherever appropriate, even with our corporate clients, we will encourage a retention where our fee is at least partially contingent on the outcome of the litigation. This way, it is not the number of hours worked that will determine our fee but, rather, the result achieved for our client.

*Bernstein Litowitz Berger & Grossmann LLP*

## IN THE PUBLIC INTEREST

Bernstein Litowitz Berger & Grossmann LLP is guided by two principles: excellence in legal work and a belief that the law should serve a socially useful and dynamic purpose. Attorneys at the firm are active in academic, community and *pro bono* activities, as well as participating as speakers and contributors to professional organizations. In addition, the firm endows a public interest law fellowship and sponsors an academic scholarship at Columbia Law School.

**The Bernstein Litowitz Berger & Grossmann Public Interest Law Fellowship**, Columbia Law School. BLB&G is committed to fighting discrimination and effecting positive social change. In support of this commitment, the firm donated funds to Columbia Law School to create the Bernstein Litowitz Berger & Grossmann Public Interest Law Fellowship. This newly endowed fund at Columbia Law School will provide Fellows with 100% of the funding needed to make payments on their law school tuition loans so long as such graduates remain in the public interest law field. The Bernstein Litowitz Berger & Grossmann Fellows will be able to leave law school free of any law school debt if they make a long term commitment to public interest law.

**Firm sponsorship of *inMotion***, New York, NY. BLB&G is a sponsor of inMotion, a non-profit organization in New York City dedicated to providing *pro bono* legal representation to indigent women, principally battered women, in connection with the myriad legal problems they face. The organization trains and supports the efforts of New York lawyers, typically associates at law firms or in-house counsel, who provide *pro bono* counsel to these women. Several members and associates of the firm volunteer their time and energies to help women who need divorces from abusive spouses, or representation on legal issues such as child support, custody and visitation. To read more about inMotion and the remarkable services it provides, visit the organization's website at www.inmotiononline.org.

**The Paul M. Bernstein Memorial Scholarship**, Columbia Law School. Paul M. Bernstein was the founding senior partner of the firm. Mr. Bernstein led a distinguished career as a lawyer and teacher and was deeply committed to the professional and personal development of young lawyers. The Paul M. Bernstein Memorial Scholarship Fund is a gift of the firm of Bernstein Litowitz Berger & Grossmann LLP, and the family and friends of Paul M. Bernstein. Established in 1990, the scholarship is awarded annually to one or more second-year students selected for their academic excellence in their first year, professional responsibility, financial need and contributions to fellow students and the community.

**Firm sponsorship of City Year New York**, New York, NY. BLB&G is also an active supporter of City Year New York, a division of AmeriCorps. The program was founded in 1988 as a means of encouraging young people to devote time to public service and unites a diverse group of volunteers for a demanding year of full-time community service, leadership development and civic engagement. Through their service, corps members experience a rite of passage that can inspire a lifetime of citizenship and build a stronger democracy.

*Bernstein Litowitz Berger & Grossmann LLP*

# THE MEMBERS OF THE FIRM

**MAX W. BERGER**, a founding partner of the firm, supervises the firm's litigation practice and prosecutes class and individual actions on behalf of the firm's clients. Mr. Berger has litigated many of the firm's most high profile and significant cases. Together, with other partners at the firm, he has obtained five of the largest securities fraud recoveries in history—the $6.15 billion settlement of *In re WorldCom, Inc. Securities Litigation*, the $3.2 billion settlement of *In re Cendant Corporation Securities Litigation*, the $1.3 billion recovery in *In re Nortel Networks Corporation Securities Litigation*, the $1.03 billion partial settlement of *In re McKesson HBOC, Inc. Securities Litigation*, and the over $600 million investor recovery in *In re Lucent Technologies, Inc. Securities Litigation*.

Mr. Berger is widely recognized for his professional excellence and achievements. For the second year in a row, he received the top attorney ranking for the "Litigation—Securities Mainly Plaintiff" category by the *Chambers and Partners' 2007 Guide to America's Leading Lawyers for Business*. The inaugural issue of *Benchmark: The Definitive Guide to America's Leading Litigation Firms & Attorneys* (published by Legal Media Group—*Institutional Investor* and *Euromoney*) singled out Mr. Berger as one of a handful of New York's "local litigation stars." Additionally, he was named a "litigation star" by the 2007 edition of the *US Legal 500*, one of "10 Legal Superstars" by *Securities Law360*, and is consistently named as one of the "500 Leading Lawyers in America" by *Lawdragon* magazine.

Mr. Berger's role in the *WorldCom* case received extensive media attention and has been the subject of feature articles in numerous major publications including *BusinessWeek* and *The American Lawyer*. For their outstanding efforts on behalf of the *WorldCom* Class, *The National Law Journal* profiled Mr. Berger and his partner Sean Coffey (two of only eleven attorneys selected nationwide) in its special June 2005 "Winning Attorneys" section. Additionally, Mr. Berger was featured in the July 2006 *New York Times* article, "A Class-Action Shuffle," which assessed the evolving landscape of the securities litigation arena.

Mr. Berger also serves the academic community in numerous capacities as a member of the Dean's Council to Columbia Law School, and as a member of the Board of Trustees of Baruch College. In May 2006, he was presented with the "Distinguished Alumnus Award" for his many and varied contributions to Baruch College. Mr. Berger has also been selected as an Advisor to the American Law Institute, Restatement Third of Torts, and he currently serves on the Advisory Board of Columbia Law School's Center on Corporate Governance. Additionally, Mr. Berger has taught Profession of Law, an ethics course at Columbia.

Mr. Berger is a past chairman of the Commercial Litigation Section of the Association of Trial Lawyers of America (now known as the American Association for Justice) and lectures for numerous professional organizations. In 1997, Mr. Berger was honored for his outstanding contribution to the public interest by Trial Lawyers For Public Justice, where he was a "Trial Lawyer of the Year" Finalist for his work in *Roberts, et al. v. Texaco*, the celebrated race discrimination case, on behalf of Texaco's African-American employees.

Among numerous charitable and volunteer works, Mr. Berger is an active supporter of City Year New York, a division of AmeriCorps, dedicated to encouraging young people to devote time to public service. In July 2005, he was named City Year New York's "Idealist of the Year," for his long-time service and work in the community. He and his wife, Dale, have also established the Dale and Max Berger Public Interest Law Fellowship at Columbia Law School and the Max W. Berger Pre-Law Program at Baruch College.

Mr. Berger received an Accounting degree from the Baruch School of the City College of New York in 1968. At Baruch, he was President of the student body and won numerous awards.

Mr. Berger received his J.D. from Columbia Law School in 1971, where he was an editor of the *Columbia Survey of Human Rights Law*.

ADMISSIONS: Admitted to bar, 1972, New York. 1973, U.S. District Court, Southern District of New York. 1973, U.S. Court of Appeals, Second Circuit. 1975, U.S. District Court, Eastern District of New York. 1992, U.S. District Court, District of Arizona. 1999, U.S. Supreme Court.

****

**EDWARD A. GROSSMANN**, one of the firm's founding partners, graduated *cum laude* from the University of Wisconsin in 1970 and the University of Michigan School of Law in 1973.

Mr. Grossmann served as lead counsel in the Prudential-Bache Energy Income Limited Partnership and the *In re Bennett Funding Group* class actions, well-publicized cases which have each settled for in excess of $120 million.

*Bernstein Litowitz Berger & Grossmann LLP*

He is a past chairman of the Class and Derivative Action Trials Subcommittee of the Litigation Section of the American Bar Association and a past chairman of the Commercial Litigation Section of the Association of Trial Lawyers of America and has lectured for that organization. Mr. Grossmann is a member of the Committee of Visitors of the University of Michigan Law School and a member of the Committee of Visitors of the University of Wisconsin Center for Jewish Studies. He is also past President of the JCC on the Palisades and is a past trustee of the UJA Federation of Northern New Jersey.

ADMISSIONS: Admitted to bar, 1974, New York. 1974, U.S. District Courts, Southern and Eastern Districts of New York. 1975, U.S. Court of Appeals, Second Circuit. 1990, U.S. Court of Appeals, Third Circuit. 1991, U.S. Court of Appeals, Ninth Circuit. 1993, U.S. Court of Appeals, Fifth Circuit. 1996, U.S. Court of Appeals, Eleventh Circuit.

****

**JOHN P. ("SEAN") COFFEY** is a graduate of the United States Naval Academy ("U.S.N.A."), receiving a B.S. in Ocean Engineering, *with merit*, in 1978. He received his J.D., *magna cum laude*, from Georgetown University Law Center in 1987, where he was Articles Editor of the *Georgetown Law Journal*, a member of the Order of the Coif, and recipient of the Charles A. Keigwin Award for academic excellence.

Before graduating from law school, Mr. Coffey was a Commissioned Officer in the United States Navy, where he served as a P-3C Orion patrol plane mission commander, an Intern in the Organization for the Joint Chiefs of Staff, and the personal military aide to Vice President George H.W. Bush. After leaving active duty to pursue his legal career, Mr. Coffey continued to serve in the Navy Reserve, where he commanded a P-3C squadron and the Reserve component of the *Enterprise* carrier battle group staff, and served for four years as a Captain in the Office of the Secretary of Defense at the Pentagon. In August 2004, he retired from the Navy after thirty years of uniformed service.

Mr. Coffey served as an Assistant United States Attorney for the Southern District of New York from 1991 to 1995, where he conducted numerous complex fraud investigations and tried many cases to verdict.

Since joining BLB&G in 1998, Mr. Coffey has served as the lead trial attorney in two of the most notable fraud cases ever to go to trial. In April 2005, Mr. Coffey and his BLB&G team completed their prosecution of the *WorldCom* securities class action—a prosecution that yielded a record-breaking recovery for defrauded investors of over $6.15 billion—by taking the lone non-settling defendant, WorldCom's former auditor Arthur Andersen LLP, to trial. Mr. Coffey's role in the *WorldCom* prosecution was featured in a December 2004 article in *The American Lawyer* entitled "Taking Citi To School" and a November 2005 article in *The American Lawyer* entitled "Breaking The Banks."

In 2002, in another trial against Andersen, this time arising out of the collapse of the Baptist Foundation of Arizona, *BFA Liquidation Trust v. Arthur Andersen LLP*, the largest non-profit bankruptcy in U.S. history, Mr. Coffey obtained a $217 million settlement, one of the largest amounts ever paid by an accounting firm.

Mr. Coffey currently serves as court-appointed Lead Counsel representing investors in the *Omnicom*, *HealthSouth*, *Merck*, *Refco*, *Delphi* and *Converium* litigations, and copyright holders in the *Premier League v. YouTube* class action.

Mr. Coffey has been profiled in *The Wall Street Journal*, *American Lawyer*, and *BusinessWeek*, and was featured on "The Wall Street Fix" on PBS' *Frontline*. Mr. Coffey and senior BLB&G partner Max Berger were named two of the 2005 "Winning Attorneys of the Year" by the *National Law Journal*, and the September 2005 issue of *Bloomberg Markets* profiled Mr. Coffey as "Wall Street's New Nemesis."

Prior to joining BLB&G, Mr. Coffey was a litigation partner with Latham & Watkins and an Adjunct Professor of Law at Fordham University. He serves as Vice President of the U.S.N.A. Class of 1978 and is a member of the Board of Directors of The Community Fund of Bronxville, Eastchester, Tuckahoe, Inc., in Westchester County, N.Y. He is also a member of the Federal Bar Council, the American Bar Association, the Association of the Bar of the City of New York (including its newly-formed Securities Litigation Committee), the American Association for Justice, and the Trial Lawyers for Public Justice Foundation.

ADMISSIONS: Admitted to bar, 1988, New York. 1989, U.S. District Court, Southern District of New York. 1992, U.S. Court of Appeals, Second Circuit. 1995, U.S. District Court, Western District of New York. 1998, U.S. District Court, Eastern District of New York. 1999, New Jersey. 2007, U.S. Court of Appeals, Third Circuit.

****

*Bernstein Litowitz Berger & Grossmann LLP*

**STEVEN B. SINGER** joined BLB&G in 1994. He has been responsible for prosecuting a number of the largest securities fraud cases in history. Mr. Singer was one of the lead trial lawyers on the *WorldCom Securities Litigation*, which culminated in a four-week trial against WorldCom's auditors, and resulted in the historic recovery of over $6.15 billion from the professionals associated with the WorldCom debacle—the second largest recovery in history. He has also been responsible for numerous additional high-profile litigations, including *In re Lucent Technologies Securities Litigation*, which resulted in the fifth largest settlement of all time; *In re 3Com Securities Litigation*, the largest securities fraud class action recovery in Ninth Circuit history; and a multi-million dollar private action arising out of the demise of Lernout & Hauspie.

Mr. Singer has also distinguished himself in the Firm's other practice areas, securing large recoveries for victims of discrimination and consumer fraud. In 1997, the Trial Lawyers for Public Justice named Mr. Singer as a finalist for "Trial Lawyer of the Year" for his role in the prosecution of the celebrated race discrimination litigation, *Roberts v. Texaco*, which resulted in the largest discrimination settlement in history.

Mr. Singer frequently lectures at the Firm's *Institutional Investor Forum* and is an active member of the New York State and American Bar Associations. He is also a speaker at various continuing legal education programs offered by the Practicing Law Institute ("PLI").

Mr. Singer received his B.A., cum laude, from Duke University in 1988 and his J.D. from Northwestern University School of Law in 1991.

ADMISSIONS: Admitted to the bar, 1992, New York. 1992, U.S. District Courts, Eastern and Southern Districts of New York.

\*\*\*\*

**CHAD JOHNSON** is involved in all areas of the firm's litigation practice, with particular emphasis on prosecuting securities fraud actions, complex commercial litigation, patent litigation, and trial practice.

Among other matters, Mr. Johnson was one of the partners who prosecuted the *In re WorldCom, Inc. Securities Litigation*—resulting in a recovery for investors of over $6.15 billion after five weeks of trial—one of the largest securities fraud recovery in history. Mr. Johnson also oversaw the firm's prosecution of *In re Williams Securities Litigation* in the United States District Court for the Northern District of Oklahoma. The Williams case required a massive undertaking by BLB&G, including the need to take and defend 170 depositions and to review and analyze over 18 million pages of documents. The case proceeded through class certification discovery, fact discovery, expert discovery, summary judgment, and trial preparation. Shortly before trial, BLB&G and the Lead Plaintiffs were able to obtain a total recovery from the defendants of $311 million. This is among the largest recoveries ever achieved in a securities class action in which the corporate defendant did not restate its financial results and where the SEC did not obtain any recovery for investors. Mr. Johnson was also one of the partners responsible for prosecuting the *OM Group Securities Litigation*, which resulted in a $92.4 million recovery for investors.

Mr. Johnson is responsible for overseeing the firm's prosecution of the federal derivative action against the individuals involved in the options backdating scandal at *UnitedHealth Group, Inc.* That case is pending in the United States District Court for the District of Minnesota. In connection with that lawsuit, BLB&G represents several public pension funds, all of whom are Court-appointed Lead Plaintiffs in the case. Since the initiation of that lawsuit, the company has effectively acknowledged that it engaged in options backdating—and the company's Chairman and CEO (and a recipient of hundreds of millions of dollars of apparently backdated stock options), William McGuire, has been forced out of the company because of his involvement in the scandal.

Mr. Johnson is overseeing the firm's prosecution (with co-counsel) of numerous patent litigations now pending against major electronics manufacturers including Nikon, Samsung, LG Phillips, and others. These patent litigations relate to the technology used to manufacture flat panel displays, including LCD televisions, as well as well as semi-conductor chips. The technology at issue was developed by a New York-based manufacturing company, *Anvik Corporation*, which holds the patents at issue. As alleged in the complaints, the technology was subsequently misappropriated by certain companies based overseas. The cases allege that the defendants are manufacturing products sold into the United States using Anvik's patented technology without Anvik's permission. The revenues defendants are generating using Anvik's patented technology, as alleged in the complaints, is in the hundreds of millions, if not billions, of dollars per year. These cases are all pending in the United States District Court for the Southern District of New York.

*Bernstein Litowitz Berger & Grossmann LLP*

Prior to joining the firm, Mr. Johnson was a partner with Latham & Watkins, where he practiced for ten years. While with Latham & Watkins, he represented investment banks, accounting firms, law firms, boards of directors, and both publicly and privately held companies. Mr. Johnson has extensive experience in the areas of securities and professional liability litigation, complex commercial litigation, patent litigation, and international arbitration. He has handled a variety of matters before federal and state courts, as well as arbitration tribunals both in the United States and abroad, including the International Chamber of Commerce, the London Court of International Arbitration, the Netherlands Arbitration Institute, the Permanent Court of Arbitration, the American Arbitration Association, and JAMS/Endispute.

Mr. Johnson graduated from Harvard Law School, *cum laude*, where he was president of the Harvard Law School Forum. He also graduated from the University of Michigan, *with high distinction*, where he was an Angell scholar.

ADMISSIONS: Admitted to bar, 1993, Illinois and District of Columbia. 1998, New York.

****

**GERALD H. SILK**'s practice focuses on representing public pension funds and other institutional investors on matters involving federal and state securities laws, accountants' liability and the fiduciary duties of corporate officials. He also advises creditors on their rights with respect to pursuing affirmative claims against officers and directors, as well as professionals both inside and outside the bankruptcy context. Additionally, Mr. Silk is one of the partners who oversee the firm's new matter department, in which he, along with a group of financial analysts and investigators, counsels clients on potential legal claims.  He was the subject of "Picking Winning Securities Cases," a feature article in the June 2005 issue of *Bloomberg Markets* magazine, which detailed his work for the firm in this capacity. He was also named one of America's top 500 "rising stars" in the legal profession and one of 3000 Leading Plaintiffs' Lawyers in America by <u>*Lawdragon*</u> magazine.  Additionally, Mr. Silk was selected for inclusion in the list of 2006 *New York Super Lawyers.*

Most recently, Mr. Silk is one of the partners at the firm responsible for advising institutional shareholder clients on legal matters arising out of the options backdating scandal. He is currently representing several institutional investors in the options backdating case, *In re UnitedHealth Group, Inc. Shareholder Derivative Litigation*, pending in the District of Minnesota. Mr. Silk has appeared frequently in the news as a commentator on option backdating issues, including on *CNBC's Morning Call*, *The Financial Times*, *The National Law Journal* and the *New York Law Journal*.

He is also currently representing shareholders in New York State Supreme Court against certain officers and directors of *Cablevision Systems Corporation* alleging breaches of fiduciary duties by the controlling shareholders in attempting to take the company private for an unfair price.  Mr. Silk was one of the principal attorneys responsible for prosecuting the *In re Independent Energy Holdings Securities Litigation*, a case against the officers and directors of Independent Energy as well as several investment banking firms which underwrote a $200 million secondary offering of ADRs by the U.K.-based Independent Energy. The Independent Energy litigation was resolved for $48 million. Mr. Silk has also prosecuted and successfully resolved several other securities class actions, which resulted in substantial cash recoveries for investors, including *In re Sykes Enterprises, Inc. Securities Litigation* in the Middle District of Florida, and *In re OM Group, Inc. Securities Litigation* in the Northern District of Ohio. He was also a member of the litigation team responsible for the successful prosecution of *In re Cendant Corporation Securities Litigation* in the District of New Jersey, which was resolved for $3.2 billion.

Mr. Silk received a B.S. in economics from the Wharton School of Business, University of Pennsylvania in 1991, and a J.D., *cum laude*, from Brooklyn Law School in 1995. In 1995-96, Mr. Silk served as a law clerk to the Hon. Steven M. Gold, U.S.M.J., in the United States District Court for the Eastern District of New York. Prior to joining the firm in 1998, Mr. Silk was an associate in the Business and Securities Litigation Department at Weil, Gotshal & Manges LLP, where he was primarily involved in defending securities cases and counseling boards of directors on corporate governance matters.

Mr. Silk lectures to institutional investors at conferences throughout the country, and has written or substantially contributed to several articles on developments in securities and corporate law, including "The Compensation Game," *Lawdragon*, Fall 2006; "Institutional Investors as Lead Plaintiffs: Is There A New And Changing Landscape?", 75 St. John's Law Review 31 (Winter 2001); "The Duty To Supervise, Poser, Broker-Dealer Law and Regulation", 3rd Ed. 2000, Chapter 15; "Derivative Litigation In New York after Marx v. Akers", New York Business Law Journal, Vol. 1, No. 1 (Fall 1997).

ADMISSIONS: Admitted to bar, 1996, New York. 1997, U.S. District Courts for the Southern and Eastern Districts of New York.

*Bernstein Litowitz Berger & Grossmann LLP*

**\*\*\*\***

**BLAIR A. NICHOLAS** has successfully represented numerous public pension funds and other institutional investors in high-profile actions involving federal and state securities laws, accountants' liability, and corporate governance matters. In January 2007, *The American Lawyer* named him one of its "Fab Fifty Young Litigators"—one of the top 50 litigators in the country, 45 and under, who have "made their marks already and whom [they] expect to see leading the field for years to come." Mr. Nicholas was also honored in the *Daily Journal*'s January 2007 issue, as being among the "Top 20 Under 40" attorneys in California, "rack[ing] up a string of multi-million dollar victories for investors."

Mr. Nicholas has extensive trial experience, including having recently served as one of the lead trial counsel in *In re Clarent Corporation Securities Litigation*, a securities fraud class action prosecuted before the Federal District Court for the Northern District of California. After a four week jury trial, in which Mr. Nicholas delivered the closing argument, the jury returned a securities fraud verdict in favor of investors against the former Chief Executive Officer of Clarent.

Mr. Nicholas was one of the principal attorneys responsible for prosecuting the *In re Williams Securities Litigation*, a securities fraud class action that recently settled shortly before trial for $311 million. Mr. Nicholas has also prosecuted and successfully resolved a number of high-profile securities class actions, including *In re Informix Securities Litigation*, resolved for $142 million; *In re Gemstar Securities Litigation*, resolved for $92.5 million; *In re Legato Systems Securities Litigation*, resolved for $85 million; *In re Network Associates Securities Litigation*, resolved for $70 million; and *In re Finova Group Securities Litigation*, resolved for $42 million.

Mr. Nicholas has presented at institutional investor conferences throughout the United States and has written articles relating the application of the federal and state securities laws, including the articles entitled "Auditor Liability: Institutional Investors Pursue Opt-Out Actions To Maximize Recovery of Securities Fraud Losses" *Securities Litigation and Enforcement Institute* (PLI 2007) (co-author); and "Reforming the Reform Act and Restoring Investor Confidence in the Securities Markets," which was published in the *Securities Reform Act Litigation Reporter* (Vol. 13, No. 4, July 2002).

Mr. Nicholas received a B.A. in Economics from the University of California, Santa Barbara and received his J.D. from the University of San Diego School of Law, where he served as Lead Articles Editor of the *San Diego Law Review*. He served as Vice President on the Executive Committee of the San Diego Chapter of the Federal Bar Association. Mr. Nicholas is also an active member of the Association of Business Trial Lawyers of San Diego, Litigation Section of the State Bar of California, and the San Diego County Bar Association. He practices in the firm's California office.

ADMISSIONS: Admitted to bar, 1995, California. 1996, Ninth Circuit Court of Appeal. 1996, U.S. District Courts for the Southern, Central and Northern Districts of California. 1996, U.S. District Court for the District of Arizona (1996).

**\*\*\*\***

**DAVID R. STICKNEY** practices in the firm's California office, where he focuses on complex litigation in state and federal courts nationwide at both the trial court and appellate levels. Mr. Stickney has prosecuted many class and individual actions and has successfully resolved a number of the firm's prominent cases, including, for example, *In re McKesson Securities Litigation*, which settled before trial for a total of $1.023 billion, the largest settlement amount in history for any securities class action within the Ninth Circuit; *Wyatt v. El Paso Corp.*, which recently settled for $285 million; *BFA Liquidation Trust v. Arthur Andersen LLP*, which settled during trial for $217 million; and *In re EMAC Securities Litigation*, which settled on undisclosed terms before trial.

During 1996-1997, Mr. Stickney served as law clerk to the Honorable Bailey Brown of the United States Court of Appeals for the Sixth Circuit. Mr. Stickney received his J.D. from The University of Cincinnati College of Law in 1996, where he was a Jacob B. Cox Scholar and Lead Articles Editor of *The University of Cincinnati Law Review*. Mr. Stickney received his B.A. from the University of California at Davis in 1993.

Mr. Stickney lectures on securities litigation and shareholder matters, including for seminars and programs sponsored by the Practicing Law Institute and Glasser Legalworks. He has also authored and co-authored several articles concerning securities litigation and class actions. His professional affiliations include the Association of Business Trial Lawyers.

ADMISSIONS: Admitted to bar, 1997, California. 1997, U.S. Court of Appeals for the Sixth and Ninth Circuits. 1997, U.S. District Courts for the Northern, Southern and Central Districts of California.

*Bernstein Litowitz Berger & Grossmann LLP*

****

**SALVATORE J. GRAZIANO,** an experienced trial attorney, has taken a leading role in a number of major securities fraud class actions including cases against: (i) Raytheon Company and PricewaterhouseCoopers LLP, total recoveries of $460 million; (ii) MicroStrategy, Inc. and PricewaterhouseCoopers LLP, total recoveries valued in excess of $150 million; (iii) i2 Technologies, Inc. and Arthur Andersen LLP, total recovery of $87.75 million; and (iv) Aetna, Inc., total recovery of $82.5 million.

Mr. Graziano has litigated cases resulting in favorable decisions for securities investors nationwide, including the seminal Second Circuit decision of *Novak v. Kasaks*, 216 F.3d 300 (2d Cir. 2000), interpreting the pleading standards of the Private Securities Litigation Reform Act of 1995.

Upon graduation from law school, Mr. Graziano served as an Assistant District Attorney in the Manhattan District Attorney's Office. He has over 10 years of securities fraud civil litigation experience. Mr. Graziano has previously served as a member of the Financial Reporting Committee of the Association of the Bar of the City of New York and as a member of the Securities Regulation Committee of the New York City Bar Association. Mr. Graziano has been a panelist on numerous CLE litigation programs.

Mr. Graziano graduated from New York University College of Arts and Science in 1988, *cum laude*, with a B.A. in psychology, with honors, and thereafter received his J.D., *cum laude*, from New York University School of Law in 1991.

ADMISSIONS: Admitted to bar, 1992, New York. 1995, U.S. District Courts for the Southern and Eastern Districts of New York. 1999, U.S. Court of Appeals for the Second Circuit. 2002, U.S. Court of Appeals for the Eleventh Circuit. 2003, U.S. Court of Appeals for the First Circuit.

****

**WILLIAM C. FREDERICKS** graduated with high honors from Swarthmore College in 1983 with a B.A. in political science, and earned his M.Litt. degree in international relations from Oxford University (England) in 1988. In 1988, he also received his J.D. from Columbia University, where he was a three-time Harlan Fiske Stone Scholar, a Columbia University International fellow, an articles editor of *The Columbia Journal of Transnational Law*, and the recipient of the Beck Prize in property law, the Toppan Prize in advanced constitutional law, and the Greenbaum Prize for written advocacy. A panel chaired by Justice Antonin Scalia also awarded Mr. Fredericks the Gov. Thomas E. Dewey Prize for best oral argument in the final round of the 1988 Harlan Fiske Stone Moot Court Competition. After law school, Mr. Fredericks clerked for the Hon. Robert S. Gawthrop III of the U.S. District Court for the Eastern District of Pennsylvania, and then spent seven years practicing securities and complex commercial litigation as an associate at Simpson Thacher & Bartlett and Willkie Farr & Gallagher before moving to the plaintiffs' side of the bar in 1997.

Mr. Fredericks has represented investors as a lead or co-lead counsel in over two dozen securities class actions, notably *In re Rite Aid Securities Litigation* (E.D. Pa.) (total settlements of $323 million, including the then-second largest securities fraud settlement ever against a big-four accounting firm); *In re Sears Roebuck & Co. Securities Litigation* (N.D. Ill.) ($215 million settlement announced, subject to judicial approval); and *Irvine v. Imclone Systems, Inc.* (S.D.N.Y.) ($75 million settlement). Mr. Fredericks has also successfully represented several institutional clients (including Mexico's TV Azteca and Australia's Australis Media Group) in private commercial disputes at both the trial and appellate level. See, e.g., *National Broadcasting Co. v. Bear Stearns & Co., et al.*, 165 F.3d 184 (2d Cir. 1999); *News Ltd. v. Australis Holdings Pty. Limited*, 728 N.Y.S. 2d 667 (1st Dep't 2001) and 742 N.Y.S. 2d 190 (1st Dep't 2002).

Mr. Fredericks has been a panelist on a variety of litigation programs sponsored by various organizations, including the Practising Law Institute (PLI) and the American Law Institute/American Bar Association (ALI/ABA). He is a member of the Association of the Bar of the City of New York, and a former chairman of the Association's Committee on Military Affairs and Justice.

Mr. Fredericks is admitted to practice before the courts of New York State, the U.S. District Courts for the Southern and Eastern Districts of New York and the District of Colorado, and the U.S. Courts of Appeals for the Second, Third, Sixth and Tenth Circuits. He has also been admitted *pro hac vice* by, and argued before, the Supreme Court of the State of New Jersey (see *Kaufman v. I-Stat Corp.*, 165 N.J. 94 (2000).)

****

*Bernstein Litowitz Berger & Grossmann LLP*

**JEFFREY N. LEIBELL** specializes in prosecuting securities class actions as well as derivative actions involving breaches of fiduciary duty and corporate governance on behalf of the firm's clients.

A Certified Public Accountant, Mr. Leibell served as a Senior Manager in the Audit Department of Deloitte & Touche LLP, where he audited "Fortune 500" and other companies in a variety of industries, prior to attending law school. Since joining the firm in 1996, he has prosecuted a number of the firm's most significant cases, including *In re Cendant Corporation Securities Litigation*, which resulted in a $3.2 billion settlement, and *McCall v. Scott*, the Columbia/HCA Derivative Litigation.

He received his B.S., *cum laude*, in Accounting from Brooklyn College of the City University of New York in 1979, and a J.D. from Columbia University in 1992, where he was the Senior Notes Editor of the *Columbia Business Law Review* and a Harlan Fiske Stone Scholar. Mr. Leibell is the author of "Accountant's Liability in the Savings & Loan Crisis: An Argument in Favor of Affirmative Defenses."

Mr. Leibell is a member of the New York State Society of Certified Public Accountants, the New York State Bar Association and the American Bar Association.

ADMISSIONS: Admitted to bar, 1992, New York. 1993, U. S. District Courts for the Southern and Eastern Districts of New York. 1995, U. S. Court of Appeals, Second Circuit. 1996, U. S. District Court for the Eastern District of Michigan. 1999, U.S. Court of Appeals, Sixth Circuit. 2000, U.S. District Court for the District of Colorado; U.S. Court of Appeals, Third Circuit. 2004, U.S. Court of Appeals, Fourth Circuit.

****

**JOHN C. BROWNE** received his B.A. in Economics, *magna cum laude*, in 1994 from James Madison University and his J.D., *cum laude*, in 1998 from Cornell Law School where he was an Editor of the Cornell Law Review.

Prior to joining the firm, Mr. Browne was an attorney at Latham & Watkins, where he had a wide range of experience in commercial litigation, including defending corporate officers and directors in securities class actions and derivative suits, and representing major corporate clients in state and federal court litigations and arbitrations. Mr. Browne was a member of the team representing the New York State Common Retirement Fund in *In re WorldCom, Inc. Securities Litigation*, which culminated in a five-week trial against Arthur Andersen LLP and a recovery for investors of over $6.15 billion—the second largest securities fraud recovery in history.

Mr. Browne prosecuted *In re King Pharmaceuticals Litigation*, which settled for $38.25 million. In March 2008, Mr. Browne achieved a $28.5 million settlement on behalf of shareholders in *In re SFBC Securities Litigation*. Mr. Browne is currently prosecuting a number of securities and other cases, including *In re Refco Securities Litigation*, in which a partial settlement of $140 million has been achieved, *In re RAIT Financial Trust Securities Litigation*, and *The Football Association Premier League Limited, et al. v. YouTube, Inc., et al.*

Mr. Browne has been a panelist at various continuing legal education programs offered by the American Law Institute ("ALI") and has published several articles relating to securities litigation. Most recently, Mr. Browne co-authored, along with senior partner Max Berger, "Is the Sky Really Falling on the U.S. Capital Markets?," *The NAPPA Report*, Vol. 21, May 2007, available at www.nappa.org.

ADMISSIONS: Admitted to bar, 2000, New York.

****

**MARK LEBOVITCH** is primarily responsible for the Firm's corporate transaction litigation practice. Currently, he is prosecuting breach of fiduciary duty claims on behalf of two public pension systems in the *Yahoo!, Inc. Takeover Litigation*. Previously, he helped to obtain for shareholders billions of dollars in additional consideration and significant corporate governance improvements by asserting breach of fiduciary duty claims arising from, among other things, the hostile takeover battles over *Caremark Rx, Inc.* and *CBOT Holdings, Inc.*, the private equity buyout of *Ceridian Corporation*, the acquisition of Commerce Bancorp., and the going private proposal for *Cablevision Systems Corporation*.

Mr. Lebovitch is also a member of the Firm's subprime litigation team, which focuses on vindicating shareholder and consumer rights arising from the mortgage and mortgage-based security debt crisis and he is also a member of the teams prosecuting *In re Suprema Specialties, Inc. Securities Litigation*, and *In re Omnicom Group, Inc. Securities Litigation*.

*Bernstein Litowitz Berger & Grossmann LLP*

Mr. Lebovitch received his B.A., *cum laude,* in 1996 from Binghamton University and his J.D., *cum laude,* from New York University School of Law in 1999. Following law school, Mr. Lebovitch clerked for Vice Chancellor Stephen P. Lamb on the Court of Chancery of the State of Delaware, where he participated in numerous trials and hearings involving a wide range of hostile takeover and corporate transaction-based litigation and claims relating to the valuation of corporate securities.

Prior to joining the firm, Mr. Lebovitch was a litigation associate at Skadden, Arps, Slate, Meagher & Flom in New York, where he represented clients in a variety of corporate governance and commercial matters. He has litigated corporate disputes that went to trial before the Delaware Chancery Court, the New York Supreme Court and before a private arbitration panel. He also represented clients in several significant securities fraud cases.

Mr. Lebovitch is the co-author of "Calling a Duck a Duck: Determining the Validity of Deal Protection Provisions in Merger of Equals Transactions" (*2001 Columbia Business Law Review 1*). He is also the co-author of "Practical Refinement" (*The Daily Deal,* January 2002), which discussed evolving developments in the law of directors' fiduciary duties. Mr. Lebovitch has spoken publicly on a wide range of corporate governance issues, including at the NYU Journal of Law & Business Symposium on Private Equity and Credit Crisis, an upcoming PLI panel entitled, "What All Business Lawyers Must Know About Delaware Law Developments 2008," and a recent live television interview with Business News Network of Canada.

He is a member of the American Bar Association, its Section on Business Law and Committee on Corporate Governance, and the Association of the Bar of the City of New York.

ADMISSIONS: Admitted to bar, New York, 2000. U.S. District Courts for the Southern and Eastern Districts of New York, 2001.

****

**HANNAH GREENWALD ROSS** received her B.A, *cum laude*, from Cornell University in 1995 and received her J.D. from the Dickinson School of Law of The Pennsylvania State University, where she was a member of the Woolsack Honor Society, in 1998. While at Dickinson, Ms. Ross was a Comments Editor of the *Dickinson Law Review*. She was also the recipient of the D. Arthur Magaziner Human Services Award, awarded to the senior who has demonstrated good character, sound academic performance, high ethical standards, fidelity to the highest goals of the profession and commitment to selfless human service.

Before joining BLB&G, Ms. Ross was a prosecutor in the Insurance and Unemployment Fraud Division of the Massachusetts Attorney General's office. Prior to that, she was an Assistant District Attorney in the Middlesex County (Massachusetts) District Attorney's office from 1998 to 2000.

Ms. Ross's practice at the firm focuses on securities fraud litigation. Ms. Ross was part of the team that successfully prosecuted the securities class action against the *Federal Home Loan Mortgage Corporation* ("Freddie Mac") resulting in a settlement of $410 million. She was also a member of the team that successfully prosecuted the *In re OM Group, Inc. Securities Litigation* resulting in a settlement of $92.4 million.

Ms. Ross is currently prosecuting a number of other securities cases, including *In re The Mills Corporation Securities Litigation* and *In re Delphi Corporation Securities Litigation*. Ms. Ross is also working on cases relating to stock option backdating.

ADMISSIONS: Admitted to bar, Massachusetts (1998) and New York (2002).

## OF COUNSEL

**DOUGLAS M. MCKEIGE** received a B.A., *cum laude*, in Economics from Tufts University in 1979 and a J.D., *magna cum laude*, from Tulane University in 1986, where he was Order of the Coif and Articles Editor of the *Tulane Law Review*. A former partner with the Firm, Mr. McKeige now serves as Counsel. He has successfully prosecuted many significant federal securities class actions at the Firm, including *In re 3Com Securities Litigation*, which settled for $259 million, the largest settlement of a securities class action in the Ninth Circuit. A popular speaker and lecturer, he is a member of the National Association of Public Pension Attorneys, the Society of Pension Professionals, the National Association of State Treasurers, the National Council on Teacher Retirement and the National Conference on Public Employee Retirement Systems. Mr. McKeige is a frequent speaker at public pension fund conferences nationwide and has addressed the National Conference on Public Employees Retirement Systems annual meeting four years in a row on the role of institutional investors in securities litigation. For nearly a decade, Mr. McKeige ran the Firm's *Institutional Investor Forum*, an educational symposium conducted yearly for public pension fund managers, trustees and counsel.

*Bernstein Litowitz Berger & Grossmann LLP*

ADMISSIONS: Admitted to bar, 1987, New York. 1987, U.S. District Courts, Southern and Eastern Districts of New York.

**ELLIOTT J. WEISS**, one of America's most highly respected experts in securities and corporate law, joined the firm as Counsel in December 2005 after retiring from his post as the Charles E. Ares Professor of Law at the University of Arizona's Rogers College of Law.

Having spent nearly three decades of commitment to the development of young lawyers at several of the country's finest academic institutions, Professor Weiss has enjoyed a remarkable career teaching, writing and lecturing, having strongly influenced and directed public policy regarding our capital markets.

He has authored and co-authored several seminal texts and over 30 influential articles on securities litigation and corporate law throughout his career.   Among his many published works, Professor Weiss was the lead co-author of "Let the Money Do the Monitoring: How Institutional Investors Can Reduce Agency Costs in Securities Class Actions" *[104 Yale L.J. 2053 (1995)]*, which proposed new rules governing the organization of securities class actions.  Congress based the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995 on that article and thus changed dramatically the dynamics of the securities class action litigation process.

Professor Weiss also was the first Executive Director of the Investor Responsibility Research Center, where he did groundbreaking work on institutional investors' responsibility for corporate governance issues, and has served as a member of the National Adjudicatory Council of NASD-Regulation and as a consultant to the United States' Securities and Exchange Commission.

A member, past and present, of numerous esteemed professional associations, including the American Law Institute, Professor Weiss has been a force for positive change in the legal, financial and business communities, and continues his long career defending the rights of investors and demanding responsible behavior from corporate management.

A graduate of Dartmouth College and Yale Law School, Professor Weiss resides in Tucson, Arizona and maintains an office at the Rogers College of Law.

ADMISSIONS: Admitted to bar, 1965, California (inactive). 1966, New York.

**G. ANTHONY GELDERMAN, III** served as Chief of Staff and General Counsel to the Treasurer of the State of Louisiana, (1992-1996) and prior to that served as General Counsel to the Louisiana Department of the Treasury. Mr. Gelderman also coordinated all legislative matters for the State Treasurer during his tenure with the Treasury Department. Earlier in Mr. Gelderman's legal career, he served as law clerk to U.S. District Judge Charles Schwartz, Jr., Eastern District of Louisiana (1986-1987).

Mr. Gelderman is a former adjunct professor of law at the Tulane Law School where he has taught a course in legislative process. He is a member of the Louisiana State (Chairman, Young Lawyers Continuing Legal Education Committee, 1990-1993) and American Bar Associations. In 1995, Mr. Gelderman was profiled by the American Bar Association in *Barrister* magazine as one of the 25 young lawyers in America making a difference in the legal profession.

Mr. Gelderman heads the firm's Louisiana office.

ADMISSIONS: Admitted to bar, 1986, Louisiana. 1997, U.S. District Courts for the Eastern District and Middle District of Louisiana.

**WALLACE A. SHOWMAN**, Counsel to the Firm, received his B.A. from Queens College in 1985 and his J.D. from New York University School of Law in 1988. He has litigated dozens of successful class actions and derivative cases involving securities, corporate transactions, and consumer protection, including *In re Cendant Securities Litigation* (D. N.J.) and *In re Telxon Corp. Securities Litigation* (D. Ohio).  He has also represented plaintiffs in several cases involving alleged fraud in private placement of securities and in NASD and NYSE securities arbitrations.

Mr. Showman is a member of the American Bar Association, the American Association for Justice, New York State Bar Association, New York County Lawyers Association, and the Association of the Bar of the City of New York.

ADMISSIONS: Admitted to bar, 1989, New York. 1989, U.S. District Courts, Southern, Eastern and Northern Districts of New York. 1994, Fifth Circuit Court of Appeals. 1998, United States Supreme Court. 2003, Second Circuit Court of Appeals. 2003, U.S. District Court, District of Colorado. 2005, Tenth Circuit Court of Appeals.

*Bernstein Litowitz Berger & Grossmann LLP*

**JONATHAN HARRIS,** Counsel to the firm, received his B.A. from Stanford University in 1984, *Phi Beta Kappa,* and his J.D. from Stanford Law School in 1987, *Order of the Coif*. After law school, he clerked for the Honorable Thomas P. Griesa, United States District Court for the Southern District of New York.

Mr. Harris has over ten years experience litigating civil and criminal cases, and in representing individuals and companies in regulatory and internal investigations. Mr. Harris frequently represents individuals and, among other matters, was co-lead counsel in *O'Meally v. Wachovia Securities and Prudential Securities*, (NASD 2006), resulting in one of the largest monetary judgments ever awarded by an NASD panel to an individual broker. Prior to joining BLB&G in 2007, Mr. Harris was Counsel at Curtis, Mallet-Prevost, Colt & Mosle LLP.

In 2005, Mr. Harris was lead clemency counsel, *pro bono*, for death row inmate and Nobel Prize nominee, Stanley "Tookie" Williams. Mr. Harris is also the author of a novel, *Seizing Amber*, published in 2001 by Sourcebooks Landmark. Mr. Harris has appeared on CNN with Paula Zahn, CBS News and numerous other national and local media programs to discuss cases in which he was counsel. He speaks frequently on the issue of executive clemency, most recently appearing on a panel at Stanford Law School in May 2007.

Mr. Harris is currently a member of the team prosecuting *In re Ceridian Shareholder Litigation*, and currently represents a number of former senior executives in disputes with their prior employers and partners.

ADMISSIONS: Admitted to bar, 1989, New York. District of Columbia, 1991. California, 1993.

**KURT HUNCIKER** received his B.A. from Stanford University and his J.D. from Harvard Law School, where he served as a founding editor of the *Harvard Environmental Law Review*. Mr. Hunciker is a member of Phi Beta Kappa.

Mr. Hunciker's practice is concentrated in complex business and securities litigation. Prior to joining BLB&G, Mr. Hunciker represented clients in a number of class actions and other actions brought under the federal securities laws and the Racketeer Influenced and Corrupt Organizations Act. He has also represented clients in actions brought under intellectual property laws, federal antitrust laws, and the common law governing business relationships.

Mr. Hunciker served as a member of the trial team for the *In re WorldCom, Inc. Securities Litigation* and is currently a member of the teams prosecuting the *In re Biovail Corp. Securities Litigation* and In re Mutual Funds Securities Litigation.

ADMISSIONS: Admitted to bar, 1979, New York, and U.S. District Courts for the Southern and Eastern Districts of New York. 1982, U.S. District Court for the Northern District of New York. 1986, U.S. Court of Appeals for the Fourth Circuit. 1988, U.S. Court of Appeals for the Ninth Circuit. 1989, U.S. Court of Appeals for the Second Circuit.

**BRUCE W. LEPPLA** has over a decade of experience litigating complex civil matters involving securities and investment fraud on behalf of institutional investors, including public retirement funds and Taft-Hartley funds. As Counsel to the firm, he works closely with the firm's new matter department analyzing securities law issues and advising clients on potential legal claims.

Prior to joining the firm, Mr. Leppla was a partner at Lieff Cabraser Heimann & Bernstein, LLP where he served with others as counsel in a number of securities actions, including *In re Qwest Communications Securities Litigation, In re Brooks Automation Inc. Securities Litigation, In re Broadcom Corporation Derivative Litigation, Alaska State Department of Revenue, et al. v. America Online, Inc., et al.* and other cases. He brings to BLB&G a significant finance and economics background as well as experience as an entrepreneur specializing in banking and technology start-ups. In this connection he is the author or co-author of 11 United States and international patents in technology and commercial product design. Mr. Leppla has also founded and built successful commercial real estate development and management companies both in the United States and Japan.

Mr. Leppla has authored and co-authored a wide variety of publications on developments in securities law, including "Stay in the Class or Opt-Out? Institutional Investors are Increasingly Opting-Out of Securities Class Litigation," and "Selected Waiver: Recent Developments in the Ninth Circuit and California," recently published in the *Securities Litigation Report*. He serves as an Editorial Board Member of *Wall Street Lawyer*.

Mr. Leppla obtained his J.D. from Boalt Hall School of Law at the University of California. Prior to law school, he received his B.A. and M.A. in Economics from Yale University and the University of California at Berkeley, respectively.

Mr. Leppla works out of both the New York and California office, and is currently based in San Francisco.

ADMISSIONS: Admitted to bar, 1976, California, U.S. Court of Appeals for the Ninth Circuit, and the U.S. District Courts for the Northern, Central, and Eastern Districts of California. 1978, New York. 2006, Colorado, as well as other Federal District Courts.

*Bernstein Litowitz Berger & Grossmann LLP*

## SENIOR COUNSEL

**ROCHELLE FEDER HANSEN**, Senior Counsel to the firm, received her B.A. from Brooklyn College of the City University of New York in 1966 and her M.S. in 1976. She received her J.D., *magna cum laude*, from Benjamin N. Cardozo School of Law in 1979, where she was a member of the *Law Review*.

Ms. Hansen has handled a number of high profile securities fraud cases at the firm, including *In re StorageTek Securities Litigation*, *In re First Republic Securities Litigation*, and the *RJR Nabisco Litigation*. Ms. Hansen has also acted as Antitrust Program Coordinator for Columbia Law School's Continuing Legal Education Trial Practice Program for Lawyers.

ADMISSIONS: Admitted to bar, 1980, New York. 1980, U.S. District Courts for the Southern and Eastern Districts of New York. 1993, U.S. Court of Appeals, Fifth Circuit.

**BEATA GOCYK-FARBER** is involved in all areas of the firm's litigation practice, with particular emphasis on securities fraud actions, complex commercial litigation, and trial practice.

Most recently, Ms. Gocyk-Farber was a senior associate on the trial team that prosecuted *In re WorldCom, Inc. Securities Litigation,* resulting in a recovery for investors of over $6.15 billion -- the second largest securities fraud recovery in the history of the financial markets. She was also one of the senior lawyers leading the prosecution of *In re Williams Securities Litigation*, which resulted in $311 million in recoveries for the plaintiffs shortly before trial. This was one of the largest recoveries in a securities class action in which the corporate defendant did not restate its financial results. She is currently a senior member of the team prosecuting *In re HealthSouth Securities Litigation* and *In re Converium Securities Litigation*. Ms. Gocyk-Farber also has extensive experience in prosecuting executive compensation cases and is one of the senior lawyers prosecuting the federal derivative action against the individuals involved in the options backdating scandal at *United Health Group, Inc*.

Ms. Gocyk-Farber received her J.D., *summa cum laude*, from the Benjamin N. Cardozo School of Law in 1997, where she was a member of the *Cardozo Law Review*, the Order of the Coif, a Balkin Scholar and the recipient of the West Publishing Award for Academic Excellence. She authored and published "Patenting Medical Procedures: In Search of a Compromise Between Ethics and Economics" while at Cardozo.

Prior to joining BLB&G in 2001, Ms. Gocyk-Farber was an associate with Cleary Gottlieb Steen & Hamilton in New York, where she represented large financial institutions and sovereign governments in securities and merger and acquisitions transactions.

Ms. Gocyk-Farber is fluent in Polish and has working knowledge of Russian. She is a member of the International Law Section of the American Bar Association.

ADMISSIONS: Admitted to bar, 1998, New York. 2002, U.S. District Court for the Southern District of New York.

**TIMOTHY A. DeLANGE** received his B.A. from the University of California, Riverside in 1994 and his J.D. from the University of San Diego School of Law in 1997. He was the 1994 recipient of the American Jurisprudence award in Contracts.

Mr. DeLange focuses on complex litigation in state and federal courts nationwide. Mr. DeLange is a member of the team prosecuting *In re McKesson Securities Litigation*, together with firm partners Max Berger and David Stickney. In that case, a partial settlement was reached for $960 million, the largest recovery for securities class-action settlements in courts within the Ninth Circuit.

Mr. DeLange is currently prosecuting a number of other securities cases, including, along with firm partner Blair Nicholas, *In re Accredo Health, Inc. Securities Litigation*. Mr. DeLange also serves as the editor of the firm's quarterly publication, the Advocate.

Prior to joining the firm, Mr. DeLange practiced complex litigation at Brobeck, Phleger & Harrison LLP. He practices out of the firm's California office.

ADMISSIONS: Admitted to Bar, 1997, California. 1997, U.S. District Court for the Southern District of California. 2001, U.S. District Court for the Central District of California. 2002, U.S. District Courts for the Northern and Eastern Districts of California.

*Bernstein Litowitz Berger & Grossmann LLP*

**NIKI L. MENDOZA** joined the San Diego office in 2002. Since joining the firm, Ms. Mendoza has helped obtain hundreds of millions of dollars in recoveries on behalf of defrauded investors, including her involvement in the *In re El Paso Corp. Securities Litigation*, *In re Symbol Technologies Corp. Securities Litigation*, and *In re Gemstar-TV Guide International, Inc. Securities Litigation*, among others.

In 2005, Ms. Mendoza assisted in completing a full jury trial and achieving a rare securities fraud verdict against the company's CEO in *In re Clarent Corporations Securities Litigation*. She also recently conducted extensive fact and expert discovery, full motion practice and completed substantial trial preparation in *In re Electronic Data Systems, Inc. Securities Litigation*, resulting in settlement just prior to trial for $137.5 million – one of the larger settlements in non-restatement cases since the passage of the PSLRA. Ms. Mendoza is also part of the team prosecuting a race discrimination class action lawsuit filed against Bank of America.

Ms. Mendoza co-authored various articles which have been cited in federal court opinions (including *Dura Pharm., Inc. v. Broudo-The Least of All Evils*, 1505 PLI/Corp. 272, 274 (Sept. 2005) and *Dura-Bull: Myths of Loss Causation*, 1557 PLI/Corp. 339 (Sept. 2006)). In addition to her practice, she serves as a 2007 Co-Chair of the Steering Committee of the San Diego County Bar Association's Children At Risk committee, a committee that works with schools and children's organizations and coordinates literacy and enrichment programs that rely on attorney volunteers.

Ms. Mendoza received her B.A. and J.D. from the University of Oregon, where she was a member of the Order of the Coif and a Managing Editor of the *Oregon Law Review*, for which she wrote "Rooney v. Kulongoski, Limiting the Principle of Separation of Powers?" She served as judicial law clerk to the Honorable Chief Judge Michael R. Hogan of the United States District Court for the District of Oregon from 1998 to 2001 where she received the Distinguished Service Recognition in September 2001.

Before joining BLB&G, Ms. Mendoza represented both plaintiffs and defendants in commercial and employment litigation, practicing in both Hawaii and California. Ms. Mendoza is a member of the State Bar of Hawaii and the State Bar of California. She practices out of the firm's California Office.

ADMISSIONS: Admitted to bar, Hawaii, 1997. California, 2001. California, 2001. U.S. District Courts for the Districts of Hawaii, and Northern, Southern, Central and Eastern Districts of California, and the U.S. Circuit Courts of Appeal for the Fifth Circuit, Ninth Circuit and Tenth Circuit.

*Bernstein Litowitz Berger & Grossmann LLP*

## ASSOCIATES

**JERALD BIEN-WILLNER** received his B.A., *cum laude*, from Claremont McKenna College in 1997 where he was Dean's List, a Claremont McKenna Distinguished Scholar, a recipient of the McKenna Scholar four-year merit scholarship and was recognized by the faculty as the outstanding Literature graduate in his class. Mr. Bien-Willner received his J.D. from the University of Arizona College of Law in 2002 where he was a member of the Moot Court Board, National Moot Court Team and awarded Best Oral Advocate, and a Snell and Wilmer Scholar receiving a full academic merit scholarship. Prior to joining the firm, Mr. Bien-Willner was in-house counsel for a real estate holding company where he advised on legal and business matters and prosecuted securities, tort, contract, real estate and insurance bad faith actions.

Mr. Bien-Willner is an active member of the team prosecuting the *Mutual Fund Investment Multi-District Litigation*, which includes the *In re Invesco*, *In re MFS* and *In re Pilgrim Baxter* actions. Mr. Bien-Willner is also a member of the team prosecuting *In re Retek, Inc. Securities Litigation*.

Mr. Bien-Willner is proficient in Spanish.

ADMISSIONS: Admitted to bar, 2003, California, Arizona and the U.S. District Courts for the Southern and Central Districts of California.

**MICHAEL D. BLATCHLEY** received his B.A. from the University of Wisconsin in 2000 and his J.D., *cum laude*, from Brooklyn Law School in 2007. At Brooklyn Law School, Mr. Blatchley was an Edward V. Sparer Public Interest Law Fellow and received numerous awards recognizing his academic achievements, including the William Payson Richardson Memorial Prize and the Richard Elliott Blyn Memorial Prize. He also served as an editor for the Brooklyn Law Review, was a member and coach of the Moot Court Honor Society, and held a judicial internship position for the Honorable David G. Trager, United States District Judge for the Eastern District of New York. In addition, Mr. Blatchley worked as an intern at The Legal Aid Society's Harlem Community Law Office, as well as at Brooklyn Law School's Second Look and Workers' Rights Clinics, and provided legal assistance to victims of Hurricane Katrina in New Orleans, Louisiana.

Mr. Blatchley's practice focuses on securities fraud litigation. He is currently a member of the firm's new matter department in which he, along with a team of attorneys, financial analysts, forensic accountants, and investigators, counsels the firm's clients on their legal claims.

ADMISSIONS: Admitted to bar, 2008, New Jersey.

**JAI K. CHANDRASEKHAR** received his B.A., *summa cum laude*, from Yale University, where he was elected to Phi Beta Kappa, in 1987. He received his J.D. from Yale Law School, where he was a Book Review Editor of the *Yale Law Journal*, in 1997.

Prior to joining the firm, Mr. Chandrasekhar was a Staff Attorney with the Division of Enforcement of the United States Securities and Exchange Commission, where he investigated securities law violations and coordinated investigations involving multiple SEC offices and other government agencies.

Before his tenure at the SEC, he was an Associate at Sullivan & Cromwell LLP, where he represented corporate issuers and underwriters in public and private offerings of stocks, bonds, and complex securities and advised corporations on periodic reporting under the Securities Exchange Act of 1934, compliance with the Sarbanes-Oxley Act of 2002, and other corporate and securities matters.

ADMISSIONS: Admitted to bar, 2001, New York. 2006, U.S. District Courts, Southern and Eastern Districts of New York; U.S. Court of Appeals for the Third Circuit.

**BENJAMIN GALDSTON** primarily focuses on complex securities fraud litigation and corporate governance matters. He practices in the firm's California office. Mr. Galdston participated in prosecuting *In re McKesson Securities Litigation*, together with firm partners Max Berger and David Stickney. In that case, a partial settlement was reached for $960 million, the largest recovery for securities class-action settlements in courts within the Ninth Circuit. Together with firm partners Max Berger, Sean Coffey, and David Stickney, Mr. Galdston recently represented institutional investors seeking to recover damages in *In re EMAC Securities Litigation*, a case that arose from a private offering of asset-backed securities. Among other cases, Mr. Galdston currently represents a certified class of investors in *In re Retek, Inc. Securities Litigation*, now pending in the U.S. District Court for the District of Minnesota and the Lead Plaintiff in *In re Stone Energy Corp. Securities litigation*, now pending in the U.S. District Court for the Western District of Louisiana.

*Bernstein Litowitz Berger & Grossmann LLP*

Mr. Galdston received his law degree from the University of San Diego School of Law in 2000, where he earned the American Trial Lawyers' Association Book Award for Outstanding Scholarship in Appellate Advocacy, the American Jurisprudence Award for Property, and the Computer Assisted Learning Institute Award for Excellence in Legal Research. He was also an Executive Board Member of the Appellate Moot Court Board, competed in national Moot Court tournaments, and directed the University of San Diego School of Law National Criminal Procedure Moot Court Tournament. Following law school, Mr. Galdston represented investors in securities fraud actions at another national law firm.

Previously, Mr. Galdston was the sole proprietor of Litigation Support Systems, where he designed, constructed and maintained relational document databases for small law firms litigating document-intensive cases. He served as President of the Greater San Diego Barristers Club and is a member of the California Bar Association and the Federal Bar Association. He has published several articles concerning practice in the federal courts.

ADMISSIONS: Admitted to bar, 2000, California. U.S. District Courts for the Southern, Northern and Central Districts of California.

**PATRICIA S. GILLANE** received her B.A., *cum laude*, from Columbia University in 1985 and her J.D. from Brooklyn Law School in 1989, where she was an editor of the *Brooklyn Law Review*. Ms. Gillane is the author of "One Moment in Time: The Second Circuit Ponders Choreographic Photography as a Copyright Infringement: Horgan vs. MacMillan." She is a member of the American Bar Association and a former member of the Association of the Bar of the City of New York, where she served on the Professional Responsibility Committee.

Together with firm partners Max Berger and Edward Grossmann, Ms. Gillane successfully prosecuted *In re Bennett Funding Group Litigation* which arose out of the largest Ponzi scheme in history. After years of litigation, the matter settled for a total of over $165 million.

Most recently, she was a member of the team representing the New York State Common Retirement Fund in *In re WorldCom, Inc. Securities Litigation*, which culminated in a five-week trial against Arthur Andersen LLP and a recovery for investors of over $6.15 billion—the second largest securities fraud recovery in history.

ADMISSIONS: Admitted to bar, 1990, New York. 1990, U.S. District Courts, Southern and Eastern Districts of New York.

**LAURA H. GUNDERSHEIM** received her B.A, *magna cum laude,* from the University of California, Los Angeles in 2001, where she was Phi Beta Kappa, and received her J.D. from Harvard Law School in 2004. While at Harvard, Ms. Gundersheim was a founding member and the Vice-President of the Harvard Advocates for Reproductive Choices and an executive committee member of the *Women's Law Journal.* While in law school, she worked at the Lawyers' Committee for Civil Rights, Health Law Advocates, The Hale & Dorr Legal Services Center and the Tenant Advocacy Project.

Since graduating from law school, Ms. Gundersheim's practice has included securities fraud and shareholder derivative litigation on behalf of institutional investor clients, as well as consumer fraud, copyright infringement, and employment discrimination litigation. She was an integral part of the team that prosecuted the landmark *In Re Walt Disney Derivative Litigation* which redefined the fiduciary duties of directors in public companies.

She is currently a member of the teams prosecuting *In re The Mills Corporation Securities Litigation, In re Comverse Technology, Inc. Derivative Litigation, In re Sunrise Senior Living Securities Litigation, In re Openwave Securities Litigation, Fleishman v. Huang et al. Derivative Litigation* and *Breese et al v. CooperSurgical, Inc.*

Ms. Gundersheim is a member of the New York Bar Association's Consumer Affairs Committee and Trial Lawyers for Public Justice.

ADMISSIONS: Admitted to bar, 2005, New York. 2005, U. S. District Courts for the Southern and Eastern Districts of New York.

**DAVID R. HASSEL** received his B.A., *magna cum laude*, in 1995 from St. Olaf College, Northfield, Minnesota in Political Thought, and a J.D. with High Distinction/Special Honors from the University of Iowa in 1999, where he was a member of the *Iowa Law Review* and Associate Editor of the *Journal of Transnational Law & Contemporary Problems*.

Mr. Hassel's practice focuses on securities and complex litigation, as well as corporate governance issues. Together with firm partners Max Berger, Sean Coffey, Steven Singer and Chad Johnson, Mr. Hassel was a member of the team responsible for prosecuting the *In re WorldCom, Inc. Securities Litigation*, which culminated in a five-week trial against Arthur Andersen LLP and a recovery for investors of over $6.15 billion—the second largest securities fraud recovery in history. Currently, Mr. Hassel is a senior attorney prosecuting *In re Omnicom Inc. Securities Litigation* and *In re HealthSouth Corp. Securities Litigation*.

*Bernstein Litowitz Berger & Grossmann LLP*

Prior to joining the firm, Mr. Hassel was a litigation associate at Dewey Ballantine, LLP in its New York office, representing clients in private securities litigation, informal inquiries from the SEC and SROs and general corporate governance issues as well as general commercial litigation.

ADMISSIONS: Admitted to bar, Massachusetts, 2000. New York, 2002. U.S. District Court, Southern District of New York, 2004.

**AVI JOSEFSON** received his B.A., *cum laude*, from Brandeis University in 1997 and his J.D., *Dean's List*, from Northwestern University in 2000. At Northwestern, Mr. Josefson represented indigent juvenile and adult clients in various courts and was awarded the Justice Stevens Public Interest Fellowship (1999) and the Public Interest Law Initiative Fellowship (2000).

He is a co-author of several articles including "Top 10 Considerations When Seeking Insurance Recovery for E-Commerce and Internet Claims," which he wrote for the ABA, as well as "Political and Currency Risk Insurance" and "It's Not a Small World After All: Meeting the Challenge of Global Risks" which he wrote for the *Manufacturers Alliance Risk Management Councils I & II.*

Mr. Josefson was a member of the team responsible for the successful prosecution of the *Columbia/HCA Healthcare Corporation Derivative Litigation,* arising from the largest healthcare fraud in history.

ADMISSIONS: Admitted to bar, Illinois, 2000. New York, 2003.

**MATTHEW P. JUBENVILLE** received a B.A. in Molecular, Cellular and Developmental Biology, with distinction, in 2000 from the University of Colorado, where he was a member of Phi Beta Kappa. He received his J.D. from the University of San Diego School of Law in 2003, where he was a member of the *San Diego Law Review.*

Mr. Jubenville's practice focuses on complex securities litigation. He was part of the team that successfully prosecuted *In re Williams Securities Litigation,* which resulted in a $311 million cash settlement against defendants, including $21 million from Ernst and Young LLP. Currently, Mr. Jubenville is a member of the teams prosecuting *In re Accredo Health, Inc. Securities Litigation, In re Dura Pharmaceuticals, Inc. Securities Litigation* and the *Mutual Fund Investment Multi-District Litigation,* which includes *Invesco Mutual Fund, In re MFS* and *In re Pilgrim Baxter* actions.

Mr. Jubenville practices out of the firm's California office.

ADMISSIONS: Admitted to bar, California, 2003. U.S. District Court for the Southern District of California, 2006.

**ERIC T. KANEFSKY** received his B.A. in 1999 from The George Washington University and his J.D., *cum laude*, from Temple University in 2002, where he was the Associate Research Editor of the *Temple Law Review.* While at Temple, Mr. Kanefsky was a James Beasley First Year Scholar and awarded the Temple University Law Foundation Scholarship for the 2000-2001 academic year. He was also selected as one of approximately fifteen students to participate in Temple's Federal Judicial Clerkship program, through which he served as a student law clerk to the Hon. Bruce W. Kauffman, United States District Court Judge for the Eastern District of Pennsylvania during his third year of law school. While in law school, Mr. Kanefsky also interned for The Honorable James R. Melinson, Chief Magistrate Judge for the Eastern District of Pennsylvania.

After law school, Mr. Kanefsky was a litigation associate in the White Collar and Government Enforcement Group at Ballard Spahr Andrews & Ingersoll LLP in Philadelphia. Since joining BLBG in 2003, he has worked on numerous high profile cases, including *In re Symbol Technologies Litigation,* which has achieved settlements totaling $163 million and *In re HealthSouth Bondholders Litigation,* which has achieved settlements totaling $445 million. Mr. Kanefsky is currently the lead associate representing the English Premier Soccer League and Bourne Music Company in a copyright infringement class action against online video-sharing service YouTube and its parent Google. He is also currently a member of the litigation teams prosecuting *In re R&G Financial Corporation Securities Litigation* and *In re Scottish Re Group Securities Litigation,* both pending in the United States District Court for the Southern District of New York.

ADMISSIONS: Admitted to bar, 2002, Pennsylvania. 2002, New Jersey. 2005, New York. 2003, U.S. District Court, Eastern District of Pennsylvania. 2003, U.S. District Court, District of New Jersey. 2005, U.S. District Courts, Southern and Eastern Districts of New York.

**TAKEO A. KELLAR** received his B.A., *magna cum laude* and Phi Beta Kappa, from the University of California, Riverside in 1997. He received his J.D. from the University of San Diego School of Law in 2004, where he was an Executive Board Member of the Appellate Moot Court Board.

Mr. Kellar's practice at the firm focuses on securities fraud, corporate governance and shareholder rights litigation. Mr. Kellar was part of the trial team that successfully prosecuted *In re Clarent Corp. Securities Litigation,* which resulted in a jury verdict in favor of plaintiffs and against the founder and former Chief Executive Officer of

30

*Bernstein Litowitz Berger & Grossmann LLP*

Clarent. He was also a member of the team that successfully prosecuted *In re Williams Securities Litigation* resulting in a settlement of $311 million shortly before trial.

Based in the firm's California office, Mr. Kellar is currently a member of the teams prosecuting *Atlas v. Accredited Home Lenders Holding Co., et al.*, *In re Connetics, Inc. Securities Litigation*, and *In re New Century Securities Litigation*; as well as the stock options backdating derivative actions, *In re Activision, Inc. Shareholder Derivative Litigation* and *In re Apollo Group, Inc. Shareholder Derivative Litigation*.

ADMISSIONS: Admitted to bar, 2004, California; U.S. District Courts for the Central, Northern and Southern Districts of California.

**PAUL A. KEMNITZER** received his B.A. in Accounting in 1988 from the State University of New York at Plattsburgh, and his J.D., *summa cum laude*, from New York Law School in 2002. During law school, Mr. Kemnitzer served as an Articles Editor for the *New York Law School Law Review,* for which he wrote the article entitled, "The Anti-Competitive Effects of Stranded Costs on the Creation of Municipal Electric Companies."

Mr. Kemnitzer has extensive legal experience in complex commercial litigation and has also served as a Judicial Law Clerk for the Honorable Carl E. Stewart, Judge for the United States Court of Appeals for the Fifth Circuit. In addition, Mr. Kemnitzer brings over 10 years of experience as a Certified Public Accountant, having worked for several private and public accounting firms prior to earning his law degree. He also served a four-year term as the elected Treasurer and Chief Financial Officer of the City of Glens Falls, New York (1994-1997). Mr. Kemnitzer's practice focuses on securities fraud actions and complex commercial litigation. He is currently a member of the teams prosecuting *In re New Century Securities Litigation* and *In re RAIT Financial Trust Securities Litigation*.

ADMISSIONS: Admitted to bar, New York, 2003. District of Columbia, 2006.

**NOAM MANDEL** received his B.S.F.S. from Georgetown University in 1998 and his J.D., *cum laude*, from Boston University School of Law in 2002 where he served as an Editor for the *Boston University Law Review* and won awards in civil procedure, evidence, and international law. While in law school, he also participated in an exchange program with the University of Leiden, The Netherlands, where he concentrated his studies on international and comparative law.

Mr. Mandel prosecutes securities fraud, corporate governance and shareholder rights litigation for the firm's institutional investor clients. He has been a member of the litigation teams on several of the firm's recent high profile cases including *In re Nortel Networks Corporation Securities Litigation*, which resulted in a recovery worth in excess of $1.3 billion in cash and stock, as well as the securities class action against the *Federal Home Loan Mortgage Corporation* ("Freddie Mac"), in which a $410 million settlement was obtained for defrauded investors. More recently, he was a member of the team that prosecuted the *Caremark Merger Litigation*, a shareholder class action contesting the terms of a proposed merger between Caremark Rx, Inc. and CVS Corporation on behalf of Caremark's shareholders. The litigation resulted in over $3 billion in additional consideration being offered to Caremark shareholders by CVS.

Prior to joining BLB&G, Mr. Mandel was a litigation associate at Simpson Thacher & Bartlett LLP, where his practice focused on securities, shareholder and ERISA fiduciary matters.

ADMISSIONS: Admitted to bar, New York, 2004. U. S. District Court for the Southern District of New York, 2006.

**LAUREN A. McMILLEN** received her B.A. in History in 1996 from Duke University and her J.D., *cum laude*, in 2000 from the University of Pennsylvania Law School, where she was a Research Editor for the University of Pennsylvania Law Review.

Following law school, Ms. McMillen served as a law clerk for the Honorable Colleen McMahon, District Court Judge for the Southern District of New York.

Prior to joining the firm in 2007, Ms. McMillen was a litigation associate at Heller Ehrman LLP. She has extensive experience in securities litigation and complex commercial litigation, and has defended various corporations and accounting firms in securities class actions and represented individuals in regulatory investigations before the Securities and Exchange Commission.

Ms. McMillen is currently a member of the teams prosecuting *In re New Century Securities Litigation*, *The Football Association Premier League Limited, et. al. v. YouTube, Inc., et al.*, *In re HealthSouth Bondholder Litigation*, and *In re Converium Holding AG Securities Litigation*.

ADMISSIONS: Admitted to bar, New York. 2001, U. S. District Court, Southern District of New York, 2001. U. S. District Court, Eastern District of New York, 2006.

*Bernstein Litowitz Berger & Grossmann LLP*

**BRETT M. MIDDLETON** primarily focuses in the areas of securities fraud and auditor liability. He has significant trial experience, having worked with firm partner Blair Nicholas in successfully prosecuting *In re Clarent Corp. Securities Litigation*, which resulted in a jury verdict in favor of plaintiffs and against the founder and former CEO of Clarent Corp.

Mr. Middleton was on the litigation team representing the Arkansas Teacher Retirement System and the Ontario Teachers' Pension Plan Board in *In re Williams Securities Litigation*, which resulted in a $311 million cash settlement against all defendants. The settlement was one of the largest in a securities class action case without a restatement by the defendant company. As part of this action, the team engaged in a massive discovery effort which included taking more than 150 depositions and reviewing in excess of 18 million pages of documents. Mr. Middleton was responsible for the prosecution of the case against Ernst & Young for its 2001 audit of Williams' Energy Marketing & Trading subsidiary and was instrumental in obtaining a settlement from Ernst & Young in the amount of $21 million.

Most recently, Mr. Middleton assisted firm partners Jerry Silk and Salvatore Graziano in prosecuting a shareholder class action against the directors of *Caremark RX, Inc.* for violations of their fiduciary duties arising from their approval and continued endorsement of a proposed merger with CVS Corporation and their refusal to consider fairly an alternative transaction proposed by Express Scripts, Inc.

Among other matters, Mr. Middleton is currently working with firm partner David Stickney on the *In re Dura Pharmaceuticals, Inc. Securities Litigation* matter. He is also assisting Mr. Stickney in the firm's representation of Amalgamated Bank as lead plaintiff against certain officers and directors of *Activision, Inc.* for their participation in the backdating of stock options. He is also working with Mr. Nicholas in prosecuting the federal derivative action against the individuals involved in the options backdating scandal at *Apollo Group, Inc.* which is the parent company of the University of Phoenix.

Mr. Middleton graduated from the University of California, Los Angeles in 1993 and received his J.D. from the University of San Diego School of Law in 1998. He is an active member of the Federal Bar Association and the Association of Business Trial Lawyers of San Diego. Mr. Middleton practices out of the firm's California office.

ADMISSIONS: Admitted to the State Bar of California, 1998; U.S. District Court for the Central District of California, 1998; U.S. District Court for the Southern District of California, 2002; and U.S. District Court for the Northern District of California, 2005.

**JOHN J. MILLS** received his B.A. from Duke University in 1997, and his J.D. from Brooklyn Law School in 2000, *cum laude*. While in law school, Mr. Mills was a member of The Brooklyn Journal of International Law and a Carswell Merit Scholar recipient.

Mr. Mills' practice concentrates on Class Action Settlements and Settlement Administration. Mr. Mills also has experience representing large financial institutions in corporate finance transactions.

ADMISSIONS: Admitted to bar, New York, 2003. United States District Courts for the Southern and Eastern Districts of New York, 2007.

**MATTHEW MOEHLMAN** received his A.B. in English and American Literature and Language from Harvard College in 1992, where he was an editor of *The Harvard Lampoon* magazine and *The Harvard Crimson* newspaper. He received his J.D. from the University of Virginia School of Law in 2003.

Prior to joining BLB&G, Mr. Moehlman worked as an associate at Strasburger & Price, LLP in Texas, and has experience in commercial litigation.

ADMISSIONS: Admitted to bar, Texas, 2004. New York, 2005.

**JOHN RIZIO-HAMILTON** received his B.A., with honors, from John Hopkins University in 1997, and his J.D., *summa cum laude,* from Brooklyn Law School, where he was Editor-in-Chief of the *Brooklyn Law Review* and first-place winner of the J. Braxton Craven Memorial Constitutional Law Moot Court Competition.

Mr. Rizio-Hamilton has extensive experience in civil and criminal litigation. Prior to joining the firm, he clerked for the Honorable Chester J. Straub of the United States Court of Appeals for the Second Circuit. In that capacity, he worked on cases involving an accountant's duty to correct under the Securities Exchange Act of 1934 and a question of first impression regarding class certification under Federal Rule of Civil Procedure 23(b)(3). Prior to clerking for Judge Straub, Mr. Rizio-Hamilton clerked for the Honorable Sidney H. Stein of the United States District Court for the Southern District of New York.

Mr. Rizio-Hamilton is currently a member of the teams prosecuting *In re Affiliated Computer Services, Inc. Derivative Litigation* and *In re Omnicom Group, Inc. Securities Litigation*.

ADMISSIONS: Admitted to bar, New York, 2005.

*Bernstein Litowitz Berger & Grossmann LLP*

**JEREMY P. ROBINSON** received his LL.B. from Queen's University, Faculty of Law in Kingston, Ontario, Canada in 1998, where he graduated within the top 10% of his class and received numerous prizes, including honors in the Niagara International Moot Court Competition. In 2000, Mr. Robinson was awarded a Harold G. Fox scholarship and spent a year in London, England working with barristers and judges of the Middle Temple, Inns of Court. In 2005, he received his Master of Laws degree from Columbia University School of Law, where he was a Harlan Fiske Stone Scholar.

Prior to joining BLB&G, Mr. Robinson worked as a litigation associate at Torys LLP in Toronto, Canada, during which time he co-authored numerous publications, including one of the first books published in Canada regarding new private sector privacy litigation. Mr. Robinson has extensive experience in securities and general commercial litigation.

Along with firm partners Max Berger, Sean Coffey, Sal Graziano and John Browne, Mr. Robinson is a member of the team prosecuting *In re Refco, Inc. Securities Litigation*, which is currently pending in the Southern District of New York. Mr. Robinson is also a member of the teams responsible for prosecuting *In re Isolagen, Inc. Securities Litigation* and *In re R&G Financial Corporation Securities Litigation*.

ADMISSIONS: Admitted to bar, Ontario, Canada, 2000. New York, 2007.

**MATTHEW P. SIBEN** received his B.A. from the University of California, Santa Barbara, *summa cum laude*, in 1996 and received his J.D. in 2000 from Harvard Law School, *cum laude*, where he was an Executive Editor for the *Harvard Negotiation Law Review* and an Editor of the *Journal of Law and Public Policy*.

Mr. Siben has prosecuted a number of major securities fraud class actions, including *In re Enron*, *In re UnitedHealth Group*, and *In re NYSE Specialists Securities Litigation*. He also has experience prosecuting consumer fraud class actions.

Based in the firm's California office, Mr. Siben is currently a member of the teams prosecuting *Police & Fire Retirement System of the City of Detroit v. SafeNet, Inc., et al.*, *In re Activision, Inc. Shareholder Derivative Litigation*, *In re Apollo Group, Inc. Shareholder Derivative Litigation*, and *In re Dura Pharmaceuticals, Inc. Securities Litigation*.

ADMISSIONS: Admitted to bar, 2001, New York. 2001, Massachusetts. 2002, California.

**KATHERINE McCRACKEN SINDERSON** received her B.A., *cum laude*, from Baylor University in 2002 and her J.D., *cum laude*, from Georgetown University in 2006, where she was a Dean's Scholar. While at Georgetown, Ms. Sinderson served as an Articles Editor for *The Georgetown Journal of Gender and the Law*.

Ms. Sinderson's practice focuses on securities fraud and class action litigation. She is currently a member of the teams prosecuting *In re Biovail Corporation Securities Litigation*, pending in the Southern District of New York, and *In re Comverse Technology, Inc. Derivative Shareholder Litigation*, the stock options backdating case currently pending in the Eastern District of New York.

ADMISSIONS: Admitted to bar, New York, 2007.

**DAVID A. THORPE** received his B.A. from the University of California, Los Angeles in 1999. While at UCLA, Mr. Thorpe was named an Ahmanson Undergraduate Research Scholar by the Center for 17th and 18th Century Studies in connection with the William Andrews Clark Memorial Library. Mr. Thorpe received his J.D. in 2001 from Southwestern University School of Law.

Mr. Thorpe has significant experience prosecuting several major class and individual securities actions on behalf of institutional clients. Some of the notable cases in which he served as lead counsel include *In re AOL Time Warner Individual Opt-Out Litigation* ($600 million recovery), comprising both *The Regents of the University of California et al., v. Parsons, et al.* ($260 million recovery) and *Ohio Public Employees Retirement System, et al., v. Richard D. Parsons, et al.* ($175 million recovery), as well as, *In re Amazon.com, Inc. Securities Litigation* ($27 million recovery).

Mr. Thorpe practices out of the firm's California office and is currently a member of the teams prosecuting the *Mutual Fund Investment Multi-District Litigation*, which includes *In re Invesco*, *In re MFS*, and *In re Pilgrim Baxter* actions, as well as the *In re Linear Technology Corp. Shareholder Derivative Litigation*.

ADMISSIONS: Admitted to bar, 2001, California.

**DAVID H. WEBBER** received his B.A. from Columbia University in 1995, *Phi Beta Kappa*, and his J.D. in 2002 from New York University School of Law, where he was a Notes Development Editor for the *New York University Law Review*.

Following law school, Mr. Webber served as a law clerk for the Honorable Harold A. Ackerman, United States Senior District Court Judge for the District of New Jersey.

Prior to joining the firm in 2007, Mr. Webber was a litigation associate at Patterson Belknap Webb and Tyler LLP. He has extensive experience in complex commercial litigation, including bondholder and creditors

*Bernstein Litowitz Berger & Grossmann LLP*

committee actions, consumer fraud cases, fiduciary duty litigation, and false claims (*Qui Tam*) actions. He has also represented clients in internal investigations and civil litigation including international arbitration, employment discrimination and Fair Labor Standards Act violations. In addition, Mr. Webber has litigated on behalf of domestic violence survivors, and was honored in 2005 with a Pro Bono Award from The Legal Aid Society.

Mr. Webber is currently a member of the teams prosecuting the *In re Refco, Inc. Securities Litigation* and *UnitedHealth Group, Inc. Shareholder Derivative Litigation*.

ADMISSIONS: Admitted to bar, 2002, New Jersey.  2004, New York.  2002, U.S. District Court, District of New Jersey. 2005, United States District Court, Southern District of New York. 2005, United States District Court, Eastern District of New York. 2005, U.S. Court of Appeals for the Third Court.


**ADAM H. WIERZBOWSKI** received his B.A., *magna cum laude*, from Dartmouth College in 2000, and earned his J.D., with honors, from The George Washington University Law School in 2003. While at George Washington Law, Mr. Wierzbowski served as Notes Editor for *The George Washington International Law Review* and was a member of the Moot Court Board.

Mr. Wierzbowski's practice focuses on securities fraud litigation. He is currently a member of the teams prosecuting the *UnitedHealth Group, Inc. Shareholder Derivative Litigation* and the *Mutual Fund Investment Multi-District Litigation*, which includes the actions *In re Invesco*, *In re MFS* and *In re Pilgrim Baxter*.

ADMISSIONS: Admitted to bar, 2004, New York. 2005, U.S. District Courts for the Southern and Eastern Districts of New York.


**JON F. WORM** received his B.S., *cum laude*, in 1997, and his J.D., *magna cum laude*, in 2003, from the University of Notre Dame.  While at Notre Dame Law School, Mr. Worm was awarded the Dean's Fellowship and received the Highest Grades Awards in Federal Income Taxation and Immigration Law in recognition of his outstanding academic achievements.  In addition, he served as a staff member for the *Notre Dame Law Review*, worked as a teaching assistant for the first year legal writing program, and served as Vice President of the American Constitution Society for Law and Policy, a leading progressive legal organization.

Prior to joining BLB&G, Mr. Worm served as a law clerk to the Honorable Marilyn L. Huff, United States District Judge for the Southern District of California.  Prior to that, he served as a law clerk to the Honorable Federico A. Moreno, United States District Judge for the Southern District of Florida.  Mr. Worm also worked as a litigation associate at Mayer, Brown, Rowe & Maw LLP in Chicago where he represented plaintiffs and defendants in civil and criminal cases.

Mr. Worm practices out of the firm's California office and focuses on securities fraud litigation

ADMISSIONS: Admitted to bar, 2003, Illinois. 2007, California.

# EXHIBIT F

04/04/2008  12:49    2059493602              STERNE AGEE              PAGE  01/07

1  BERNSTEIN LITOWITZ BERGER
   &amp; GROSSMANN LLP
2  BLAIR A. NICHOLAS  (Bar No. 178428)
   TIMOTHY A. DELANGE  (Bar No. 190768)
3  TAKEO A. KELLAR  (Bar No. 234470)
   12481 High Bluff Drive, Suite 300
4  San Diego, CA 92130
   Tel:  (858) 793-0070
5  Fax:  (858) 793-0323
   blairn@blbglaw.com
6  timothyd@blbglaw.com
   takeok@blbglaw.com
7

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
(To Be Admitted *Pro Hac Vice*)
JAMES M. WILSON, JR.
(To Be Admitted *Pro Hac Vice*)
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:  (404) 873-3900
Fax:  (404) 876-4476
mchitwood@chitwoodlaw.com
jwilson@chitwoodlaw.com
           -and-
GREGORY E. KELLER
(To Be Admitted *Pro Hac Vice*)
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Tel:  (516) 773-6090
Fax:  (404) 876-4476
gkeller@chitwoodlaw.com

8

9

10

11  *Attorneys for Proposed Lead Plaintiffs The*
    *Cobb County Government Employees' Pension*
12  *Plan, the DeKalb County Pension Plan and the*
    *Mississippi Public Employees Retirement*
13  *System*

14

15              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
16                      **SAN JOSE DIVISION**

17  ALLAN QUERY, Individually and on       CIVIL ACTION NO. C-08-00832-PVT
    Behalf of All Others Similarly Situated,

18                    Plaintiff,            **CLASS ACTION**

19              v.                          **JOINT DECLARATION IN SUPPORT OF**
                                            **THE PUBLIC FUND GROUP'S MOTION**
20  MAXIM INTEGRATED PRODUCTS,              **FOR APPOINTMENT AS LEAD**
    INC., JOHN F. GIFFORD and CARL W.       **PLAINTIFFS**
21  JASPER

22                    Defendants.           Date:      May 13, 2008
                                            Time:      10:00 A.M.
23                                          Courtroom: 5, 4th Floor
                                            Judge:     Hon. Patricia V. Trumbull
24

25

26

27

28

1         We respectfully submit this Joint Declaration pursuant to 28 U.S.C. § 1746 in support of the

2    application of the Cobb County Government Employees' Pension Plan, the DeKalb County Pension

3    Plan and the Mississippi Public Employees Retirement System (collectively, the "Public Funds

4    Group"), to be appointed Lead Plaintiffs in the above-captioned case against Maxim Integrated

5    Products Inc. ("Maxim") and certain of its officers pursuant to the Private Securities Litigation Reform

6    Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B).    We are informed of and understand the

7    requirements and duties imposed by the PSLRA.  As the duly authorized representatives of the Public

8    Funds Group with personal knowledge about the information in this Joint Declaration, J. Virgil Moon,

9    Edmund Wall and George Neville, declare as follows:

10        1.    I, J. Virgil Moon, CPA, am Chairman, Board of Trustees, Cobb County Employee's

11    Pension Fund ("the Cobb Fund").  I am duly authorized to execute this Declaration on behalf of the

12    Cobb Fund, which is a large institutional investor managing the pension funds of Cobb County

13    (Georgia) public employees. I have formerly served as the Chief Financial Officer for Cobb, and I am

14    currently the director of the County's support services agency. The Cobb Fund was established in 1971

15    and presently has over 4,200 current and former vested members, with approximately $330 million in

16    assets.

17        2.    The Cobb Fund purchased a significant amount of Maxim Integrated Products, Inc.

18    ("Maxim") securities and suffered losses in connection with the events at issue in this securities class

19    action. As a result of the Cobb Fund's large financial interest in the Maxim matter, the Cobb Fund was

20    interested in seeking appointment as Lead Plaintiff in order to maximize the recovery obtainable by all

21    Class members.  The Cobb Fund selected Chitwood Harley Harnes LLP ("Chitwood"), its securities

22    evaluation and litigation counsel, to serve as Lead Counsel and directed counsel to seek appointment as

23    Lead Plaintiff on behalf of the Cobb Fund.

24        3.    The Cobb Fund's Board realized that other institutional investors also suffered

25    significant financial losses in connection with events at issue in the Maxim matter, and the Board

26    considered the benefits of joining forces with other similarly-situated United States public pension

27    funds with like interests in the Maxim matter to benefit from combined experience, resources, and

28    judgment.

1      4.     I learned that both the DeKalb County Pension Plan ("the DeKalb Fund"), another

2   public fund in the Atlanta area, and Mississippi Public Employees Retirement System ("Mississippi

3   PERS"), both represented by the Fund's counsel, Chitwood, had large financial interests in the Maxim

4   matter and were considering also seeking appointment as Lead Plaintiff.

5      5.     I have known Edmund Wall, Chairman of the Board of the DeKalb fund for over 20

6   years and have had professional dealings with him in the public debt and investment areas, as a Georgia

7   county fund representative, as joint member of the Atlanta Regional Commission, and on issues

8   relating to the Metro Atlanta Regional Transportation Authority (MARTA), which runs through Cobb

9   County, and where Mr. Wall was the Chairman of the MARTA Pension Fund Board.

10      6.     I also have a longstanding relationship with Pat Robertson, Executive Director of

11   Mississippi PERS. Pat and I have both served on the Executive Board of the National Governmental

12   Finance Officers Association and have worked jointly on national pension fund issues.

13      7.     I have had discussions with Edmund Wall, Chairman of the DeKalb Fund and George

14   Neville from the Office of the Attorney General for the State of Mississippi directly to discuss the

15   possibility and benefits of seeking joint appointment as Lead Plaintiffs.  As a result of these

16   discussions. I supported seeking joint appointment as Lead Plaintiffs on behalf of the Cobb Fund.

17      8.     I, Edmund Wall, Chairman, Pension Plan Board, for the DeKalb Fund, am duly

18   authorized to execute this Declaration on behalf of the DeKalb Fund.  The DeKalb Fund is a large

19   institutional investor managing the pension funds of DeKalb County (Georgia) public employees. The

20   DeKalb fund provides services for 9,800 current and former employees and has assets of approximately

21   $1.2 billion.

22      9.     I have worked in the area of public and private investing for the past 25 years, have

23   owned my owned brokerage firm, and am an investment banker with experience issuing municipal

24   bonds. Over the past 20 years, I have worked with DeKalb County, Cobb County, MARTA and many

25   other public retirement funds and political subdivisions with respect to investments and municipal

26   bonds.

27      10.    The DeKalb Fund purchased a significant amount of Maxim securities and suffered

28   losses in connection with the events at issue in this securities class action. As a result of the DeKalb

1  Fund's large financial interest in the Maxim matter, the DeKalb Fund was also interested in seeking

2  appointment as Lead Plaintiff and considered the benefits of joining forces with other similarly-situated

3  United States public pension funds with like interests in the Maxim matter to benefit from combined

4  experience, resources, and judgment.  The DeKalb Fund selected Chitwood, its securities litigation

5  counsel, to serve as Lead Counsel and directed counsel to seek appointment as Lead Plaintiff, either

6  alone or in conjunction with another public pension fund(s), on behalf of the DeKalb Fund.

7        11.    I learned that both the Cobb Fund and Mississippi PERS, two funds also represented by

8  Chitwood, had large financial interests in the Maxim matter and were considering seeking appointment

9  as Lead Plaintiff.  I have known Virgil Moon of the Cobb Fund both personally and professionally for

10  over 25 years.  I have had discussions with Mr. Moon and with George Neville of the Mississippi

11  Attorney General's office to discuss the possibility and benefits of seeking joint appointment as Lead

12  Plaintiffs.  As a result of these discussions, I supported seeking joint appointment as Lead Plaintiffs on

13  behalf of DeKalb.

14        12.    I, George Neville, am a Special Assistant Attorney General for the State of Mississippi

15  charged with providing legal counsel to the public pension funds of the State of Mississippi, including

16  Mississippi PERS. I am duly authorized to execute this Declaration on behalf of Mississippi PERS.

17  Mississippi PERS is responsible for the management of pension assets in excess of $23 billion for

18  approximately 310,000 of the State's current and retired employees.

19        13.    I have experience serving as a representative for Mississippi PERS in similar types of

20  securities class action cases.  For example, Mississippi PERS is currently serving as Lead Plaintiff in *In*

21  *re Converium Holding AG Securities Litigation*, No. 04-CV-07897(MBM) (S.D.N.Y.), an action

22  against Converium Holding AG, a Swiss-based reinsurance company, and its senior officers and

23  directors for violations of the federal securities laws.  In fact, Mississippi PERS has obtained significant

24  recoveries for shareholders serving as Lead or Co-Lead Plaintiff in cases such as *In re Delphi Corp.*

25  *Securities Litigation*, No. 05-md-1725(GER) (E.D. Mich.), in which shareholders recovered over $322

26  million.  It has been my experience that working with other public pension funds provides

27  comprehensive representation for the Class and benefits the Class by combining the experience,

28  resources, judgment and views of sophisticated shareholders with significant stakes in the litigation.

14.    Mississippi PERS purchased a significant amount of Maxim securities and suffered large losses in connection with the events at issue in this securities class action. As a result of Mississippi PERS' large financial interest in the Maxim matter, the Attorney General's Office for the State of Mississippi investigated the merits of Mississippi PERS serving as Lead Plaintiff in this action. After due consideration of these matters, Mississippi Attorney General's office approved of Mississippi PERS' seeking Lead Plaintiff status in the Maxim matter. The Mississippi Attorney General's office and Mississippi PERS have selected the law firms Chitwood Harley Harnes LLP and Bernstein Litowitz Berger & Grossman LLP to serve as co-lead counsel.

15.    Recognizing that the Maxim matter is important to public investors, and based on its positive experience of working with other public institutional funds in securities litigation, Mississippi PERS considered the possibility and benefits of joining forces with other similarly-situated United States public pension funds with like interests in the Maxim matter.

16.    The Mississippi Attorney General's Office learned that the Cobb Fund and the DeKalb Fund, both of which are represented by our approved counsel, Chitwood, also had significant financial interests in the Maxim matter and were considering seeking appointment as Lead or co-lead Plaintiff. As a result, I communicated with Virgil Moon of the Cobb Fund and Edmund Wall of the DeKalb Fund to explore the possibility and benefits of combining the experience, resources and judgment and serving as Lead Plaintiffs together with Mississippi PERS. As a result of these discussions, I support seeking joint appointment as Lead Plaintiffs on behalf of Mississippi PERS.

17.    The Cobb Fund, the DeKalb Fund and Mississippi PERS, are all United States public pension funds dedicated to maximizing the recovery to members of the Class in this action and to strengthening corporate governance within the United States to protect investors in the domestic market from the fraudulent financial reporting practices at issue in the Maxim matter. We believe the allegations in the above-captioned action represent severe instances of misconduct in the area of financial reporting. The investing public that relies on the integrity of the United States capital markets has a critical interest in deterring and seeking redress for this misconduct. In accordance with the mandate of the PSLRA, it is an important function of United States public pension funds to serve the

1   public interest as Lead Plaintiffs in securities class actions that raise public policy concerns such as

2   those here.

3   18.    We agree that our interests and the interests of the Class will be best served if the Public

4   Funds Group together seek appointment as Lead Plaintiffs, because their joint action will combine the

5   experience, resources, judgment, and views of three large shareholders in the prosecution of the

6   litigation. We have, therefore, based on our significant financial interest and unity of interest, agreed to

7   join together to prosecute the Maxim securities class action if appointed as Lead Plaintiffs by the Court

8   pursuant to the terms of this Joint Declaration.

9   19.    We understand that the Lead Plaintiff's role under the PSLRA is to select and retain

10  Lead Counsel, and to supervise the prosecution of the case. We believe that it is essential to the

11  satisfaction of the Lead Plaintiff's obligation to the Class that we select and retain Lead Counsel with

12  proven track records in handling complex securities class actions and firms that will operate pursuant to

13  the Lead Plaintiff's direction and authority.  One of the factors motivating us to seek appointment as

14  Lead Plaintiff in this litigation is to ensure, through supervision of our chosen qualified counsel, that

15  the action is prosecuted for the benefit of the Class in an efficient and cost-effective manner.  We have

16  discussed with our selected counsel the importance of ensuring the efficient prosecution of this case

17  and the avoidance of any duplication of effort. We are confident they understand our mandate in this

18  regard.  We also believe that, given the size and complexity of the case and the likely defense we will

19  be facing, it will be beneficial to have two law firms representing the Class in this matter.

20  20.    We understand further that it is the obligation of the Lead Plaintiff and the Lead

21  Counsel to vigorously prosecute the action on behalf of all Class members and to maximize the

22  recovery obtainable by all Class members from all culpable parties.

23  21.    We each have knowledge of the requirements and responsibilities of a Lead Plaintiff in

24  a securities class action.  We have agreed to exercise joint decision making and work together if

25  appointed in this action to fairly and adequately protect the interest of the Class.  All decisions

26  concerning this matter will be made in an efficient manner. If appointed as Lead Plaintiffs, we intend

27  to continue to communicate regularly with counsel as we have done thus far and with each other in

28  order to discuss and monitor the litigation as it progresses. Procedures for joint communication among

1  the group and with our selected Lead Counsel are in place, as are reporting requirements requested by

2  us of our selected Lead Counsel.

3      22.    We want to assure the Court that neither distance nor time zones will affect our ability

4  to work with proposed lead counsel to adequately represent the Class. In fact, two of the three funds,

5  the Cobb Fund and the DeKalb Fund, are located in the Atlanta area and the representatives for each of

6  these funds have a prior relationship which will benefit the Class. Moreover, representatives from the

7  Cobb Fund and Mississippi PERS have a history of working together to advance the interests of public

8  pension funds. Messrs. Moon and Wall have extensive experience in the area of finance, while Mr.

9  Neville is an attorney with prior experience in PSLRA cases. Together, we will provide the Class with

10  a broad base of experience that will protect and advance the interests of the Class.

11      I attest only to the statements above to which I have personal knowledge and declare under

12  penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

13

14

15  April ___, 2008

J. Virgil Moon
Cobb County Government Employees' Pension Plan

16

17

18  April ___, 2008

Edmund Wall
DeKalb County Pension Plan

19

20  April ___, 2008

21

George Neville
Special Assistant Attorney General, State of Mississippi
For Mississippi Public Employees' Retirement System

22

23

24

25

26

27

28