BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
TIMOTHY A. DELANGE   (Bar No. 190768)
TAKEO A. KELLAR   (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
takeok@blbglaw.com

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
(To Be Admitted *Pro Hac Vice*)
JAMES M. WILSON, JR.
(To Be Admitted *Pro Hac Vice*)
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:   (404) 873-3900
Fax:   (404) 876-4476
mchitwood@chitwoodlaw.com
jwilson@chitwoodlaw.com
          -and-
GREGORY E. KELLER
(To Be Admitted *Pro Hac Vice*)
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Tel:   (516) 773-6090
Fax:   (404) 876-4476
gkeller@chitwoodlaw.com

*Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER<br><br>Defendants. | Case No. C-08-00832-PVT<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOTION BY THE COBB COUNTY GOVERNMENT EMPLOYEES' PENSION PLAN, THE DEKALB COUNTY PENSION PLAN AND THE MISSISSIPPI PUBLIC EMPLOYEES RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL<br><br>Date:            May 13, 2008<br>Time:            10:00 A.M.<br>Courtroom:   5, 4th Floor<br>Judge:           Hon. Patricia V. Trumbull |

This Court, having considered the Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System's (collectively, the "Public Funds Group") Motion for Appointment as Lead Plaintiffs and for Approval of Lead Plaintiffs' Selection of Co-Lead Counsel, the memorandum of law submitted in support thereof, and the Declaration of Blair A. Nicholas, Esq. submitted in support thereof, hereby orders as follows:

1. Pursuant to section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "1934 Act"), 15 U.S.C. § 78u-4(a)(3)(B), the Public Funds Group is selected as Lead Plaintiffs for the Class.

2. Lead Plaintiffs' selection of counsel is approved: pursuant to section 21(D)(a)(3)(B)(V) of the 1934 Act, 15 U.S.C. § 78u-4(a)(3)(B)(V), the law firms Chitwood Harley Harnes LLP and Bernstein Litowitz Berger & Grossmann LLP are appointed as Co-Lead Counsel in the action.

**IT IS SO ORDERED**.

DATED: _____

HON. PATRICIA V. TRUMBULL
UNITED STATES DISTRICT MAGISTRATE JUDGE