| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER<br>   & GROSSMANN LLP<br>BLAIR A. NICHOLAS (Bar No. 178428)<br>TIMOTHY A. DELANGE (Bar No. 190768)<br>TAKEO A. KELLAR (Bar No. 234470)<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323<br>blairn@blbglaw.com<br>timothyd@blbglaw.com<br>takeok@blbglaw.com | CHITWOOD HARLEY HARNES LLP<br>MARTIN D. CHITWOOD<br>(To Be Admitted *Pro Hac Vice*)<br>JAMES M. WILSON, JR.<br>(To Be Admitted *Pro Hac Vice*)<br>2300 Promenade II<br>1230 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Tel: (404) 873-3900<br>Fax: (404) 876-4476<br>mchitwood@chitwoodlaw.com<br>jwilson@chitwoodlaw.com<br>    -and-<br>GREGORY E. KELLER<br>(To Be Admitted *Pro Hac Vice*)<br>11 Grace Avenue, Suite 306<br>Great Neck, New York 11021<br>Tel: (516) 773-6090<br>Fax: (404) 876-4476<br>gkeller@chitwoodlaw.com |

*Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>   v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER<br><br>           Defendants. | Case No. C-08-00832-PVT<br><br><u>CLASS ACTION</u><br><br>MISSISSIPPI PUBLIC EMPLOYEES RETIREMENT SYSTEM'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16<br><br>Date: May 13, 2008<br>Time: 10:00 A.M.<br>Courtroom: 5, 4th Floor<br>Judge: Hon. Patricia V. Trumbull |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, the Mississippi Public Employees Retirement System is not aware of any persons, associations of persons, firms, partnerships, corporations, or other entities to have either (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding, or there is no such interest to report; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: April 7, 2008                    Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

   /s/ *Blair A. Nicholas*
   BLAIR A. NICHOLAS

BLAIR A. NICHOLAS
TIMOTHY A. DELANGE
TAKEO A. KELLAR
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
JAMES M. WILSON, JR.
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:    (404) 873-3900
Fax:    (404) 876-4476
mchitwood@chitwoodlaw.com
jwilson@chitwoodlaw.com
        -and-
GREGORY E. KELLER
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Tel:    (516) 773-6090
Fax:    (404) 876-4476
gkeller@chitwoodlaw.com

*Proposed Co-Lead Counsel and Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*

---

MISSISSIPPI PUBLIC EMPLOYEES RETIREMENT SYSTEM'S  CERTIFICATION OF
INTERESTED ENTITIES                                                                                                                        -1-
CASE NO. C-08-00832-PVT

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, the Mississippi Public Employees Retirement System is not aware of any persons, associations of persons, firms, partnerships, corporations, or other entities to have either (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding, or there is no such interest to report; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: April 7, 2008                    Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

   /s/ *Blair A. Nicholas*
   BLAIR A. NICHOLAS

BLAIR A. NICHOLAS
TIMOTHY A. DELANGE
TAKEO A. KELLAR
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
JAMES M. WILSON, JR.
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:    (404) 873-3900
Fax:    (404) 876-4476
mchitwood@chitwoodlaw.com
jwilson@chitwoodlaw.com
        -and-
GREGORY E. KELLER
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Tel:    (516) 773-6090
Fax:    (404) 876-4476
gkeller@chitwoodlaw.com

*Proposed Co-Lead Counsel and Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*