BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
TIMOTHY A. DELANGE (Bar No. 190768)
TAKEO A. KELLAR (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
takeok@blbglaw.com

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
(To Be Admitted *Pro Hac Vice*)
JAMES M. WILSON, JR.
(To Be Admitted *Pro Hac Vice*)
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 873-3900
Fax: (404) 876-4476
mchitwood@chitwoodlaw.com
jwilson@chitwoodlaw.com
-and-
GREGORY E. KELLER
(To Be Admitted *Pro Hac Vice*)
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Tel: (516) 773-6090
Fax: (404) 876-4476
gkeller@chitwoodlaw.com

*Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER<br><br>Defendants. | CIVIL ACTION NO. C-08-00832-PVT<br><br>CERTIFICATE OF TIMOTHY A. DELANGE PURSUANT TO LOCAL RULE 3-7(d)<br><br>Date: May 13, 2008<br>Time: 10:00 a.m.<br>Courtroom: 5, 4th Floor<br>Judge: Hon. Patricia V. Trumbull |

Pursuant to Northern District Local Rule 3-7(d), I, Timothy A. Delange, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 7th day of April, 2008 at San Diego, California.

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

TIMOTHY A. DELANGE

BLAIR A. NICHOLAS
TIMOTHY A. DELANGE
TAKEO A. KELLAR
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*