| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER<br>   & GROSSMANN LLP<br>BLAIR A. NICHOLAS   (Bar No. 178428)<br>TIMOTHY A. DELANGE   (Bar No. 190768)<br>TAKEO A. KELLAR   (Bar No. 234470)<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:   (858) 793-0070<br>Fax:   (858) 793-0323<br>blairn@blbglaw.com<br>timothyd@blbglaw.com<br>takeok@blbglaw.com | CHITWOOD HARLEY HARNES LLP<br>MARTIN D. CHITWOOD<br>(To Be Admitted *Pro Hac Vice*)<br>JAMES M. WILSON, JR.<br>(To Be Admitted *Pro Hac Vice*)<br>2300 Promenade II<br>1230 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Tel:   (404) 873-3900<br>Fax:   (404) 876-4476<br>mchitwood@chitwoodlaw.com<br>jwilson@chitwoodlaw.com<br>      -and-<br>GREGORY E. KELLER<br>(To Be Admitted *Pro Hac Vice*)<br>11 Grace Avenue, Suite 306<br>Great Neck, New York  11021<br>Tel:   (516) 773-6090<br>Fax:   (404) 876-4476<br>gkeller@chitwoodlaw.com |

*Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER<br><br>           Defendants. | CIVIL ACTION NO. C-08-00832-PVT<br><br>CERTIFICATE OF TAKEO A. KELLAR PURSUANT TO LOCAL RULE 3-7(d)<br><br>Date:        May 13, 2008<br>Time:       10:00 a.m.<br>Courtroom:  5, 4th Floor<br>Judge:      Hon. Patricia V. Trumbull |

Pursuant to Northern District Local Rule 3-7(d), I, Takeo A. Kellar, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 7th day of April, 2008 at San Diego, California.

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP


_____
TAKEO A. KELLAR

BLAIR A. NICHOLAS
TIMOTHY A. DELANGE
TAKEO A. KELLAR
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323

*Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*

CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)                                                                              -1-
CIVIL ACTION NO. C-08-00832-PVT