| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>BLAIR A. NICHOLAS (Bar No. 178428)<br>TIMOTHY A. DELANGE (Bar No. 190768)<br>TAKEO A. KELLAR (Bar No. 234470)<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323<br>blairn@blbglaw.com<br>timothyd@blbglaw.com<br>takeok@blbglaw.com | CHITWOOD HARLEY HARNES LLP<br>MARTIN D. CHITWOOD<br>(To Be Admitted *Pro Hac Vice*)<br>JAMES M. WILSON, JR.<br>(To Be Admitted *Pro Hac Vice*)<br>2300 Promenade II<br>1230 Peachtree Street, NE<br>Atlanta, Georgia 30309<br>Tel: (404) 873-3900<br>Fax: (404) 876-4476<br>mchitwood@chitwoodlaw.com<br>jwilson@chitwoodlaw.com<br>-and-<br>GREGORY E. KELLER<br>(To Be Admitted *Pro Hac Vice*)<br>11 Grace Avenue, Suite 306<br>Great Neck, New York 11021<br>Tel: (516) 773-6090<br>Fax: (404) 876-4476<br>gkeller@chitwoodlaw.com |

*Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER<br><br>    Defendants. | CASE NO. C-08-00832-PVT<br><br>CLASS ACTION<br><br>CERTIFICATE OF MARTIN D. CHITWOOD PURSUANT TO LOCAL RULE 3-7(d)<br><br>Date:     May 13, 2008<br>Time:    10:00 a.m.<br>Courtroom:  5, 4th Floor<br>Judge:    Hon. Patricia V. Trumbull |

Pursuant to Northern District Local Rule 3-7(d), I, Martin D. Chitwood, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 7th day of April, 2008 at Atlanta, Georgia.

CHITWOOD HARLEY HARNES LLP

/s/ Martin D. Chitwood
MARTIN D. CHITWOOD

MARTIN D. CHITWOOD
JAMES M. WILSON, JR.
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:   (404) 873-3900
Fax:  (404) 876-4476

*Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*