BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
TIMOTHY A. DELANGE (Bar No. 190768)
TAKEO A. KELLAR (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
takeok@blbglaw.com

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
(To Be Admitted *Pro Hac Vice*)
JAMES M. WILSON, JR.
(To Be Admitted *Pro Hac Vice*)
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 873-3900
Fax: (404) 876-4476
mchitwood@chitwoodlaw.com
jwilson@chitwoodlaw.com
        -and-
GREGORY E. KELLER
(To Be Admitted *Pro Hac Vice*)
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Tel: (516) 773-6090
Fax: (404) 876-4476
gkeller@chitwoodlaw.com

*Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER<br><br>Defendants. | Case No. C-08-00832-PVT<br><br>CLASS ACTION<br><br>DECLARATION OF SERVICE<br><br>Date: May 13, 2008<br>Time: 10:00 A.M.<br>Courtroom: 5, 4th Floor<br>Judge: Hon. Patricia V. Trumbull |

# DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on April 7, 2008, declarant caused to be served the following documents:

- NOTICE OF MOTION BY THE COBB COUNTY GOVERNMENT EMPLOYEES' PENSION PLAN, THE DEKALB COUNTY PENSION PLAN AND THE MISSISSIPPI PUBLIC EMPLOYEES RETIREMENT SYSTEM FOR APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL;

- MEMORANDUM OF LAW IN SUPPORT OF MOTION BY THE COBB COUNTY GOVERNMENT EMPLOYEES' PENSION PLAN, THE DEKALB COUNTY PENSION PLAN AND THE MISSISSIPPI PUBLIC EMPLOYEES RETIREMENT SYSTEM FOR APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL;

- DECLARATION OF BLAIR A. NICHOLAS IN SUPPORT OF MOTION BY THE COBB COUNTY GOVERNMENT EMPLOYEES' PENSION PLAN, THE DEKALB COUNTY PENSION PLAN AND THE MISSISSIPPI PUBLIC EMPLOYEES RETIREMENT SYSTEM FOR APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL;

- COBB COUNTY GOVERNMENT EMPLOYEES' PENSION PLAN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16;

- DEKALB COUNTRY PENSION PLAN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16;

- MISSISSIPPI PUBLIC EMPLOYEES RETIREMENT SYSTEM'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16;

- CERTIFICATE OF BLAIR A. NICHOLAS PURSUANT TO LOCAL RULE 3-7(d)

- CERTIFICATE OF TIMOTHY A. DeLANGE PURSUANT TO LOCAL RULE 3-7(d)

- CERTIFICATE OF TAKEO A. KELLAR PURSUANT TO LOCAL RULE 3-7(d);

- CERTIFICATE OF MARTIN D. CHITWOOD PURSUANT TO LOCAL RULE 3-7(d);

- CERTIFICATE OF JAMES M. WILSON, JR. PURSUANT TO LOCAL RULE 3-7(d);

- CERTIFICATE OF GREGORY E. KELLER PURSUANT TO LOCAL RULE 3-7(d);

- [PROPOSED] ORDER GRANTING MOTION BY THE COBB COUNTY GOVERNMENT EMPLOYEES' PENSION PLAN, THE DEKALB COUNTY PENSION PLAN AND THE MISSISSIPPI PUBLIC EMPLOYEES RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL; and

- DECLARATION OF SERVICE.

by placing a true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

☐ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

X  **(BY ELECTRONIC MAIL)** Pursuant to Civil Local Rule 5.1 and F.R.C.P. 5(e) I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) and I certify that I caused such document(s) on this date to be filed electronically with the Clerk of the Court through ECF.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery (as indicated by *).

☐ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

1      3.    That there is a regular communication by mail between the place of mailing and the
2  places so addressed.

3      Executed on April 7, 2008, at San Diego, California.

                              */s/ Kristina L. Sousek*
                              KRISTINA L. SOUSEK

DECLARATION OF SERVICE    -3-
CASE NO. C-08-00832-PVT