UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY,<br><br>        Plaintiff,<br>  v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR,<br><br>        Defendants. | Case No.: C 08-00832 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

      On April 7, 2008, the International Brotherhood of Electrical Workers Local 697 Pension Fund ("IBEW"), Rick T. Burningham and the City of Philadelphia Board of Pensions and Retirement filed motions for appointment as lead plaintiff and for approval of lead counsel and liaison counsel. This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion to appoint lead counsel, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

      IT IS HEREBY ORDERED that no later than April 15, 2008, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment."

1 | Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's
2 | website at www.cand.uscourts.gov.
3 | Dated:   *April 8, 2008*

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28