1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   nlavallee@bermanesq.com
3  Lesley A. Hale (237726)
   lhale@bermanesq.com
4  **BERMAN DeVALERIO PEASE TABACCO**
   **BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA  94104
6  Telephone: (415) 433-3200
   Facsimile:  (415) 433-6382
7
8  **Proposed Local Counsel for Proposed Lead Plaintiff**
   **City of Philadelphia Board of Pensions and Retirement**
9
10                 **UNITED STATES DISTRICT COURT**
11              **NORTHERN DISTRICT OF CALIFORNIA**
12                      **SAN JOSE DIVISION**
13
14
15  ALLAN QUERY, Individually and on Behalf    )  No. C-08-00832 PVT
    of All Others Similarly Situated           )
16                                             )
                    Plaintiff,                 )  **CERTIFICATE OF COUNSEL**
17                                             )  **DOUGLAS M. RISEN**
           v.                                  )  **PURSUANT TO CIV. L.R. 3-7(d)**
18                                             )
    MAXIM INTEGRATED PRODUCTS, INC.,           )
19  JOHN F. GIFFORD and CARL W. JASPAR,        )
                                               )
20                  Defendants.                )
                                               )
21
22
23
24
25
26
27
28

[C-08-00832 PVT] CERTIFICATE OF COUNSEL DOUGLAS M. RISEN
PURSUANT TO CIV. L.R. 3-7(d)

1    Pursuant to Northern District Local Rule 3-7(d), I, Douglas M. Risen, declare as follows:

2    Exclusive of securities held through mutual funds or discretionary accounts managed by

3    professional money managers, I do not directly own or otherwise have a beneficial interest in the

4    securities that are the subject of this action.

5    I declare under penalty of perjury under the laws of the United States that the foregoing is

6    true and correct.

7    Executed this _8th_ day of April, 2008, at Philadelphia, Pennsylvania.

8

9

10    _____
                                    Douglas M. Risen

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[C-08-00832 PVT] CERTIFICATE OF COUNSEL DOUGLAS M. RISEN
PURSUANT TO CIV. L.R. 3-7(d)                                                            1