1  BERNSTEIN LITOWITZ BERGER
     & GROSSMANN LLP
2  BLAIR A. NICHOLAS  (Bar No. 178428)
   TIMOTHY A. DELANGE  (Bar No. 190768)
3  TAKEO A. KELLAR  (Bar No. 234470)
   12481 High Bluff Drive, Suite 300
4  San Diego, CA 92130
   Tel:    (858) 793-0070
5  Fax:   (858) 793-0323
   blairn@blbglaw.com
6  timothyd@blbglaw.com
   takeok@blbglaw.com

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
(To Be Admitted *Pro Hac Vice*)
JAMES M. WILSON, JR.
(To Be Admitted *Pro Hac Vice*)
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:    (404) 873-3900
Fax:   (404) 876-4476
mchitwood@chitwoodlaw.com
jwilson@chitwoodlaw.com
       -and-
GREGORY E. KELLER
(To Be Admitted *Pro Hac Vice*)
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Tel:    (516) 773-6090
Fax:   (404) 876-4476
gkeller@chitwoodlaw.com

*Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER<br><br>Defendants. | Case No. C-08-00832-PVT<br><br>CLASS ACTION<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge:       Hon. Patricia V. Trumbull |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), Proposed Lead Plaintiffs the Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 9, 2008

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

　　/s/ *Timothy A. DeLange*
　　TIMOTHY A. DELANGE

BLAIR A. NICHOLAS
TIMOTHY A. DELANGE
TAKEO A. KELLAR
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:　(858) 793-0070
Fax:　(858) 793-0323

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
JAMES M. WILSON, JR.
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:　(404) 873-3900
Fax:　(404) 876-4476
mchitwood@chitwoodlaw.com
jwilson@chitwoodlaw.com
　　-and-
GREGORY E. KELLER
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Tel:　(516) 773-6090
Fax:　(404) 876-4476
gkeller@chitwoodlaw.com

*Proposed Co-Lead Counsel and Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*