IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN QUERY, | CASE NO.: 08-00832 PVT |
| VS. | **CLERK'S NOTICE OF CONTINUANCE OF MOTION** |
| MAXIM INTEGRATED PRODUCTS, INC. ET. AL., | |

PLEASE TAKE NOTICE that **the MOTION BY CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL,** previously set for May 27, 2008 before Magistrate Patricia V. Trumbull has been **Rescheduled to May 13, 2008 at 10:00 a.m.** The parties are to appear before the Magistrate Judge Patricia V. Trumbull in courtroom #5, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: April 10, 2008

BY: /s/ Corinne Lew
      Corinne Lew