JEFF S. WESTERMAN (SBN 94559)
ELIZABETH P. LIN (SBN 174663)
MILBERG LLP
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
E-mail: jwesterman@milberg.com
   elin@milberg.com

ANITA KARTALOPOULOS
ANNE MARIE VU (SBN 238771)
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
E-mail: akartalopoulos@milberg.com
   avu@milberg.com

Counsel for the Proposed Lead Plaintiff

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Other Similarly Situated,<br><br>                     Plaintiff,<br><br>  vs.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR,<br><br>      Defendants. | CIVIL ACTION NO.: C 08-00832-PVT<br><br><u>CLASS ACTION</u><br><br>THE NEW JERSEY INSTITUTIONAL INVESTOR GROUP'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE<br><br>CTRM:    5<br>JUDGE:   Hon. Patricia V. Trumbull |

THE NEW JERSEY INSTITUTIONAL INVESTOR GROUP'S CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE - Civil Action No.: C 08-00832-PVT

DOCS\432192v1

In accordance with the provisions of Title 28, U.S.C. Section 63 6(c), the New Jersey Building Laborers Pension Fund and the New Jersey Carpenters Annuity Fund (the "NJ Institutional Investors Group" or "Proposed Lead Plaintiff"), hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: April 11, 2008

MILBERG LLP
JEFF S. WESTERMAN
ELIZABETH P. LIN

*/s/ Jeff S. Westerman*
JEFF S. WESTERMAN
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
E-mail: jwesterman@milberg.com
   elin@milberg.com

MILBERG LLP
ANITA KARTALOPOULOS
ANNE MARIE VU
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
E-mail: akartalopoulos@milberg.com
   avu@milberg.com

KROLL HEINEMAN, LLP
ALBERT G. KROLL
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Telephone: (732) 491-2100
Facsimile: (732) 491-2120
E-mail: akroll@krollfirm.com

Counsel for the Proposed Lead Plaintiff

THE NEW JERSEY INSTITUTIONAL INVESTOR GROUP'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE - Civil Action No.: C 08-00832-PVT

- 1 -

DOCS\432192v1

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071.

2. That on April 11, 2008, declarant served THE NEW JERSEY INSTITUTIONAL INVESTOR GROUP'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of April, 2008, at Los Angeles, California.

_____
ANN MARIE GENOVESE

THE NEW JERSEY INSTITUTIONAL INVESTOR GROUP'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE - Civil Action No.: C 08-00832-PVT | - 2 -

DOCS\432192v1

*Maxim Integrated Products, Inc.*
**SERVICE LIST**

| | |
|---|---|
| Jeff S. Westerman<br>Elizabeth P. Lin<br>**MILBERG LLP**<br>300 South Grand Ave., Suite 3900<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975<br>Email: jwesterman@milberg.com<br>elin@milberg.com | Anita Kartalopoulos<br>Anne Marie Vu<br>**MILBERG LLP**<br>One Pennsylvania Plaza, 49th Floor<br>New York, NY 10119<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229<br>Email: akartalopoulos@milberg.com<br>avu@milberg.com |
| Albert G. Kroll<br>**KROLL HEINMAN, LLC**<br>Metro Corporate Campus I<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ 08830<br>Telephone: (732) 491-2100<br>Facsimile: (732) 491-2120<br>Email: akroll@krollfirm.com | Lionel Z. Glancy<br>Peter A. Binkow<br>**GLANCY BINKOW & GOLDBERG LLP**<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>Email: info@glancylaw.com |
| Laurence Rosen<br>Phillip Kim<br>**THE ROSEN LAW FIRM, P.A.**<br>350 Fifth Avenue, Suite 5508<br>New York, NY 10118<br>Telephone: (212) 686-1060<br>Facsimile: (212) 202-3827<br>Email: lrosen@rosenlegal.com<br>pkim@rosenlegal.com | Blair A. Nicholas<br>Timothy A. Delange<br>Takeo A. Kellar<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Telephone: (858) 793-0070<br>Facsimile: (858) 793-0323<br>Email: blairn@blbglaw.com<br>timothyd@blbglaw.com<br>takeok@blbglaw.com |

THE NEW JERSEY INSTITUTIONAL INVESTOR GROUP'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE - Civil Action No.: C 08-00832-PVT

DOCS\432192v1

- 3 -

| | |
|---|---|
| Martin D. Chitwood<br>James L. Wilson, Jr.<br>**CHITWOOD HARLEY HARNES LLP**<br>2300 Promenade II<br>1230 Peachtree Street, N.E.<br>Atlanta, GA  30309<br>Telephone: (404) 873-3900<br>Facsimile: (404) 876-4476<br>Email: mchitwood@chitwoodlaw.com<br>           jwilson@chitwoodlaw.com | Gregory E. Keller<br>**CHITWOOD HARLEY HARNES LLP**<br>11 Grace Avenue, Suite 306<br>Great Neck, NY  11021<br>Telephone: (516) 773-6090<br>Facsimile: (404) 876-4476<br>Email: gkeller@chitwoodlaw.com |
| Joseph J. Tabacco, Jr.<br>Lesley Ann Hale<br>**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**<br>425 California Street, Suite 2100<br>San Francisco, CA  94101-2205<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br>Email: jtabacco@bermanesq.com<br>           lhale@bermanesq.com | Sherrie R. Savett<br>Douglas M. Risen<br>**BERGER & MONTAGUE, P.C.**<br>1622 Locust Street<br>Philadelphia, PA  19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>Email: ssavett@bm.com<br>           drisen@bm.com |
| Kenneth I. Trujillo<br>Ira Neil Richards<br>Kathryn C. Harr<br>**TRUJILLO RODRIGUEZ & RICHARDS, LLC**<br>1717 Arch Street, Suite 3838<br>Philadelphia, PA  19103<br>Telephone: (215) 731-9004<br>Facsimile: (215) 731-9044<br>Email: kitrujillo@trrlaw.com<br>           ira@trrlaw.com<br>           kharr@trrlaw.com | Blake M. Harper<br>**HULETT HARPER STEWART LLP**<br>550 West C Street, Suite 1600<br>San Diego, CA  92101<br>Telephone: (619) 338-1133<br>Facsimile: (619) 338-7739<br>Email: bmh@hulettharper.com |

THE NEW JERSEY INSTITUTIONAL INVESTOR GROUP'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE - Civil Action No.: C 08-00832-PVT                    - 4 -

DOCS\432192v1

| | |
|---|---|
| Robert M. Kornreich<br>Patricia I. Avery<br>Chet B. Waldman<br>Anthony D. Green<br>**WOLF POPPER LLP**<br>845 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 759-4600<br>Facsimile: (212) 486-2093<br>Email: rkornreich@wolfpopper.com<br>      pavery@wolfpopper.com<br>      cwaldman@wolfpopper.com<br>      agreen@wolfpopper.com | Carlos Lopez<br>**LLOVET ZURINAGA & LOPEZ PSC**<br>Mercantil Plaza Building, PH1616<br>2 Ponce de Leon Ave.<br>San Juan, PR 00918<br>Telephone: (787) 250-1979<br>Facsimile: (787) 250-8432<br>Email: clopez@llovetlopez.com |
| Paul R. Kiesel<br>**KIESEL BOUCHER LARSON LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211-2910<br>Telephone: (310) 854-4444<br>Facsimile: (310) 854-0812<br>Email: Kiesel@kbla.com | Paul O. Paradis<br>Michael A. Schwartz<br>Gina M. Tufaro<br>**HORWITZ, HORWITZ & PARADIS**<br>28 West 44th Street, 16th Floor<br>New York, NY 10036<br>Telephone: (212) 404-2200<br>Facsimile: (212) 404-2226<br>Email: pparadis@hhplawny.com<br>      mschwartz@hpplaw.com<br>      gtufaro@hpplaw.com |
| Jordan L. Lurie<br>Leigh A. Parker<br>**WEISS & LURIE**<br>10940 Wilshire Boulevard, 23rd Floor<br>Los Angeles, CA 90024<br>Telephone: (310) 208-2800<br>Facsimile: (310) 209-2348<br>Email: jlurie@weisslurie.com<br>      lparker@weisslurie.com | Joseph H. Weiss<br>**WEISS & LURIE**<br>551 Fifth Avenue<br>New York, NY 10176<br>Telephone: (212) 682-3025<br>Facsimile: (212) 682-3010<br>Email: jweiss@weisslurie.com |
| Timothy J. Burke<br>**STULL, STULL & BRODY**<br>10940 Wilshire Boulevard, Suite 2300<br>Los Angeles, CA 90024<br>Telephone: (310) 209-2468<br>Facsimile: (310) 209-2087<br>Email: service@ssbla.com | Jules Brody<br>Aaron L. Brody<br>**STULL, STULL & BRODY**<br>6 East 45th Street<br>New York, NY 10017<br>Telephone: (212) 687-7230<br>Facsimile: (212) 490-2022<br>Email: SSBNY@aol.com |

THE NEW JERSEY INSTITUTIONAL INVESTOR GROUP'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE - Civil Action No.: C 08-00832-PVT    - 5 -

DOCS\432192v1

***Defendants:***

| | |
|---|---|
| **MAXIM INTEGRATED PRODUCTS, INC.** | John F. Gifford |
| Attention: Legal Department | Carl W. Jaspar |
| 120 San Gabriel Drive | **C/O MAXIM INTEGRATED PRODUCTS, INC.** |
| Sunnyvale, CA 94086 | Attention: Legal Department |
| Telephone: (408) 737-7600 | 120 San Gabriel Drive |
| Facsimile: (408) 737-7194 | Sunnyvale, CA 94086 |
| | Telephone: (408) 737-7600 |
| | Facsimile: (408) 737-7194 |

THE NEW JERSEY INSTITUTIONAL INVESTOR GROUP'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE - Civil Action No.: C 08-00832-PVT    - 6 -

DOCS\432192v1