Lionel Z. Glancy (SBN #134180)
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

[Proposed] Liaison Counsel for Plaintiffs

Laurence M. Rosen (SBN # 219683)
Phillip Kim
**THE ROSEN LAW FIRM, P.A.**
350 5th Avenue, Suite 5508
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN QUERY, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL JASPER,<br><br>            Defendants. | No. C08-00832-PVT<br><br>**THE MAXIM INVESTORS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>Hon. Patricia V. Trumbull |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), William Weiler, John Chu, and Richard Bauman (collectively, "Maxim Investors") hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken

directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 14, 2008                Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**


By: */s/ Michael Goldberg*
    Michael Goldberg
Lionel Z. Glancy
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160

*[Proposed] Liaison Counsel for Plaintiffs*

Laurence M. Rosen (SBN # 219683)
Phillip Kim
**THE ROSEN LAW FIRM, P.A.**
350 5th Avenue, Suite 5508
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

*Counsel for Plaintiffs Maxim Investors
and [Proposed] Lead Counsel*