Lionel Z. Glancy (SBN #134180)
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

[Proposed] Liaison Counsel for Plaintiffs

Laurence M. Rosen (SBN # 219683)
Phillip Kim
**THE ROSEN LAW FIRM, P.A.**
350 5th Avenue, Suite 5508
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN QUERY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL JASPER,<br><br>Defendants. | No. C08-00832-PVT<br><br>**CERTIFICATE OF SERVICE**<br><br>Hon. Patricia V. Trumbull |

No. C08-00832-

**PROOF OF SERVICE BY ELECTRONIC POSTING**
**PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND**
**ECF GENERAL ORDER NO. 45**
**AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On April 14, 2008, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

**1**  **THE MAXIM INVESTORS' CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

**SEE SERVICE LIST**

Executed on April 14, 2008, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*S/Zabella Moore*
Zabella Moore

## SERVICE LIST

### Electronically To All ECF-Registered Entities

Patricia I. Avery    pavery@wolfpopper.com

Peter Arthur Binkow    info@glancylaw.com, pbinkow@glancylaw.com

Timothy J. Burke    service@ssbla.com

Martin D. Chitwood    MChitwood@chitwoodlaw.com

Timothy Alan DeLange    kristinas@blbglaw.com, timothyd@blbglaw.com

Lionel Z. Glancy    info@glancylaw.com

Michael M. Goldberg    info@glancylaw.com

Lesley Ann Hale    lhale@bermanesq.com

Blake M. Harper    office@hulettharper.com, Bmh@hulettharper.com

Takeo Austin Kellar    takeok@blbglaw.com

Gregory E. Keller    gkeller@chitwoodlaw.com

Paul R. Kiesel    Kiesel@kbla.com, cgarcia@kbla.com

Phillip P Kim    pkim@rosenlegal.com

Nicole Catherine Lavallee    nlavallee@bermanesq.com, ysoboleva@bermanesq.com

Elizabeth Pei Lin    elin@milberg.com, crosete@milbergweiss.com, lbodenstein@milbergweiss.com, schang@milbergweiss.com

Jordan Laurence Lurie    info@wllawca.com

Blair Allen Nicholas    blairn@blbglaw.com, kristinas@blbglaw.com

Leigh Anne Parker    &nb sp info@wllawca.com, lparker@weisslurie.com

Laurence M. Rosen    lrosen@rosenlegal.com, larry.rosen@earthlink.net

Chet Barry Waldman    CWaldman@wolfpopper.com

Jeff S. Westerman    jwesterman@milberg.com, crosete@milberg.com, lbodenstein@milberg.com, schang@milberg.com

James M. Wilson    JWilson@chiwoodlaw.com

**By US Mail To All Known Non-ECF-Registered Entities**

LIST NON-REGISTERED PARTIES

Aaron L. Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017

Anthony D Green
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

Anita Kartalopoulos
Milberg LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

Robert M. Kornreich
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

Carlos Lopez
Llovet Zurinaga & Lopez PSC
Mercantil Plaza Building
PH1616
2 Ponce D Leon Avenue
San Juan, PR 00918

Joseph J. Tobacco , Jr
Berman DeValerio Pease Tabacco Burt & Pucillo
425 California St
Ste 2100
San Francisco, CA 94104

Annie Marie Vu
Milberg LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

Joseph H. Weiss
Weiss & Lurie
551 Fifth Avenue
Suite 1600
New York, NY 10176