Timothy J. Burke (181866)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:     (310) 209-2468
Fax:    (310) 209-2087

Jules Brody
Aaron L. Brody
SSBNY@aol.com
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:     (212) 687-7230
Fax:    (212) 490-2022

Proposed Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR,<br><br>              Defendants. | CASE NO. C08-00832 PVT<br><br>**CLASS ACTION**<br><br>**MOVANT RICK T. BURNINGHAM'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

1    In accordance with the provisions of Title 28, U.S.C. Section 636(c), movant Rick T. Burningham hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 15, 2008

Timothy J. Burke
STULL, STULL & BRODY

By:    /s/
Timothy J. Burke
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel:   (310) 209-2468
Fax:   (310) 209-2087

Jules Brody
Aaron L. Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:   (212) 687-7230
Fax:   (212) 490-2022

Proposed Lead Counsel for Plaintiffs

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA         )
                             )ss.:
COUNTY OF LOS ANGELES       )

      I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 10940 Wilshire Boulevard, Suite 2300, Los Angeles, CA 90024.

      On April 15, 2008, I served the document(s) described as **MOVANT RICK T. BURNINGHAM'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

I served the above document(s) as follows:

      BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

      I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      Executed on April 15, 2008, at Los Angeles, California 90024.

| | |
|---|---|
| <u>MELANIE JACOBS</u> | <u>  /s/  </u> |
| Type or Print Name | Signature |

**RICK T. BURNINGHAM'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
**CASE NO. C08-00832 PVT**                                        Z:\STULL\MAXIM\PLD\Magistrate Consent.wpd

| | |
|---|---|
| | **SERVICE LIST** |

| | |
|---|---|
| Jules Brody | Anita Kartalopoulos |
| Aaron L. Brody | Anne Marie vu |
| STULL, STULL & BRODY | MILBERG LLP |
| 6 East 45th Street | One Pennsylvania Plaza, 49th Floor |
| New York, NY 10017 | New York, NY 10119 |
| Tel:   (212) 687-7230 | Tel:   (212) 594-5300 |
| Fax:  (212) 490-2022 | Fax:  (212) 868-1229 |
| | |
| Robert M. Kornreich | Albert G. Kroll |
| Patricia I. Avery | KROLL HEINEMAN, LLP |
| Chet B. Waldman | Metro Corporate Campus I |
| Anthony D. Green | 99 Wood Avenue South, Suite 307 |
| WOLF POPPER LLP | Iselin, NJ  08830 |
| 845 Third Avenue | Tel:   (732) 491-2100 |
| New York, New York 10022 | Fax:  (732) 491-2120 |
| Tel:   (212) 759-4600 | |
| Fax:  (212) 486-2093 | Martin D. Chitwood |
| | James M. Wilson, Jr. |
| Carlos Lopez | CHITWOOD HARLEY HARNES LLP |
| LLOVET ZURINAGA & LOPEZ PSC | 2300 Promenade II |
| Mercantil Plaza Building, PH1616 | 1230 Peachtree Street, N.E. |
| 2 Ponce de Leon Ave. | Atlanta, GA  30309 |
| San Juan, PR 00918 | Tel:   (404) 873-3900 |
| Tel:   (787) 250-1979 | Fax:  (404) 876-4476 |
| Fax:  (787) 250-8432 | |
| | Gregory E. Keller |
| Sherrie R. Savett | CHITWOOD HARLEY HARNES LLP |
| Douglas M. Risen | 11 Grace Avenue, Suite 306 |
| BERGER & MONTAGUE, P.C. | Great Neck, NY  11021 |
| 1622 Locust Street | Tel:   (516) 773-6090 |
| Philadelphia, PA 19103 | Fax:  (404) 876-4476 |
| Tel:   (215) 875-3000 | |
| Fax:  (215) 875-4604 | |
| | |
| Kenneth I. Trujillo | |
| Ira Neil Richards | |
| Kathryn C. Harr | |
| TRUJILLO RODRIGUEZ & RICHARDS, LLC | |
| 1717 Arch Street, Suite 3838 | |
| Philadelphia, PA 19103 | |
| Tel:   (215) 731-9004 | |
| Fax:  (215) 731-9044 | |
| | |
| Laurence M. Rosen | |
| Phillip Kim | |
| THE ROSEN LAW FIRM, P.A. | |
| 350 Fifth Avenue, Suite 5508 | |
| New York, NY  10118 | |
| Tel:   (212) 686-1060 | |
| Fax:  (212) 202-3827 | |

3

**RICK T. BURNINGHAM'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
**CASE NO. C08-00832 PVT**                                                  Z:\STULL\MAXIM\PLD\Magistrate Consent.wpd