1  Jordan L. Lurie  (130013)
   Leigh A. Parker (170565)
2  **WEISS & LURIE**
   10940 Wilshire Boulevard, 23rd Floor
3  Los Angeles, CA 90024
   Tel:   (310) 208-2800
4  Fax:   (310) 209-2348
   jlurie@weisslurie.com
5  lparker@weisslurie.com

6  Attorneys for BG Capital Fund
   and [Proposed] Lead Counsel for Plaintiffs
7  Additional Counsel Listed on Signature Page

8

9

10 **UNITED STATES DISTRICT COURT**

11 **NORTHERN DISTRICT OF CALIFORNIA**

12 **SAN JOSE DIVISION**

13

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. C08-00832-PVT |
| | <u>CLASS ACTION</u> |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR, | |
| Defendants. | Judge: Hon. Patricia V. Trumbull |

1  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

2        In accordance with the provisions of Title 28, U.S.C. Section 636(c), Proposed

3  Lead Plaintiff BG Capital Fund hereby voluntarily consents to have a United States

4  Magistrate Judge conduct any and all further proceedings in this case, including trial,

5  and order the entry of a final judgment.  Appeal from the judgment shall be taken

6  directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 15, 2008                Respectfully submitted,

                                          Jordan L. Lurie
                                          Leigh A. Parker
                                          **WEISS & LURIE**

                         By:    /s/ - Leigh A. Parker
                                          10940 Wilshire Boulevard, 23rd Floor
                                          Los Angeles, CA 90024
                                          Tel:   (310) 208-2800
                                          Fax:  (310) 209-2348
                                            -and-
                                            Joseph H. Weiss
                                            551 Fifth Avenue
                                            New York, NY 10176
                                            Tel:   (212) 682-3025
                                            Fax:  (212) 682-3010
                                            jweiss@weisslurie.com

                                            Attorneys for BG Capital Fund
                                            and [Proposed] Lead Counsel for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, I electronically filed the document listed below with the Clerk of the Court using the CM/ECF system which will send notification to such to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the documents listed below via first class mail to the addresses indicated on the attached Manual Notice List:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**Electronic Mail Notice List -** service by CM/ECF
The following are those who are currently on the list to receive e-mail notices for this case:

Patricia I. Avery
pavery@wolfpopper.com

Peter Arthur Binkow
pbinkow@glancylaw.com,  info@glancylaw.com

Timothy J. Burke
service@ssbla.com

Timothy Alan DeLange
kristinas@blbglaw.com, timothyd@blbglaw.com

Michael M. Goldberg
info@glancylaw.com

Lesley Ann Hale
lhale@bermanesq.com

Blake M. Harper
office@hulettharper.com, Bmh@hulettharper.com

Takeo Austin Kellar
takeo@blbglaw.com

Gregory E. Keller
gkeller@chitwoodlaw.com

Paul R. Kiesel
Kiesel@kbla.com, cgarcia@kbla.com

Pillip P. Kim
pkim@rosenlegal.com

Nicole Catherine Lavallee
nlavallee@bermanesq.com, ysoboleva@bermanesq.com

1  Elizabeth P. Lin
2  elin@milberg.com, crosete@milbergweiss.com,
   lbodenstein@milbergweiss.com, schang@milbergweiss.com

3  Jordan L. Lurie
   info@wllawca.com
4

5  Blair Allen Nicholas
   blairn@blbglaw.com

6  Leigh A. Parker
   lparker@weisslurie.com
7

8  Laurence M. Rosen
   lrosen@rosenlegal.com, larry.rosen@earthlink.com

9  Chet Barry Waldman
   CWaldman@wolfpopper.com
10

11 Jeff S. Westerman
   jwesterman@milberg.com, , crosete@milbergweiss.com,
12 lbodenstein@milbergweiss.com, schang@milbergweiss.com

13 James M. Wilson
   JWilson@chiwoodlaw.com

14

15    I declare under penalty of perjury under the laws of the United States of

16 America that the above is true and correct.  Executed this 15th day of April, 2008, at

17 Los Angeles, California.

18                                              /s/ - Leigh A. Parker
                                          Leigh A. Parker
19                                        WEISS & LURIE
                                          10940 Wilshire Boulevard, 23rd Floor
20                                        Los Angeles, CA 90024
                                          Tel:   (310) 208-2800
21                                        Fax:   (310) 209-2348
                                          lparker@weisslurie.com
22

23

24

25

26

27

28

MANUAL NOTICE LIST
*Query v. Maxim Integrated Products, Inc., et al.*
Civil Action No. C08-0083-PVT (N.D. Cal.)

**COUNSEL FOR PLAINTIFFS**

Joseph H. Weiss
**WEISS & LURIE**
551 Fifth Avenue
New York, NY 10176
Tel:   (212) 682-3025
Fax:   (212) 682-3010
jweiss@weisslurie.com

**Attorneys for BG Capital Fund and [Proposed] Lead Counsel**

Richard B. Brualdi
**THE BRUALDI LAW FIRM**
29 Broadway, Suite 2400
New York, NY 10006
Tel:   (212) 952-0602
Fax:   (212) 952-0608

Aaron L. Brody
**STULL STULL & BRODY**
6 East 45th Street
New York, NY 10017

Lewis Kahn
**KAHN GAUTHIER SWICK**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
lewis.kahn@kgscounsel.com

Brian Penny
**GOLDMAN SCARLATO & KARON, P.C.**
101 West Elm Street
Suite 360
Conshohocken, PA 19428
penny@gsk-law.com