Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Nicole Lavallee (165755)
nlavallee@bermanesq.com
Leslie A. Hale (237726)
lhale@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Proposed Local Counsel**

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR,<br><br>                    Defendants. | No. C-08-00832 PVT<br><br>**PROPOSED LEAD PLAINTIFF CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

[C-08-00832 PVT] CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT'S CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), proposed Lead Plaintiff City of Philadelphia Board of Pensions and Retirement hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this matter, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: April 15, 2008

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

/s/ Nicole Lavallee
NICOLE LAVALLEE

Joseph J. Tabacco, Jr.
Lesley A. Hale
425 California Street, Suite 2100
Telephone: (415) 433-3200
Facsimile: (415) 433-6282

**Proposed Local Counsel**

Kenneth I. Trujillo
ktrujillo@trrlaw.com
Ira Neil Richards
irichards@trrlaw.com
Kathryn C. Harr
kharr@trrlaw.com
Gary M. Goldstein
ggoldstein@trrlaw.com
**TRUJILLO RODRIGUEZ & RICHARDS LLC**
1717 Arch Street, Suite 3838
Philadelphia, PA 19103
Telephone: (215) 731-9004
Facsimile: (215) 731-9044

Sherrie R. Savett
ssavett@bm.net
Douglas M. Risen
drisen@bm.net
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

**Attorneys for Proposed Lead Plaintiff City of Philadelphia Board of Pensions and Retirement**