HULETT HARPER STEWART LLP
BLAKE MUIR HARPER, SBN: 115756
550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:    (619) 338-1133
Facsimile:    (619) 338-1139
e-mail:  bmh@hulettharper.com

WOLF POPPER LLP
ROBERT M. KORNREICH
PATRICIA I. AVERY
CHET B. WALDMAN
ANTHONY D. GREEN
845 Third Avenue
New York, NY  10022
Telephone:    (212) 759-4600
Facsimile:    (212) 486-2093
e-mail:  rkornreich@wolfpopper.com
         pavery@wolfpopper.com
         cwaldman@wolfpopper.com
         agreen@wolfpopper.com

LLOVET ZURINAGA & LOPEZ PSC
CARLOS LOPEZ
Mercantil Plaza Bldg. PH 1616
Ponce de Leon Ave. #2
San Juan 00918
Puerto Rico
Telephone:    (787) 250-1979
Facsimile:    (787) 250-8432

Counsel for Proposed Lead Plaintiff Government Employees and Judiciary Retirement System of the Commonwealth of Puerto Rico

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE**

| | |
|---|---|
| ALLAN QUERY, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD, and CARL W. JASPER<br><br>Defendants. | Case No. C 08-00832-PVT<br><br>**CLASS ACTION**<br><br>**GOVERNMENT EMPLOYEES AND JUDICIARY RETIREMENT SYSTEM OF THE COMMONWEALTH OF PUERTO RICO'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE**<br><br>JUDGE:    Honorable Patricia V. Trumbull<br>CTRM:    5, 4th Floor |

CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE; Case No. C 08-00832-PVT

In accordance with the provisions of Title 28, U.S.C. Section 63 6(c), the Government Employees and Judiciary Retirement System of the Commonwealth of Puerto Rico hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: April 16, 2008

HULETT HARPER STEWART LLP
BLAKE MUIR HARPER

　/s/ Blake Muir Harper　
BLAKE MUIR HARPER

550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:    (619) 338-1133
Facsimile:    (619) 338-1139

WOLF POPPER LLP
ROBERT M. KORNREICH
PATRICIA I. AVERY
CHET B. WALDMAN
ANTHONY D. GREEN
845 Third Avenue
New York, NY  10022
Telephone:    (212) 759-4600
Facsimile:    (212) 486-2093

Counsel for Proposed Lead Plaintiff Government Employees and Judiciary Retirement System of the Commonwealth of Puerto Rico

Of Counsel:

LLOVET ZURINAGA & LOPEZ PSC
CARLOS LOPEZ
Mercantil Plaza Bldg. PH 1616
Ponce de Leon Ave. #2
San Juan 00918
Puerto Rico
Telephone:    (787) 250-1979
Facsimile:    (787) 250-8432

1

CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE; Case No. C 08-00832-PVT