1  HULETT HARPER STEWART LLP
   BLAKE MUIR HARPER, SBN: 115756
2  550 West C Street, Suite 1600
   San Diego, CA 92101
3  Telephone:    (619) 338-1133
4  Facsimile:    (619) 338-1139
   e-mail: bmh@hulettharper.com
5

   WOLF POPPER LLP
6  ROBERT M. KORNREICH
7  PATRICIA I. AVERY
   CHET B. WALDMAN
8  ANTHONY D. GREEN                         LLOVET ZURINAGA & LOPEZ PSC
   845 Third Avenue                         CARLOS LOPEZ
9  New York, NY 10022                       Mercantil Plaza Bldg. PH 1616
   Telephone:    (212) 759-4600             Ponce de Leon Ave. #2
10 Facsimile:    (212) 486-2093             San Juan 00918
11 e-mail: rkornreich@wolfpopper.com        Puerto Rico
           pavery@wolfpopper.com            Telephone:    (787) 250-1979
12         cwaldman@wolfpopper.com          Facsimile:    (787) 250-8432
           agreen@wolfpopper.com            e-mail: clopez@llovetlopez.com
13

14 Counsel for Proposed Lead Plaintiff Government
   Employees and Judiciary Retirement System of the
15 Commonwealth of Puerto Rico

16                IN THE UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

18 ALLAN QUERY, on Behalf of Himself and  | Case No. C 08-00832-PVT
   All Others Similarly Situated,         |
19                                        | **CLASS ACTION**
20                Plaintiffs,             |
                                          | **PROOF OF SERVICE**
21 v.                                     |
                                          | JUDGE:    Honorable Patricia V. Trumbull
22 MAXIM INTEGRATED PRODUCTS, INC.,       | CTRM:     5, 4th Floor
   JOHN F. GIFFORD, and CARL W. JASPER    |
23                                        |
24                Defendants.             |

25

26

27

28

PROOF OF SERVICE; Case No. C 08-00832-PVT

**PROOF OF SERVICE**
*Allan Query v. Maxim Integrated Products, Inc.*
CASE NO.: C 08-00832-PVT

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on April 16, 2008, I served the following document(s) entitled: **GOVERNMENT EMPLOYEES AND JUDICIARY RETIREMENT SYSTEM OF THE COMMONWEALTH OF PUERTO RICO'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** and **PROOF OF SERVICE** on ALL INTERESTED PARTIES in this action:

**SEE ATTACHED SERVICE LIST**

■   **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier, pursuant to California Rules of Court, Rule 2008, to the facsimile numbers shown on the attached service list. The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008, I caused the machine to print a transmission record of the transmission.

■   **BY ELECTRONIC MAIL:** I caused transmission of a PDF copy of the foregoing document(s) this date via electronic mail, to the parties indicated on the attached service list.

■   **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's electronic filling system on all registered parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 16, 2008, at San Diego, California.

*Anita Villanueva*
ANITA VILLANUEVA

PROOF OF SERVICE; Case No. C 08-00832-PVT

**MAXIM INTEGRATED**
Case No. C 08-00832-PVT
Service List


**PARTIES SERVED VIA FACSIMILE**

Aaron L. Brody
Jules Brody
STULL STULL & BRODY
6 East 45th Street
New York, NY  10017
Telephone:     (212) 687-7230
Facsimile:     (212) 490-2022

**PARTIES SERVED VIA E-MAIL**

Joseph J. Tabacco, Jr.
BERMAN DeVALERIO PEASE TABACCO
 BURT & PUCILLO
425 California Street, Suite 2100
San Francisco, CA  94104
Telephone:     (415) 433-3200
Facsimile:     (415) 433-6382
e-mail: jtabacco@bermanesq.com

Anita Kartalopoulos
Annie Marie Vu
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
Telephone:     (212) 594-5300
Facsimile:     (212) 868-1229
e-mail: akartalopoulos@milberg.com
        avu@milberg.com

Anthony D. Green
Robert M. Kornreich
WOLF POPPER LLP
845 Third Avenue
New York, NY  10022
e-mail: agreen@wolfpopper.com
        rkornreich@wolfpopper.com

Carlos Lopez
LLOVET ZURINAGA & LOPEZ PSC
Mercantil Plaza Bldg. PH 1616
Ponce de Leon Ave. #2
San Juan 00918
Puerto Rico
Telephone:     (787) 250-1979
Facsimile:     (787) 250-8432
e-mail:  clopez@llovetlopez.com

Joseph H. Weiss
WEISS & LURIE
551 Fifth Avenue, Suite 1600
New York, NY  10176
Telephone:     (212) 682-3025
Facsimile:     (212) 682-3010
e-mail: jweiss@weisslurie.com

04/16/08