JEFF S. WESTERMAN (SBN 94559)
ELIZABETH P. LIN (SBN 174663)
MILBERG LLP
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
E-mail: jwesterman@milberg.com
   elin@milberg.com

ANITA KARTALOPOULOS
ANNE MARIE VU (SBN 238771)
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
E-mail: akartalopoulos@milberg.com
   avu@milberg.com

Counsel for the Proposed Lead Plaintiff

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Other Similarly Situated,<br><br>                  Plaintiff,<br><br>  vs.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR,<br><br>                  Defendants. | CIVIL ACTION NO.: C 08-00832-PVT<br><br>RESPONSE OF NEW JERSEY INSTITUTIONAL INVESTORS GROUP TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF<br><br>DATE:    June 10, 2008<br>TIME:    2 p.m.<br>CTRM:  5<br>JUDGE:  Hon. Patricia V. Trumbull |

RESPONSE OF NEW JERSEY INSTITUTIONAL INVESTORS GROUP TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF – Civil Action No.: C 08-00832-PVT

DOCS\432874v1

Based upon review of the papers submitted in support of the motion for appointment as lead plaintiff, it appears that the New Jersey Institutional Investors Group does not possess the largest financial interest in this litigation. However, the New Jersey Institutional Investors Group remains ready and willing to serve as a Class Representative and would be willing to serve as a Lead Plaintiff should the Court decide at any later point in this litigation that additional Lead Plaintiffs are necessary.

DATED: April 18, 2008

MILBERG LLP
JEFF S. WESTERMAN
ELIZABETH P. LIN

*/s/ Elizabeth P. Lin*
ELIZABETH P. LIN
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
E-mail: jwesterman@milberg.com
          elin@milberg.com

MILBERG LLP
ANITA KARTALOPOULOS
ANNE MARIE VU
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229
E-mail: akartalopoulos@milberg.com
          avu@milberg.com

KROLL HEINEMAN, LLP
Albert G. Kroll
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Telephone:  (732) 491-2100
Facsimile:  (732) 491-2120
E-mail:  akroll@krollfirm.com

Counsel for the Proposed Lead Plaintiff

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071.

2. That on April 18, 2008, declarant served the RESPONSE OF NEW JERSEY INSTITUTIONAL INVESTORS GROUP TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of April, 2008, at Los Angeles, California.

_____
Ann Marie Genovese

# SERVICE LIST

| | |
|---|---|
| Jeff S. Westerman<br>Elizabeth P. Lin<br>**MILBERG LLP**<br>300 South Grand Ave., Suite 3900<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975<br>Email: jwesterman@milberg.com<br>        elin@milberg.com | Anita Kartalopoulos<br>Anne Marie Vu<br>**MILBERG LLP**<br>One Pennsylvania Plaza, 49th Floor<br>New York, NY 10119<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229<br>Email: akartalopoulos@milberg.com<br>        avu@milberg.com |
| Albert G. Kroll<br>**KROLL HEINMAN, LLC**<br>Metro Corporate Campus I<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ 08830<br>Telephone: (732) 491-2100<br>Facsimile: (732) 491-2120<br>Email: akroll@krollfirm.com | Lionel Z. Glancy<br>Peter A. Binkow<br>**GLANCY BINKOW & GOLDBERG LLP**<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>Email: info@glancylaw.com |
| Laurence Rosen<br>Phillip Kim<br>**THE ROSEN LAW FIRM, P.A.**<br>350 Fifth Avenue, Suite 5508<br>New York, NY 10118<br>Telephone: (212) 686-1060<br>Facsimile: (212) 202-3827<br>Email: lrosen@rosenlegal.com<br>        pkim@rosenlegal.com | Blair A. Nicholas<br>Timothy A. Delange<br>Takeo A. Kellar<br>**BERNSTEIN LITOWITZ BERGER &<br>  GROSSMANN LLP**<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Telephone: (858) 793-0070<br>Facsimile: (858) 793-0323<br>Email: blairn@blbglaw.com<br>        timothyd@blbglaw.com<br>        takeok@blbglaw.com |
| Martin D. Chitwood<br>James L. Wilson, Jr.<br>**CHITWOOD HARLEY HARNES LLP**<br>2300 Promenade II<br>1230 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Telephone: (404) 873-3900<br>Facsimile: (404) 876-4476<br>Email: mchitwood@chitwoodlaw.com<br>        jwilson@chitwoodlaw.com | Gregory E. Keller<br>**CHITWOOD HARLEY HARNES LLP**<br>11 Grace Avenue, Suite 306<br>Great Neck, NY 11021<br>Telephone: (516) 773-6090<br>Facsimile: (404) 876-4476<br>Email: gkeller@chitwoodlaw.com |

RESPONSE OF NEW JERSEY INSTITUTIONAL INVESTORS GROUP TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF – Civil Action No.: C 08-00832-PVT — - 3 -

DOCS\432874v1

| | |
|---|---|
| Joseph J. Tabacco, Jr.<br>Lesley Ann Hale<br>**BERMAN DEVALERIO PEASE TABACCO<br>  BURT & PUCILLO**<br>425 California Street, Suite 2100<br>San Francisco, CA  94101-2205<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br>Email: jtabacco@bermanesq.com<br>          lhale@bermanesq.com | Sherrie R. Savett<br>Douglas M. Risen<br>**BERGER & MONTAGUE, P.C.**<br>1622 Locust Street<br>Philadelphia, PA  19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>Email: ssavett@bm.com<br>          drisen@bm.com |
| Kenneth I. Trujillo<br>Ira Neil Richards<br>Kathryn C. Harr<br>**TRUJILLO RODRIGUEZ & RICHARDS, LLC**<br>1717 Arch Street, Suite 3838<br>Philadelphia, PA  19103<br>Telephone: (215) 731-9004<br>Facsimile: (215) 731-9044<br>Email: kitrujillo@trrlaw.com<br>          ira@trrlaw.com<br>          kharr@trrlaw.com | Blake M. Harper<br>**HULETT HARPER STEWART LLP**<br>550 West C Street, Suite 1600<br>San Diego, CA  92101<br>Telephone: (619) 338-1133<br>Facsimile: (619) 338-7739<br>Email: bmh@hulettharper.com |
| Robert M. Kornreich<br>Patricia I. Avery<br>Chet B. Waldman<br>Anthony D. Green<br>**WOLF POPPER LLP**<br>845 Third Avenue<br>New York, NY  10022<br>Telephone: (212) 759-4600<br>Facsimile: (212) 486-2093<br>Email: rkornreich@wolfpopper.com<br>          pavery@wolfpopper.com<br>          cwaldman@wolfpopper.com<br>          agreen@wolfpopper.com | Carlos Lopez<br>**LLOVET ZURINAGA & LOPEZ PSC**<br>Mercantil Plaza Building, PH1616<br>2 Ponce de Leon Ave.<br>San Juan, PR  00918<br>Telephone: (787) 250-1979<br>Facsimile: (787) 250-8432<br>Email: clopez@llovetlopez.com |
| Paul R. Kiesel<br>**KIESEL BOUCHER LARSON LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA  90211-2910<br>Telephone: (310) 854-4444<br>Facsimile: (310) 854-0812<br>Email: Kiesel@kbla.com | Paul O. Paradis<br>Michael A. Schwartz<br>Gina M. Tufaro<br>**HORWITZ, HORWITZ & PARADIS**<br>28 West 44th Street, 16th Floor<br>New York, NY  10036<br>Telephone: (212) 404-2200<br>Facsimile: (212) 404-2226<br>Email: pparadis@hhplawny.com<br>          mschwartz@hpplaw.com<br>          gtufaro@hpplaw.com |

RESPONSE OF NEW JERSEY INSTITUTIONAL INVESTORS GROUP TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF – Civil Action No.: C 08-00832-PVT   - 4 -

DOCS\432874v1

| | |
|---|---|
| Jordan L. Lurie<br>Leigh A. Parker<br>**WEISS & LURIE**<br>10940 Wilshire Boulevard, 23rd Floor<br>Los Angeles, CA  90024<br>Telephone: (310) 208-2800<br>Facsimile: (310) 209-2348<br>Email: jlurie@weisslurie.com<br>          lparker@weisslurie.com | Joseph H. Weiss<br>**WEISS & LURIE**<br>551 Fifth Avenue<br>New York, NY  10176<br>Telephone: (212) 682-3025<br>Facsimile: (212) 682-3010<br>Email: jweiss@weisslurie.com |
| Timothy J. Burke<br>**STULL, STULL & BRODY**<br>10940 Wilshire Boulevard, Suite 2300<br>Los Angeles, CA  90024<br>Telephone: (310) 209-2468<br>Facsimile: (310) 209-2087<br>Email: service@ssbla.com | Jules Brody<br>Aaron L. Brody<br>**STULL, STULL & BRODY**<br>6 East 45th Street<br>New York, NY  10017<br>Telephone: (212) 687-7230<br>Facsimile: (212) 490-2022<br>Email: SSBNY@aol.com |

*Defendants:*

| | |
|---|---|
| **MAXIM INTEGRATED PRODUCTS, INC.**<br>Attention: Legal Department<br>120 San Gabriel Drive<br>Sunnyvale, CA  94086<br>Telephone: (408) 737-7600<br>Facsimile: (408) 737-7194 | John F. Gifford<br>Carl W. Jaspar<br>**C/O MAXIM INTEGRATED PRODUCTS, INC.**<br>Attention: Legal Department<br>120 San Gabriel Drive<br>Sunnyvale, CA  94086<br>Telephone: (408) 737-7600<br>Facsimile: (408) 737-7194 |

RESPONSE OF NEW JERSEY INSTITUTIONAL INVESTORS GROUP TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF – Civil Action No.: C 08-00832-PVT  - 5 -

DOCS\432874v1