1  BLAKE MUIR HARPER, SBN: 115756
   e-mail: bmh@hulettharper.com
2  HULETT HARPER STEWART LLP
   550 West C Street, Suite 1600
3  San Diego, CA 92101
   Telephone: (619) 338-1133
4  Facsimile:  (619) 338-1139

5  ROBERT M. KORNREICH
   e-mail: rkornreich@wolfpopper.com
6  PATRICIA I. AVERY
   e-mail: pavery@wolfpopper.com
7  CHET B. WALDMAN
   e-mail: cwaldman@wolfpopper.com
8  ANTHONY D. GREEN
   e-mail: agreen@wolfpopper.com
9  WOLF POPPER LLP
   845 Third Avenue
10 New York, New York 10022
   Telephone: (212) 759-4600
11 Facsimile: (212) 486-2093

12 CARLOS LOPEZ
   LLOVET ZURINAGA & LOPEZ PSC
13 Mercantil Plaza Building, PH1616
   2 Ponce de Leon Ave.
14 San Juan, PR 00918
   Phone: 787-250-1979
15 Facsimile: 787-250-8432

16 Attorneys for Plaintiff

17                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
18                       SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD, and CARL W. JASPER,<br><br>Defendants. | Case No. C 08-00832-PVT<br><br>CLASS ACTION<br><br>**RESPONSE OF GOVERNMENT EMPLOYEES AND JUDICIARY RETIREMENT SYSTEM OF THE COMMONWEALTH OF PUERTO RICO TO COMPETING LEAD PLAINTIFF MOTIONS**<br><br>DATE:   May 13, 2008<br>TIME:   10:00 a.m.<br>CTRM:   5, 4th Floor<br>JUDGE:  Hon. Patricial V. Trumbull |

RESPONSE OF GOV'T EMPLOYEES AND JUDICIARY RETIREMENT SYS. OF COMMONWEALTH OF
PUERTO RICO TO COMPETING LEAD PLAINTIFF MOTIONS                C 08-00832-PVT

Doc. 160479

1  The Government Employees and Judiciary Retirement System of the
2 Commonwealth of Puerto Rico has moved this Court, pursuant to Section 21D(a)(3)(B)
3 of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), to be appointed
4 as lead plaintiff in the above-captioned class action.  Several competing motions
5 seeking appointment as lead plaintiff were filed by various institutional or individual
6 investors.  Based upon a review of the papers which were submitted in support of the
7 various competing motions for appointment as lead plaintiff, it appears that, while the
8 Government Employees and Judiciary Retirement System of the Commonwealth of
9 Puerto Rico has in excess of $1.2 million in losses (the second largest financial interest
10 of the competing institutional investors, calculated utilizing the appropriate
11 methodology), pursuant to the Private Securities Litigation Reform Act the Mississippi
12 Public Employees Retirement System has the largest financial interest in the relief
13 sought by the class and otherwise satisfies the requirements of Rule 23 of the Federal
14 Rules of Civil Procedure.  *See* 15 U.S.C. §78u-4(a)(3)(B)(iii).  Accordingly,
15 Mississippi Public Employees Retirement System should be appointed as lead plaintiff.

16  The Government Employees and Judiciary Retirement System of the
17 Commonwealth of Puerto Rico remains willing to serve as a class representative in this
18 action and would be willing to serve as a lead plaintiff should the Court decide at any
19 later point in this litigation any additional lead plaintiffs are necessary.

20 Dated:  April 22, 2008

                                   Respectfully submitted,

                                   HULETT HARPER STEWART LLP
                                   BLAKE MUIR HARPER

                                   /s/ Blake M. Harper
                                   550 West C Street, Suite 1600
                                   San Diego, CA 92101
                                   Telephone:  (619) 338-1133
                                   Facsimile:   (619) 338-1139
                                   e-mail: bmh@hulettharper.com

                                   WOLF POPPER LLP
                                   ROBERT M. KORNREICH
                                   PATRICIA I. AVERY

**RESPONSE OF GOV'T EMPLOYEES AND JUDICIARY RETIREMENT SYS. OF COMMONWEALTH OF PUERTO RICO TO COMPETING LEAD PLAINTIFF MOTIONS**     C 08-00832-PVT   -2-

|   |   |
|---|---|
| 1 | CHET B. WALDMAN |
| 2 | ANTHONY D. GREEN |
|   | 845 Third Avenue |
| 3 | New York, New York 10022 |
|   | Telephone: (212) 759-4600 |
| 4 | Facsimile:  (212) 486-2093 |
|   | E-mail:  IRRep@wolfpopper.com |

Of Counsel:
LLOVET ZURINAGA & LOPEZ PSC
CARLOS LOPEZ
Mercantil Plaza Building, PH1616
2 Ponce de Leon Ave.
San Juan, PR 00918
Phone: 787-250-1979
Facsimile: 787-250-8432

Doc. 160479

**RESPONSE OF GOV'T EMPLOYEES AND JUDICIARY RETIREMENT SYS. OF COMMONWEALTH OF PUERTO RICO TO COMPETING LEAD PLAINTIFF MOTIONS**    **C 08-00832-PVT**    -3-