1  HULETT HARPER STEWART LLP
   BLAKE MUIR HARPER, SBN: 115756
2  550 West C Street, Suite 1600
3  San Diego, CA  92101
   Telephone:     (619) 338-1133
4  Facsimile:     (619) 338-1139
   e-mail:  bmh@hulettharper.com
5

6  WOLF POPPER LLP
   ROBERT M. KORNREICH
7  PATRICIA I. AVERY
   CHET B. WALDMAN
8  ANTHONY D. GREEN                              LLOVET ZURINAGA & LOPEZ PSC
   845 Third Avenue                              CARLOS LOPEZ
9  New York, NY  10022                           Mercantil Plaza Bldg. PH 1616
   Telephone:     (212) 759-4600                 Ponce de Leon Ave. #2
10 Facsimile:     (212) 486-2093                 San Juan 00918
11 e-mail:  rkornreich@wolfpopper.com            Puerto Rico
           pavery@wolfpopper.com                 Telephone:     (787) 250-1979
12         cwaldman@wolfpopper.com               Facsimile:     (787) 250-8432
           agreen@wolfpopper.com                 e-mail:  clopez@llovetlopez.com
13

14 Counsel for Proposed Lead Plaintiff Government
   Employees and Judiciary Retirement System of the
15 Commonwealth of Puerto Rico

16                    **IN THE UNITED STATES DISTRICT COURT**

17                   **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE**

18 | ALLAN QUERY, on Behalf of Himself and   | Case No. C 08-00832-PVT              |
19 | All Others Similarly Situated,          | **CLASS ACTION**                    |
20 |              Plaintiffs,                | **PROOF OF SERVICE**                |
21 | v.                                      |                                      |
22 | MAXIM INTEGRATED PRODUCTS, INC.,        | JUDGE:   Honorable Patricia V. Trumbull |
23 | JOHN F. GIFFORD, and CARL W. JASPER     | CTRM:    5, 4th Floor               |
24 |              Defendants.                |                                      |

25

26

27

28

PROOF OF SERVICE; Case No. C 08-00832-PVT

**PROOF OF SERVICE**
*Allan Query v. Maxim Integrated Products, Inc.*
CASE NO.: C 08-00832-PVT

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on April 22, 2008, I served the following document(s) entitled: **RESPONSE OF GOVERNMENT EMPLOYEES AND JUDICIARY RETIREMENT SYSTEM OF THE COMMONWEALTH OF PUERTO RICO TO COMPETING LEAD PLAINTIFF MOTIONS** on ALL INTERESTED PARTIES in this action:

**SEE ATTACHED SERVICE LIST**

■ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier, pursuant to California Rules of Court, Rule 2008, to the facsimile numbers shown on the attached service list. The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008, I caused the machine to print a transmission record of the transmission.

■ **BY ELECTRONIC MAIL:** I caused transmission of a PDF copy of the foregoing document(s) this date via electronic mail, to the parties indicated on the attached service list.

■ **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's electronic filling system on all registered parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 22, 2008, at San Diego, California.

*/s/ Katie Gonzalez*
KATIE GONZALEZ

PROOF OF SERVICE; Case No. C 08-00832-PVT

**PARTIES SERVED VIA FACSIMILE**

Aaron L. Brody
Jules Brody
STULL STULL & BRODY
6 East 45th Street
New York, NY  10017
Telephone:   (212) 687-7230
Facsimile:    (212) 490-2022

**PARTIES SERVED VIA E-MAIL**

Joseph J. Tabacco, Jr.
BERMAN DeVALERIO PEASE TABACCO
  BURT & PUCILLO
425 California Street, Suite 2100
San Francisco, CA  94104
Telephone:   (415) 433-3200
Facsimile:    (415) 433-6382
e-mail: jtabacco@bermanesq.com

Carlos Lopez
LLOVET ZURINAGA & LOPEZ PSC
Mercantil Plaza Bldg. PH 1616
Ponce de Leon Ave. #2
San Juan 00918
Puerto Rico
Telephone:   (787) 250-1979
Facsimile:    (787) 250-8432
e-mail:  clopez@llovetlopez.com

Anita Kartalopoulos
Annie Marie Vu
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
Telephone:   (212) 594-5300
Facsimile:    (212) 868-1229
e-mail: akartalopoulos@milberg.com
        avu@milberg.com

Joseph H. Weiss
WEISS & LURIE
551 Fifth Avenue, Suite 1600
New York, NY  10176
Telephone:   (212) 682-3025
Facsimile:    (212) 682-3010
e-mail:  jweiss@weisslurie.com

Anthony D. Green
Robert M. Kornreich
WOLF POPPER LLP
845 Third Avenue
New York, NY  10022
e-mail: agreen@wolfpopper.com
        rkornreich@wolfpopper.com