1  Timothy J. Burke (181866)
   service@ssbla.com
2  STULL, STULL & BRODY
   10940 Wilshire Boulevard
3  Suite 2300
   Los Angeles, CA  90024
4  Tel:    (310) 209-2468
   Fax:    (310) 209-2087
5
   Jules Brody
6  Aaron L. Brody
   SSBNY@aol.com
7  STULL, STULL & BRODY
   6 East 45th Street
8  New York, NY 10017
   Tel:    (212) 687-7230
9  Fax:    (212) 490-2022

10 Proposed Lead Counsel for Plaintiffs

11

12                          **UNITED STATES DISTRICT COURT**

13                          **NORTHERN DISTRICT OF CALIFORNIA**

14

15

| 16 | ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated, ) ) ) | CASE NO. C08-00832 PVT |
|---|---|---|
| 17 |  Plaintiff, ) ) | **CLASS ACTION** |
| 18 | v. ) ) | **RESPONSE BY RICK T. BURNINGHAM TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL PURSUANT TO SECTION 21D OF THE SECURITIES EXCHANGE ACT OF 1934** |
| 19 | MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR, ) ) ) ) |  |
| 20 |  ) |  |
| 21 |  Defendants. ) ) |  |
| 22 | _____ ) | DATE:  May 13, 2008<br>TIME:  10:00 a.m.<br>JUDGE:  Honorable Patricia V. Trumbull<br>CTRM:  5, 4th Floor |

23

24

25

26

27

28

**RESPONSE BY RICK T. BURNINGHAM TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**
**CASE NO. C08-00832 PVT**                                    Z:\STULL\MAXIM\PLD\Response to Competing LP Mtns.wpd

Upon review of the eight competing motions submitted in support of appointment as lead plaintiff and lead counsel in the within action, it appears that movant Rick T. Burningham does not possess the largest financial interest in this litigation. However, Mr. Burningham remains ready and willing to serve as a Class Representative and would be willing to serve as a Lead Plaintiff should the Court decide at a later point in this litigation that additional Lead Plaintiffs are necessary.

Dated: April 22, 2008

Timothy J. Burke
STULL, STULL & BRODY

By:     /s/
Timothy J. Burke
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:    (310) 209-2468
Fax:    (310) 209-2087

Jules Brody
Aaron L. Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:    (212) 687-7230
Fax:    (212) 490-2022

Proposed Lead Counsel for Plaintiffs

1

**RESPONSE BY RICK T. BURNINGHAM TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**
**CASE NO. C08-00832 PVT**                              Z:\STULL\MAXIM\PLD\Response to Competing LP Mtns.wpd

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA    )    )ss.: |
| 3 | COUNTY OF LOS ANGELES    ) |

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 10940 Wilshire Boulevard, Suite 2300, Los Angeles, CA 90024.

On April 22, 2008, I served the document(s) described as **RESPONSE BY RICK T. BURNINGHAM TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL PURSUANT TO SECTION 21D OF THE SECURITIES EXCHANGE ACT OF 1934** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

I served the above document(s) as follows:

BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 22, 2008, at Los Angeles, California 90024.

| MELANIE JACOBS | /s/ |
|---|---|
| Type or Print Name | Signature |

**RESPONSE BY RICK T. BURNINGHAM TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**
**CASE NO. C08-00832 PVT**                    Z:\STULL\MAXIM\PLD\Response to Competing LP Mtns.wpd

# SERVICE LIST

| | |
|---|---|
| Jules Brody<br>Aaron L. Brody<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, NY 10017<br>Tel:   (212) 687-7230<br>Fax:  (212) 490-2022 | Laurence M. Rosen<br>Phillip Kim<br>THE ROSEN LAW FIRM, P.A.<br>350 Fifth Avenue, Suite 5508<br>New York, NY 10118<br>Tel:   (212) 686-1060<br>Fax:  (212) 202-3827 |
| Joseph H. Weiss<br>WEISS & LURIE<br>551 Fifth Avenue<br>New York, NY 10176<br>Tel:   (212) 682-3025<br>Fax:  (212) 682-3010 | Anita Kartalopoulos<br>Anne Marie vu<br>MILBERG LLP<br>One Pennsylvania Plaza, 49th Floor<br>New York, NY 10119<br>Tel:   (212) 594-5300<br>Fax:  (212) 868-1229 |
| Robert M. Kornreich<br>Patricia I. Avery<br>Chet B. Waldman<br>Anthony D. Green<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, New York 10022<br>Tel:   (212) 759-4600<br>Fax:  (212) 486-2093 | Albert G. Kroll<br>KROLL HEINEMAN, LLP<br>Metro Corporate Campus I<br>99 Wood Avenue South, Suite 307<br>Iselin, NJ 08830<br>Tel:   (732) 491-2100<br>Fax:  (732) 491-2120 |
| Carlos Lopez<br>LLOVET ZURINAGA & LOPEZ PSC<br>Mercantil Plaza Building, PH1616<br>2 Ponce de Leon Ave.<br>San Juan, PR 00918<br>Tel:   (787) 250-1979<br>Fax:  (787) 250-8432 | Martin D. Chitwood<br>James M. Wilson, Jr.<br>CHITWOOD HARLEY HARNES LLP<br>2300 Promenade II<br>1230 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Tel:   (404) 873-3900<br>Fax:  (404) 876-4476 |
| Sherrie R. Savett<br>Douglas M. Risen<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel:   (215) 875-3000<br>Fax:  (215) 875-4604 | Gregory E. Keller<br>CHITWOOD HARLEY HARNES LLP<br>11 Grace Avenue, Suite 306<br>Great Neck, NY 11021<br>Tel:   (516) 773-6090<br>Fax:  (404) 876-4476 |
| Kenneth I. Trujillo<br>Ira Neil Richards<br>Kathryn C. Harr<br>TRUJILLO RODRIGUEZ & RICHARDS, LLC<br>1717 Arch Street, Suite 3838<br>Philadelphia, PA 19103<br>Tel:   (215) 731-9004<br>Fax:  (215) 731-9044 | |

3

**RESPONSE BY RICK T. BURNINGHAM TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**
**CASE NO. C08-00832 PVT**                                                Z:\STULL\MAXIM\PLD\Response to Competing LP Mtns.wpd