Lionel Z. Glancy (SBN #134180)
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160
Email: info@glancylaw.com

[Proposed] Liaison Counsel for Plaintiffs

Laurence M. Rosen (SBN # 219683)
Phillip Kim
**THE ROSEN LAW FIRM, P.A.**
350 5th Avenue, Suite 5508
Telephone:    (212) 686-1060
Facsimile:    (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN QUERY, individually and on behalf of all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL JASPER,  )<br>)<br>)<br>Defendants.  )<br>)<br>) | No. C08-00832-PVT<br><br>**RESPONSE OF MAXIM INVESTORS TO COMPETING LEAD PLAINTIFF MOTIONS**<br><br>DATE/TIME: May 13, 2008, 10 a.m.<br>JUDGE: Hon. Patricia V. Trumbull<br>CTRM: 5, 4th Floor |

RESPONSE OF MAXIM INVESTORS TO COMPETING LEAD PLAINTIFF MOTIONS—Civil Action No. C-08-00832-PVT

On April 7, 2008 movants William Weiler, John Chu, and Richard Bauman (hereinafter "Movants" or "Maxim Investors") moved this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), for an entry of an Order: appointing the Maxim Investors group as Lead Plaintiffs; and approving its selection of counsel.

Based upon review of the competing motions, the Maxim Investors group does not appear have the largest financial stake in the relief sought by the class as compared to other competing movants. However, should the Court determine that the competing movants lack standing, are inadequate, or have any other insurmountable deficiency or conflict, the Maxim Investors group stands ready, willing and able to serve as Lead Plaintiffs. This response shall have no effect on the members of the Maxim Investors' rights as a member of the proposed class, including but not limited to, the right to share in any recovery from the resolution of these actions through settlement, judgment, or otherwise.

Dated: April 22, 2008

    Respectfully submitted,

THE ROSEN LAW FIRM, P.A.

/s/ Laurence Rosen, Esq.
Laurence Rosen, Esq. (SBN #219683)
Phillip Kim, Esq.

[Proposed] Lead Counsel for Plaintiffs

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy, Esq. (SBN #134180)

[Proposed] Liaison Counsel for Plaintiffs

RESPONSE OF MAXIM INVESTORS TO COMPETING LEAD PLAINTIFF MOTIONS—Civil Action No. C-08-00832-PVT

1

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of the Rosen Law Firm, P.A., 350 5th Avenue, Suite 5508, New York, New York 10118. I am over the age of eighteen.

On April 22, 2008, I electronically filed the following **RESPONSE OF MAXIM INVESTORS TO COMPETING LEAD PLAINTIFF MOTIONS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 22, 2008, at New York, New York.

/s/ Laurence Rosen
Laurence M. Rosen