Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Nicole Lavallee (165755)
nlavallee@bermanesq.com
Lesley A. Hale (237726)
lhale@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO
  BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

**Local Counsel for Plaintiff
City of Philadelphia Board of Pensions and Retirement**

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR,<br><br>  Defendants. | No. C-08-00832 PVT<br><br>**RESPONSE OF CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT TO COMPETING LEAD PLAINTIFF MOTIONS**<br><br>**Date:  May 13, 2008<br>Time:  10:00 a.m.<br>Ctrm:  5, 4th Floor<br>Honorable Patricia V. Trumbull** |

1 The City of Philadelphia Board of Pensions and Retirement ("Philadelphia") moved, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), to be appointed as lead plaintiff in the above-captioned class action. Several competing motions were filed by various institutional and individual investors. Based upon a review of the motions, it appears that, while Philadelphia has in excess of $1.4 million in losses (the second largest financial interest of the competing movants), the Mississippi Public Employees' Retirement System, the Cobb County Government Employees' Pension Plan and the DeKalb County Pension Plan ("Public Funds Group") have the largest financial interest in the relief sought by the class and otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii). Accordingly, the Public Funds Group should be appointed lead plaintiff.

Philadelphia remains ready and willing to serve as a class representative in this action and as a lead plaintiff should the Court decide at any time in this litigation that additional lead plaintiffs are necessary.

DATED: April 22, 2008

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

/s/ Lesley A. Hale
Lesley A. Hale

Joseph J. Tabacco, Jr.
Nicole Lavallee
425 California Street, Suite 2100
Telephone: (415) 433-3200
Facsimile: (415) 433-6282

**Local Counsel for Plaintiff City of Philadelphia Board of Pensions and Retirement**

Sherrie R. Savett
ssavett@bm.net
Douglas M. Risen
drisen@bm.net
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

Kenneth I. Trujillo
ktrujillo@trrlaw.com
Ira Neil Richards
irichards@trrlaw.com
Kathryn C. Harr
kharr@trrlaw.com
Gary M. Goldstein
ggoldstein@trrlaw.com
**TRUJILLO RODRIGUEZ
   & RICHARDS LLC**
1717 Arch Street, Suite 3838
Philadelphia, PA  19103
Telephone: (215) 731-9004
Facsimile:  (215) 731-9044

**Co-Lead Counsel for Plaintiff City of Philadelphia Board of Pensions and Retirement**