Jordan L. Lurie (130013)
Leigh A. Parker (170565)
**WEISS & LURIE**
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Tel:  (310) 208-2800
Fax:  (310) 209-2348
jlurie@weisslurie.com
lparker@weisslurie.com

Attorneys for BG Capital Fund
and [Proposed] Lead Counsel for Plaintiffs
Additional Counsel Listed on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>   v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR,<br><br>                    Defendants.<br>_____ | CIVIL ACTION NO. C08-00832-PVT<br><br>CLASS ACTION<br><br>**BG CAPITAL FUND'S RESPONSE IN SUPPORT OF THE PUBLIC FUNDS GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>Date: May 13, 2008<br>Time: 10:00 a.m.<br>Ctrm: 5, 4th Floor<br>Judge: Hon. Patricia V. Trumbull |

1     BG Capital Fund ("BG Capital") moved, pursuant to Section 21D(a)(3)(B) of
2 the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), to be appointed as
3 lead plaintiff in the above-captioned class action on April 7, 2008.  Several competing
4 motions were filed by various other institutional and individual investors.  Based
5 upon review of the papers submitted in support of those competing motions, it
6 appears to BG Capital that the Public Funds Group possesses the largest financial
7 interest in the relief sought by the class and otherwise satisfies the requirements of
8 Rule 23 of the Federal Rules of Civil Procedure.  Therefore, the Public Funds Group
9 should be appointed as lead plaintiff in the above-captioned class action.

10     BG Capital remains ready and willing to serve as a class representative in this
11 action and as a lead plaintiff should this Court decide at any later point that additional
12 plaintiffs are necessary.

13

14
15 Dated: April 22, 2008             Respectfully submitted,

16                                   Jordan L. Lurie
                                  Leigh A. Parker
17                                   **WEISS & LURIE**

18                   By:     /s/ - Leigh A. Parker
                                     Leigh A. Parker
19                                   10940 Wilshire Boulevard, 23rd Floor
                                  Los Angeles, CA 90024
20                                   Tel:  (310) 208-2800
                                  Fax:  (310) 209-2348
21                                     -and-
                                  Joseph H. Weiss
22                                   551 Fifth Avenue
                                  New York, NY 10176
23                                   Tel:  (212) 682-3025
                                  Fax:  (212) 682-3010
24                                   jweiss@weisslurie.com

25                                   Attorneys for BG Capital Fund
                                  and [Proposed] Lead Counsel for Plaintiffs
26

27

28

BG Capital Fund's Response in Support of the                             Civil Action No. C08-00832 -PVT
Public Funds Group's Motion for Appointment as Lead Plaintiff

1

# CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008, I electronically filed the document(s) listed below with the Clerk of the Court using the CM/ECF system which will send notification of such to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the documents listed below via first class mail to the address(es) indicated on the attached Manual Notice List:

**BG CAPITAL FUND'S RESPONSE IN SUPPORT OF THE PUBLIC FUNDS GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

**Electronic Mail Notice List -** service by CM/ECF
The following are those who are currently on the list to receive e-mail notices for this case:

Patricia I. Avery
pavery@wolfpopper.com

Peter Arthur Binkow
info@glancylaw.com, pbinkow@glancylaw.com

Timothy J. Burke
service@ssbla.com

Martin D. Chitwood
MChitwood@chitwoodlaw.com

Timothy Alan DeLange
kristinas@blbglaw.com, timothyd@blbglaw.com, denab@blbglaw.com

Lionel Z. Glancy
info@glancylaw.com

Michael M. Goldberg
info@glancylaw.com

Lesley Ann Hale
lhale@bermanesq.com

Blake M. Harper
office@hulettharper.com, Bmh@hulettharper.com

Takeo Austin Kellar
takeo@blbglaw.com

Gregory E. Keller
gkeller@chitwoodlaw.com

1  Paul R. Kiesel
   Kiesel@kbla.com, cgarcia@kbla.com

2
   Phillip P. Kim
3  pkim@rosenlegal.com

4  Nicole Catherine Lavallee
   nlavalee@bermanesq.com, ysoboleva@bermanesq.com
5
   Elizabeth Pei Lin
6  elin@milberg.com, crosete@milbergweiss.com,
   lbodenstein@milbergweiss.com, schang@mlbergweiss.com
7
   Jordan Laurence Lurie
8  infor@wllawca.com

9  Blair Allen Nicholas
   blairn@blbglaw.com, kristinas@blbglaw.com
10
   Leigh Anne Parker
11 lparker@weisslurie.com

12 Laurence M. Rosen
   lrosen@rosenlegal.com
13
   Chet Barry Waldman
14 CWaldman@wolfpopper.com

15 Jeff S. Westerman
   jwesterman@milberg.com, crosete@milbergweiss.com,
16 lbodenstein@milbergweiss.com, schang@mlbergweiss.com

17

18

19    I declare under penalty of perjury under the laws of the United States of

20 America that the above is true and correct. Executed this 22nd day of April, 2008, at

21 Los Angeles, California.

22                                    /s/ - Leigh A. Parker
                                   Leigh A. Parker
23                                 WEISS & LURIE
                                   10940 Wilshire Boulevard, 23rd Floor
24                                 Los Angeles, CA 90024
                                   Tel:  (310) 208-2800
25                                 Fax:  (310) 209-2348
                                   lparker@weisslurie.com
26

27

28

---

BG Capital Fund's Response in Support of the                    Civil Action No. C08-00832 -PVT
Public Funds Group's Motion for Appointment as Lead Plaintiff

2

MANUAL NOTICE LIST
*Query v. Maxim Integrated Products, Inc., et al.*
Civil Action No. C08-0083-PVT (N.D. Cal.)

**COUNSEL FOR PLAINTIFFS**

Joseph H. Weiss
jweiss@weisslurie.com
**WEISS & LURIE**
551 Fifth Avenue
New York, NY 10176
Tel:   (212) 682-3025
Fax:   (212) 682-3010

**Attorneys for BG Capital Fund
and [Proposed] Lead Counsel**