*Fee Paid*

BERNSTEIN LITOWITZ BERGER
& GROSSMAN LLP
Blair A. Nicholas (Bar No. 178428)
Timothy A. Delange (Bar No. 190768)
Takeo A. Kellar (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Fax: (858) 793-0323

*Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan, and the Mississippi Public Employees Retirement System*

CHITWOOD HARRIS HARNES LLP
Martin D. Chitwood
(To Be Admitted *Pro Hac Vice*)
MChitwood@chitwoodlaw.com
James M. Wilson, Jr.
(To Be Admitted *Pro Hac Vice*)
JWilson@chitwoodlaw.com
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Fax: (404) 876-4476
-and-
Gregory E. Keller (To Be Admitted *Pro Hac Vice*)
GKeller@chitwoodlaw.com
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (516) 773-6090
Fax: (404) 876-4476

**FILED**
2008 APR 23 P [illegible]
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER,<br><br>Defendants. | CASE NO. C-08-00832-PVT<br><br>**CLASS ACTION**<br><br>APPLICATION FOR ADMISSION OF ATTORNEY MARTIN D. CHITWOOD *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, MARTIN D. CHITWOOD, an active member in good standing of the bar of the State of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Movants The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan, and the Mississippi Public Employees Retirement System in the above-entitled action.

Application For Admission of Attorney Martin D. Chitwood — 1 —
*Pro Hac Vice* - Master File No. C-07-6140 MHP

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Takeo A. Kellar (Bar No. 234470)
> BERNSTEIN LITOWITZ BERGER
> & GROSSMAN LLP
> 12481 High Bluff Drive, Suite 300
> San Diego, CA 92130
> Telephone: (858) 793-0070

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/17/08

_____
MARTIN D. CHITWOOD