UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

RECEIVED
2008 APR 23 PM 1:41
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated, | CASE NO. C-08-00832-PVT |
| Plaintiff, | CLASS ACTION |
| v. | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MARTIN D. CHITWOOD *PRO HAC VICE* |
| MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER, | |
| Defendants. | |

MARTIN D. CHITWOOD, an active member in good standing of the bar of the State of Georgia, whose business address and telephone number is 2300 Promenade II, 1230 Peachtree Street, NE, Atlanta, Georgia 30309, (404) 873-3900, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Movants The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan, and the Mississippi Public Employees Retirement System.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
~~MARILYN H. PATEL~~
~~United States District Court Judge~~