UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

RECEIVED
2008 APR 23 PM 1:41
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER,

Defendants.

CASE NO. C-08-00832-PVT

CLASS ACTION

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DARREN T. KAPLAN *PRO HAC VICE*

DARREN T. KAPLAN, an active member in good standing of the bar of the State of New York, whose business address and telephone number is 11 Grace Avenue, Suite 306, Great Neck, NY 11021, (516) 773-6090, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Movants The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan, and the Mississippi Public Employees Retirement System.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   April 24, 2008

*Patricia V. Trumbull*

~~MARILYN H. PATEL~~
~~United States District Court~~ Judge

Application For Admission of Attorney Darren T. Kaplan *Pro Hac Vice*
~~Master File No. C-07-6140-MHP~~