ORIGINAL

1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   nlavallee@bermanesq.com
3  Leslie A. Hale (237726)
   lhale@bermanesq.com
4  **BERMAN DeVALERIO PEASE TABACCO
      BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA 94104
6  Telephone: (415) 433-3200
   Facsimile: (415) 433-6382
7
   **Local Counsel for Plaintiff
8  City of Philadelphia Board of Pensions and Retirement**

FILED

2008 APR 28 A 9 41

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14  ALLAN QUERY, Individually and on Behalf    )   No. C-08-00832 PVT
15  of All Others Similarly Situated,          )
                                               )
16                          Plaintiff,         )   **APPLICATION FOR ADMISSION OF
                                               )   IRA NEIL RICHARDS AS ATTORNEY**
17      v.                                     )   *PRO HAC VICE*
                                               )
18  MAXIM INTEGRATED PRODUCTS, INC.,           )
    JOHN F. GIFFORD and CARL W. JASPAR,        )
19                                             )
                            Defendants.        )
20                                             )

[C-08-00832 PVT] APPLICATION FOR ADMISSION OF
IRA NEIL RICHARDS AS ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, I, Ira Neil Richards, an active member in good standing of the bars of New York and Pennsylvania, hereby apply for admission to practice in the Northern District of California on a *pro hac vice* basis representing plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as local counsel in the above-entitled action. The name, address and phone number of that attorney is:

   Joseph J. Tabacco, Jr. (SBN 75484)
   Berman DeValerio Pease Tabacco Burt & Pucillo
   425 California Street, Suite 2100
   San Francisco, CA 94104
   Telephone: (415) 433-3200
   Facsimile: (415) 433-6382

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: April 7, 2008

_____
Ira Neil Richards