```
Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Nicole Lavallee (165755)
nlavallee@bermanesq.com
Leslie A. Hale (237726)
lhale@bermanesq.com
BERMAN DeVALERIO PEASE TABACCO
    BURT & PUCILLO
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
```

**Local Counsel for Plaintiff**
**City of Philadelphia Board of Pensions and Retirement**

FILED
2008 APR 28  A 9 44
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>    v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR,<br><br>         Defendants. | No. C-08-00832 PVT<br><br>**APPLICATION FOR ADMISSION OF SHERRIE R. SAVETT AS ATTORNEY** *PRO HAC VICE* |

[C-08-00832 PVT] APPLICATION FOR ADMISSION OF
SHERRIE R. SAVETT AS ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, I, Sherrie R. Savett, an active member in good standing of the bar of Pennsylvania, hereby apply for admission to practice in the Northern District of California on a *pro hac vice* basis representing plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and phone number of that attorney is:

> Joseph J. Tabacco, Jr. (SBN 75484)
> Berman DeValerio Pease Tabacco Burt & Pucillo
> 425 California Street, Suite 2100
> San Francisco, CA 94104
> Telephone: (415) 433-3200
> Facsimile: (415) 433-6382

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: April 17, 2008

_____
Sherrie R. Savett