|   |   |
|---|---|
| 1 | Joseph J. Tabacco, Jr. (75484) |
|   | jtabacco@bermanesq.com |
| 2 | Nicole Lavallee (165755) |
|   | nlavallee@bermanesq.com |
| 3 | Leslie A. Hale (237726) |
|   | lhale@bermanesq.com |
| 4 | **BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO** |
| 5 | 425 California Street, Suite 2100 |
|   | San Francisco, CA 94104 |
| 6 | Telephone: (415) 433-3200 |
|   | Facsimile: (415) 433-6382 |

**RECEIVED**
2008 APR 28 AM 9:45
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**Local Counsel for Plaintiff**
**City of Philadelphia Board of Pensions and Retirement**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated, | No. C-08-00832 PVT |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DOUGLAS M. RISEN AS ATTORNEY *PRO HAC VICE*** |
| v. | |
| MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR, | |
| Defendants. | |

[C-08-00832 PVT] [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DOUGLAS M. RISEN AS ATTORNEY *PRO HAC VICE*

Douglas M. Risen, an active member in good standing of the bar of Pennsylvania, whose business address and telephone number are:

>Berger & Montague, P.C.
>1622 Locust Street
>Philadelphia, PA 19103
>Telephone: (215) 875-3000
>Facsimile: (215) 875-4604

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

DATED: _____

HONORABLE PATRICIA V. TRUMBULL
UNITED STATES DISTRICT COURT JUDGE