ORIGINAL

F ee Paid

1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   nlavallee@bermanesq.com
3  Leslie A. Hale (237726)
   lhale@bermanesq.com
4  **BERMAN DeVALERIO PEASE TABACCO
      BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA 94104
6  Telephone: (415) 433-3200
   Facsimile: (415) 433-6382
7
   **Local Counsel for Plaintiff
8  City of Philadelphia Board of Pensions and Retirement**

FILED

2008 APR 28 A 9 52

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR,<br><br>   Defendants. | No. C-08-00832 PVT<br><br>**APPLICATION FOR ADMISSION OF BARBARA A. PODELL AS ATTORNEY** *PRO HAC VICE* |

[C-08-00832 PVT] APPLICATION FOR ADMISSION OF
BARBARA A. PODELL AS ATTORNEY *PRO HAC VICE*

1     Pursuant to Civil L.R. 11-3, I, Barbara A. Podell, an active member in good standing of the bar of Pennsylvania, hereby apply for admission to practice in the Northern District of California on a *pro hac vice* basis representing plaintiff in the above-entitled action.

    In support of this application, I certify on oath that:

    1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

    3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and phone number of that attorney is:

> Joseph J. Tabacco, Jr. (SBN 75484)
> Berman DeValerio Pease Tabacco Burt & Pucillo
> 425 California Street, Suite 2100
> San Francisco, CA 94104
> Telephone: (415) 433-3200
> Facsimile: (415) 433-6382

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: April 18, 2008
                                                                *Barbara A. Podell*
                                                                 Barbara A. Podell