ORIGINAL

*Feel...*

1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   nlavallee@bermanesq.com
3  Leslie A. Hale (237726)
   lhale@bermanesq.com
4  **BERMAN DeVALERIO PEASE TABACCO**
   **BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA 94104
6  Telephone: (415) 433-3200
   Facsimile: (415) 433-6382
7

8  **Local Counsel for Plaintiff**
   **City of Philadelphia Board of Pensions and Retirement**

9

**FILED**

2008 APR 28 A 9 34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12                  **SAN JOSE DIVISION**

13

14  ALLAN QUERY, Individually and on Behalf )   No. C-08-00832 PVT
15  of All Others Similarly Situated,       )
                                            )
16                            Plaintiff,    )   **APPLICATION FOR ADMISSION OF**
                                            )   **KENNETH J. TRUJILLO AS**
17         v.                               )   **ATTORNEY *PRO HAC VICE***
                                            )
18  MAXIM INTEGRATED PRODUCTS, INC.,        )
    JOHN F. GIFFORD and CARL W. JASPAR,     )
19                                          )
20                            Defendants.   )

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 11-3, I, Kenneth I. Trujillo, an active member in good standing of

2  the bar of Pennsylvania, hereby apply for admission to practice in the Northern District of

3  California on a *pro hac vice* basis representing plaintiff in the above-entitled action.

4    In support of this application, I certify on oath that:

5    1.    I am an active member in good standing of a United States Court or of the highest

6  court of another State or the District of Columbia, as indicated above;

7    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

8  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar

9  with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

10    3.    An attorney who is a member of the bar of this Court in good standing and who

11  maintains an office within the State of California has been designated as local counsel in the

12  above-entitled action.  The name, address and phone number of that attorney is:

13
14    Joseph J. Tabacco, Jr. (SBN 75484)
      Berman DeValerio Pease Tabacco Burt & Pucillo
15    425 California Street, Suite 2100
      San Francisco, CA 94104
16    Telephone: (415) 433-3200
      Facsimile: (415) 433-6382

17    I declare under penalty of perjury under the laws of the United States that the foregoing is

18  true and correct.

19  DATED: April _16_ , 2008

20                                        Kenneth I. Trujillo

21

22

23

24

25

26

27

28