Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Nicole Lavallee (165755)
nlavallee@bermanesq.com
Leslie A. Hale (237726)
lhale@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Local Counsel for Plaintiff
City of Philadelphia Board of Pensions and Retirement

RECEIVED
2008 APR 28 AM 9: 34
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR,<br><br>Defendants. | No. C-08-00832 PVT<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF KENNETH J. TRUJILLO AS ATTORNEY *PRO HAC VICE*** |

1  Kenneth I. Trujillo, an active member in good standing of the bar of Pennsylvania, whose
2  business address and telephone number are:

  Trujillo Rodriguez & Richards LLC
  1717 Arch Street, Suite 3838
  Philadelphia, PA 19103
  Telephone: (215) 731-9004
  Facsimile: (215) 731-9044

7  having applied in the above-entitled action for admission to practice in the Northern District of
8  California on a *pro hac vice* basis, representing plaintiff,

10  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
11  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
12  *vice*. Service of papers upon and communication with co-counsel designated in the application
13  will constitute notice to the party. All future filings in this action are subject to the requirements
14  contained in General Order No. 45, Electronic Case Filing.

16  DATED: _____

  HONORABLE PATRICIA V. TRUMBULL
  UNITED STATES DISTRICT COURT JUDGE

[C-08-00832 PVT] [PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF KENNETH J. TRUJILLO AS ATTORNEY *PRO HAC VICE*        1