ORIGINAL

Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Nicole Lavallee (165755)
nlavallee@bermanesq.com
Leslie A. Hale (237726)
lhale@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Local Counsel for Plaintiff
City of Philadelphia Board of Pensions and Retirement**

FILED
2008 APR 28 A 9 49
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR,<br><br>Defendants. | No. C-08-00832 PVT<br><br>**CERTIFICATE OF SERVICE** |

[C-08-00832 PVT] CERTIFICATE OF SERVICE

I, Sheralyn Tuiasosopo, declare that I am over the age of 18 years and not a party to this action. My business address is 425 California Street, Suite 2100, San Francisco, California 94104. On April 24, 2008, I served true copies of the following documents:

**APPLICATION FOR ADMISSION OF KENNETH J. TRUJILLO AS ATTORNEY *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF KENNETH J. TRUJILLO AS ATTORNEY *PRO HAC VICE***

**APPLICATION FOR ADMISSION OF IRA NEIL RICHARDS AS ATTORNEY *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF IRA NEIL RICHARDS AS ATTORNEY *PRO HAC VICE***

**APPLICATION FOR ADMISSION OF SHERRIE R. SAVETT AS ATTORNEY *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF SHERRIE R. SAVETT AS ATTORNEY *PRO HAC VICE***

**APPLICATION FOR ADMISSION OF DOUGLAS M. RISEN AS ATTORNEY *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DOUGLAS M. RISEN AS ATTORNEY *PRO HAC VICE***

**APPLICATION FOR ADMISSION OF BARBARA A. PODELL AS ATTORNEY *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF BARBARA A. PODELL AS ATTORNEY *PRO HAC VICE***

on the following parties, by United States mail:

Susan Kupfer
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111

Lionel Z. Glancy
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

Laurence M. Rosen
Phillip Kim
THE ROSEN LAW FIRM, P.A.
350 5th Avenue, Suite 5508
New York, NY 10118

**Attorneys for Plaintiff Allan Query and Movant Maxim Investors**

[C-08-00832 PVT] CERTIFICATE OF SERVICE                                                                       1

| | |
|---|---|
| 1 | Maxim Integrated Products, Inc. |
|  | Attention: Legal Department |
| 2 | 120 San Gabriel Drive |
|  | Sunnyvale, CA  94086 |
| 3 |  |
|  | John F. Gifford |
| 4 | Carl W. Jaspar |
|  | C/O Maxim Integrated Products, Inc. |
| 5 | 120 San Gabriel Drive |
|  | Sunnyvale, CA  94086 |
| 6 |  |
|  | **Attorneys for Defendants** |
| 7 |  |
|  | Sherrie R. Savett |
| 8 | Douglas M. Risen |
|  | BERGER & MONTAGUE, P.C. |
| 9 | 1622 Locust Street |
|  | Philadelphia, PA  19103 |
| 10 |  |
|  | Kenneth I. Trujillo |
| 11 | Ira Neil Richards |
|  | Kathryn C. Harr |
| 12 | TRUJILLO RODRIGUEZ & RICHARDS, LLC |
|  | 1717 Arch Street, Suite 3838 |
| 13 | Philadelphia, PA  19103 |
| 14 | **Attorneys for Plaintiff City of Philadelphia** |
|  | **Board of Pensions and Retirement** |
| 15 |  |
|  | Jordan L. Lurie |
| 16 | Leigh A. Parker |
|  | WEISS & LURIE |
| 17 | 10940 Wilshire Blvd., 23rd Floor |
|  | Los Angeles, CA  90024 |
| 18 |  |
|  | Joseph H. Weiss |
| 19 | WEISS & LURIE |
|  | 551 Fifth Avenue |
| 20 | New York, NY  10176 |
| 21 | **Attorneys for Movant BG Capital Fund** |
| 22 | Timothy J. Burke |
|  | STULL, STULL & BRODY |
| 23 | 10940 Wilshire Blvd., Suite 2300 |
|  | Los Angeles, CA  90024 |
| 24 |  |
|  | Jules Brody |
| 25 | Aaron L. Brody |
|  | STULL, STULL & BRODY |
| 26 | 6 East 45th Street |
|  | New York, NY  10017 |
| 27 |  |
|  | **Attorneys for Movant Rick T. Burningham** |
| 28 |  |

[C-08-00832 PVT] CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | Paul R. Kiesel |
| | KIESEL BOUCHER LARSON LLP |
| 2 | 8648 Wilshire Blvd. |
| | Beverly Hills, CA 90211-2910 |
| 3 | |
| | Paul O. Paradis |
| 4 | Michael A. Schwartz |
| | Gina M. Tufaro |
| 5 | HORWITZ, HORWITZ & PARADIS |
| | 28 West 44th Street, 16th Floor |
| 6 | New York, NY 10036 |

**Attorneys for Movant International Brotherhood of Electrical Workers Local 697 Pension Fund**

Jeff S. Westerman
Elizabeth P. Lin
MILBERG LLP
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071

Anita Kartalopoulos
Anne Marie Vu
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10019

Albert G. Kroll
KROLL HEINEMAN, LLP
Metro Corporate Campus I
99 Wood Avenue Suite, Suite 307
Iselin, NJ 08830

**Attorneys for Movants New Jersey Institutional Investor Group**

Blair A. Nichols
Timothy A. Delange
Takeo A. Kellar
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

Martin D. Chitwood
James M. Wilson, Jr.
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Gregory E. Keller
11 Grace Avenue, Suite 306
Great Neck, NY 11021

**Attorneys for Movants Cobb County Government Employees Pension Plan, DeKalb County Pension Plan and Mississippi Public Employees Retirement System**

[C-08-00832 PVT] CERTIFICATE OF SERVICE                    3

Blake Muir Harper
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101

Robert M. Kornreich
Patricia I. Avery
Chet B. Waldman
Anthony D. Green
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022

Carlos Lopez
LLOVET ZURINAGA & LOPEZ
Mercantil Plaza Building, PH 1616
2 Ponce de Leon Avenue
San Juan, PR 00918

**Attorneys for Movant Government Employees and Judiciary Retirement System of the Commonwealth of Puerto Rico**

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct

Executed at San Francisco, California, on April 24, 2008.

*/s/ Sheralyn Tuiasosopo*
Sheralyn Tuiasosopo

[C-08-00832 PVT] CERTIFICATE OF SERVICE                                    4