Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Nicole Lavallee (165755)
nlavallee@bermanesq.com
Leslie A. Hale (237726)
lhale@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Local Counsel for Plaintiff
City of Philadelphia Board of Pensions and Retirement**

RECEIVED
2008 APR 28 AM 9:41
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR,<br><br>Defendants. | No. C-08-00832 PVT<br><br>[XXXXXXXXXXXX] ORDER GRANTING APPLICATION FOR ADMISSION OF IRA NEIL RICHARDS AS ATTORNEY *PRO HAC VICE* |

[C-08-00832 PVT] [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF IRA NEIL RICHARDS AS ATTORNEY *PRO HAC VICE*

Ira Neil Richards, an active member in good standing of the bars of New York and Pennsylvania, whose business address and telephone number are:

> Trujillo Rodriguez & Richards LLC
> 1717 Arch Street, Suite 3838
> Philadelphia, PA 19103
> Telephone: (215) 731-9004
> Facsimile: (215) 731-9044

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

DATED: April 28, 2008

_____
HONORABLE PATRICIA V. TRUMBULL
UNITED STATES DISTRICT COURT JUDGE