RECEIVED

2008 APR 28  AM 9: 52

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Nicole Lavallee (165755)
nlavallee@bermanesq.com
Leslie A. Hale (237726)
lhale@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO
  BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

**Local Counsel for Plaintiff
City of Philadelphia Board of Pensions and Retirement**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR, <br><br> Defendants. | No. C-08-00832 PVT <br><br> **[ ]XXXXXXXXX ]] ORDER GRANTING APPLICATION FOR ADMISSION OF BARBARA A. PODELL AS ATTORNEY *PRO HAC VICE*** |

1    Barbara A. Podell, an active member in good standing of the bar of Pennsylvania, whose

2   business address and telephone number are:

3          Berger & Montague, P.C.
            1622 Locust Street
4          Philadelphia, PA 19103
            Telephone: (215) 875-3000
5          Facsimile: (215) 875-4604

6   having applied in the above-entitled action for admission to practice in the Northern District of

7   California on a *pro hac vice* basis, representing plaintiff,

8          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

9   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

10  *vice*. Service of papers upon and communication with co-counsel designated in the application

11  will constitute notice to the party. All future filings in this action are subject to the requirements

12  contained in General Order No. 45, Electronic Case Filing.

13

14

15  DATED: _____April 28, 2008_____      *Patricia V. Trumbull*

16                                       HONORABLE PATRICIA V. TRUMBULL
                                         UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28