| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER<br>    & GROSSMANN LLP<br>BLAIR A. NICHOLAS   (Bar No. 178428)<br>TIMOTHY A. DELANGE   (Bar No. 190768)<br>TAKEO A. KELLAR   (Bar No. 234470)<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:    (858) 793-0070<br>Fax:   (858) 793-0323<br>blairn@blbglaw.com<br>timothyd@blbglaw.com<br>takeok@blbglaw.com | CHITWOOD HARLEY HARNES LLP<br>MARTIN D. CHITWOOD<br>(Admitted *Pro Hac Vice*)<br>JAMES M. WILSON, JR.<br>(Admitted *Pro Hac Vice*)<br>2300 Promenade II<br>1230 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Tel:    (404) 873-3900<br>Fax:   (404) 876-4476<br>mchitwood@chitwoodlaw.com<br>jwilson@chitwoodlaw.com<br>-and-<br>GREGORY E. KELLER<br>(To Be Admitted *Pro Hac Vice*)<br>11 Grace Avenue, Suite 306<br>Great Neck, New York  11021<br>Tel:    (516) 773-6090<br>Fax:   (404) 876-4476<br>gkeller@chitwoodlaw.com |

*Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees' Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER<br><br>           Defendants. | Case No. C-08-00832-PVT<br><br>CLASS ACTION<br><br>REPLY MEMORANDUM AND NOTICE OF NON-OPPOSITION TO THE PUBLIC FUNDS GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF<br><br>Date:         May 13, 2008<br>Time:        10:00 A.M.<br>Courtroom: 5, 4th Floor<br>Judge:       Hon. Patricia V. Trumbull |

The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees' Retirement System (collectively, the "Public Funds Group") respectfully submit this Reply Memorandum and Notice of Non-Opposition to its Motion for Appointment as Lead Plaintiff and Approval of its Selection of Co-Lead Counsel pursuant to § 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA").

The Public Funds Group filed its Lead Plaintiff Motion by the statutory deadline of April 7, 2008. (Docket No. 35.) In its Motion and subsequent Memorandum in Support (Docket No. 70), the Public Funds Group seeks appointment as the Lead Plaintiff and approval of its selection of Chitwood Harley Harnes and Bernstein Litowitz Berger & Grossmann as co-lead counsel for the Class. The Public Funds Group has demonstrated in its prior filings that it is presumptively the most adequate lead plaintiff for this action under the PSLRA and Federal Rule of Civil Procedure 23.

Seven other movants also initially filed lead plaintiff motions. At the opposition stage of the lead plaintiff briefing, none of the seven movants challenged the appointment of the Public Funds Group as Lead Plaintiff and its selection of co-lead counsel. In their response briefs, BG Capital Fund and the City of Philadelphia Board of Pensions and Retirement conceded that the Public Funds Group possesses the largest financial interest in the relief sought by the class, otherwise satisfies the requirements of Fed. R. Civ. P. 23, and therefore, pursuant to the PSLRA, should be appointed lead plaintiff. (Docket Nos. 69 and 68 respectively.) Four other movants also conceded that they do not have the largest financial interest in this litigation and did not state any opposition to the Public Funds Group's Motion. (*See* New Jersey Institutional Investors Group, Docket No. 63; Government Employees and Judiciary Retirement System of the Commonwealth of Puerto Rico, Docket No. 64; Rick T. Burningham, Docket No. 66; Maxim Investors, Docket No. 67.) Additionally, the International Brotherhood of Electrical Workers Local 697 Pension Fund did not submit an opposition brief after filing its initial lead plaintiff motion.

Because no movant has opposed the Public Funds Group's Motion to be appointed lead plaintiff in this action, and two movants now support the Public Funds Group's Motion, the Public

Funds Group respectfully requests that the Court grant its unopposed Motion to be appointed lead plaintiff and approve its designation of lead counsel in this action.

Dated: April 29, 2008

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP


_/s/ Blair A. Nicholas_
BLAIR A. NICHOLAS

BLAIR A. NICHOLAS
TIMOTHY A. DELANGE
TAKEO A. KELLAR
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
JAMES M. WILSON, JR.
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:    (404) 873-3900
Fax:   (404) 876-4476
mchitwood@chitwoodlaw.com
jwilson@chitwoodlaw.com
    -and-
GREGORY E. KELLER
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Tel:    (516) 773-6090
Fax:   (404) 876-4476
gkeller@chitwoodlaw.com

*Proposed Co-Lead Counsel and Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees' Retirement System*

<h1 style="text-align:center">DECLARATION OF SERVICE</h1>

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on April 29, 2008, declarant caused to be served the following document:

- REPLY MEMORANDUM AND NOTICE OF NON-OPPOSITION TO TE PUBLIC FUNDS GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

by placing a true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

X (BY ELECTRONIC MAIL) Pursuant to Civil Local Rule 5.1 and F.R.C.P. 5(e) I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) and I certify that I caused such document(s) on this date to be filed electronically with the Clerk of the Court through ECF.

☐ (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

Executed on April 29, 2008, at San Diego, California.

/s/ Kristina L. Sousek
KRISTINA L. SOUSEK

DECLARATION OF SERVICE
CASE NO. C-08-00832-PVT                                                                      -1-