BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
TIMOTHY A. DELANGE   (Bar No. 190768)
TAKEO A. KELLAR   (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
takeok@blbglaw.com

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
(Admitted *Pro Hac Vice*)
JAMES M. WILSON, JR.
(Admitted *Pro Hac Vice*)
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:    (404) 873-3900
Fax:   (404) 876-4476
mchitwood@chitwoodlaw.com
jwilson@chitwoodlaw.com
       -and-
GREGORY E. KELLER
(Admitted *Pro Hac Vice*)
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Tel:    (516) 773-6090
Fax:   (404) 876-4476
gkeller@chitwoodlaw.com

*Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees' Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER<br><br>               Defendants. | Case No. C-08-00832-PVT<br><br>CLASS ACTION<br><br>MOTION FOR ADMINISTRATIVE RELIEF FROM REFERRAL TO THE ADR MULTI-OPTION PROGRAM PURSUANT TO ADR LOCAL RULE 3-3(c) AND LOCAL RULE 7-11<br><br>Courtroom:   5, 4th Floor<br>Judge:        Hon. Patricia V. Trumbull |

Pursuant to ADR Local Rule 3-3(c) and Local Rule 7-11, unopposed movant for lead plaintiff, the Public Funds Group, respectfully moves for administrative relief from automatic referral of the above-captioned action to the ADR Multi-Option Program. [1]

On February 6, 2008, the Court issued an order assigning this action to the Alternative Dispute Resolution ("ADR") Multi-Option Program and setting a schedule for ADR deadlines, including but not limited to the deadline to meet and confer regarding the ADR process selection and to "file [a] Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference." [Docket No. 3.] The Public Funds Group submits that relief from referral to the ADR Multi-Option Program is appropriate at this time because: (1) this action is a complex securities litigation matter subject to the Securities Exchange Act of 1934 and Private Securities Litigation Reform Act of 1995 ("PSLRA"); (2) no lead plaintiff has yet been appointed; (3) defense counsel has not yet appeared; and (4) all counsel to the parties to this action presumably will be familiar with the process of private mediation in complex securities litigation in cases such as this action. The Public Funds Group respectfully submits that the May 6, 2008 deadline to meet and confer and submit a joint certification for the ADR program contained in the Court's February 6, 2008 Order be continued until after appointment of lead plaintiff.

The Public Funds Group is not aware of any opposition to this motion.

Accordingly, the Public Funds Group respectfully requests that this case be exempted from the ADR Multi-Option Program.

---

[1] On April 7, 2008, the Public Funds Group moved for appointment as Lead Plaintiff pursuant to § 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). As of the filing date of this motion, no party has been appointed lead plaintiff. However, no other movant opposed the Public Funds Group's motion to be appointed lead plaintiff and the Public Funds Group demonstrated in its briefing submitted to the Court that it is presumptively the most adequate lead plaintiff for this action under the PSLRA and Fed. R. Civ. P. 23.

| | |
|---|---|
| Dated: May 6, 2008 | Respectfully submitted, |
| | BERNSTEIN LITOWITZ BERGER<br>   & GROSSMANN LLP |
| |     /s/ *Blair A. Nicholas*<br>    BLAIR A. NICHOLAS |
| | BLAIR A. NICHOLAS<br>TIMOTHY A. DELANGE<br>TAKEO A. KELLAR<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:  (858) 793-0070<br>Fax:  (858) 793-0323 |
| | CHITWOOD HARLEY HARNES LLP<br>MARTIN D. CHITWOOD<br>JAMES M. WILSON, JR.<br>2300 Promenade II<br>1230 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Tel:  (404) 873-3900<br>Fax:  (404) 876-4476<br>mchitwood@chitwoodlaw.com<br>jwilson@chitwoodlaw.com<br>      -and-<br>GREGORY E. KELLER<br>11 Grace Avenue, Suite 306<br>Great Neck, New York 11021<br>Tel:  (516) 773-6090<br>Fax:  (404) 876-4476<br>gkeller@chitwoodlaw.com |
| | *Proposed Co-Lead Counsel and Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees' Retirement System* |

| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER<br>   & GROSSMANN LLP<br>BLAIR A. NICHOLAS   (Bar No. 178428)<br>TIMOTHY A. DELANGE   (Bar No. 190768)<br>TAKEO A. KELLAR   (Bar No. 234470)<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:   (858) 793-0070<br>Fax:   (858) 793-0323<br>blairn@blbglaw.com<br>timothyd@blbglaw.com<br>takeok@blbglaw.com | CHITWOOD HARLEY HARNES LLP<br>MARTIN D. CHITWOOD<br>(Admitted *Pro Hac Vice*)<br>JAMES M. WILSON, JR.<br>(Admitted *Pro Hac Vice*)<br>2300 Promenade II<br>1230 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Tel:   (404) 873-3900<br>Fax:   (404) 876-4476<br>mchitwood@chitwoodlaw.com<br>jwilson@chitwoodlaw.com<br>             -and-<br>GREGORY E. KELLER<br>(Admitted *Pro Hac Vice*)<br>11 Grace Avenue, Suite 306<br>Great Neck, New York  11021<br>Tel:   (516) 773-6090<br>Fax:   (404) 876-4476<br>gkeller@chitwoodlaw.com |

*Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees' Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER<br><br>                    Defendants. | Case No. C-08-00832-PVT<br><br>CLASS ACTION<br><br>DECLARATION IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF FROM REFERRAL TO THE ADR MULTI-OPTION PROGRAM<br><br><br>Courtroom:   5, 4th Floor<br>Judge:           Hon. Patricia V. Trumbull |

---

DECLARATION IN SUPPORT OF MOTION FOR RELIEF
FROM REFERRAL TO THE ADR MULTI-OPTION PROGRAM
CASE NO. C-08-00832-PVT

I, BLAIR A. NICHOLAS, hereby declare as follows:

1. I am an attorney admitted to practice in California, and I am a partner of the law firm of Bernstein Litowitz Berger & Grossmann LLP, which represents the Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees' Retirement System (collectively, the "Public Funds Group").

2. I make this declaration in support of the Public Fund Group's Motion for Administrative Relief From Referral To The ADR Multi-Option Program.

3. Pursuant to Civil L.R. 7-11(a), a stipulation in support of the administrative motion was not obtained because counsel for defendants has not yet appeared in this action.

4. The Public Funds Group is not aware of any opposition to this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of May, 2008, at San Diego, California.

                                               /s/ *Blair A. Nicholas*
                                               BLAIR A. NICHOLAS

1
2
3
4
5
6
7
8
9

10

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

11

12 | ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,

Case No. C-08-00832-PVT

13 | Plaintiff,

<u>CLASS ACTION</u>

14 | v.

[PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FROM REFERRAL TO THE ADR MULTI-OPTION PROGRAM

15 | MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER

16

17 | Defendants.

Courtroom: 5, 4th Floor
Judge: Hon. Patricia V. Trumbull

18
19
20
21
22
23
24
25
26
27
28

1     The Court, pursuant to the ADR Local Rules and having considered the Motion for
2 Administrative Relief from Referral to the ADR Multi-Option Program filed with the Court on
3 May 6, 2008, HEREBY ORDERS that the above-captioned action is granted relief from participation in
4 the ADR Multi-Option Program.
5     IT IS SO ORDERED.

7 DATED: _____ 2008      _____
                                                              THE HONORABLE PATRICIA V. TRUMBULL
8                                                                UNITED STATES MAGISTRATE JUDGE