# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER<br><br>Defendants. | Case No. C-08-00832-PVT<br><br>CLASS ACTION<br><br>[ XXXXXXXXXX ] ORDER FOR ADMINISTRATIVE RELIEF FROM REFERRAL TO THE ADR MULTI-OPTION PROGRAM<br><br>Courtroom:  5, 4th Floor<br>Judge:  Hon. Patricia V. Trumbull |

1  The Court, pursuant to the ADR Local Rules and having considered the Motion for
2  Administrative Relief from Referral to the ADR Multi-Option Program filed with the Court on
3  May 6, 2008, HEREBY ORDERS that the above-captioned action is granted relief from participation in
4  the ADR Multi-Option Program. until appointment of lead plaintiff and appearance of defendants Maxim Integrated Products, Inc., John F. Gifford and Carl W. Jasper.
5  IT IS SO ORDERED.

7  DATED: __May 7__ 2008

*Patricia V. Trumbull*
_____
THE HONORABLE PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE