BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
NIKI L. MENDOZA (Bar No. 214646)
TAKEO A. KELLAR (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323
blairn@blbglaw.com
nikim@blbglaw.com
takeok@blbglaw.com

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
(Admitted *Pro Hac Vice*)
DARREN T. KAPLAN
(Admitted *Pro Hac Vice*)
JAMES M. WILSON, JR.
(Admitted *Pro Hac Vice*)
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:  (404) 873-3900
Fax:  (404) 876-4476
mchitwood@chitwoodlaw.com
dkaplan@chitwoodlaw.com
jwilson@chitwoodlaw.com
          -and-
GREGORY E. KELLER
(Admitted *Pro Hac Vice*)
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Tel:  (516) 773-6090
Fax:  (404) 876-4476
gkeller@chitwoodlaw.com

*Attorneys for Proposed Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER<br><br>Defendants. | Case No. C-08-00832-PVT<br><br>CLASS ACTION<br><br>NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF THE PUBLIC FUNDS GROUP<br><br>Date:<br>Time:<br>Courtroom:  5, 4th Floor<br>Judge:  Hon. Patricia V. Trumbull |

NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF THE PUBLIC FUNDS
GROUP
CASE NO. C-08-00832-PVT

1  PLEASE TAKE NOTICE that Niki L. Mendoza of Bernstein Litowitz Berger & Grossmann
2  LLP, located at 12481 High Bluff Drive, Suite 300, San Diego, California 92130-3582 hereby enters her
3  appearance as counsel for the Cobb County Government Employees' Pension Plan, the DeKalb County
4  Pension Plan and the Mississippi Public Employees Retirement System (the "Public Funds Group").
5  For purposes of receipt of Notices of Electronic Filing, counsel's email address is
6  nikim@blbglaw.com.

7  Dated: May 8, 2008                             Respectfully submitted,

8                                                 BERNSTEIN LITOWITZ BERGER
                                                  & GROSSMANN LLP
9
                                                  /s/ Niki L. Mendoza
10                                                NIKI L. MENDOZA

11                                                BLAIR A. NICHOLAS
                                                  NIKI L. MENDOZA
12                                                TAKEO A. KELLAR
                                                  12481 High Bluff Drive, Suite 300
13                                                San Diego, CA 92130
                                                  Tel:   (858) 793-0070
14                                                Fax:   (858) 793-0323

15                                                CHITWOOD HARLEY HARNES LLP
                                                  MARTIN D. CHITWOOD
16                                                DARREN T. KAPLAN
                                                  JAMES M. WILSON, JR.
17                                                2300 Promenade II
                                                  1230 Peachtree Street, N.E.
18                                                Atlanta, Georgia 30309
                                                  Tel:   (404) 873-3900
19                                                Fax:   (404) 876-4476
                                                  mchitwood@chitwoodlaw.com
20                                                jwilson@chitwoodlaw.com
                                                       -and-
21                                                GREGORY E. KELLER
                                                  11 Grace Avenue, Suite 306
22                                                Great Neck, New York  11021
                                                  Tel:   (516) 773-6090
23                                                Fax:   (404) 876-4476
                                                  gkeller@chitwoodlaw.com
24
                                                  *Proposed Co-Lead Counsel and Attorneys for Proposed*
25                                                *Lead Plaintiffs The Cobb County Government Employees'*
                                                  *Pension Plan, the DeKalb County Pension Plan and the*
26                                                *Mississippi Public Employees Retirement System*

27

28

NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF THE PUBLIC FUNDS
GROUP                                                                                          -1-
CASE NO. C-08-00832-PVT

## DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on May 8, 2008, declarant caused to be served the following documents:

- NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF THE PUBLIC FUNDS GROUP

by placing a true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

☐ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

X **(BY ELECTRONIC MAIL)** Pursuant to Civil Local Rule 5.1 and F.R.C.P. 5(e) I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) and I certify that I caused such document(s) on this date to be filed electronically with the Clerk of the Court through ECF.

☐ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

Executed on May 8, 2008, at San Diego, California.

/s/ Kristina L. Sousek
KRISTINA L. SOUSEK

DECLARATION OF SERVICE
CASE NO. C-08-00832-PVT                                                             -1-