1   BERNSTEIN LITOWITZ BERGER
        & GROSSMANN LLP
2   BLAIR A. NICHOLAS   (Bar No. 178428)
    NIKI L. MENDOZA   (Bar No. 214646)
3   TAKEO A. KELLAR   (Bar No. 234470)
    12481 High Bluff Drive, Suite 300
4   San Diego, CA 92130
    Tel:     (858) 793-0070
5   Fax:    (858) 793-0323
    blairn@blbglaw.com
6   nikim@blbglaw.com
    takeok@blbglaw.com
7

8

9

10

11

12  *Attorneys for Proposed Lead Plaintiffs The
    Cobb County Government Employees' Pension
13  Plan, the DeKalb County Pension Plan and the
    Mississippi Public Employees Retirement
14  System*

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD
(Admitted *Pro Hac Vice*)
DARREN T. KAPLAN
(Admitted *Pro Hac Vice*)
JAMES M. WILSON, JR.
(Admitted *Pro Hac Vice*)
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:     (404) 873-3900
Fax:    (404) 876-4476
mchitwood@chitwoodlaw.com
jwilson@chitwoodlaw.com
                -and-
GREGORY E. KELLER
(Admitted *Pro Hac Vice*)
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Tel:     (516) 773-6090
Fax:    (404) 876-4476
gkeller@chitwoodlaw.com

15              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
16                     **SAN JOSE DIVISION**

17  ALLAN QUERY, Individually and on        CIVIL ACTION NO. C-08-00832-PVT
    Behalf of All Others Similarly Situated,
18
                    Plaintiff,             CERTIFICATE OF NIKI L. MENDOZA
19                                         PURSUANT TO LOCAL RULE 3-7(d)
           v.
20
    MAXIM INTEGRATED PRODUCTS,
21  INC., JOHN F. GIFFORD and CARL W.
    JASPER
22                                         Date:        May 13, 2008
                    Defendants.           Time:        10:00 a.m.
23                                         Courtroom:   5, 4th Floor
                                          Judge:       Hon. Patricia V. Trumbull
24

25

26

27

28

1    Pursuant to Northern District Local Rule 3-7(d), I, Niki L. Mendoza, declare as follows:

2    Exclusive of securities held through mutual funds or discretionary accounts managed by

3    professional money managers, I do not directly own or otherwise have a beneficial interest in the

4    securities that are the subject of this action.

5    I declare under penalty of perjury under the laws of the State of California that the foregoing is

6

7    true and correct. If called as a witness, I could and would competently testify thereto.

8    Executed this 12th day of May, 2008 at San Diego, California.

9                    BERNSTEIN LITOWITZ BERGER
                      & GROSSMANN LLP
10

11

12                    NIKI L. MENDOZA

13                    BLAIR A. NICHOLAS
                      NIKI L. MENDOZA
14                    TAKEO A. KELLAR
                      12481 High Bluff Drive, Suite 300
15                    San Diego, CA 92130
                      Tel:    (858) 793-0070
16                    Fax:   (858) 793-0323

17                    *Attorneys for Proposed Lead Plaintiffs The Cobb County*
                      *Government Employees' Pension Plan, the DeKalb County*
18                    *Pension Plan and the Mississippi Public Employees*
                      *Retirement System*
19

20

21

22

23

24

25

26

27

28

---

## DECLARATION OF SERVICE

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2.      That on May 12, 2008, declarant caused to be served the following document:

- CERTIFICATE OF NIKI L. MENDOZA PURSUANT TO LOCAL RULE 3-7(d)

by placing a true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

☐      **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐      **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

X      **(BY ELECTRONIC MAIL)** Pursuant to Civil Local Rule 5.1 and F.R.C.P. 5(e) I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) and I certify that I caused such document(s) on this date to be filed electronically with the Clerk of the Court through ECF.

X      **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

Executed on May 12, 2008, at San Diego, California.

_____ */s/ Kristina L. Sousek* _____
KRISTINA L. SOUSEK