UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 5/13/08

Court Reporter: Jana Ridenour          Clerk: C. Lew

Case No:C 08-00832 PVT          Case Title: Query   v.  Maxim Integrated Products, Inc.

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Niki Mendoza<br>James Wilson | No Appearance |

PROCEEDINGS

Pretrial Conferences:     [ ] Initial          [ ] Status          [ ] Discovery

[ ] Settlement          [ ] Final

[ ] Other          [X] Motion

| Pltf. | Deft. | MOTIONS | |
|---|---|---|---|
| [X ] | [ ] | 1.  Motion for lead plaintiff and approval of lead counsel. | |
| [ ] | [ ] | 2. | |
| [ ] | [ ] | 3. | |
| [ ] | [ ] | 4. | |

DISPOSITION

[ ] Granted          [ X] Submitted          [ ] Settled

[ ] Denied          [ ] Briefs to be filed          [ ] Not Settled

[ ] Granted in part, denied in part          [ ] Off Calendar

ORDER TO BE PREPARED BY

[ ] Plaintiff          [ ] Defendant          [X ] Court          [ ] Court w/opinion