1  PAUL R. KIESEL (SBN 119854)
   KIESEL BOUCHER LARSON LLP
2  8648 Wilshire Boulevard
3  Beverly Hills, California 90211-2910
   Telephone: 310/854.4444
4  310/854.0812 (fax)
   Kiesel@kbla.com
5

6  Local Counsel for International Brotherhood Of
   Electrical Workers Local 697 Pension Fund
7

8  HORWITZ, HORWITZ & PARADIS, Attorneys at Law
   Paul O. Paradis
9  Michael A. Schwartz
   Gina M. Tufaro
10 28 West 44th Street, 16th Floor
   New York, NY  10036
11 (212) 404-2200
12 Facsimile (212) 404-2226
13 Email: pparadis@hhplawny.com
   Email: mschwartz@hhplawny.com
14 Email: gtufaro@hhplawny.com
15

16 Attorneys for International Brotherhood of Electrical
   Workers Local 697 Pension Fund
17

18           UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
19              SAN JOSE DIVISION

20 ALLAN QUERY, Individually and on      ) Civil Action No. 08-cv-00832-PVT
   Behalf of All Others Similarly Situated,
                                         )
21                                       ) Magistrate Judge Patricia V. Trumbull
                          Plaintiff,     )
22                                         RESPONSE OF INTERNATIONAL
                                         ) BROTHERHOOD OF ELECTRICAL
23             vs.                       ) WORKERS LOCAL 697 PENSION
                                         ) FUND TO COMPETING MOTIONS
24 MAXIM INTEGRATED PRODUCTS,            ) FOR APPOINTMENT OF LEAD
25 INC., JOHN F. GIFFORD and CARL W.     ) PLAINTIFF
   JASPAR,                               )
26                                       )
                                         ) Location:      Courtroom 5
27                     Defendants. )        Hearing Date:  June 10, 2008
                                            Hearing Time:  10:00 a.m.
28

RESPONSE  OF INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 697 PENSION FUND
TO COMPETING MOTIONS FOR LEAD PLAINTIFF

1    Based upon review of the competing motions for appointment as Lead
2 Plaintiff in the action, it appears movant International Brotherhood of Electrical
3 Workers Local 697 Pension Fund does not possess the largest financial interest in
4 this action.  Therefore, the International Brotherhood of Electrical Workers Local
5 697 Pension Fund withdraws its motion for Lead Plaintiff.  Should the court decide
6 at any point in time that additional Lead Plaintiffs or Class representatives are
7 necessary in this action, International Brotherhood of Electrical Workers Local 697
8 Pension Fund remains ready and willing to serve as a representative of the Class or
9 Lead Plaintiff.

10 DATED: May 14, 2008                     Respectfully submitted,

11

12                               By:  /s/    Paul R. Kiesel

13                                     Paul R. Kiesel, Esq.
                                      **KIESEL BOUCHER LARSON,**
14                                    **LLP**
15                                     8648 Wilshire Boulevard
                                      Beverly Hills, California 90211
16                                     Telephone: (310) 854-4444
                                      Facsimile: (310) 854-0812
17

18                                     *Local Counsel For International*
                                      *Brotherhood Of Electrical Workers*
19                                     *Local 697 Pension Fund*

20
                                      Paul O. Paradis, Esq.
21                                     Michael A. Schwartz, Esq.
                                      Gina M. Tufaro, Esq.
22                                     **HORWITZ, HORWITZ &**
                                      **PARADIS,**
23                                     Attorneys At Law
                                      28 West 44th Street, 16th Floor
24                                     New York, New York, 10036
                                      Telephone: (212) 404-2200
25                                     Facsimile: (212) 404-2226
26

27                                     *Counsel For International*
                                      *Brotherhood Of Electrical Workers*
28                                     *Local 697 Pension Fund*

**RESPONSE OF INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 697 PENSION FUND
TO COMPETING MOTIONS FOR LEAD PLAINTIFF**

PAUL R. KIESEL (SBN 119854)
KIESEL BOUCHER LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Telephone: 310/854.4444
310/854.0812 (fax)
Kiesel@kbla.com

Local Counsel for Movant

HORWITZ, HORWITZ & PARADIS, Attorneys at Law
Paul O. Paradis
Michael A. Schwartz
Gina M. Tufaro
28 West 44th Street, 16th Floor
New York, NY 10036
(212) 404-2200
Facsimile (212) 404-2226
Email: pparadis@hhplawny.com
Email: mschwartz@hhplawny.com
Email: gtufaro@hhplawny.com

Attorneys for Movant International Brotherhood Of Electrical
Workers Local 697 Pension Fund

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated, | ) Civil Action No. 08-cv-00832-PVT |
| | ) Magistrate Judge Patricia V. Trumbull |
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPAR, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I am employed in the City of Beverly Hills and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 8648 Wilshire Boulevard, Beverly Hills, California 90211.

I served on May 14, 2008, 2008 the foregoing documents described as:

**RESPONSE OF INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 697 PENSION FUND TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF**

on the interested parties by electronically filing with the Court a true and correct copy thereof and causing a true and correct copy to be delivered to the addressed as follows:

Laurence M. Rosen
The Rosen Law Firm, P.A.
350 5th Avenue
Suite 5508
New York, NY 10118
212-686-1060
Fax: 212-202-3827
Email: lrosen@rosenlegal.com

Lionel Z. Glancy
Glancy Binkow & Goldberg LLP
1801 Avenue of The Stars
Suite 311
Los Angeles, CA 90067
310-201-9150
Fax: 310-201-9160
Email: info@glancylaw.com
Attorneys for Plaintiff Allan Query

Aaron L. Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jules Brody
Stull Stull & Brody
6 East 45th Street
New York, NY 10017


Anthony D Green
Wolf Popper LLP
845 Third Avenue
New York, NY 10022


Anita Kartalopoulos
Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119


Robert M. Kornreich
Wolf Popper LLP
845 Third Avenue
New York, NY 10022


Carlos Lopez
Llovet Zurinaga & Lopez PSC
Mercantil Plaza Building, PH1616
2 Ponce D Leon Avenue
San Juan. PR 00918


Joseph J. Tobacco , Jr
Berman DeValerio Pease Tabacco Burt & Pucillo
425 California St, Ste 2100
San Francisco, CA 94104


Annie Marie Vu
Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119


Joseph H. Weiss
Weiss & Lurie
551 Fifth Avenue, Suite 1600
New York, NY 10176

**CERTIFICATE OF SERVICE**

1  ☐  VIA OVERNIGHT MAIL:

2     VIA: By delivering such documents to an overnight mail service or an

3     authorized courier in an envelope or package designated by the express

4     service courier addressed to the person(s) on whom it is to be served.

5  ☒  VIA U.S. MAIL:

6     I am readily familiar with the firm's practice for collection and

7     processing of correspondence for mailing. Under that practice, such

8     envelope(s) would be deposited with the U.S. postal service with

9     postage thereon fully prepaid, at Beverly Hills, CA.

10

11  ☐  VIA PERSONAL DELIVERY:

12     I personally delivered such envelope(s) by hand to the offices of the

13     addressee pursuant to CCP § 1011.

14

15  ☐  VIA ELECTRONIC MAIL:

16     I personally served upon all parties the above-referenced documents via

17     electronic mail to the e-mail addresses for those individuals noted to

18     have e-mail addresses on the attached Proof of Service List.

19

20  ☐  VIA FACSIMILE:

21     The interested parties receiving the above-referenced documents via

22     facsimile have agreed to accept same via facsimile transmission, and

23     the facsimile transmission report indicated that the transmission was

24     complete and without error. A copy of that report, which was properly

25     issued by the transmitting machine, is attached hereto.

26

27  ☐  STATE:

28

---

**CERTIFICATE OF SERVICE**

1    I declare under penalty of perjury, under the laws of the State of

2    California that the foregoing is true and correct.

3

4    [X]    FEDERAL:

5    I declare that I am employed in the office of a member of the bar of this

6    court at whose direction the service was made.

7

8    I declare under penalty of perjury under the laws of the State of California

9    that the above is true and correct and was executed on May 14, 2008, at Beverly

10    Hills, CA.

11

12

13

14    Julissa E. Salgueiro

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**