1

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
NIKI L. MENDOZA   (Bar No. 214646)
TAKEO A. KELLAR   (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:     (858) 793-0070
Fax:     (858) 793-0323
blairn@blbglaw.com
nikim@blbglaw.com
takeok@blbglaw.com
matthewj@blbglaw.com

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD (*Pro Hac Vice*)
JAMES M. WILSON, JR. (*Pro Hac Vice*)
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:     (404) 873-3900
Fax:     (404) 876-4476
mchitwood@chitwoodlaw.com
jwilson@chitwoodlaw.com
         -and-
GREGORY E. KELLER (*Pro Hac Vice*)
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Tel:     (516) 773-6090
Fax:     (404) 876-4476
gkeller@chitwoodlaw.com

*Attorneys for Lead Plaintiffs The Cobb
County Government Employees' Pension
Plan, The DeKalb County Pension Plan
and The Mississippi Public Employees
Retirement System*

[Additional Counsel on Signature Page]

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER<br><br>        Defendants. | Case No. C-08-00832-PVT<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER AND STIPULATION REGARDING FILING OF CONSOLIDATED COMPLAINT AND FILING OF DEFENDANTS' RESPONSES** |

WHEREAS, on May 15, 2008, the Court appointed the Public Funds Group as Lead Plaintiff and Chitwood Harley Harnes LLP and Bernstein Litowitz Berger & Grossmann LLP as co-lead counsel in this action;

WHEREAS, on May 21, 2008, pursuant to the Court's May 15, 2008 Order, counsel for the parties to this action met and conferred on a schedule to file a consolidated complaint and an answer or other responsive pleading;

WHEREAS, defendant Maxim Integrated Products, Inc. ("Maxim") has announced that it will restate earnings due to its stock options backdating practices, which are the subject of this action, and has estimated that it will file its financial restatement in June 2008 (the "Restatement");

WHEREAS, the parties agree that in the interest of judicial economy, counsel for the parties conferred and agreed to the deadlines set forth below for the filing of Lead Plaintiff's Consolidated Class Action Complaint and the filing of any answers or responses thereto.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, as follows:

1.      The action shall be re-styled as "*In re Maxim Integrated Products, Inc., Securities Litigation*";

2.      Defendants are not required to answer or otherwise respond to the complaint initially filed in this case on February 6, 2008;

3.      Lead Plaintiff shall file the Consolidated Complaint no later than 45 days after Maxim files the Restatement;

4.      Defendants shall have 45 days from the filing of the Consolidated Complaint to answer, move or otherwise respond to the Consolidated Complaint;

5.      Lead Plaintiff shall have 45 days to file an opposition(s) to defendants' motion(s);

6.      Defendants will have 20 days to file their repl(ies); and

1    7.    A hearing on any motion(s) to dismiss filed by any defendant shall be held 20

2    days after filing of the reply brief(s), or on a date thereafter convenient for the Court.

3        IT IS SO STIPULATED.

4    Dated: May ___, 2008                Respectfully submitted,

5                            BERNSTEIN LITOWITZ BERGER
                             & GROSSMANN LLP
6

7

8                                    _____/s/_____
                                     NIKI L. MENDOZA

9                            BLAIR A. NICHOLAS
                             NIKI L. MENDOZA
10                           TAKEO A. KELLAR
                             12481 High Bluff Drive, Suite 300
11                           San Diego, CA 92130
                             Tel:    (858) 793-0070
12                           Fax:    (858) 793-0323

13                           CHITWOOD HARLEY HARNES LLP
14                           MARTIN D. CHITWOOD (*Pro Hac Vice*)
                             JAMES M. WILSON, JR. (*Pro Hac Vice*)
15                           2300 Promenade II
                             1230 Peachtree Street, N.E.
16                           Atlanta, Georgia 30309
                             Tel:    (404) 873-3900
17                           Fax:    (404) 876-4476
                             mchitwood@chitwoodlaw.com
18                           jwilson@chitwoodlaw.com
19                                      -and-
                             GREGORY E. KELLER (*Pro Hac Vice*)
20                           11 Grace Avenue, Suite 306
                             Great Neck, New York  11021
21                           Tel:    (516) 773-6090
                             Fax:    (404) 876-4476
22                           gkeller@chitwoodlaw.com
23

24                           *Attorneys for Lead Plaintiffs The Cobb County*
                             *Government Employees' Pension Plan, the DeKalb*
25                           *County Pension Plan and the Mississippi Public*
                             *Employees Retirement System*
26

27

28

1

2

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

3

_____/s/_____

4

THAD A. DAVIS
865 South Figueroa Street, 10th Floor

5

Los Angeles, CA  90017-2543
Telephone: (213) 443-3000

6

Facsimile: (213) 443-3100

7

*Attorneys Specially Appearing for Defendant*
*Maxim Integrated Products, Inc.*

8

9

IRELL & MANELLA LLP

10

_____/s/_____

11

GARLAND KELLEY
1800 Avenue of the Stars Suite 900

12

Los Angeles, CA 90067
Telephone: (310) 277-1010

13

Facsimile:  (310) 203-7199

14

*Attorneys Specially Appearing for Defendant John*

15

*F. Gifford*

16

17

LATHAM & WATKINS LLP

18

_____/s/_____

DAVID M. FRIEDMAN

19

505 Montgomery Street
Suite 2000

20

San Francisco, CA 94111
Telephone: (415) 391-0600

21

Facsimile: (415) 395-8095

22

*Attorneys Specially Appearing for Defendant Carl*

23

*Jasper*

24

25

26

27

28

[PROPOSED] ORDER AND STIP RE FILING OF CONSOLIDATED
COMPLAINT AND DEFENDANTS' RESPONSES                                    -3-
Case No. C-08-00832-PVT

1  Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest

2  under penalty of perjury that concurrence in the filing of the document has been obtained from

3  Thad Davis, Garland Kelley and David Friedman.

4                                    *    *    *

5

6  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

7

8  DATED: _____ 2008        _____
                                        THE HONORABLE PATRICIA V. TRUMBULL
9                                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    <u>DECLARATION OF SERVICE</u>

2    I, the undersigned, declare:

3    1.    That declarant is and was, at all times herein mentioned, a citizen of the United States and

4    a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the

5    within action; that declarant's business address is 12481 High Bluff Drive, Suite 300, San Diego,

6    California 92130.

7    2.    That on May 23, 2008, declarant caused to be served the following documents:

8    • [PROPOSED] ORDER AND STIPULATION REGARDING FILING OF
     CONSOLIDATED COMPLAINT AND FILING OF DEFENDANTS'
9    RESPONSES

10   by placing a true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

11   ☐    **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of
          Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of
12        correspondence for mailing with the United States Postal Service, and I caused such
          envelope(s) with postage thereon fully prepaid to be placed in the United States Postal
13        Service at San Diego, California.

14   ☐    **(BY FACSIMILE)** I am personally and readily familiar with the business practice of
          Bernstein Litowitz Berger & Grossmann LLP for collection and processing of
15        document(s) to be transmitted by facsimile and I caused such document(s) on this date to
          be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

16
     X    **(BY ELECTRONIC MAIL)** Pursuant to Civil Local Rule 5.1 and F.R.C.P. 5(e) I am
17        personally and readily familiar with the business practice of Bernstein Litowitz Berger &
          Grossmann LLP for collection and processing of document(s) to be transmitted
18        electronically in Portable Document Format (PDF) and I certify that I caused such
          document(s) on this date to be filed electronically with the Clerk of the Court through
19        ECF.

20   ☐    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this
21        Court at whose direction the service was made.

22   3.    That there is a regular communication by mail between the place of mailing and the
23   places so addressed.

24   Executed on May 23, 2008, at San Diego, California.

25

26
             _/s/ Kristina L. Sousek_
27           KRISTINA L. SOUSEK

28