**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ALLAN QUERY,　　　　　　　　　　　　　　　　C 08-00832 PVT

　　　*Plaintiff(s)*,

　　　　　　　　　　　　　　　　　　　　　　**CLERK'S NOTICE RESCHEDULING**
　　　　　　　　　　　　　　　　　　　　　　**CASE MANAGEMENT CONFERENCE**

*vs.*

MAXIM INTEGRATED PRODUCTS, INC.,

　　　*Defendant(s)*.

---

　　　Please take notice that the Case Management Conference previously scheduled for May 27, 2008 has been rescheduled for **September 2, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.**　Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: May 23, 2008　　　　　　　/s/ Corinne Lew
　　　　　　　　　　　　　　　　　―――――――――――
　　　　　　　　　　　　　　　　　Corinne Lew
　　　　　　　　　　　　　　　　　DEPUTY CLERK