**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ALLAN QUERY,                                          C 08-00832 PVT

        *Plaintiff(s),*

                                      **CLERK'S NOTICE RESCHEDULING**
                                      **CASE MANAGEMENT CONFERENCE**

*vs.*

MAXIM INTEGRATED PRODUCTS, INC.,

        *Defendant(s).*

_____

      Please take notice that the Case Management Conference previously scheduled  for June 10, 2008 has been rescheduled for **September 2, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.**    Parties are to appear  in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: May 23,  2008

                        /s/ Corinne Lew
                        _____
                        Corinne Lew
                        DEPUTY CLERK