BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
NIKI L. MENDOZA   (Bar No. 214646)
TAKEO A. KELLAR   (Bar No. 234470)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
blairn@blbglaw.com
nikim@blbglaw.com
takeok@blbglaw.com
matthewj@blbglaw.com

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD (*Pro Hac Vice*)
JAMES M. WILSON, JR. (*Pro Hac Vice*)
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:    (404) 873-3900
Fax:    (404) 876-4476
mchitwood@chitwoodlaw.com
jwilson@chitwoodlaw.com
     -and-
GREGORY E. KELLER (*Pro Hac Vice*)
11 Grace Avenue, Suite 306
Great Neck, New York  11021
Tel:    (516) 773-6090
Fax:    (404) 876-4476
gkeller@chitwoodlaw.com

*Attorneys for Lead Plaintiffs The Cobb County Government Employees' Pension Plan, The DeKalb County Pension Plan and The Mississippi Public Employees Retirement System*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER<br><br>Defendants. | Case No. C-08-00832-PVT<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER AND STIPULATION REGARDING FILING OF CONSOLIDATED COMPLAINT AND FILING OF DEFENDANTS' RESPONSES** |

WHEREAS, on May 15, 2008, the Court appointed the Public Funds Group as Lead Plaintiff and Chitwood Harley Harnes LLP and Bernstein Litowitz Berger & Grossmann LLP as co-lead counsel in this action;

WHEREAS, on May 21, 2008, pursuant to the Court's May 15, 2008 Order, counsel for the parties to this action met and conferred on a schedule to file a consolidated complaint and an answer or other responsive pleading;

WHEREAS, defendant Maxim Integrated Products, Inc. ("Maxim") has announced that it will restate earnings due to its stock options backdating practices, which are the subject of this action, and has estimated that it will file its financial restatement in June 2008 (the "Restatement");

WHEREAS, the parties agree that in the interest of judicial economy, counsel for the parties conferred and agreed to the deadlines set forth below for the filing of Lead Plaintiff's Consolidated Class Action Complaint and the filing of any answers or responses thereto.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, as follows:

1. The action shall be re-styled as "*In re Maxim Integrated Products, Inc., Securities Litigation*";

2. Defendants are not required to answer or otherwise respond to the complaint initially filed in this case on February 6, 2008;

3. Lead Plaintiff shall file the Consolidated Complaint no later than 45 days after Maxim files the Restatement;

4. Defendants shall have 45 days from the filing of the Consolidated Complaint to answer, move or otherwise respond to the Consolidated Complaint;

5. Lead Plaintiff shall have 45 days to file an opposition(s) to defendants' motion(s);

6. Defendants will have 20 days to file their repl(ies); and

7. A hearing on any motion(s) to dismiss filed by any defendant shall be held 20 days after filing of the reply brief(s), or on a date thereafter convenient for the Court.

IT IS SO STIPULATED.

Dated: May ___, 2008

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP


/s/
―――――――――――――――――――
NIKI L. MENDOZA

BLAIR A. NICHOLAS
NIKI L. MENDOZA
TAKEO A. KELLAR
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD (*Pro Hac Vice*)
JAMES M. WILSON, JR. (*Pro Hac Vice*)
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:    (404) 873-3900
Fax:   (404) 876-4476
mchitwood@chitwoodlaw.com
jwilson@chitwoodlaw.com
         -and-
GREGORY E. KELLER (*Pro Hac Vice*)
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Tel:    (516) 773-6090
Fax:   (404) 876-4476
gkeller@chitwoodlaw.com

*Attorneys for Lead Plaintiffs The Cobb County Government Employees' Pension Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System*

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

_____/s/_____
THAD A. DAVIS
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys Specially Appearing for Defendant Maxim Integrated Products, Inc.*

IRELL & MANELLA LLP

_____/s/_____
GARLAND KELLEY
1800 Avenue of the Stars Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys Specially Appearing for Defendant John F. Gifford*

LATHAM & WATKINS LLP

_____/s/_____
DAVID M. FRIEDMAN
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys Specially Appearing for Defendant Carl Jasper*

1  Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest
2  under penalty of perjury that concurrence in the filing of the document has been obtained from
3  Thad Davis, Garland Kelley and David Friedman.

4
                                   \*   \*   \*
5

6  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

7  DATED: _May 28, 2008_____ 2008     _/s/ Patricia V. Trumbull_
8                                                     THE HONORABLE PATRICIA V. TRUMBULL
9                                                     UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER AND STIP RE FILING OF CONSOLIDATED
COMPLAINT AND DEFENDANTS' RESPONSES    -4-
Case No. C-08-00832-PVT

<u>DECLARATION OF SERVICE</u>

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on May 23, 2008, declarant caused to be served the following documents:

- [PROPOSED] ORDER AND STIPULATION REGARDING FILING OF CONSOLIDATED COMPLAINT AND FILING OF DEFENDANTS' RESPONSES

by placing a true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

☐ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

X **(BY ELECTRONIC MAIL)** Pursuant to Civil Local Rule 5.1 and F.R.C.P. 5(e) I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) and I certify that I caused such document(s) on this date to be filed electronically with the Clerk of the Court through ECF.

☐ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

Executed on May 23, 2008, at San Diego, California.

<u>/s/ Kristina L. Sousek</u><br>
KRISTINA L. SOUSEK

DECLARATION OF SERVICE
CASE NO. C-08-00832-PVT                                                                                                                       -1-