LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Robert E. Sims (Bar No. 116680)
    bob.sims@lw.com
  David M. Friedman (Bar No. 209214)
    david.friedman@lw.com
  Risha N. Jamison (Bar No. 230820)
    risha.jamison@lw.com
  Christopher W. Johnstone (Bar No. 242621)
    christopher.johnstone@lw.com
  Heather L. Thompson (Bar No. 246321)
    heather.thompson@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Defendant
CARL W. JASPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ALLAN QUERY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>    v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD, CARL W. JASPER,<br><br>    Defendants. | CASE NO. 08-CV-00832-PVT<br><br>NOTICE OF APPEARANCE |
|---|---|

LATHAM&WATKINS LLP    SF\657275.1
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE

1  PLEASE TAKE NOTICE that the law firm of Latham & Watkins LLP hereby
2  appears in this action for Defendant Carl W. Jasper and requests that all papers in this action be
3  served upon, and all communications directed to, the undersigned at the address provided below.
4  Dated: May 28, 2008

                                 LATHAM & WATKINS LLP
                                   Heather L. Thompson

By          /s/         
   Heather L. Thompson
   Attorneys for Defendant
   CARL W. JASPER