LATHAM & WATKINS LLP
   Steven M. Bauer (Bar No. 135067)
      steven.bauer@lw.com
   Robert E. Sims (Bar No. 116680)
      bob.sims@lw.com
   David M. Friedman (Bar No. 209214)
      david.friedman@lw.com
   Risha N. Jamison (Bar No. 230820)
      risha.jamison@lw.com
   Christopher W. Johnstone (Bar No. 242621)
      christopher.johnstone@lw.com
   Heather L. Thompson (Bar No. 246321)
      heather.thompson@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Defendant
CARL W. JASPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD, CARL W. JASPER, <br><br> Defendants. | CASE NO. 08-CV-00832-PVT <br><br> PROOF OF SERVICE |

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA  94111-6538.

On **May 28, 2008**, I served the following document described as:

**NOTICE OF APPEARANCE**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service.  Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.  I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

(See attached Service List)

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **May 28, 2008**, at San Francisco, California.

_____/s/_____
Judy Thomason

# Service List

**BY U.S. MAIL**

| | |
|---|---|
| Aaron L. Brody<br>Jules Brody<br>Stull Stull & Brody<br>6 East 45th Street<br>New York, NY 10017 | Anthony D. Green<br>Robert M. Kornreich<br>Wolf Popper LLP<br>845 Third Avenue<br>New York, NY 10022 |
| Anita Kartalopoulos<br>Annie Marie Vu<br>Milberg LLP<br>One Pennsylvania Plaza<br>49th Floor<br>New York, NY 10119 | Carlos Lopez<br>Llovet Zurinaga & Lopez PSC<br>Mercantil Plaza Building<br>PH1616<br>2 Ponce D Leon Avenue<br>San Juan, PR 00918 |
| Joseph J. Tobacco, Jr.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>425 California St., Suite 2100<br>San Francisco, CA 94104 | Joseph H. Weiss<br>Weiss & Lurie<br>551 Fifth Avenue<br>Suite 1600<br>New York, NY 10176 |