| Attorney Or Party Without Attorney (Name and Address) | Telephone | FOR COURT USE ONLY |
|---|---|---|
| BERNSTEIN LITOWITZ BERGER & GROSSMAN<br>12481 High Bluff Drive, Suite 300<br>San Diego, California 92130 | (858) 793-0070 | |
| Attorneys for: LEAD PLAINTIFF | Ref. No. Or File No.<br>W2497194 | |

Insert name of court, judicial district and branch court, if any

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ALLAN QUERY, etc.

Defendant:
MAXIM INTERGATED PRODUCTS, INC., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div | Case Number:<br>C08-00832 PVT |
|---|---|---|---|---|

I, Chris Sparks, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES/CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE; ECF REGISTRATION INFORMATION HANDOUT; STANDING ORDER REGARDNG CASE MANAGEMENT IN CIVIL CASES; MAGISTRATE JUDGE PATRICIA TRUMBULL SETTLEMENT CONFERENCE PROCEDURES; CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE; [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FROM REFERRAL TO THE ADR MULTI-OPTION PROGRAM; ORDER APPOINTING LEAD PLAINTIFS

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : CARL W. JASPAR

By Serving        : EMILY O'CONNOR, Secretary/Authorized to Accept Service on behalf of David Friedman, Esq.
Address           : 505 Montgomery Street, Suite 2000, San Francisco, California 94111
Date & Time       : Tuesday, May 27, 2008 @ 12:03 p.m.
Witness fees were : Not applicable.

Person serving:
Chris Sparks
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
 (1) Employee or independent contractor
 (2) Registration No.: 765
 (3) County: San Francisco
 (4) Expires: 8/11/2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 27, 2008            Signature:_____
                                         Chris Sparks


Printed on recycled paper