```
 1  LATHAM & WATKINS LLP
        Steven M. Bauer (Bar No. 135067)
 2         steven.bauer@lw.com
        Robert E. Sims (Bar No. 116680)
 3         bob.sims@lw.com
        David M. Friedman (Bar No. 209214)
 4         david.friedman@lw.com
        Christopher W. Johnstone (Bar No. 242152)
 5         chris.johnstone@lw.com
     505 Montgomery Street, Suite 2000
 6   San Francisco, California 94111-6538
     Telephone:  415.391.0600
 7   Facsimile:  415.395.8095

 8   Attorneys for Defendant
     Carl W. Jasper
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER,<br><br>Defendants. | Case No. C-08-00832-PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|---|---|

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Pursuant to Civil Local Rule 73-1(a)(1), the undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

C-08-00832-PVT
REQUEST FOR
REASSIGNMENT

1  Dated:  August 21, 2008                    Respectfully submitted,

2                                             LATHAM & WATKINS LLP
                                                  Steven M. Bauer
3                                                 Robert E. Sims
                                                  David M. Friedman
4                                                 Christopher W. Johnstone

5

6                                             By _____/s/_____
                                                  Christopher W. Johnstone
7                                                 Attorneys for Defendant Carl W. Jasper

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                                             C-08-00832-PVT
                                              REQUEST FOR
                                              REASSIGNMENT