| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
| | David Siegel (101355) |
| 2 | dsiegel@irell.com |
| | John C. Hueston (164921) |
| 3 | jhueston@irell.com |
| | Garland A. Kelley (225450) |
| 4 | gkelley@irell.com |
| | Shaunt T. Arevian (237698) |
| 5 | sarevian@irell.com |
| | 1800 Avenue of the Stars, Suite 900 |
| 6 | Los Angeles, California 90067-4276 |
| | Telephone:  (310) 277-1010 |
| 7 | Facsimile:   (310) 203-7199 |
| 8 | Attorneys Specially Appearing for |
| | Defendant John F. Gifford |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,, | Case No. 08-00832-PVT |
| Plaintiff, | COUNSEL FOR DEFENDANT GIFFORD'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE |
| vs. | |
| MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER, | Date:    September 2, 2008 |
| | Time:    2:00 p.m. |
| | Ctrm:    5, 4th Floor |
| Defendants. | Judge:   Hon. Patricia V. Trumball |
| | Complaint Filed:   February 6, 2008 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1917945     Request to Appear Telephonically At Case Management Conference

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that pursuant to United States District Court, Northern District of California Local Rule 16-10(a), Counsel for Defendant John F. Gifford requests to appear telephonically at the Case Management Conference scheduled for September 2, 2008, at 2:00 p.m.

Dated: August 21, 2008

Respectfully submitted,

IRELL & MANELLA LLP

By: _____/s/_____
Shaunt T. Arevian

David Siegel
John C. Hueston
Garland A. Kelley
Shaunt T. Arevian
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys Specially Appearing for Defendant John F. Gifford

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1917945

- 1 -

Request to Appear Telephonically At Case Management Conference

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER,<br><br>Defendants. | Case No. 08-00832-PVT<br><br>[PROPOSED] ORDER GRANTING COUNSEL FOR DEFENDANT GIFFORD'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date:    September 2, 2008<br>Time:    2:00 p.m.<br>Ctrm:    5, 4th Floor<br>Judge:   Hon. Patricia V. Trumball<br><br>Complaint Filed:   February 6, 2008 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1  This Court GRANTS Counsel for Defendant Gifford's request to appear telephonically at
2  the Case Management Conference scheduled for September 2, 2008, at 2:00 p.m.
3
4  IT IS SO ORDERED.
5
6
7  Dated:_____                    _____
                                               Hon. Patricia V. Trumball
8                                              United States Magistrate Judge
                                               Northern District of California
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28