1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| ALLEN QUERY, | C 08-00832 PVT |
|---|---|
| Plaintiff(s), | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| VS. | |
| MAXIM INTEGRATED PRODUCTS, INC., ET AL., | |
| Defendant(s). | |

11  The Clerk of this Court will now randomly reassign this case to a United
12 States District Judge because one or more of the parties has requested reassignment to
13 a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.
14  PLEASE TAKE NOTICE that a Case Management Conference in the above-
15 entitled matter which was previously set for September 2, 2008 before Magistrate Judge
16 Patricia V. Trumbull has been continued to **September 22, 2008 @ 10:00 a.m.,** before the
17 Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S.
18 Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint
19 Case Management Statement on or before September 8, 2008.
20  If the above-entitled matter settles counsel are required to notify the Court
21 by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off
22 calendar.

Dated: August 22, 2008          RICHARD W. WIEKING,
                                Clerk of Court
                                /s/ Corinne Lew
                                _____
                                Corinne Lew
                                Deputy Clerk