UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

August 22, 2008

**CASE NUMBER:  CV 08-00832 PVT**
**CASE TITLE:  ALLAN QUERY-v-MAXIM INTEGRATED PRODUCTS, INC., ET AL**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW**  immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/22/2008

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Clerk

NEW CASE FILE CLERK:     8/22/2008

| | | | |
|---|---|---|---|
| Copies to: Courtroom Deputies | 8/22/2008 | Special Projects | 8/22/2008 |
| Log Book Noted | 8/22/2008 | Entered in Computer | 8/22/2008 |

CASE SYSTEMS ADMINISTRATOR:   8/22/2008

| | | | |
|---|---|---|---|
| Copies to:  All Counsel | 8/22/2008 | Transferor CSA | 8/22/2008 |