DENIED
Judge James Ware
9/5/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLAN QUERY, Individually and on Behalf of All Others Similarly Situated,,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MAXIM INTEGRATED PRODUCTS, INC., JOHN F. GIFFORD and CARL W. JASPER,<br><br>　　　　Defendants. | Case No. 08-00832-JW (PVT)<br><br>[PROPOSED] ORDER GRANTING COUNSEL FOR DEFENDANT GIFFORD'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date:　September 2, 2008<br>Time:　2:00 p.m.<br>Ctrm:　5, 4th Floor<br>Judge:　Hon. Patricia V. Trumball<br><br>Complaint Filed:　February 6, 2008 |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1  This Court DENIES AS MOOT Defendant Gifford's request to appear telephonically at
2  the Case Management Conference scheduled for September 2, 2008, at 2:00 p.m.
3  This case has since been reassigned to Judge James Ware.
   IT IS SO ORDERED.

6  Dated: September 5, 2008

   _____
   Hon. JAMES WARE
   United States DISTRICT Judge
   Northern District of California