United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

"In re Maxim Integrated Products, Inc., Securities Litigation"

No. C 08-00832 JW

CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for September 22, 2008 at 10:00 AM has been reset to **November 24, 2008 in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.** The parties are to file a joint case management conference statement by **November 14, 2008.**

Dated: September 5, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy