1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John M. Potter (SBN 165843)
2    johnpotter@quinnemanuel.com
     Patrick C. Doolittle (SBN 203559)
3    patrickdoolittle@quinnemanuel.com
     Christina L. Wu (SBN 233186)
4    christinawu@quinnemanuel.com
   50 California Street, 22nd Floor
5  San Francisco, California  94111
   Telephone:    (415) 875-6600
6  Facsimile:    (415) 875-6700

7

   Attorneys for Defendant Maxim Integrated
8  Products, Inc.

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE MAXIM INTEGRATED PRODUCTS SECURITIES LITIGATION | CASE NO.  5:08-cv-00832-JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|---|---|

51106/2686227.1

Case No.  5:08-cv-00832-JW
[Proposed] Order and Stip. Regarding CMC

**STIPULATION**

WHEREAS on February 6, 2008, plaintiff Allan Query filed a purported class action complaint against defendants Maxim Integrated Products, Inc., John F. Gifford, and Carl W. Jasper;

WHEREAS, various plaintiffs and plaintiffs' firms subsequently moved to be appointed lead plaintiff and lead plaintiffs' counsel, respectively;

WHEREAS, on May 15, 2008, the Court appointed the Public Funds Group as Lead Plaintiff and Chitwood Harley Harnes LLP and Bernstein Litowitz Berger & Grossmann LLP as co-lead Plaintiffs' counsel;

WHEREAS the parties stipulated, and the Court ordered, that Lead Plaintiff must file its Consolidated Complaint no later than 45 days after the date that Maxim filed its restatement;

WHEREAS, Maxim filed its restatement on September 30, 2008, and the Consolidated Complaint is due on November 14, 2008;

WHEREAS, the Court has scheduled a Case Management Conference for November 24, 2008;

WHEREAS, counsel for Defendants have a scheduling conflict on November 24, 2008;

THEREFORE IT IS STIPULATED AND AGREED that:

1. The Case Management Conference presently scheduled for November 24, 2008 is continued to **December 22, 2008 at 9 a.m.**

2. The parties shall submit a Joint Case Management Conference Statement 10 calendar days before the Case Management Conference.

IT IS SO STIPULATED.

DATED:  November 11, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By  /s/
   Patrick C. Doolittle
   Attorneys for Defendant Maxim Integrated Products, Inc.


DATED:  November 11, 2008          IRELL & MANELLA LLP


By  /s/
   Garland Kelley
   Attorneys for John F. Gifford


DATED:  November 11, 2008          LATHAM & WATKINS LLP


By  /s/
   David Friedman

   Attorneys for Carl Jasper


DATED:  November 11, 2008          BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP


By  /s/
   Timothy DeLange
   Attorneys for Lead Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED  AS MODIFIED ABOVE.

DATED:  November 17, 2008

*[signature: James Ware]*

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE