GREGORY D. HULL (Bar No. 57367)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendant Maxim Integrated Products, Inc.*

**IT IS SO ORDERED**
*[signature]*
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

------------------------------------------------------------ x
                                                             :
In re MAXIM INTEGRATED PRODUCTS,                             :
INC. SECURITIES LITIGATION                                   :   Case No.  C-08-00832-JW
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ x

### [PROPOSED] ORDER REGARDING FILING OF DEFENDANTS' RESPONSES TO CONSOLIDATED CLASS ACTION COMPLAINT

IT IS HEREBY ORDERED THAT:

1.   Defendants Maxim Integrated Products, Inc., John F. Gifford, Carl W. Jasper and Timothy Ruehle (collectively, "Defendants") shall answer, move against or otherwise respond to the Consolidated Class Action Complaint (the "Complaint") by January 30, 2009; and

2.   In the event Defendants (or any of them) move against the Complaint, Lead Plaintiffs shall have until March 16, 2009 to file their opposition(s) to such motion(s) and Defendants shall have until April 15, 2009 to file their repl(ies).

DATED: December 16, 2008

_____
THE HONORABLE JAMES S. WARE
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER                                                             Case No. C-08-00832-JW