1  GREGORY D. HULL (Bar No. 57367)
   WEIL, GOTSHAL & MANGES LLP
2  201 Redwood Shores Parkway
3  Redwood Shores, California  94065
   Telephone: (650) 802-3000
4  Facsimile: (650) 802-3100

5  *Attorneys for Defendant Maxim Integrated Products, Inc.*

**DENIED WITHOUT PREJUDICE**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

------------------------------------------------------------- x
                                                              :
In re MAXIM INTEGRATED PRODUCTS,                              :
INC. SECURITIES LITIGATION                                    :   Case No.  C-08-00832-JW
                                                              :
                                                              :
                                                              :
------------------------------------------------------------- x

The Court DENIES the parties' Stipulation to continue the Case Management Conference currently set for December 22, 2008 because the parties failed to provide any reason to continue the conference at this time.  The parties may renew their request upon filing the appropriate papers other than a proposed order without any explanation for their request.

Dated:  December 16, 2008

_____
JAMES WARE
United States District Judge

(PROPOSED) ORDER                                                              Case No. C-08-00832- JW