WEIL, GOTSHAL & MANGES LLP
GREGORY D. HULL (Bar No. 57367)
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel:   (650) 802-3274
Fax:   (650) 802-3100
greg.hull@weil.com

*Attorneys for Defendant Maxim Integrated Products, Inc.*

[Additional Counsel on Signature Page]

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

------------------------------------------------------------ x
:
In re MAXIM INTEGRATED PRODUCTS, :
INC. SECURITIES LITIGATION :   Case No.  C-08-00832-JW
:
:   STIPULATION AND [~~PROPOSED~~]
:   ORDER REGARDING
:   CONTINUATION OF CASE
:   MANAGEMENT CONFERENCE
:
:
------------------------------------------------------------ x

WHEREAS, on November 20, 2008, the Court entered an Order scheduling a Case Management Conference in the above-captioned action for December 22, 2008;

WHEREAS, on December 15, 2008, the Court approved a Substitution of Attorney form filed by defendant Maxim Integrated Products, Inc. ("Maxim") pursuant to which Weil, Gotshal & Manges LLP ("WGM") replaced Quinn Emanuel Urquhart Oliver & Hedges, LLP as counsel for Maxim in this action;

WHEREAS, WGM is in the process of learning the facts and history of the matter, and considering what, if any, motions may appropriately be addressed to the Consolidated Class Action Complaint;

WHEREAS, the lead WGM attorneys for Maxim will be unavailable to travel to California on December 22, 2008 (the date presently set for the Case Management Conference) due to previously-scheduled holiday plans; and

WHEREAS, in light of the foregoing, the parties have conferred and agreed to continue the Case Management Conference to January 26, 2009, or another date that is convenient for the Court.

PURSUANT TO CIVIL LOCAL RULE 6-2(a), IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1. The Case Management Conference presently scheduled for December 22, 2008 shall be continued to January 26, 2009, or another date that is convenient for the Court.

IT IS SO STIPULATED.

Dated: December 17, 2008                    Respectfully submitted,

                                            WEIL, GOTSHAL & MANGES LLP


                                               */s/ Gregory D. Hull*
                                            GREGORY D. HULL
                                            201 Redwood Shores Parkway
                                            Redwood Shores, CA 94065
                                            Tel:   (650) 802-3274
                                            Fax:   (650) 802-3100

                                            *Attorneys for Defendant Maxim Integrated Products, Inc.*

[PROPOSED] ORDER REGARDING                  Case No. C-08-00832-JW
CONTINUANCE OF CASE MANAGEMENT
CONFERENCE

BERNSTEIN LITOWITZ BERGER
& GROSSMAN LLP


_____/s/ Blair A. Nicholas_____
BLAIR A. NICHOLAS
TIMOTHY A. DELANGE
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323

*Attorneys for Lead Plaintiffs The Cobb County Government Employees' Pension Plan, The DeKalb County Pension Plan and The Mississippi Public Employees Retirement System*


IRELL & MANELLA LLP


_____/s/ Garland A. Kelley_____
GARLAND A. KELLEY
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel:  (310) 277-1010
Fax:  (310) 203-7199

*Attorneys for Defendant John F. Gifford*


LATHAM & WATKINS LLP


_____/s/ David M. Friedman_____
DAVID M. FRIEDMAN
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel:  (415) 391-0600
Fax:  (415) 395-8095

*Attorneys for Defendant Carl W. Jasper*

---

[PROPOSED] ORDER REGARDING
CONTINUANCE OF CASE MANAGEMENT
CONFERENCE

Case No. C-08-00832-JW

O'MELVENY & MYERS LLP

*/s/ Meredith Landy*
MEREDITH LANDY
2765 Sand Hill Road
Menlo Park, CA 94025
Tel:  (650) 473-2600
Fax:  (650) 473-2601

*Attorneys for Defendant Timothy Ruehle*

Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Blair A. Nicholas, Garland A. Kelley, David M. Friedman and Meredith Landy.

## SUPPORTING DECLARATION OF GREGORY D. HULL

Pursuant to Civil L.R. 6-2, I, Gregory D. Hull, declare as follows:

1. I am an attorney admitted to practice in the State of California and in the U.S. District Court for the Northern District of California, and Counsel with the firm of Weil, Gotshal & Manges LLP, attorneys of record for defendant Maxim Integrated Products, Inc.  The matters referred to in this declaration are based on my personal knowledge, unless indicated that they are based upon information and belief, and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made in the above Stipulation are true.  The parties have met and conferred and agree that the schedule should be extended for the reasons set forth in the above Stipulation.

3. I am informed and believe that pursuant to stipulation and/or Court Order, prior to Weil, Gotshal & Manges LLP's ("WGM") substitution as counsel for Maxim on December 15, 2008, there were other continuations of the Case Management Conference, most recently from November 24, 2008 to December 22, 2008.  The above Stipulation constitutes WGM's first request to continue the Case Management Conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 17th day of December, 2008 at Redwood Shores, California.

*/s/ Gregory D. Hull*
Gregory D. Hull

[PROPOSED] ORDER REGARDING
CONTINUANCE OF CASE MANAGEMENT
CONFERENCE

Case No. C-08-00832-JW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WEIL, GOTSHAL & MANGES LLP
GREGORY D. HULL (Bar No. 57367)
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel:   (650) 802-3274
Fax:   (650) 802-3100
greg.hull@weil.com

*Attorneys for Defendant Maxim Integrated Products, Inc.*

[PROPOSED] ORDER REGARDING
CONTINUANCE OF CASE MANAGEMENT
CONFERENCE

Case No.  C-08-00832-JW

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

----------------------------------------------------------- x
: 
In re MAXIM INTEGRATED PRODUCTS, :
INC. SECURITIES LITIGATION : Case No.  C-08-00832-JW
:
: **[PROPOSED] ORDER GRANTING
: CONTINUATION OF CASE
: MANAGEMENT CONFERENCE**
:
:
----------------------------------------------------------- x

The Case Management Conference presently scheduled for December 22, 2008 shall be continued to **January 26, 2009 at 10 a.m.**  On or before **January 16, 2009**, the parties file a Joint Case Management Conference Statement.

DATED:   December 18  2008                    *James Ware*
                                                                      THE HONORABLE JAMES S. WARE
                                                                      UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
REGARDING CONTINUANCE OF CASE               Case No.  C-08-00832-JW
MANAGEMENT CONFERENCE