IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Maxim Integrated Products, Inc. Securities Litigation | NO. C 08-00832 JW <br> **ORDER VACATING CASE MANAGEMENT CONFERENCE** |

On January 26, 2009, the parties are scheduled to appear for a Case Management Conference. The parties timely filed a Joint Case Management Statement. (See Docket Item No. 161.) Based on the parties' representations in their Joint Statement concerning the pendency of Plaintiffs' motion to lift stay and Defendants' anticipated motions to dismiss, the Court finds that a Case Management Conference is unnecessary at this time.

Accordingly, the Court VACATES the January 26, 2009 Case Management Conference. To the extent necessary, the Court will set a new conference date in its Order addressing the parties' anticipated motions.

Dated: January 21, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barbara A Podell bpodell@bm.net
Blair Allen Nicholas blairn@blbglaw.com
Blake M. Harper office@hulettharper.com
Chet Barry Waldman Cwaldman@wolfpopper.com
Christopher William Johnstone chris.johnstone@lw.com
Daniel H. Bookin dbookin@omm.com
Darren T. Kaplan dkaplan@chitwoodlaw.com
David Michael Friedman david.friedman@lw.com
Douglas Matthew Risen drisen@bm.net
Elizabeth Pei Lin elin@milberg.com
Garland Aycuff Kelley Gkelley@irell.com
Gregory Hull greg.hull@weil.com
Gregory D. Hull greg.hull@weil.com
Gregory E. Keller gkeller@chitwoodlaw.com
Heather Lynn Thompson heather.thompson@lw.com
Ira Neil Richards irichards@trrlaw.com
James M. Wilson Jwilson@chitwoodlaw.com
Jeff S. Westerman jwesterman@milberg.com
Jordan L. Lurie jlurie@weisslurie.com
Kenneth Israel Trujillo ktrujillo@trrlaw.com
Laurence M. Rosen lrosen@rosenlegal.com
Leigh Anne Parker lparker@wllawca.com
Lesley Ann Hale lhale@bermanesq.com
Lionel Z. Glancy info@glancylaw.com
Martin D. Chitwood Mchitwood@chitwoodlaw.com
Meredith N. Landy mlandy@omm.com
Michael M. Goldberg info@glancylaw.com
Nicole Catherine Lavallee nlavallee@bermanesq.com
Niki L. Mendoza nikim@blbglaw.com
Patricia I. Avery pavery@wolfpopper.com
Patrick C. Doolittle patrickdoolittle@quinnemanuel.com
Paul R. Kiesel Kiesel@kbla.com
Peter Arthur Binkow info@glancylaw.com
Peter Todd Snow psnow@omm.com
Phillip P Kim pkim@rosenlegal.com
Risha Nickelle Jamison risha.jamison@lw.com
Robert E. Sims bob.sims@lw.com
Sharon M. Bunzel sbunzel@omm.com
Shaunt Toros Arevian sarevian@irell.com
Sherrie R. Savett ssavett@bm.net
Takeo Austin Kellar takeok@blbglaw.com
Thad Alan Davis thaddavis@quinnemanuel.com
Timothy Alan DeLange timothyd@blbglaw.com
Timothy J. Burke service@ssbla.com

**Dated: January 21, 2009**                                  **Richard W. Wieking, Clerk**

                                                             **By:   /s/ JW Chambers**
                                                                   **Elizabeth Garcia**
                                                                   **Courtroom Deputy**