GREGORY D. HULL (Bar No. 57367)
*greg.hull@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3274
Fax: (650) 802-3100

JOSEPH S. ALLERHAND (*Pro Hac Vice*)
*joseph.allerhand@weil.com*
JOHN A. NEUWIRTH (*Pro Hac Vice*)
*john.neuwirth@weil.com*
JOSHUA S. AMSEL (*Pro Hac Vice*)
*joshua.amsel@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for Defendant Maxim Integrated Products, Inc.*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge James Ware

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re MAXIM INTEGRATED PRODUCTS, INC. SECURITIES LITIGATION | Case No. C-08-00832-JW |

**STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION AND DEFERRAL OF ARGUMENT AND DECISION ON PENDING MOTIONS TO DISMISS**

WHEREAS, on January 30, 2009, defendants Maxim Integrated Products, Inc. ("Maxim") and Timothy Ruehle each filed motions to dismiss the Consolidated Class Action Complaint in the above-captioned action (the "Motions to Dismiss");

WHEREAS, on January 30, 2009, defendant Carl W. Jasper filed a joinder to Maxim's Motion to Dismiss;

WHEREAS, on April 27, 2009, defendant the Estate of John F. Gifford filed a joinder to Maxim's Motion to Dismiss;

WHEREAS, the Motions to Dismiss have been fully briefed and oral argument is scheduled to be heard on May 11, 2009 at 9:00 a.m.;

WHEREAS, the parties have determined to enter into mediation with the hope of reaching a settlement of this action; and

WHEREAS, the parties have agreed to defer oral argument and to ask the Court not to decide the Motions to Dismiss pending the outcome of the parties' mediation;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that oral argument on the Motions to Dismiss will be adjourned until, and the Motions to Dismiss will not be decided before, June 29, 2009.

IT IS SO STIPULATED.

Dated: May 1, 2009

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP

*/s/ Blair A. Nicholas*

BLAIR A. NICHOLAS
*BlairN@blbglaw.com*
TIMOTHY A. DELANGE
*TimothyD@blbglaw.com*
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*Attorneys for Lead Plaintiffs The Cobb County Government Employees' Pension Plan, The DeKalb County Pension Plan and The Mississippi Public Employees Retirement System*

WEIL, GOTSHAL & MANGES LLP

*/s/ John A. Neuwirth*

GREGORY D. HULL
*greg.hull@weil.com*
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3274
Fax: (650) 802-3100

-and-

JOSEPH S. ALLERHAND (*Pro Hac Vice*)
*joseph.allerhand@weil.com*
JOHN A. NEUWIRTH (*Pro Hac Vice*)
*john.neuwirth@weil.com*
JOSHUA S. AMSEL (*Pro Hac Vice*)
*joshua.amsel@weil.com*
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for Defendant Maxim Integrated Products, Inc.*

IRELL & MANELLA LLP

*/s/ Garland A. Kelley*
GARLAND A. KELLEY
*gkelley@irell.com*
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (310) 277-1010
Fax: (310) 203-7199

*Attorneys for Defendant The Estate of John F. Gifford*

LATHAM & WATKINS LLP

*/s/ David M. Friedman*
DAVID M. FRIEDMAN
*David.Friedman@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095

*Attorneys for Defendant Carl W. Jasper*

O'MELVENY & MYERS LLP

*/s/ Meredith Landy*
MEREDITH LANDY
*mlandy@omm.com*
2765 Sand Hill Road
Menlo Park, CA 94025
Tel: (650) 473-2600
Fax: (650) 473-2601

*Attorneys for Defendant Timothy Ruehle*

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Blair A. Nicholas, Garland A. Kelley, David M. Friedman and Meredith Landy.

***** ORDER *****

The Court finds good cause to grant the parties' request to defer the hearing on the various Motions to Dismiss currently set for May 11, 2009. The Court continues hearing the Motions to **June 29, 2009 at 9 a.m.** On or before **June 19, 2009**, the parties shall file a Joint Statement to update the Court on the status of their settlement efforts. If the parties wish to continue their efforts beyond June 2009, the Court will remove the Motions from calendar and terminate them from the docket without prejudice to Defendants to refile them in the event settlement discussions are not fruitful.

Dated: May 1, 2009

JAMES WARE
United States District Court