GREGORY D. HULL (Bar No. 57367)
*greg.hull@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel:     (650) 802-3274
Fax:    (650) 802-3100

JOHN A. NEUWIRTH (*Pro Hac Vice*)
*john.neuwirth@weil.com*
JOSHUA S. AMSEL (*Pro Hac Vice*)
*joshua.amsel@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel:     (212) 310-8000
Fax:    (212) 310-8007

*Attorneys for Defendant Maxim Integrated Products, Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

------------------------------------------------------------ x
                                                   :
In re MAXIM INTEGRATED PRODUCTS,    :
INC. SECURITIES LITIGATION                   :     Case No.  C-08-00832-JW
                                                   :
                                                   :
                                                   :
------------------------------------------------------------ x

**JOINT STATEMENT REGARDING MEDIATION,
STIPULATION AND [PROPOSED] ORDER ADJOURNING
DATE FOR ARGUMENT ON PENDING MOTIONS TO DISMISS**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, on January 30, 2009, defendants Maxim Integrated Products, Inc. ("Maxim") and Timothy Ruehle each filed motions to dismiss the Consolidated Class Action Complaint in the above-captioned action (the "Motions to Dismiss");

WHEREAS, on January 30, 2009 and April 27, 2009, defendants Carl W. Jasper and the Estate of John F. Gifford, respectively, filed joinders to Maxim's Motion to Dismiss;

WHEREAS, the Motions to Dismiss were fully briefed and oral argument was scheduled to be heard on May 11, 2009;

WHEREAS, the parties subsequently agreed to mediate and, in connection therewith, agreed to defer oral argument on the Motions to Dismiss until June 29, 2009;

WHEREAS, on May 1, 2009, the Court entered an Order (the "May 1 Order") (i) deferring oral argument on the Motions to Dismiss until June 29, 2009 at 9:00 a.m. and (ii) directing the parties to file a Joint Statement to update the Court on the status of their settlement efforts on or before June 19, 2009;

WHEREAS, on June 9, 2009, the parties held a mediation session before the Honorable Daniel Weinstein, but did not reach an agreement to resolve the case;

WHEREAS, subsequent to the May 1 Order, an evidentiary hearing was scheduled for June 30, 2009 in New York in an unrelated matter, *In re General Motors Corp., et al.*, Bankr. S.D.N.Y., Chapter 11 Case No. 09-50026 (REG), in which the lead attorneys for Maxim will be participating as counsel for General Motors Corp. and, as a result of which, the lead attorneys for Maxim will be unavailable for oral argument on June 29; and

WHEREAS, in light of the foregoing, the parties have conferred and agreed, subject to the Court's approval, to adjourn oral argument on the Motions to Dismiss to July 13, 2009.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   PURSUANT TO CIVIL LOCAL RULE 6-2(a), IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that, subject to the Court's approval, oral argument on the Motions to Dismiss will be adjourned until July 13, 2009.

   IT IS SO STIPULATED.

Dated: June 16, 2009

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
   & GROSSMAN LLP

_____/s/ Blair A. Nicholas_____
BLAIR A. NICHOLAS
*BlairN@blbglaw.com*
TIMOTHY A. DELANGE
*TimothyD@blbglaw.com*
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

*Attorneys for Lead Plaintiffs The Cobb County
Government Employees' Pension Plan, The DeKalb
County Pension Plan and The Mississippi Public
Employees Retirement System*

WEIL, GOTSHAL & MANGES LLP

_____/s/ John A. Neuwirth_____
GREGORY D. HULL
*greg.hull@weil.com*
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel:   (650) 802-3274
Fax:   (650) 802-3100

-and-

JOHN A. NEUWIRTH (*Pro Hac Vice*)
*john.neuwirth@weil.com*
JOSHUA S. AMSEL (*Pro Hac Vice*)
*joshua.amsel@weil.com*
767 Fifth Avenue
New York, NY 10153
Tel:   (212) 310-8000
Fax:   (212) 310-8007

*Attorneys for Defendant Maxim Integrated
Products, Inc.*

1

IRELL & MANELLA LLP

2

_____/s/ Garland A. Kelley_____

3

GARLAND A. KELLEY
gkelley@irell.com

4

1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

5

Tel:    (310) 277-1010
Fax:    (310) 203-7199

6

7

*Attorneys for Defendant The Estate of John F.*
*Gifford*

8

9

LATHAM & WATKINS LLP

10

_____/s/ David M. Friedman_____

11

DAVID M. FRIEDMAN
*David.Friedman@lw.com*

12

505 Montgomery Street, Suite 2000
San Francisco, CA 94111

13

Tel:    (415) 391-0600
Fax:    (415) 395-8095

14

15

*Attorneys for Defendant Carl W. Jasper*

16

17

O'MELVENY & MYERS LLP

18

_____/s/ Meredith Landy_____

19

MEREDITH LANDY
*mlandy@omm.com*

20

2765 Sand Hill Road
Menlo Park, CA 94025

21

Tel:    (650) 473-2600
Fax:    (650) 473-2601

22

*Attorneys for Defendant Timothy Ruehle*

23

Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest

24

under penalty of perjury that concurrence in the filing of the document has been obtained from

25

Blair A. Nicholas, John A. Neuwirth, Garland A. Kelley, David M. Friedman and Meredith

26

27

Landy.

28

JOINT STATEMENT REGARDING MEDIATION;
STIPULATION AND [PROPOSED] ORDER

4

Case No. C-08-00832-JW

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

The Court will not entertain further requests for continuances.

DATED:  June 18, 2009

_____

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE