GREGORY D. HULL (Bar No. 57367)
*greg.hull@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3274
Fax: (650) 802-3100

JOHN A. NEUWIRTH (*Pro Hac Vice*)
*john.neuwirth@weil.com*
JOSHUA S. AMSEL (*Pro Hac Vice*)
*joshua.amsel@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for Defendant Maxim Integrated Products, Inc.*

[Additional Counsel on Signature Page]

**IT IS SO ORDERED**
Judge James Ware
7/31/2009

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

------------------------------------------------------------ x
:
In re MAXIM INTEGRATED PRODUCTS, :
INC. SECURITIES LITIGATION : Case No. C-08-00832-JW
:
:
------------------------------------------------------------ x

**STIPULATION REGARDING EXTENSION OF ANSWER DATE**

WHEREAS, on July 16, 2009, the Court granted in part and denied in part defendant Maxim Integrated Products, Inc.'s ("Maxim") motion to dismiss the Consolidated Class Action Complaint (the "Complaint") in the above-captioned action and denied defendant Timothy Ruehle's ("Ruehle," and together with Maxim and defendants the Estate of John F. Gifford and Carl W. Jasper, "Defendants") motion to dismiss the Complaint;

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendants' answers to the Complaint are presently due on July 30, 2009; and

WHEREAS, the parties have conferred and Plaintiffs have agreed to extend Defendants' time to answer the Complaint to August 28, 2009.

IT IS HEREBY STIPULATED AND AGREED, pursuant to L.R. 6-1(a), by and between the undersigned counsel, that Defendants' time to answer the Complaint is extended to August 28, 2009.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: July 29, 2009 | BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP | |

*/s/ Blair A. Nicholas*
BLAIR A. NICHOLAS
*BlairN@blbglaw.com*
TIMOTHY A. DELANGE
*TimothyD@blbglaw.com*
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*Attorneys for Lead Plaintiffs The Cobb County Government Employees' Pension Plan, The DeKalb County Pension Plan and The Mississippi Public Employees Retirement System*


WEIL, GOTSHAL & MANGES LLP

*/s/ John A. Neuwirth*
GREGORY D. HULL
*greg.hull@weil.com*
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3274
Fax: (650) 802-3100

-and-

JOHN A. NEUWIRTH (*Pro Hac Vice*)
*john.neuwirth@weil.com*
JOSHUA S. AMSEL (*Pro Hac Vice*)
*joshua.amsel@weil.com*
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for Defendant Maxim Integrated Products, Inc.*

|   |   |
|---|---|
| 1 | WILENTZ, GOLDMAN & SPITZER, P.A. |
| 2 | |
| 3 |     /s/ Kevin P. Roddy<br>KEVIN P. RODDY |
| 4 | kroddy@wilentz.com<br>90 Woodbridge Center Drive, Suite 900 |
| 5 | Woodbridge, NJ 07095<br>Tel: (732) 636-8000 |
| 6 | Fax: (732) 855-6117 |
| 7 | *Attorneys for Defendant The Estate of John F. Gifford* |
| 8 | |
| 9 | LATHAM & WATKINS LLP |
| 10 | |
| 11 |     /s/ David M. Friedman<br>DAVID M. FRIEDMAN |
| 12 | *David.Friedman@lw.com*<br>505 Montgomery Street, Suite 2000 |
| 13 | San Francisco, CA 94111<br>Tel: (415) 391-0600 |
| 14 | Fax: (415) 395-8095 |
| 15 | *Attorneys for Defendant Carl W. Jasper* |
| 16 | |
| 17 | O'MELVENY & MYERS LLP |
| 18 |     /s/ Meredith Landy<br>MEREDITH LANDY |
| 19 | *mlandy@omm.com* |
| 20 | 2765 Sand Hill Road<br>Menlo Park, CA 94025 |
| 21 | Tel: (650) 473-2600<br>Fax: (650) 473-2601 |
| 22 | |
| 23 | *Attorneys for Defendant Timothy Ruehle* |

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Blair A. Nicholas, Kevin P. Roddy, David M. Friedman and Meredith Landy.