GREGORY D. HULL (Bar No. 57367)
*greg.hull@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3274
Fax: (650) 802-3100

JOHN A. NEUWIRTH (*Pro Hac Vice*)
*john.neuwirth@weil.com*
JOSHUA S. AMSEL (*Pro Hac Vice*)
*joshua.amsel@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for Defendant Maxim Integrated Products, Inc.*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| In re MAXIM INTEGRATED PRODUCTS, INC. SECURITIES LITIGATION | Case No. C-08-00832-JW |
|---|---|

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**<u>CONTINUATION OF CASE MANAGEMENT CONFERENCE</u>**

WHEREAS, on July 16, 2009, the Court entered an Order scheduling a Case Management Conference in the above-captioned action for September 28, 2009 at 10:00 a.m., with a Joint Case Management Statement due September 18, 2009;

WHEREAS, the September 28, 2009 Case Management Conference falls on the Jewish holiday of Yom Kippur;

WHEREAS, the parties have conferred and, in light of the conflict with Yom Kippur, have agreed to continue the September 28, 2009 Case Management Conference to October 5, 2009, with the Joint Case Management Statement to be filed by the parties by September 25, 2009.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1. The Case Management Conference presently scheduled for September 28, 2009 shall be continued to October 5, 2009; and

2. the Joint Case Management Statement presently due September 18, 2009 shall be filed by the parties by September 25, 2009.

IT IS SO STIPULATED.

Dated: August 18, 2009

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP

*/s/ Blair A. Nicholas*

BLAIR A. NICHOLAS
*BlairN@blbglaw.com*
TIMOTHY A. DELANGE
*TimothyD@blbglaw.com*
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

-and-

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD (*Pro Hac Vice)*
*mchitwood@chitwoodlaw.com*
JAMES M. WILSON, JR. (*Pro Hac Vice*)
*jwilson@chitwoodlaw.com*
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 873-3900
Fax: (404) 876-4476

GREGORY E. KELLER (*Pro Hac Vice*)
*gkeller@chitwoodlaw.com*
11 Grace Avenue, Suite 306
Great Neck, NY 11021
Tel: (516) 773-6090
Fax: (404) 876-4476

*Attorneys for Lead Plaintiffs The Cobb County Government Employees' Pension Plan, The DeKalb County Pension Plan and The Mississippi Public Employees Retirement System*

WEIL, GOTSHAL & MANGES LLP

*/s/ John A. Neuwirth*

GREGORY D. HULL
*greg.hull@weil.com*
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3274
Fax: (650) 802-3100

-and-

JOHN A. NEUWIRTH (*Pro Hac Vice*)
*john.neuwirth@weil.com*
JOSHUA S. AMSEL (*Pro Hac Vice*)
*joshua.amsel@weil.com*
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for Defendant Maxim Integrated Products, Inc.*

WILENTZ, GOLDMAN & SPITZER, P.A.

*/s/ Kevin P. Roddy*

KEVIN P. RODDY
*kroddy@wilentz.com*
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Tel: (732) 636-8000
Fax: (732) 855-6117

-and-

SONNENBLICK, PARKER & SELVERS, P.C.
JEROME M. SELVERS (*Pro Hac Vice*)
*jselvers@spspc.com*
Freehold Executive Center
4400 Route 9 South
Freehold, NJ 07728
Tel: (732) 431-1234
Fax: (732) 431-3994

*Attorneys for Defendant The Estate of John F. Gifford*

LATHAM & WATKINS LLP

*/s/ David M. Friedman*
DAVID M. FRIEDMAN
*David.Friedman@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095

*Attorneys for Defendant Carl W. Jasper*

O'MELVENY & MYERS LLP

*/s/ Meredith Landy*
MEREDITH LANDY
*mlandy@omm.com*
2765 Sand Hill Road
Menlo Park, CA 94025
Tel: (650) 473-2600
Fax: (650) 473-2601

*Attorneys for Defendant Timothy Ruehle*

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Blair A. Nicholas, Kevin P. Roddy, David M. Friedman and Meredith Landy.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

All other dates remain unchanged by this Order.

DATED: August 19, 2009

THE HONORABLE JAMES WARE