# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE MAXIM INTEGRATED, INC.,** **SECURITIES LITIGATION** | **07-cv-02237 (JSR)** |

**Expert Report of Gregg A. Jarrell**\*

**December 11, 2009**

\***William E. Simon Graduate School of Business Administration, University of Rochester, Rochester, New York 14627**

## TABLE OF CONTENTS

I.  INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1**

II.  QUALIFICATIONS AND COMPENSATION  . . . . . . . . . . . . . . . . . . . . . . . . . . **3**

III.  MATERIALS REVIEWED  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5**

IV.  ASSUMPTIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6**

V.  BACKGROUND  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6**

    A.  MAXIM INTEGRATED PRODUCTS, INC. . . . . . . . . . . . . . . . . . . . . . . **6**

    B.  EXECUTIVE STOCK OPTIONS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7**

    C.  ACCOUNTING FOR EMPLOYEE STOCK OPTIONS . . . . . . . . . . . . **10**

    D.  OPTION BACKDATING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11**

    E.  DISCOVERY OF OPTION BACKDATING  . . . . . . . . . . . . . . . . . . . . . **12**

    F.  COSTS RESULTING FROM OPTION BACKDATING  . . . . . . . . . . . **15**

    G.  MAXIM'S STOCK OPTION PLANS . . . . . . . . . . . . . . . . . . . . . . . . . . . **20**

    H.  MAXIM'S OPTION BACKDATING NEWS . . . . . . . . . . . . . . . . . . . . . **21**

VI.  MARKET EFFICIENCY FOR MAXIM'S COMMON STOCK  . . . . . . . . . . **26**

    A.  THE *CAMMER* FACTORS FOR MARKET EFFICIENCY  . . . . . . . . **27**
        i)  Weekly Trading Volume . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **27**
        ii)  Analyst Coverage  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **28**
        iii)  Market Makers  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30**
        iv)  Form S-3 Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **31**
        v)  Cause and Effect Relationship to Unexpected New
            Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **32**

    B.  OTHER INDICIA OF MARKET EFFICIENCY . . . . . . . . . . . . . . . . . . **52**

**VII.  BASIS FOR MATERIALITY AND LOSS CAUSATION OPINIONS** . . . . . . **61**

    **A.   PLAINTIFFS' ALLEGATIONS OF MISREPRESENTATIONS AND OMISSIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **61**

    **B.  OVERVIEW OF EVENT STUDY METHODOLOGY** . . . . . . . . . . . . . . **62**
        **i)  Analysis of Corrective Disclosures** . . . . . . . . . . . . . . . . . . . **62**
        **ii)  Stock Price Effects from Corrective Disclosures** . . . . . . . . **65**

    **C.  EVENTS RELATED TO THE ALLEGED FRAUD** . . . . . . . . . . . . . . . **66**
        **i) May 22, 2006** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **67**
        **ii) September 8, 2006** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **69**
        **iii) August 28, 2007** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **71**
        **iv) October 1, 2007** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **74**
        **v) January 17, 2008** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **76**

    **D. MAXIM'S RESTATEMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **79**

    **E. RESPONSE TO DEFENDANTS' ARGUMENT THAT THERE ARE NO LOSSES AFTER MAXIMS' JANUARY 31, 2007 ANNOUNCEMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **80**

    **F. ANALYSIS OF MATERIALITY AND LOSS CAUSATION** . . . . . . . . **85**

**VIII.  CONCLUSIONS AND OPINIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **89**

## I.  INTRODUCTION AND SUMMARY OF OPINIONS

1.      As described in greater detail in Section II of this Report, I am a tenured

Professor of Economics and Finance at the University of Rochester's William E. Simon

Graduate School of Business Administration.  I have been retained by Plaintiffs' counsel

to opine on issues relating to market efficiency and loss causation for certain investors as

set out in Plaintiffs' request for Class Certification (the "Class")[1] who purchased common

stock of Maxim Integrated Products, Inc. ("Maxim" or collectively with other

Defendants[2] as "Defendants") trading between April 29, 2003 and January 17, 2008

inclusive (the "Class Period").

2.      I offer several opinions in this report, which are summarized in

subparagraphs below.  Detailed explanations and the bases for these opinions are

provided in the sections that follow.

> a     During the Class Period from April 29, 2003 through January 17,
> 2008, Maxim common stock traded in what economists refer to as
> an efficient market with regard to publicly disclosed information.

---

[1] According to the Consolidated Class Action Complaint dated November 14,
2008, ("Complaint"), Plaintiffs define the Class as: "...all persons and entities who
purchased or otherwise acquired shares of Maxim common stock between April 29, 2003
and January 17, 2008, and who were damaged thereby.  Excluded from the Class are
Defendants, the officers and directors of the Company, at all relevant times, members of
their immediate families and their legal representatives, heirs, successors or assigns and
any entity in which Defendants have or had a controlling interest." Complaint at ¶ 342.

[2] The named defendants are Maxim, its former Chief Executive Officer ("CEO")
John F. Gifford ("Gifford"), its former Chief Financial Officer ("CFO") Carl W. Jasper
("Jasper") and its former Treasurer, Timothy Ruehle ("Ruehle") (collectively
"Defendants").

b      The alleged false statements and omissions during the Class Period arising from the backdating of, and improper accounting for, executive and employee stock options at Maxim were material to investors.  I base my opinions concerning materiality on:

    1.      the large and statistically significant stock price movement and heavy trading volume that occurred upon the dissemination of information revealing Maxim's option backdating practices and related events;

    2.      the magnitude of the $838 million restatement of Maxim's historical financial statements, including $774 million of stock-based compensation expense and $274 million of related cash costs, spanning the fiscal years starting from 1997 through 2006 and the first three quarters of 2006; and

    3.      the reaction to this information by analysts and other market participants attesting to its significance and importance to the Company and its shareholders.

c      The correction of the alleged misrepresentations and omissions on May 22, 2006, September 8, 2006, August 28, 2007, October 1, 2007, and January 17, 2008, caused losses for shareholders who purchased shares during the Class Period and held those shares through at least one of the partial corrective disclosures discussed in this Report.  Shareholder losses are based on the excess stock price declines following these disclosures, net of market and industry effects, and after accounting for any potential confounding information.

3.      I understand that discovery in this case is ongoing and has not yet been completed.  Therefore, I reserve the right to amend this report to reflect new information available to me in light of the ongoing discovery process, future rulings from the Court in this Action, and trial proceedings.

4.      I have deliberately restricted my financial-economic analysis of materiality and loss causation to the dates specifically named in the Complaint.  If I conduct a damages analysis and submit a damages report in this matter in the future, I

anticipate expanding the focus of my work at that time to include other possible events during or after the Class Period that may have caused additional shareholder losses associated with the events and allegations in the Complaint.

## II.  QUALIFICATIONS AND COMPENSATION

5.      I am currently a tenured Professor of Economics and Finance at the University of Rochester's William E. Simon Graduate School of Business Administration, where I have been a member of the faculty since 1988.  I hold a Ph.D. in Business Economics from the University of Chicago (1978), with major concentrations in Industrial Organization and Finance, as well as an MBA (1976) from the University of Chicago.

6.      From 1977 to 1981, I was an Assistant Professor of Economics at the Graduate School of Management at the University of Rochester.  From 1981 to 1983, I was a Post-Doctoral Research Fellow at the University of Chicago's Center for the Study of the Economy and the State.  Thereafter, from 1983 to 1984, I was a Senior Economist with Lexecon, Inc., a Chicago-based economics consulting firm specializing in antitrust and securities litigation.  I served as an expert in mergers and acquisitions on the 1983 United States Securities and Exchange Commission (the "SEC") Advisory Committee on Tender Offer Policy.  From 1984 through 1987, I was the Chief Economist for the SEC in Washington, D.C.  I also served as an Adjunct Professor at the Georgetown University Law School in Washington, D.C. during 1985 and 1986, where I co-taught a course on securities regulation.  From 1987 to 1988, I was the Senior Vice President and Director

3

of Research at the Alcar Group, Inc., a Chicago-based management consulting and software firm specializing in financial valuations of businesses and securities.

7.      Since joining the Simon School faculty at the University of Rochester, I have served (from 1988 to 1990) as director of the school's Managerial Economics Research Center.  I also served as director of the Bradley Policy Research Center at the Simon School from 1988 to 1994.  In addition, I teach a course titled Cases in Finance to second-year MBA students that covers, among other subjects, the operation of financial markets and the market for corporate control, the economics of mergers and acquisitions, valuation analysis for businesses and securities, the response of stock prices to public information, and financial regulation of securities markets.  I also teach a price theory course called Managerial Economics that includes applications of intra-company pricing of transfers of products and services.  I have received five Superior Teaching Awards, and I was the School's AT&T Foundation Resident Management Fellow in 1987.

8.      I have authored or co-authored more than two dozen articles and studies in scholarly journals generally on the topics of mergers and acquisitions, the regulation of financial markets, and the response of stock prices to the release of information, among other things.  My academic and practical experience relating to mergers and acquisitions includes the valuation and aggregations of businesses, and their ability to operate under various debt and expense scenarios.  My most recent study "The Impact of the Options Backdating Scandal on Shareholders," is published in the *Journal of Accounting and Economics*, a peer-reviewed publication.  My curriculum vitae, with a list of publications

4

and of recent cases in which I have testified as an expert at deposition or trial, is attached as Exhibit 1.

9.     My compensation, which is not contingent upon the outcome of this matter, is based on the number of hours worked on this assignment, as well as out-of-pocket expenses.  My hourly rate is $600.  To assist me in this assignment, I have worked with Forensic Economics, Inc., whose employees acted under my supervision and direction for this assignment.  Forensic Economics, Inc., located in Rochester, New York, was founded in 1989.  The hourly rates of the employees of Forensic Economics who worked on this assignment range from $145 to $475.

## III.  MATERIALS REVIEWED

10.     In the course of my assignment in this Action, I have reviewed numerous documents, including the Consolidated Class Action Complaint, Defendants' Motions to Dismiss, the Court's Order Regarding Defendants' Motions to Dismiss, and Defendants' Answers to the Consolidated Class Action Complaint.  Further, I reviewed traded prices and volume of Maxim's common stock and options, as well as various news reports, press releases, analyst reports, and SEC filings.  The attached Exhibit 2 is a comprehensive list of materials I considered in connection with this report.  Specific documents and information relied upon in reaching my opinions are cited throughout this Report.

# IV. ASSUMPTIONS

11.     Generally, my opinions are based on the assumption that Plaintiffs will

prevail at trial on the allegations of wrongdoing contained in the Complaint or revealed

during discovery, and the Class and Class Period proposed by Plaintiffs will be certified

by the Court.  I assume, as alleged by Plaintiffs, that the Defendants had a duty to issue

accurate, GAAP-compliant financial statements and reports that properly accounted for

the issuance of stock options to executives and employees of Maxim, and to accurately

disclose the true grant dates and legally-appropriate exercise prices of all Maxim stock

option grants.  I reserve the right to revise my opinion at a later date based on new

information that may become available to me.

# V. BACKGROUND

## A. MAXIM INTEGRATED PRODUCTS, INC.

12.     Maxim is a Delaware corporation that was originally incorporated in

California in 1983, and headquartered in Sunnyvale, California.[3]  According to Maxim,

its "mission is to deliver innovative analog and mixed-signal engineering solutions that

add value to our customers' products... Our products are used in a wide variety of

microprocessor-based electronics equipment.  A sampling of the applications for our

circuits includes consumer electronics, personal computers and peripherals, handheld

electronics, wireless and fiber communications, test equipment, instrumentation, video

---

[3]  Maxim Integrated Products, Inc., Form 10-K for the period ending June 25,
2005, filed September 8, 2005, p. 1.

6

displays, and automotive applications."[4]  During the Class Period, Maxim's common stock traded on the Nasdaq National Market (changed to Global Select Market on July 3, 2006) under the symbol "MXIM" until it was delisted on October 2, 2007, at which time it traded in the over-the-counter market.[5]

13.     As of April 29, 2003, Maxim had 323,118,094 shares of common stock issued and outstanding and 320,553,000 as of January 17, 2008.[6]  Attached as Exhibit 3 is a chart depicting Maxim's stock price, which traded between $55.99 and $20.80 per share, and reported share volume during the Class Period.  Exhibit 4 is a chart showing the daily market value of $100 invested on April 29, 2003 in both Maxim common stock and the Nasdaq Composite Index through December 31, 2008.  During the Class Period, Maxim had 19 dividend payments on common stock totaling $2.214 per share.

**B. EXECUTIVE STOCK OPTIONS**

14.     Since the 1990's, many publicly traded companies have issued stock options as a form of non-cash compensation for directors, officers, and employees.  A stock option provides the holder of the option the right, but not the obligation, to purchase shares of the company (the underlying security) at a specific price at some future date.  The future price specified in the option is commonly called the "exercise" or

---

[4]  Source: http://www.maxim-ic.com/company/

[5]  *See* Maxim Form 8-K filed with the SEC on October 3, 2007, and "Maxim Integrated Products Inc. - Suspension Of Trading And Delisting From Nasdaq," Market News Publishing, 10/2/2007, 7:08am.

[6]  Source: Bloomberg and Maxim SEC filings.

"strike" price.  Restrictions on the option (such as vesting and limited transferability)

provide incentives for the option holders to stay with the company and hold the options.

15.     The use of incentive stock options as compensation to top executives and

key employees had grown so that by the start of the Class Period it was common practice

at most publicly-traded companies.[7]  The enactment of Section 162(m) of the federal tax

laws in 1993 allowed companies to avoid expensing stock option compensation so long

as the exercise price of the options is no less than the market price of the company's

stock on the grant date (*i.e.* the grant is at- or below-the-money).[8]

16.     The value of an option can be broken into distinct parts - the intrinsic

value and the time value.  Intrinsic value is the value of the option if it were exercised

immediately (in-the-money).  If the stock price exceeds the exercise price, intrinsic value

equals this difference.  If the stock price is equal to, or less than, the exercise price,

intrinsic value is zero.  Intrinsic value is never negative because an option is a right, not

an obligation.  That is, when the option is out-of-the-money, its intrinsic value is zero

because the option simply will not be exercised.

17.     The time value of an option reflects the opportunity that the stock price

will increase before the maturity date causing the option to be more valuable than its

current intrinsic value.  The time value of an option is greater the longer the contractual

time to maturity, because more time provides more opportunity for the stock price to

---

[7] Hall,  Brian J. and Murphy, Kevin J., "The Trouble with Stock Options," *Journal of Economic Perspectives*, Vol. 17(3), Summer 2003.

[8] Bernile, Gennaro and  Jarrell, Gregg A., "The Impact of the Options Backdating Scandal on Shareholders,"*Journal of Accounting and Economics*, 2009, vol. 47, issue 1-2.

increase.  Also, given the time to maturity, the time value of an option is greater when the returns on the underlying stock are more volatile (risky) because greater volatility means that the likelihood is greater that the stock and option will increase in value significantly.[9] Of course, volatility also means that it is more likely the stock will decrease significantly in value too, but this has less effect on the value of an option because once it is out of the money, further stock declines are irrelevant because an option gives the holder the right to exercise, not the obligation.  So, the net impact of increasing volatility is to increase the time value of the typical stock option, given the time to maturity and other inputs.

18.     Employee stock options normally have maturities of up to 10 years, which is much longer than exchange traded options.[10]  Further, the stock prices of many of the companies that issue options tend to have above-average volatility.  For these two reasons, the time value of the typical management stock option is very high relative to the options' intrinsic value for several years after issuance.

---

[9] Maxim used the the Black-Scholes option pricing model to value stock options it granted.  *See* Form 10-K for Maxim Integrated Products, Inc. for the period ending June 25, 2005, filed September 08, 2005, pp. 44.  The Black-Scholes option pricing model is taught universally in business schools, and is the most common model for valuing options of all types.  The Black-Scholes model requires the following key inputs: current stock price underlying the option; volatility of the underlying stock return; exercise price of the option; time to the expiration of the option; risk-free interest rate; and the dividend yield.  *See* Fischer Black and Myron Scholes, "The Pricing of Options and Corporate Liabilities," *Journal of Political Economy* 81, 637-654 (May-June 1973) *and* John C. Hull, Options, Futures, and Other Derivatives, Fifth Edition, Prentice Hall, 2003, pp. 268-269.  Myron Scholes, along with Robert Merton, were awarded Nobel prizes for their work in developing option pricing models.  Fischer Black passed away before these Nobel prizes were awarded.

[10] Maxim's options had a maximum term of 10 years, according to its 1996 Stock Incentive Plan.  *See* Maxim's Form DEF 14A filed with the SEC October 07, 2005, p. 26. The time to maturity for exchange traded options is generally less than 2½ years.

## C. ACCOUNTING FOR EMPLOYEE STOCK OPTIONS

19. During the Class Period, the accounting for stock-option issuances as compensation depended critically on whether the option was in-the-money on the grant date.[11] If the exercise price set on the actual date of the option grant was equal to (or greater than) the closing stock price on the grant date, then the issuing company did not have to record an expense when it reported earnings. Under these circumstances, expense recognition was delayed for years until the options were exercised, if ever.

20. Prior to 2006, companies granting stock options as compensation accounted for such option grants according to Accounting Principles Board Opinion No. 25, "Accounting for Stock Issued to Employees" ("APB 25"). Under APB 25, companies were required to record the "intrinsic value" of a stock option on the "measurement date." According to APB 25, the measurement date is the first date on which (1) the number of options granted is determined, (2) the optionee is identified, and (3) the exercise price is known.

21. If the exercise price equals the stock price at the time of the grant, then there is no expense to the company, even though the option normally would have significant time value. In contrast, if the stock price exceeds the exercise price on the grant date, the accounting is very different and the company must recognize an expense, which generally reduces reported income. This is why the vast majority of options have

---

[11] I note here that Maxim's restatement for backdated stock options reached back to July 1, 1997. *See* Maxim Integrated Inc., Form 10-K/A, filed September 30, 2008 for the period ending June 24, 2006.

been granted (purportedly) at-the-money (or out-of-the-money) since these rules were implemented.[12]

22.     In essence, the reported expense of using stock options was limited to the intrinsic value at the grant date.  The time value at the grant date of these stock options, however significant, was not counted as an expense against reported earnings.  Consequently, over 99% of all stock option grants were reportedly at-the-money (or rarely, out-of-the-money), to take advantage of the favorable accounting treatment.[13]

**D.  OPTION BACKDATING**

23.     The motive to backdate an employee stock option is to secretly increase the option's true intrinsic value above zero while still using favorable accounting and tax treatment available for options with zero intrinsic value.  In other words, backdating allows executives to receive more valuable in-the-money options while pretending they are at-the-money.  The opportunity arose because companies did not have to publicly report the details of its option grants until the end of the accounting year.  Thus, at the end of the year, a dishonest executive could, in theory, look back and select a prior day's closing price with a low strike price and fraudulently declare that day to have been the grant date.  In reality, the option was in-the-money on its actual grant date, because the

---

[12] Bernile, Gennaro and  Jarrell, Gregg A., "The Impact of the Options Backdating Scandal on Shareholders,"*Journal of Accounting and Economics*, 2009, vol. 47, issue 1-2, p. 1-4, and 15-20.

[13] Mahajan, Shalini, "Role of Out-of-Money Options in Executive Compensation," The Leonard N. Stern School of Business, Glucksman Institute for Research in Securities Markets, working paper, April 1, 2002.

stock price was higher on the actual grant date than the exercise price from the fake grant date that was reported.[14]

24.    Since 2005, many public companies have admitted that some of their executives wrongly backdated options and, consequently, significantly over-stated their reported earnings during the period of the option fraud.  As a result of option backdating allegations, at least 140 companies were under public scrutiny as of July 2007.[15]

## E.  DISCOVERY OF OPTION BACKDATING

25.    Academic researchers were the first to show statistically that the reported exercise prices of executive stock option grants were definitely not random at many companies.[16]  These odds-defying examples were due to backdaters looking back and picking low stock prices to be the exercise price of option grants.  Soon thereafter, analysts studied the option grants disclosed in public SEC filings and assessed the stock price at the purported grant date relative to stock prices during the period around the date

---

[14] With the passage of Sarbanes-Oxley in 2002, the time to disclose now is reduced to no more than 3 days from the grant date, so the opportunity to look back is greatly reduced.  Consistent with this conclusion, the incidence of option backdating appears to have dropped significantly immediately after this rule change.  I note there that Maxim admitted to continuing to backdate stock option grants into 2005.

[15] http://online.wsj.com/public/resources/documents/info-optionsscore06-full.html.  Also *see* Bernile, Gennaro and  Jarrell, Gregg A., "The Impact of the Options Backdating Scandal on Shareholders,"*Journal of Accounting and Economics*, 2009, vol. 47, issue 1-2, p. 1.

[16] Professor Erik Lie of the University of Iowa published his paper in May 2005 for Management Science, and more recently has published a follow-up paper in the Journal of Financial Economics.  *See* Lie, E., 2005. "On the timing of CEO stock option awards" *Management Science* 51, 802- 812; and Heron, R. A., and E. Lie, 2006a. "Does backdating explain the stock price pattern around executive stock option grants?" *Journal of Financial Economics* 83 (2007) 271–295.

of the grant.[17]  Once identified as potential backdaters, companies quickly came under

intense public scrutiny.

26.     Researchers were quoted in a Bloomberg news story about option

backdating with additional insights:[18]

> The type of stock-option manipulation under investigation at
> dozens of U.S. companies is a "red flag" to investors that other
> forms of accounting fraud may have occurred, say the two
> finance professors who uncovered the growing scandal.
>
> Erik Lie of the University of Iowa and Randall Heron of Indiana
> University said during an interview that many more companies
> probably made improper stock-option grants to executives.
> Heron said investors and regulators ought to look deeper into
> accounting at companies that tried to inflate the value of the
> options by choosing dates for the awards that coincided with
> low stock prices.
>
> "This sends a signal that management is willing to fudge
> numbers for their benefit and they might be willing to play other
> accounting tricks," Heron said.
>
> Some companies questioned by federal investigators have seen
> their stock prices drop 20 percent, Heron said, and the probe
> ultimately could cost billions of dollars in fines, lost tax
> deductions, and shareholder lawsuits.
>
> New research that Lie and Heron are conducting shows
> backdated stock options are worth 10 to 15 percent more than
> options that are not backdated, Heron said. "For a company with
> a really volatile stock price, it would be worth a lot more than
> that," he said.

---

[17] "Educational Report: Options Backdating – Which Companies are at Risk? A
Survey of the Top 100 Users of Stock Options 1997 - 2002," Center for Financial
Research and Analysis, David Bassett, Jean-Louis Thiémélé, and Nike Lakanu, May 16,
2006; and "Semiconductor Industry: Options Pricing - Hindsight is 20/20," Loe Osha,
Brett Hodess, Thomas Diffely, and Srini Pajjuri, Merrill Lynch, May 22, 2006.

[18] "Options Abuse a 'Red Flag' for More Accounting Tricks (Update3),"
Bloomberg News 5/31/2006, 5:45pm.

27.    In late May 2006, *The Wall Street Journal* reported that investigations into stock-option practices were heating up.  *The Wall Street Journal* article also reported that many securities analysts were "looking for companies that may come under the [option-backdating] microscope..."  In the same story, The Wall Street Journal quoted a fund manager as saying: "The risk is that these companies buried other things in addition to committing possible option-related improprieties."[19]

28.    The SEC Chairman Christopher Cox was quoted in a Dow Jones story on June 6, 2006 stating that "'[t]he apparently widespread nature of the problem is of serious concern' to the agency."[20]  On June 8, 2006, the U.S. Senate Banking Committee Chairman stated that: "[i]f you're backdating options, you're committing a fraud" and that "[t]hey should punish people that do that.  It destroys the integrity of the marketplace."[21]  Later that same month, Mr. Cox elaborated: "No shareholder should need a machete and a pith helmet to go hunting for what the CEO makes... Backdating must be fully disclosed... And the granting of backdated options must be properly accounted for."[22]

---

[19] "Analysts Dig for Clues Amid Options Inquiries --- Maze of Reports Swamp Investors Trying to Divine Firms at Risk; A Green Lining in Dark Cloud?" *The Wall Street Journal*, May 25, 2006.

[20] "SEC Chair: Widening Options Backdating Probe A Big Concern," Dow Jones News Service, June 6, 2006, 6:06pm.

[21] "UPDATE 1-Key US lawmaker hits option backdating as 'fraud,'" Reuters News, 12:09pm.

[22] "Backdating scandal expands / Tougher regulations expected to restrict how stock options fit within executive compensation," The San Francisco Chronicle, 6/18/2006.

29.     Chancellor Chandler of the Delaware Chancery Court wrote in an opinion:
"At their heart, all backdated options involve a fundamental, incontrovertible lie:
directors who approve an option dissemble as to the date on which the grant was actually
made."[23] "[T]he backdating of options always involves a factual misrepresentation to
shareholders. Issuance of options in conjunction with such deception, and against the
background of a shareholder-approved stock-incentive program, amounts to a disloyal act
taken in bad faith."[24]

## F.  COSTS RESULTING FROM OPTION BACKDATING

30.     The negative fallout of discovering and correcting for option backdating
flows from several sources and can be significant.  Most of the time the company must
restate all of its past earnings reports that were vitiated by its backdating of option grants,
typically at considerable expense.  Because all backdated options were necessarily in-the-
money at the time of their actual grant dates, then the companies reported earnings must
be reduced by the actual intrinsic values of the backdated options on their real grant
dates.  These restated and reduced income numbers then cause the stockholders' equity to
be reduced, which in turn could cause defaults on bond or debt covenants, which require
cash payments or some other remedy to cure the default.[25]  Because of the restated

---

[23] In re Tyson Foods, Inc. *Consolidated Shareholder Litigation*, Consolidated
C.A. No. 1106-N, (Del. Ch. Feb 6, 2007), p. 52.

[24] *Ibid*, footnote 74.

[25] For example, Mercury Interactive admitted to option backdating in November
2005, and delayed filing financial statements while they were restated.  The firm paid a
$7.1 million penalty and granted an option to its creditors to redeem notes at a premium,
reportedly worth up to $40 million, to avoid technical default from the delay to file its
restated financial statements.  At least two other companies, Amkor and Sanmina-SCI
Corp., have also reportedly paid penalties their creditors.  *See* Bernile, Gennaro and

income, the company often has to recalculate its taxes (including individual's income tax withholding).  This is complicated by the tax rule that allows only a $1 million deduction for the purposes of in-the-money options or non-performance compensation.[26]

31.     The costs of correcting for option backdating also include the direct cash costs of additional professional fees for independent internal investigations, working with regulators, and accounting firm fees to restate financial statements.  Often, the regulatory authorities impose penalties or fines.[27]  Companies also incur cash costs associated with defending itself and its implicated senior executives against private litigation.  Further, some companies incur the costs of compensating individual option holders for stock options that contractually expired while the company investigates and restates its

---

Jarrell, Gregg A., "The Impact of the Options Backdating Scandal on Shareholders,"*Journal of Accounting and Economics*, 2009, vol. 47, issue 1-2.

[26] According to Maxim's restatement filed with the SEC: "The Company has determined that certain stock options deductions claimed on corporate income tax returns in prior years may be disallowed by Internal Revenue Code ("IRC") Section 162(m), which limits the annual deduction for non performance based compensation paid to certain employees to $1 million. The Company recorded reserves of $1.1 million, $0.0 million and $26.7 million, all of which were charged to additional paid in capital, for Section 162m issues in the fiscal year 2005, fiscal year 2004 and periods prior to fiscal year 2004, respectively."   Maxim's restatement filed with the SEC on Form 10-K for the period ending June 24, 2006, filed September 30, 2008, p. 102.

[27] Maxim's founder and former chairman, John Gifford, agreed to pay approximately $803,000 in penalties and in disgorged earnings.  *See* "Maxim Settles SEC's Backdating Suit, Pays No Fine," Bloomberg News, December 4, 2007 at 4:05pm. Mercury Interactive, Take-Two Interactive Software and KLA-Tencor, or their former executives, all had to pay penalties related to option backdating allegations. *See* http://online.wsj.com/public/resources/documents/info-optionsscore06-full.html, and *See* Bernile, Gennaro and  Jarrell, Gregg A., "The Impact of the Options Backdating Scandal on Shareholders," *Journal of Accounting and Economics*, 2009, vol. 47, issue 1-2, p. 19.

financial statements (blackout periods) at which time employees are not able to exercise their vested stock options.[28]

  32. In many cases, one or more of the firm's top executives implicated by the scandal leave the company as a result, which can create questions about distractions and focus of the board of directors, management and employees, as well as continuity of corporate strategy and operations, and search costs for replacement executives.[29] Criminal charges have been successfully prosecuted against some executives.[30]

  33. Mr. Harvey Pitt, the former chairman of the SEC from 2001 to 2003, summarizes the troubles that companies, managers and directors likely face when company officers are caught backdating employee stock options for their personal benefit:

---

[28] See Maxim's restatement filed with the SEC on Form 10-K for the period ending June 24, 2006, filed September 30, 2008, pp. 67 and 71.

[29] Maxim announced on December 19, 2006 that John Gifford, its founder, CEO and board member, resigned for health reasons. On January 31, 2007, Maxim announced that in connection with the special committee's investigation of option backdating that Mr. Gifford had also retired as a strategic advisor to the Company and that Carl Jasper, Chief Financial Officer, had resigned as well. *See* "Maxim Integrated Products Founder John F. Gifford Retires as Chairman and CEO for Health Reasons; Will Remain with Maxim as Strategic Advisor," Business Wire, December 19, 2006 at 4:26pm; "Maxim Announced Results of Special Committee Review of Option Grants," Market Wire, January 31, 2007 at 5:58pm. *The Wall Street Journal* reports that executives from Brocade Communications Systems, Comverse Technology, KLA-Tencor, Mercury Interactive, Newpark Resources, SafeNet, Sanmina-SCI, and Take-Two Interactive Software departed at least in part due to option backdating allegations. *See* http://online.wsj.com/public/resources/documents/info-optionsscore06-full.html.

[30] Criminal charges have been brought against executives or employees of Brocade Communications Systems, Comverse Technology, HealthSouth, SafeNet, Take-Two Interactive Software, and UnitedHealth, according to Wall Street Journal reports. *See* http://online.wsj.com/public/resources/documents/info-optionsscore06-full.html.

What's so terrible about backdating options grants?

For one thing, it likely renders a company's proxy materials false and misleading. Proxies typically indicate that options are granted at fair market value. But if the grant is backdated, the options value isn't fair--at least not from the vantage point of the company and its shareholders.

For another, backdating means a corporate document used to permit access to corporate assets has been falsified, a violation of the Foreign Corrupt Practices Act. Moreover, if backdating occurs without the compensation committee's knowledge, illegal insider trading may also have occurred.

Securities law violations are not the only potential problems with backdating options grants. Backdating may violate the Internal Revenue Code, and companies may not be able to deduct the options payments. On the state level, backdating could involve a breach of fiduciary duty, a waste of corporate assets and even a usurpation of a corporate opportunity.

Furthermore, when auditors certify financial statements, they rely on records and representations made to them by senior management. But if senior management has falsified some corporate records, how can auditors trust other representations and records supplied by these same managers? That creates potential problems under the Securities Exchange Act, which requires auditors to report instances of possible illegality to the board and to be satisfied that the corporation is responding appropriately.

More fundamentally, the financial statements of a company that has engaged in backdating may require restatement. The options may not be deductible, and the expenses, as well as the various periods to which they may have been allocated, may also be incorrect. These factors would require a restatement, with class action litigation in the offing.

More to the point, what does this kind of conduct say about those who do it and those who allow it to occur (either wittingly or unwittingly)?

Those who backdate options grants violate federal and state law.  And those on whose watch this conduct occurs are also potentially liable: If they knew about the backdating, they're participants in fraudulent and unlawful conduct.  If they didn't know about the backdating, the question will be: Should they have done more to discover it?[31]

34.     Reuters reported in a news report on June 12, 2006:

'Although each situation is different as a general matter, this kind of issue can be a big problem for a public company,' [said] James Tanenbaum, a partner at Morrison & Foerster who represents several companies involved in stock options investigations.  'All in all, it will be expensive.  It will divert management time and attention and it will damage the company's reputation,' he said.  The costs for affected companies include extensive internal investigations, the likely restatement of earnings for several years in some cases, involvement by the SEC, possible criminal liability and possible shareholder litigation, Tanenbaum said.[32]

35.     Finally, option backdating companies often suffer significant costs in the form of increased costs of equity capital.  Options backdating scandals tarnish the reputations of top management's integrity and honesty, and cause investors to require higher returns to compensate them for the resulting riskiness and uncertainty.[33]

---

[31] Pitt, Harvey, "The Next Big Scandal," *Forbes*, May 26, 2006.

[32] "ANALYSIS-Options timing seen costly for companies," Reuters News, 6/13/2006, 1:57pm.

[33] Bernile, Gennaro and  Jarrell, Gregg A., "The Impact of the Options Backdating Scandal on Shareholders,"*Journal of Accounting and Economics*, 2009, vol. 47, issue 1-2.  Also *see* Cornell, Bradford, in Corporate Valuation: Tools for Effective Appraisal and Decision Making, McGraw -Hill, 1993, p. 100-109, which states that write-offs of intangibles provide information about future cash flow even though they do not alter current cash flow.

### G.  MAXIM'S STOCK OPTION PLANS

36.     According to the Complaint: "Stock-based compensation was integral to the compensation of Maxim's employees and Maxim's overall business strategy."[34] Indeed, according to Maxim: "The Company's success depends to a significant extent upon the continued use of stock options as a compensation tool."[35]  Maxim's employees were "paid far lower base salaries than its competitors" and the Company relied heavily on awarding stock option compensation to make up for lower cash compensation.[36]  The importance of the stock options in the Company's overall compensation structure was emphasized in Maxim's 2004 proxy statement when the Company stated, "Options are also used and are quite necessary to make up for the lower salaries Maxim pays."[37]

37.     According to the Maxim's proxy statements, Maxim had five stock option plans under which stock options were granted as of June 2005: 1996 Stock Incentive Plan; 1993 Officer and Director Stock Option Plan; 1987 Stock Option Plan; 1987 Supplemental Stock Option Plan; 1987 Employee Stock Participation Plan (ESP Plan); and Supplemental Nonemployee Stock Option Plan.[38]  Maxim's publicly stated in its annual reports and other filings for the fiscal years 2000 through 2005[39] that the

---

[34]  *See* Complaint, ¶31.

[35]  Form 10-K for Maxim Integrated Products, Inc. For the period ending June 26, 2004, filed September 09, 2004, pp. 13.

[36]  *Ibid*.

[37]  Form DEFA14A filed by Maxim June 25, 2004, p. 6.

[38]  Form 10-K filed by Maxim for the period ending June 26, 2004, filed September 9, 2004, p. 53.  Also, *see* Complaint, p. 12-14.

[39]  I note here that Maxim's fiscal year end changed between 1997 and 2006: "Effective July 1, 1997, the Company adopted a 52-to-53-week fiscal year that ends on the last Saturday in June, and in which each accounting quarter will end on the last Saturday of the quarter."  *See* Note 2, Summary of Significant Accounting Policies, of

Company's stock options were accounted for in accordance with APB 25, which required the Company to record an expense on their financial statements for the 'in-the-money' portion of any options grant.[40]  Further, Maxim's annual reports for fiscal 2004 stated that: "Under the plans, options are granted at a price not less than fair market value as determined by the Board of Directors or Plan administrator at the date of grant. Options granted under the stock option plans described above generally vest within five years and expire from five to ten years from the date of the grant or such shorter term as may be provided in the agreement."[41] "At June 25, 2005, the Company has reserved a total of 107,022,787 of its common shares for issuance to employees and certain others..." under its various stock option incentive plans.[42]

## H.  MAXIM'S OPTION BACKDATING NEWS

38.     On May 22, 2006, early in the day, Merrill Lynch published a report titled "Options Pricing - Hindsight is 20/20."[43]  The report examined the stock option grants at certain companies between 1997 and 2002.  The report listed Maxim in the top 7 of 16

---

Maxim Form 10-K filed with the SEC on September 24, 1998, Exhibit 13.1, p. 10.

[40] *See* Form 10-K filed by Maxim for the period ending June 24, 2000, filed September 22, 2000, p. 23, Form 10-K filed by Maxim for the period ending June 30, 2001, filed September 24, 2001, p. 26, Form 10-K filed by Maxim for the period ending June 29, 2002, filed September 25, 2002, p. 37, Form 10-K filed by Maxim for the period ending June 28, 2003, filed September 22, 2003. P. 37,  Form 10-K filed by Maxim for the period ending June 26, 2004, filed September 9, 2004, p. 38, and Form 10-K filed by Maxim for the period ending June 25, 2005, filed September 8, 2005, p. 44.

[41]  Form 10-K filed by Maxim for the period ending June 26, 2004, filed September 9, 2004, p. 45.

[42] Form 10-K filed by Maxim for the period ending June 25, 2005, filed September 8, 2005, p. 53.

[43] "Options Pricing - Hindsight is 20/20," J. Osha, B. Hodess, T. Diffely, S. Pajjuri, Merrill Lynch, May 22, 2006.

companies from the Philadelphia Semiconductor Index it analyzed, finding an excess return to option holders of 215% when compared to Maxim's common stock.  Merrill Lynch warned that: "We think that investors need to be aware of the possibility of regulatory activity..."[44]

39.     On May 23, 2006, after the close of trading, Maxim announced that a shareholder derivative suit was filed against the Company, certain officers and directors based on the stock option grants Maxim made to some of its officers during the period from 1995-2001.  In a press release, Maxim stated that: "The Company's management believes that it has complied with all applicable laws and its shareholder approved stock option plan in granting options to officers and it has not backdated options."[45]

40.     On June 7, 2006, after the close of trading, Maxim announced that it had received an inquiry from the SEC regarding its past stock option grants and practices.  On July 3, 2006, Maxim announced that it received a subpoena from the U.S. Attorney's office seeking documents relating to the Company's stock option grants and practices.  Maxim also announced that its board of directors authorized a Special Committee to initiate a review of the Company's historical stock option granting practices with the assistance of outside independent legal counsel.

41.     On July 5, 2006, after the close of trading, Citigroup analyst downgraded Maxim over concerns related to, among other issues, the Company's option backdating exposure.

---

[44] *Ibid.*

[45] "Maxim Announces Shareholder Derivative Lawsuit," Business Wire, May 23, 2006, 10:43pm.

42.     On September 8, 2006, in an SEC filing, Maxim reported that it was unable to file its Form 10-K on time because of its Special Committee's ongoing review of Maxim's past option grants and practices.

43.     On December 20, 2006, Maxim announced that Defendant Mr. John Gifford ("Defendant Gifford"), the Company's founder, Chairman and CEO, retired but would continue as a part-time Strategic Advisor.

44.     On January 31, 2007, after the close of trading, Maxim announced its findings of its Special Committee's review of option grants as of that date.  The Special Committee found deficiencies in options granted to non-officer employees and directors, and expected to restate fiscal years 2000 through 2005, and interim periods through March 25, 2006, and possibly other periods of time, but the Company had not determined any specific amounts to be restated for any specific period.  Maxim also announced that, in connection with the  investigation, Defendant Gifford, its former CEO, retired as a Strategic Advisor.  Further, Maxim revealed that Mr. Carl Jasper ("Defendant Jasper"), Maxim's CFO, had resigned.

45.     On August 28, 2007, an analyst at Banc of America reported that there was  a good chance that the chip maker would be delisted from Nasdaq, and downgraded Maxim's investment rating, because it was unlikely to file its restatement "in a timely fashion."

46.     In an SEC filing on September 24, 2007, Maxim stated that it expected to restatement of past financial results, which was the result of finding deficiencies in options granting practices, to be completed during the first calendar quarter of 2008.

23

Maxim also said it had asked Nasdaq and the SEC to delay the delisting of its shares, which may result from the delay of financial reports.  Maxim had been previously notified by Nasdaq that its shares would be delisted if it did not file the restatement and delinquent filings with the SEC by September 25, 2007.

47.     Standard and Poor's announced on September 25, 2007, that the company Tesoro would replace Maxim in the S&P 500 Index after the close of trading on the following day, September 26, 2007.   Maxim was scheduled to be delisted by Nasdaq after the close of trading on or about that date.  On October 1, 2007, the market learned that the SEC denied the Company's appeal to stay the Nasdaq decision to delist Maxim's common stock.  The market also learned that Maxim's common stock would be removed from the Nasdaq 100 and the Russell 1000 indexes.  On October 2, 2007, Maxim announced the suspension of trading of its common stock and delisting from Nasdaq.

48.     On December 4, 2007, Maxim announced its final settlement with the SEC over alleged backdating of stock options, and that its former CEO agreed to pay a fine of $803,000 as part of his settlement.  Maxim's former CFO, Mr. Carl W. Jasper, did not reach a settlement with the SEC, and the SEC sued Mr. Jasper over his alleged role in the Company's option backdating problems.

49.     On the last day of the Class Period, January 17, 2008, Maxim provided the investors with an "update on its restatement."  In a press release, Maxim provided for the first time an estimate of the magnitude of its restatement saying that it expected to record an additional $550 million to $650 million for compensation expense on a pre-tax basis, for fiscal years 1997 through 2005 and interim periods through March 25, 2006, and

advised that its financial statements for this period "should not be relied upon." The Company also announced that it had to expand its review back even further, to 1995 and 1996, and broaden its analysis with respect to stock option grants to employees who either terminated or changed their employment status. The additional scope of the review and analysis would delay Maxim's restatement until at least June 2008. Further, Maxim announced changes in its corporate governance, that it had material weaknesses in its internal control over financial reporting, that it incurred $274 million of cash costs related to correcting its option backdating problems, including $91 million related to its restatement and related accounting, legal and other professional services.

50.     After the close of trading on September 30, 2008, more than 28 months after Maxim announced its Special Committee investigation, the Company filed its restatement with the SEC. Almost ten years of financial results, including fiscal years 1997 through 2005 ( July 1996 through June 2005) and three quarters of 2006 were restated or adjusted. Maxim recorded a $838.3 million charge to pre-tax income, including a pre-tax charge for stock-based compensation expense totaling $773.5 million. This figure exceeded by $123.5 million the maximum of the Company's estimated range of $550 to $650 million announced on January 17, 2008.[46] Further, Maxim again acknowledged that it had material weaknesses in internal controls, and disclosed that it

---

[46] "Maxim Completes Restatement of Financial Statements," Market Wire, September 30, 2008, 5:35pm. I note here that Maxim's restatement and adjustments reach farther back than its 1997 fiscal year. Maxim's restatement filed with the SEC on Form 10-K for the period ending June 24, 2006, filed September 30, 2008, p. 101, identifies a pre-tax charge of $4.3 million for "... certain stock options granted and other non-stock option related transactions prior to fiscal year 1997."

found improper measurement dates for stock options granted between July 1994 and June 2006, two years earlier that it indicated in its January 2007 announcement.[47]

## VI. MARKET EFFICIENCY FOR MAXIM'S COMMON STOCK

51.     A finding of market efficiency for a security means that the security price contains all relevant information.[48]  The efficient market hypothesis has historically been divided into three categories, each dealing with a different type of information.  Weak form tests of the efficient market hypothesis are tests of whether information contained in historic prices is fully reflected in current prices.  Semi-strong form tests of the efficient market hypothesis are tests of whether publicly available information is fully reflected in current prices.  Finally, strong form tests of the efficient market hypothesis are tests of whether all information, whether public or non-public, is fully reflected in security prices.[49]  In securities litigation, the courts have generally adopted the semi-strong form of the efficient market hypothesis.  For example, in *Basic, Inc. v. Levinson*, 485 U.S. 224 (1988), the U.S. Supreme Court stated "[r]ecent empirical studies have tended to confirm Congress' premise that the market price of shares traded on well-developed markets reflects all publicly available information, and, hence, any material misrepresentations."

---

[47] Maxim's restatement filed with the SEC on Form 10-K for the period ending June 24, 2006, filed September 30, 2008, p. iii.

[48] Generally, the market is considered efficient if it meets the criteria in the definition of a "semi-strong efficient market," defined as a "[m]arket in which security prices reflect all publicly available information."  *See* R. Brealey and S. Myers, Principles of Corporate Finance, 5th Edition, McGraw Hill (1995), p. G11.

[49] *See* E. Elton, M. Gruber, S. Brown and W. Goetzmann, Modern Portfolio Theory and Investment Analysis, Sixth Edition, John Wiley & Sons, Inc., 2003, p. 402.

52.     The courts generally accept as evidence of an efficient market the results

of a number of statistical findings or criteria for market efficiency.  *See*, for example,

*Cammer v. Bloom*, 711 F. Supp. 1264, and *Binder v. Gillespie*, 184 F.3d 1059 (9th Cir.

1999).

53.     I examined the widely-accepted *Cammer* factors for market efficiency in

regard to Maxim's common stock during the Class Period.

## A.  THE *CAMMER* FACTORS FOR MARKET EFFICIENCY

54.     In *Cammer*, five factors were listed that indicate that a security is indeed

traded in an efficient market: (i) average weekly share turnover of more than 1%; (ii)

coverage of the company by security analysts; (iii) the presence of market-makers or

arbitrageurs; (iv) the eligibility of the company to file Form S-3 with the SEC; and (v)

evidence of the stock price reacting to material information.

### i)  *Weekly Trading Volume*

55.     The first significant indication of an efficient market in *Cammer* is that the

average trading volume per week exceeds one percent of shares outstanding.  The

*Cammer* opinion states that: "average weekly trading of two percent or more of the

outstanding shares would justify a strong presumption that the market for the security is

an efficient one; one percent would justify a substantial presumption."[50]

56.     The reported trading volume during the Class Period for Maxim's

common stock was 6.7 billion shares, which was more than 20 times the 324.2 million

average shares outstanding over the Class Period.  The average weekly trading volume

---

[50]  *See Cammer v. Bloom*, 711 F. Supp. at 1286.

for Maxim shares was 5.6 million over the Class Period, or 8.3%, which exceeds the
upper *Cammer* benchmark of 2% (*see* Exhibit 5).[51, 52]  As a result, the trading volume for
Maxim's common stock supports the conclusion that the common stock traded in an
efficient market during the Class Period.

### ii) Analyst Coverage

57.     The second indication of an efficient market in *Cammer* is the number of
securities analysts following and reporting on the stock.  The *Cammer* opinion states: "it
would be persuasive to allege a significant number of securities analysts followed and
reported on a company's stock during the class period."[53]  Significant analyst coverage
implies that information about the company is disseminated to investors quickly.  The
greater the number of analysts, the more likely information about the company is "relied
upon by investors."[54]

---

[51]  I calculate weekly volume as the sum of the daily volume during the week
beginning on Monday and ending on Friday.  The number of common shares outstanding
was obtained from Maxim's SEC filings.  Between SEC reporting dates, the ratio of
weekly volume to common shares is calculated by dividing the weekly volume by the
outstanding common shares last reported in Maxim's SEC filings.  The partial weeks at
the beginning and the ending of the Class Period are excluded from the calculation.

[52]  On October 2, 2007, Maxim was delisted from Nasdaq and traded in the over-
the-counter ("OTC") market until October 8, 2008 when it again was listed on the
Nasdaq.  While trading in the OTC market during the Class Period, Maxim's average
weekly trading volume as a percentage of shares outstanding was 7.7%, which exceeds
the upper Cammer benchmark of 2%.  *See* Exhibit 5.

[53]  *See Cammer v. Bloom*, 711 F. Supp. at 1286 (footnote omitted).

[54]  *See In re Xcelera.com Securities Litigation*, 430 F.3d 503, 514 (1st Cir. 2005).
I note here that in *Cheney v. Cyberguard Corp.*, 213 F.R.D. 484, 499 (S.D. Fla 2003), the
court opined that a finding of six analysts is sufficient to support a finding of market
efficiency.

58.     According to FactSet/First Call, analyst coverage on Maxim ranged between 12 and 31 analysts during the Class Period, with an average of 25 (*see* Exhibit 5).[55, 56]  More than 2,100 analyst reports were issued during the Class Period that covered Maxim by such firms as: A.G. Edwards & Sons, Inc.; Barclays Capital, Bear, Stearns & Co., Inc.; Bernstein Research; C.E. Unterberg; Towbin; Canaccord Adams; Caris & Company; CIBC World Markets; Citibank; Collins Stewart LLC; Columbine Capital; Cowen and Company; Credit Suisse First Boston Corporation; Deutsche Bank; Fulcrum Global Partners; Gartner Research; Goldman Sachs; IDC; J.B. Hanauer & Co.; J.P.Morgan; Jefferies & Company, Inc.; Kaufman Bros., L.P.; Kinitisheff Research; Lehman Brothers; Morgan Stanley; Pacific Growth Equities; Piper Jaffray; Prudential Equity Group, Inc.; Raymond James; RBC Capital Markets; SG Cowen Securities Corporation; Smith Barney Citigroup; Stancioff, Sons & Co.; Thinkequity LLC; Thomas Weisel; UBS; Wachovia Capital Markets, LLC; Wedbush Morgan Securities, Inc.; Wells Fargo Securities LLC; and William Blair & Co.[57]  These reports served the purpose of disseminating publicly available information along with analysis and recommendations of the analysts to investors.

59.     The extensive coverage of Maxim by securities analysts during the Class Period supports the conclusion that Maxim's common stock traded in an informationally efficient market during the Class Period.

---

[55]  I used the number of analysts in the consensus EPS estimate for the upcoming fiscal year.  Source: FactSet/First Call.

[56]  While trading in the OTC market, analyst coverage on Maxim ranged between 16 and 21 analysts with an average of 19.  *See* Exhibit 5.

[57]  This is based on analyst reports currently available at the Reuters Knowledge and Thomson Research electronic databases.

### iii)  Market Makers

60.    The third indication of an efficient market in *Cammer* is the presence of
market makers.[58]  *Cammer* states that: "[t]he existence of market makers and arbitrageurs
would ensure completion of the market mechanism; these individuals would react swiftly
to company news and reported financial results by buying or selling stock and driving it
to a changed price level."[59]  It continues: "[t]en market makers for a security would
justify a substantial presumption that the market for the security is an efficient one; five
market makers would justify a more modest presumption."[60]

61.    During the Class Period, CRSP[61] and Pink Sheet OTC Markets reported
between 44 and 81 market makers, with an average of 73 (*see* Exhibit 5).[62, 63]  The
presence of 73 market makers for Maxim's common stock supports the conclusion that
its shares traded in an informationally efficient market during the Class Period.

---

[58]  *See Cammer v. Bloom*, 711 F. Supp. 1264, 1286-87 (D.N.J. 1989).

[59]  *Ibid,* p.1286 and 1287.

[60]  *Ibid,* p. 1293.

[61]  The Center for Research in Security Prices ("CRSP"), is a research center at
the Graduate School of Business of the University of Chicago.  It maintains a database of
security prices, returns, and volume data for the NYSE, AMEX and NASDAQ stock
markets, as well as other data.  Source: www.CRSP.com.

[62]  Nasdaq defines a market maker as a Nasdaq member firm that buys and sells
securities at prices it displays in Nasdaq for its own account (principal trades) and for
customer accounts (agency trades).  Source: www.nasdaqtrader.com.

[63]  While trading in the OTC market, the number of market makers ranged
between 44 and 55, with an average of 49.  *See* Exhibit 5.

*iv)  Form S-3 Eligibility*

62.     An indication of an efficient market in *Cammer* is the eligibility of the company to file Form S-3 with the SEC.  The *Cammer* court found that eligibility to file a Form S-3 "is an important factor weighing in favor of a finding that a market is efficient."[64]  *Cammer* quotes from an SEC release that: "[Form S-3] is predicated on the Commission's belief that the market operates efficiently for these companies, *i.e.*, that the disclosure in Exchange Act reports and other communications by the registrant, such as press releases, has already been disseminated and accounted for by the market place."[65] According to *Cammer*: "The 'public float' aspect of Form S-3 requirements ensures that enough investors have in fact read the previously filed document... It is this aspect of the Form S-3 requirements that calls into play the efficient market hypothesis."[66]

63.     At the time of *Cammer*, the filing of a Form S-3 registration statement required firms to file reports under the Securities Exchange Act of 1934 for three years prior to the Form S-3 filing and to have $150 million of stock held by non-affiliates (or $100 million of stock held by non-affiliates coupled with annual trading volume of 3 million shares per year).[67]  The SEC has since modified the requirements for filing a Form S-3.  Among the current requirements for filing a Form S-3 registration statement are that a company be organized and operating under the laws of the United States or its territories, has filed reports under the Exchange Act for twelve calendar months, has

---

[64]  *See Cammer v. Bloom*, 711 F. Supp. 1264, 1285 (D.N.J. 1989).

[65]  *See id.* p. 1284.

[66]  *See id.* p. 1285 n.33.

[67]  *See id.* p. 1271.

suffered no default of its obligations and has an aggregate market value of common equity held by non-affiliates of $75 million or more.[68]

64.    The value of Maxim's common stock held by non-affiliates during the Class Period ranged between $6.6 billion and $18.1 billion (*see* Exhibit 5), which was significantly higher than the $75 million threshold requirement.  Maxim was organized and operated under Delaware law during the Class Period, satisfying the organizational requirement, filed its required reports with the SEC, and was eligible to file a Form S-3 registration statement during the Class Period up to September 8, 2006.  For the remainder of the Class Period, Maxim did not meet this filing requirement.

### *v) Cause and Effect Relationship to Unexpected New Information*

65.    The fifth and most salient *Cammer* test for an efficient market is "a cause and effect relationship between unexpected company events or financial releases and an immediate response in the stock price."[69]  The *Cammer* opinion states that: "one of the most convincing ways to demonstrate [market] efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price."[70]  The Court in *Xcelera.com* referred to this factor as the "most important" *Cammer* factor.[71]

66.    The court does not provide any specific tests, indicia or factors on which it would rely in reaching its determination concerning the existence of an adequate cause

---

[68]    *See* SEC 1379, "Form S-3, Registration Statement under the Securities Act of 1933, General Instructions," as revised August 2001.

[69]    *See Cammer v. Bloom*, 711 F. Supp. 1264, 1287 (D.N.J. 1989).

[70]    *See id.* at 1291.

[71]    *See Xcelera.com*, 430 F.3d at 512.

and effect relationship.  Economists in academia and private practice, however, have published scholarly research studies that present various tests and statistical methodologies that can provide probative economic evidence concerning the existence of a cause and effect relationship consistent with market efficiency.[72]  In this section, I conduct several empirical tests for Maxim common stock and present them later in this section.  In all of these tests, I find evidence that supports a finding of market efficiency for Maxim common stock.  Specifically, I present evidence that the speed of adjustment of Maxim's stock price to new information is prompt, reflecting market efficiency.  I also show a strong and positive relationship between Maxim's daily stock-price changes and its trading volume, which is also consistent with how an efficient market operates.  Further, I conduct two event studies: one that investigates the stock price changes and trading volume in reaction to press releases by Maxim; and one that measures the stock price and trading volume reactions to Company earnings guidances.  For both event studies, the results support a conclusion of market efficiency.

67.     Finally, I also test for first order autocorrelation in both Maxim's stock price returns and excess stock returns. This is a direct test of weak-form market efficiency, in which the absence of statistically significant serial correlation in excess of transaction costs indicate that the market is weak-form efficient.  Because weak-form

---

[72] Both the courts and academic literature use event studies as a test of semi-strong market efficiency.  Professor Eugene Fama wrote: "Event studies are the cleanest evidence we have on efficiency..."  *See* Eugene F. Fama, "Efficient Capital Markets: II," *Journal of Finance* 46, 1575-1617 (December 1991), p. 1602.  Examples of event study analysis used by courts as part of the determination of whether a market is efficient include: *Xcelera.com*, 460 F.3d at 512-14, and *Barrie v. Intervoice-Brite, Inc.*, No. 01-CV-1071-K, 2006 WL 2792199, at *8 (N.D. Tex. Sept. 26, 2006).

efficiency is necessary to have semi-strong efficiency, this has become a standard test in these kinds of litigation-related market efficiency opinions.  Maxim displays no statistically significant serial correlation during the Class Period, which supports at least weak-form market efficiency.

68.     Before presenting these statistical tests, I explain below how I computed Maxim's daily excess stock price returns and provide a detailed methodology for my event studies.  All of the tests I conduct in my cause-and-effect analyses rely on Maxim's excess stock price returns in some way, so I provide this explanation before I detail my specific tests.

### Event Study Methodology and Excess Returns

69.     As a general proposition, modern finance theory holds that the market price of a common stock reflects the discounted value of expected future cash flows to the stockholder.  Thus, new information that causes the market to significantly alter its expectation of future cash flows will cause a prompt repricing of the security to reflect the new expectations.[73]

70.     Since the publication in 1969 of a classic paper by Fama, Fisher, Jensen, and Roll,[74] financial economists have used the event study methodology as a tool to

---

[73] *See* Eugene F. Fama, "Efficient Capital Markets: II," *Journal of Finance* 46, 1575-1617 (December 1991); Robert Jennings and Laura Starks, "Information Content and the Speed of Stock Price Adjustments," *Journal of Accounting Research* 23, 336-350 (Spring 1985); James M. Patell and Mark A. Wolfson, "The Intraday Speed of Adjustment of Stock Prices to Earnings and Dividend Announcements," *Journal of Financial Economics* 13, 243-252 (June 1984); and Catherine S. Woodruff and A. J. Senchack, Jr., "Intradaily Price-Volume Adjustments of NYSE Stocks to Unexpected Earnings," *Journal of Finance* 43, 467-491 (June 1988).

[74] Eugene F. Fama, Lawrence Fisher, Michael C. Jensen and Richard Roll, "The Adjustment of Stock Prices to New Information," *International Economic Review* 10, 1-

measure the effect on market prices of new information relevant to a company's equity valuation. New information may include, for example, earnings reports, dividend changes, stock-splits, regulatory rulings, acquisition bids, asset sales, company press releases and analyst reports. Because the event study methodology measures the market's response to new information, it has been widely used to assess materiality, loss causation, and artificial inflation in securities fraud cases.[75]

71. An event study is an empirical technique that measures the effect of new information on the market prices of a company's publicly traded securities. This is done by comparing the day-to-day percentage change in the market price of a company's security (known as a "return") to the return predicted by a "market model." The market model describes the normal relation between the return on the company's security and the return on a market index, such as the S&P 500 Index or the Nasdaq Composite Index, and possibly an industry index. When significant new information about the company is disclosed to the market, the market model is used to determine the component of the security return that would have been expected based on the return on the overall market. The remaining component of the security return (that cannot be explained by the return on the market) is attributed to new company-specific information. If the disclosure of

---

21 (February 1969).

[75] *See* Mark L. Mitchell and Jeffrey M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer* 49, 545-590 (February 1994); and David I. Tabak and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in Litigation Services Handbook: The Role of the Financial Expert, Third Edition, ed. by Roman L. Weil, Michael J. Wagner and Peter B. Frank, Wiley, 2001. *See also In re Gaming Lottery Securities Litigation*, No. 96 Civ. 5567 (RPP), 2000 WL 193125 (S.D.N.Y. Feb. 16, 2000).

company-specific information is accompanied by a security return that is outside of the security's normal volatility range (as measured by the market model), then the return is said to be "statistically significant."  Event studies assess the probability that a security-price movement was due to new information disclosed on a particular date and not due to chance.  Thus, the event study can objectively quantify the market price movements associated with disclosures of new information.

72.    Event studies are most useful in determining the effects of new information on security prices when: (i) there is a well-defined public disclosure or announcement; (ii) the time that the news item reaches the market is known; (iii) there is no reason to believe that the market anticipated the news item; and (iv) it is possible to isolate the effect of the news item from market, industry, and other issuer-specific factors simultaneously affecting the issuer's security price.[76]

73.    The event study methodology involves the following well-defined steps:

a)    A market model is estimated to permit the removal of market and possibly industry-wide effects from the day-to-day security returns;

b)    The market model is used to calculate predicted returns for the issuer's security assuming that there was no fraud and, therefore, no corrective disclosures;

c)    The predicted returns are then subtracted from the issuer's actual returns to calculate excess returns, which are the price movements in the issuer's security net of market and possibly industry-wide effects; and

---

[76] David I. Tabak and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in Litigation Services Handbook: The Role of the Financial Expert, Third Edition, ed. by Roman L. Weil, Michael J. Wagner and Peter B. Frank, Wiley, 2001, 19.2.

        d)      On the day or days on which significant new information is disclosed to the market, the excess returns are used to quantify the effect of those disclosures on the market price of the security.[77]

These steps are discussed in detail in the paragraphs below.

        a) Estimating a Market Model

74.     In order to determine whether the movement in the market price of a security occurred in response to a specific public disclosure, the actual returns for that security are compared to the returns predicted by a market model that accounts for market and possibly industry-wide effects on the security's return.  This is done by first selecting a proxy for the market, customarily the S&P 500 Index, the Nasdaq Composite Index, or another broad-based market index, as well as an index to measure industry-specific changes that might affect the company's stock return over-and-above general market-wide factors.[78]  Then, the company's return is regressed against the market and net-of-market industry variables to estimate the historical relation between the "independent" index variables and the "dependent" company returns.[79]  In essence, the indexes "explain" or account for some portion of the day-to-day movements in the company's gross return, so that the "unexplained" portion of the company's stock return can be attributed to "firm-specific" factors.

---

[77] *Ibid*, 19.2-3.

[78] *See* John Y. Campbell, Andrew W. Lo, & A. Craig MacKinlay, The Econometrics of Financial Markets, Princeton University Press, 1997, pp. 155-156 for a more complete description of the market model.

[79] The return on the industry index is generally measured "net of market" to minimize the effects of a statistical phenomenon called multicollinearity, in which two or more predictor variables in a multiple regression model are highly correlated.

75. The regression analysis produces slope coefficients, called betas, that quantify the sensitivity of a security's return to the returns on the market and industry indexes. A security with a market beta of 1.0 is expected to increase by one percent for each one percent increase in the market index. Similarly, a security with a market beta of 2.0 is expected to increase by two percent for each one percent increase in the market index.

76. For Maxim's common stock, I selected the Nasdaq 100 Index[80] as the market index and an equal weighted index of peer companies[81] to account for industry

---

[80] According to Nasdaq's website, The NASDAQ-100 Index includes 100 of the largest domestic and international non-financial securities listed on The Nasdaq Stock Market based on market capitalization. The Index reflects companies across major industry groups including computer hardware and software, telecommunications, retail/wholesale trade and biotechnology. *See* http://dynamic.nasdaq.com/dynamic/ nasdaq100_activity.stm

[81] I calculated the equally-weighted industry index based on a portfolio of peer companies that were identified as competitors by Maxim in its Form 10-K filed with the SEC on September 8, 2005, p. 8. I excluded foreign companies whose shares did not trade in the United States and companies tainted by allegations of options backdating related fraud. The remaining 25 companies are: Advanced Analogic Technologies (ticker symbol: AATI), Anadigics (ANAD), Conexant Systems (CNXT), Fairchild Semiconductor (FCS), Freescale Semiconductor (FSL), Infineon Technologies (IFNNY), Intel (INTC), Intersil (ISIL), Lucent Technologies (LU), Micrel (MCRL), Microchip Technology (MCHP), Monolithic Power Systems (MPWR), Motorola (MOT), National Semiconductor (NSM), ON Semiconductor (ONNN), O2Micro International (OIIM), Qualcomm (QCOM), RF Micro Devices (RFMD), Silicon Laboratories (SLAB), Siliconix (SILI), Sipex (SIPX), Skyworks Solutions (SWKS), STMicroelectronics (STM), Texas Instruments (TXN) and Volterra Semiconductor (VLTR). I then calculated the correlation of the stock price returns between Maxim, and the 25 companies over the period from 4/30/04 to 4/29/05, and used only the companies with approximately 60% correlation or greater, which are: Fairchild Semiconductor (FCS); Infineon Technologies (IFNNY); Intel (INTC); Intersil (ISIL); Micrel (MCRL); Microchip Technology (MCHP); National Semiconductor (NSM); Skyworks Solutions (SWKS); and Texas Instruments (TXN). Source: FactSet (total returns).

effects. To choose a period of time to estimate the market model, I considered the volatility of Maxim's common stock returns over time.

77. I note that any valid industry index should be free of negative effects of public fraud allegations against the companies in the index. To the extent that co-movement between Maxim and an index reflect simultaneous fraud-related corrective disclosures, then it would be improper to use the index without an adjustment to "net-out" the fraud-tainted index returns from Maxim's returns in evaluating economic materiality.

78. Of the 35 competitors identified by Maxim whose shares traded in the United States, I found that ten companies representing 29% of the index were tainted by allegations of options backdating related fraud.[82] I removed those companies from my industry index.[83]

79. In the context of securities litigation, it is customary to estimate the market model regression based on stock prices before the beginning of the class period because it normally represents a period that is untainted by the alleged misdeeds. This approach implicitly assumes, however, that the market model parameters have not changed significantly from the estimation period to the corrective-disclosure dates. If this estimation period prior to the Class Period is not too far removed in time from the

---

[82] I considered companies tainted if they were named as defendants and accused of options backdating related fraud in the following litigation database: "Executive Stock Options Backdating Tracker," *Bloomberg*, August 4, 2009, Bloomberg Symbol: BLIT.

[83] The ten tainted companies that were excluded are as follows: Altera (ALTR), Analog Devices (ADI), Applied Micro Circuits (AMCC), Atmel (ATML), Exar (EXAR), Linear Technology (LLTC), Marvell Technology Group (MRVL), PMC-Sierra (PMCS), Semtech (SMTC) and Vitesse Semiconductor (VTSS).

dates of the corrective disclosures, then this assumption of unchanged market model parameters is considered reasonable in most cases.  In this case, however, the first alleged partially corrective disclosure is on May 22, 2006, or more than three years after the start of the Class Period on April 29, 2003.

80.    I computed the rolling 252-trading day standard deviation of Maxim's common stock returns from January 2001 through January 2008.  Exhibit 6 shows that Maxim's standard deviation of its stock price returns was between approximately 4.1% and 5.1% from January 2002 to April 2003, or approximately one year prior to the start of the Class Period.  During the Class Period, the volatility declined from about 4.3% to 1.6% in October 2005 and rose slightly to 1.8% by January 17, 2008.  In contrast, the rolling 252-trading day standard deviation of the Nasdaq 100 Index returns was between approximately 2.6% and 3.5% from January 2002 to April 2003, and declined during the Class Period to 0.8% in May 2006 and 1.2% by the end of the Class Period.

81.    Considering these factors, I used a regression estimation period from April 30, 2004 through April 29, 2005, the last trading day before publication of Professor Lie's study and before any alleged partially corrective disclosures.[84]  The results of the Maxim market model regression are reported on the cover page of Appendix A, and show a resulting market beta of 0.934 and a net-of-market industry beta of 0.563.

---

[84] I note here that Professor Lie's study was first published in Management Science, dated May 2005.  Since the earliest in May 2005 the study could be published is May 1, I chose to end the estimation period on the previous trading day, April 29, 2005.

b) Calculating the Predicted and Excess Returns

82.     After estimating the market models, I calculated the daily predicted returns for Maxim's common stock.  The predicted returns are equal to the intercept from the market-model regression, plus the market beta times the return on the market index, plus the industry beta times the (net of market) return on the industry index.  I then calculated Maxim's common stock daily excess returns by subtracting the predicted return from the actual return.

83.     Actual stock returns deviate from predicted returns even when no discernable event has occurred.  Thus, the event study methodology requires a determination of whether an excess return is attributable to chance.  This is done by testing whether the excess return is statistically significant.  The statistical significance of a daily excess return is assessed using a "t-statistic."[85]  A t-statistic greater than or equal to 1.96 in absolute value[86] (either positive or negative) means that the excess return is statistically significant at the 95% confidence level; a t-statistic greater than or equal to 2.58 in absolute value means that the excess return is significant at the 99% confidence level.

c) Analyses

84.     Appendix A is a chronology of news headlines related to Maxim from April 29, 2003 to January 17, 2008, from news stories, press releases, SEC filings, analyst reports and other sources, together with daily stock prices and volume, Maxim's

---

[85] The t-statistic is computed as the excess return divided by the standard error of the regression from the market model.

[86] The absolute value of a real number is the numerical value without regard to its sign.

stock price returns, market and industry returns, Maxim's net of market and peer index returns, and test of statistical significance.

85.    The Class Period contains 1,724 calendar days, including 1,190 trading days. The remaining days are either trading holidays or weekends. Every trading day had a news story, analyst report or SEC filing. Such extensive news and analyst coverage over the Class Period is consistent with an informationally efficient market.

86.    Not every news item is expected to generate a statistically significant return. For example, if the news story, analyst report or company disclosure only repeats information that was already fully known, or merely confirms investors' current expectations, no price reaction in the security would be expected. A news story, analyst report or company disclosure will cause a statistically significant return only when the information is new and unexpected, and when the information materially changes the value of the security to investors. Similarly, a disclosure that omits such material information would not be expected to change the price of the security. Thus, in applying the fifth *Cammer* factor, it is relevant to test directly whether the stock price changes are in response to material, unexpected news by analyzing closely the new information that accompanies significant stock returns.

### i) Speed of Price Reaction to New Information

87.    Perhaps the most basic hallmark of market efficiency is prompt incorporation of the effects of new information in stock prices through trading activity in the market.[87] To test this, I first select all trading days in which the t-statistic of the

---

[87] *See* Eugene F. Fama, "Efficient Capital Markets: II," *Journal of Finance* 46, 1575-1617 (December 1991); and  Eugene F. Fama, Lawrence Fisher, Michael C. Jensen

excess return is at least 2.58, indicating a 99% confidence level for daily statistical significance. This test is independent of the specific event or news that resulted in these "big-return" days; rather, it requires a sample of days in which I am confident that the market was reacting to unusually material, value-related news.[88]

88.    It is well known that large stock price returns and news events are highly correlated, so I assume for Maxim that the big-return days are also big-news days.[89] Then, I check to see how long it takes for Maxim's trading market to fully adjust to these pre-selected big-news days.

89.    Exhibit 7 indicates there were 65 trading days during the Class Period for Maxim common stock with excess returns that were statistically significant at the 99% confidence level ("big-return days"). I examined the excess stock returns the *day after* (*i.e.*, day +1) each of the 65 big-return days and found that only 16 (25%) had excess returns that are significant at the 95% confidence level or greater. Moreover, in almost

---

and Richard Roll, "The Adjustment of Stock Prices to New Information," *International Economic Review* 10, 1-21 (February 1969).

[88] I note here that there is published scholarly research that also performs an event study and starts with "major stock price and trading volume movements and then explore[s] directly for those economically significant information events driving such movements." *See* P. Ryan and R. Taffler, "Are Economically Significant Stock Returns and Trading Volumes Driven by Firm-specific News Releases? A Nonlinear Test of the Random-Walk Hypothesis," *Journal of Business Finance & Accounting,* 31(1) & (2), January/March 2004, 0306-686., p 49. Another study focused on stock price movements as a "sufficient statistic for information events." *See* J. Conrad, B. Cornell, W. Landsman, and B. Rountree, "How Do Analyst Recommendations Respond to Major News?" *Journal of Financial and Quantitative Analysis*, Vol. 41, No.1, March 2006, p. 25.

[89] *Ibid.* Also, *see* Eugene F. Fama, "Efficient Capital Markets: II," *Journal of Finance* 46, 1575-1617 (December 1991); and Eugene F. Fama, Lawrence Fisher, Michael C. Jensen and Richard Roll, "The Adjustment of Stock Prices to New Information," *International Economic Review* 10, 1-21 (February 1969).

all of these 16 cases, it is clear that additional information was being disseminated to the market on these days.  By the next day (the second day after each big-return day), however, only five (8%) of the days have significant stock returns at the 95% level of significance.  By the third day, finally, only one day had a significant stock price return at the 95% level of confidence.  By day four after the big-return day, there were no statistically significant stock price returns.

90.     This test shows that the new information that presumably caused the largest excess stock returns was impounded into Maxim's stock price within two trading days of 92% of the time.  Thus, this evidence that Maxim's stock price reacted promptly to the 65 big news days in the Class Period is consistent with the hypothesis that Maxim's trading market was semi-strong form efficient.[90]  *See* Exhibit 7.

### ii)  Reaction to Company Press Releases

91.      Based on the assumption that company press releases, on average, are more likely to contain material information about a company's stock than news on days without a company press release, I tested to see if there was a statistically significant difference between days with press releases compared to days without press releases.  If such a difference exists, that would be evidence of a cause and effect relationship between those news events and the resulting movements in stock prices.[91]

---

[90] I note that this is not a perfect check of the speed with which the new information causing "big returns" are impounded, because in some cases additional significant information was being released into the market over the next few days.  But, this biases the results against finding rapid impounding of new information causing large stock returns.

[91] However, I would not expect this hypothesis to hold in cases where a company was such a prolific issuer of press releases containing only general news that it would dilute any material information conveyed within the sample.

92.     During the 1,190 trading day Class Period, Maxim issued press releases on 126 days.[92] I examined the absolute value of the excess returns[93] from my market model on days when Maxim issued press releases and compared it to the 1,064 trading days without press releases.[94] Using a statistical technique called a "two sample t-test," I found a statistically significant difference at the 99% confidence level[95] between the average absolute value of excess returns on days with press releases compared to days without press releases. This analysis supports the conclusion that Maxim's common stock traded in an informationally efficient market.

### iii) Correlation of Absolute Price Changes with Trading Volume

93.     Next, I check for a cause-and-effect relationship between information and stock returns consistent with market efficiency by regressing Maxim's daily absolute stock-price changes against its daily trading volume over the Class Period. Economists have studied the empirical correlation between absolute stock returns and volume since 1970 for stocks and other securities traded in the U.S. and elsewhere.[96] A strong, direct

---

[92] The 126 press releases were issued by Maxim using the wire services of Business Wire (through August 4, 2006) and Market Wire (commencing September 18, 2006).

[93] I use the absolute value of the excess returns to test the overall magnitude of a price reaction without ascribing any expectation of positive or negative information.

[94] The date that a press release impacted the market price for Maxim's common stock was determined as follows: (i) press releases issued before the market opened or during trading hours impacted that trading day; (ii) press releases issued on or after 4:00pm impacted the next trading day.

[95] The two sample t-test assuming unequal variances has a t-stat of 3.73.

[96] For a survey of the literature see, J. Karpoff, "The Relation between Price Changes and Trading Volume: A Survey," *Journal of Financial and Quantitative Analysis* 22(1), March 1987, 109-126. Also, see R. L. Crouch, "A Nonlinear Test of the Random-Walk Hypothesis," *American Economic Review* 60, March 1970, 199-202; T. Epps and M. Epps, "The Stochastic Dependence of Security Price Changes and

relationship is the usual finding, and this evidence is generally interpreted as exhibiting that both volume and stock-price changes have been common ties to the flow of new information about the security.  The stock-price adjustment reflects the overall average change in prices to material new information, while the volume reflects changes in expectations of individual traders.[97]

94.     By definition, material value-relevant news results in unusually large stock-price changes (either up for positive or down for negative news), and will also correspond with greater-than-normal differences among individual investors about their expectations about the exact value implications of the material news.

95.     Thus, I check for this volume-absolute price change relationship using both Maxim's absolute returns and absolute excess stock returns, both regressed on (the natural log of) Maxim's trading volume on a daily basis over the Class Period.  These two regressions are presented in Exhibit 8.

96.     In both regressions, I find a strong, positive relationship between daily volume and the absolute value of Maxim's stock price returns.  The t-statistics of 13.5

---

Transaction Volumes: Implications for the Mixture-of-Distributions Hypothesis," *Econometrica* 44(2), March 1976, 305-321; L. Harris, "Cross-Security Tests of the Mixture of Distributions Hypothesis," *Journal of Financial and Quantitative Analysis* 21(1), March 1986, 39-46; L. Harris, "Transaction Data Tests of the Mixture of Distributions Hypothesis," *Journal of Financial and Quantitative Analysis* 22(2), June 1987, 127-141; and R. Westerfield, "The Distribution of Common Stock Price Changes: An Application of Transactions Time and Subordinated Stochastic Models," *Journal of Financial and Quantitative Analysis* 12(5), December 1977, 743-765.

[97] *See* P. Ryan and R. Taffler, "Are Economically Significant Stock Returns and Trading Volumes Driven by Firm-specific News Releases? A Nonlinear Test of the Random-Walk Hypothesis," *Journal of Business Finance & Accounting,* 31(1) & (2), January/March 2004*,* 0306-686., p 49; and J. Conrad, B. Cornell, W. Landsman, and B. Rountree, "How Do Analyst Recommendations Respond to Major News?" *Journal of Financial and Quantitative Analysis*, Vol. 41, No.1, March 2006, p. 25.

and 14.6 indicate that these two estimated coefficients are positive at a statistical confidence level in excess of 99%. This evidence supports a finding of market efficiency, in my opinion, because it reflects a very active trading market for Maxim's stock in which new information that affects Maxim's stock value causes the simultaneous generation of trading volume as the market of individual investors reacts to this information.

### *iii) Reaction to Earnings Guidance*

97.    In an efficient market, unexpected news that the Company was raising earnings or revenue guidance should have a positive effect on a stock's price, and unexpected news that the Company was lowering earnings or revenue guidance should have a negative effect on a stock's price.

98.    Many companies often provide the market with earnings guidance for the upcoming quarter and possibly the remaining fiscal year. When this information is combined with an earnings announcement, it makes it difficult to disentangle the price effect attributable to the guidance vis-a-vis the reported earnings. Maxim provided earnings guidance during the Class Period on five separate occasions that were not part of its regular earnings announcements (*i.e.*, no confounding news).

99.    Two of these earnings guidance announcements were in line with analysts estimates. As expected, Exhibit 9 shows that Maxim's stock price had no statistically significant price change on those days. There were two other announcements where Maxim's guidance was lower than previous guidance or analysts estimates: June 5, 2003 and September 19, 2006. As expected, the stock price returns on these two days were

negative and statistically significant.  On the one day where Maxim's guidance exceeded previous guidance or analysts expectations, December 6, 2005, the price change is both positive and statistically significant as expected.  (*See* Exhibit 9).

100.    Although this test involves a relatively small sample, it is consistent with a cause and effect relationship between unexpected corporate events (*i.e.* guidance) and an immediate response in the stock price, consistent with informational efficiency during the Class Period.

### *iv)  Reaction to Material New Information*

101.    Finally, I present a direct study of the cause and effect relationship between Maxim's stock price returns and economic news by carefully studying the ten days in the Class Period when Maxim had the largest absolute stock price returns.  This study is not limited by the designation of a particular event to study exclusively.  Rather, this study pre-selects ten days in which Maxim common stock has the highest absolute value stock price changes.[98]  Then, I study the actual news disclosed on those days, evaluate the economic significance of these actual disclosures, and contrast these economic conclusions with the direction and exact size of the stock price return that day.

---

[98] I note here that there is published scholarly research that also performs an event study and starts with "major stock price and trading volume movements and then explore[s] directly for those economically significant information events driving such movements."  *See* P. Ryan and R. Taffler, "Are Economically Significant Stock Returns and Trading Volumes Driven by Firm-specific News Releases? A Nonlinear Test of the Random-Walk Hypothesis," *Journal of Business Finance & Accounting,* 31(1) & (2), January/March 2004, 0306-686X., p 49.  Another study focused on stock price movements as a "sufficient statistic for information events."  *See* J. Conrad, B. Cornell, W. Landsman, and B. Rountree, "How Do Analyst Recommendations Respond to Major News?" *Journal of Financial and Quantitative Analysis*, Vol. 41, No.1, March 2006, p. 25.

102.     Specifically, I investigated the ten largest (in absolute value) excess returns for Maxim during the Class Period, which were all statistically significant at the 99% confidence level or greater and accompanied by heavy trading volume (an average of 3.1 times the average daily volume over the Class Period).

103.     The ten largest excess return days are represented by four negative returns and six positive returns.  I investigated carefully all of the news, including press releases, SEC filings, analyst reports, and news stories that were disseminated to the market on each of these ten days to test whether or not the economic content of the news stories is consistent with the direction and magnitude of the excess stock return on that same day.

104.     For example, October 28, 2005 has the largest return with a negative excess return of 12.02%.  On that day, Maxim reported EPS results and provided lower guidance that normally would be expected to cause a significant negative stock price change.  Several analysts simultaneously reduced their ratings and future price targets for Maxim.  These events in my opinion are consistent with the unusually large negative stock price reaction on that day.

105.     January 17, 2008 has the next largest return with a negative excess return of 10.34%.  The corresponding news revealed Maxim's plans to restate its financials from 1997 to 2006 to account for as much as $425 million (net of tax) of additional stock option costs.  This decidedly negative information is consistent with the negative corresponding excess stock price return.

106.     Maxim's stock price return on August 2, 2005 has a large positive excess return of 6.71%.  The corresponding news was also positive and would normally warrant

a significant stock price increase.  Specifically, Maxim provided unexpectedly optimistic guidance for its first quarter 2006 citing broad-based economics strength in its operations.

107.    Exhibit 10 shows that for each of the other days, except one, I find an economically consistent correspondence between the direction and general magnitude of the excess returns and the news disclosed on that day.  September 3, 2003 is the exception.  It has a negative 4.59% excess return, but I found no material news was disseminated to the market.

108.    Because of the strong association between the large stock price excess returns and the value implications of the economic news about the Company released at the same time, I conclude that these results support a finding of market efficiency for Maxim, at least on these ten days with the largest value changes to Maxim common stock over the Class Period.

### iv)  Statistical Test for Weak-Form Market Efficiency

109.    I also conducted statistical tests to determine whether the returns for Maxim's common stock exhibited serial correlation.  Courts have acknowledged that "if there is serial correlation in the stock prices, it lends to a finding of market inefficiency."[99]  Serial correlation in a stock's returns means that tomorrow's stock price movement can be predicted with a degree of statistical confidence based solely on the price movement today.

---

[99]  *See Lehocky v. Tidel*, 220 F.R.D. 491, 506-07 (S.D. Tex. 2001); *see also In re Polymedica Corp. Sec. Litig.*, 453 F. Supp. 2d 260, 277 (D. Mass. 2006).

110.    Market efficiency requires that all public information, including all past stock returns, be impounded in today's stock return so that there are no such arbitrage opportunities available based on public information.  Conversely, the presence of serial correlation implies that an investor might have an unexploited arbitrage opportunity greater than trading costs.  For example, negative serial correlation means that if the stock price goes down today, it will likely go up tomorrow.

111.    The ability to successfully predict the movement in a stock price tomorrow based on what it did today would allow an investor to earn abnormal returns based on this pattern, absent transaction costs.  If the arbitrage opportunity is statistically significant, but unprofitable given positive trading costs, then the serial correlation would not be economically significant.  Given the low transactions costs of trading Maxim's common stock, any statistically significant serial correlation is likely to be economically material and violate semi-strong market efficiency.

112.    To test for serial correlation, I performed a regression analysis of both Maxim's daily common stock returns and excess returns on the return from the previous day over the Class Period.  I found no significant serial correlation,[100] which is consistent

---

[100]   The coefficient for Maxim's return from the previous day over the Class Period is -0.02 with a t-statistic of -0.55.  The coefficient for Maxim's excess return from the previous day over the Class Period is -0.00 with a t-statistic of -0.10. I also found no significant serial correlation while Maxim was trading in the OTC market.  The coefficient for Maxim's return from the previous day while trading in the OTC market is -0.14 with a t-statistic of -0.99.  Using Maxim's excess return while it was trading in the OTC market, the coefficient is -0.21 with a t-statistic of -1.62.

with a random walk and market efficiency, and supports my opinion that Maxim's stock

returns during the Class Period did not violate market efficiency.[101,102]

## B.  OTHER INDICIA OF MARKET EFFICIENCY

### i)  Media Coverage

113.    One area that represents the amount of information available about a

company is the degree of media coverage and company information available to the

market.  In *CyberGuard,* the court stated: "Plaintiffs have shown that CyberGuard was

featured in a significant number of news items indicating that information regarding

CyberGuard may have been widely distributed, which would support a finding of

efficiency."[103]

114.    During the Class Period, numerous news stories about Maxim appeared in

leading financial publications, including *The Wall Street Journal*, *The New York Times,*

Dow Jones News Service, Reuters and Bloomberg News.  *See* Appendix A.  Additional

information about Maxim was distributed through analyst reports, Maxim's press

releases and SEC filings.  Appendix A is a chronology that lists over 18,300 news stories,

analyst reports, press releases and SEC filings disseminated during the Class Period.  As

---

[101]   Autocorrelation has been widely studied in the financial economics literature
and accepted by the courts.  For example, *see* Burton G.  Malkiel, "efficient market
hypothesis," in The New Palgrave: A Dictionary of Economics, vol.  2, E to J, ed. by
John Eatwell, Murray Milgate and Peter Newman, Macmillan., 1998, pp. 120-123;
*Lehocky*, 220 F.R.D. at 506; *Polymedica*, 453 F. Supp. 2d at 276-77.

[102]   One can also compute the Durbin-Watson statistic to test for serial correlation.
The Durbin-Watson statistic for Maxim's common stock market model over the Class
Period measures 1.96, and 1.92 after Maxim was delisted, which indicates there is no
evidence of significant serial correlation over the Class Period or the delisting period, and
no evidence of violation of market efficiency that is statistically significant.  Thus, by my
analysis, Maxim's common stock prices during the Class Period passes this test.

[103]   *See Cheney v. CyberGuard Corp.*, 213 F.R.D. 484, 499 (S.D. Fla. 2003).

stated above, every trading day during the Class Period had at least one news story, SEC filing or analyst report.  The broad dissemination of information about Maxim through the media, company press releases, analyst reports and regular SEC filings supports the conclusion that Maxim traded in an informationally efficient market during the Class Period.

### ii)  Market Capitalization

115.    A large market capitalization and/or large public float are indicators of market efficiency because there is a greater incentive for investors to collect and analyze information about large corporations.[104]  Maxim's market capitalization ranged from approximately $13.1 billion at the start of the Class Period, increased to approximately $18.4 billion in January 2004, then declined to $6.7 billion at the end of the Class Period (*see* Exhibit 5).  Excluding the holdings of affiliates, the market capitalization of Maxim's public float was $13.0 billion at the start of the Class Period, rose to a peak of $18.1 billion then fell to $6.6 billion at the end of the Class Period (*see* Exhibit 5).  Maxim's market capitalization and public float supports the conclusion that Maxim's common stock traded in an informationally efficient market during the Class Period.

### iii)  Bid-Ask Spread

116.    Bid-ask spreads are one component of the cost of trading financial securities.  Courts have used excessive bid-ask spreads as an indication of an inefficient market because large spreads can make transactions in the security prohibitively expensive.  For example, in *Krogman*, the court found that a bid-ask spread "of 5.6% was

---

[104]  *See Cheney v. CyberGuard Corp.*, 213 F.R.D. 484 at 501.

extremely high, suggesting market inefficiency."[105]  Whereas, in *CyberGuard*, that court found that a bid-ask spread of 2.44% "weighs in favor of market efficiency..."[106]

117.    As a benchmark, I conducted an empirical study of bid-ask spreads over the entire Class Period representing 1,122 securities listed on Nasdaq.  I found the average spread for Nasdaq firms was 0.22%.[107]  By comparison, the average bid-ask spread for Maxim's common stock during the Class Period is 0.06% *(see* Exhibit 5),[108] which is consistent with spreads typically found on Nasdaq, and considerably below the threshold used in *CyberGuard*.  An average bid-ask spread of 0.06% would not be a significant deterrent to arbitrage activity in Maxim's common stock and supports the conclusion that Maxim's common stock traded in an informationally efficient market during the Class Period.

----

[105]  *See id.* (citing *Krogman v. Sterritt*, 202 F.R.D. 467, 474 (N.D. Tex. 2001)).

[106]  *See id.*

[107]  I calculated the average bid-ask spread for all Nasdaq listed firms (exchange code equal to 3) using closing bid and closing ask prices obtained from the University of Chicago's Center for Research in Security Prices ("CRSP") database.  I excluded observations for the following reasons: average market capitalization during the Class Period of less than $500 million; non-active (trade status not equal to A); ask price less than or equal to the bid price; ask price that was more than $5 greater than the bid price; missing bid price, ask price, closing price or shares outstanding.  The daily bid-ask spread for each security (based on CUSIP) was calculated over the Class Period as the ask price less the bid price, all divided by the average of the bid and ask prices.  From this, I then calculated each security's average daily bid-ask spread.  Finally, I calculated the average across securities of each security's average daily bid-ask spread (excluding Maxim).

[108]  While trading in the OTC market, Maxim's average bid-ask spread for its common stock was 0.26%.  *See* Exhibit 5.  My calculation of bid-ask spreads excludes spreads that are less than or equal to zero.

*v) Institutional Investors*

118.    Another indication of market efficiency is the existence of institutional investors and arbitrageurs, who are generally considered to be sophisticated investors who attempt to profit from trading mispriced securities.  If the price of a security is too low, arbitrageurs can profit simply by purchasing the security and holding until it appreciates.  If the price is too high, however, the arbitrageur can sell its holdings, or perhaps even "short" the stock (*i.e.*, sell a stock that the arbitrageur does not own).

119.    Generally, institutional investors have significant experience in evaluating investments and assessing the effect of new information on future prospects of a traded company's stock.  The following articles comment on the use of institutional holdings as a proxy for market efficiency.  Bernard, Botosan and Phillips state: "the [market] inefficiencies appear characteristic of primarily smaller stocks on those major exchanges, or by stocks with little institutional following.... A small number of studies suggest that market inefficiencies are greater when institutional involvement is lower...."[109]  A study by Barber, Griffin and Lev also concludes that, in isolation, institutional holdings are a proxy for market efficiency.[110]  Thomas and Cotter argue that an important available proxy for market efficiency is the level of institutional investors' ownership in a company's stock.[111]

---

[109]  *See* V. Bernard, C. Botosan, and G. Phillips, "Challenges to the Efficient Market Hypothesis: Limits to the Applicability of Fraud-on-the-Market Theory," *73 Neb L. Rev.* 781 (1994), p. 792.

[110]  *See* B. Barber, P. Griffin, and B. Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *19 Iowa J. Corp. L.* 285 (1994).

[111]  *See* R. Thomas and J. Cotter, "Measuring Securities Market Efficiency in the Regulatory Setting," *63 Law & Contemp. Probs. 105* (Summer 2000), p. 106.

120.   During the Class Period, institutions held an average of 83% of Maxim's common shares outstanding (*see* Exhibit 5).[112]  The ownership of Maxim's common stock by these sophisticated institutional shareholders who could act as arbitrageurs, directly facilitates an efficient market.

### *vi)  Short Interest*

121.   The amount of short interest for Maxim's common stock during the Class Period was between 0.7% and 4.0% of Maxim's common shares outstanding with an average of 3.0% (*see* Exhibit 5).[113]  The average short interest for NYSE firms during the Class Period is 3.0% of shares outstanding, which is consistent with Maxim's level of short interest.[114]  The presence of short sellers in Maxim's common stock is an indication of arbitrage activity, which is a necessary component of a well functioning efficient market.  Moreover, the level of short interest in relation to shares outstanding provides no indication of any constraint on short selling activities during the Class Period, such as the inability to locate or borrow the necessary shares to initiate a short position.[115]

---

[112]  Institutional ownership ranged between 41.6% and 89.8% during the Class Period.  While trading in the OTC market, institutional ownership ranged between 41.6% and 89.1%, with an average of 80.8%.  *See* Exhibit 5.

[113]  While trading in the OTC market, short interest was between 0.7% and 3.1%, with an average of 1.7%.  *See* Exhibit 5.

[114]  Source: Bloomberg (Ticker Symbol: NYSIPRTS Index).  I was unable to find a similar statistic that included all Nasdaq firms like Maxim, so I used the NYSE as a benchmark.

[115]  Before an investor can sell shares in a company that the investor does not already own, the investor (*i.e.*, short seller) typically must first locate or borrow shares from its broker.  Those borrowed shares then can be sold by the short seller.  However, if the short interest in a particular security is exceptionally high, short sellers may experience difficulties in locating a sufficient amount of shares available to be borrowed.  Such difficulties could limit the exploitation of arbitrage opportunities, thereby potentially impairing market efficiency.

122.    To examine arbitrageurs' ability to cover a short position (*i.e.*, purchase shares that were previously sold), I also examined the short interest ratio,[116] which indicates how many trading days its takes to cover a short position.  The average short interest ratio for Maxim's common stock was 1.8 days and ranged between 0.4 days and 3.2 days during the Class Period (*see* Exhibit 5).[117]  This indicates that, on average, it would take short sellers approximately two trading days to cover their <u>entire</u> short position in Maxim's common stock, assuming that historical trading volume remained constant.

123.    An average short interest ratio of 1.8 days indicates that the market for Maxim's common stock had sufficient support from its market makers and other market participants to absorb the volume from short covering during the Class Period. Additionally, the narrow bid-ask spreads facilitate arbitrage activity and provides no indication that covering short positions would be prohibitively expensive.  Furthermore, the trading imbalance that should result from any constraint in covering short positions would manifest itself in a violation of Put-Call Parity, which I analyze next and find supports market efficiency.

### *vii)  Put-Call Parity*

124.    I also determined whether Maxim's common stock and exchange-traded options on Maxim's common stock violated a relation called put-call parity on any day

---

[116]  The short interest ratio equals short interest divided by average daily trading volume.  For this report, I use a rolling daily average volume from the prior 20 trading days.

[117]  While trading in the OTC market, the short interest ratio was between 0.4 days and 2.8 days with an average of 1.1 days (*see* Exhibit 5).

during the Class Period.  Put-call parity is a theoretical relation between call option

prices, put option prices and stock prices that should hold because a portfolio of put and

call options plus risk-free bonds can be constructed to replicate the payoff from

purchasing the underlying common stock.[118]  For American-style options on dividend or

distribution paying stocks such as Maxim's common stock, the put-call parity relation

implies an upper and lower bound on the value of the put and call option prices such that:

$$S - D - K \leq C - P \leq S - Ke^{-rT},$$

where S denotes the current price of the common stock, D denotes the present value of

future dividends, K denotes the exercise price of the option, C is the call option price, P is

the put option price, r is the risk-free interest rate and T is the time to expiration of the

options.[119]

---

[118]  A call option gives the holder the right, but not the obligation, to purchase the
underlying security at a specific price (the "exercise price") on, or possibly before, a
specific date (the "expiration date").  A put option gives the holder the right, but not the
obligation, to sell the underlying security at the exercise price on, or possibly before, the
expiration date.

[119]  *See*, for example,  John C. Hull, <u>Options, Futures, and Other Derivatives</u>,
Sixth Edition, Prentice Hall, 2006, p. 219.

58

125.    I obtained daily bid and ask data for options on Maxim's common stock from Option metrics, LLC's Ivy DB database.[120,121]  For the risk-free interest rate, I used the U.S. Treasury constant maturity rate closest to days to expiration.[122]  For the present value of dividends, I used the last known dividend as a proxy for future dividend expectations, and created a quarterly series of constant dividends beginning on the next dividend ex-date and continuing through the expiration date of each respective option. Each dividend series was then discounted from its respective payable dates using the risk-free interest rates described above.[123]

126.    Both the upper and lower bounds were tested over pairs of options with valid bid and ask prices on days on which bid and ask quotes for Maxim's common stock

---

[120]   According to OptionMetrics, Ivy DB is the first widely available, comprehensive source of high-quality historical price and implied volatility data for the US equity and index options markets.  Ivy DB is available to banks, institutions, hedge funds, universities, and other organizations.  Encompassing ten years of data, Ivy DB contains accurate historical prices of options and their associated underlying instruments, correctly calculated implied volatilities, and option sensitivities.  *See* http://www.optionmetrics.com/ivydbus.html.  The database includes a non-standard settlement identifier for options whose terms change due to stock splits or other events, none of Maxim's options over the Class Period were coded as non-standard settlements. Data was obtained as of August 6, 2009.

[121]   As of October 2, 2007, trading in Maxim's options was limited to customer closing transactions.  This restriction was lifted in November 2008.  *See* NYSE Amex Options Information Circulars #07-0695 (10/2/07) and #08-0190 (11/13/08).  For the Class Period, option data was available through March 4, 2008.

[122]   Interest rate data was obtained from the Federal Reserve Board database available at https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H.15.  The following cut-offs were used in assigning interest rates to time to maturity: 1-60 days, 1 month rate; 61-136 days, 3 month rate; 137-273 days, 6 month rate; 274-547 days, 1 year rate; 548-912 days, 2 year rate; and over 912 days, the 3 year rate.  I converted the interest rates to continuous compounding.  For time to expiration, I used the number of days between the expiration date and trading date less one (expiration dates are set to one day after the final day of trading), divided by 365.

[123]   Source for dividend information: Bloomberg.

were available.[124]  Because these bounds are derived from the economic assumption of no

arbitrage, the lower bound was tested using the ask price for the call option, the bid price

for the put and the bid price of the stock; the upper bound was tested using the bid price

for the call option, the ask price for the put option and the ask price of the stock.  The

results obtained showed only 262 violations of put-call parity, representing just 0.37% of

the 70,682 option pairs during the Class Period.  These 262 violations were only 0.18%

of Maxim's common stock price, on average.[125,126]

      127.    The results from my put-call parity analysis are summarized in the

following table:

---

[124]  In addition, I required that both the call and bid ask prices be not more than $0.50 less than the intrinsic value of the option (based on the bid-ask midpoint) to account for any data anomalies.  This removed two option observations from the data.  The intrinsic value of an option is its value if immediately exercised (but not less than zero, as the option would not be exercised).  The intrinsic value  of a call option is: $\max\{0, S - K\}$.  The intrinsic value of a put option is $\max\{K - S\}$.

[125]  The percent violation was calculated in relation to the bid-ask midpoint of Maxim's common stock, specifically as the absolute value of:
$$\{\min[0, S^{ask} - (C^{bid} - P^{ask} + Ke^{-rt})] + \max[0, S^{bid} - (C^{ask} - P^{bid} + D + K)]\} / S^{bidask}.$$

[126]  In *Polymedica*, 453 F. Supp. 2d at 275, the court found that an average put-call parity disparity of 3.5% during the "Contested Period" was a sign of an impediment to short selling because the market did not return to put-call parity.  Prior to the Contested Period, the average disparity was only 0.5%, which the *Polymedica* court found to be consistent with normal stocks.

| | |
|---|---|
| Observations | 70,682 |
| Violations of Put-Call Parity | 262 |
| Violations as a % of Total Observations | 0.37% |
| Sample Statistics for Violations as % of Stock Price | |
| Average | 0.18% |
| Median | 0.11% |
| Maximum | 0.86% |

128.    This indicates that there are extremely few violations of the put-call parity relation in this data and the few violations that are observed are small in relation to the transaction costs that would be incurred to construct an arbitrage portfolio.

129.    My put-call parity analysis further supports my conclusion that Maxim's common stock traded in an efficient market during the Class Period.

## C.  CONCLUSION

130.    Based on my analysis of the data relevant to the *Cammer* factors including an event study of Maxim's common stock, as well as additional tests for market efficiency that I performed as summarized in Exhibit 11, I conclude that Maxim's common stock traded in an efficient market with regard to publicly disclosed information.


## VII.  BASIS FOR MATERIALITY AND LOSS CAUSATION OPINIONS

## A.  PLAINTIFFS' ALLEGATIONS OF MISREPRESENTATIONS AND OMISSIONS

131.    During the Class Period, Plaintiffs allege that the Defendants made false and misleading statements regarding Maxim's improper stock option grants and improper accounting thereof.  Specifically, the Complaint alleges that:[127]

---

[127]  Complaint, pp. 92-102.

During the Class Period, Defendants engaged in a scheme to deceive investors which resulted in the price of Maxim's common stock being artificially inflated.  Specifically, Defendants falsely represented that all incentive stock options were granted to employees and the board of directors at fair market value and failed to disclose that Maxim was not recording any compensation expenses after issuing "in-the-money" options.  Defendants' misrepresentations and omissions violated numerous provisions of GAAP, violated the express terms of all the Company's stock option plans, misled investors regarding the reliability of Maxim's internal control systems and caused Maxim's net income, operating income and earnings per share to be materially inflated during the Class Period.

The material false and misleading statements and omissions referred to above caused and maintained artificial inflation in the price of Maxim's common stock throughout the Class Period.

Maxim's share price reacted negatively to the disclosures of the truth regarding Defendants' materially false and misleading statements, as the artificial inflation was removed from the share price.  As a result of their purchases of Maxim's shares during the Class Period, Lead Plaintiffs and the Class suffered economic loss.  These losses were a direct result of the fraudulent scheme to artificially inflate the price of Maxim's common stock.

## B.  OVERVIEW OF EVENT STUDY METHODOLOGY

### i)  Analysis of Corrective Disclosures

132.    The event study methodology assists the researcher in determining the stock price effects of disclosures.  In addition, there are two issues that a researcher must consider when determining if a disclosure constitutes a corrective disclosure in an event study for securities litigation: a) equivalent correspondence; and b) truth on the market.

### a)  Equivalent Correspondence

133.    I refer to equivalent correspondence as how the potentially corrective disclosures correspond, or "maps" to the alleged misrepresented and/or omitted information.

If the information disclosed sufficiently corresponds to the information alleged to have been previously misrepresented and/or omitted, then the information is said to "correct" (or partially correct in the case of a more than one disclosure) the alleged misrepresentation and/or omission. However, not all "corrective" disclosures fully cure the alleged fraud, misstatement or omission. Rather, there can be a series of disclosureS over time that incrementally reveal and eventually cure the alleged the fraud, misstatement or omission. In those circumstances, there cannot be a perfect, one-to-one correspondence or mapping of the corrective information in the disclosure with the alleged misrepresented and/or omitted information.[128]

134.    I will address the economic bases for why I believe that, as an economic matter, certain information disclosed sufficiently corresponded to the alleged misrepresented and/or omitted information in this case, and why I conclude that the disclosure is corrective or curative. I defer to the trier of fact, however, to weigh the economic evidence I present to ultimately determine whether the causal link between the alleged misrepresentations and omissions, and the information disclosed in the event windows satisfies the relevant legal requirement for economic materiality and loss causation in this action.

135.    From an economic perspective, corrective disclosures need not emanate from defendants alone. Corrective information can be released by third parties, including analysts, institutions, government sources, and the media. Moreover, while the market may react

---

[128] I assume that legally it is not necessary for a perfect one-to-one mapping to exist in such cases. Otherwise, perpetrators of fraud that are publicly unveiling it can make "corrective" disclosures (denials, excuses, etc.) that effectively preclude a perfect one-to-one mapping from existing. If the legal standard required a perfect one-for-one mapping, this would have profound negative policy implications.

immediately to the release of information, as an economic matter, the full effect from the

initial release of very complex information usually requires inclusion of subsequent related or

follow-up information as well as analyses from expert commentators, security analysts, media

reports and others to measure the full impact of the initial disclosure.

b)  Truth on the Market

136.    "Truth on the market" means that some or all of the information that corrects

the alleged misrepresentations and/or omissions have already been disclosed and, therefore,

was already in the total mix of publicly available information prior to the disclosure being

studied.[129]  If the information that corrects the misrepresentations and/or omissions has

already been disclosed, then it may be presumed to have not caused the measured price

decline.  If, on the other hand, some aspect of the information is new, then it may still be

responsible for the price decline.  For example, consider the situation in which there has been

market commentary from analysts and the media that a company has suspicious option grant

dates that look like option backdating.  Nonetheless, a subsequent admission by the company

that it had indeed engaged in option backdating can cause a significant price decline, despite

the prior public disclosures by analysts.  Another example is when a company discloses that it

must restate its financial statements but does not indicate if the expected restatement will

increase or decrease income, or does not quantify the expected restatement.  Subsequently, the

company discloses its restatement and shows a substantial amount of previously reported

earnings have been erased, which could cause a significant price decline in the companies

stock price.

---

[129] *See* D. Fischel, "Use of Modern finance Theory in Securities Fraud cases
Involving Actively Traded Securities," *The Business Lawyer* 38, 1-20 (November 1982).

137.    Thus, the content, source and the context in which information is disclosed are important determinants to assess truth on the market issues.

### ii)  Stock Price Effects from Corrective Disclosures

138.    There are two additional issues that must be addressed before a final determination of the total price reaction to a corrective disclosure: a) length of event window; and b) confounding information.

### a)  Length of Event Window

139.    The length of the event window used to measure the full effect on the stock price from new information is important.  It is common to use windows of one or two days depending on the information that is being disclosed.  But, a window of more than two days can also be appropriate in certain circumstances.  The determination of the appropriate length of an event window is dependent on the circumstances and on the complexity of the disclosure as well as the degree to which additional information from security analysts and other commentators is forthcoming in subsequent hours or days.

### b)  Confounding Information

140.    Confounding information refers to circumstances in which the event window that contains disclosure of information related to the alleged misrepresentations and/or omissions also contains other new and material information unrelated to the fraud.  Such non-fraud news presumably has simultaneous, "confounding" effects on the stock's price.  Confounding information can potentially weaken, or even undermine, an event study conclusion.  If confounding information is present, there are several analyses that might help isolate the confounding effect.

141.   First, one can attempt to ascertain if the confounding information is economically material, meaning that it would be expected to significantly change the security's price.  If it is not material, then such confounding information should not affect the conclusion.  Second, one should analyze contemporaneous commentary by analysts and the media to gauge the relative materiality of the corrective information to the potential confounding information.  Third, one should determine if the confounding information was previously disclosed in full or in part to the investing public.  If it has already been disclosed and fully incorporated into the stock price, then such confounding information cannot logically be responsible for any later security price response on the day of the corrective disclosure.  Finally, one should examine whether the confounding information is disclosed at a different time of day than the corrective disclosure.  If so, intra-day price movements may be used to differentiate the price responses to each piece of information.

142.   Although this is not meant to be an exhaustive list, it includes some of the ways researchers can attempt to deal with confounding news.  If confounding news is present and material, then the researcher must attempt to exclude the effect of the confounding news so that it is not included as part of artificial inflation.

## C.  EVENTS RELATED TO THE ALLEGED FRAUD

143.   As already discussed above, beginning on May 22, 2006, several revelations or disclosures were made that corrected Maxim's alleged misrepresentations and omissions or their consequences.  I discuss each of these partial disclosures in more detail below.

*i) May 22, 2006*

144.    On the morning of May 22, 2006, Merrill Lynch published an equity analyst

report on the semiconductor industry ("Merrill Lynch Report").  The Merrill Lynch Report

was:[130]

> [A]n analysis of the options grant timing for the semiconductor and
> semiconductor equipment companies that comprise the Philadelphia
> Semiconductor Index (SOX)... What we're interested in
> understanding is the extent to which stock price performance
> subsequent to options pricing events diverges from stock price
> performance [of the companies issuing the options] over a longer
> period of time.  That's the easiest and simplest way to measure how
> aggressive the timing of options grants has been. Theoretically,
> companies should not be generating any systematic excess return in
> comparison to other investors as a result of how options pricing
> events are timed.

145.    For the time period between 1997 and 2002, the Merrill Lynch Report

analyzed the return on historical option grants as compared to the returns on the same

companies stock price over time.[131]  The Merrill Lynch Report concluded:

> The results are notable - for the 1997-2002 interval that we studied,
> the stocks comprising the SOX have consistently generated excess
> returns during the 20-day period following options grants.  It is
> difficult to avoid concluding that the timing of options pricing for
> the period we studied... has been very advantageous for executives
> that received options.[132]
>
> A ranking of excess returns shows KLA Tencor, Marvell, Novellus,
> Linear Technology, Broadcom and Maxim Integrated Products at the
> top.  We note that the excess returns calculation falls off sharply
> once one moves further down the list.  Just for curiosity's sake we
> ran our analysis on Vitesse Semiconductor as well - Vitesse is
> already the subject of an SEC investigation related in part to the

---

[130] *See* "Options Pricing - Hindsight is 20/20," J. Osha, B. Hodess, T. Diffely, S.
Pajjuri,  Merrill Lynch, May 22, 2006, p. 1.

[131]  *Ibid.*

[132]  *Ibid.*

timing of options grants... We think that investors need to be aware
of the possibility of regulatory activity at other companies that turn
up high on our ranking.[133]

146.    Merrill Lynch ranked Maxim as seventh on the list with an average annualized

return of 243%.[134]

147.    The news was disseminated throughout the day.  The Dow Jones News Service

published a story about the Merrill Lynch Report:[135]

"Regardless of whether the excess returns result from backdating or
not, managements from our universe of companies seem remarkably
effective at timing option pricing events," [Merrill Lynch analyst
Joseph] Osha wrote.

148.    Analysts also commented on the news.  A Credit Suisse analyst wrote: "Given

MXIM's aggressive stance on options and options accounting, we expect options to be the

most contentious issue of the day."[136]   The following day, Maxim stated that it: "believes that

it has complied with all applicable laws and its shareholder approved stock option plan in

granting options to officers and it has not backdated options."[137]

149.    The May 22, 2006 disclosure revealed, for the first time, that Maxim's stock

option grants had suspiciously high returns and likely were the product of backdated option

grant dates, which the Plaintiffs' allege were misrepresented or omitted.  By the end of the

trading day, the price of Maxim common stock declined to $31.56 per share from the previous

---

[133]  *Ibid*.

[134]  *Ibid*, p. 4, Table 3.

[135]  "Merrill Lynch Study: 'Excess' Returns For Chip Stock Grants," Dow Jones
News Service, 5/22/2006, 11:31am.

[136]  "Maximum Impact," M. Masdea, A. Saraf, Credit Suisse Securities, May 23,
2006.

[137]  "Maxim Announces Shareholder Derivative Lawsuit," Business Wire, May 23,
2006, 10:43pm.

day's closing price of $32.97 per share, a decline of $1.41or 4.28%. The excess decline for the day, net of market and industry effects, was 2.29%, or $0.75 per share, which is statistically significant at the 95% level of confidence. Reported trading volume was 7.7 million shares, which is roughly 1.4 times Maxim's average daily trading volume for the Class Period.[138]

150. In my opinion, the stock price decline, net of market and industry effects, on May 22, 2006, was attributable to the partial disclosure of the alleged misstatements and omissions regarding Maxim's historical stock option grants, and the potential consequences for Maxim's business and senior management. I did not find any confounding, economically material information that, in my opinion, would have been a contributing factor to Maxim's stock price decline.

*ii) September 8, 2006*

151. In an SEC filing on September 8, 2006, Maxim reported that it would be unable to file its Annual Report on Form 10-K on a timely basis because of its ongoing review of past option granting practices.[139]

152. The news was disseminated in several news reports at different times during the day. Dow Jones reported:[140]

> Maxim Integrated Products Inc. (MXIM) said Friday it couldn't file its annual report within the deadline on Thursday, citing an ongoing review of its stock-options grants and practices. In June, the analog and mixed-signal products supplier's board authorized a review of

---

[138] Source: Appendix A

[139] Maxim's Form NT 10-K for the period ending June 24, 2006, filed September 8, 2006.

[140] "Maxim Integrated Files To Delay 10K," Dow Jones Corporate Filings Alert, 9/8/2006, 6:13am.

some of the company's past stock-option grants and practices, which is being conducted by a special committee of the board with the help of an outside legal counsel.  In a late-notification filing with the Securities and Exchange Commission Friday, Maxim Integrated said the committee hasn't completed its review and until it is done, it won't be able to file its annual report for the year ended June 24.

153.    The Associated Press Newswires carried the news of Maxim's delayed 10-K filing, and added: "Maxim is one of at least 79 companies under investigation for possibly backdating stock option grants, a practice in which stock options are dated retroactively to coincide with share price lows -- a practice that increases the potential windfall for the recipient of the award."[141]

154.    Later in the day, another news report put Maxim's news in context with the larger options backdating scandal:[142]

> Government and corporate investigations of stock-option granting practices have accelerated, with many companies reporting regulatory or internal probes.  Questions about the timing of executive options have rocked dozens of companies... many companies have begun examining their own stock-option granting practices to ensure backdating didn't occur.  In the past week, some companies cited in investigations or those that have engaged internal investigations have responded.

155.    On September 8, 2006, by the close of trading, the price of Maxim common stock declined to $28.56 per share from the previous day's closing price of $29.20 per share, a decline of $0.64 or 2.19%.  The excess decline for the day, net of market and industry effects, was 2.56%, or $0.75 per share, which is statistically significant at the 95% level of

---

[141] "Maxim Integrated to file 10-K late," Associated Press Newswires, 9/8/2006 8:55am.

[142] "Companies Responding To Stock Option Investigations (9/8)," Dow Jones News Service, 9/8/2006, 1:13 pm.

confidence.  Reported trading volume was 4.2 million shares, which is approximately 80% of

Maxim's average daily trading volume for the Class Period.[143]

156.    In my opinion, The September 8, 2006 disclosure revealed new information

relating to the consequences of Maxim's backdated stock option grants, which the Plaintiffs

allege were misrepresented or omitted.  The non-timely filing notice increased the probability

that the Company could be delisted or run afoul of Nasdaq listing rules.  Because the delay in

Maxim's filing was a direct consequence of the Company's ongoing option backdating

investigation, I attribute the losses that resulted from this disclosure to the alleged

misrepresentation or omission.  I did not find any confounding, economically material

information that, in my opinion, would have been a contributing factor in Maxim's stock price

decline.

*iii) August 28, 2007*

157.    An analyst report issued by Bank of America on August 28, 2007 downgraded

Maxim stock and reduced its price target asserting that Maxim's delisting was a near certainty

because of its option backdating problems.  The report stated: "We believe uncertainty

stemming from the potential delisting could serve to pressure the stock in the near term."[144]

158.    The analysts discussed their reasoning:

> Importantly, while Maxim is working hard to regain compliance
> with NASDAQ listing requirements, the company has clearly
> indicated that it will not be able to file its past due periodic reports
> with the Commission by Sept 25th.  Along these lines we'd note that
> while Maxim management has completed its review and analysis of

---

[143] Source: Appendix A

[144] "Maxim Integrated Products, Inc., Downgrade to Neutral on Delisting Risk, Execution Concerns," S. Dhanda, E. Ghernati, M. Shows, Bank of America Equity Research, 8/28/07.

the appropriate planned option measurement dates, that alacrity with which the restatement project now gets completed rests with its external auditor, Deloitte & Touche. Based on our experience, this strikes us as a less than optimal situation as Deloitte (of the Big 4 accounting firms) has taken, in our view, what seems like an unduly lengthy amount of time in signing off on similar projects at other companies (POWI for instance).

Overall, while Maxim is still exploring alternatives that may be available to it to prevent delisting of its stock, including seeking relief from NASDAQ's Board of Directors and the Commission, we think the tone of the most recent warning from the NASDAQ's Board has a ring of finality to it, leaving Maxim little recourse for another stay from delisting.

We note that roughly 86% of Maxim shares are held by institutional and mutual fund owners who may be prevented from owning a delisted stock. And while the improving fundamentals in the core business are certainly a positive, we doubt that trends in revenue and earnings will serve as enough of a floor for the stock (at current levels), in the event that the delisting does come to bear.

159. The report also cited a recent acquisition by Maxim, but questioned the wisdom of the move because: "... with a potential delisting on the horizon, it gives us reason to question management's focus on prioritization of matters at hand."[145]

160. The news was disseminated by several news reports. Bloomberg reported:[146]

Shares of Maxim Integrated Products Inc. declined shortly after the market opened Tuesday, after an analyst said there is a good chance that the chip maker will be delisted from the Nasdaq Stock Market. Maxim has been tardy in filing quarterly and annual reports with the Securities and Exchange Commission, while it restates its financials due to a review of its stock-option granting practices. On Aug. 17, Nasdaq said Maxim's stock would be suspended if it does not file its overdue reports by Sept. 25. In a filing with the SEC, Maxim said it would not be able to file its reports by then. Banc of America

---

[145] *Ibid.* I note that the acquisition referenced by the analyst was announced August 24, 2006, and I do not consider it confounding news.

[146] "AFX: Out of the Gate: Maxim Integrated Slides," Bloomberg, 8/28/07, 10:02am.

> Securities analyst Sumit Dhanda downgraded the stock to "Neutral" from "Buy," saying that uncertainty related to the potential delisting may hurt shares in the near term.

161.    The Bank of America analyst also stated that 87% of Maxim's common stock is held be institutions and mutual funds, which is consistent with my analysis (*see* Exhibit 5). Assuming that some of the institutions and mutual funds would be prohibited from holding the stock, then some portion of the approximately 320.5 million Maxim shares  would be sold on or around the time of Maxim's delisting.  In other words, the delisting would trigger a considerable sell-off of Maxim shares and drive down the share price.

162.    By the end of the trading day, the price of Maxim common stock declined to $29.39 share from the previous day's closing price of $31.12 per share, a decline of $1.73 or 5.56%.  The excess decline for the day net of market and industry influences, was 3.30%, or $1.03 per share, which is statistically significant at the 99% level of confidence.  Reported trading volume was 7.6 million shares, which is roughly 1.4 times Maxim's average daily trading volume for the Class Period.[147]

163.    In my opinion, the stock price decline, net of market and industry effects, on August 28, 2007, was attributable to the disclosure that Maxim would be likely be delisted because of the alleged misstatements and omissions  regarding Maxim's historical stock option grants, and the fallout for Maxim's business, management and shareholders.  I did not find any confounding, economically material information that, in my opinion, would have been an contributing factor in Maxim's stock price decline.

---

[147] Source: Appendix A

*iv) October 1, 2007*

164.     In a news report on October 1, 2007, the market learned that Maxim would be

delisted.  The first news reports stated that Maxim would be replaced in the Nasdaq 100:

"Henry Schein, Inc., (Nasdaq:HSIC) of Melville, New York, will become a component of the

NASDAQ-100 Index® (Nasdaq:NDX) and the NASDAQ-100 Equal Weighted Index

(Nasdaq:NDXE) prior to market open on Tuesday, October 2, 2007. Henry Schein, Inc. will

replace Maxim Integrated Products, Inc. (Nasdaq:MXIM)."[148]

165.     Other news reports carried the news. For example: "Henry Schein Inc. (HSIC

US) rose the most since Aug. 7, gaining $1.73, or 2.8 percent, to $62.57. The company that

sells flu vaccine to doctors' offices will become part of the Nasdaq-100 Index on Oct. 2,

replacing Maxim Integrated Products Inc. (MXIM US). Maxim shares fell 84 cents, or 2.9

percent, to $28.51."[149]

166.     Later in the day, Maxim was removed from yet another index: "The NYSE

Group Inc., today announced that the NYSE Arca Tech 100 Index will replace one constituent

in the index as a result of recent corporate actions. The changes are effective as of market

close on October 1, 2007.  Leaving the Index: Maxim Integrated Products, Inc. (MXIM).

New constituent added to the Index: Progress Software Corp (PRGS)."[150]  Other news

confirming that Maxim was delisted came later in the day after the close of trading, and

---

[148] "Henry Schein, Inc. to Join the NASDAQ-100 Index Beginning October 2,
2007," Bloomberg News, 10/1/07, 10:37am.
    [149] "Acxiom, Garmin, Henry Schein, Fuel Tech: U.S. Equity Movers," Bloomberg
News, 10/1/07, 2:05pm.
    [150] "NYSE ARCA TECH 100 Index Announces Change to Index Components,"
Bloomberg, 10/1/07, 2:48pm.

confirmed Maxim's listing on the OTC market: "Maxim Integrated Products, Inc. Common

Stock (MXIM) will be added effective 10/02/2007."[151]

167.   An analyst commented on the news:[152]

> Post-close today, Hold-rated MXIM announced that the SEC has
> terminated the interim stay of delisting by NASDAQ (granted on
> 9/25). Suspended from trading on NASDAQ and removed from the
> NASDAQ 100 index as of 10/2/07 (other indices will likely follow
> (Russell 1000)), shares will now trade on the Pink Sheets as
> MXIM.PK... Other de-listed semi companies faced a tough first day
> of trading post the de-listing announcement (POWI down 10%,
> Vitesse down 20%)... Index exclusion activity since last week
> (S&P500, other) has telegraphed de-listing risk, and volume
> suggests investors have been moving out of the name in response (on
> 9/25 shares fell 2.7% on ~18M shares (2.5x of 50-day avg) while on
> 10/1 shares traded down 3.7% on ~48M shares (~6.6x of 50-day;
> avg).  Approx. 91% of shares are held by institutions; potentially a
> fraction of whom (though more common in international charters)
> will be precluded from owning a de-listed stock... while near term
> industry fundamentals are solid, in our view the de-listing is one
> more reason to look to ISIL (ISIL.O - US$33.98; 1H), ONNN
> (ONNN.O - US$12.55; 1S) and SMTC (SMTC.O - US$21.03; 1S)
> for share appreciation in this high quality part of the semiconductor
> industry.

168.   By the end of the trading day, the price of Maxim common stock declined to

$28.26 per share from the previous day's closing price of $29.35 per share, a decline of $1.09

per share or 3.71%.  The excess decline, net of market and industry influences, was 4.80%, or

$1.38 per share, which is statistically significant at the 99% level of confidence.  Reported

trading volume was 47.8 million shares, which is roughly 8.5 times Maxim's average daily

trading volume for the Class Period.[153]

---

[151] "Maxim Integrated Products - MXIM OTC Security Listing Effective
10/02/2007, Market News Publishing, 10/1/07, 5:48pm.

[152] "Maxim Integrated Products Inc., Now De-listed; To Trade On The
Pink-Sheets," C. Ellis, Citigroup Global Markets Inc., 10/1/07.

[153] Source: Appendix A

169.     In my opinion, the stock price decline, net of market and industry effects on October 1, 2007, was attributable to the news that Maxim was delisted, resulting in a sell-off of shares, and was directly attributable to the fallout from Maxim's option backdating problems and the length of time it was taking the Company to conclude its investigation, restate its historical financial statements, and file its required reports with the SEC, which caused investor losses.  I did not find any confounding, economically material information that, in my opinion, would have been a contributing factor in Maxim's stock price decline.

*v) January 17, 2008*

170.     On January 17, 2008, for the first time, Maxim disclosed an "update" of the restatement of its historical financial statements due to its internal investigation into stock option backdating.  Among other things, Maxim reported that it:[154]

> [E]xpects to restate its financial statements from Fiscal 1997 through Fiscal 2005 and the related interim periods through March 25, 2006, and to record additional non-cash compensation expense during Fiscal 1997 through Fiscal 2006 in the estimated range of $550 to $650 million on a pre-tax basis and $360 to $425 million on an after-tax basis.

171.     Further, Maxim announced that it would take longer to finalize and file its restatement with the SEC than the Company previously indicated because the Company expanded the scope of its investigation to include 1995 and 1996, and the "overall complexity" of the investigation.[155]

---

[154] "Maxim Provides Update on Its Restatement," Market Wire, January 17, 2008, 9:00am.

[155] *Ibid.*

172.    By extending its investigation back to 1995, an additional two years, the
Company indicated that 20 months after it formed a Special Committee to investigate its
historical stock option grants it was expanding, not concluding, its investigation.

173.    Investors were clearly surprised by the new information in the January 17,
2008 announcement, including both the size of the expected restatement and the time before
the restatement would be completed:[156]

> Maxim Integrated Products Inc., the maker of chips for laptop
> computers, fell the most in more than six years in U.S. trading after
> announcing plans to restate results by as much as $425 million.  The
> company is correcting errors in stock-options accounting from fiscal
> 1997 to 2006. Maxim, based in Sunnyvale, California, said it
> probably won't complete the restatement in the first quarter because
> it's expanding its options review back to 1995. The restatement may
> equal more than a fifth of Maxim's sales in the year ended June 30.
> The company is one of more than 200 that have disclosed internal or
> federal probes into whether executives misdated options grants to
> inflate their value. Maxim fell $2.83, or 12 percent, to $20.80 at 4
> p.m. New York time in over-the-counter trading. The shares have
> declined 37 percent in the past year.

174.    Analysts commented on Maxim's announcement later in the trading day.  An
analyst from Cowen and Company commented that:

> An obvious concern of investors has been the potential accuracy of
> earnings forecasts since such estimates are based on the original
> historic releases and only selectively released numbers since the
> company stopped filing results after the September 2006 quarter...
> We are obviously disappointed with this setback. Not only does it
> further delay a potential share repurchase program, but it also
> significantly damages management's credibility with the investment
> community as it represents the second such push out of its targeted
> restatement date. We would expect the investment community to

---

[156]  "Maxim Declines Most in Six Years on Restatement Size (Update2),"
BLOOMBERG News, 1/17/08, 5:07pm.

receive the revised target date with a healthy degree of skepticism
and deservedly so.[157]

175.   The Cowen analyst comments indicated that the increased delay in the
restatement meant that there was greater uncertainty about the value of Maxim's common
stock because of the increasing concern over the accuracy of analysts forecasts of Maxim's
earnings with stale financial information.  Further, the analyst comments indicates that
managements' credibility at Maxim was damaged because of the delay in completing its
investigation, restatement, and filing current reports with the SEC, as well as the
postponement of an expected stock repurchase program to help Maxim's stock price recover.

176.   In response to the Maxim's announcement, Goldman Sachs issued a report on
January 18, 2008.  In the report, the analysts cut Maxim's investment rating to neutral, and
removed it from its buy list the following day.[158]

177.   On January 17, 2008, the price of Maxim common stock declined to $20.80 per
share from the closing price on January 16 of $23.63 per share, a decline of $2.83 per share or
11.98%.  The excess decline for the day, net of market and industry effects, was 10.34%, or $2.44
per share, which is statistically significant at the 99% level of confidence.  Reported trading
volume on the day was 17.5 million, which is roughly 3.1 times Maxim's average one day trading
volume for the Class Period.[159]

---

[157]   "Maxim Integrated Products Quick Take: Pushes Out Target Restatement
Date," J. Barton, M. Gavigan, R. Himmel, Cowen and Company, 1/17/08.

[158]   "Removed from Americas Buy List, Maxim Integrated Products:
Downgrading to Neutral restatement push-out raises risk profile," S. Jankowski, J.
Covello, Goldman Sachs, 1/17/08.

[159]   Source: Appendix A.  I note here that Maxim's stock price declined on the
following two trading days, January 18 and 22, 2008, and the declines were statistically
significant at the 99% level of confidence.

178.    Maxim's January 17, 2008 announcement revealed additional new information relating to the duration, complexity and pervasiveness of Maxim's backdated stock option grants, which the Plaintiffs allege were misrepresented or omitted, including the magnitude of the expected restatement, and the additional time to complete the restatement, which surprised investors.  In my opinion, the stock price decline, net of market and industry effects, on January 17, 2008, was attributable to the new information in the announcement and admission by Maxim that it would restate or adjust prior years reported earnings by between $550 million and $650 million, review yet an additional two years of stock option grants, and delay the completion of the restatement and filing of current reports with the SEC.  The disclosure again increased the probability of costly consequences for Maxim's business as well as its senior management.  I did not find any confounding, economically material information that, in my opinion, would have been a contributing factor in Maxim's stock price decline.

## D. MAXIM'S RESTATEMENT

179.    On September 30, 2008, after more than 28 months from the date Maxim's Special Committee was announced, the Company announced its restatement, which was filed with the SEC.  Ten years of financial results, including fiscal years 1997 through 2005 (July 1996 through June 2005) and three quarters of 2006 were restated or adjusted.  Maxim recorded an additional $838.3 million charge to pre-tax income, including a pre-tax charge for stock-based compensation expense totaling $773.5 million.[160]  *See* Exhibit 12.  The

---

[160]  "Maxim Completes Restatement of Financial Statements," Market Wire, September 30, 2008, 5:35pm.  I note here that Maxim's restatement and adjustments reach farther back than its 1997 fiscal year.    Maxim's restatement filed with the SEC on Form 10-K for the period ending June 24, 2006, filed September 30, 2008, p. 101, identifies a pre-tax charge of $4.3 million for "certain stock options granted and other non-stock option related transactions prior to fiscal year 1997."

announcement included both the restatement as well as some changes in Maxim's corporate governance.[161]

180.    With its restatement filed with the SEC, Maxim acknowledged or reiterated that it: 1) had material weaknesses in internal controls; 2) found improper measurement dates for stock options granted between July 1994 and June 2006; 3) caused the Company to restate is financial statements back almost 10 years; and 4) incurred $92 million in expenses for its investigation, restatement, and related costs, and a total of at least $274 million of cash costs in addition to the non-cash costs it acknowledged in its restatement.[162]

## E. RESPONSE TO DEFENDANTS' ARGUMENT THAT THERE ARE NO LOSSES AFTER MAXIMS' JANUARY 31, 2007 ANNOUNCEMENT

181.    According to the Defendant Maxim Integrated Products, Inc.'s Motion to Dismiss dated January 30, 2009, the Defendants contend that Maxim's post-January 31, 2007 disclosures did not disclose anything new or corrective.[163]   However, in my view, the disclosures discussed above that were released after January 31, 2007 did contain additional information that partially corrected the alleged fraud.

182.    On January 31, 2007, after the close of trading, Maxim announced the interim findings of its Special Committee, that found "deficiencies related to the process for granting stock options to employees and directors" from 1999 through 2006, and that "in connection

---

[161]  "Maxim Completes Restatement of Financial Statements," Internet Wire, September 30, 2008, 5:35pm.

[162]  Maxim's restatement filed with the SEC on Form 10-K for the period ending June 28, 2008, filed September 30, 2008, p 67.  *See* Exhibit 13 for a summary of the cash costs in the restatement.

[163]  Defendant Maxim Integrated Products, Inc.'s Notice of Motion and Motion to Dismiss the Consolidated Class Action Complaint and Memorandum of Points and Authorities in Support dated January 30, 2009, p. 14-17.

with the investigation, former Chief Executive Officer, John F. Gifford, who stepped down for

health reasons in December 2006, has retired as a strategic advisor to the Company, and that

Carl Jasper, the Company's Chief Financial Officer, has resigned from the Company."[164]

183.    More specifically, Maxim's announcement of its interim findings stated:[165]

> The Company believes that accounting adjustments to previously
> issued financial statements to reflect stock-based compensation at
> measurement dates different from the original measurement dates
> used for certain grants to employees and directors are material and
> expects to restate its financial statements for the fiscal years 2000
> through 2005 and the related interim periods through March 25,
> 2006. The Special Committee also believes that due to possible
> process problems in the granting of stock options in prior periods,
> financial  statements for earlier fiscal years may be restated. The
> Company has not yet determined the amount to be restated in any
> specific period, nor has the Company determined the tax
> consequences that may result from these matters or whether any tax
> consequences will give rise to additional tax liabilities.
> Accordingly, the financial statements, and the related reports of its
> independent registered accountants, and all earnings press releases
> and similar communications issued by the Company relating to the
> periods discussed above (fiscal years 2000 through 2005 and the
> related interim periods through March 25, 2006) should not be relied
> upon. The Company presently expects that it will be able to
> announce limited financial information for its financial results for
> the second quarter of fiscal 2007 and intends to prepare restated
> financial statements for all affected periods as soon as practicable.

184.    In reaction to Maxim's January 31, 2007 announcement, some analysts

commented specifically on the departure of the CFO and CEO, and the positive effect it could

have on Maxim's stock price.[166]  UBS increased its investment ratings for the stock, in part

---

[164]    "Maxim Announces Results of Special Committee Review of Option Grants,"
Market Wire, 1/31/07, 5:58pm.

[165]    *Ibid.*

[166]    *See* "Maxim Integrated Products Inc., MXIM: New Management Changes Post
Option Investigation; No Change To Our Market Perform Rating," C. Hettenbach, M.
Shows, Wachovia Capital Markets, LLC, 1/31/07.

because of "[c]hanges in management create an opportunity for changes in the execution of strategy and communication with investors."[167]   Another analyst commented that: "Management changes could prove to be a positive event in the long-term, as MXIM has fallen out of favor with the Street."[168]

185.   By the end of the trading day on February 1, 2007, the price of Maxim common stock increased to $32.00 per share from the previous day's closing price of $30.80 per share, an increase of $1.20 per share, or 3.90%.  The reported trading volume was 7.6 million shares, which is about than 1.4 times Maxim's average daily trading volume for the Class Period.[169]

186.   In Maxim's January 31, 2007, they stated that its financial reports for the fiscal years 2000 through 2005 and the related interim periods through March 25, 2006 should not be relied upon.  Whether or not investors could continue to rely on Maxim's financial statements is a legal matter for the finder of fact.  As an economic matter, despite Maxim's announcement, investors and analysts continued to use the Company's historical financial statements for certain years, analysts continued to model Maxim's stock price value and forecast Maxim's earnings based on its historical performance, at least in part, because Maxim had not issued guidance as to the direction or amount of its restatement.  One analyst's comments in January 2008 made it clear that he used Maxim's historical financial statements as a basis for his current forecasts and estimates: "An obvious concern of investors has been

---

[167] "Maxim Integrated Products, Inc. (MXIM): Upgrading to BUY2 and raising price Target to $37," U. Orji, J. Bos, UBS Securities, LLC, 1/31/07.

[168] "Maxim Integrated Products Inc., MXIM: New Management Changes Post Option Investigation; No Change To Our Market Perform Rating," C. Hettenbach, M. Shows, Wachovia Capital Markets, LLC, 1/31/07.

[169] Source: Appendix A

the potential accuracy of earnings forecasts since such estimates are based on the original

historic releases and only selectively released numbers since the company stopped filing

results after the September 2006 quarter."[170]  After Maxim's January 31, 2007 announcement,

numerous equity analysts published reports that still showed Maxim's historical financial

statements and results.          .

187.    Maxim's announcement on January 31, 2007 left investors uncertain about the

resolution of the Company's option backdating problems.  Maxim did not give investors any

indication as to the size of the impact on its financial statements, the direction of its

restatement, including the tax consequences of correcting Maxim's backdated stock option

grants, a clear and definitive date when the investigation and restatement would be finalized,

or any assurance that the Company would continue to be listed on Nasdaq.  The announcment

created some uncertainty that was resolved by later disclosures.  For example, certain analysts

commented about the unknown size of the restatement or uncertainty about Maxim's ability to

file its restatement on time to avoid delisting:

> [T]he magnitude of the company's liability surrounding the stock
> option investigation and related matters is unknown.[171]
>
> The company also indicated that it will need to restate earnings but
> that the amount of the restatement has not yet been determined.  As a
> result, the company will not be able to report a full P&L next week
> when it reports earnings.[172]

---

[170]  "Maxim Integrated Products Quick Take: Pushes Out Target Restatement
Date," J. Barton, M. Gavigan, R. Himmel, Cowen and Company, January 17, 2008.

[171]  "Maxim Integrated Products, an Accomplished Reign Ends; Maxim's Multi-
faceted Transformation Continues," L. Gerhardy, M. Edlestone, M. Chen, Morgan
Stanley Research, 12/20/06.

[172]  "Maxim Integrated Products, Inc.; Releases Findings Regarding Options
Issuance Practices," J. Rosenberg, J. Karlis, M. Bartlett, William Blair & Company,
L.L.C., 2/1/07.

> We're not making a prediction on whether or not Maxim will be able
> to complete the restatement process in time, but given the number of
> company transitions currently underway, this is a risk that warrants
> consideration.[173]

188.    In contrast, the August 28 and October 1, 2007 disclosures discussed above

together cured the uncertainty about Maxim's potential delisting.  Because delisting is costly

for shareholders, Maxim's stock price declined by statistically significant amounts on both

days.[174]  The January 17, 2008 disclosure, unlike Maxim's prior disclosures, revealed the

estimated magnitude of the restatement, which was $550 to $650 million on a pre-tax basis for

its fiscal years 1997 through 2005 and the interim period up to March 25, 2006.  Further, the

Company disclosed that it was expanding the scope of the investigation to include its fiscal

years 1995 and 1996, and estimated that the completion date of the restatement would be

delayed from the first quarter of 2008 to at least June 2008 citing "the overall complexity of

the project" as a reason for the delay.[158]  Judging by the statistically significant stock price

decline and the high trading volume (3.1 times Maxim's average one day trading volume for

---

[173] "Maxim Integrated Products, Inc.: Placing MXIM under review," J. Osha, R. Goodman, Merrill Lynch, 2/1/07.

[174] The delisting of a company's common stock is costly for shareholders for many reasons.  "Exchanges may delist stocks of companies failing to release required quarterly or annual financial statements in a timely fashion. Fifty-five firms in our sample received notice of potential delisting and, by October 2006, three companies in the WSJ's sample had their stock delisted by Nasdaq for failing to publish audited financial reports. Earlier studies show that shareholders' suffer losses around delisting announcements, partly due to increases of the firm's cost of capital... Thus, the market reaction to a firm's involvement in the backdating scandal may reflect investors' anticipation of the negative effects of delisting."  *See*  G. Bernile, G. Jarrell, "The Impact of the Options Backdating Scandal on Shareholders," *Journal of Accounting and Economics*, 2009, vol. 47, issue 1-2.

[158]  "Maxim Provides Update on Its Restatement," Market Wire, January 17, 2008, 9:00am.

the Class Period), investors were clearly surprised by the news Maxim released on January 17, 2008.

## F. ANALYSIS OF MATERIALITY AND LOSS CAUSATION

189.   I conclude that the excess price declines, net of market and industry movements, for Maxim's stock on May 22, 2006, September 8, 2006, August 28, 2007, October 1, 2007, and January 17, 2008 ("Disclosure Days") are directly attributable to news about Maxim's option backdating problems and the related consequences.  *See* Exhibit 14.  I conclude that the statistically significant excess stock price declines and heavy trading volume on the Disclosure Days is evidence that the negative company-specific information disclosed on those days was economically material to investors.  Moreover, the only negative information disseminated to the market about Maxim on the Disclosure Days related to Maxim's option backdating problems or the consequences of correcting its historical option grants and financial reports.  I found no economically material confounding news that might explain any of Maxim's excess price declines on the Disclosure Days.

190.   According to the analysts and news reports, the expected fallout was a result of the increased risk inherent in Maxim's common stock, the risk of delisting, loss of confidence in Maxim's management, loss of credibility and reputation of Maxim's Board of Directors and management, restatement of historical financial statements, as well as the related costs of investigations, restatements, and management distraction.

191.   In addition to all of the costs discussed above, Maxim's options backdating problems also increased the Company's cost of capital.  This is evident by the analyst downgrades and reduced price targets for Maxim's common stock, which were based

primarily on the analysts' increased cost of equity capital that they applied to Maxim's projected earnings.

192.    In general, companies with option backdating problems often suffer significant costs in the form of increased costs of equity capital.  Options backdating scandals tarnish the reputations of the company's board of directors and top management's integrity and honesty, and cause investors to require higher returns to compensate them for the resulting riskiness and uncertainty.[159]  This is also true for with Maxim and its options backdating problems.

193.    In addition to the many direct cash costs Maxim incurred due to the investigation and restatement of its historical financial statements, litigation and regulatory actions, as well as the costs of replacing directors and executives tainted by the Maxim's option backdating problems, Maxim's options backdating problems increased the Company's cost of capital.  This is evident by the analyst actions or comments in published reports after disclosures relating to the Company's option backdating problems, including:  downgrades and/or reduced price targets; analyst comments regarding risk, uncertainty, damaged credibility; and news "weighing" on Maxim shares.

194.    For example, various analysts discussed risk and uncertainty in their published reports:

> While we continue to believe in the fundamentals for both BRCM and MXIM and retain our Buy ratings, we recognize that these stock option issues are likely to weigh on the shares in the near term.[160]

---

[159]  *See* G. Bernile, G. Jarrell, "The Impact of the Options Backdating Scandal on Shareholders,"*Journal of Accounting and Economics*, 2009, vol. 47, issue 1-2. p. 18-21.

[160]  "Stock option woes continue," R. Seymore, S. Nagesh, B. Gujavarty, Deutsche Bank Securities, 9/8/06.

Unclear if Gifford's departure will alter strategy/tactics, though the new CEO Doluca co-developed current plans. Expect insights on 2/7 4Q06 results Cc.[161]

We rate Maxim Integrated Products, Inc. shares Speculative risk based on the company's stock option inquiry and subsequent earnings restatement and filing risk... Additionally, with Maxim's recent stockholder lawsuits against its board members and executives, we believe the company's options grants could cause further pressure to the shares and potentially result in a financial restatement. Our Speculative Risk rating reflects this heightened degree of risk for earnings restatement or a potential NASDAQ de-listing.[162]

Management changes could prove to be a positive event in the long-term, as MXIM has fallen out of favor with the Street. However, we do see execution risk in the near term.[163]

To be sure, the departure of CFO Jasper creates another question mark.[164]

We are obviously disappointed with this setback. Not only does it further delay a potential share repurchase program, but it also significantly damages management's credibility with the investment community as it represents the second such push out of its targeted restatement date. We would expect the investment community to receive the revised target date with a healthy degree of skepticism and deservedly so.[165]

---

[161] "Maxim Integrated Products, Inc. (MXIM): Option Grant Findings; Executive Departures," C. Ellis, S. Huang, Citigroup, 2/1/07.

[162] *Ibid.*

[163] "Maxim Integrated Products Inc., MXIM: New Management Changes Post Option Investigation; No Change To Our Market Perform Rating," C. Hettenbach, M. Shows, Wachovia Capital Markets, LLC, 1/31/07.

[164] "Maxim Integrated Products, Special Committee Concludes Options Review; CFO Resigns," R. Schafer, D. Gelbtuch, D. Morris, H. Cunningham, CIBC World Markets, 2/1/07.

[165] "Maxim Integrated Products Quick Take: Pushes Out Target Restatement Date," J. Barton, M. Gavigan, R. Himmel, Cowen and Company, 1/17/08.

> Management changes could prove to be a positive event in the
> long-term, as MXIM as fallen out of favor with the Street.[166]

195.   In a competitive capital market, rational risk-averse investors will require a

higher expected rate of return to hold Maxim's stock, to compensate them for the added

uncertainty and risk created by its option backdating problems compared with competing

investments that do not have this risk.

196.   Since reputation is an intangible, one may argue that it is irrelevant because

non-cash costs do not impact the expectations of future cash flows.  In a book authored by

Professor Bradford Cornell, he analyzes evidence of the impact on stock prices from the non-

cash write off's of failed ventures.  He wrote: "When firms write off failed ventures, the

short-term earnings impact is strongly negative.  However, the cash flow impact is positive

because writeoffs reduce taxable income, thereby reducing a company's income tax bill.

Accordingly, the cash flow model predicts that write-offs should be associated with stock

price increases."[167]

197.   However, Professor Cornell found that in 40% of the cases he analyzed, the

stock prices of firms with a major non-cash writedown were associated with a stock price

*decline*, instead of a stock price increase.  He concluded that: "The answer is that in some

cases, write-offs provide information about future cash flow even though they do not alter

current cash flow."[168]  In other words, non-cash costs can be economically material to

---

[166]   "Maxim Integrated Products Inc., MXIM: New Management Changes Post
Option Investigation; No Change To Our Market Perform Rating," C. Hettenbach, M.
Shows, Wachovia Capital Markets, LLC, 1/31/07.

[167]   Cornell, B., Corporate Valuation: Tools for Effective Appraisal and Decision
Making, McGraw-Hill, 1993, p. 107.

[168]   *Ibid*.

investors.  In this case, for the reasons stated above, the Company's reputation was clearly

tarnished by the discovery and investigation of the option backdating problems.

## VIII.  CONCLUSIONS AND OPINIONS

198.    Based on my foregoing analysis, I conclude that during the Class Period from

April 29, 2003 through January 17, 2008, Maxim common stock traded in what economists

refer to as an efficient market with regard to publicly disclosed information.  The alleged false

statements and omissions during the Class Period arising  from the backdating of, and

improper accounting for, executive and  employee stock options at Maxim were material to

investors.  I base my opinions concerning materiality on:

> a        the large and statistically significant stock price movement
> and heavy trading volume that occurred upon the
> dissemination of information revealing Maxim's option
> backdating practices and related events;
>
> b        the magnitude of the $838 million restatement of Maxim's
> historical financial statements, including $774 million of
> stock-based compensation expense and $274 million of
> related cash costs, spanning the fiscal years starting from
> 1997 through 2006 and the first three quarters of 2006; and
>
> c        the reaction to this information by analysts and other market
> participants attesting to its significance and importance to the
> Company and its shareholders.

199.    The correction of the alleged misrepresentations and omissions on May 22,

2006, September 8, 2006, August 28, 2007, October 1, 2007, and January 17, 2008, caused

losses for shareholders who purchased shares during the Class Period and held those shares

through at least one of the partial corrective disclosures discussed in this Report.  Shareholder

losses are based on the excess stock price declines following these disclosures, net of market and industry effects, and after accounting for any potential confounding information.

200.    I understand that discovery in this case is ongoing and has not yet been completed.  Therefore, I reserve the right to amend this report to reflect new information available to me in light of the ongoing discovery process, future rulings from the Court in this Action, and trial proceedings.

201.    As of the date of this Report, I have deliberately restricted my financial-economic analysis of materiality and loss causation to the dates specifically named in the Complaint.   If I conduct a damages analysis and submit a damages report in this matter in the future, I anticipate expanding the focus of my work at that time to include other possible events during or after the Class Period that may have caused additional shareholder losses associated with the events and allegations in the Complaint.


I certify that, to the best of my knowledge and belief:

-- the statements of fact contained in this report are true and correct;

-- the reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analyses, opinions and conclusions;

-- I have no present or prospective interest in the parties to this case, and I have no personal interest or bias with respect to the parties involved;

-- my compensation is not contingent on an action or event resulting from the analyses, opinions or conclusions in, or the use of, this report.

December 11, 2009
Date

Gregg A. Jarrell

90

**GREGG A. JARRELL**                                                October 2009

Business Address:          William E. Simon Graduate School of Business Administration
                           University of Rochester
                           Rochester, NY 14627
                           585.275.3915 (or 3914)

Home Address:              28 Mitchell Road
                           Pittsford, NY 14534
                           Home Phone: 585.383.1806
                           Home Fax: 585.385.9997

## EDUCATION

Ph.D.          University of Chicago: Business Economics, 1978.
               Major Concentration: Industrial Organization, Finance.

M.B.A.         University of Chicago: Economics, 1976.
               Major Concentration: Economics and Finance.

B.S.           University of Delaware: Business Administration, 1974.

## EMPLOYMENT

UNIVERSITY OF ROCHESTER, William E. Simon Graduate School of Business
        Administration, Rochester, New York (July 1988 - Present)
        Professor of Finance and Economics.

UNIVERSITY OF ROCHESTER,  William E. Simon Graduate School of Business
        Administration, Rochester, New York (July 1988 - July 1994)
        Professor of Finance and Economics
        Director of Bradley Policy Research Center (1990 - 1994)
        Director of the Managerial Economics Research Center (1988 - 1990).

THE ALCAR GROUP, INC.,
        Skokie, Illinois (July 1988 - July 1990)
        Senior Vice President.

Exhibit 1

THE ALCAR GROUP, INC.,
        Skokie, Illinois (July 1987 - July 1988)
        Senior Vice President, Director of Research.

UNIVERSITY OF ROCHESTER, William E. Simon Graduate School of Business
        Administration, Rochester, New York (January 1987 - June 1987)
        AT&T Foundation Resident Management Fellow.

U.S. SECURITIES AND EXCHANGE COMMISSION,
        Washington, D.C. (April 1984 - January 1987)
        Chief Economist.

GEORGETOWN UNIVERSITY LAW SCHOOL,
        Washington, D.C. (July 1985 - July 1986)
        Adjunct Professor.

LEXECON, INC.,
        Chicago, Illinois (April 1983 - March 1984)
        Senior Economist.

UNIVERSITY OF CHICAGO, Center for the Study of the Economy and the State,
        Chicago, Illinois (August 1981 - April 1983)
        Post-Doctoral Research Fellow.

UNIVERSITY OF ROCHESTER, Graduate School of Management (renamed William E. Simon
        Graduate School of Business Administration, November 1986),
        Rochester, New York (July 1977 - August 1981)
        Assistant Professor of Economics.


PROFESSIONAL EXPERIENCE

MEMBER, U.S. SEC ADVISORY COMMITTEE ON TENDER OFFER POLICY,
        (February 1983 - July 1983)
        Expert on Economic Effects of Tender Offers.

FEDERAL TRADE COMMISSION,
        Washington, D.C. (December 1981 - January 1983)
        Consultant.

HUFF & HUFF, INC., Environmental Consultants,
        Chicago, Illinois (January 1977 - December 1982)
        Consultant.

UNIVERSITY OF CHICAGO, Graduate School of Business,
     Chicago, Illinois (October 1975 - June 1977)
     Teaching and Research Assistant.


<u>PROFESSIONAL AFFILIATIONS</u>

CHAIRMAN OF THE BOARD:          The Albert Abela Corporation (1999 - 2000).

MEMBER OF COUNCIL:              Council of the Albert Abela Family Foundation
                                (1999 - 2000).

ASSOCIATE EDITOR:               *Journal of Corporate Finance and Governance*
                                (1993 - 2000).

ASSOCIATE EDITOR:               *Journal of Financial and Quantitative Analysis*
                                (1992 - 1996).

MEMBER:                         American Economic Association.

MEMBER:                         American Law and Economics Association.

MEMBER:                         Financial Management Association.

MEMBER, BOARD OF DIRECTORS:     United Shareholders Association (1991 - 1993).


<u>AREAS OF SPECIALIZATION</u>

Finance (Economics of Corporate Control, Operation and Regulation of Financial Markets).

Industrial Organization (Applied Price Theory, Economics of Regulation, Transfer Pricing).

Applied Econometrics.

ACADEMIC HONORS AND FELLOWSHIPS

Superior Teaching Award, University of Rochester, First-Year Class of 2009.

Superior Teaching Award, University of Rochester, Second-Year Class of 2008.

Superior Teaching Award, University of Rochester, First-Year Class of 2008.

Superior Teaching Award, University of Rochester, Second-Year Class of 2007.

Superior Teaching Award, University of Rochester, Second-Year Class of 2006.

Superior Teaching Award, University of Rochester, First-Year Class of 1999.

Superior Teaching Award, University of Rochester, Second-Year Class of 1995.

Superior Teaching Award, University of Rochester Executive Development Program, Class of 1995.

Superior Teaching Award, University of Rochester Executive Development Program, Class of 1984.

Superior Teaching Award, University of Rochester Executive Development Program, Class of 1980.

Beta Gamma Sigma.

University of Chicago Fellowship (1976 - 1977).

Earhart Fellowship in Industrial Organization (1975 - 1976).


PUBLISHED RESEARCH PAPERS

"The Impact of the Options Backdating Scandal on Shareholders," with Gennaro Bernile, *Journal of Accounting and Economics*, 47 (1-2), 2-26 (March 2009).

"Expected Inflation and the Constant-Growth Valuation Model," with Michael Bradley, *Journal of Applied Corporate Finance*, 20 (2), 35-47 (Spring 2008).

"Corporate Leadership Structure:  On the Separation of the Positions of CEO and Chairman of the Board," with James A. Brickley and Jeffrey C. Coles, *The Journal of Corporate Finance,* 3, 189-220 (June 1997).

Exhibit 1

"Corporate Focus and Stock Returns," with Robert Comment, *The Journal of Financial Economics*, 37 (1) (January 1995).

"The Returns to Acquiring Firms in Tender Offers: Evidence from Three Decades," with Annette Poulsen, Readings in Mergers and Acquisitions, edited by Patrick Gaughan, Blackwell Publishers, 1994, 284-295.

"The Market for Corporate Control: The Empirical Evidence Since 1980," with James A. Brickley and Jeffry M. Netter, Readings in Mergers and Acquisitions, edited by Patrick Gaughan, Blackwell Publishers, 1994, 296-316.

"The Irrelevance of Margin Eligibility:  Evidence from the Crash of '87," with Paul J. Seguin, *The Journal of Finance*, 48 (4) (September 1993).

"An Overview of the Executive-Compensation Debate," *Modernizing US Securities Regulation: Economic and Legal Perspectives*, Kenneth Lehn and Robert W. Kamphuis, Jr., eds., The Center for Research on Contracts and The Structure of Enterprise, University of Pittsburgh, (December 1992).

"The Relative Signaling Power of Dutch-Auction and Fixed-Price Self-Tender Offers and Open-Market Share Repurchases," with Robert Comment, *The Journal of Finance*, 46 (4) (September 1991).

"A Proposal to Stabilize Stock Prices:  A Comment," with Paul J. Seguin, *Journal of Portfolio Management*, (Winter 1989).

"Stock Trading Before the Announcement of Tender Offers:  Insider Trading or Market Anticipation," with Annette Poulsen, *The Journal of Law, Economics, and Organization*, 5 (2), 225-248 (Fall 1989).

"The Returns to Acquiring Firms in Tender Offers:  Evidence from Three Decades," with Annette Poulsen, *Financial Management*, (Autumn 1989).

"The Market for Corporate Control: The Empirical Evidence Since 1980," with James A. Brickley and Jeffry Netter, *The Journal of Economic Perspectives*, 1, 49 - 68 (Winter 1988). Reprinted in The Modern Theory of Corporate Finance, edited by Clifford W. Smith, Jr., second edition, 1989, McGraw-Hill, New York.

"Dual-Class Recapitalizations as Antitakeover Mechanisms:  The Recent Evidence," with Annette Poulsen, *The Journal of Financial Economics*, 20 (1/2), 129-152 (January/March 1988).

"Two-Tier and Negotiated Tender Offers: The Imprisonment of the Free-Riding Shareholder," with Robert Comment, *The Journal of Financial Economics*, 19, 283-310 (December 1987).

"Financial Innovation and Corporate Mergers," <u>The Merger Boom</u>, Proceeding of a Conference, held in October 1987, sponsored by the Federal Reserve Bank of Boston.

"Shark Repellents and Stock Prices: The Effects of Antitakeover Amendments Since 1980," with Annette Poulsen, *Journal of Financial Economics*, 19, 127-168 (September 1987).

"Hostile Takeovers and the Regulatory Dilemma: Twenty-Five Years of Debate," with John Pound, *The Midland Corporate Finance Journal*, 5 (2) (Summer 1987).

"Regulating Hostile Takeover Activity: An Interpretive History of the US Experience," with Annette Poulsen and John Pound, Proceedings: Auckland and Sydney (June 1986) *Takeovers and Corporate Control: Towards a New Regulatory Environment*, The Centre for Independent Studies, 19-36 (July 1987).

"Studying Firm-Specific Effects of Regulation with Stock Market Data: An Application to Oil Regulation," with Rodney T. Smith and Michael Bradley, *The Rand Journal of Economics*, (Winter 1986).

"Shark Repellents and Poison Pills: Stockholders Protection - from the Good Guys or the Bad Guys?," with Annette Poulsen, *The Midland Corporate Finance Journal*, 4 (2) (Summer 1986).

"The Demand for Electric Utility Regulation," <u>Electric Power: Deregulation and the Public Interest</u>, edited by John Moorhouse, 1986.

"The Impact of Product Recalls on the Wealth of Sellers," with Sam Peltzman, *Journal of Political Economy*, 93 (3) (June 1985).

"The Wealth Effects of Litigation by Takeover Targets: Do Interests Diverge in a Merge?" *The Journal of Law and Economics*, 28, 151-177 (April 1985).

"Change at the Exchange: The Causes and Effects of Deregulation," *The Journal of Law and Economics*, 27, 273-312 (October 1984).

"On the Existence of an Optimal Capital Structure of the Firm: Theory and Evidence," with Michael Bradley and E. Ham Kim, *The Journal of Finance*, 39, 857-877 (July 1984).

"Do Targets Gain from Defeating Tender Offers?" with Frank Easterbrook, *New York University Law Review*, 59, 277-300 (May 1984).

"Economic Trade-offs of Coal Mining on Prime Farmland," with Linda Huff, Sherry Jarrell and David Smith, *Landscape Planning*, 10, 131-146 (1983).

"State Anti-Takeover Laws and the Efficient Allocation of Corporate Control: An Economic Analysis of Edgar v. Mite," *The Supreme Court Economics Review*, Vol. II (1983).

"The Economic Effects of Federal Regulation of the Market for New Security Issues," *The Journal of Law and Economics*, 24, 613-675 (December 1981).

"The Economic Effects of Federal and State Regulations of Cash Tender Offers," with Michael Bradley, *The Journal of Law and Economics*, 23 (2) (October 1980).

"Regulation and Accounting for Assets in the Electric Utility Industry: Pro-Producer Regulation Through Asset Inflation," *The Journal of Accounting and Economics*, 1, 93-116 (Summer 1979).

"The Demand for State Regulation of the Electric Utility Industry," *The Journal of Law and Economics,* 21, 269-295 (October 1978).


## OTHER PUBLISHED ARTICLES

"Takeovers and Leveraged Buyouts," The Fortune Encyclopedia of Economics, edited by David R. Henderson, Warner Books, 1993.

"The 1980's Takeover Boom and Government Regulation," *Regulation*, 44-53 (Summer 1992).

"The Longer-Term Relation Between Accounting Performance and Stock Returns," with Frank Dorkey, Bradley Research Center, Working Paper, William E. Simon Graduate School of Business Administration, University of Rochester (August 1992).

"Calculating Proper Transfer Prices," with Frank Torchio, *Public Utilities Fortnightly*, (January 1991).

"Turf Wars: The SEC May Have Struck Out Over Shareholders' Rights, But It Could Still Win on Proxy Reform," *Institutional Investor* (December 1990).

"On the Underlying Motivations for Corporate Takeovers and Restructurings," Corporate Reorganization Through Mergers, Acquisitions, and Leveraged Buyouts," edited by Gary Libecap, 1988.

"Risky Products, Risky Stocks," with Paul Rubin and R. Dennis Murphy, *Regulation*, 1, 35 (1988).

"Hostile Takeovers and Boesky: The New Push for Regulation," with John Pound, *International Herald Tribune*, May 31, 1987.

"Evidence on Gains from Mergers and Takeovers," with Michael Bradley, <u>Knights, Raiders and Targets: The Impact of the Hostile Takeover</u>, edited by John C. Coffee, Jr., Louis Lowenstein and Susan Rose-Ackerman, 1987.

"Are Takeovers Hostile to Economic Performance?" with John Pound and Ken Lehn, *Regulation*, p. 25 (September/October 1986).

"Motivations for Hostile Tender Offers and the Market for Political Exchange," with Annette Poulsen, <u>Contemporary Policy Issues</u>, 1986.

"Inside the SEC's Panel on Takeovers," *Directors & Boards*, (Fall 1983).

"SEC Advisory Committee on Tender Offers," Report plus separate statement with Frank H. Easterbrook (July 1983) .

"Regulation of the Electric Utility Industry: A Historical Perspective and Empirical Study," <u>NBER Conference Paper Series</u>, Paper No. 67 (October 1980).


<u>PUBLISHED OPINION EDITORIALS</u>

"A Victory for Shareholders," *The Wall Street Journal*, op. ed., December 1, 1993.

"Take the Long View on Executive Pay," *The Wall Street Journal*, op. ed., August 28, 1992.

"SEC Crimps Big Board's Future," *The Wall Street Journal*, op. ed., June 19, 1992.

"SEC Lets Bush Off the Hook for November 15 Stock Plunge," *The Wall Street Journal*, op. ed., January 16, 1992.

"For a Higher Share Price, Focus Your Business," *The Wall Street Journal*, op. ed., May 13, 1991.

"En-Nobeling Financial Economics," *The Wall Street Journal*, op. ed., October 17, 1990.

"Shareholders Secret Victory," *The Wall Street Journal*, op. ed., June 22, 1990.

"Beware Cleaning Up After the Elephants," *The Wall Street Journal*, op. ed., October 17, 1989.

"The Paramount Import of Becoming Time-Warner: A Present-Value Lesson for the Lawyers," *The Wall Street Journal*, op. ed., July 13, 1989.

"Brady Panel Sold Innovation Short," *The Wall Street Journal*, op. ed., October 19, 1988.

"The Pitfalls of Cleaning Up Raiders," with John Pound, *International Herald Tribune*, op. ed., pg. 11, May 29 1987.

"SEC Now is on Target," with John Pound, *The Wall Street Journal*, op. ed. March 26, 1987.

"Takeover Threats Don't Crimp Long-Term Planning," with Ken Lehn, *The Wall Street Journal*, op. ed., p. 32, May 1, 1985.

## SEC OFFICE OF THE CHIEF ECONOMIST PUBLICATIONS

"Stock Trading Before the Announcement of Tender Offers: Insider Trading or Market Anticipation?" with Annette Poulsen, Securities and Exchange Commission, Office of the Chief Economist (February 24, 1987).

"The Effects of Dual-Class Recapitalizations on the wealth of Shareholders," with Annette Poulsen, Securities and Exchange Commission, Office of the Chief Economist (November 1986).

"The Effects of Poison Pills on the Wealth of Target Shareholders," with Michael Ryngaert, Securities and Exchange Commission, Office of the Chief Economist (October 23, 1986).

"Shark Repellents: The Role and Impact of Antitakeover Charter Amendments," with Michael Ryngaert and Annette Poulsen, Securities and Exchange Commission, Office of the Chief Economist (September 7, 1985).

"Institutional Ownership, Tender Offers, and Long-Term Investments," with Ken Lehn and Wayne Marr, Securities and Exchange Commission, Office of the Chief Economist (April 19, 1985).

"The Economics of Any-or-All, Partial, and Two-Tier Tender Offers," with Robert Comment, Hugh Haworth and Annette Poulsen, Securities and Exchange Commission, Office of the Chief Economist (April 19, 1985).

"The Impact of Targeted Share Repurchases (Greenmail) on Stock Prices," with Michael Ryngaert, Securities and Exchange Commission, Office of the Chief Economist (September 11, 1984).

<u>TESTIMONIAL EXPERIENCE (last four years)</u>

Deposition of Gregg A. Jarrell in re: <u>eBay Domestic Holdings, Inc. v. Craig Newmark and James Buckmaster</u>, before the Court of Chancery of the State of Delaware, C.A. No. 3705-CC (August 28, 2009).

Deposition of Gregg A. Jarrell in re: <u>Countrywide Financial Corporation Securities Litigation</u>, before the United States District Court for the Central District of California Western Division, Lead Case No. CV 07-05295 MRP (MANx) (July 15, 2009).

Deposition of Gregg A. Jarrell in re: <u>International Rectifier Corporation Securities Litigation</u>, before the United States District Court Central  District of California, Case No. CV 07-02544-JFW (VBKx) (June 12, 2009).

Deposition of Gregg A. Jarrell in re: <u>Scientific-Atlanta, Inc. Securities Litigation</u>, before the United States District Court Northern District of Georgia Atlanta Division, Civil Action No. 1:01-CV-1950-RWS (March 31, 2009).

Deposition of Gregg A. Jarrell in re: <u>Rohm and Haas Company v. The Dow Chemical Company, et al.</u> before the Court of Chancery of the State of Delaware in and for New Castle County, C.A. No. 4309-CC (March 5, 2009).

Deposition of Gregg A. Jarrell in re: <u>State of New Jersey, et al. v. Tyco International, Ltd., et al.,</u> before the United States District Court for the State of New Hampshire, Civil No. 03-1337-B, MDL No. 1335 (October 23-24, 2008).

Testimony of Gregg A. Jarrell in re: <u>The Matter of the Arbitration Between ASMS Holding AB, and GE Security, Inc., et al.,</u> before the International Institute for Conflict Prevention and Resolution (September 11, 2008).

Deposition of Gregg A. Jarrell in re: <u>Winstar Communications Securities Litigation</u>, before the United States District Court Southern District of New York,  Master File No. 01 Civ. 3014 (GBD) (August 14, 2008).

Testimony of Gregg A. Jarrell in re: <u>GPC XLI L.L.C., et al. v. Loral Space and Communications, Inc., et al.</u> before the Court of Chancery of the State of Delaware in and for New Castle County, Civil No. 3022-VCS (May 9, 2008).

Deposition of Gregg A. Jarrell in re: <u>Vesta Insurance Group, Inc. Securities Litigation</u>, before the United States District Court for the Northern District of Alabama Southern Division, Case No. CV 98-AR-1407-KOB (April 1, 2008).

Deposition of Gregg A. Jarrell in re: <u>Transkaryotic Therapies, Inc.</u>, before the Court of Chancery of the State of Delaware in and for New Castle County, Consolidated C.A. No. 2776-CC (March 12, 2008).

Deposition of Gregg A. Jarrell in re: <u>GPC XLI L.L.C., et al. v. Loral Space and Communications, Inc., et al.</u>, before the Court of Chancery of the State of Delaware in and for New Castle County, Civil No. 3022-VCS (February 27, 2008).

Deposition of Gregg A. Jarrell in re: <u>Estate of Douglas L. Manship, et al. v. United States of America</u>, before the United States District Court for the Middle District of Louisiana, Civil Action No. 04-91-C-M2 (December 5-6, 2007).

Deposition of Gregg A. Jarrell in re: <u>Richard A. Williamson, et al. v. Cox Communications, Inc. et al.</u>, before the Court of Chancery of the State of Delaware in and for New Castle County, Civil Action No. 1663-N (August 7, 2007).

Testimony of Gregg A. Jarrell in re: <u>Baker, et al. v. Borden Chemical, Inc., et al. v. Exel, Inc.</u>, before the Commonwealth of Kentucky, 27th Judicial District, Laurel Circuit Court, Case No. 03-CI-00824 (May 8, 2007).

Deposition of Gregg A. Jarrell in re: <u>Royal Dutch/Shell Transport Securities Litigation</u>, before the United States District Court for the District of New Jersey, Civil Action No. 04-374 (JAP) (April 27, 2007).

Testimony of Gregg A. Jarrell in re: <u>Charles Lillis, et al. v. AT&T Corp. and AT&T Wireless Services, Inc.</u>, before the Court of Chancery of the State of Delaware in and for New Castle County, Civil Action No. 717-N (January 18-19, 2007).

Deposition of Gregg A. Jarrell in re: <u>Kinder Morgan, Inc. Shareholders Litigation</u>, before the District Court of Shawnee County, Kansas Division 12, Consol. Case No. 06 C 801 (December 13, 2006).

Deposition of Gregg A. Jarrell in re: <u>Charles Lillis, et al. v. AT&T Corp. and AT&T Wireless Services, Inc.</u>, before the Court of Chancery of the State of Delaware in and for New Castle County, Civil Action No. 717-N (September 22, 2006).

Deposition of Gregg A. Jarrell in re: <u>Baker, et al. v. Borden Chemical, Inc., et al. v. Excel, Inc.</u>, before the Commonwealth of Kentucky, 27th Judicial District, Laurel Circuit Court, Case No. 03-CI-00824 (September 6, 2006).

Testimony of Gregg A. Jarrell in re: <u>Valeant Pharmaceuticals International v. Milan Panic and Adam Jerney</u>, before the Court of Chancery of the State of Delaware in and for New Castle County, Civil Action No. 19947-NC (March 3, 2006).

Deposition of Gregg A. Jarrell in re: <u>Valeant Pharmaceuticals International v. Milan Panic and Adam Jerney,</u> before the Court of Chancery of the State of Delaware in and for New Castle County, Civil Action No. 19947-NC (January 26, 2006).

Testimony of Gregg A. Jarrell in re: <u>H.J. Heinz Company and Subsidiaries v. United States of America,</u> before the United States Court of Federal Claims, Civil Action No. 03-2847T (January 17, 2006).

Testimony of Gregg A. Jarrell in re: <u>Benz Research And Development v. Dennis J. McGillicuddy, et al.,</u> before the Circuit Court of the Twelfth Judicial Circuit in and for Manatee County, Florida, Case No. 01-CA-3635 Division B (November 10, 2005).

**Exhibit 2**
**Materials Reviewed**

Consolidated Class Action Complaint dated November 14, 2008.

Maxim website: www.maxim-ic.com.

News stories regarding Maxim Integrated Products, Inc. during the period between April 29, 2003 through January 31, 2008, inclusive.  Source: Bloomberg and Factiva.

Certain analyst reports regarding Maxim issued between April 29, 2003 through January 31, 2008, inclusive. Source: Thomson, Reuters, and limited discovery provided by counsel.

Maxim's SEC filings filed between 2003 and 2008.  Source: www.10-KWizard.com and www.sec.gov.

Maxim's common stock prices, splits, dividends, trading volume and options.  Source: Bloomberg and FactSet.

Market Makers in Maxim common stock between April 29, 2003 and January 17, 2008.  Source: The Center for Research in Security Prices (CRSP) and Pink OTC Markets, Inc.

Maxim's shares outstanding between April 29, 2003 and January 17, 2008. Source: Maxim SEC filings - www.sec.gov.

Maxim's call and put option prices, trading volume, and open interest.  Source: Option Metrics, LLC's Ivy DB database.

Quarterly Institutional shareholdings for Maxim from April 29, 2003 through January 17, 2008, inclusive. Source: FactSet.

Quarterly Insider shareholdings for Maxim from April 29, 2003 through January 17, 2008, inclusive. Source: FactSet.

Consensus estimate history with the number of securities analysts covering Maxim common stock from April 29, 2003 through January 17, 2008, inclusive. Source: FactSet/First Call.

Monthly short interest in Maxim common stock from April 29, 2003 through January 17, 2008, inclusive.  Source: Bloomberg and www.pinksheets.com

Various company indexes, their daily prices and component company weights.  Source: Bloomberg and FactSet.

**Exhibit 2**
**Materials Reviewed**

Closing bid and ask prices for Maxim common stock from April 29, 2003 through January 17, 2008, inclusive.  Source: Bloomberg.

Order Re Stipulation And Proposed Protective Order Regarding Confidential Information dated September 28, 2009.

Joint Case Management Statement dated October 5, 2009.

Scheduling Order dated September 25, 2009.

Lead Plaintiffs' Initial Disclosure Statement dated September 21, 2009.

Defendant Maxim Integrated Products, Inc.'s Initial Disclosure Pursuant To FED. R. CIV. P. 26(a)(1) dated September 21, 2009.

Defendant Timothy Ruehle's Initial Disclosure Pursuant To Federal Rule Of Civil Procedure 26(a)(1) dated September 21, 2009.

Defendant Carl W. Jasper Initial Disclosures Pursuant To Federal Rule Of Civil Procedure 26(a)(1) dated September 21, 2009.

Defendant Estate Of John F. Gifford's Initial Disclosures Pursuant To F.R.C.P. 26 dated September 21, 2009.

Defendant Maxim Integrated Products, Inc.'s Notice Of Motion And Motion To Dismiss The Consolidated Class Action Complaint And Memorandum Of Points And Authorities In Support dated January 30, 2009.

Declaration Of Joshua S. Amsel In Support Of Defendant Maxim Integrated Products, Inc.'s Motion to Dismiss The Consolidated Class Action Complaint dated January 30, 2009.

Request For Judicial Notice In Support Of Defendant Maxim Integrated Products, Inc.'s Motion To Dismiss The Consolidated Class Action Complaint dated January 30, 2009.

Defendant Maxim Integrated Products, Inc.'s Reply Memorandum Of Points And Authorities In Further Support Of Its Motion To Dismiss The Consolidated Class Action Complaint dated April 15, 2009.

Defendant Timothy Ruehle's Notice Of Motion And Motion To Dismiss Consolidated Class Action Complaint Pursuant To FED. R. CIV. P. 12.(b)(6); Memorandum Of Points And Authorities In Support dated January 30, 2009.

**Exhibit 2**
**Materials Reviewed**

[Proposed] Order Granting Defendant Timothy Ruehle's Motion To Dismiss Consolidated Class Action Complaint Pursuant To FED. R. CIV. P. 12(b)(6) dated February 3, 2009.

Defendant Timothy Ruehle's Reply In Support Of Motion To Dismiss Consolidated Class Action Complaint Pursuant To Fed. R. CIV. P. 129b0960 dated April 15, 2009.

Defendant Estate Of John F. Gifford's Notice Of Joinder and Joinder to Maxim Integrated Products, Inc.'s Motion To Dismiss The Consolidated Class Action Complaint dated April 27, 2009.

Declaration Of Garland A. Kelley In Support Of Defendant Estate Of John F. Gifford's Joinder To Maxim Integrated Products, Inc.'s Motion To Dismiss The Consolidated Class Action Complaint dated April 27, 2009.

Defendant Carl W. Jasper's Notice Of Joinder and Joinder to Maxim Integrated Products, Inc.'s Motion to Dismiss The Consolidated Class Action Complaint dated January 30, 2009.

Lead Plaintiffs' Memorandum Of Points And Authorities In Opposition to Defendants' Motions to Dismiss Consolidated Class Action Complaint dated March 16, 2009.

Declaration of Timothy A. Delange In Support Of Lead Plaintiffs' Memorandum Of Points And Authorities In Opposition To Defendants' Motion to Dismiss Consolidated Class Action Complaint dated March 6, 2009.

Lead Plaintiffs' Response To Defendant John F. Gifford's Joinder to Maxim Integrated Products, Inc.'s Motion To Dismiss The Consolidated Class Action Complaint dated June 19, 2009.

Order Granting In Part And Denying In Part Defendant Maxim's Motion To Dismiss With Leave To Amend; Denying Defendant Timothy Ruehle's Motion to Dismiss dated July 16, 2009.

Defendant Maxim Integrated Products, Inc.'s Answer To The Consolidated Class Action Complaint dated August 28, 2009.

Answer And Affirmative Defenses To Consolidated Class Action Complaint dated August 28, 2009.

Defendant Timothy Ruehle's Answer To Consolidated Class Action Complaint; Demand For Jury Trial dated August 28, 2009.

**Exhibit 2**
**Materials Reviewed**

Defendant Carl W. Jasper's Answer To Consolidated Class Action Complaint; Demand For Jury Trial dated August 28, 2009.

Wall Street Journal website: http://online.wsj.com/public/resources/documents/info-optionsscore06–full.html.

Federal Reserve website: https://www.federalreserve.gov.

SEC 1379, "Form S-3, Registration Statement under the Securities act of 1933, General Instructions," as revised August 2001.

NYSE Amex Options Information Circulars #07-0695 (10/2/07) and #08-0190 (11/13/08).

All other materials cited in the text of the Report and Exhibits.



**Exhibit 3**
**Maxim Integrated Products, Inc.**
Price vs. Volume from Jan 3, 2000 to Sep 30, 2009

Forensic Economics, Inc.



**Exhibit 4**

**Maxim Integrated Products, Inc.**

Relative Value of $100 Invested on Apr 29, 2003 through Sep 30, 2009

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1]<br>Date | [2]<br>Daily Volume | [3]<br>Weekly Volume | [4]<br>Weekly Vol. / Shares Outstanding | [5]<br>Analysts | [6]<br>Market Makers | [7]<br>Shares Outstanding | [8]<br>Insider Holdings | [9]<br>Price | [10]<br>Market Capitalization of Equity | [11]<br>Market Capitalization of Public Float | [12]<br>Bid-Ask Spread | [13]<br>Inst. Holdings | [14]<br>Inst. Holdings as Percent of Outstanding Shares | [15]<br>Short Interest | [16]<br>Short Interest to Shares Outstanding | [17]<br>Short Interest Ratio (days) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/29/2003 | 9,363,039 | -- | -- | 20 | 77 | 323,118,094 | 4,283,750 | $40.68 | $13,144,444,063.92 | $12,970,181,114 | 0.02% | 248,892,422 | 77.0% | 9,543,157 | 3.0% | 1.1 |
| 4/30/2003 | 9,371,401 | -- | -- | 21 | 76 | 324,671,052 | 4,283,750 | $39.33 | $12,769,312,475.16 | $12,600,832,508 | 0.00% | 248,892,422 | 76.7% | 9,543,157 | 2.9% | 1.1 |
| 5/1/2003 | 7,185,497 | -- | -- | 21 | 76 | 324,671,052 | 4,283,750 | $39.78 | $12,915,414,448.56 | $12,745,006,913 | 0.33% | 248,892,422 | 76.7% | 9,543,157 | 2.9% | 1.2 |
| 5/2/2003 | 10,150,619 | N/A | N/A | 21 | 76 | 324,671,052 | 4,283,750 | $39.70 | $12,889,440,764.40 | $12,719,375,889 | N/A | 248,892,422 | 76.7% | 9,543,157 | 2.9% | 1.2 |
| 5/5/2003 | 10,961,079 | -- | -- | 20 | 77 | 324,671,052 | 4,283,750 | $40.56 | $13,168,657,869.12 | $12,994,908,969 | 0.07% | 248,892,422 | 76.7% | 9,543,157 | 2.9% | 1.1 |
| 5/6/2003 | 8,659,452 | -- | -- | 20 | 77 | 324,671,052 | 4,283,750 | $40.90 | $13,279,046,026.80 | $13,103,840,652 | 0.00% | 248,892,422 | 76.7% | 9,543,157 | 2.9% | 1.2 |
| 5/7/2003 | 6,896,719 | -- | -- | 20 | 76 | 324,671,052 | 4,283,750 | $39.88 | $12,947,881,553.76 | $12,777,045,604 | 0.08% | 248,892,422 | 76.7% | 9,543,157 | 2.9% | 1.2 |
| 5/8/2003 | 7,924,217 | -- | -- | 20 | 77 | 324,671,052 | 4,283,750 | $39.05 | $12,678,404,580.60 | $12,511,124,143 | N/A | 248,892,422 | 76.7% | 9,543,157 | 2.9% | 1.2 |
| 5/9/2003 | 6,699,477 | 41,140,944 | 12.7% | 20 | 76 | 324,671,052 | 4,283,750 | $39.82 | $12,928,401,290.64 | $12,757,822,366 | 0.08% | 248,892,422 | 76.7% | 9,543,157 | 2.9% | 1.2 |
| 5/12/2003 | 8,124,556 | -- | -- | 20 | 76 | 324,671,052 | 4,283,750 | $40.61 | $13,184,891,421.72 | $13,010,928,334 | N/A | 248,892,422 | 76.7% | 9,543,157 | 2.9% | 1.2 |
| 5/13/2003 | 9,455,251 | -- | -- | 20 | 76 | 324,671,052 | 4,283,750 | $39.37 | $12,782,299,317.24 | $12,613,648,080 | 0.03% | 248,892,422 | 76.7% | 9,543,157 | 2.9% | 1.2 |
| 5/14/2003 | 10,405,702 | -- | -- | 20 | 75 | 324,671,052 | 4,283,750 | $38.18 | $12,395,940,765.36 | $12,232,387,190 | 0.03% | 248,892,422 | 76.7% | 9,543,157 | 2.9% | 1.1 |
| 5/15/2003 | 6,975,432 | -- | -- | 20 | 75 | 324,671,052 | 4,283,750 | $39.25 | $12,743,338,791.00 | $12,575,201,604 | 0.03% | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.2 |
| 5/16/2003 | 7,138,946 | 42,099,887 | 13.0% | 20 | 75 | 324,671,052 | 4,283,750 | $38.16 | $12,387,823,989.06 | $12,224,377,508 | 0.08% | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.2 |
| 5/19/2003 | 9,015,607 | -- | -- | 20 | 75 | 324,671,052 | 4,283,750 | $36.45 | $11,834,259,845.40 | $11,678,117,158 | N/A | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.2 |
| 5/20/2003 | 10,562,991 | -- | -- | 20 | 75 | 324,671,052 | 4,283,750 | $36.29 | $11,782,312,477.08 | $11,626,855,190 | 0.19% | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.2 |
| 5/21/2003 | 7,769,560 | -- | -- | 21 | 75 | 324,671,052 | 4,283,750 | $36.34 | $11,798,546,029.68 | $11,642,874,555 | 0.17% | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.2 |
| 5/22/2003 | 5,661,924 | -- | -- | 21 | 75 | 324,671,052 | 4,283,750 | $36.52 | $11,856,986,819.04 | $11,700,544,269 | 0.03% | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.2 |
| 5/23/2003 | 5,054,641 | 38,064,273 | 11.7% | 21 | 76 | 324,671,052 | 4,283,750 | $36.74 | $11,928,414,450.48 | $11,771,029,475 | N/A | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.2 |
| 5/27/2003 | 8,574,854 | -- | -- | 21 | 76 | 324,671,052 | 4,283,750 | $38.71 | $12,568,016,422.92 | $12,402,192,460 | N/A | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.2 |
| 5/28/2003 | 7,474,039 | -- | -- | 21 | 76 | 324,671,052 | 4,283,750 | $38.76 | $12,584,249,975.52 | $12,418,211,826 | 0.00% | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.2 |
| 5/29/2003 | 9,311,266 | -- | -- | 21 | 75 | 324,671,052 | 4,283,750 | $39.90 | $12,973,855,237.92 | $12,802,676,588 | N/A | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.2 |
| 5/30/2003 | 7,215,719 | 32,575,878 | 10.0% | 21 | 75 | 324,671,052 | 4,283,750 | $39.20 | $12,727,105,238.40 | $12,559,182,238 | 0.00% | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.2 |
| 6/2/2003 | 8,084,629 | -- | -- | 21 | 74 | 324,671,052 | 4,283,750 | $37.80 | $12,272,565,765.60 | $12,110,640,016 | 0.03% | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.2 |
| 6/3/2003 | 8,077,700 | -- | -- | 21 | 74 | 324,671,052 | 4,283,750 | $39.02 | $12,668,664,449.04 | $12,501,512,524 | 0.00% | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.2 |
| 6/4/2003 | 11,272,272 | -- | -- | 21 | 74 | 324,671,052 | 4,283,750 | $39.15 | $12,710,871,685.80 | $12,543,162,873 | 0.00% | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.2 |
| 6/5/2003 | 10,496,920 | -- | -- | 21 | 74 | 324,671,052 | 4,283,750 | $38.55 | $12,516,069,054.60 | $12,350,930,492 | 0.05% | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.2 |
| 6/6/2003 | 13,208,408 | 51,139,929 | 15.8% | 21 | 74 | 324,671,052 | 4,283,750 | $36.86 | $11,967,374,976.72 | $11,809,475,952 | N/A | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.1 |
| 6/9/2003 | 9,982,289 | -- | -- | 21 | 73 | 324,671,052 | 4,283,750 | $35.93 | $11,665,430,898.36 | $11,511,515,761 | N/A | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.1 |
| 6/10/2003 | 7,761,405 | -- | -- | 21 | 73 | 324,671,052 | 4,283,750 | $36.63 | $11,892,700,634.76 | $11,735,786,872 | 0.00% | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.1 |
| 6/11/2003 | 11,934,663 | -- | -- | 21 | 73 | 324,671,052 | 4,283,750 | $36.51 | $11,853,740,108.52 | $11,697,340,396 | N/A | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.1 |
| 6/12/2003 | 7,112,299 | -- | -- | 21 | 73 | 324,671,052 | 4,283,750 | $35.75 | $11,606,990,109.00 | $11,453,846,047 | 0.00% | 248,892,422 | 76.7% | 9,693,363 | 3.0% | 1.1 |
| 6/13/2003 | 8,106,811 | 44,897,467 | 13.8% | 21 | 74 | 324,671,052 | 4,283,750 | $34.63 | $11,243,358,530.76 | $11,095,012,268 | 0.03% | 248,892,422 | 76.7% | 10,678,078 | 3.3% | 1.2 |
| 6/16/2003 | 8,700,952 | -- | -- | 21 | 73 | 324,671,052 | 4,283,750 | $35.85 | $11,639,457,214.20 | $11,485,884,777 | 0.08% | 248,892,422 | 76.7% | 10,678,078 | 3.3% | 1.2 |
| 6/17/2003 | 9,693,169 | -- | -- | 21 | 73 | 324,671,052 | 4,283,750 | $35.30 | $11,460,888,135.60 | $11,309,671,761 | 0.00% | 248,892,422 | 76.7% | 10,678,078 | 3.3% | 1.2 |
| 6/18/2003 | 9,219,091 | -- | -- | 21 | 73 | 324,671,052 | 4,283,750 | $36.02 | $11,694,651,293.04 | $11,540,350,618 | 0.03% | 248,892,422 | 76.7% | 10,678,078 | 3.3% | 1.2 |
| 6/19/2003 | 9,143,731 | -- | -- | 21 | 73 | 324,671,052 | 4,283,750 | $35.78 | $11,616,730,240.56 | $11,463,457,666 | 0.03% | 248,892,422 | 76.7% | 10,678,078 | 3.3% | 1.2 |
| 6/20/2003 | 9,133,838 | 45,890,781 | 14.1% | 21 | 73 | 324,671,052 | 4,283,750 | $35.82 | $11,630,041,753.69 | $11,476,593,545 | N/A | 248,892,422 | 76.7% | 10,678,078 | 3.3% | 1.2 |
| 6/23/2003 | 6,130,396 | -- | -- | 21 | 73 | 324,671,052 | 4,283,750 | $35.04 | $11,376,473,662.08 | $11,226,371,062 | 0.00% | 248,892,422 | 76.7% | 10,678,078 | 3.3% | 1.2 |
| 6/24/2003 | 9,021,038 | -- | -- | 21 | 73 | 324,671,052 | 4,283,750 | $34.15 | $11,087,516,425.80 | $10,941,226,363 | N/A | 248,892,422 | 76.7% | 10,678,078 | 3.3% | 1.2 |
| 6/25/2003 | 8,415,109 | -- | -- | 21 | 74 | 324,671,052 | 4,283,750 | $33.85 | $10,990,115,110.20 | $10,845,110,173 | N/A | 248,892,422 | 76.7% | 10,678,078 | 3.3% | 1.2 |
| 6/26/2003 | 7,334,253 | -- | -- | 21 | 74 | 324,671,052 | 4,283,750 | $34.96 | $11,350,499,977.92 | $11,200,740,078 | 0.06% | 248,892,422 | 76.7% | 10,678,078 | 3.3% | 1.2 |
| 6/27/2003 | 6,313,874 | 37,214,670 | 11.5% | 21 | 72 | 324,671,052 | 4,283,750 | $34.42 | $11,175,177,609.84 | $11,027,730,935 | N/A | 248,892,422 | 76.7% | 10,678,078 | 3.3% | 1.2 |
| 6/30/2003 | 8,210,895 | -- | -- | 21 | 75 | 324,671,052 | 4,283,750 | $34.10 | $11,070,121,700.00 | $10,951,602,533 | N/A | 254,629,638 | 78.4% | 10,678,078 | 3.3% | 1.2 |
| 7/1/2003 | 9,460,037 | -- | -- | 21 | 73 | 324,637,000 | 3,475,626 | $34.65 | $11,248,672,050.00 | $11,128,241,609 | N/A | 254,629,638 | 78.4% | 10,678,078 | 3.3% | 1.2 |
| 7/2/2003 | 10,794,085 | -- | -- | 21 | 74 | 324,637,000 | 3,475,626 | $36.19 | $11,748,613,030.00 | $11,622,830,125 | 0.00% | 254,629,638 | 78.4% | 10,678,078 | 3.3% | 1.2 |
| 7/3/2003 | 4,777,623 | 33,242,640 | 10.2% | 21 | 74 | 324,637,000 | 3,475,626 | $35.89 | $11,651,546,567.00 | $11,526,802,874 | 0.00% | 254,629,638 | 78.4% | 10,678,078 | 3.3% | 1.3 |
| 7/8/2003 | 6,690,883 | -- | -- | 21 | 74 | 324,637,000 | 3,475,626 | $37.79 | $12,268,032,230.00 | $12,136,688,323 | 0.00% | 254,629,638 | 78.4% | 10,678,078 | 3.3% | 1.3 |
| 7/8/2003 | 6,233,362 | -- | -- | 21 | 74 | 324,637,000 | 3,475,626 | $38.12 | $12,375,162,440.00 | $12,242,671,577 | 0.03% | 254,629,638 | 78.4% | 10,678,078 | 3.3% | 1.3 |
| 7/9/2003 | 7,382,523 | -- | -- | 21 | 74 | 324,637,000 | 3,475,626 | $37.89 | $12,300,495,930.00 | $12,168,804,461 | 0.11% | 254,629,638 | 78.4% | 10,678,078 | 3.3% | 1.3 |
| 7/10/2003 | 7,892,651 | -- | -- | 21 | 74 | 324,637,000 | 3,475,626 | $37.39 | $12,138,177,430.00 | $12,008,223,774 | 0.03% | 254,629,638 | 78.4% | 10,678,078 | 3.3% | 1.3 |
| 7/11/2003 | 5,698,786 | 33,898,205 | 10.4% | 21 | 74 | 324,637,000 | 3,475,626 | $37.55 | $12,190,119,350.00 | $12,059,609,594 | 0.05% | 254,629,638 | 78.4% | 10,678,078 | 3.3% | 1.3 |
| 7/14/2003 | 5,667,433 | -- | -- | 21 | 74 | 324,637,000 | 3,475,626 | $37.99 | $12,331,661,082.00 | $12,199,635,953 | 0.08% | 254,629,638 | 78.4% | 10,678,078 | 3.3% | 1.4 |
| 7/15/2003 | 6,572,658 | -- | -- | 21 | 74 | 324,637,000 | 3,475,626 | $38.31 | $12,436,843,470.00 | $12,303,692,238 | 0.03% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.3 |
| 7/16/2003 | 5,458,818 | -- | -- | 21 | 75 | 324,637,000 | 3,475,626 | $38.50 | $12,498,524,500.00 | $12,364,712,899 | 0.00% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.3 |
| 7/17/2003 | 5,873,382 | -- | -- | 21 | 74 | 324,637,000 | 3,475,626 | $36.77 | $11,936,902,490.00 | $11,809,103,722 | 0.14% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.3 |
| 7/18/2003 | 5,988,303 | 29,560,594 | 9.1% | 21 | 74 | 324,637,000 | 3,475,626 | $36.76 | $11,933,656,120.00 | $11,805,892,108 | N/A | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.3 |
| 7/21/2003 | 4,822,998 | -- | -- | 21 | 74 | 324,637,000 | 3,475,626 | $36.05 | $11,703,163,850.00 | $11,577,867,533 | 0.03% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.4 |
| 7/22/2003 | 7,875,661 | -- | -- | 21 | 74 | 324,637,000 | 3,475,626 | $36.55 | $11,865,482,350.00 | $11,738,448,230 | N/A | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.4 |
| 7/23/2003 | 7,711,317 | -- | -- | 21 | 74 | 324,637,000 | 3,475,626 | $37.57 | $12,196,612,090.00 | $12,066,032,821 | 0.00% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.4 |
| 7/24/2003 | 8,998,927 | -- | -- | 21 | 73 | 324,637,000 | 3,475,626 | $37.46 | $12,160,902,020.00 | $12,030,705,070 | 0.08% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.4 |
| 7/25/2003 | 5,139,752 | 34,548,655 | 10.6% | 21 | 73 | 324,637,000 | 3,475,626 | $37.96 | $12,323,220,520.00 | $12,191,285,757 | 0.11% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.4 |
| 7/28/2003 | 4,826,520 | -- | -- | 21 | 73 | 324,637,000 | 3,475,626 | $38.59 | $12,527,741,830.00 | $12,393,617,423 | 0.03% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.4 |
| 7/29/2003 | 5,306,350 | -- | -- | 21 | 73 | 324,637,000 | 3,475,626 | $37.95 | $12,319,974,150.00 | $12,188,074,143 | 0.18% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.4 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | Weekly Vol. / Shares Outstanding | Analysts | Market Makers | Shares Outstanding | Insider Holdings | Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Inst. Holdings | Inst. Holdings as Percent of Outstanding Shares | Short Interest | Short Interest to Shares Outstanding | Short Interest Ratio (days) |
| 7/30/2003 | 4,427,546 | -- | -- | 19 | 73 | 324,637,000 | 3,475,626 | $37.52 | $12,180,380,240.00 | $12,049,974,752 | N/A | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.5 |
| 7/31/2003 | 9,855,742 | -- | -- | 19 | 73 | 324,637,000 | 3,475,626 | $38.93 | $12,638,118,410.00 | $12,502,812,290 | N/A | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.5 |
| 8/1/2003 | 6,171,868 | 30,588,026 | 9.4% | 19 | 74 | 324,637,000 | 3,475,626 | $39.11 | $12,696,553,070.00 | $12,560,621,337 | 0.00% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.5 |
| 8/4/2003 | 5,169,958 | -- | -- | 20 | 73 | 324,637,000 | 3,475,626 | $39.43 | $12,800,436,910.00 | $12,663,392,977 | 0.03% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.5 |
| 8/5/2003 | 4,407,275 | -- | -- | 20 | 73 | 324,637,000 | 3,475,626 | $38.01 | $12,339,452,370.00 | $12,207,343,826 | 0.00% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.6 |
| 8/6/2003 | 6,136,857 | -- | -- | 20 | 73 | 324,637,000 | 3,475,626 | $38.28 | $12,427,104,360.00 | $12,294,057,397 | N/A | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.6 |
| 8/7/2003 | 5,425,926 | -- | -- | 20 | 74 | 324,637,000 | 3,475,626 | $38.37 | $12,456,321,690.00 | $12,322,961,920 | 0.21% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.6 |
| 8/8/2003 | 5,628,951 | 26,768,967 | 8.2% | 20 | 74 | 324,637,000 | 3,475,626 | $37.21 | $12,079,742,770.00 | $11,950,414,727 | 0.30% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.6 |
| 8/11/2003 | 4,924,429 | -- | -- | 20 | 75 | 324,637,000 | 3,475,626 | $38.78 | $12,589,422,860.00 | $12,454,638,084 | 0.00% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.6 |
| 8/12/2003 | 8,266,526 | -- | -- | 20 | 75 | 324,637,000 | 3,475,626 | $39.75 | $12,904,320,750.00 | $12,766,164,617 | 0.08% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.6 |
| 8/13/2003 | 10,534,218 | -- | -- | 21 | 74 | 324,637,000 | 3,475,626 | $39.44 | $12,803,683,280.00 | $12,666,604,591 | 0.08% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.5 |
| 8/14/2003 | 4,942,077 | -- | -- | 21 | 74 | 324,637,000 | 3,475,626 | $39.96 | $12,972,494,520.00 | $12,833,608,505 | 0.03% | 254,629,638 | 78.4% | 9,636,643 | 3.0% | 1.5 |
| 8/15/2003 | 3,213,690 | 31,880,940 | 9.8% | 21 | 73 | 324,637,000 | 3,475,626 | $39.96 | $12,972,494,520.00 | $12,833,608,505 | 0.03% | 254,629,638 | 78.4% | 11,782,819 | 3.6% | 1.8 |
| 8/18/2003 | 9,791,372 | -- | -- | 22 | 74 | 324,637,000 | 3,475,626 | $41.93 | $13,612,029,410.00 | $13,466,296,412 | N/A | 254,629,638 | 78.4% | 11,782,819 | 3.6% | 1.7 |
| 8/19/2003 | 6,827,918 | -- | -- | 22 | 72 | 324,637,000 | 3,475,626 | $42.41 | $13,767,855,170.00 | $13,620,453,871 | 0.09% | 254,629,638 | 78.4% | 11,782,819 | 3.6% | 1.8 |
| 8/20/2003 | 6,728,029 | -- | -- | 22 | 74 | 324,637,000 | 3,475,626 | $42.48 | $13,790,579,760.00 | $13,642,935,168 | 0.02% | 254,629,638 | 78.4% | 11,782,819 | 3.6% | 1.9 |
| 8/21/2003 | 6,811,609 | -- | -- | 22 | 74 | 324,637,000 | 3,475,626 | $43.65 | $14,170,729,687.00 | $14,019,015,136 | 0.00% | 254,629,638 | 78.4% | 11,782,819 | 3.6% | 1.8 |
| 8/22/2003 | 9,193,454 | 39,352,382 | 12.1% | 22 | 74 | 324,637,000 | 3,475,626 | $44.06 | $14,212,007,860.00 | $14,060,444,954 | 0.05% | 254,629,638 | 78.4% | 11,782,819 | 3.6% | 1.8 |
| 8/25/2003 | 4,561,057 | -- | -- | 22 | 74 | 324,637,000 | 3,475,626 | $43.57 | $14,144,434,090.00 | $13,993,001,065 | 0.02% | 254,629,638 | 78.4% | 11,782,819 | 3.6% | 1.8 |
| 8/26/2003 | 6,761,984 | -- | -- | 22 | 75 | 324,637,000 | 3,475,626 | $43.26 | $14,043,796,620.00 | $13,893,441,039 | 0.05% | 254,629,638 | 78.4% | 11,782,819 | 3.6% | 1.8 |
| 8/27/2003 | 5,481,194 | -- | -- | 22 | 74 | 324,637,000 | 3,475,626 | $44.61 | $14,482,056,570.00 | $14,327,008,894 | 0.09% | 254,629,638 | 78.4% | 11,782,819 | 3.6% | 1.9 |
| 8/28/2003 | 4,552,902 | -- | -- | 22 | 74 | 324,637,000 | 3,475,626 | $44.96 | $14,595,679,520.00 | $14,439,415,375 | N/A | 254,629,638 | 78.4% | 11,782,819 | 3.6% | 1.9 |
| 8/29/2003 | 4,014,875 | 25,372,012 | 7.8% | 22 | 74 | 324,637,000 | 3,475,626 | $44.96 | $14,716,115,625.44 | $14,559,851,480 | 0.02% | 254,629,638 | 78.4% | 11,782,819 | 3.6% | 1.9 |
| 9/2/2003 | 6,794,313 | -- | -- | 22 | 74 | 327,315,739 | 3,475,626 | $45.55 | $14,909,231,911.45 | $14,750,917,147 | 0.02% | 254,629,638 | 77.8% | 11,782,819 | 3.6% | 1.9 |
| 9/3/2003 | 9,334,793 | -- | -- | 22 | 75 | 327,315,739 | 3,475,626 | $42.92 | $14,048,391,517.88 | $13,899,217,650 | N/A | 254,629,638 | 77.8% | 11,782,819 | 3.6% | 1.8 |
| 9/4/2003 | 8,291,451 | -- | -- | 22 | 74 | 327,315,739 | 3,475,626 | $43.70 | $14,117,127,823.07 | $13,967,224,074 | 0.00% | 254,629,638 | 77.8% | 11,782,819 | 3.6% | 1.8 |
| 9/5/2003 | 8,705,918 | 33,126,475 | 10.1% | 22 | 69 | 327,315,739 | 3,475,626 | $42.70 | $13,976,382,055.30 | $13,827,972,825 | 0.02% | 254,629,638 | 77.8% | 11,782,819 | 3.6% | 1.7 |
| 9/8/2003 | 5,535,939 | -- | -- | 22 | 74 | 327,315,739 | 3,475,626 | $43.75 | $14,320,063,581.25 | $14,168,004,944 | 0.23% | 254,629,638 | 77.8% | 11,782,819 | 3.6% | 1.7 |
| 9/9/2003 | 6,127,862 | -- | -- | 22 | 74 | 327,315,739 | 3,475,626 | $43.00 | $14,074,576,777.00 | $13,925,124,859 | 0.05% | 254,629,638 | 77.8% | 11,782,819 | 3.6% | 1.7 |
| 9/10/2003 | 6,633,932 | -- | -- | 23 | 74 | 327,315,739 | 3,475,626 | $41.23 | $13,495,227,918.97 | $13,351,927,859 | 0.00% | 254,629,638 | 77.8% | 11,782,819 | 3.6% | 1.6 |
| 9/11/2003 | 8,004,035 | -- | -- | 23 | 74 | 327,315,739 | 3,475,626 | $42.03 | $13,757,080,510.17 | $13,610,999,949 | 0.07% | 254,629,638 | 77.8% | 11,782,819 | 3.6% | 1.6 |
| 9/12/2003 | 5,527,449 | 31,829,217 | 9.7% | 23 | 74 | 327,315,739 | 3,475,626 | $42.23 | $13,822,543,657.97 | $13,675,767,972 | N/A | 254,629,638 | 77.8% | 11,782,819 | 3.6% | 1.6 |
| 9/15/2003 | 4,919,667 | -- | -- | 23 | 74 | 327,315,739 | 3,475,626 | $41.26 | $13,505,047,391.14 | $13,361,643,062 | N/A | 254,629,638 | 77.8% | 10,695,703 | 3.3% | 1.6 |
| 9/16/2003 | 6,302,198 | -- | -- | 23 | 74 | 327,315,739 | 3,475,626 | $43.41 | $14,208,776,229.99 | $14,057,899,305 | 0.07% | 254,629,638 | 77.8% | 10,695,703 | 3.3% | 1.6 |
| 9/17/2003 | 7,811,405 | -- | -- | 23 | 74 | 327,315,739 | 3,475,626 | $42.91 | $14,045,118,360.49 | $13,895,979,249 | N/A | 254,629,638 | 77.8% | 10,695,703 | 3.3% | 1.6 |
| 9/18/2003 | 6,263,175 | -- | -- | 23 | 74 | 327,315,739 | 3,475,626 | $43.53 | $14,248,054,118.67 | $14,096,760,119 | N/A | 254,629,638 | 77.8% | 10,695,703 | 3.3% | 1.6 |
| 9/19/2003 | 5,906,830 | 31,203,275 | 9.5% | 23 | 74 | 327,315,739 | 3,475,626 | $43.56 | $14,189,137,285.65 | $14,038,468,899 | 0.00% | 254,629,638 | 77.8% | 10,695,703 | 3.3% | 1.6 |
| 9/22/2003 | 6,603,442 | -- | -- | 23 | 74 | 327,315,739 | 3,475,626 | $41.98 | $13,740,714,723.22 | $13,594,807,944 | N/A | 254,629,638 | 77.8% | 10,695,703 | 3.3% | 1.7 |
| 9/23/2003 | 8,742,166 | -- | -- | 23 | 74 | 327,315,739 | 3,475,626 | $42.37 | $13,868,367,861.43 | $13,721,105,588 | N/A | 254,629,638 | 77.8% | 10,695,703 | 3.3% | 1.6 |
| 9/24/2003 | 6,856,199 | -- | -- | 23 | 73 | 327,315,739 | 3,475,626 | $39.83 | $13,037,640,515.85 | $12,899,199,381 | 0.00% | 254,629,638 | 77.8% | 10,695,703 | 3.3% | 1.6 |
| 9/25/2003 | 7,832,749 | -- | -- | 23 | 74 | 327,315,739 | 3,475,626 | $39.72 | $13,000,981,153.08 | $12,862,929,288 | 0.08% | 254,629,638 | 77.8% | 10,695,703 | 3.3% | 1.6 |
| 9/26/2003 | 6,641,042 | 36,675,598 | 11.2% | 23 | 74 | 327,315,739 | 3,475,626 | $39.95 | $13,076,263,773.05 | $12,937,412,514 | N/A | 254,629,638 | 77.8% | 10,695,703 | 3.3% | 1.6 |
| 9/29/2003 | 6,012,571 | -- | -- | 23 | 74 | 327,315,739 | 3,475,626 | $40.66 | $13,308,657,947.74 | $13,167,338,905 | 0.05% | 254,629,638 | 77.8% | 10,695,703 | 3.3% | 1.5 |
| 9/30/2003 | 7,709,240 | -- | -- | 23 | 74 | 327,315,739 | 3,475,626 | $39.39 | $12,892,966,959.21 | $12,756,347,944 | 0.03% | 253,008,696 | 77.3% | 10,695,703 | 3.3% | 1.5 |
| 10/1/2003 | 6,974,843 | -- | -- | 23 | 74 | 327,315,739 | 3,468,368 | $40.83 | $13,364,301,623.37 | $13,222,688,158 | N/A | 253,008,696 | 77.3% | 10,695,703 | 3.3% | 1.6 |
| 10/2/2003 | 6,221,907 | -- | -- | 23 | 75 | 327,315,739 | 3,468,368 | $40.98 | $13,413,398,984.22 | $13,271,265,264 | 0.07% | 253,008,696 | 77.3% | 10,695,703 | 3.3% | 1.6 |
| 10/3/2003 | 6,675,804 | 33,594,365 | 10.3% | 23 | 75 | 327,315,739 | 3,468,368 | $42.48 | $13,904,372,592.72 | $13,757,036,320 | N/A | 253,008,696 | 77.3% | 10,695,703 | 3.3% | 1.6 |
| 10/6/2003 | 3,823,186 | -- | -- | 23 | 75 | 327,315,739 | 3,468,368 | $42.87 | $14,032,025,730.93 | $13,883,336,795 | 0.02% | 253,008,696 | 77.3% | 10,695,703 | 3.3% | 1.6 |
| 10/7/2003 | 6,671,072 | -- | -- | 24 | 74 | 327,315,739 | 3,468,368 | $43.67 | $14,293,878,322.13 | $14,142,414,692 | N/A | 253,008,696 | 77.3% | 10,695,703 | 3.3% | 1.6 |
| 10/8/2003 | 6,532,861 | -- | -- | 24 | 74 | 327,315,739 | 3,468,368 | $43.95 | $14,385,526,729.05 | $14,233,091,955 | 0.20% | 253,008,696 | 77.3% | 10,695,703 | 3.3% | 1.6 |
| 10/9/2003 | 7,553,536 | -- | -- | 24 | 74 | 327,315,739 | 3,468,368 | $43.97 | $14,392,073,043.83 | $14,239,568,903 | 0.00% | 253,008,696 | 77.3% | 10,695,703 | 3.3% | 1.6 |
| 10/10/2003 | 5,185,813 | 29,766,468 | 9.1% | 24 | 75 | 327,315,739 | 3,468,368 | $44.82 | $14,670,291,421.98 | $14,514,839,168 | 0.04% | 253,008,696 | 77.3% | 10,695,703 | 3.3% | 1.6 |
| 10/13/2003 | 4,039,364 | -- | -- | 24 | 75 | 327,315,739 | 3,468,368 | $44.45 | $14,663,745,107.20 | $14,508,362,221 | 0.02% | 253,008,696 | 77.3% | 10,695,703 | 3.3% | 1.6 |
| 10/14/2003 | 4,223,018 | -- | -- | 25 | 74 | 327,315,739 | 3,468,368 | $45.56 | $14,912,505,068.84 | $14,754,486,223 | 0.04% | 253,008,696 | 77.3% | 10,695,703 | 3.3% | 1.7 |
| 10/15/2003 | 8,527,779 | -- | -- | 25 | 74 | 327,315,739 | 3,468,368 | $44.95 | $14,712,842,468.05 | $14,556,939,326 | 0.02% | 253,008,696 | 77.3% | 10,410,466 | 3.2% | 1.6 |
| 10/16/2003 | 4,467,492 | -- | -- | 25 | 74 | 327,315,739 | 3,468,368 | $45.75 | $14,974,695,059.25 | $14,816,017,223 | N/A | 253,008,696 | 77.3% | 10,410,466 | 3.2% | 1.6 |
| 10/17/2003 | 5,192,574 | 26,450,227 | 8.1% | 25 | 75 | 327,315,739 | 3,468,368 | $44.29 | $14,496,814,080.31 | $14,343,200,062 | 0.02% | 253,008,696 | 77.3% | 10,410,466 | 3.2% | 1.6 |
| 10/20/2003 | 5,211,296 | -- | -- | 25 | 74 | 327,315,739 | 3,468,368 | $45.34 | $14,840,495,606.26 | $14,683,239,801 | N/A | 253,008,696 | 77.3% | 10,410,466 | 3.2% | 1.6 |
| 10/21/2003 | 5,034,833 | -- | -- | 25 | 75 | 327,315,739 | 3,468,368 | $45.82 | $14,997,607,160.98 | $14,838,686,539 | 0.02% | 253,008,696 | 77.3% | 10,410,466 | 3.2% | 1.7 |
| 10/22/2003 | 4,604,734 | -- | -- | 25 | 75 | 327,315,739 | 3,468,368 | $44.86 | $14,683,384,051.54 | $14,527,793,063 | N/A | 253,008,696 | 77.3% | 10,410,466 | 3.2% | 1.6 |
| 10/23/2003 | 3,987,652 | -- | -- | 25 | 74 | 327,315,739 | 3,468,368 | $44.48 | $14,559,004,070.72 | $14,404,731,062 | 0.02% | 253,008,696 | 77.3% | 10,410,466 | 3.2% | 1.6 |
| 10/24/2003 | 5,911,230 | 24,749,745 | 7.6% | 25 | 75 | 327,315,739 | 3,468,368 | $44.75 | $14,647,379,320.25 | $14,492,169,852 | N/A | 253,008,696 | 77.3% | 10,410,466 | 3.2% | 1.6 |
| 10/27/2003 | 5,081,741 | -- | -- | 25 | 74 | 327,315,739 | 3,468,368 | $44.78 | $14,657,198,792.42 | $14,501,885,273 | N/A | 253,008,696 | 77.3% | 10,410,466 | 3.2% | 1.8 |
| 10/28/2003 | 7,181,694 | -- | -- | 25 | 76 | 327,315,739 | 3,468,368 | $47.25 | $15,465,668,667.75 | $15,301,788,280 | 0.11% | 253,008,696 | 77.3% | 10,410,466 | 3.2% | 1.8 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] | [2] | [3] | [4] Weekly Vol. / Shares Outstanding | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] Inst. Holdings as Percent of Outstanding Shares | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | | Analysts | Market Makers | Shares Outstanding | Insider Holdings | Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Inst. Holdings | | Short Interest | Short Interest to Shares Outstanding | Short Interest Ratio (days) |
| 10/29/2003 | 8,760,817 | -- | -- | 25 | 75 | 327,315,739 | 3,468,368 | $48.24 | $15,789,711,249.36 | $15,622,397,177 | 0.04% | 253,008,696 | 77.3% | 10,410,466 | 3.2% | 1.8 |
| 10/30/2003 | 10,097,536 | -- | -- | 25 | 75 | 327,315,739 | 3,468,368 | $49.64 | $16,182,490,136.16 | $16,011,014,022 | 0.02% | 253,008,696 | 77.3% | 10,410,466 | 3.2% | 1.8 |
| 10/31/2003 | 6,985,779 | 38,107,567 | 11.6% | 25 | 75 | 328,599,280 | 3,468,368 | $49.64 | $16,311,668,259.20 | $16,139,498,472 | N/A | 253,008,696 | 77.0% | 10,410,466 | 3.2% | 1.7 |
| 11/3/2003 | 8,110,601 | -- | -- | 25 | 75 | 328,599,280 | 3,468,368 | $50.06 | $16,449,679,956.80 | $16,276,053,455 | 0.02% | 253,008,696 | 77.0% | 10,410,466 | 3.2% | 1.7 |
| 11/4/2003 | 5,477,626 | -- | -- | 25 | 75 | 328,599,280 | 3,468,368 | $49.64 | $16,311,668,259.20 | $16,139,498,472 | 0.06% | 253,008,696 | 77.0% | 10,410,466 | 3.2% | 1.7 |
| 11/5/2003 | 5,425,928 | -- | -- | 25 | 75 | 328,599,280 | 3,468,368 | $50.35 | $16,544,973,748.00 | $16,370,341,419 | N/A | 253,008,696 | 77.0% | 10,410,466 | 3.2% | 1.7 |
| 11/6/2003 | 7,250,047 | -- | -- | 26 | 75 | 328,599,280 | 3,468,368 | $50.21 | $16,498,969,848.80 | $16,324,823,092 | 0.02% | 253,008,696 | 77.0% | 10,410,466 | 3.2% | 1.7 |
| 11/7/2003 | 8,645,009 | 34,909,211 | 10.6% | 25 | 75 | 328,599,280 | 3,468,368 | $51.74 | $17,001,726,747.20 | $16,822,273,387 | N/A | 253,008,696 | 77.0% | 10,410,466 | 3.2% | 1.7 |
| 11/10/2003 | 5,292,447 | -- | -- | 24 | 75 | 328,599,280 | 3,468,368 | $50.64 | $16,640,267,539.20 | $16,464,629,384 | 0.02% | 253,008,696 | 77.0% | 10,410,466 | 3.2% | 1.7 |
| 11/11/2003 | 4,022,988 | -- | -- | 24 | 77 | 328,599,280 | 3,468,368 | $50.78 | $16,686,271,438.40 | $16,510,147,711 | 0.04% | 253,008,696 | 77.0% | 10,410,466 | 3.2% | 1.7 |
| 11/12/2003 | 6,216,361 | -- | -- | 24 | 77 | 328,599,280 | 3,468,368 | $52.95 | $17,399,331,876.00 | $17,215,681,790 | 0.11% | 253,008,696 | 77.0% | 10,410,466 | 3.2% | 1.7 |
| 11/13/2003 | 7,826,398 | -- | -- | 24 | 77 | 328,599,280 | 3,468,368 | $53.31 | $17,517,627,616.80 | $17,332,728,919 | 0.00% | 253,008,696 | 77.0% | 10,410,466 | 3.2% | 1.6 |
| 11/14/2003 | 8,255,198 | 31,613,392 | 9.6% | 24 | 77 | 328,599,280 | 3,468,368 | $52.12 | $17,126,594,473.60 | $16,945,823,133 | N/A | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 1.9 |
| 11/17/2003 | 7,233,633 | -- | -- | 24 | 76 | 328,599,280 | 3,468,368 | $51.13 | $16,801,281,186.40 | $16,623,943,531 | 0.02% | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 1.9 |
| 11/18/2003 | 5,393,199 | -- | -- | 24 | 76 | 328,599,280 | 3,468,368 | $49.92 | $16,403,676,057.60 | $16,230,535,127 | 0.00% | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 1.9 |
| 11/19/2003 | 5,914,174 | -- | -- | 24 | 76 | 328,599,280 | 3,468,368 | $50.50 | $16,594,263,640.00 | $16,419,111,056 | 0.18% | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 1.9 |
| 11/20/2003 | 8,008,111 | -- | -- | 24 | 75 | 328,599,280 | 3,468,368 | $49.15 | $16,150,654,612.00 | $15,980,184,325 | 0.00% | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 1.8 |
| 11/21/2003 | 5,301,177 | 31,850,294 | 9.7% | 24 | 75 | 328,599,280 | 3,468,368 | $50.36 | $16,548,259,740.80 | $16,373,592,728 | 0.02% | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 1.8 |
| 11/24/2003 | 6,070,158 | -- | -- | 24 | 75 | 328,599,280 | 3,468,368 | $51.22 | $16,830,855,121.60 | $16,653,205,313 | 0.00% | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 1.8 |
| 11/25/2003 | 4,631,584 | -- | -- | 24 | 75 | 328,599,280 | 3,468,368 | $51.47 | $16,913,004,941.60 | $16,734,488,041 | 0.00% | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 1.8 |
| 11/26/2003 | 3,789,710 | -- | -- | 24 | 75 | 328,599,280 | 3,468,368 | $51.30 | $16,857,143,064.00 | $16,679,215,786 | 0.02% | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 1.9 |
| 11/28/2003 | 1,394,818 | 15,886,270 | 4.8% | 24 | 75 | 328,599,280 | 3,468,368 | $52.17 | $17,143,024,437.60 | $16,962,079,679 | 0.04% | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 2.1 |
| 12/1/2003 | 5,310,514 | -- | -- | 24 | 75 | 328,599,280 | 3,468,368 | $51.92 | $17,060,874,617.60 | $16,880,796,951 | 0.04% | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 2.1 |
| 12/2/2003 | 4,875,639 | -- | -- | 24 | 75 | 328,599,280 | 3,468,368 | $51.34 | $16,870,287,035.20 | $16,692,221,022 | 0.00% | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 2.1 |
| 12/3/2003 | 5,370,105 | -- | -- | 24 | 76 | 328,599,280 | 3,468,368 | $50.80 | $16,692,843,424.00 | $16,516,650,330 | 0.02% | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 2.1 |
| 12/4/2003 | 6,168,191 | -- | -- | 24 | 76 | 328,599,280 | 3,468,368 | $50.76 | $16,679,563,280.00 | $16,581,676,512 | N/A | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 2.1 |
| 12/5/2003 | 5,589,365 | 27,313,814 | 8.3% | 24 | 76 | 328,599,280 | 3,468,368 | $49.76 | $16,351,100,172.80 | $16,178,514,181 | 0.10% | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 2.2 |
| 12/8/2003 | 4,257,266 | -- | -- | 24 | 76 | 328,599,280 | 3,468,368 | $50.35 | $16,544,973,748.00 | $16,370,341,419 | 0.00% | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 2.2 |
| 12/9/2003 | 7,428,293 | -- | -- | 24 | 76 | 328,599,280 | 3,468,368 | $48.26 | $15,858,201,252.80 | $15,690,817,813 | 0.04% | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 2.2 |
| 12/10/2003 | 6,719,325 | -- | -- | 24 | 77 | 328,599,280 | 3,468,368 | $49.60 | $16,298,524,288.00 | $16,126,493,235 | N/A | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 2.1 |
| 12/11/2003 | 4,935,891 | -- | -- | 24 | 77 | 328,599,280 | 3,468,368 | $50.79 | $16,689,557,431.20 | $16,513,399,020 | 0.06% | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 2.2 |
| 12/12/2003 | 4,524,778 | 27,865,553 | 8.5% | 24 | 77 | 328,599,280 | 3,468,368 | $50.17 | $16,485,825,877.60 | $16,311,817,855 | N/A | 253,008,696 | 77.0% | 12,430,664 | 3.8% | 2.2 |
| 12/15/2003 | 6,790,443 | -- | -- | 24 | 77 | 328,599,280 | 3,468,368 | $48.37 | $15,894,347,173.60 | $15,726,582,213 | 0.10% | 253,008,696 | 77.0% | 10,850,786 | 3.3% | 2.0 |
| 12/16/2003 | 7,300,695 | -- | -- | 24 | 77 | 328,599,280 | 3,468,368 | $47.92 | $15,746,477,497.60 | $15,580,273,303 | 0.06% | 253,008,696 | 77.0% | 10,850,786 | 3.3% | 2.0 |
| 12/17/2003 | 7,294,827 | -- | -- | 24 | 77 | 328,599,280 | 3,468,368 | $47.10 | $15,477,026,088.00 | $15,313,665,955 | 0.04% | 253,008,696 | 77.0% | 10,850,786 | 3.3% | 2.0 |
| 12/18/2003 | 6,230,245 | -- | -- | 24 | 77 | 328,599,280 | 3,468,368 | $48.81 | $16,038,930,856.80 | $15,869,639,815 | 0.00% | 253,008,696 | 77.0% | 10,850,786 | 3.3% | 1.9 |
| 12/19/2003 | 8,050,449 | 35,666,659 | 10.9% | 24 | 77 | 328,599,280 | 3,468,368 | $48.49 | $15,933,779,087.20 | $15,765,597,923 | N/A | 253,008,696 | 77.0% | 10,850,786 | 3.3% | 1.9 |
| 12/22/2003 | 4,206,784 | -- | -- | 24 | 77 | 328,599,280 | 3,468,368 | $48.23 | $15,848,343,274.40 | $15,681,063,886 | N/A | 253,008,696 | 77.0% | 10,850,786 | 3.3% | 2.0 |
| 12/23/2003 | 3,607,293 | -- | -- | 24 | 78 | 328,599,280 | 3,468,368 | $48.86 | $16,055,360,820.80 | $15,885,896,360 | 0.06% | 253,008,696 | 77.0% | 10,850,786 | 3.3% | 2.0 |
| 12/24/2003 | 1,268,723 | -- | -- | 24 | 79 | 328,599,280 | 3,468,368 | $48.80 | $16,035,644,864.00 | $15,866,388,506 | 0.14% | 253,008,696 | 77.0% | 10,850,786 | 3.3% | 2.1 |
| 12/26/2003 | 999,753 | 10,082,553 | 3.1% | 24 | 78 | 328,599,280 | 3,468,368 | $48.49 | $15,933,779,087.20 | $15,765,597,923 | 0.02% | 253,008,696 | 77.0% | 10,850,786 | 3.3% | 2.1 |
| 12/29/2003 | 3,128,989 | -- | -- | 24 | 78 | 328,599,280 | 3,468,368 | $49.94 | $16,410,248,043.20 | $16,237,037,745 | N/A | 253,008,696 | 77.0% | 10,850,786 | 3.3% | 2.1 |
| 12/30/2003 | 3,530,355 | -- | -- | 24 | 78 | 328,599,280 | 3,468,368 | $49.40 | $16,232,804,432.00 | $16,061,467,053 | N/A | 253,008,696 | 77.0% | 10,850,786 | 3.3% | 2.1 |
| 12/31/2003 | 3,558,360 | -- | -- | 24 | 78 | 328,599,280 | 4,487,197 | $49.58 | $16,291,952,302.40 | $16,069,477,075 | N/A | 260,733,827 | 79.3% | 10,850,786 | 3.3% | 2.1 |
| 1/2/2004 | 3,660,555 | 13,868,259 | 4.2% | 24 | 77 | 328,599,280 | 4,487,197 | $49.32 | $16,206,516,489.60 | $15,985,207,934 | N/A | 260,733,827 | 79.3% | 10,850,786 | 3.3% | 2.2 |
| 1/5/2004 | 5,216,853 | -- | -- | 24 | 78 | 328,599,280 | 4,487,197 | $50.28 | $16,521,971,798.40 | $16,296,355,533 | N/A | 260,733,827 | 79.3% | 10,850,786 | 3.3% | 2.2 |
| 1/6/2004 | 6,494,727 | -- | -- | 24 | 78 | 328,599,280 | 4,487,197 | $51.89 | $17,051,016,639.20 | $16,818,175,987 | 0.02% | 260,733,827 | 79.3% | 10,850,786 | 3.3% | 2.1 |
| 1/7/2004 | 7,565,946 | -- | -- | 24 | 78 | 328,599,280 | 4,487,197 | $51.15 | $17,465,051,732.00 | $17,226,557,211 | 0.02% | 260,733,827 | 79.3% | 10,850,786 | 3.3% | 2.1 |
| 1/8/2004 | 7,406,732 | -- | -- | 24 | 77 | 328,599,280 | 4,487,197 | $54.32 | $17,849,512,889.60 | $17,605,768,349 | N/A | 260,733,827 | 79.3% | 10,850,786 | 3.3% | 2.1 |
| 1/9/2004 | 8,171,276 | 34,855,554 | 10.6% | 24 | 77 | 328,599,280 | 4,487,197 | $54.05 | $17,760,791,084.00 | $17,518,258,086 | 0.02% | 260,733,827 | 79.3% | 10,850,786 | 3.3% | 2.1 |
| 1/12/2004 | 8,210,010 | -- | -- | 24 | 77 | 328,599,280 | 4,487,197 | $55.99 | $18,398,273,687.20 | $18,147,035,527 | 0.04% | 260,733,827 | 79.3% | 10,850,786 | 3.3% | 2.0 |
| 1/13/2004 | 5,217,310 | -- | -- | 24 | 76 | 328,599,280 | 4,487,197 | $55.28 | $18,164,968,198.40 | $17,916,915,948 | 0.06% | 260,733,827 | 79.3% | 10,850,786 | 3.3% | 2.0 |
| 1/14/2004 | 5,093,716 | -- | -- | 24 | 78 | 328,599,280 | 4,487,197 | $57.16 | $18,782,835,164.80 | $18,226,352,371 | N/A | 260,733,827 | 79.3% | 10,850,786 | 3.3% | 2.0 |
| 1/15/2004 | 5,485,349 | -- | -- | 24 | 77 | 328,599,280 | 4,487,197 | $55.52 | $18,243,832,025.60 | $17,994,702,848 | 0.02% | 260,733,827 | 79.3% | 11,089,592 | 3.4% | 2.1 |
| 1/16/2004 | 6,208,382 | 30,214,767 | 9.2% | 24 | 78 | 328,599,280 | 4,487,197 | $55.38 | $18,197,828,126.40 | $17,949,327,157 | 0.09% | 260,733,827 | 79.3% | 11,089,592 | 3.4% | 2.1 |
| 1/20/2004 | 4,614,789 | -- | -- | 25 | 78 | 328,599,280 | 4,487,197 | $54.74 | $17,987,524,587.20 | $17,741,895,423 | N/A | 260,733,827 | 79.3% | 11,089,592 | 3.4% | 2.2 |
| 1/21/2004 | 5,096,167 | -- | -- | 25 | 80 | 328,599,280 | 4,487,197 | $53.66 | $17,632,637,364.80 | $17,391,854,374 | 0.00% | 260,733,827 | 79.3% | 11,089,592 | 3.4% | 2.2 |
| 1/22/2004 | 6,625,999 | -- | -- | 25 | 78 | 328,599,280 | 4,487,197 | $53.62 | $17,619,493,393.60 | $17,378,889,890 | 0.00% | 260,733,827 | 79.3% | 11,089,592 | 3.4% | 2.2 |
| 1/23/2004 | 6,452,472 | 22,789,427 | 6.9% | 25 | 78 | 328,599,280 | 4,487,197 | $53.71 | $17,649,067,328.80 | $17,408,059,978 | 0.04% | 260,733,827 | 79.3% | 11,089,592 | 3.4% | 2.1 |
| 1/26/2004 | 3,835,884 | -- | -- | 24 | 78 | 328,599,280 | 4,487,197 | $55.14 | $18,118,964,299.20 | $17,871,540,257 | N/A | 260,733,827 | 79.3% | 11,089,592 | 3.4% | 2.1 |
| 1/27/2004 | 5,486,778 | -- | -- | 18 | 78 | 328,599,280 | 4,487,197 | $52.09 | $17,116,736,095.20 | $16,882,998,403 | 0.02% | 260,733,827 | 79.5% | 11,089,592 | 3.4% | 2.1 |
| 1/28/2004 | 5,657,859 | -- | -- | 18 | 78 | 328,013,661 | 4,487,197 | $51.72 | $16,964,866,546.92 | $16,732,788,718 | N/A | 260,733,827 | 79.5% | 11,089,592 | 3.4% | 2.1 |
| 1/29/2004 | 7,523,252 | -- | -- | 18 | 77 | 328,013,661 | 4,487,197 | $51.00 | $16,728,696,711.00 | $16,499,849,664 | 0.02% | 260,733,827 | 79.5% | 11,089,592 | 3.4% | 1.9 |
| 1/30/2004 | 5,710,386 | 28,214,159 | 8.6% | 18 | 77 | 328,013,661 | 4,487,197 | $51.00 | $16,728,696,711.00 | $16,499,849,664 | N/A | 260,733,827 | 79.5% | 11,089,592 | 3.4% | 1.9 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | Weekly Vol. / Shares Outstanding | Analysts | Market Makers | Shares Outstanding | Insider Holdings | Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Inst. Holdings | Inst. Holdings as Percent of Outstanding Shares | Short Interest | Short Interest to Shares Outstanding | Short Interest Ratio (days) |
| 2/2/2004 | 5,243,733 | -- | -- | 18 | 77 | 328,013,661 | 4,487,197 | $50.08 | $16,426,924,142.88 | $16,202,205,317 | 0.04% | 260,733,827 | 79.5% | 11,089,592 | 3.4% | 1.8 |
| 2/3/2004 | 5,292,414 | -- | -- | 18 | 77 | 328,013,661 | 4,487,197 | $50.96 | $16,715,576,164.56 | $16,486,908,605 | N/A | 260,733,827 | 79.5% | 11,089,592 | 3.4% | 1.8 |
| 2/4/2004 | 7,525,159 | -- | -- | 18 | 77 | 328,013,661 | 4,487,197 | $48.69 | $15,970,985,154.09 | $15,752,503,532 | 0.02% | 260,733,827 | 79.5% | 11,089,592 | 3.4% | 1.8 |
| 2/5/2004 | 6,411,290 | -- | -- | 17 | 77 | 328,013,661 | 4,487,197 | $48.72 | $15,980,825,563.92 | $15,762,209,326 | N/A | 260,733,827 | 79.5% | 11,089,592 | 3.4% | 1.8 |
| 2/6/2004 | 9,873,482 | 34,346,078 | 10.5% | 24 | 77 | 328,013,661 | 4,487,197 | $52.48 | $17,214,156,929.28 | $16,978,668,831 | 0.02% | 260,733,827 | 79.5% | 11,089,592 | 3.4% | 1.8 |
| 2/9/2004 | 3,513,216 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $52.13 | $17,099,352,147.93 | $16,865,434,568 | N/A | 260,733,827 | 79.5% | 11,089,592 | 3.4% | 1.9 |
| 2/10/2004 | 5,030,402 | -- | -- | 25 | 77 | 328,013,661 | 4,487,197 | $52.38 | $17,181,355,563.18 | $16,946,316,184 | N/A | 260,733,827 | 79.5% | 11,089,592 | 3.4% | 1.9 |
| 2/11/2004 | 6,157,986 | -- | -- | 25 | 77 | 328,013,661 | 4,487,197 | $54.33 | $17,820,982,202.13 | $17,577,192,789 | N/A | 260,733,827 | 79.5% | 11,089,592 | 3.4% | 1.9 |
| 2/12/2004 | 4,262,273 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $53.42 | $17,522,489,770.62 | $17,282,783,707 | 0.00% | 260,733,827 | 79.5% | 11,089,592 | 3.4% | 1.9 |
| 2/13/2004 | 4,531,040 | 23,494,917 | 7.2% | 25 | 76 | 328,013,661 | 4,487,197 | $52.79 | $17,315,841,164.19 | $17,078,962,035 | N/A | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.6 |
| 2/17/2004 | 3,708,252 | -- | -- | 25 | 77 | 328,013,661 | 4,487,197 | $53.82 | $17,653,695,235.02 | $17,412,194,292 | 0.02% | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.6 |
| 2/18/2004 | 3,525,856 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $53.75 | $17,630,734,278.75 | $17,389,547,440 | N/A | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.6 |
| 2/19/2004 | 4,987,932 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $52.58 | $17,246,958,295.38 | $17,011,021,477 | 0.00% | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.6 |
| 2/20/2004 | 5,736,322 | 17,958,362 | 5.5% | 25 | 76 | 328,013,661 | 4,487,197 | $52.42 | $17,194,476,109.62 | $16,959,257,243 | N/A | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.6 |
| 2/23/2004 | 6,763,505 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $50.74 | $16,643,413,159.14 | $16,415,732,783 | 0.00% | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.6 |
| 2/24/2004 | 5,678,317 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $51.65 | $16,942,233,604.31 | $16,710,465,392 | N/A | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.6 |
| 2/25/2004 | 3,400,836 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $52.04 | $17,069,830,918.44 | $16,836,317,187 | N/A | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.6 |
| 2/26/2004 | 4,140,211 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $51.79 | $16,987,827,503.19 | $16,755,435,571 | N/A | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.6 |
| 2/27/2004 | 6,944,435 | 26,927,304 | 8.2% | 25 | 76 | 328,013,661 | 4,487,197 | $49.90 | $16,367,881,683.90 | $16,143,970,554 | 0.00% | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.7 |
| 3/1/2004 | 4,625,629 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $51.10 | $16,761,498,077.10 | $16,532,202,310 | 0.02% | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.7 |
| 3/2/2004 | 4,816,734 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $50.01 | $16,403,963,286.61 | $16,179,558,465 | N/A | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.7 |
| 3/3/2004 | 4,405,894 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $49.97 | $16,390,842,640.17 | $16,166,617,406 | 0.02% | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.7 |
| 3/4/2004 | 3,623,458 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $50.04 | $16,413,803,596.44 | $16,189,264,259 | N/A | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.7 |
| 3/5/2004 | 4,619,492 | 22,091,207 | 6.7% | 25 | 76 | 328,013,661 | 4,487,197 | $49.48 | $16,230,115,946.28 | $16,008,089,439 | 0.02% | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.8 |
| 3/8/2004 | 7,231,682 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $46.44 | $15,232,954,416.84 | $15,024,568,988 | 0.09% | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.8 |
| 3/9/2004 | 12,946,370 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $46.76 | $15,337,918,788.36 | $15,128,097,457 | N/A | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.7 |
| 3/10/2004 | 8,564,492 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $46.05 | $15,105,029,089.05 | $14,898,393,607 | N/A | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.8 |
| 3/11/2004 | 8,093,682 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $46.16 | $15,141,110,591.76 | $14,933,981,578 | 0.04% | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.8 |
| 3/12/2004 | 5,346,164 | 42,182,390 | 12.9% | 25 | 76 | 328,013,661 | 4,487,197 | $46.77 | $15,341,198,924.97 | $15,131,332,721 | 0.09% | 260,733,827 | 79.5% | 9,064,007 | 2.8% | 1.8 |
| 3/15/2004 | 6,187,066 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $45.88 | $15,049,266,766.68 | $14,843,394,168 | N/A | 260,733,827 | 79.5% | 10,144,403 | 3.1% | 1.8 |
| 3/16/2004 | 7,111,547 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $46.76 | $15,337,918,788.36 | $15,128,097,457 | 0.00% | 260,733,827 | 79.5% | 10,144,403 | 3.1% | 1.7 |
| 3/17/2004 | 5,696,908 | -- | -- | 25 | 77 | 328,013,661 | 4,487,197 | $47.37 | $15,538,007,121.57 | $15,325,448,600 | 0.02% | 260,733,827 | 79.5% | 10,144,403 | 3.1% | 1.7 |
| 3/18/2004 | 6,677,305 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $46.64 | $15,298,557,149.04 | $15,089,110,947 | N/A | 260,733,827 | 79.5% | 10,144,403 | 3.1% | 1.7 |
| 3/19/2004 | 6,361,556 | 32,034,382 | 9.8% | 25 | 76 | 328,013,661 | 4,487,197 | $44.92 | $14,734,373,652.12 | $14,532,808,763 | 0.07% | 260,733,827 | 79.5% | 10,144,403 | 3.1% | 1.7 |
| 3/22/2004 | 7,122,559 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $45.03 | $14,770,455,154.83 | $14,568,396,674 | 0.02% | 260,733,827 | 79.5% | 10,144,403 | 3.1% | 1.6 |
| 3/23/2004 | 8,057,380 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $44.38 | $14,557,246,275.18 | $14,358,104,472 | N/A | 260,733,827 | 79.5% | 10,144,403 | 3.1% | 1.6 |
| 3/24/2004 | 7,111,880 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $45.81 | $15,026,305,810.41 | $14,820,747,316 | 0.02% | 260,733,827 | 79.5% | 10,144,403 | 3.1% | 1.6 |
| 3/25/2004 | 5,567,992 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $47.28 | $15,508,485,892.08 | $15,296,331,218 | N/A | 260,733,827 | 79.5% | 10,144,403 | 3.1% | 1.6 |
| 3/26/2004 | 4,982,349 | 32,842,160 | 10.0% | 25 | 75 | 328,013,661 | 4,487,197 | $46.62 | $15,291,996,875.82 | $15,082,803,752 | 0.02% | 260,733,827 | 79.5% | 10,144,403 | 3.1% | 1.6 |
| 3/29/2004 | 4,396,123 | -- | -- | 25 | 76 | 328,013,661 | 4,487,197 | $46.94 | $15,396,961,247.34 | $15,186,332,220 | N/A | 260,733,827 | 79.5% | 10,144,403 | 3.1% | 1.6 |
| 3/30/2004 | 5,339,747 | -- | -- | 25 | 75 | 328,013,661 | 4,487,197 | $46.50 | $15,252,635,236.50 | $15,043,980,576 | N/A | 260,733,827 | 79.5% | 10,144,403 | 3.1% | 1.6 |
| 3/31/2004 | 4,309,322 | -- | -- | 25 | 75 | 328,013,661 | 4,548,205 | $46.97 | $15,406,801,657.17 | $15,193,172,468 | N/A | 263,226,433 | 80.2% | 10,144,403 | 3.1% | 1.6 |
| 4/1/2004 | 6,152,242 | -- | -- | 25 | 75 | 328,013,661 | 4,548,205 | $47.97 | $15,734,815,318.17 | $15,516,637,924 | N/A | 263,226,433 | 80.2% | 10,144,403 | 3.1% | 1.5 |
| 4/2/2004 | 5,145,582 | 25,343,016 | 7.7% | 25 | 74 | 328,013,661 | 4,548,205 | $49.42 | $16,210,435,126.62 | $15,985,662,836 | N/A | 263,226,433 | 80.2% | 10,144,403 | 3.1% | 1.5 |
| 4/5/2004 | 4,271,648 | -- | -- | 25 | 74 | 328,013,661 | 4,548,205 | $49.80 | $16,335,080,317.80 | $16,108,579,709 | 0.00% | 263,226,433 | 80.2% | 10,144,403 | 3.1% | 1.6 |
| 4/6/2004 | 4,241,476 | -- | -- | 25 | 74 | 328,013,661 | 4,548,205 | $48.73 | $15,984,105,700.53 | $15,762,471,671 | 0.00% | 263,226,433 | 80.2% | 10,144,403 | 3.1% | 1.7 |
| 4/7/2004 | 4,891,744 | -- | -- | 25 | 75 | 328,013,661 | 4,548,205 | $48.73 | $15,984,105,700.53 | $15,762,471,671 | N/A | 263,226,433 | 80.2% | 10,144,403 | 3.1% | 1.6 |
| 4/8/2004 | 4,125,663 | 17,530,531 | 5.3% | 25 | 75 | 328,013,661 | 4,548,205 | $49.43 | $16,213,715,263.23 | $15,988,897,490 | 0.00% | 263,226,433 | 80.2% | 10,144,403 | 3.1% | 1.8 |
| 4/12/2004 | 3,063,681 | -- | -- | 26 | 75 | 328,013,661 | 4,548,205 | $49.97 | $16,390,842,640.17 | $16,163,568,836 | 0.02% | 263,226,433 | 80.2% | 10,144,403 | 3.1% | 1.8 |
| 4/13/2004 | 3,671,118 | -- | -- | 26 | 75 | 328,013,661 | 4,548,205 | $49.10 | $16,105,470,755.10 | $15,882,153,890 | N/A | 263,226,433 | 80.2% | 10,144,403 | 3.1% | 1.8 |
| 4/14/2004 | 6,789,580 | -- | -- | 26 | 75 | 328,013,661 | 4,548,205 | $48.83 | $16,016,907,066.63 | $15,794,818,216 | N/A | 263,226,433 | 80.2% | 10,144,403 | 3.1% | 1.8 |
| 4/15/2004 | 8,267,172 | -- | -- | 26 | 74 | 328,013,661 | 4,548,205 | $47.92 | $15,718,414,635.12 | $15,500,464,652 | 0.02% | 263,226,433 | 80.2% | 11,349,601 | 3.5% | 2.1 |
| 4/16/2004 | 8,034,924 | 29,826,475 | 9.1% | 26 | 74 | 328,013,661 | 4,548,205 | $47.75 | $15,662,652,112.75 | $15,445,475,524 | N/A | 263,226,433 | 80.2% | 11,349,601 | 3.5% | 2.0 |
| 4/19/2004 | 4,255,678 | -- | -- | 26 | 74 | 328,013,661 | 4,548,205 | $48.14 | $15,790,577,640.54 | $15,571,627,052 | N/A | 263,226,433 | 80.2% | 11,349,601 | 3.5% | 2.1 |
| 4/20/2004 | 5,252,090 | -- | -- | 26 | 74 | 328,013,661 | 4,548,205 | $45.87 | $15,045,986,630.07 | $14,837,360,467 | 0.02% | 263,226,433 | 80.2% | 11,349,601 | 3.5% | 2.1 |
| 4/21/2004 | 6,179,543 | -- | -- | 26 | 75 | 328,013,661 | 4,548,205 | $46.40 | $15,219,833,870.40 | $15,008,797,158 | 0.02% | 263,226,433 | 80.2% | 11,349,601 | 3.5% | 2.1 |
| 4/22/2004 | 5,279,425 | -- | -- | 26 | 75 | 328,013,661 | 4,548,205 | $46.47 | $15,242,794,826.67 | $15,031,439,740 | N/A | 263,226,433 | 80.2% | 11,349,601 | 3.5% | 2.2 |
| 4/23/2004 | 4,527,618 | 25,494,354 | 7.9% | 26 | 74 | 328,013,661 | 4,548,205 | $45.96 | $15,287,088,181.44 | $15,071,321,336 | 0.02% | 263,226,433 | 80.2% | 11,349,601 | 3.5% | 2.2 |
| 4/26/2004 | 5,948,851 | -- | -- | 27 | 74 | 322,240,476 | 4,548,205 | $46.03 | $14,832,729,110.28 | $14,623,375,234 | 0.00% | 263,226,433 | 81.7% | 11,349,601 | 3.5% | 2.2 |
| 4/27/2004 | 6,427,749 | -- | -- | 27 | 74 | 322,240,476 | 4,548,205 | $45.84 | $14,771,503,419.84 | $14,563,013,703 | N/A | 263,226,433 | 81.7% | 11,349,601 | 3.5% | 2.1 |
| 4/28/2004 | 11,888,779 | -- | -- | 28 | 74 | 322,240,476 | 4,548,205 | $46.37 | $14,942,291,873.12 | $14,731,390,606 | 0.02% | 263,226,433 | 81.7% | 11,349,601 | 3.5% | 2.0 |
| 4/29/2004 | 10,834,982 | -- | -- | 28 | 75 | 322,240,476 | 4,548,205 | $46.63 | $15,026,073,395.88 | $14,813,990,597 | N/A | 263,226,433 | 81.7% | 11,349,601 | 3.5% | 1.9 |
| 4/30/2004 | 9,225,415 | 44,325,776 | 13.8% | 28 | 74 | 322,240,476 | 4,548,205 | $45.74 | $14,739,851,515.04 | $14,626,552,157 | 0.00% | 263,226,433 | 81.7% | 11,349,601 | 3.5% | 1.9 |
| 5/3/2004 | 9,858,978 | -- | -- | 28 | 74 | 322,240,476 | 4,548,205 | $45.49 | $14,658,719,253.24 | $14,451,821,408 | N/A | 263,226,433 | 81.7% | 11,349,601 | 3.5% | 1.9 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | Weekly Vol. / Shares Outstanding | Analysts | Market Makers | Shares Outstanding | Insider Holdings | Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Inst. Holdings | Inst. Holdings as Percent of Outstanding Shares | Short Interest | Short Interest to Shares Outstanding | Short Interest Ratio (days) |
| 5/4/2004 | 9,899,931 | -- | -- | 28 | 74 | 322,240,476 | 4,548,205 | $45.25 | $14,581,381,539.00 | $14,375,575,263 | 0.02% | 263,226,433 | 81.7% | 11,349,601 | 3.5% | 1.7 |
| 5/5/2004 | 8,969,305 | -- | -- | 28 | 73 | 322,240,476 | 4,548,205 | $46.26 | $14,655,496,848.48 | $14,448,644,485 | N/A | 263,226,433 | 81.7% | 11,349,601 | 3.5% | 1.7 |
| 5/6/2004 | 10,479,432 | -- | -- | 27 | 73 | 322,240,476 | 4,548,205 | $46.26 | $14,906,844,419.76 | $14,696,444,456 | 0.09% | 263,226,433 | 81.7% | 11,349,601 | 3.5% | 1.6 |
| 5/7/2004 | 11,490,084 | 50,697,730 | 15.7% | 27 | 73 | 322,240,476 | 4,548,205 | $47.75 | $15,386,982,729.00 | $15,169,805,940 | 0.00% | 263,226,433 | 81.7% | 11,349,601 | 3.5% | 1.5 |
| 5/10/2004 | 10,077,904 | -- | -- | 27 | 74 | 322,240,476 | 4,548,205 | $48.45 | $15,612,551,062.20 | $15,392,190,530 | 0.02% | 263,226,433 | 81.7% | 11,349,601 | 3.5% | 1.4 |
| 5/11/2004 | 8,630,667 | -- | -- | 27 | 73 | 322,240,476 | 4,548,205 | $49.31 | $15,889,677,871.56 | $15,665,405,883 | 0.03% | 263,226,433 | 81.7% | 11,349,601 | 3.5% | 1.4 |
| 5/12/2004 | 8,462,185 | -- | -- | 26 | 73 | 322,240,476 | 4,548,205 | $48.41 | $15,599,661,443.16 | $15,379,482,839 | 0.04% | 263,226,433 | 81.7% | 11,349,601 | 3.5% | 1.4 |
| 5/13/2004 | 6,337,424 | -- | -- | 26 | 73 | 322,240,476 | 4,548,205 | $48.04 | $15,480,432,467.04 | $15,261,936,699 | N/A | 263,226,433 | 81.7% | 11,349,601 | 3.5% | 1.4 |
| 5/14/2004 | 7,217,499 | 40,725,679 | 12.6% | 26 | 74 | 322,240,476 | 4,548,205 | $47.18 | $15,203,305,657.68 | $14,988,721,346 | N/A | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 1.5 |
| 5/17/2004 | 6,656,881 | -- | -- | 26 | 74 | 322,240,476 | 4,548,205 | $46.83 | $15,090,521,491.08 | $14,877,529,051 | 0.02% | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 1.5 |
| 5/18/2004 | 4,964,132 | -- | -- | 26 | 74 | 322,240,476 | 4,548,205 | $47.85 | $15,419,206,776.60 | $15,201,575,167 | 0.10% | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 1.5 |
| 5/19/2004 | 5,590,582 | -- | -- | 26 | 74 | 322,240,476 | 4,548,205 | $47.58 | $15,332,201,848.08 | $15,115,798,254 | N/A | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 1.5 |
| 5/20/2004 | 4,643,687 | -- | -- | 26 | 74 | 322,240,476 | 4,548,205 | $47.18 | $15,203,305,657.68 | $14,988,721,346 | N/A | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 1.5 |
| 5/21/2004 | 4,843,623 | 26,698,905 | 8.3% | 26 | 74 | 322,240,476 | 4,548,205 | $47.38 | $15,267,753,752.88 | $15,052,259,800 | 0.02% | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 1.5 |
| 5/24/2004 | 4,175,719 | -- | -- | 25 | 74 | 322,240,476 | 4,548,205 | $47.49 | $15,303,200,205.24 | $15,087,205,950 | 0.02% | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 1.5 |
| 5/25/2004 | 8,488,189 | -- | -- | 25 | 74 | 322,240,476 | 4,548,205 | $50.04 | $16,124,913,419.04 | $15,897,321,241 | 0.02% | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 1.5 |
| 5/26/2004 | 6,932,354 | -- | -- | 25 | 74 | 322,240,476 | 4,548,205 | $50.00 | $16,112,023,800.00 | $15,884,613,550 | 0.00% | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 1.5 |
| 5/27/2004 | 6,794,369 | -- | -- | 25 | 74 | 322,240,476 | 4,548,205 | $50.04 | $16,124,913,419.04 | $15,897,321,241 | 0.02% | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 1.5 |
| 5/28/2004 | 3,841,664 | 30,232,295 | 9.4% | 25 | 74 | 322,240,476 | 4,548,205 | $50.97 | $16,424,597,061.72 | $16,192,775,053 | 0.04% | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 1.6 |
| 6/1/2004 | 4,406,487 | -- | -- | 25 | 74 | 322,240,476 | 4,548,205 | $50.71 | $16,340,814,537.96 | $16,110,175,062 | 0.04% | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 1.7 |
| 6/2/2004 | 4,815,550 | -- | -- | 25 | 74 | 322,240,476 | 4,548,205 | $49.43 | $15,928,346,728.68 | $15,703,528,956 | 0.02% | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 1.7 |
| 6/3/2004 | 5,316,857 | -- | -- | 25 | 75 | 322,240,476 | 4,548,205 | $48.26 | $15,551,325,371.76 | $15,331,828,998 | 0.10% | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 1.8 |
| 6/4/2004 | 5,378,144 | 19,917,038 | 6.2% | 25 | 75 | 322,240,476 | 4,548,205 | $48.67 | $15,683,443,966.92 | $15,462,082,830 | N/A | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 1.9 |
| 6/7/2004 | 3,630,756 | -- | -- | 25 | 74 | 322,240,476 | 4,548,205 | $50.03 | $16,121,691,014.28 | $15,894,144,318 | 0.00% | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 2.0 |
| 6/8/2004 | 3,531,644 | -- | -- | 25 | 74 | 322,240,476 | 4,548,205 | $50.03 | $16,121,691,014.28 | $15,894,144,318 | N/A | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 2.1 |
| 6/9/2004 | 4,088,154 | -- | -- | 25 | 75 | 322,240,476 | 4,548,205 | $48.28 | $15,557,770,181.28 | $15,338,182,844 | 0.08% | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 2.2 |
| 6/10/2004 | 4,915,771 | 16,166,325 | 5.0% | 25 | 74 | 322,240,476 | 4,548,205 | $48.91 | $15,760,781,681.16 | $15,538,328,975 | 0.00% | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 2.3 |
| 6/14/2004 | 6,872,861 | -- | -- | 26 | 75 | 322,240,476 | 4,548,205 | $48.82 | $15,731,780,038.32 | $15,509,736,670 | 0.02% | 263,226,433 | 81.7% | 12,033,853 | 3.7% | 2.2 |
| 6/15/2004 | 6,711,327 | -- | -- | 26 | 75 | 322,240,476 | 4,548,205 | $50.16 | $16,161,971,073.78 | $15,933,855,852 | 0.02% | 263,226,433 | 81.7% | 11,398,543 | 3.5% | 2.1 |
| 6/16/2004 | 4,705,657 | -- | -- | 26 | 75 | 322,240,476 | 4,548,205 | $50.14 | $16,157,137,466.64 | $15,929,090,468 | 0.06% | 263,226,433 | 81.7% | 11,398,543 | 3.5% | 2.2 |
| 6/17/2004 | 6,126,144 | -- | -- | 27 | 75 | 322,240,476 | 4,548,205 | $49.19 | $15,851,009,014.44 | $15,627,282,810 | 0.04% | 263,226,433 | 81.7% | 11,398,543 | 3.5% | 2.2 |
| 6/18/2004 | 7,214,716 | 31,630,705 | 9.8% | 27 | 75 | 322,240,476 | 4,548,205 | $49.30 | $15,886,455,466.80 | $15,662,228,960 | N/A | 263,226,433 | 81.7% | 11,398,543 | 3.5% | 2.1 |
| 6/21/2004 | 4,433,997 | -- | -- | 27 | 75 | 322,240,476 | 4,548,205 | $49.60 | $15,983,127,609.60 | $15,757,536,642 | N/A | 263,226,433 | 81.7% | 11,398,543 | 3.5% | 2.1 |
| 6/22/2004 | 7,312,970 | -- | -- | 27 | 76 | 322,240,476 | 4,548,205 | $51.62 | $16,634,053,371.12 | $16,399,275,029 | 0.02% | 263,226,433 | 81.7% | 11,398,543 | 3.5% | 2.1 |
| 6/23/2004 | 7,110,415 | -- | -- | 27 | 76 | 322,240,476 | 4,548,205 | $52.28 | $16,846,732,085.28 | $16,608,951,928 | N/A | 263,226,433 | 81.7% | 11,398,543 | 3.5% | 2.0 |
| 6/24/2004 | 5,259,618 | -- | -- | 27 | 76 | 322,240,476 | 4,548,205 | $51.57 | $16,617,941,347.32 | $16,383,390,415 | 0.00% | 263,226,433 | 81.7% | 11,398,543 | 3.5% | 2.1 |
| 6/25/2004 | 4,600,028 | 28,717,028 | 8.9% | 27 | 76 | 322,240,476 | 4,548,205 | $52.03 | $16,766,171,966.28 | $16,529,528,860 | 0.06% | 263,226,433 | 81.7% | 11,398,543 | 3.5% | 2.2 |
| 6/28/2004 | 4,519,288 | -- | -- | 27 | 76 | 324,444,000 | 4,548,205 | $51.52 | $16,715,354,880.00 | $16,481,031,358 | 0.02% | 263,226,433 | 81.1% | 11,398,543 | 3.5% | 2.2 |
| 6/29/2004 | 4,617,988 | -- | -- | 27 | 76 | 324,444,000 | 4,548,205 | $52.21 | $16,939,221,240.00 | $16,701,759,457 | N/A | 263,226,433 | 81.1% | 11,398,543 | 3.5% | 2.2 |
| 6/30/2004 | 5,445,438 | -- | -- | 27 | 75 | 324,444,000 | 4,729,864 | $52.42 | $17,007,354,480.00 | $16,759,415,009 | N/A | 252,547,878 | 77.8% | 11,398,543 | 3.5% | 2.1 |
| 7/1/2004 | 8,142,116 | -- | -- | 27 | 76 | 324,444,000 | 4,729,864 | $50.14 | $16,267,622,160.00 | $16,030,466,779 | N/A | 252,547,878 | 77.8% | 11,398,543 | 3.5% | 2.1 |
| 7/2/2004 | 4,942,359 | 27,667,189 | 8.5% | 27 | 76 | 324,444,000 | 4,729,864 | $49.22 | $15,969,133,680.00 | $15,736,329,774 | N/A | 252,547,878 | 77.8% | 11,398,543 | 3.5% | 2.1 |
| 7/6/2004 | 5,801,866 | -- | -- | 27 | 76 | 324,444,000 | 4,729,864 | $47.91 | $15,544,112,040.00 | $15,317,504,256 | N/A | 252,547,878 | 77.8% | 11,398,543 | 3.5% | 2.1 |
| 7/7/2004 | 5,345,576 | -- | -- | 27 | 75 | 324,444,000 | 4,729,864 | $48.22 | $15,644,689,680.00 | $15,416,615,638 | 0.04% | 252,547,878 | 77.8% | 11,398,543 | 3.5% | 2.0 |
| 7/8/2004 | 5,491,250 | -- | -- | 27 | 75 | 324,444,000 | 4,729,864 | $48.01 | $15,576,556,440.00 | $15,349,475,669 | N/A | 252,547,878 | 77.8% | 11,398,543 | 3.5% | 2.0 |
| 7/9/2004 | 4,857,106 | 21,495,798 | 6.6% | 27 | 74 | 324,444,000 | 4,729,864 | $48.45 | $15,719,311,800.00 | $15,490,149,889 | N/A | 252,547,878 | 77.8% | 11,398,543 | 3.5% | 2.0 |
| 7/12/2004 | 6,636,075 | -- | -- | 27 | 75 | 324,444,000 | 4,729,864 | $47.81 | $15,511,667,640.00 | $15,285,532,842 | 0.00% | 252,547,878 | 77.8% | 11,398,543 | 3.5% | 2.0 |
| 7/13/2004 | 5,325,272 | -- | -- | 27 | 74 | 324,444,000 | 4,729,864 | $47.97 | $15,563,578,680.00 | $15,336,687,104 | 0.04% | 252,547,878 | 77.8% | 11,398,543 | 3.5% | 2.0 |
| 7/14/2004 | 8,012,095 | -- | -- | 27 | 74 | 324,444,000 | 4,729,864 | $46.69 | $15,148,290,360.00 | $14,927,453,010 | 0.04% | 252,547,878 | 77.8% | 11,398,543 | 3.5% | 2.1 |
| 7/15/2004 | 4,697,904 | -- | -- | 27 | 74 | 324,444,000 | 4,729,864 | $46.48 | $15,080,157,120.00 | $14,860,313,041 | 0.02% | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.9 |
| 7/16/2004 | 5,611,360 | 30,282,706 | 9.3% | 27 | 74 | 324,444,000 | 4,729,864 | $49.92 | $14,797,890,840.00 | $14,582,161,743 | N/A | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.9 |
| 7/19/2004 | 5,305,134 | -- | -- | 27 | 74 | 324,444,000 | 4,729,864 | $46.60 | $15,119,090,400.00 | $14,898,678,738 | 0.00% | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.9 |
| 7/20/2004 | 4,774,391 | -- | -- | 27 | 74 | 324,444,000 | 4,729,864 | $47.70 | $15,475,978,800.00 | $15,250,364,287 | N/A | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.9 |
| 7/21/2004 | 7,744,264 | -- | -- | 27 | 74 | 324,444,000 | 4,729,864 | $47.51 | $15,414,334,440.00 | $15,189,618,601 | 0.00% | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.9 |
| 7/22/2004 | 6,034,357 | -- | -- | 27 | 74 | 324,444,000 | 4,729,864 | $49.20 | $15,962,644,800.00 | $15,729,935,491 | N/A | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 2.0 |
| 7/23/2004 | 5,159,883 | 29,018,029 | 8.9% | 27 | 74 | 324,444,000 | 4,729,864 | $47.60 | $15,443,534,400.00 | $15,218,392,874 | N/A | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 2.0 |
| 7/26/2004 | 5,371,061 | -- | -- | 26 | 74 | 324,444,000 | 4,729,864 | $47.26 | $15,333,223,440.00 | $15,109,690,067 | N/A | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 2.0 |
| 7/27/2004 | 6,349,271 | -- | -- | 21 | 74 | 324,444,000 | 4,729,864 | $47.54 | $15,424,067,760.00 | $15,199,210,025 | N/A | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.9 |
| 7/28/2004 | 6,911,889 | -- | -- | 21 | 74 | 324,444,000 | 4,729,864 | $46.73 | $15,161,268,120.00 | $14,940,241,575 | 0.06% | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.9 |
| 7/29/2004 | 5,378,468 | -- | -- | 21 | 74 | 324,444,000 | 4,729,864 | $48.16 | $15,625,223,040.00 | $15,397,432,790 | 0.02% | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.9 |
| 7/30/2004 | 4,884,249 | 28,894,938 | 8.9% | 21 | 74 | 324,444,000 | 4,729,864 | $48.10 | $15,605,756,400.00 | $15,378,249,942 | 0.12% | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.9 |
| 8/2/2004 | 4,377,119 | -- | -- | 22 | 75 | 324,444,000 | 4,729,864 | $48.97 | $15,888,022,680.00 | $15,656,401,240 | N/A | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.9 |
| 8/3/2004 | 6,992,510 | -- | -- | 22 | 74 | 324,444,000 | 4,729,864 | $46.75 | $15,167,757,000.00 | $14,946,635,858 | 0.02% | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.9 |
| 8/4/2004 | 4,583,703 | -- | -- | 22 | 74 | 324,444,000 | 4,729,864 | $46.74 | $15,164,512,560.00 | $14,943,438,717 | N/A | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.9 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] Date | [2] Daily Volume | [3] Weekly Volume | [4] Weekly Vol. / Shares Outstanding | [5] Analysts | [6] Market Makers | [7] Shares Outstanding | [8] Insider Holdings | [9] Price | [10] Market Capitalization of Equity | [11] Market Capitalization of Public Float | [12] Bid-Ask Spread | [13] Inst. Holdings | [14] Inst. Holdings as Percent of Outstanding Shares | [15] Short Interest | [16] Short Interest to Shares Outstanding | [17] Short Interest Ratio (days) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/5/2004 | 6,393,653 | -- | -- | 22 | 75 | 324,444,000 | 4,729,864 | $46.58 | $15,112,601,520.00 | $14,892,284,455 | 0.04% | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.9 |
| 8/6/2004 | 10,108,725 | 32,455,710 | 10.0% | 23 | 76 | 324,444,000 | 4,729,864 | $44.23 | $14,350,158,120.00 | $14,140,956,235 | N/A | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.9 |
| 8/9/2004 | 10,777,417 | -- | -- | 28 | 77 | 324,444,000 | 4,729,864 | $44.67 | $14,492,913,480.00 | $14,281,630,455 | 0.04% | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.8 |
| 8/10/2004 | 7,908,876 | -- | -- | 28 | 76 | 324,444,000 | 4,729,864 | $45.56 | $14,781,668,640.00 | $14,566,176,036 | N/A | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.8 |
| 8/11/2004 | 8,471,897 | -- | -- | 28 | 76 | 324,444,000 | 4,729,864 | $44.49 | $14,434,513,560.00 | $14,224,081,911 | N/A | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.7 |
| 8/12/2004 | 7,363,123 | -- | -- | 28 | 75 | 324,444,000 | 4,729,864 | $43.92 | $14,249,580,480.00 | $14,041,844,853 | N/A | 252,547,878 | 77.8% | 11,180,846 | 3.4% | 1.7 |
| 8/13/2004 | 9,437,712 | 43,959,025 | 13.5% | 28 | 75 | 324,444,000 | 4,729,864 | $43.31 | $14,051,669,640.00 | $13,846,819,230 | N/A | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.8 |
| 8/16/2004 | 5,477,437 | -- | -- | 28 | 75 | 324,444,000 | 4,729,864 | $43.45 | $14,097,091,800.00 | $13,891,579,209 | N/A | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.8 |
| 8/17/2004 | 7,015,375 | -- | -- | 28 | 75 | 324,444,000 | 4,729,864 | $44.69 | $14,499,402,360.00 | $14,288,024,738 | N/A | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.8 |
| 8/18/2004 | 6,555,643 | -- | -- | 28 | 75 | 324,444,000 | 4,729,864 | $45.58 | $14,788,157,520.00 | $14,572,570,319 | N/A | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.8 |
| 8/19/2004 | 5,562,890 | -- | -- | 28 | 75 | 324,444,000 | 4,729,864 | $45.79 | $14,856,290,760.00 | $14,639,710,287 | 0.00% | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.8 |
| 8/20/2004 | 4,197,603 | 28,808,948 | 8.9% | 28 | 75 | 324,444,000 | 4,729,864 | $45.70 | $14,827,090,800.00 | $14,610,936,015 | 0.13% | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.8 |
| 8/23/2004 | 3,901,392 | -- | -- | 28 | 74 | 324,444,000 | 4,729,864 | $46.05 | $14,940,646,200.00 | $14,722,835,963 | N/A | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.8 |
| 8/24/2004 | 5,737,139 | -- | -- | 28 | 74 | 324,444,000 | 4,729,864 | $45.19 | $14,661,624,360.00 | $14,447,881,806 | N/A | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.8 |
| 8/25/2004 | 7,809,778 | -- | -- | 28 | 74 | 324,496,221 | 4,729,864 | $44.62 | $14,479,021,381.02 | $14,267,974,849 | 0.02% | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.8 |
| 8/26/2004 | 3,325,789 | -- | -- | 28 | 74 | 324,496,221 | 4,729,864 | $44.50 | $14,440,081,834.50 | $14,229,602,887 | N/A | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.9 |
| 8/27/2004 | 3,683,943 | 24,458,241 | 7.5% | 28 | 74 | 324,496,221 | 4,729,864 | $44.23 | $14,352,467,854.83 | $14,143,265,970 | 0.02% | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.9 |
| 8/30/2004 | 3,183,816 | -- | -- | 28 | 74 | 324,496,221 | 4,729,864 | $43.55 | $14,131,810,424.55 | $13,925,824,847 | 0.02% | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.9 |
| 8/31/2004 | 5,691,898 | -- | -- | 28 | 74 | 324,496,221 | 4,729,864 | $43.32 | $14,057,176,293.72 | $13,852,278,585 | N/A | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.9 |
| 9/1/2004 | 4,911,565 | -- | -- | 28 | 74 | 324,496,221 | 4,729,864 | $43.52 | $14,122,075,537.92 | $13,916,231,857 | 0.02% | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.9 |
| 9/2/2004 | 4,140,259 | -- | -- | 28 | 74 | 324,496,221 | 4,729,864 | $43.83 | $14,222,669,366.43 | $14,015,359,427 | N/A | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.9 |
| 9/3/2004 | 9,895,042 | 27,822,580 | 8.6% | 28 | 73 | 324,496,221 | 4,729,864 | $40.94 | $13,284,875,287.74 | $13,091,234,656 | N/A | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.9 |
| 9/7/2004 | 10,416,751 | -- | -- | 28 | 74 | 324,496,221 | 4,729,864 | $39.33 | $12,957,134,104.53 | $12,768,270,635 | 0.08% | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.9 |
| 9/8/2004 | 9,906,488 | -- | -- | 28 | 75 | 324,496,221 | 4,729,864 | $39.27 | $12,742,966,594.67 | $12,557,224,839 | 0.00% | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.9 |
| 9/9/2004 | 12,886,032 | -- | -- | 28 | 75 | 324,496,221 | 4,729,864 | $40.88 | $13,265,405,514.48 | $13,072,048,674 | N/A | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.8 |
| 9/10/2004 | 7,368,516 | 40,577,787 | 12.5% | 28 | 75 | 324,496,221 | 4,729,864 | $42.02 | $13,635,331,206.42 | $13,436,582,321 | 0.05% | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.8 |
| 9/13/2004 | 7,896,831 | -- | -- | 28 | 75 | 324,496,221 | 4,729,864 | $42.19 | $13,690,495,563.99 | $13,490,942,603 | N/A | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.9 |
| 9/14/2004 | 5,575,948 | -- | -- | 28 | 75 | 324,496,221 | 4,729,864 | $43.24 | $13,722,945,186.09 | $13,522,919,238 | N/A | 252,547,878 | 77.8% | 12,124,789 | 3.7% | 1.9 |
| 9/15/2004 | 5,483,254 | -- | -- | 28 | 75 | 324,496,221 | 4,729,864 | $41.41 | $13,437,388,511.61 | $13,241,524,843 | 0.00% | 252,547,878 | 77.8% | 12,480,608 | 3.8% | 1.9 |
| 9/16/2004 | 4,590,345 | -- | -- | 28 | 75 | 324,496,221 | 4,729,864 | $41.82 | $13,570,431,962.22 | $13,372,629,050 | N/A | 252,547,878 | 77.8% | 12,480,608 | 3.8% | 2.0 |
| 9/17/2004 | 4,988,065 | 28,534,443 | 8.8% | 28 | 75 | 324,496,221 | 4,729,864 | $42.40 | $13,758,639,770.40 | $13,558,093,537 | 0.00% | 252,547,878 | 77.8% | 12,480,608 | 3.8% | 2.0 |
| 9/20/2004 | 8,246,036 | -- | -- | 28 | 75 | 324,496,221 | 4,729,864 | $44.10 | $14,310,283,346.10 | $14,101,696,344 | 0.00% | 252,547,878 | 77.8% | 12,480,608 | 3.8% | 1.9 |
| 9/21/2004 | 7,553,039 | -- | -- | 28 | 75 | 324,496,221 | 4,729,864 | $44.53 | $14,449,816,721.13 | $14,239,195,877 | 0.00% | 252,547,878 | 77.8% | 12,480,608 | 3.8% | 1.9 |
| 9/22/2004 | 5,472,698 | -- | -- | 28 | 75 | 324,496,221 | 4,729,864 | $42.74 | $13,868,968,485.54 | $13,666,814,098 | N/A | 252,547,878 | 77.8% | 12,480,608 | 3.8% | 1.9 |
| 9/23/2004 | 7,258,652 | -- | -- | 29 | 76 | 324,496,221 | 4,729,864 | $42.44 | $13,771,619,619.24 | $13,570,884,191 | 0.02% | 252,547,878 | 77.8% | 12,480,608 | 3.8% | 1.9 |
| 9/24/2004 | 5,452,714 | 33,983,139 | 10.5% | 29 | 76 | 324,496,221 | 4,729,864 | $41.59 | $13,495,797,831.39 | $13,299,082,788 | N/A | 252,547,878 | 77.8% | 12,480,608 | 3.8% | 1.9 |
| 9/27/2004 | 6,014,540 | -- | -- | 29 | 76 | 324,496,221 | 4,729,864 | $40.98 | $13,297,855,136.58 | $13,104,025,310 | 0.00% | 252,547,878 | 77.8% | 12,480,608 | 3.8% | 1.8 |
| 9/28/2004 | 5,489,145 | -- | -- | 29 | 76 | 324,496,221 | 4,729,864 | $40.91 | $13,275,140,401.11 | $13,081,641,665 | 0.05% | 252,547,878 | 77.8% | 12,480,608 | 3.8% | 1.8 |
| 9/29/2004 | 6,554,721 | -- | -- | 29 | 76 | 324,496,221 | 4,729,864 | $41.94 | $13,609,371,508.74 | $13,411,001,013 | 0.02% | 252,547,878 | 77.8% | 12,480,608 | 3.8% | 1.8 |
| 9/30/2004 | 6,732,603 | -- | -- | 29 | 76 | 324,496,221 | 4,781,884 | $42.29 | $13,722,945,186.09 | $13,520,719,312 | 0.14% | 277,324,679 | 85.5% | 12,480,608 | 3.8% | 1.8 |
| 10/1/2004 | 6,114,435 | 30,905,444 | 9.5% | 29 | 76 | 324,496,221 | 4,781,884 | $43.74 | $14,193,464,706.54 | $13,984,305,100 | 0.02% | 277,324,679 | 85.5% | 12,480,608 | 3.8% | 1.7 |
| 10/4/2004 | 5,833,138 | -- | -- | 29 | 76 | 324,496,221 | 4,781,884 | $44.01 | $14,307,038,383.89 | $14,096,205,118 | N/A | 277,324,679 | 85.5% | 12,480,608 | 3.8% | 1.8 |
| 10/5/2004 | 5,230,665 | -- | -- | 29 | 77 | 324,496,221 | 4,781,884 | $44.12 | $14,316,773,270.52 | $14,105,796,548 | N/A | 277,324,679 | 85.5% | 12,480,608 | 3.8% | 1.9 |
| 10/6/2004 | 5,439,774 | -- | -- | 29 | 76 | 324,496,221 | 4,781,884 | $44.70 | $14,504,981,078.70 | $14,291,230,864 | N/A | 277,324,679 | 85.5% | 12,480,608 | 3.8% | 1.9 |
| 10/7/2004 | 5,542,318 | -- | -- | 29 | 76 | 324,496,221 | 4,781,884 | $44.13 | $14,320,667,225.17 | $14,109,633,120 | N/A | 277,324,679 | 85.5% | 12,480,608 | 3.8% | 1.9 |
| 10/8/2004 | 5,123,402 | 27,169,297 | 8.4% | 29 | 76 | 324,496,221 | 4,781,884 | $42.89 | $13,917,642,918.69 | $13,712,547,914 | N/A | 277,324,679 | 85.5% | 12,480,608 | 3.8% | 2.1 |
| 10/11/2004 | 3,838,712 | -- | -- | 29 | 76 | 324,496,221 | 4,781,884 | $43.08 | $13,979,297,200.68 | $13,773,293,638 | 0.02% | 277,324,679 | 85.5% | 12,480,608 | 3.8% | 2.1 |
| 10/12/2004 | 4,678,589 | -- | -- | 29 | 76 | 324,496,221 | 4,781,884 | $43.32 | $14,057,176,293.72 | $13,851,482,476 | 0.02% | 277,324,679 | 85.5% | 12,480,608 | 3.8% | 2.1 |
| 10/13/2004 | 7,570,652 | -- | -- | 29 | 77 | 324,496,221 | 4,781,884 | $43.30 | $14,050,686,369.30 | $13,843,630,792 | N/A | 277,324,679 | 85.5% | 12,480,608 | 3.8% | 2.1 |
| 10/14/2004 | 5,299,209 | -- | -- | 29 | 77 | 324,496,221 | 4,781,884 | $41.92 | $13,602,881,584.32 | $13,402,425,007 | N/A | 277,324,679 | 85.5% | 12,480,608 | 3.8% | 2.1 |
| 10/15/2004 | 4,517,905 | 25,905,067 | 8.0% | 29 | 77 | 324,496,221 | 4,781,884 | $42.25 | $13,709,965,337.25 | $13,507,930,738 | 0.02% | 277,324,679 | 85.5% | 12,842,187 | 4.0% | 2.2 |
| 10/18/2004 | 4,584,963 | -- | -- | 29 | 78 | 324,496,221 | 4,781,884 | $42.77 | $13,878,703,372.17 | $13,674,182,193 | N/A | 277,324,679 | 85.5% | 12,842,187 | 4.0% | 2.2 |
| 10/19/2004 | 5,148,141 | -- | -- | 29 | 78 | 324,496,221 | 4,781,884 | $42.84 | $13,901,418,108.57 | $13,696,563,387 | N/A | 277,324,679 | 85.5% | 12,842,187 | 4.0% | 2.2 |
| 10/20/2004 | 6,846,855 | -- | -- | 29 | 78 | 324,496,221 | 4,781,884 | $43.24 | $14,031,216,596.04 | $13,824,447,932 | 0.02% | 277,324,679 | 85.5% | 12,842,187 | 4.0% | 2.3 |
| 10/21/2004 | 7,492,856 | -- | -- | 29 | 77 | 324,496,221 | 4,781,884 | $44.58 | $14,466,041,532.18 | $14,252,865,143 | N/A | 277,324,679 | 85.5% | 12,842,187 | 4.0% | 2.3 |
| 10/22/2004 | 5,090,288 | 29,163,103 | 9.0% | 29 | 77 | 325,248,237 | 4,781,884 | $43.20 | $14,050,723,838.40 | $13,844,146,450 | N/A | 277,324,679 | 85.3% | 12,842,187 | 3.9% | 2.3 |
| 10/25/2004 | 4,448,531 | -- | -- | 29 | 77 | 325,248,237 | 4,781,884 | $43.35 | $14,100,161,570.42 | $13,892,857,335 | 0.05% | 277,324,679 | 85.3% | 12,842,187 | 3.9% | 2.3 |
| 10/26/2004 | 4,065,473 | -- | -- | 29 | 77 | 325,248,237 | 4,781,884 | $42.71 | $13,891,352,202.27 | $13,687,117,937 | N/A | 277,324,679 | 85.3% | 12,842,187 | 3.9% | 2.3 |
| 10/27/2004 | 4,860,690 | -- | -- | 29 | 77 | 325,248,237 | 4,781,884 | $44.55 | $14,489,808,958.35 | $14,276,776,026 | N/A | 277,324,679 | 85.3% | 12,842,187 | 3.9% | 2.4 |
| 10/28/2004 | 4,091,483 | -- | -- | 29 | 77 | 325,248,237 | 4,781,884 | $44.46 | $14,460,536,617.02 | $14,247,934,054 | N/A | 277,324,679 | 85.3% | 12,842,187 | 3.9% | 2.4 |
| 10/29/2004 | 4,499,216 | 21,965,393 | 6.8% | 29 | 77 | 325,248,237 | 4,781,884 | $43.99 | $14,307,609,945.63 | $14,097,314,868 | 0.02% | 277,324,679 | 85.3% | 12,842,187 | 3.9% | 2.5 |
| 11/1/2004 | 4,437,117 | -- | -- | 29 | 77 | 325,248,237 | 4,781,884 | $44.21 | $14,379,224,557.77 | $14,167,817,466 | 0.02% | 277,324,679 | 85.3% | 12,842,187 | 3.9% | 2.4 |
| 11/2/2004 | 8,932,729 | -- | -- | 29 | 78 | 325,248,237 | 4,781,884 | $44.74 | $14,550,779,169.91 | $14,338,320,064 | N/A | 277,324,679 | 85.3% | 12,842,187 | 3.9% | 2.4 |
| 11/3/2004 | 7,425,810 | -- | -- | 29 | 78 | 325,248,237 | 4,781,884 | $44.00 | $14,310,922,428.00 | $14,100,519,532 | N/A | 277,324,679 | 85.3% | 12,842,187 | 3.9% | 2.4 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] | [2] | [3] | [4] Weekly Vol. / Shares Outstanding | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] Inst. Holdings as Percent of Outstanding Shares | [15] | [16] Short Interest to Shares Outstanding | [17] Short Interest Ratio (days) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | | Analysts | Market Makers | Shares Outstanding | Insider Holdings | Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Inst. Holdings | | Short Interest | | |
| 11/4/2004 | 4,610,393 | -- | -- | 29 | 78 | 325,248,237 | 4,781,884 | $44.27 | $14,398,739,451.99 | $14,187,045,447 | N/A | 277,324,679 | 85.3% | 12,842,187 | 3.9% | 2.4 |
| 11/5/2004 | 6,011,111 | 31,417,160 | 9.7% | 29 | 78 | 325,248,237 | 4,781,884 | $44.25 | $14,392,234,487.25 | $14,180,636,120 | 0.02% | 277,324,679 | 85.3% | 12,842,187 | 3.9% | 2.4 |
| 11/8/2004 | 3,139,619 | -- | -- | 28 | 78 | 325,248,237 | 4,781,884 | $44.35 | $14,424,759,310.95 | $14,212,682,756 | 0.02% | 277,324,679 | 85.3% | 12,842,187 | 3.9% | 2.4 |
| 11/9/2004 | 3,909,675 | -- | -- | 28 | 78 | 325,248,237 | 4,781,884 | $44.24 | $14,388,982,004.88 | $14,177,431,457 | 0.02% | 277,324,679 | 85.3% | 12,842,187 | 3.9% | 2.4 |
| 11/10/2004 | 9,086,141 | -- | -- | 28 | 78 | 325,248,237 | 4,781,884 | $42.04 | $13,673,435,883.48 | $13,472,405,480 | 0.07% | 277,324,679 | 85.3% | 12,842,187 | 3.9% | 2.4 |
| 11/11/2004 | 4,648,380 | -- | -- | 29 | 78 | 325,248,237 | 4,781,884 | $42.42 | $13,797,030,213.54 | $13,594,182,694 | 0.00% | 277,324,679 | 85.3% | 12,842,187 | 3.9% | 2.4 |
| 11/12/2004 | 5,765,049 | 26,548,864 | 8.2% | 29 | 78 | 325,248,237 | 4,781,884 | $42.51 | $13,826,302,554.87 | $13,623,024,666 | N/A | 277,324,679 | 85.3% | 12,842,187 | 3.9% | 2.4 |
| 11/15/2004 | 4,768,693 | -- | -- | 30 | 78 | 325,248,237 | 4,781,884 | $43.24 | $14,063,733,767.88 | $13,856,965,104 | N/A | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.1 |
| 11/16/2004 | 4,618,608 | -- | -- | 30 | 79 | 325,248,237 | 4,781,884 | $42.52 | $13,829,555,037.24 | $13,626,229,330 | 0.00% | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.1 |
| 11/17/2004 | 5,758,235 | -- | -- | 31 | 79 | 325,248,237 | 4,781,884 | $43.48 | $14,141,793,344.76 | $13,933,877,028 | N/A | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.1 |
| 11/18/2004 | 6,443,266 | -- | -- | 31 | 78 | 325,248,237 | 4,781,884 | $44.35 | $14,424,759,310.95 | $14,212,682,756 | N/A | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.2 |
| 11/19/2004 | 6,314,845 | 27,903,647 | 8.6% | 31 | 78 | 325,248,237 | 4,781,884 | $42.58 | $13,849,069,931.46 | $13,645,457,311 | N/A | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.2 |
| 11/22/2004 | 4,780,105 | -- | -- | 31 | 78 | 325,248,237 | 4,781,884 | $42.65 | $13,871,837,308.05 | $13,667,889,955 | 0.02% | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.2 |
| 11/23/2004 | 5,370,028 | -- | -- | 31 | 78 | 325,248,237 | 4,781,884 | $42.19 | $13,722,223,119.03 | $13,520,475,433 | N/A | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.2 |
| 11/24/2004 | 5,126,017 | -- | -- | 31 | 78 | 325,248,237 | 4,781,884 | $42.88 | $13,946,644,402.56 | $13,741,597,217 | N/A | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.1 |
| 11/26/2004 | 1,364,599 | 16,640,749 | 5.1% | 31 | 78 | 325,248,237 | 4,781,884 | $42.96 | $13,972,675,601.40 | $13,523,680,097 | N/A | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.2 |
| 11/29/2004 | 5,173,209 | -- | -- | 31 | 78 | 325,248,237 | 4,781,884 | $41.72 | $13,569,356,447.64 | $13,369,856,247 | 0.07% | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.2 |
| 11/30/2004 | 6,239,255 | -- | -- | 30 | 78 | 325,248,237 | 4,781,884 | $40.96 | $13,322,167,787.52 | $13,126,301,819 | 0.05% | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.1 |
| 12/1/2004 | 6,175,428 | -- | -- | 30 | 78 | 325,248,237 | 4,781,884 | $41.92 | $13,634,406,095.04 | $13,433,949,518 | 0.02% | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.2 |
| 12/2/2004 | 6,033,009 | -- | -- | 30 | 78 | 325,248,237 | 4,781,884 | $42.13 | $13,702,708,224.81 | $13,501,247,452 | N/A | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.2 |
| 12/3/2004 | 7,385,257 | 31,006,158 | 9.5% | 30 | 78 | 325,248,237 | 4,781,884 | $42.53 | $13,832,807,519.61 | $13,629,433,993 | 0.00% | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.2 |
| 12/6/2004 | 4,598,805 | -- | -- | 30 | 78 | 325,248,237 | 4,781,884 | $41.78 | $13,588,871,341.86 | $13,389,084,228 | 0.02% | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.2 |
| 12/7/2004 | 7,419,039 | -- | -- | 30 | 78 | 325,248,237 | 4,781,884 | $41.30 | $13,432,752,188.10 | $13,235,260,379 | 0.02% | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.1 |
| 12/8/2004 | 7,153,310 | -- | -- | 30 | 78 | 325,248,237 | 4,781,884 | $41.89 | $13,624,648,647.93 | $13,424,335,527 | 0.00% | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.0 |
| 12/9/2004 | 9,272,795 | -- | -- | 30 | 79 | 325,248,237 | 4,781,884 | $42.24 | $13,738,485,530.88 | $13,536,498,751 | N/A | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.0 |
| 12/10/2004 | 4,903,541 | 33,347,490 | 10.3% | 30 | 79 | 325,248,237 | 4,781,884 | $42.10 | $13,692,950,777.70 | $13,491,633,461 | N/A | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.0 |
| 12/13/2004 | 5,514,813 | -- | -- | 30 | 80 | 325,248,237 | 4,781,884 | $42.21 | $13,728,728,083.77 | $13,526,884,760 | N/A | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.0 |
| 12/14/2004 | 4,660,931 | -- | -- | 30 | 79 | 325,248,237 | 4,781,884 | $43.14 | $14,031,208,944.18 | $13,824,918,468 | N/A | 277,324,679 | 85.3% | 11,655,618 | 3.6% | 2.0 |
| 12/15/2004 | 4,076,923 | -- | -- | 30 | 79 | 325,248,237 | 4,781,884 | $42.94 | $13,966,159,296.78 | $13,760,825,198 | 0.00% | 277,324,679 | 85.3% | 11,707,008 | 3.6% | 2.1 |
| 12/16/2004 | 4,385,254 | -- | -- | 30 | 79 | 325,248,237 | 4,781,884 | $41.69 | $13,559,599,000.53 | $13,360,242,257 | N/A | 277,324,679 | 85.3% | 11,707,008 | 3.6% | 2.1 |
| 12/17/2004 | 4,498,928 | 23,136,849 | 7.1% | 30 | 78 | 325,248,237 | 4,781,884 | $41.48 | $13,490,971,622.52 | $13,292,623,856 | 0.00% | 277,324,679 | 85.3% | 11,707,008 | 3.6% | 2.1 |
| 12/20/2004 | 4,263,866 | -- | -- | 30 | 78 | 325,248,237 | 4,781,884 | $40.87 | $13,292,895,446.19 | $13,097,459,847 | 0.07% | 277,324,679 | 85.3% | 11,707,008 | 3.6% | 2.2 |
| 12/21/2004 | 3,336,623 | -- | -- | 30 | 78 | 325,248,237 | 4,781,884 | $41.42 | $13,471,781,976.54 | $13,273,716,341 | 0.05% | 277,324,679 | 85.3% | 11,707,008 | 3.6% | 2.2 |
| 12/22/2004 | 2,900,357 | -- | -- | 30 | 77 | 325,248,237 | 4,781,884 | $41.23 | $13,409,984,811.51 | $13,212,827,734 | N/A | 277,324,679 | 85.3% | 11,707,008 | 3.6% | 2.2 |
| 12/23/2004 | 2,000,047 | 12,500,893 | 3.8% | 30 | 77 | 325,248,237 | 4,781,884 | $41.30 | $13,432,752,188.10 | $13,235,260,379 | 0.02% | 277,324,679 | 85.3% | 11,707,008 | 3.6% | 2.3 |
| 12/27/2004 | 3,068,309 | -- | -- | 30 | 77 | 325,248,237 | 4,781,884 | $40.96 | $13,322,167,787.52 | $13,126,301,819 | 0.00% | 277,324,679 | 85.3% | 11,707,008 | 3.6% | 2.3 |
| 12/28/2004 | 3,262,408 | -- | -- | 29 | 77 | 325,248,237 | 4,781,884 | $41.54 | $13,510,811,764.98 | $13,312,172,304 | N/A | 277,324,679 | 85.3% | 11,707,008 | 3.6% | 2.3 |
| 12/29/2004 | 2,875,932 | -- | -- | 29 | 77 | 325,248,237 | 4,781,884 | $41.28 | $13,426,665,422.96 | $13,485,224,134 | N/A | 277,324,679 | 85.3% | 11,707,008 | 3.6% | 2.4 |
| 12/30/2004 | 2,314,755 | -- | -- | 29 | 77 | 325,248,237 | 4,781,884 | $42.06 | $13,679,940,848.22 | $13,478,814,807 | N/A | 277,324,679 | 85.3% | 11,707,008 | 3.6% | 2.5 |
| 12/31/2004 | 1,804,526 | 13,325,930 | 4.1% | 29 | 78 | 325,248,237 | 4,864,432 | $42.39 | $13,787,272,766.43 | $13,581,069,494 | N/A | 275,321,408 | 84.6% | 11,707,008 | 3.6% | 2.6 |
| 1/3/2005 | 4,229,062 | -- | -- | 29 | 78 | 325,248,237 | 4,864,432 | $41.27 | $13,422,994,740.99 | $13,222,239,632 | 0.15% | 275,321,408 | 84.6% | 11,707,008 | 3.6% | 2.7 |
| 1/4/2005 | 6,986,207 | -- | -- | 29 | 78 | 325,248,237 | 4,864,432 | $40.19 | $13,071,726,645.03 | $12,876,225,123 | N/A | 275,321,408 | 84.6% | 11,707,008 | 3.6% | 2.6 |
| 1/5/2005 | 10,419,292 | -- | -- | 29 | 78 | 325,248,237 | 4,864,432 | $39.38 | $12,808,275,573.06 | $12,616,714,241 | 0.03% | 275,321,408 | 84.6% | 11,707,008 | 3.6% | 2.6 |
| 1/6/2005 | 5,480,589 | -- | -- | 29 | 79 | 325,248,237 | 4,864,432 | $38.81 | $12,622,884,077.97 | $12,434,095,472 | 0.00% | 275,321,408 | 84.6% | 11,707,008 | 3.6% | 2.6 |
| 1/7/2005 | 9,371,709 | 36,486,859 | 11.2% | 29 | 79 | 325,248,237 | 4,864,432 | $39.10 | $12,717,206,066.70 | $12,527,006,776 | 0.03% | 275,321,408 | 84.6% | 11,707,008 | 3.6% | 2.6 |
| 1/10/2005 | 5,870,590 | -- | -- | 29 | 79 | 325,248,237 | 4,864,432 | $38.89 | $12,648,903,936.93 | $12,459,726,176 | N/A | 275,321,408 | 84.6% | 11,707,008 | 3.6% | 2.6 |
| 1/11/2005 | 5,280,926 | -- | -- | 29 | 78 | 325,248,237 | 4,864,432 | $38.23 | $12,434,240,100.51 | $12,248,272,865 | N/A | 275,321,408 | 84.6% | 11,707,008 | 3.6% | 2.6 |
| 1/12/2005 | 4,852,085 | -- | -- | 29 | 79 | 325,248,237 | 4,864,432 | $38.46 | $12,509,047,195.02 | $12,321,961,140 | N/A | 275,321,408 | 84.6% | 11,707,008 | 3.6% | 2.6 |
| 1/13/2005 | 5,995,799 | -- | -- | 29 | 79 | 325,248,237 | 4,864,432 | $38.31 | $12,460,259,959.47 | $12,273,903,570 | N/A | 275,321,408 | 84.6% | 11,707,008 | 3.6% | 2.6 |
| 1/14/2005 | 10,078,841 | 32,078,241 | 9.9% | 29 | 79 | 325,248,237 | 4,864,432 | $39.90 | $12,977,404,656.30 | $12,783,313,820 | N/A | 275,321,408 | 84.6% | 9,028,699 | 2.8% | 1.8 |
| 1/18/2005 | 4,600,417 | -- | -- | 29 | 79 | 325,248,237 | 4,864,432 | $39.86 | $12,964,394,726.82 | $12,770,498,467 | 0.03% | 275,321,408 | 84.6% | 9,028,699 | 2.8% | 1.8 |
| 1/19/2005 | 6,616,281 | -- | -- | 29 | 79 | 325,248,237 | 4,864,432 | $39.45 | $12,831,042,949.65 | $12,639,141,107 | 0.03% | 275,321,408 | 84.6% | 9,028,699 | 2.8% | 1.8 |
| 1/20/2005 | 5,920,171 | -- | -- | 29 | 80 | 325,248,237 | 4,864,432 | $38.55 | $12,730,215,996.18 | $12,539,822,128 | 0.03% | 275,321,408 | 84.6% | 9,028,699 | 2.8% | 1.7 |
| 1/21/2005 | 6,031,483 | 23,168,352 | 7.1% | 29 | 80 | 326,714,570 | 4,864,432 | $38.31 | $12,516,435,176.70 | $12,330,078,787 | 0.03% | 275,321,408 | 84.3% | 9,028,699 | 2.8% | 1.7 |
| 1/24/2005 | 4,920,361 | -- | -- | 29 | 79 | 326,714,570 | 4,864,432 | $38.17 | $12,470,695,136.90 | $12,285,019,767 | N/A | 275,321,408 | 84.3% | 9,028,699 | 2.8% | 1.6 |
| 1/25/2005 | 4,369,176 | -- | -- | 29 | 80 | 326,714,570 | 4,864,432 | $38.58 | $12,604,648,110.60 | $12,416,978,324 | N/A | 275,321,408 | 84.3% | 9,028,699 | 2.8% | 1.6 |
| 1/26/2005 | 4,368,343 | -- | -- | 29 | 79 | 326,714,570 | 4,864,432 | $39.45 | $12,888,889,786.50 | $12,696,987,944 | N/A | 275,321,408 | 84.3% | 9,028,699 | 2.8% | 1.6 |
| 1/27/2005 | 6,746,063 | -- | -- | 29 | 79 | 326,714,570 | 4,864,432 | $38.74 | $12,833,348,309.60 | $12,642,273,421 | N/A | 275,321,408 | 84.3% | 9,028,699 | 2.8% | 1.6 |
| 1/28/2005 | 5,231,846 | 25,635,789 | 7.8% | 29 | 80 | 326,714,570 | 4,864,432 | $38.99 | $12,738,601,084.30 | $12,548,936,881 | 0.03% | 275,321,408 | 84.3% | 9,028,699 | 2.8% | 1.5 |
| 1/31/2005 | 5,214,418 | -- | -- | 24 | 81 | 326,714,570 | 4,864,432 | $39.01 | $12,745,135,375.70 | $12,555,373,883 | N/A | 275,321,408 | 84.3% | 9,028,699 | 2.8% | 1.5 |
| 2/1/2005 | 6,376,793 | -- | -- | 28 | 81 | 326,714,570 | 4,864,432 | $39.41 | $12,875,821,203.70 | $12,684,113,939 | N/A | 275,321,408 | 84.3% | 9,028,699 | 2.8% | 1.4 |
| 2/2/2005 | 8,854,910 | -- | -- | 28 | 81 | 326,714,570 | 4,864,432 | $38.93 | $12,718,998,210.10 | $12,529,625,872 | 0.00% | 275,321,408 | 84.3% | 9,028,699 | 2.8% | 1.5 |
| 2/3/2005 | 5,938,412 | -- | -- | 28 | 81 | 326,714,570 | 4,864,432 | $39.28 | $12,833,349,769.60 | $12,500,659,360 | 0.05% | 275,321,408 | 84.3% | 9,028,699 | 2.8% | 1.5 |
| 2/4/2005 | 6,089,880 | 32,474,413 | 9.9% | 28 | 81 | 326,714,570 | 4,864,432 | $40.46 | $13,218,871,502.20 | $13,022,056,583 | N/A | 275,321,408 | 84.3% | 9,028,699 | 2.8% | 1.5 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | Weekly Vol. / Shares Outstanding | Analysts | Market Makers | Shares Outstanding | Insider Holdings | Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Inst. Holdings | Inst. Holdings as Percent of Outstanding Shares | Short Interest | Short Interest to Shares Outstanding | Short Interest Ratio (days) |
| 2/7/2005 | 5,535,219 | -- | -- | 28 | 81 | 326,714,570 | 4,864,432 | $40.84 | $13,343,023,038.80 | $13,144,359,636 | 0.00% | 275,321,408 | 84.3% | 9,028,699 | 2.8% | 1.5 |
| 2/8/2005 | 5,316,706 | -- | -- | 28 | 80 | 326,714,570 | 4,864,432 | $41.20 | $13,460,640,284.00 | $13,260,225,686 | N/A | 275,321,408 | 84.3% | 9,028,699 | 2.8% | 1.5 |
| 2/9/2005 | 3,694,116 | -- | -- | 29 | 80 | 326,714,570 | 4,864,432 | $40.11 | $13,104,521,402.70 | $12,909,409,035 | 0.02% | 275,321,408 | 84.3% | 9,028,699 | 2.8% | 1.5 |
| 2/10/2005 | 5,206,038 | -- | -- | 29 | 80 | 326,714,570 | 4,864,432 | $40.47 | $13,222,138,647.90 | $13,025,275,085 | N/A | 275,321,408 | 84.3% | 9,028,699 | 2.8% | 1.5 |
| 2/11/2005 | 7,920,412 | 27,672,491 | 8.5% | 29 | 80 | 326,714,570 | 4,864,432 | $42.50 | $13,885,369,225.00 | $13,678,630,865 | N/A | 275,321,408 | 84.3% | 9,028,699 | 2.8% | 1.6 |
| 2/14/2005 | 4,288,439 | -- | -- | 29 | 79 | 326,714,570 | 4,864,432 | $42.50 | $13,885,369,225.00 | $13,678,630,865 | 0.02% | 275,321,408 | 84.3% | 9,028,699 | 2.8% | 1.6 |
| 2/15/2005 | 10,003,798 | -- | -- | 29 | 80 | 326,714,570 | 4,864,432 | $42.74 | $13,963,780,721.80 | $13,755,874,898 | 0.05% | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.7 |
| 2/16/2005 | 4,554,789 | -- | -- | 29 | 80 | 326,714,570 | 4,864,432 | $42.67 | $13,940,910,701.90 | $13,733,345,388 | N/A | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.7 |
| 2/17/2005 | 4,392,315 | -- | -- | 29 | 81 | 326,714,570 | 4,864,432 | $42.10 | $13,754,683,397.00 | $13,549,890,810 | N/A | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.7 |
| 2/18/2005 | 3,922,405 | 27,161,746 | 8.3% | 29 | 80 | 326,714,570 | 4,864,432 | $41.84 | $13,669,737,608.80 | $13,466,209,774 | N/A | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.8 |
| 2/22/2005 | 5,410,009 | -- | -- | 29 | 80 | 326,714,570 | 4,864,432 | $41.63 | $13,601,127,549.10 | $13,398,621,245 | 0.02% | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.8 |
| 2/23/2005 | 5,877,098 | -- | -- | 29 | 79 | 326,714,570 | 4,864,432 | $41.69 | $13,620,730,423.30 | $13,417,932,253 | N/A | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.8 |
| 2/24/2005 | 5,951,707 | -- | -- | 29 | 79 | 326,714,570 | 4,864,432 | $42.88 | $14,009,520,761.60 | $13,800,933,917 | 0.02% | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.7 |
| 2/25/2005 | 7,136,166 | 24,374,980 | 7.5% | 29 | 79 | 326,714,570 | 4,864,432 | $43.60 | $14,244,755,252.00 | $14,032,666,017 | 0.02% | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.7 |
| 2/28/2005 | 6,556,432 | -- | -- | 29 | 80 | 326,714,570 | 4,864,432 | $43.02 | $14,055,260,801.40 | $13,845,992,937 | 0.02% | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.7 |
| 3/1/2005 | 6,601,948 | -- | -- | 29 | 79 | 326,714,570 | 4,864,432 | $43.87 | $14,332,968,185.90 | $14,119,565,554 | 0.02% | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.7 |
| 3/2/2005 | 13,144,063 | -- | -- | 29 | 79 | 326,714,570 | 4,864,432 | $43.01 | $14,051,993,655.70 | $13,842,774,435 | 0.00% | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.6 |
| 3/3/2005 | 7,584,002 | -- | -- | 29 | 79 | 326,714,570 | 4,864,432 | $42.66 | $13,937,643,556.20 | $13,730,126,887 | 0.09% | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.6 |
| 3/4/2005 | 5,113,952 | 39,000,397 | 11.9% | 28 | 79 | 326,714,570 | 4,864,432 | $43.01 | $14,051,993,655.70 | $13,842,774,435 | 0.02% | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.6 |
| 3/7/2005 | 7,088,790 | -- | -- | 28 | 79 | 326,714,570 | 4,864,432 | $44.05 | $14,391,776,808.50 | $14,177,498,579 | N/A | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.6 |
| 3/8/2005 | 6,443,370 | -- | -- | 28 | 79 | 326,714,570 | 4,864,432 | $43.62 | $14,251,289,543.40 | $14,039,103,020 | N/A | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.6 |
| 3/9/2005 | 6,300,914 | -- | -- | 28 | 79 | 326,714,570 | 4,864,432 | $43.91 | $14,346,036,768.70 | $14,132,439,560 | N/A | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.6 |
| 3/10/2005 | 6,542,549 | -- | -- | 28 | 79 | 326,714,570 | 4,864,432 | $44.40 | $14,506,126,908.00 | $14,290,146,127 | N/A | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.5 |
| 3/11/2005 | 6,551,752 | 32,927,375 | 10.1% | 28 | 79 | 326,714,570 | 4,864,432 | $42.80 | $13,983,383,596.00 | $13,775,185,906 | N/A | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.5 |
| 3/14/2005 | 3,216,895 | -- | -- | 28 | 79 | 326,714,570 | 4,864,432 | $42.95 | $14,032,390,781.50 | $13,823,463,427 | N/A | 275,321,408 | 84.3% | 9,943,415 | 3.0% | 1.6 |
| 3/15/2005 | 3,352,885 | -- | -- | 28 | 78 | 326,714,570 | 4,864,432 | $42.25 | $13,803,690,582.50 | $13,598,168,331 | N/A | 275,321,408 | 84.3% | 10,553,189 | 3.2% | 1.7 |
| 3/16/2005 | 3,426,501 | -- | -- | 28 | 78 | 326,714,570 | 4,864,432 | $41.73 | $13,633,799,006.10 | $13,430,806,259 | 0.00% | 275,321,408 | 84.3% | 10,553,189 | 3.2% | 1.7 |
| 3/17/2005 | 2,523,446 | -- | -- | 28 | 78 | 326,714,570 | 4,864,432 | $44.55 | $13,574,990,383.50 | $13,372,873,234 | N/A | 275,321,408 | 84.3% | 10,553,189 | 3.2% | 1.8 |
| 3/18/2005 | 4,813,850 | 17,333,577 | 5.3% | 28 | 78 | 326,714,570 | 4,864,432 | $41.79 | $13,653,401,880.30 | $13,450,117,267 | 0.05% | 275,321,408 | 84.3% | 10,553,189 | 3.2% | 1.8 |
| 3/21/2005 | 3,887,842 | -- | -- | 28 | 78 | 326,714,570 | 4,864,432 | $41.48 | $13,552,120,363.60 | $13,350,343,724 | 0.02% | 275,321,408 | 84.3% | 10,553,189 | 3.2% | 1.8 |
| 3/22/2005 | 4,498,191 | -- | -- | 28 | 77 | 326,714,570 | 4,864,432 | $40.79 | $13,326,687,310.30 | $13,128,267,129 | N/A | 275,321,408 | 84.3% | 10,553,189 | 3.2% | 1.8 |
| 3/23/2005 | 4,184,479 | -- | -- | 28 | 77 | 326,714,570 | 4,864,432 | $41.19 | $13,457,373,138.30 | $13,257,007,184 | N/A | 275,321,408 | 84.3% | 10,553,189 | 3.2% | 1.8 |
| 3/24/2005 | 3,080,567 | 15,651,079 | 4.8% | 28 | 77 | 326,714,570 | 4,864,432 | $41.12 | $13,434,503,118.40 | $13,234,477,675 | N/A | 275,321,408 | 84.3% | 10,553,189 | 3.2% | 1.9 |
| 3/28/2005 | 3,014,253 | -- | -- | 29 | 77 | 326,714,570 | 4,864,432 | $41.20 | $13,460,640,284.00 | $13,260,225,686 | 0.02% | 275,321,408 | 84.3% | 10,553,189 | 3.2% | 2.0 |
| 3/29/2005 | 5,445,927 | -- | -- | 29 | 76 | 326,714,570 | 4,864,432 | $40.46 | $13,218,871,502.20 | $13,022,056,583 | N/A | 275,321,408 | 84.3% | 10,553,189 | 3.2% | 2.0 |
| 3/30/2005 | 4,458,911 | -- | -- | 29 | 76 | 326,714,570 | 4,864,432 | $41.19 | $13,457,373,138.30 | $13,257,007,184 | N/A | 275,321,408 | 84.3% | 10,553,189 | 3.2% | 2.0 |
| 3/31/2005 | 3,881,956 | -- | -- | 29 | 76 | 326,714,570 | 5,039,902 | $40.87 | $13,352,824,475.90 | $13,146,843,681 | 0.00% | 277,080,537 | 84.8% | 10,553,189 | 3.2% | 2.2 |
| 4/1/2005 | 4,628,493 | 21,429,540 | 6.6% | 29 | 76 | 326,714,570 | 5,039,902 | $40.14 | $13,114,322,839.80 | $12,912,021,174 | N/A | 277,080,537 | 84.8% | 10,553,189 | 3.2% | 2.3 |
| 4/4/2005 | 3,585,033 | -- | -- | 29 | 77 | 326,714,570 | 5,039,902 | $40.23 | $13,143,727,151.10 | $12,940,971,894 | N/A | 277,080,537 | 84.8% | 10,553,189 | 3.2% | 2.3 |
| 4/5/2005 | 5,048,061 | -- | -- | 30 | 78 | 326,714,570 | 5,039,902 | $40.40 | $13,199,268,628.00 | $12,995,656,587 | N/A | 277,080,537 | 84.8% | 10,553,189 | 3.2% | 2.4 |
| 4/6/2005 | 5,683,313 | -- | -- | 30 | 78 | 326,714,570 | 5,039,902 | $40.86 | $13,349,557,330.20 | $13,143,626,934 | N/A | 277,080,537 | 84.8% | 10,553,189 | 3.2% | 2.4 |
| 4/7/2005 | 4,414,705 | -- | -- | 30 | 78 | 326,714,570 | 5,039,902 | $41.86 | $13,676,271,900.20 | $13,465,301,602 | N/A | 277,080,537 | 84.8% | 10,553,189 | 3.2% | 2.4 |
| 4/8/2005 | 3,910,840 | 22,641,952 | 6.9% | 30 | 78 | 326,714,570 | 5,039,902 | $41.35 | $13,509,647,469.50 | $13,301,247,522 | N/A | 277,080,537 | 84.8% | 10,553,189 | 3.2% | 2.6 |
| 4/11/2005 | 2,987,705 | -- | -- | 30 | 78 | 326,714,570 | 5,039,902 | $41.03 | $13,405,098,807.10 | $13,198,311,628 | N/A | 277,080,537 | 84.8% | 10,553,189 | 3.2% | 2.6 |
| 4/12/2005 | 4,500,124 | -- | -- | 30 | 78 | 326,714,570 | 5,039,902 | $41.10 | $13,427,968,827.00 | $13,220,828,855 | 0.05% | 277,080,537 | 84.8% | 10,553,189 | 3.2% | 2.5 |
| 4/13/2005 | 4,797,410 | -- | -- | 30 | 77 | 326,714,570 | 5,039,902 | $39.91 | $13,039,178,488.70 | $12,838,036,000 | N/A | 277,080,537 | 84.8% | 10,553,189 | 3.2% | 2.5 |
| 4/14/2005 | 5,073,711 | -- | -- | 30 | 77 | 326,714,570 | 5,039,902 | $39.55 | $12,921,561,243.50 | $12,722,233,119 | N/A | 277,080,537 | 84.8% | 10,553,189 | 3.2% | 2.5 |
| 4/15/2005 | 7,432,929 | 24,791,879 | 7.6% | 30 | 77 | 326,714,570 | 5,039,902 | $39.39 | $12,673,258,170.30 | $12,477,760,372 | N/A | 277,080,537 | 84.8% | 8,575,766 | 2.6% | 1.9 |
| 4/18/2005 | 4,046,535 | -- | -- | 30 | 77 | 326,714,570 | 5,039,902 | $38.76 | $12,663,456,733.20 | $12,468,110,132 | N/A | 277,080,537 | 84.8% | 8,575,766 | 2.6% | 1.9 |
| 4/19/2005 | 4,840,986 | -- | -- | 30 | 77 | 326,714,570 | 5,039,902 | $39.37 | $12,862,752,620.90 | $12,664,331,679 | 0.05% | 277,080,537 | 84.8% | 8,575,766 | 2.6% | 1.9 |
| 4/20/2005 | 7,724,497 | -- | -- | 30 | 79 | 326,714,570 | 5,039,902 | $37.66 | $12,304,070,706.20 | $12,114,267,993 | 0.03% | 277,080,537 | 84.8% | 8,575,766 | 2.6% | 1.8 |
| 4/21/2005 | 8,005,685 | -- | -- | 30 | 79 | 326,714,570 | 5,039,902 | $37.99 | $12,411,886,514.30 | $12,220,420,637 | N/A | 277,080,537 | 84.8% | 8,575,766 | 2.6% | 1.8 |
| 4/22/2005 | 6,198,949 | 30,816,652 | 9.4% | 30 | 78 | 326,714,570 | 5,039,902 | $36.98 | $12,128,229,459.70 | $11,941,853,884 | N/A | 277,080,537 | 84.8% | 8,575,766 | 2.6% | 1.7 |
| 4/25/2005 | 4,911,397 | -- | -- | 30 | 78 | 327,967,265 | 5,039,902 | $37.04 | $12,147,907,495.60 | $11,961,229,526 | 0.08% | 277,080,537 | 84.5% | 8,575,766 | 2.6% | 1.7 |
| 4/26/2005 | 5,498,381 | -- | -- | 30 | 78 | 327,967,265 | 5,039,902 | $36.60 | $12,003,601,899.00 | $11,819,141,486 | 0.03% | 277,080,537 | 84.5% | 8,575,766 | 2.6% | 1.7 |
| 4/27/2005 | 5,383,449 | -- | -- | 30 | 77 | 327,967,265 | 5,039,902 | $37.05 | $12,151,187,168.25 | $11,964,458,799 | 0.03% | 277,080,537 | 84.5% | 8,575,766 | 2.6% | 1.7 |
| 4/28/2005 | 5,389,569 | -- | -- | 30 | 77 | 327,967,265 | 5,039,902 | $37.17 | $12,190,543,240.05 | $12,003,210,083 | N/A | 277,080,537 | 84.5% | 8,575,766 | 2.6% | 1.6 |
| 4/29/2005 | 4,829,246 | 26,012,042 | 7.9% | 30 | 77 | 327,967,265 | 5,039,902 | $37.31 | $12,236,458,657.15 | $12,048,419,914 | N/A | 277,080,537 | 84.5% | 8,575,766 | 2.6% | 1.6 |
| 5/2/2005 | 3,715,850 | -- | -- | 29 | 77 | 327,967,265 | 5,039,902 | $37.35 | $12,249,577,347.75 | $12,061,337,008 | 0.05% | 277,080,537 | 84.5% | 8,575,766 | 2.6% | 1.7 |
| 5/3/2005 | 4,400,487 | -- | -- | 27 | 77 | 327,967,265 | 5,039,902 | $36.89 | $12,098,712,405.85 | $11,912,790,421 | 0.03% | 277,080,537 | 84.5% | 8,575,766 | 2.6% | 1.7 |
| 5/4/2005 | 6,482,497 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $38.28 | $12,554,686,904.20 | $12,361,659,456 | N/A | 277,080,537 | 84.5% | 8,575,766 | 2.6% | 1.6 |
| 5/5/2005 | 5,499,668 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $38.36 | $12,580,824,285.40 | $12,387,493,645 | 0.10% | 277,080,537 | 84.5% | 8,575,766 | 2.6% | 1.6 |
| 5/6/2005 | 3,000,270 | 23,098,772 | 7.0% | 28 | 77 | 327,967,265 | 5,039,902 | $38.61 | $12,630,019,375.15 | $12,435,932,749 | N/A | 277,080,537 | 84.5% | 8,575,766 | 2.6% | 1.6 |
| 5/9/2005 | 3,714,963 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $38.65 | $12,675,934,792.25 | $12,481,142,580 | 0.00% | 277,080,537 | 84.5% | 8,575,766 | 2.6% | 1.6 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] Date | [2] Daily Volume | [3] Weekly Volume | [4] Weekly Vol. / Shares Outstanding | [5] Analysts | [6] Market Makers | [7] Shares Outstanding | [8] Insider Holdings | [9] Price | [10] Market Capitalization of Equity | [11] Market Capitalization of Public Float | [12] Bid-Ask Spread | [13] Inst. Holdings | [14] Inst. Holdings as Percent of Outstanding Shares | [15] Short Interest | [16] Short Interest to Shares Outstanding | [17] Short Interest Ratio (days) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/10/2005 | 3,788,756 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $37.73 | $12,374,204,908.45 | $12,184,049,406 | 0.00% | 277,080,537 | 84.5% | 8,575,766 | 2.6% | 1.6 |
| 5/11/2005 | 4,015,966 | -- | -- | 28 | 78 | 327,967,265 | 5,039,902 | $37.96 | $12,449,637,379.40 | $12,258,322,699 | N/A | 277,080,537 | 84.5% | 8,575,766 | 2.6% | 1.6 |
| 5/12/2005 | 4,224,606 | -- | -- | 28 | 78 | 327,967,265 | 5,039,902 | $37.49 | $12,295,492,764.85 | $12,106,546,839 | 0.00% | 277,080,537 | 84.5% | 8,575,766 | 2.6% | 1.7 |
| 5/13/2005 | 6,462,901 | 22,207,192 | 6.8% | 28 | 78 | 327,967,265 | 5,039,902 | $38.78 | $12,718,570,536.70 | $12,523,123,137 | N/A | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 1.8 |
| 5/16/2005 | 2,703,493 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $38.67 | $12,682,494,138 | $12,487,601,127 | 0.03% | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 1.8 |
| 5/17/2005 | 2,436,736 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $38.91 | $12,761,206,281 | $12,565,103,694 | N/A | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 1.8 |
| 5/18/2005 | 6,292,458 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $38.90 | $12,757,926,609 | $12,561,874,421 | N/A | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 1.9 |
| 5/19/2005 | 4,274,906 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $39.24 | $12,869,435,479 | $12,671,669,724 | N/A | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 1.9 |
| 5/20/2005 | 3,384,699 | 19,092,292 | 5.8% | 28 | 77 | 327,967,265 | 5,039,902 | $39.55 | $12,971,105,331 | $12,771,777,207 | 0.00% | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 2.0 |
| 5/23/2005 | 3,691,150 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $39.45 | $12,938,308,604 | $12,739,484,470 | 0.03% | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 2.0 |
| 5/24/2005 | 3,911,507 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $39.60 | $12,987,503,694 | $12,787,923,575 | 0.00% | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 2.1 |
| 5/25/2005 | 2,853,949 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $39.07 | $12,813,681,044 | $12,616,772,072 | N/A | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 2.1 |
| 5/26/2005 | 4,513,763 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $39.50 | $13,167,885,690 | $12,965,533,624 | N/A | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 2.1 |
| 5/27/2005 | 2,777,815 | 17,748,184 | 5.4% | 28 | 78 | 327,967,265 | 5,039,902 | $39.86 | $13,072,775,183 | $12,871,884,689 | N/A | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 2.2 |
| 5/31/2005 | 3,637,356 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $39.40 | $12,921,910,241 | $12,723,338,102 | N/A | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 2.2 |
| 6/1/2005 | 3,635,616 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $39.77 | $13,043,258,129 | $12,842,821,227 | 0.03% | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 2.2 |
| 6/2/2005 | 3,940,883 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $40.21 | $13,187,563,726 | $12,984,909,266 | N/A | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 2.3 |
| 6/3/2005 | 4,179,180 | 15,393,035 | 4.7% | 28 | 77 | 327,967,265 | 5,039,902 | $39.84 | $13,066,215,838 | $12,865,426,142 | 0.03% | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 2.3 |
| 6/6/2005 | 3,458,840 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $39.74 | $13,033,419,111 | $12,833,133,406 | N/A | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 2.3 |
| 6/7/2005 | 6,821,384 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $39.24 | $12,869,435,479 | $12,671,669,724 | N/A | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 2.2 |
| 6/8/2005 | 5,099,087 | -- | -- | 28 | 78 | 327,967,265 | 5,039,902 | $39.33 | $12,898,952,532 | $12,700,733,187 | 0.00% | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 2.2 |
| 6/9/2005 | 4,183,096 | -- | -- | 28 | 78 | 327,967,265 | 5,039,902 | $39.92 | $13,092,453,219 | $12,891,260,333 | 0.00% | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 2.2 |
| 6/10/2005 | 3,130,131 | 22,692,538 | 6.9% | 28 | 78 | 327,967,265 | 5,039,902 | $39.03 | $12,800,562,353 | $12,603,854,978 | N/A | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 2.2 |
| 6/13/2005 | 4,416,983 | -- | -- | 28 | 78 | 327,967,265 | 5,039,902 | $39.19 | $12,853,037,115 | $12,655,523,356 | N/A | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 2.3 |
| 6/14/2005 | 5,464,376 | -- | -- | 28 | 78 | 327,967,265 | 5,039,902 | $38.16 | $12,515,230,832 | $12,322,908,172 | 0.00% | 277,080,537 | 84.5% | 9,004,132 | 2.7% | 2.3 |
| 6/15/2005 | 5,386,624 | -- | -- | 28 | 78 | 327,967,265 | 5,039,902 | $38.71 | $12,695,612,828 | $12,500,518,222 | 0.03% | 277,080,537 | 84.5% | 9,726,184 | 3.0% | 2.3 |
| 6/16/2005 | 7,318,790 | -- | -- | 28 | 78 | 327,967,265 | 5,039,902 | $38.38 | $12,587,383,631 | $12,393,952,192 | 0.10% | 277,080,537 | 84.5% | 9,726,184 | 3.0% | 2.3 |
| 6/17/2005 | 6,190,108 | 28,776,881 | 8.8% | 28 | 78 | 327,967,265 | 5,039,902 | $38.50 | $12,593,942,976 | $12,400,410,739 | 0.03% | 277,080,537 | 84.5% | 9,726,184 | 3.0% | 2.2 |
| 6/20/2005 | 3,867,652 | -- | -- | 28 | 78 | 327,967,265 | 5,039,902 | $38.35 | $12,577,544,613 | $12,384,264,371 | 0.00% | 277,080,537 | 84.5% | 9,726,184 | 3.0% | 2.2 |
| 6/21/2005 | 5,670,969 | -- | -- | 28 | 78 | 327,967,265 | 5,039,902 | $37.91 | $12,433,239,016 | $12,242,176,331 | N/A | 277,080,537 | 84.5% | 9,726,184 | 3.0% | 2.2 |
| 6/22/2005 | 5,203,796 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $38.31 | $12,564,425,922 | $12,371,347,277 | N/A | 277,080,537 | 84.5% | 9,726,184 | 3.0% | 2.1 |
| 6/23/2005 | 10,433,494 | -- | -- | 28 | 77 | 327,967,265 | 5,039,902 | $39.31 | $12,892,393,187 | $12,694,274,640 | N/A | 277,080,537 | 84.5% | 9,726,184 | 3.0% | 2.0 |
| 6/24/2005 | 6,100,636 | 31,276,543 | 9.5% | 28 | 77 | 327,967,265 | 5,039,902 | $38.85 | $12,741,528,053 | $12,545,728,053 | N/A | 277,080,537 | 84.5% | 9,726,184 | 3.0% | 1.9 |
| 6/27/2005 | 4,422,244 | -- | -- | 28 | 77 | 327,494,500 | 5,039,902 | $38.83 | $12,716,592,020 | $12,520,892,625 | N/A | 277,080,537 | 84.6% | 9,726,184 | 3.0% | 1.9 |
| 6/28/2005 | 3,903,596 | -- | -- | 28 | 77 | 327,494,500 | 5,039,902 | $38.75 | $12,690,392,500 | $12,495,096,298 | N/A | 277,080,537 | 84.6% | 9,726,184 | 3.0% | 1.9 |
| 6/29/2005 | 3,861,906 | -- | -- | 28 | 77 | 327,494,500 | 5,039,902 | $38.40 | $12,575,769,600 | $12,382,237,363 | 0.03% | 277,080,537 | 84.6% | 9,726,184 | 3.0% | 1.9 |
| 6/30/2005 | 6,260,245 | -- | -- | 28 | 78 | 327,494,500 | 5,148,957 | $38.22 | $12,516,820,680 | $12,320,027,543 | N/A | 279,182,997 | 85.2% | 9,726,184 | 3.0% | 1.8 |
| 7/1/2005 | 3,052,706 | 21,500,697 | 6.6% | 28 | 78 | 327,494,500 | 5,148,957 | $38.11 | $12,490,621,160 | $12,294,239,940 | 0.00% | 279,182,997 | 85.2% | 9,726,184 | 3.0% | 1.8 |
| 7/5/2005 | 5,762,359 | -- | -- | 28 | 78 | 327,494,500 | 5,148,957 | $38.40 | $12,575,769,600 | $12,378,049,651 | N/A | 279,182,997 | 85.2% | 9,726,184 | 3.0% | 1.8 |
| 7/6/2005 | 5,156,355 | -- | -- | 28 | 78 | 327,494,500 | 5,148,957 | $38.68 | $12,667,467,920 | $12,468,306,263 | 0.03% | 279,182,997 | 85.2% | 9,726,184 | 3.0% | 1.8 |
| 7/7/2005 | 3,907,797 | -- | -- | 28 | 79 | 327,494,500 | 5,148,957 | $38.79 | $12,703,492,260 | $12,503,764,218 | 0.00% | 279,182,997 | 85.2% | 9,726,184 | 3.0% | 1.9 |
| 7/8/2005 | 4,815,195 | 19,641,706 | 6.0% | 28 | 79 | 327,494,500 | 5,148,957 | $39.63 | $12,978,587,220 | $12,774,534,054 | 0.00% | 279,182,997 | 85.2% | 9,726,184 | 3.0% | 1.9 |
| 7/11/2005 | 7,129,565 | -- | -- | 28 | 78 | 327,494,500 | 5,148,957 | $42.01 | $13,518,952,320 | $13,306,403,375 | N/A | 279,182,997 | 85.2% | 9,726,184 | 3.0% | 1.9 |
| 7/12/2005 | 3,955,828 | -- | -- | 28 | 78 | 327,494,500 | 5,148,957 | $41.35 | $13,541,876,900 | $13,328,967,528 | N/A | 279,182,997 | 85.2% | 9,726,184 | 3.0% | 1.8 |
| 7/13/2005 | 3,123,906 | -- | -- | 28 | 78 | 327,494,500 | 5,148,957 | $41.51 | $13,594,275,940 | $13,380,542,735 | 0.00% | 279,182,997 | 85.2% | 9,726,184 | 3.0% | 1.8 |
| 7/14/2005 | 5,800,629 | -- | -- | 28 | 78 | 327,494,500 | 5,148,957 | $42.45 | $13,902,120,930 | $13,683,547,075 | 0.02% | 279,182,997 | 85.2% | 9,726,184 | 3.0% | 1.8 |
| 7/15/2005 | 4,776,203 | 24,786,131 | 7.6% | 28 | 78 | 327,494,500 | 5,148,957 | $41.91 | $13,790,772,340 | $13,573,949,761 | 0.02% | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 1.9 |
| 7/18/2005 | 2,967,465 | -- | -- | 28 | 78 | 327,494,500 | 5,148,957 | $42.20 | $13,725,273,543 | $13,509,480,752 | N/A | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 1.9 |
| 7/19/2005 | 3,522,836 | -- | -- | 28 | 78 | 327,494,500 | 5,148,957 | $42.56 | $13,938,144,640 | $13,719,005,030 | 0.00% | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 1.9 |
| 7/20/2005 | 5,463,194 | -- | -- | 28 | 78 | 327,494,500 | 5,148,957 | $43.06 | $14,101,891,640 | $13,880,177,552 | N/A | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 1.9 |
| 7/21/2005 | 3,688,316 | -- | -- | 28 | 78 | 327,494,500 | 5,148,957 | $42.09 | $13,784,222,460 | $13,567,502,860 | 0.00% | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 1.9 |
| 7/22/2005 | 2,877,392 | 18,457,632 | 5.6% | 28 | 78 | 327,494,500 | 5,148,957 | $42.68 | $13,915,220,060 | $13,696,440,877 | N/A | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 2.1 |
| 7/25/2005 | 3,390,266 | -- | -- | 28 | 78 | 327,494,500 | 5,148,957 | $42.68 | $13,977,443,920 | $13,757,686,435 | 0.02% | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 2.1 |
| 7/26/2005 | 4,293,191 | -- | -- | 29 | 78 | 327,494,500 | 5,148,957 | $43.09 | $14,111,716,460 | $13,889,847,903 | 0.02% | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 2.1 |
| 7/27/2005 | 6,648,607 | -- | -- | 29 | 78 | 327,494,500 | 5,148,957 | $42.14 | $13,800,597,160 | $13,583,620,112 | N/A | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 2.1 |
| 7/28/2005 | 2,526,944 | -- | -- | 29 | 78 | 327,494,500 | 5,148,957 | $42.08 | $13,780,947,520 | $13,564,279,409 | N/A | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 2.1 |
| 7/29/2005 | 3,710,241 | 20,569,249 | 6.3% | 29 | 78 | 327,494,500 | 5,148,957 | $41.97 | $13,743,285,710 | $13,527,209,729 | N/A | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 2.2 |
| 8/1/2005 | 4,246,075 | -- | -- | 29 | 78 | 327,494,500 | 5,148,957 | $42.01 | $13,757,695,446 | $13,541,392,911 | 0.02% | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 2.2 |
| 8/2/2005 | 15,045,657 | -- | -- | 29 | 78 | 327,494,500 | 5,148,957 | $44.50 | $14,900,977,000 | $14,666,699,457 | N/A | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 1.9 |
| 8/3/2005 | 5,735,852 | -- | -- | 29 | 76 | 327,494,500 | 5,148,957 | $45.65 | $14,950,101,100 | $14,715,051,213 | 0.02% | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 1.9 |
| 8/4/2005 | 4,358,448 | -- | -- | 29 | 76 | 327,494,500 | 5,148,957 | $44.92 | $14,711,030,480 | $14,479,739,332 | 0.00% | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 1.9 |
| 8/5/2005 | 4,554,250 | 33,940,282 | 10.4% | 29 | 76 | 327,494,500 | 5,148,957 | $45.17 | $14,792,903,980 | $14,560,325,592 | 0.02% | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 1.9 |
| 8/8/2005 | 5,226,501 | -- | -- | 29 | 76 | 327,494,500 | 5,148,957 | $43.80 | $14,344,237,200 | $14,118,712,883 | 0.2% | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 2.0 |
| 8/9/2005 | 2,580,257 | -- | -- | 29 | 75 | 327,494,500 | 5,148,957 | $43.89 | $14,373,711,660 | $14,147,723,937 | 0.05% | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 2.0 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | Weekly Vol. / Shares Outstanding | Analysts | Market Makers | Shares Outstanding | Insider Holdings | Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Inst. Holdings | Inst. Holdings as Percent of Outstanding Shares | Short Interest | Short Interest to Shares Outstanding | Short Interest Ratio (days) |
| 8/10/2005 | 6,014,398 | -- | -- | 29 | 75 | 327,494,000 | 5,148,957 | $42.84 | $14,029,842,960 | $13,809,261,642 | N/A | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 1.9 |
| 8/11/2005 | 4,652,418 | -- | -- | 29 | 75 | 327,494,000 | 5,148,957 | $43.02 | $14,088,791,880 | $13,867,283,750 | N/A | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 2.0 |
| 8/12/2005 | 4,475,313 | 22,948,887 | 7.0% | 29 | 75 | 327,494,000 | 5,148,957 | $42.68 | $13,977,443,920 | $13,757,686,435 | N/A | 279,182,997 | 85.2% | 9,385,918 | 2.9% | 2.0 |
| 8/15/2005 | 4,048,728 | -- | -- | 29 | 75 | 327,494,000 | 5,148,957 | $42.92 | $14,056,042,480 | $13,835,049,246 | 0.02% | 279,182,997 | 85.2% | 9,933,627 | 3.0% | 2.0 |
| 8/16/2005 | 3,005,777 | -- | -- | 29 | 75 | 327,494,000 | 5,148,957 | $42.33 | $13,862,821,020 | $13,644,865,670 | 0.00% | 279,182,997 | 85.2% | 9,933,627 | 3.0% | 2.1 |
| 8/17/2005 | 3,691,564 | -- | -- | 29 | 75 | 327,494,000 | 5,148,957 | $42.09 | $13,784,222,460 | $13,567,502,860 | N/A | 279,182,997 | 85.2% | 9,933,627 | 3.0% | 2.1 |
| 8/18/2005 | 4,642,439 | -- | -- | 29 | 75 | 327,494,000 | 5,148,957 | $41.82 | $13,695,799,080 | $13,480,469,698 | 0.02% | 279,182,997 | 85.2% | 9,933,627 | 3.0% | 2.1 |
| 8/19/2005 | 4,345,115 | 19,733,623 | 6.0% | 29 | 75 | 327,494,000 | 5,148,957 | $42.01 | $13,775,166,255 | $13,558,858,571 | 0.02% | 279,182,997 | 85.2% | 9,933,627 | 3.0% | 2.0 |
| 8/22/2005 | 4,693,011 | -- | -- | 29 | 75 | 327,902,077 | 5,148,957 | $42.42 | $13,909,606,306 | $13,691,187,350 | 0.09% | 279,182,997 | 85.1% | 9,933,627 | 3.0% | 2.0 |
| 8/23/2005 | 4,205,654 | -- | -- | 29 | 75 | 327,902,077 | 5,148,957 | $42.49 | $13,932,559,252 | $13,713,780,069 | 0.00% | 279,182,997 | 85.1% | 9,933,627 | 3.0% | 2.0 |
| 8/24/2005 | 4,270,169 | -- | -- | 29 | 75 | 327,902,077 | 5,148,957 | $42.07 | $13,794,840,379 | $13,578,223,758 | N/A | 279,182,997 | 85.1% | 9,933,627 | 3.0% | 2.1 |
| 8/25/2005 | 2,894,860 | -- | -- | 29 | 76 | 327,902,077 | 5,148,957 | $42.27 | $13,860,420,795 | $13,642,774,382 | 0.00% | 279,182,997 | 85.1% | 9,933,627 | 3.0% | 2.1 |
| 8/26/2005 | 4,180,137 | 20,243,831 | 6.2% | 29 | 76 | 327,902,077 | 5,148,957 | $42.47 | $13,926,001,210 | $13,707,325,006 | 0.02% | 279,182,997 | 85.1% | 9,933,627 | 3.0% | 2.1 |
| 8/29/2005 | 2,971,006 | -- | -- | 29 | 76 | 327,902,077 | 5,148,957 | $42.90 | $14,066,999,103 | $13,846,108,848 | N/A | 279,182,997 | 85.1% | 9,933,627 | 3.0% | 2.2 |
| 8/30/2005 | 4,192,582 | -- | -- | 29 | 77 | 327,902,077 | 5,148,957 | $42.42 | $13,909,606,106 | $13,691,187,350 | 0.00% | 279,182,997 | 85.1% | 9,933,627 | 3.0% | 2.3 |
| 8/31/2005 | 4,226,544 | -- | -- | 29 | 77 | 327,902,077 | 5,148,957 | $42.65 | $13,985,023,584 | $13,765,420,568 | N/A | 279,182,997 | 85.1% | 9,933,627 | 3.0% | 2.4 |
| 9/1/2005 | 4,008,149 | -- | -- | 29 | 77 | 327,902,077 | 5,148,957 | $42.26 | $13,857,141,774 | $13,639,546,851 | N/A | 279,182,997 | 85.1% | 9,933,627 | 3.0% | 2.4 |
| 9/2/2005 | 2,745,902 | 18,144,183 | 5.5% | 29 | 76 | 327,902,077 | 5,148,957 | $42.52 | $13,942,396,314 | $13,723,462,662 | 0.02% | 279,182,997 | 85.1% | 9,933,627 | 3.0% | 2.5 |
| 9/6/2005 | 3,124,461 | -- | -- | 29 | 77 | 327,902,077 | 5,148,957 | $43.08 | $14,126,021,477 | $13,904,204,410 | 0.00% | 279,182,997 | 85.1% | 9,933,627 | 3.0% | 2.5 |
| 9/7/2005 | 2,805,270 | -- | -- | 29 | 77 | 327,902,077 | 5,148,957 | $42.75 | $14,017,813,792 | $13,797,695,880 | 0.02% | 279,182,997 | 85.1% | 9,933,627 | 3.0% | 2.5 |
| 9/8/2005 | 4,290,549 | -- | -- | 29 | 77 | 327,902,077 | 5,148,957 | $43.44 | $14,244,066,225 | $14,020,395,533 | 0.00% | 279,182,997 | 85.1% | 9,933,627 | 3.0% | 2.6 |
| 9/9/2005 | 5,054,071 | 15,274,351 | 4.7% | 29 | 77 | 327,902,077 | 5,148,957 | $43.93 | $14,404,738,243 | $14,178,544,562 | 0.00% | 279,182,997 | 85.1% | 9,933,627 | 3.0% | 2.6 |
| 9/12/2005 | 4,205,635 | -- | -- | 29 | 77 | 327,902,077 | 5,148,957 | $43.70 | $14,329,320,765 | $14,104,311,344 | 0.05% | 279,182,997 | 85.1% | 9,933,627 | 3.0% | 2.6 |
| 9/13/2005 | 5,638,392 | -- | -- | 29 | 77 | 327,902,077 | 5,148,957 | $43.63 | $14,306,362,306 | $14,104,311,344 | 0.02% | 279,182,997 | 85.1% | 9,933,627 | 3.0% | 2.5 |
| 9/14/2005 | 3,976,617 | -- | -- | 29 | 77 | 327,902,077 | 5,148,957 | $43.32 | $14,204,717,976 | $13,981,665,158 | 0.02% | 279,182,997 | 85.1% | 9,933,627 | 3.0% | 2.5 |
| 9/15/2005 | 4,114,927 | -- | -- | 29 | 77 | 327,902,077 | 5,148,957 | $43.09 | $14,129,300,498 | $13,907,431,941 | 0.02% | 279,182,997 | 85.1% | 9,153,290 | 2.8% | 2.3 |
| 9/16/2005 | 5,763,534 | 23,699,105 | 7.2% | 29 | 76 | 327,902,077 | 5,148,957 | $43.72 | $14,335,878,806 | $14,110,766,406 | N/A | 279,182,997 | 85.1% | 9,153,290 | 2.8% | 2.2 |
| 9/19/2005 | 4,299,512 | -- | -- | 29 | 76 | 327,902,077 | 5,148,957 | $43.61 | $14,122,742,456 | $13,900,976,878 | 0.02% | 279,182,997 | 85.1% | 9,153,290 | 2.8% | 2.2 |
| 9/20/2005 | 3,515,979 | -- | -- | 29 | 76 | 327,902,077 | 5,148,957 | $42.78 | $14,027,650,854 | $13,807,378,474 | N/A | 279,182,997 | 85.1% | 9,153,290 | 2.8% | 2.3 |
| 9/21/2005 | 3,639,805 | -- | -- | 29 | 76 | 327,902,077 | 5,148,957 | $41.75 | $13,689,911,715 | $13,474,942,760 | 0.02% | 279,182,997 | 85.1% | 9,153,290 | 2.8% | 2.3 |
| 9/22/2005 | 3,334,414 | -- | -- | 29 | 76 | 327,902,077 | 5,148,957 | $41.87 | $13,729,259,964 | $13,513,673,134 | 0.00% | 279,182,997 | 85.1% | 9,153,290 | 2.8% | 2.3 |
| 9/23/2005 | 4,189,570 | 18,979,280 | 5.8% | 29 | 77 | 327,902,077 | 5,148,957 | $41.37 | $13,565,308,925 | $13,352,296,574 | N/A | 279,182,997 | 85.1% | 9,153,290 | 2.8% | 2.3 |
| 9/26/2005 | 4,525,024 | -- | -- | 29 | 76 | 327,902,077 | 5,148,957 | $41.60 | $13,640,726,403 | $13,426,529,792 | 0.12% | 279,182,997 | 85.1% | 9,153,290 | 2.8% | 2.2 |
| 9/27/2005 | 5,458,151 | -- | -- | 29 | 78 | 327,902,077 | 5,148,957 | $40.89 | $13,407,915,929 | $13,197,375,077 | 0.02% | 279,182,997 | 85.1% | 9,153,290 | 2.8% | 2.2 |
| 9/28/2005 | 3,642,372 | -- | -- | 29 | 76 | 327,902,077 | 5,148,957 | $40.89 | $13,407,915,929 | $13,197,375,077 | N/A | 279,182,997 | 85.1% | 9,153,290 | 2.8% | 2.2 |
| 9/29/2005 | 4,073,343 | -- | -- | 29 | 76 | 327,902,077 | 5,148,957 | $41.75 | $13,689,911,715 | $13,474,942,760 | 0.02% | 279,182,997 | 85.1% | 9,153,290 | 2.8% | 2.2 |
| 9/30/2005 | 4,091,650 | 21,790,540 | 6.6% | 29 | 76 | 327,902,077 | 5,039,957 | $42.65 | $13,985,023,584 | $13,770,069,418 | N/A | 278,625,826 | 85.0% | 9,153,290 | 2.8% | 2.2 |
| 10/3/2005 | 4,950,082 | -- | -- | 29 | 76 | 327,902,077 | 5,039,957 | $42.95 | $14,129,300,498 | $13,912,128,751 | 0.00% | 278,625,826 | 85.0% | 9,153,290 | 2.8% | 2.1 |
| 10/4/2005 | 5,298,865 | -- | -- | 29 | 76 | 327,902,077 | 5,039,957 | $42.95 | $14,083,394,207 | $13,866,928,054 | 0.02% | 278,625,826 | 85.0% | 9,153,290 | 2.8% | 2.1 |
| 10/5/2005 | 3,901,855 | -- | -- | 29 | 77 | 327,902,077 | 5,039,957 | $42.59 | $13,965,349,459 | $13,750,697,691 | N/A | 278,625,826 | 85.0% | 9,153,290 | 2.8% | 2.1 |
| 10/6/2005 | 5,314,606 | -- | -- | 29 | 76 | 327,902,077 | 5,039,957 | $41.83 | $13,706,306,819 | $13,495,636,616 | 0.02% | 278,625,826 | 85.0% | 9,153,290 | 2.8% | 2.1 |
| 10/7/2005 | 2,345,000 | 21,810,408 | 6.7% | 29 | 76 | 327,902,077 | 5,039,957 | $41.63 | $13,650,563,466 | $13,440,750,056 | 0.02% | 278,625,826 | 85.0% | 9,153,290 | 2.8% | 2.1 |
| 10/10/2005 | 5,477,839 | -- | -- | 29 | 76 | 327,902,077 | 5,039,957 | $40.42 | $13,253,801,952 | $13,050,086,890 | 0.00% | 278,625,826 | 85.0% | 9,153,290 | 2.8% | 2.1 |
| 10/11/2005 | 8,353,441 | -- | -- | 29 | 76 | 327,902,077 | 5,039,957 | $39.99 | $13,112,804,059 | $12,911,256,179 | 0.00% | 278,625,826 | 85.0% | 9,153,290 | 2.8% | 2.0 |
| 10/12/2005 | 5,436,673 | -- | -- | 29 | 76 | 327,902,077 | 5,039,957 | $40.26 | $13,201,337,620 | $12,998,428,951 | 0.00% | 278,625,826 | 85.0% | 9,153,290 | 2.8% | 2.0 |
| 10/13/2005 | 5,630,512 | -- | -- | 29 | 76 | 327,902,077 | 5,039,957 | $40.33 | $13,224,290,765 | $13,021,029,300 | 0.00% | 278,625,826 | 85.0% | 9,153,290 | 2.8% | 2.0 |
| 10/14/2005 | 3,647,339 | 28,545,804 | 8.7% | 29 | 76 | 327,902,077 | 5,039,957 | $40.31 | $13,217,732,724 | $13,014,572,057 | N/A | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 2.0 |
| 10/17/2005 | 3,463,127 | -- | -- | 29 | 76 | 327,902,077 | 5,039,957 | $40.31 | $13,217,732,724 | $13,014,572,057 | N/A | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 2.0 |
| 10/18/2005 | 3,318,998 | -- | -- | 29 | 75 | 327,902,077 | 5,039,957 | $39.88 | $13,076,734,831 | $12,875,741,346 | 0.03% | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 2.0 |
| 10/19/2005 | 6,126,030 | -- | -- | 29 | 75 | 327,902,077 | 5,039,957 | $39.83 | $13,060,339,727 | $12,859,598,240 | 0.10% | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.9 |
| 10/20/2005 | 7,060,740 | -- | -- | 29 | 76 | 327,902,077 | 5,039,957 | $40.18 | $13,175,105,454 | $12,972,599,982 | 0.00% | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.9 |
| 10/21/2005 | 4,535,107 | 24,504,002 | 7.5% | 29 | 75 | 327,815,112 | 5,039,957 | $40.20 | $13,178,167,502 | $12,975,561,231 | 0.02% | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.8 |
| 10/24/2005 | 4,288,334 | -- | -- | 28 | 75 | 327,815,112 | 5,039,957 | $40.85 | $13,391,247,325 | $13,185,365,082 | 0.05% | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.9 |
| 10/25/2005 | 2,973,525 | 7,222,670 | 2.2% | 28 | 73 | 327,815,112 | 5,039,957 | $40.91 | $13,410,916,232 | $13,204,731,591 | N/A | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.9 |
| 10/26/2005 | 3,940,641 | -- | -- | 28 | 73 | 327,815,112 | 5,039,957 | $40.63 | $13,319,128,001 | $13,114,354,548 | 0.05% | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.9 |
| 10/27/2005 | 6,668,473 | -- | -- | 29 | 73 | 327,815,112 | 5,039,957 | $38.96 | $12,771,676,764 | $12,575,320,039 | 0.10% | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.8 |
| 10/28/2005 | 28,382,149 | 38,991,263 | 11.9% | 29 | 75 | 327,815,112 | 5,039,957 | $34.60 | $11,342,402,875 | $11,168,020,363 | N/A | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.5 |
| 10/31/2005 | 14,009,641 | -- | -- | 28 | 76 | 327,815,112 | 5,039,957 | $34.66 | $11,368,628,084 | $11,193,842,375 | 0.00% | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.4 |
| 11/1/2005 | 8,030,387 | -- | -- | 28 | 76 | 327,815,112 | 5,039,957 | $35.18 | $11,532,535,640 | $11,355,229,953 | 0.03% | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.3 |
| 11/2/2005 | 6,862,908 | -- | -- | 28 | 75 | 327,815,112 | 5,039,957 | $35.83 | $11,745,615,463 | $11,565,033,804 | 0.03% | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.3 |
| 11/3/2005 | 6,727,343 | -- | -- | 29 | 76 | 327,815,112 | 5,039,957 | $36.37 | $11,922,635,623 | $11,739,332,387 | 0.00% | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.3 |
| 11/4/2005 | 5,588,620 | 41,218,899 | 12.6% | 29 | 77 | 327,815,112 | 5,039,957 | $37.03 | $12,138,993,597 | $11,952,363,990 | 0.03% | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.3 |
| 11/7/2005 | 5,495,562 | -- | -- | 29 | 77 | 327,815,112 | 5,039,957 | $36.63 | $12,073,430,575 | $11,887,808,959 | N/A | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.3 |
| 11/8/2005 | 3,472,268 | -- | -- | 28 | 77 | 327,815,112 | 5,039,957 | $36.39 | $11,929,191,926 | $11,745,787,890 | 0.03% | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.3 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] | [2] | [3] | [4] Weekly Vol. / Shares Outstanding | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] Inst. Holdings as Percent of Outstanding Shares | [15] | [16] Short Interest to Shares Outstanding | [17] Short Interest Ratio (days) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | | Analysts | Market Makers | Shares Outstanding | Insider Holdings | Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Inst. Holdings | | Short Interest | | |
| 11/9/2005 | 4,854,948 | -- | -- | 28 | 55 | 327,815,112 | 5,039,957 | $36.02 | $11,807,900,334 | $11,626,361,083 | 0.03% | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.3 |
| 11/10/2005 | 3,634,215 | -- | -- | 28 | 78 | 327,815,112 | 5,039,957 | $36.44 | $11,945,582,681 | $11,761,926,648 | N/A | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.3 |
| 11/11/2005 | 3,619,410 | 21,076,403 | 6.4% | 28 | 77 | 327,815,112 | 5,039,957 | $36.04 | $11,814,456,636 | $11,632,816,586 | N/A | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.3 |
| 11/14/2005 | 2,565,113 | -- | -- | 28 | 76 | 327,815,112 | 5,039,957 | $35.91 | $11,771,840,672 | $11,590,855,816 | N/A | 278,625,826 | 85.0% | 8,937,161 | 2.7% | 1.4 |
| 11/15/2005 | 5,606,707 | -- | -- | 28 | 78 | 327,815,112 | 5,039,957 | $35.47 | $11,627,602,023 | $11,448,834,748 | N/A | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 1.4 |
| 11/16/2005 | 2,683,619 | -- | -- | 28 | 79 | 327,815,112 | 5,039,957 | $35.51 | $11,640,714,627 | $11,461,745,754 | 0.00% | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 1.5 |
| 11/17/2005 | 4,086,210 | -- | -- | 28 | 79 | 327,815,112 | 5,039,957 | $35.53 | $11,647,270,929 | $11,468,201,257 | 0.03% | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 1.5 |
| 11/18/2005 | 4,849,845 | 19,791,494 | 6.0% | 28 | 78 | 327,815,112 | 5,039,957 | $35.65 | $11,686,606,743 | $11,506,934,276 | 0.03% | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 1.5 |
| 11/21/2005 | 2,496,207 | -- | -- | 28 | 78 | 327,815,112 | 5,039,957 | $35.88 | $11,762,006,219 | $11,581,172,501 | 0.00% | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 1.5 |
| 11/22/2005 | 4,545,244 | -- | -- | 28 | 78 | 327,815,112 | 5,039,957 | $36.09 | $11,830,847,392 | $11,648,955,344 | N/A | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 1.5 |
| 11/23/2005 | 4,045,485 | -- | -- | 28 | 78 | 327,815,112 | 5,039,957 | $36.14 | $11,847,238,148 | $11,665,094,102 | N/A | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 1.5 |
| 11/25/2005 | 1,398,134 | 12,485,070 | 3.8% | 28 | 79 | 327,815,112 | 5,039,957 | $36.23 | $11,876,741,508 | $11,694,143,866 | 0.19% | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 1.6 |
| 11/28/2005 | 3,695,051 | -- | -- | 28 | 78 | 327,815,112 | 5,039,957 | $37.50 | $12,293,066,700 | $12,104,068,313 | 0.09% | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 1.9 |
| 11/29/2005 | 3,774,178 | -- | -- | 28 | 77 | 327,815,112 | 5,039,957 | $35.91 | $11,771,840,672 | $11,590,855,816 | 0.06% | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 2.2 |
| 11/30/2005 | 3,866,207 | -- | -- | 28 | 77 | 327,815,112 | 5,039,957 | $36.53 | $11,975,086,041 | $11,790,976,412 | 0.05% | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 2.3 |
| 12/1/2005 | 5,680,881 | -- | -- | 28 | 77 | 327,815,112 | 5,039,957 | $38.24 | $12,535,649,883 | $12,342,921,927 | 0.08% | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 2.3 |
| 12/2/2005 | 4,326,802 | 21,343,119 | 6.5% | 28 | 77 | 327,815,112 | 5,039,957 | $38.19 | $12,519,259,127 | $12,326,783,169 | 0.05% | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 2.4 |
| 12/5/2005 | 3,639,113 | -- | -- | 28 | 77 | 327,815,112 | 5,039,957 | $37.50 | $12,293,066,700 | $12,104,068,313 | 0.00% | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 2.4 |
| 12/6/2005 | 7,235,588 | -- | -- | 28 | 77 | 327,815,112 | 5,039,957 | $39.06 | $12,804,458,275 | $12,607,597,554 | 0.03% | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 2.4 |
| 12/7/2005 | 3,801,656 | -- | -- | 28 | 76 | 327,815,112 | 5,039,957 | $39.24 | $12,863,464,995 | $12,665,697,082 | 0.00% | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 2.4 |
| 12/8/2005 | 5,248,871 | -- | -- | 28 | 76 | 327,815,112 | 5,039,957 | $37.77 | $12,381,576,780 | $12,191,217,604 | N/A | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 2.4 |
| 12/9/2005 | 4,210,154 | 24,135,382 | 7.4% | 28 | 76 | 327,815,112 | 5,039,957 | $38.39 | $12,584,822,150 | $12,391,338,200 | N/A | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 2.4 |
| 12/12/2005 | 3,191,188 | -- | -- | 28 | 76 | 327,815,112 | 5,039,957 | $38.22 | $12,660,219,625 | $12,465,576,486 | 0.03% | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 2.4 |
| 12/13/2005 | 2,946,554 | -- | -- | 28 | 76 | 327,815,112 | 5,039,957 | $38.57 | $12,643,828,870 | $12,449,437,728 | 0.03% | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 2.4 |
| 12/14/2005 | 2,750,469 | -- | -- | 28 | 76 | 327,815,112 | 5,039,957 | $38.42 | $12,594,656,603 | $12,401,021,455 | 0.03% | 278,625,826 | 85.0% | 9,578,827 | 2.9% | 2.4 |
| 12/15/2005 | 2,525,588 | -- | -- | 28 | 76 | 327,815,112 | 5,039,957 | $38.13 | $12,499,590,221 | $12,307,416,660 | N/A | 278,625,826 | 85.0% | 8,178,683 | 2.5% | 2.1 |
| 12/16/2005 | 5,892,698 | 17,306,497 | 5.3% | 28 | 77 | 327,815,112 | 5,039,957 | $37.63 | $12,335,682,665 | $12,146,029,083 | N/A | 278,625,826 | 85.0% | 8,178,683 | 2.5% | 2.0 |
| 12/19/2005 | 3,375,230 | -- | -- | 28 | 76 | 327,815,112 | 5,039,957 | $38.26 | $12,542,256,985 | $12,345,594,289 | 0.03% | 278,625,826 | 85.0% | 8,178,683 | 2.5% | 2.1 |
| 12/20/2005 | 3,983,744 | -- | -- | 28 | 77 | 327,815,112 | 5,039,957 | $36.64 | $12,011,145,704 | $11,826,481,679 | 0.05% | 278,625,826 | 85.0% | 8,178,683 | 2.5% | 2.0 |
| 12/21/2005 | 3,729,569 | -- | -- | 28 | 76 | 327,815,112 | 5,039,957 | $36.55 | $11,981,642,344 | $11,797,431,915 | 0.05% | 278,625,826 | 85.0% | 8,178,683 | 2.5% | 2.1 |
| 12/22/2005 | 2,879,267 | -- | -- | 28 | 75 | 327,815,112 | 5,039,957 | $37.36 | $12,247,172,584 | $12,058,879,791 | N/A | 278,625,826 | 85.0% | 8,178,683 | 2.5% | 2.1 |
| 12/23/2005 | 2,541,248 | 16,509,058 | 5.0% | 28 | 77 | 327,815,112 | 5,039,957 | $38.00 | $12,456,974,256 | $12,265,455,890 | 0.05% | 278,625,826 | 85.0% | 8,178,683 | 2.5% | 2.1 |
| 12/27/2005 | 3,899,836 | -- | -- | 28 | 77 | 327,815,112 | 5,039,957 | $37.60 | $12,325,848,211 | $12,136,345,828 | N/A | 278,625,826 | 85.0% | 8,178,683 | 2.5% | 2.1 |
| 12/28/2005 | 4,095,013 | -- | -- | 28 | 77 | 327,815,112 | 5,039,957 | $37.30 | $12,227,503,678 | $12,039,513,282 | 0.00% | 278,625,826 | 85.0% | 8,178,683 | 2.5% | 2.0 |
| 12/29/2005 | 2,064,080 | -- | -- | 28 | 77 | 327,815,112 | 5,039,957 | $36.73 | $12,040,649,064 | $11,855,531,443 | 0.03% | 278,625,826 | 85.0% | 8,178,683 | 2.5% | 2.1 |
| 12/30/2005 | 2,658,952 | 12,717,881 | 3.9% | 28 | 78 | 327,815,112 | 5,039,957 | $36.24 | $11,880,019,659 | $11,697,371,617 | 0.03% | 278,625,826 | 85.0% | 8,178,683 | 2.5% | 2.2 |
| 1/3/2006 | 3,463,777 | -- | -- | 28 | 76 | 327,815,112 | 4,843,237 | $37.17 | $12,184,887,713 | $12,004,864,594 | 0.03% | 271,241,018 | 82.7% | 8,178,683 | 2.5% | 2.2 |
| 1/4/2006 | 5,015,342 | -- | -- | 28 | 76 | 327,815,112 | 4,843,237 | $36.80 | $12,063,596,122 | $11,885,365,000 | 0.03% | 271,241,018 | 82.7% | 8,178,683 | 2.5% | 2.2 |
| 1/5/2006 | 3,957,879 | -- | -- | 28 | 76 | 327,815,112 | 4,843,237 | $37.68 | $12,352,073,420 | $12,169,580,250 | 0.03% | 271,241,018 | 82.7% | 8,178,683 | 2.5% | 2.3 |
| 1/6/2006 | 6,413,175 | 18,850,173 | 5.8% | 28 | 76 | 327,815,112 | 4,843,237 | $39.11 | $12,820,849,030 | $12,631,430,031 | 0.00% | 271,241,018 | 82.7% | 8,178,683 | 2.5% | 2.2 |
| 1/9/2006 | 7,445,761 | -- | -- | 28 | 76 | 327,815,112 | 4,843,237 | $39.62 | $12,988,034,737 | $12,796,145,688 | 0.03% | 271,241,018 | 82.7% | 8,178,683 | 2.5% | 2.1 |
| 1/10/2006 | 4,406,682 | -- | -- | 28 | 76 | 327,815,112 | 4,843,237 | $39.60 | $12,981,478,435 | $12,789,686,250 | 0.03% | 271,241,018 | 82.7% | 8,178,683 | 2.5% | 2.1 |
| 1/11/2006 | 3,371,066 | -- | -- | 28 | 76 | 327,815,112 | 4,843,237 | $39.76 | $13,033,928,853 | $12,841,361,750 | 0.00% | 271,241,018 | 82.7% | 8,178,683 | 2.5% | 2.1 |
| 1/12/2006 | 5,921,968 | -- | -- | 29 | 77 | 327,815,112 | 4,843,237 | $40.27 | $13,201,114,560 | $13,006,077,406 | 0.05% | 271,241,018 | 82.7% | 8,178,683 | 2.5% | 2.0 |
| 1/13/2006 | 2,979,431 | 24,124,908 | 7.4% | 28 | 78 | 327,815,112 | 4,843,237 | $40.27 | $13,201,114,560 | $13,006,077,406 | 0.02% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.8 |
| 1/17/2006 | 3,274,618 | -- | -- | 28 | 78 | 327,815,112 | 4,843,237 | $40.01 | $13,115,882,631 | $12,922,104,719 | 0.05% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.8 |
| 1/18/2006 | 4,733,872 | -- | -- | 28 | 78 | 327,815,112 | 4,843,237 | $39.63 | $12,991,312,889 | $12,799,375,406 | 0.10% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.8 |
| 1/19/2006 | 4,065,033 | -- | -- | 28 | 78 | 327,815,112 | 4,843,237 | $40.52 | $13,283,068,338 | $13,086,820,375 | 0.02% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.8 |
| 1/20/2006 | 5,681,770 | 17,755,293 | 5.4% | 28 | 78 | 327,815,112 | 4,843,237 | $38.88 | $12,745,451,555 | $12,557,146,500 | N/A | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.8 |
| 1/23/2006 | 3,472,087 | -- | -- | 28 | 77 | 327,815,112 | 4,843,237 | $39.00 | $12,784,789,368 | $12,595,903,125 | N/A | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.8 |
| 1/24/2006 | 4,564,323 | -- | -- | 28 | 77 | 327,815,112 | 4,843,237 | $39.30 | $12,883,133,902 | $12,692,794,688 | 0.03% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.7 |
| 1/25/2006 | 10,308,813 | -- | -- | 28 | 77 | 327,815,112 | 4,843,237 | $40.22 | $13,184,723,805 | $12,989,928,813 | 0.15% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.6 |
| 1/26/2006 | 8,277,226 | -- | -- | 27 | 78 | 327,815,112 | 4,843,237 | $41.51 | $13,607,605,299 | $13,406,562,531 | 0.02% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.5 |
| 1/27/2006 | 5,421,750 | 31,944,199 | 9.7% | 27 | 78 | 327,815,112 | 4,843,237 | $42.26 | $13,853,466,633 | $13,648,791,438 | 0.02% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.5 |
| 1/30/2006 | 4,172,794 | -- | -- | 26 | 76 | 327,815,112 | 4,843,237 | $42.02 | $13,774,791,006 | $13,571,278,188 | 0.00% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.5 |
| 1/31/2006 | 6,653,259 | -- | -- | 26 | 76 | 327,815,112 | 4,843,237 | $41.04 | $13,453,532,196 | $13,254,765,750 | 0.02% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.4 |
| 2/1/2006 | 4,154,213 | -- | -- | 26 | 77 | 327,815,112 | 4,843,237 | $41.53 | $13,614,161,601 | $13,413,021,969 | N/A | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.4 |
| 2/2/2006 | 4,696,109 | -- | -- | 26 | 77 | 327,815,112 | 4,843,237 | $41.18 | $13,499,465,313 | $13,300,003,125 | 0.00% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.4 |
| 2/3/2006 | 6,179,747 | 25,856,122 | 7.9% | 26 | 77 | 327,815,112 | 4,843,237 | $39.74 | $13,027,372,551 | $12,834,902,313 | 0.00% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.4 |
| 2/6/2006 | 2,800,640 | -- | -- | 26 | 77 | 327,815,112 | 4,843,237 | $40.18 | $13,171,611,200 | $12,977,009,938 | 0.02% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.5 |
| 2/7/2006 | 3,421,223 | -- | -- | 26 | 77 | 327,815,112 | 4,843,237 | $40.17 | $13,168,333,049 | $12,973,780,219 | 0.02% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.5 |
| 2/8/2006 | 5,035,421 | -- | -- | 26 | 77 | 327,815,112 | 4,843,237 | $41.68 | $13,663,333,868 | $13,461,467,750 | 0.00% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.5 |
| 2/9/2006 | 2,903,111 | -- | -- | 26 | 48 | 327,815,112 | 4,843,237 | $40.76 | $13,361,743,965 | $13,164,333,625 | 0.01% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.5 |
| 2/10/2006 | 4,300,694 | 18,461,089 | 5.6% | 26 | 77 | 327,815,112 | 4,843,237 | $39.95 | $13,096,213,724 | $12,902,726,406 | N/A | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.5 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] | [2] | [3] | [4] Weekly Vol. / Shares Outstanding | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] Inst. Holdings as Percent of Outstanding Shares | [15] | [16] Short Interest to Shares Outstanding | [17] Short Interest Ratio (days) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | | Analysts | Market Makers | Shares Outstanding | Insider Holdings | Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Inst. Holdings | | Short Interest | | |
| 2/13/2006 | 2,492,317 | -- | -- | 26 | 77 | 327,815,112 | 4,843,237 | $39.56 | $12,968,365,831 | $12,776,767,375 | 0.08% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.5 |
| 2/14/2006 | 2,891,453 | -- | -- | 26 | 77 | 327,815,112 | 4,843,237 | $39.84 | $13,060,154,062 | $12,867,199,500 | 0.03% | 271,241,018 | 82.7% | 7,331,706 | 2.2% | 1.5 |
| 2/15/2006 | 2,790,531 | -- | -- | 26 | 77 | 327,815,112 | 4,843,237 | $39.63 | $12,991,312,889 | $12,799,375,406 | 0.03% | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 1.7 |
| 2/16/2006 | 4,045,433 | -- | -- | 26 | 77 | 327,815,112 | 4,843,237 | $40.21 | $13,181,445,654 | $12,986,699,094 | 0.00% | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 1.7 |
| 2/17/2006 | 2,996,505 | 15,216,239 | 4.6% | 26 | 77 | 327,815,112 | 4,843,237 | $39.49 | $12,945,418,773 | $12,754,159,344 | 0.05% | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 1.7 |
| 2/21/2006 | 3,951,309 | -- | -- | 26 | 77 | 327,815,112 | 4,843,237 | $38.36 | $12,574,987,696 | $12,389,201,125 | 0.03% | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 1.7 |
| 2/22/2006 | 4,288,721 | -- | -- | 26 | 77 | 327,815,112 | 4,843,237 | $39.47 | $12,938,862,471 | $12,747,699,906 | 0.03% | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 1.7 |
| 2/23/2006 | 2,450,494 | -- | -- | 26 | 77 | 327,815,112 | 4,843,237 | $38.91 | $12,755,286,008 | $12,566,835,656 | 0.03% | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 1.9 |
| 2/24/2006 | 2,715,710 | 13,406,234 | 4.1% | 26 | 77 | 327,815,112 | 4,843,237 | $39.08 | $12,811,014,577 | $12,621,740,875 | 0.03% | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 2.0 |
| 2/27/2006 | 2,196,247 | -- | -- | 26 | 77 | 327,815,112 | 4,843,237 | $39.53 | $12,958,531,377 | $12,767,078,219 | 0.03% | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 2.1 |
| 2/28/2006 | 2,773,191 | -- | -- | 26 | 78 | 327,815,112 | 4,843,237 | $39.09 | $12,814,292,728 | $12,624,970,594 | N/A | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 2.1 |
| 3/1/2006 | 3,596,111 | -- | -- | 26 | 78 | 327,815,112 | 4,843,237 | $39.97 | $13,102,770,027 | $12,909,185,844 | 0.03% | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 2.2 |
| 3/2/2006 | 4,208,976 | -- | -- | 26 | 78 | 327,815,112 | 4,843,237 | $39.33 | $13,207,670,862 | $13,012,536,844 | 0.02% | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 2.2 |
| 3/3/2006 | 3,420,756 | 16,195,281 | 4.9% | 26 | 78 | 327,815,112 | 4,843,237 | $39.57 | $12,971,643,982 | $12,779,997,094 | 0.00% | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 2.3 |
| 3/6/2006 | 2,840,478 | -- | -- | 26 | 78 | 327,815,112 | 4,843,237 | $38.59 | $12,650,385,172 | $12,463,484,656 | N/A | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 2.4 |
| 3/7/2006 | 3,321,546 | -- | -- | 25 | 78 | 327,815,112 | 4,843,237 | $37.73 | $12,368,464,176 | $12,185,728,844 | 0.03% | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 2.4 |
| 3/8/2006 | 3,368,194 | -- | -- | 25 | 77 | 327,815,112 | 4,843,237 | $37.26 | $12,214,391,073 | $12,033,932,063 | 0.03% | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 2.4 |
| 3/9/2006 | 4,522,497 | -- | -- | 25 | 77 | 327,815,112 | 4,843,237 | $36.50 | $11,965,251,588 | $11,788,473,438 | 0.03% | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 2.4 |
| 3/10/2006 | 4,747,567 | 18,800,222 | 5.7% | 25 | 77 | 327,815,112 | 4,843,237 | $36.39 | $11,929,191,926 | $11,752,946,531 | N/A | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 2.3 |
| 3/13/2006 | 3,645,450 | -- | -- | 25 | 78 | 327,815,112 | 4,843,237 | $36.18 | $11,860,350,752 | $11,685,122,438 | 0.03% | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 2.3 |
| 3/14/2006 | 3,484,872 | -- | -- | 25 | 78 | 327,815,112 | 4,843,237 | $37.10 | $12,161,940,655 | $11,982,256,563 | N/A | 271,241,018 | 82.7% | 7,831,977 | 2.4% | 2.3 |
| 3/15/2006 | 4,087,039 | -- | -- | 25 | 77 | 327,815,112 | 4,843,237 | $37.48 | $12,286,510,398 | $12,104,985,875 | N/A | 271,241,018 | 82.7% | 8,037,026 | 2.5% | 2.3 |
| 3/16/2006 | 4,521,594 | -- | -- | 25 | 77 | 327,815,112 | 4,843,237 | $36.67 | $11,824,291,090 | $11,649,595,531 | N/A | 271,241,018 | 82.7% | 8,037,026 | 2.5% | 2.2 |
| 3/17/2006 | 7,208,113 | 22,947,068 | 7.0% | 25 | 78 | 327,815,112 | 4,843,237 | $36.17 | $11,857,072,601 | $11,681,892,719 | 0.11% | 271,241,018 | 82.7% | 8,037,026 | 2.5% | 2.2 |
| 3/20/2006 | 4,078,640 | -- | -- | 25 | 78 | 327,815,112 | 4,843,237 | $35.80 | $11,735,781,010 | $11,562,393,125 | 0.03% | 271,241,018 | 82.7% | 8,037,026 | 2.5% | 2.1 |
| 3/21/2006 | 5,535,994 | -- | -- | 25 | 78 | 327,815,112 | 4,843,237 | $35.76 | $11,722,668,405 | $11,549,474,250 | N/A | 271,241,018 | 82.7% | 8,037,026 | 2.5% | 2.1 |
| 3/22/2006 | 4,515,501 | -- | -- | 25 | 78 | 327,815,112 | 4,843,237 | $35.84 | $11,748,893,614 | $11,575,312,000 | N/A | 271,241,018 | 82.7% | 8,037,026 | 2.5% | 2.1 |
| 3/23/2006 | 3,098,896 | -- | -- | 25 | 78 | 327,815,112 | 4,843,237 | $35.84 | $11,791,509,579 | $11,617,298,344 | N/A | 271,241,018 | 82.7% | 8,037,026 | 2.5% | 2.1 |
| 3/24/2006 | 2,928,598 | 20,157,629 | 6.1% | 25 | 78 | 327,815,112 | 4,843,237 | $36.37 | $11,922,635,623 | $11,746,487,094 | N/A | 271,241,018 | 82.7% | 8,037,026 | 2.5% | 2.1 |
| 3/27/2006 | 4,427,089 | -- | -- | 25 | 78 | 327,815,112 | 4,843,237 | $36.75 | $12,047,205,366 | $11,869,216,406 | 0.00% | 271,241,018 | 82.7% | 8,037,026 | 2.5% | 2.0 |
| 3/28/2006 | 4,506,719 | -- | -- | 25 | 78 | 327,815,112 | 4,843,237 | $36.06 | $11,821,012,939 | $11,646,365,813 | N/A | 271,241,018 | 82.7% | 8,037,026 | 2.5% | 1.9 |
| 3/29/2006 | 4,696,085 | -- | -- | 25 | 78 | 327,815,112 | 4,843,237 | $37.35 | $12,243,894,433 | $12,062,999,531 | 0.00% | 271,241,018 | 82.7% | 8,037,026 | 2.5% | 1.9 |
| 3/30/2006 | 3,626,543 | -- | -- | 25 | 78 | 327,815,112 | 4,843,237 | $37.43 | $12,270,119,642 | $12,088,837,281 | 0.00% | 271,241,018 | 82.7% | 8,037,026 | 2.5% | 1.9 |
| 3/31/2006 | 3,818,310 | 21,074,746 | 6.4% | 25 | 78 | 327,815,112 | 4,901,865 | $37.15 | $12,178,331,411 | $11,996,227,126 | N/A | 275,030,618 | 83.9% | 8,037,026 | 2.5% | 1.9 |
| 4/3/2006 | 4,708,349 | -- | -- | 25 | 77 | 327,815,112 | 4,901,865 | $36.96 | $12,116,046,540 | $11,934,873,609 | N/A | 275,030,618 | 83.9% | 8,037,026 | 2.5% | 1.9 |
| 4/4/2006 | 2,869,196 | -- | -- | 25 | 76 | 327,815,112 | 4,901,865 | $37.02 | $12,135,715,446 | $11,954,248,404 | 0.03% | 275,030,618 | 83.9% | 8,037,026 | 2.5% | 1.9 |
| 4/5/2006 | 3,521,060 | -- | -- | 25 | 77 | 327,815,112 | 4,901,865 | $37.44 | $12,273,397,793 | $12,089,871,968 | 0.03% | 275,030,618 | 83.9% | 8,037,026 | 2.5% | 1.9 |
| 4/6/2006 | 3,502,975 | -- | -- | 24 | 77 | 327,815,112 | 4,901,865 | $37.94 | $12,437,305,349 | $12,251,328,591 | 0.00% | 275,030,618 | 83.9% | 8,037,026 | 2.5% | 1.9 |
| 4/7/2006 | 3,621,445 | 18,223,025 | 5.6% | 24 | 77 | 327,815,112 | 4,901,865 | $37.94 | $12,142,271,748 | $11,960,706,669 | 0.00% | 275,030,618 | 83.9% | 8,037,026 | 2.5% | 2.0 |
| 4/10/2006 | 3,598,808 | -- | -- | 24 | 77 | 327,815,112 | 4,901,865 | $36.62 | $12,004,589,401 | $11,825,083,105 | 0.03% | 275,030,618 | 83.9% | 8,037,026 | 2.5% | 1.9 |
| 4/11/2006 | 4,087,017 | -- | -- | 24 | 77 | 327,815,112 | 4,901,865 | $36.52 | $11,971,807,890 | $11,792,791,780 | 0.03% | 275,030,618 | 83.9% | 8,037,026 | 2.5% | 1.9 |
| 4/12/2006 | 2,299,291 | -- | -- | 24 | 77 | 327,815,112 | 4,901,865 | $36.49 | $11,961,973,437 | $11,783,104,383 | 0.00% | 275,030,618 | 83.9% | 8,037,026 | 2.5% | 1.9 |
| 4/13/2006 | 2,872,511 | 12,857,627 | 3.9% | 24 | 76 | 327,815,112 | 4,901,865 | $36.67 | $11,984,920,495 | $11,805,708,310 | 0.03% | 275,030,618 | 83.9% | 7,180,639 | 2.2% | 1.8 |
| 4/17/2006 | 4,003,410 | -- | -- | 23 | 77 | 327,815,112 | 4,901,865 | $35.91 | $11,771,840,672 | $11,595,814,700 | 0.03% | 275,030,618 | 83.9% | 7,180,639 | 2.2% | 1.8 |
| 4/18/2006 | 5,392,311 | -- | -- | 23 | 77 | 327,815,112 | 4,901,865 | $36.78 | $12,057,039,819 | $11,876,749,225 | 0.03% | 275,030,618 | 83.9% | 7,180,639 | 2.2% | 1.9 |
| 4/19/2006 | 5,499,199 | -- | -- | 23 | 77 | 327,815,112 | 4,901,865 | $37.25 | $12,211,112,922 | $12,028,518,451 | 0.05% | 275,030,618 | 83.9% | 7,180,639 | 2.2% | 1.9 |
| 4/20/2006 | 3,742,915 | -- | -- | 23 | 77 | 320,690,281 | 4,901,865 | $37.47 | $12,016,264,829 | $11,832,591,948 | N/A | 275,030,618 | 85.8% | 7,180,639 | 2.2% | 1.8 |
| 4/21/2006 | 4,520,313 | 23,158,148 | 7.2% | 23 | 76 | 320,690,281 | 4,901,865 | $36.54 | $11,718,022,868 | $11,538,908,721 | 0.03% | 275,030,618 | 85.8% | 7,180,639 | 2.2% | 1.8 |
| 4/24/2006 | 4,931,695 | -- | -- | 22 | 76 | 320,690,281 | 4,901,865 | $36.62 | $11,744,960,851 | $11,565,434,948 | N/A | 275,030,618 | 85.8% | 7,180,639 | 2.2% | 1.8 |
| 4/25/2006 | 4,354,307 | -- | -- | 19 | 76 | 320,690,281 | 4,901,865 | $36.32 | $11,647,471,006 | $11,469,435,269 | N/A | 275,030,618 | 85.8% | 7,180,639 | 2.2% | 1.8 |
| 4/26/2006 | 5,515,403 | -- | -- | 14 | 76 | 320,690,281 | 4,901,865 | $36.15 | $11,592,953,658 | $11,415,751,238 | 0.08% | 275,030,618 | 85.8% | 7,180,639 | 2.2% | 1.7 |
| 4/27/2006 | 12,629,079 | -- | -- | 21 | 75 | 320,690,281 | 4,901,865 | $36.24 | $11,301,125,502 | $11,128,383,780 | 0.11% | 275,030,618 | 85.8% | 7,180,639 | 2.2% | 1.6 |
| 4/28/2006 | 4,692,094 | 32,122,578 | 10.0% | 21 | 75 | 320,690,281 | 4,901,865 | $36.26 | $11,307,539,308 | $11,134,699,548 | 0.06% | 275,030,618 | 85.8% | 7,180,639 | 2.2% | 1.6 |
| 5/1/2006 | 5,703,375 | -- | -- | 21 | 75 | 320,690,281 | 4,901,865 | $35.24 | $11,301,125,502 | $11,128,383,780 | 0.06% | 275,030,618 | 85.8% | 7,180,639 | 2.2% | 1.6 |
| 5/2/2006 | 4,317,434 | -- | -- | 21 | 75 | 320,690,281 | 4,901,865 | $34.83 | $11,169,642,487 | $10,998,910,529 | 0.03% | 275,030,618 | 85.8% | 7,180,639 | 2.2% | 1.6 |
| 5/3/2006 | 3,555,456 | -- | -- | 20 | 75 | 320,690,281 | 4,901,865 | $35.06 | $11,243,401,252 | $11,071,541,865 | 0.03% | 275,030,618 | 85.8% | 7,180,639 | 2.2% | 1.6 |
| 5/4/2006 | 3,939,782 | -- | -- | 20 | 75 | 320,690,281 | 4,901,865 | $35.52 | $11,390,918,781 | $11,216,804,536 | 0.14% | 275,030,618 | 85.8% | 7,180,639 | 2.2% | 1.5 |
| 5/5/2006 | 3,197,236 | 20,713,283 | 6.5% | 20 | 75 | 320,690,281 | 4,901,865 | $35.48 | $11,378,091,170 | $11,204,173,000 | 0.03% | 275,030,618 | 85.8% | 7,180,639 | 2.2% | 1.5 |
| 5/8/2006 | 3,615,065 | -- | -- | 21 | 75 | 320,690,281 | 4,901,865 | $35.01 | $11,227,366,738 | $11,055,752,444 | 0.03% | 275,030,618 | 85.8% | 7,180,639 | 2.2% | 1.5 |
| 5/9/2006 | 5,312,804 | -- | -- | 21 | 75 | 320,690,281 | 4,901,865 | $34.23 | $10,977,228,319 | $10,809,437,480 | N/A | 275,030,618 | 85.8% | 7,180,639 | 2.2% | 1.5 |
| 5/10/2006 | 11,019,560 | -- | -- | 21 | 75 | 320,690,281 | 4,901,865 | $33.05 | $10,598,813,787 | $10,436,807,149 | 0.09% | 275,030,618 | 85.8% | 7,180,639 | 2.2% | 1.4 |
| 5/11/2006 | 10,511,975 | -- | -- | 21 | 56 | 320,690,281 | 4,901,865 | $32.12 | $10,300,571,826 | $10,143,123,922 | 0.00% | 275,030,618 | 85.8% | 7,180,639 | 2.2% | 1.3 |
| 5/12/2006 | 6,317,412 | 36,776,816 | 11.5% | 21 | 74 | 320,690,281 | 4,901,865 | $31.95 | $10,246,054,478 | $10,089,439,891 | 0.00% | 275,030,618 | 85.8% | 7,180,639 | 2.2% | 1.3 |
| 5/15/2006 | 5,682,904 | -- | -- | 21 | 74 | 320,690,281 | 4,901,865 | $32.43 | $10,399,985,813 | $10,241,018,331 | N/A | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.3 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | Weekly Vol. / Shares Outstanding | Analysts | Market Makers | Shares Outstanding | Insider Holdings | Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Inst. Holdings | Inst. Holdings as Percent of Outstanding Shares | Short Interest | Short Interest to Shares Outstanding | Short Interest Ratio (days) |
| 5/16/2006 | 5,805,284 | -- | -- | 21 | 75 | 320,690,281 | 4,901,865 | $32.55 | $10,438,468,647 | $10,278,912,941 | 0.03% | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.3 |
| 5/17/2006 | 5,246,911 | -- | -- | 21 | 73 | 320,690,281 | 4,901,865 | $32.05 | $10,278,123,506 | $10,121,018,733 | 0.00% | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.3 |
| 5/18/2006 | 6,939,273 | -- | -- | 21 | 74 | 320,690,281 | 4,901,865 | $32.40 | $10,390,365,104 | $10,231,544,678 | 0.03% | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.3 |
| 5/19/2006 | 8,956,381 | 32,630,753 | 10.2% | 21 | 75 | 320,690,281 | 4,901,865 | $32.97 | $10,573,158,565 | $10,411,544,076 | N/A | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.2 |
| 5/22/2006 | 7,664,782 | -- | -- | 21 | 74 | 320,690,281 | 4,901,865 | $31.56 | $10,120,985,268 | $9,966,282,409 | 0.03% | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.2 |
| 5/23/2006 | 6,354,120 | -- | -- | 22 | 75 | 320,690,281 | 4,901,865 | $31.59 | $10,130,605,977 | $9,975,756,061 | 0.00% | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.2 |
| 5/24/2006 | 8,937,425 | -- | -- | 22 | 75 | 320,690,281 | 4,901,865 | $31.75 | $10,181,916,422 | $10,026,282,208 | 0.00% | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.2 |
| 5/25/2006 | 7,232,745 | -- | -- | 22 | 75 | 320,690,281 | 4,901,865 | $31.06 | $9,960,640,128 | $9,808,388,201 | 0.03% | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.2 |
| 5/26/2006 | 6,513,628 | 36,702,700 | 11.4% | 22 | 75 | 320,690,281 | 4,901,865 | $30.88 | $9,902,915,877 | $9,751,546,286 | 0.03% | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.2 |
| 5/30/2006 | 7,708,217 | -- | -- | 22 | 75 | 320,690,281 | 4,901,865 | $30.31 | $9,720,122,417 | $9,571,546,889 | 0.03% | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.1 |
| 5/31/2006 | 8,533,899 | -- | -- | 22 | 75 | 320,690,281 | 4,901,865 | $30.73 | $9,854,812,335 | $9,704,178,024 | 0.00% | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.1 |
| 6/1/2006 | 5,777,134 | -- | -- | 22 | 74 | 320,690,281 | 4,901,865 | $31.82 | $10,204,364,741 | $10,048,387,397 | N/A | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.1 |
| 6/2/2006 | 8,550,930 | 30,570,180 | 9.5% | 22 | 74 | 320,690,281 | 4,901,865 | $32.37 | $10,380,744,396 | $10,222,071,026 | 0.03% | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.1 |
| 6/5/2006 | 4,945,136 | -- | -- | 22 | 76 | 320,690,281 | 4,901,865 | $31.61 | $10,137,019,782 | $9,982,071,830 | 0.03% | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.0 |
| 6/6/2006 | 6,060,605 | -- | -- | 22 | 75 | 320,690,281 | 4,901,865 | $31.95 | $10,246,054,478 | $10,089,439,891 | 0.03% | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.0 |
| 6/7/2006 | 5,377,976 | -- | -- | 22 | 75 | 320,690,281 | 4,901,865 | $31.31 | $10,040,812,698 | $9,887,335,305 | 0.03% | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.0 |
| 6/8/2006 | 11,189,328 | -- | -- | 22 | 75 | 320,690,281 | 4,901,865 | $30.67 | $9,835,570,918 | $9,685,230,719 | 0.00% | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.0 |
| 6/9/2006 | 6,842,572 | 34,415,617 | 10.7% | 22 | 75 | 320,690,281 | 4,901,865 | $31.06 | $10,008,743,670 | $9,855,756,463 | 0.03% | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.1 |
| 6/12/2006 | 5,405,403 | -- | -- | 22 | 75 | 320,690,281 | 4,901,865 | $31.06 | $9,960,640,128 | $9,808,388,201 | 0.03% | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.1 |
| 6/13/2006 | 5,098,494 | -- | -- | 22 | 75 | 320,690,281 | 4,901,865 | $30.99 | $9,938,191,808 | $9,786,283,012 | N/A | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.1 |
| 6/14/2006 | 6,022,606 | -- | -- | 22 | 75 | 320,690,281 | 4,901,865 | $30.76 | $9,864,433,044 | $9,713,651,676 | N/A | 275,030,618 | 85.8% | 7,498,520 | 2.3% | 1.1 |
| 6/15/2006 | 7,124,682 | -- | -- | 22 | 75 | 320,690,281 | 4,901,865 | $32.06 | $10,281,330,409 | $10,124,176,617 | 0.03% | 275,030,618 | 85.8% | 10,098,097 | 3.1% | 1.4 |
| 6/16/2006 | 6,276,788 | 29,927,973 | 9.3% | 22 | 75 | 320,690,281 | 4,901,865 | $32.16 | $10,313,399,437 | $10,155,755,459 | 0.03% | 275,030,618 | 85.8% | 10,098,097 | 3.1% | 1.4 |
| 6/19/2006 | 3,909,657 | -- | -- | 22 | 75 | 320,690,281 | 4,901,865 | $31.83 | $10,207,571,644 | $10,051,545,381 | 0.03% | 275,030,618 | 85.8% | 10,098,097 | 3.1% | 1.5 |
| 6/20/2006 | 4,637,770 | -- | -- | 22 | 75 | 320,690,281 | 4,901,865 | $31.89 | $10,226,813,061 | $10,070,492,586 | 0.00% | 275,030,618 | 85.8% | 10,098,097 | 3.1% | 1.5 |
| 6/21/2006 | 7,261,782 | -- | -- | 23 | 75 | 320,690,281 | 4,901,865 | $32.77 | $10,509,020,508 | $10,348,386,392 | 0.03% | 275,030,618 | 85.8% | 10,098,097 | 3.1% | 1.5 |
| 6/22/2006 | 4,779,926 | -- | -- | 23 | 75 | 320,690,281 | 4,901,865 | $32.26 | $10,345,468,465 | $10,187,334,300 | N/A | 275,030,618 | 85.8% | 10,098,097 | 3.1% | 1.6 |
| 6/23/2006 | 3,460,978 | 24,050,113 | 7.5% | 23 | 75 | 320,690,281 | 4,901,865 | $32.16 | $10,313,399,437 | $10,155,755,459 | 0.03% | 275,030,618 | 85.8% | 10,098,097 | 3.1% | 1.6 |
| 6/26/2006 | 3,863,721 | -- | -- | 23 | 75 | 320,075,006 | 4,901,865 | $31.88 | $10,203,991,000 | $10,047,719,544 | 0.06% | 275,030,618 | 85.9% | 10,098,097 | 3.2% | 1.6 |
| 6/27/2006 | 4,586,180 | -- | -- | 23 | 75 | 320,075,006 | 4,901,865 | $30.91 | $9,893,518,250 | $9,742,001,603 | 0.00% | 275,030,618 | 85.9% | 10,098,097 | 3.2% | 1.7 |
| 6/28/2006 | 3,825,019 | -- | -- | 23 | 75 | 320,075,006 | 4,901,865 | $31.35 | $10,034,351,250 | $9,880,677,782 | 0.06% | 275,030,618 | 85.9% | 10,098,097 | 3.2% | 1.8 |
| 6/29/2006 | 4,244,116 | -- | -- | 23 | 75 | 320,075,006 | 4,901,865 | $32.67 | $10,456,850,250 | $10,296,706,320 | N/A | 275,030,618 | 85.9% | 10,098,097 | 3.2% | 1.8 |
| 6/30/2006 | 3,618,541 | 20,137,577 | 6.3% | 23 | 75 | 320,075,006 | 5,346,530 | $32.11 | $10,277,608,250 | $10,105,931,172 | 0.03% | 262,267,391 | 81.9% | 10,098,097 | 3.2% | 1.9 |
| 7/3/2006 | 1,072,531 | -- | -- | 21 | 73 | 320,075,006 | 5,346,530 | $32.25 | $10,322,418,750 | $10,149,993,158 | 0.03% | 262,267,391 | 81.9% | 10,098,097 | 3.2% | 1.9 |
| 7/5/2006 | 3,366,073 | -- | -- | 21 | 75 | 320,075,006 | 5,346,530 | $31.27 | $10,008,745,250 | $9,841,559,257 | N/A | 262,267,391 | 81.9% | 10,098,097 | 3.2% | 1.9 |
| 7/6/2006 | 8,819,876 | -- | -- | 21 | 75 | 320,075,006 | 5,346,530 | $30.25 | $9,682,268,750 | $9,520,536,218 | 0.03% | 262,267,391 | 81.9% | 10,098,097 | 3.2% | 1.9 |
| 7/7/2006 | 8,887,889 | 22,146,369 | 6.9% | 21 | 75 | 320,075,006 | 5,346,530 | $29.75 | $9,522,231,250 | $9,363,171,983 | 0.03% | 262,267,391 | 81.9% | 10,098,097 | 3.2% | 2.0 |
| 7/10/2006 | 5,208,878 | -- | -- | 21 | 75 | 320,075,006 | 5,346,530 | $29.05 | $9,298,178,750 | $9,142,862,054 | N/A | 262,267,391 | 81.9% | 10,098,097 | 3.2% | 2.0 |
| 7/11/2006 | 6,588,942 | -- | -- | 21 | 75 | 320,075,006 | 5,346,530 | $29.99 | $9,599,049,250 | $9,438,706,815 | N/A | 262,267,391 | 81.9% | 10,098,097 | 3.2% | 2.0 |
| 7/12/2006 | 7,150,612 | -- | -- | 21 | 75 | 320,075,006 | 5,346,530 | $29.08 | $9,307,781,000 | $9,152,303,908 | 0.03% | 262,267,391 | 81.9% | 10,098,097 | 3.2% | 1.9 |
| 7/13/2006 | 5,990,619 | -- | -- | 21 | 74 | 320,075,006 | 5,346,530 | $28.90 | $9,250,167,500 | $9,095,652,783 | 0.00% | 262,267,391 | 81.9% | 10,098,097 | 3.2% | 1.9 |
| 7/14/2006 | 4,632,249 | 29,571,300 | 9.2% | 21 | 74 | 320,075,006 | 5,346,530 | $28.50 | $9,122,137,500 | $8,969,761,395 | 0.18% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.9 |
| 7/17/2006 | 3,492,421 | -- | -- | 21 | 74 | 320,075,006 | 5,346,530 | $28.38 | $9,083,728,500 | $8,931,993,979 | 0.04% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.9 |
| 7/18/2006 | 7,217,468 | -- | -- | 21 | 74 | 320,075,006 | 5,346,530 | $28.23 | $9,035,717,250 | $8,884,784,708 | 0.00% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.9 |
| 7/19/2006 | 6,038,917 | -- | -- | 21 | 74 | 320,075,006 | 5,346,530 | $29.21 | $9,349,390,750 | $9,193,218,609 | N/A | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.9 |
| 7/20/2006 | 5,551,036 | -- | -- | 21 | 74 | 320,075,006 | 5,346,530 | $28.20 | $9,026,115,000 | $8,875,342,854 | 0.04% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.9 |
| 7/21/2006 | 5,887,849 | 28,187,691 | 8.8% | 21 | 75 | 320,075,006 | 5,346,530 | $27.39 | $8,766,854,250 | $8,620,412,793 | N/A | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.9 |
| 7/24/2006 | 4,281,676 | -- | -- | 21 | 74 | 320,075,006 | 5,346,530 | $28.10 | $8,994,107,500 | $8,843,870,007 | 0.00% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.9 |
| 7/25/2006 | 4,668,011 | -- | -- | 20 | 74 | 320,075,006 | 5,346,530 | $28.62 | $9,160,546,500 | $9,007,528,811 | 0.03% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.9 |
| 7/26/2006 | 9,827,257 | -- | -- | 17 | 74 | 320,075,006 | 5,346,530 | $28.38 | $9,083,728,500 | $8,931,993,979 | 0.07% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.8 |
| 7/27/2006 | 6,371,655 | -- | -- | 17 | 74 | 320,075,006 | 5,346,530 | $28.77 | $9,208,557,750 | $9,054,738,082 | 0.03% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.7 |
| 7/28/2006 | 3,857,406 | 29,006,005 | 9.1% | 17 | 73 | 320,075,006 | 5,346,530 | $29.31 | $9,381,398,250 | $9,224,691,456 | 0.03% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.7 |
| 7/31/2006 | 3,764,804 | -- | -- | 17 | 73 | 320,075,006 | 5,346,530 | $29.38 | $9,403,803,500 | $9,246,722,449 | 0.03% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.7 |
| 8/1/2006 | 3,353,172 | -- | -- | 17 | 74 | 320,075,006 | 5,346,530 | $28.76 | $9,205,357,000 | $9,051,590,797 | 0.00% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.7 |
| 8/2/2006 | 4,103,720 | -- | -- | 17 | 74 | 320,075,006 | 5,346,530 | $29.04 | $9,294,978,000 | $9,139,714,769 | 0.00% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.7 |
| 8/3/2006 | 5,895,255 | -- | -- | 17 | 74 | 320,075,006 | 5,346,530 | $29.46 | $9,429,409,500 | $9,271,900,726 | 0.00% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.7 |
| 8/4/2006 | 12,282,666 | 29,399,617 | 9.2% | 17 | 74 | 320,075,006 | 5,346,530 | $27.94 | $8,942,895,500 | $8,793,513,452 | 0.04% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.7 |
| 8/7/2006 | 6,337,795 | -- | -- | 25 | 72 | 320,075,006 | 5,346,530 | $27.45 | $8,786,058,750 | $8,639,296,502 | 0.04% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.7 |
| 8/8/2006 | 8,740,561 | -- | -- | 26 | 73 | 320,075,006 | 5,346,530 | $26.49 | $8,478,786,750 | $8,337,157,170 | 0.04% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.6 |
| 8/9/2006 | 7,265,725 | -- | -- | 26 | 73 | 320,075,006 | 5,346,530 | $26.92 | $8,616,419,000 | $8,472,490,412 | 0.07% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.6 |
| 8/10/2006 | 6,486,205 | -- | -- | 26 | 73 | 320,075,006 | 5,346,530 | $27.27 | $8,728,445,250 | $8,582,645,377 | 0.04% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.6 |
| 8/11/2006 | 6,037,483 | 34,867,769 | 10.9% | 27 | 74 | 320,075,006 | 5,346,530 | $26.83 | $8,587,612,250 | $8,444,164,850 | 0.04% | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.6 |
| 8/14/2006 | 8,448,944 | -- | -- | 27 | 76 | 320,075,006 | 5,346,530 | $26.91 | $8,613,218,250 | $8,469,343,128 | N/A | 262,267,391 | 81.9% | 9,658,905 | 3.0% | 1.6 |
| 8/15/2006 | 4,505,394 | -- | -- | 27 | 73 | 320,075,006 | 5,346,530 | $27.78 | $8,891,683,500 | $8,743,156,897 | N/A | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 1.6 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] | [2] | [3] | [4] Weekly Vol. / Shares Outstanding | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] Inst. Holdings as Percent of Outstanding Shares | [15] | [16] Short Interest to Shares Outstanding | [17] Short Interest Ratio (days) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | | Analysts | Market Makers | Shares Outstanding | Insider Holdings | Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Inst. Holdings | | Short Interest | | |
| 8/16/2006 | 6,325,919 | -- | -- | 27 | 73 | 320,075,005 | 5,346,530 | $28.89 | $9,246,966,750 | $9,092,505,498 | 0.00% | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 1.5 |
| 8/17/2006 | 8,065,133 | -- | -- | 27 | 45 | 320,075,005 | 5,346,530 | $29.33 | $9,387,799,750 | $9,230,986,025 | 0.03% | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 1.5 |
| 8/18/2006 | 4,388,070 | 31,733,460 | 9.9% | 27 | 73 | 320,075,005 | 5,346,530 | $29.39 | $9,407,004,250 | $9,249,869,733 | 0.03% | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 1.5 |
| 8/21/2006 | 3,543,774 | -- | -- | 27 | 72 | 320,075,005 | 5,346,530 | $28.61 | $9,157,345,750 | $9,004,381,527 | N/A | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 1.5 |
| 8/22/2006 | 2,760,475 | -- | -- | 26 | 71 | 320,075,005 | 5,346,530 | $28.44 | $9,102,933,000 | $8,950,877,687 | 0.04% | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 1.6 |
| 8/23/2006 | 2,724,316 | -- | -- | 26 | 73 | 320,075,005 | 5,346,530 | $28.36 | $9,077,327,000 | $8,925,699,409 | N/A | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 1.7 |
| 8/24/2006 | 3,062,814 | -- | -- | 26 | 73 | 320,075,005 | 5,346,530 | $28.69 | $9,182,951,750 | $9,029,559,804 | 0.03% | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 1.7 |
| 8/25/2006 | 2,937,157 | 15,028,536 | 4.7% | 26 | 73 | 320,075,005 | 5,346,530 | $28.57 | $9,144,542,750 | $8,991,792,388 | 0.07% | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 1.7 |
| 8/28/2006 | 3,039,595 | -- | -- | 26 | 71 | 320,075,005 | 5,346,530 | $28.78 | $9,211,758,500 | $9,057,885,367 | 0.03% | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 1.7 |
| 8/29/2006 | 5,763,368 | -- | -- | 26 | 72 | 320,075,005 | 5,346,530 | $29.51 | $9,445,413,250 | $9,287,637,150 | 0.03% | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 1.7 |
| 8/30/2006 | 4,622,932 | -- | -- | 26 | 71 | 320,075,005 | 5,346,530 | $29.68 | $9,499,826,000 | $9,341,140,990 | N/A | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 1.7 |
| 8/31/2006 | 4,288,674 | -- | -- | 26 | 72 | 320,075,005 | 5,346,530 | $29.10 | $9,314,182,500 | $9,158,598,477 | 0.03% | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 1.7 |
| 9/1/2006 | 3,038,720 | 20,753,289 | 6.5% | 26 | 71 | 320,075,005 | 5,346,530 | $28.89 | $9,246,966,750 | $9,092,505,498 | 0.07% | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 1.9 |
| 9/5/2006 | 5,680,903 | -- | -- | 26 | 71 | 320,075,005 | 5,346,530 | $30.07 | $9,624,655,250 | $9,463,885,093 | N/A | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 1.9 |
| 9/6/2006 | 4,871,846 | -- | -- | 26 | 72 | 320,075,005 | 5,346,530 | $29.36 | $9,397,402,000 | $9,240,427,879 | N/A | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 2.0 |
| 9/7/2006 | 4,492,392 | -- | -- | 26 | 72 | 320,075,005 | 5,346,530 | $29.20 | $9,346,190,000 | $9,190,071,324 | 0.00% | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 2.0 |
| 9/8/2006 | 4,239,686 | 19,284,827 | 6.0% | 26 | 71 | 320,075,005 | 5,346,530 | $28.56 | $9,141,342,000 | $8,988,645,103 | 0.07% | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 2.1 |
| 9/11/2006 | 6,499,497 | -- | -- | 26 | 71 | 320,075,005 | 5,346,530 | $29.79 | $9,535,034,250 | $9,375,761,121 | 0.03% | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 2.1 |
| 9/12/2006 | 7,922,041 | -- | -- | 26 | 72 | 320,075,005 | 5,346,530 | $31.56 | $10,101,567,000 | $9,932,330,513 | 0.00% | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 2.1 |
| 9/13/2006 | 5,704,107 | -- | -- | 25 | 72 | 320,075,005 | 5,346,530 | $31.43 | $10,059,957,250 | $9,891,915,812 | 0.00% | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 2.0 |
| 9/14/2006 | 4,158,957 | -- | -- | 25 | 71 | 320,075,005 | 5,346,530 | $31.70 | $10,146,377,500 | $9,976,892,499 | 0.03% | 262,267,391 | 81.9% | 9,591,548 | 3.0% | 2.1 |
| 9/15/2006 | 8,858,230 | 33,142,832 | 10.4% | 25 | 71 | 320,075,005 | 5,346,530 | $32.28 | $10,332,021,000 | $10,159,435,012 | N/A | 262,267,391 | 81.9% | 10,477,202 | 3.3% | 2.3 |
| 9/18/2006 | 5,669,804 | -- | -- | 25 | 72 | 320,075,005 | 5,346,530 | $31.37 | $10,040,752,750 | $9,873,032,104 | 0.00% | 262,267,391 | 81.9% | 10,477,202 | 3.3% | 2.2 |
| 9/19/2006 | 10,988,975 | -- | -- | 26 | 71 | 320,075,005 | 5,346,530 | $29.84 | $9,551,038,000 | $9,391,497,545 | 0.00% | 262,267,391 | 81.9% | 10,477,202 | 3.3% | 2.1 |
| 9/20/2006 | 7,937,840 | -- | -- | 26 | 72 | 320,075,005 | 5,346,530 | $29.27 | $9,368,595,250 | $9,212,102,317 | N/A | 262,267,391 | 81.9% | 10,477,202 | 3.3% | 2.0 |
| 9/21/2006 | 6,847,531 | -- | -- | 26 | 71 | 320,075,005 | 5,346,530 | $28.37 | $9,080,527,750 | $8,928,846,694 | 0.00% | 262,267,391 | 81.9% | 10,477,202 | 3.3% | 1.9 |
| 9/22/2006 | 4,682,547 | 36,126,697 | 11.3% | 26 | 72 | 320,075,005 | 5,346,530 | $28.29 | $9,054,921,750 | $8,903,668,416 | N/A | 262,267,391 | 81.9% | 10,477,202 | 3.3% | 1.9 |
| 9/25/2006 | 5,156,938 | -- | -- | 26 | 72 | 320,075,005 | 5,346,530 | $28.69 | $9,182,951,750 | $9,029,559,804 | 0.07% | 262,267,391 | 81.9% | 10,477,202 | 3.3% | 1.8 |
| 9/26/2006 | 6,164,297 | -- | -- | 26 | 72 | 320,075,005 | 5,346,530 | $27.98 | $8,955,698,500 | $8,806,102,591 | 0.04% | 262,267,391 | 81.9% | 10,477,202 | 3.3% | 1.8 |
| 9/27/2006 | 6,456,968 | -- | -- | 26 | 72 | 320,075,005 | 5,346,530 | $27.73 | $8,875,679,750 | $8,727,420,473 | 0.04% | 262,267,391 | 81.9% | 10,477,202 | 3.3% | 1.8 |
| 9/28/2006 | 5,144,509 | -- | -- | 26 | 71 | 320,075,005 | 5,346,530 | $28.08 | $9,198,955,500 | $9,045,296,228 | 0.00% | 262,267,391 | 81.9% | 10,477,202 | 3.3% | 1.8 |
| 9/29/2006 | 4,947,761 | 27,870,473 | 8.7% | 26 | 71 | 320,075,005 | 5,346,530 | $28.08 | $8,987,706,000 | $8,837,575,438 | N/A | 262,267,391 | 81.9% | 10,477,202 | 3.3% | 1.8 |
| 10/2/2006 | 4,262,120 | -- | -- | 26 | 71 | 320,075,005 | 5,344,534 | $27.77 | $8,888,482,750 | $8,740,065,041 | N/A | 275,423,240 | 86.0% | 10,477,202 | 3.3% | 1.7 |
| 10/3/2006 | 4,600,272 | -- | -- | 26 | 72 | 320,075,005 | 5,344,534 | $28.04 | $8,974,903,000 | $8,825,042,267 | 0.04% | 275,423,240 | 86.0% | 10,477,202 | 3.3% | 1.8 |
| 10/4/2006 | 4,729,317 | -- | -- | 25 | 71 | 320,075,005 | 5,344,534 | $28.83 | $9,227,762,250 | $9,073,679,335 | N/A | 275,423,240 | 86.0% | 10,477,202 | 3.3% | 1.8 |
| 10/5/2006 | 3,170,443 | -- | -- | 25 | 71 | 320,075,005 | 5,344,534 | $28.36 | $9,077,327,000 | $8,925,756,016 | 0.04% | 275,423,240 | 86.0% | 10,477,202 | 3.3% | 1.8 |
| 10/6/2006 | 3,167,089 | 19,929,241 | 6.2% | 25 | 71 | 320,075,005 | 5,344,534 | $28.28 | $9,051,721,000 | $8,900,577,578 | 0.07% | 275,423,240 | 86.0% | 10,477,202 | 3.3% | 1.8 |
| 10/9/2006 | 2,823,753 | -- | -- | 25 | 71 | 320,075,005 | 5,344,534 | $28.69 | $9,131,739,750 | $8,979,260,195 | 0.00% | 275,423,240 | 86.0% | 10,477,202 | 3.3% | 1.8 |
| 10/10/2006 | 3,882,275 | -- | -- | 25 | 71 | 320,075,005 | 5,344,534 | $28.60 | $9,154,145,080 | $9,001,291,328 | 0.07% | 275,423,240 | 86.0% | 10,477,202 | 3.3% | 1.8 |
| 10/11/2006 | 4,562,391 | -- | -- | 25 | 71 | 320,075,005 | 5,344,534 | $29.25 | $9,362,193,750 | $9,205,866,131 | 0.00% | 275,423,240 | 86.0% | 10,477,202 | 3.3% | 1.9 |
| 10/12/2006 | 5,311,477 | -- | -- | 25 | 70 | 320,075,005 | 5,344,534 | $29.57 | $9,464,617,750 | $9,306,579,880 | N/A | 275,423,240 | 86.0% | 10,477,202 | 3.3% | 1.9 |
| 10/13/2006 | 4,449,126 | 21,029,022 | 6.6% | 25 | 71 | 320,075,005 | 5,344,534 | $30.00 | $9,602,250,000 | $9,441,913,980 | 0.03% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 1.9 |
| 10/16/2006 | 3,599,800 | -- | -- | 25 | 71 | 320,075,005 | 5,344,534 | $29.91 | $9,573,443,250 | $9,413,588,238 | 0.03% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 2.0 |
| 10/17/2006 | 4,717,207 | -- | -- | 25 | 71 | 320,075,005 | 5,344,534 | $29.29 | $9,374,996,750 | $9,218,455,349 | N/A | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 2.0 |
| 10/18/2006 | 8,009,849 | -- | -- | 25 | 71 | 320,075,005 | 5,344,534 | $28.52 | $9,128,539,000 | $8,976,112,890 | N/A | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 2.0 |
| 10/19/2006 | 3,538,536 | -- | -- | 25 | 73 | 320,075,005 | 5,344,534 | $28.48 | $9,115,736,000 | $8,963,523,672 | N/A | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 2.1 |
| 10/20/2006 | 2,978,116 | 22,843,508 | 7.1% | 25 | 72 | 320,075,005 | 5,344,534 | $28.36 | $9,077,327,000 | $8,925,756,016 | 0.04% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 2.1 |
| 10/23/2006 | 3,211,166 | -- | -- | 25 | 72 | 320,075,005 | 5,344,534 | $28.39 | $9,086,929,250 | $8,935,197,930 | 0.04% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 2.1 |
| 10/24/2006 | 2,922,821 | -- | -- | 25 | 72 | 320,075,005 | 5,344,534 | $28.39 | $9,086,929,250 | $8,935,197,930 | 0.00% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 2.3 |
| 10/25/2006 | 4,147,527 | -- | -- | 25 | 72 | 320,075,005 | 5,344,534 | $29.54 | $9,455,015,500 | $9,297,137,966 | N/A | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 2.3 |
| 10/26/2006 | 3,905,364 | -- | -- | 25 | 72 | 320,075,005 | 5,344,534 | $28.91 | $9,573,443,250 | $9,413,588,238 | 0.03% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 2.4 |
| 10/27/2006 | 5,058,754 | 19,245,632 | 6.0% | 24 | 77 | 320,075,005 | 5,344,534 | $29.43 | $9,419,807,250 | $9,262,517,614 | 0.03% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 2.4 |
| 10/30/2006 | 3,232,909 | -- | -- | 24 | 77 | 320,075,005 | 5,344,534 | $29.43 | $9,624,655,250 | $9,463,945,113 | 0.03% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 2.4 |
| 10/31/2006 | 4,011,589 | -- | -- | 24 | 74 | 320,075,005 | 5,344,534 | $30.01 | $9,605,450,750 | $9,445,061,285 | 0.07% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 2.4 |
| 11/1/2006 | 5,439,467 | -- | -- | 24 | 75 | 320,075,005 | 5,344,534 | $29.07 | $9,304,580,250 | $9,149,214,647 | 0.10% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 2.4 |
| 11/2/2006 | 12,105,857 | -- | -- | 24 | 74 | 320,075,005 | 5,344,534 | $28.39 | $9,086,929,250 | $8,935,197,930 | 0.11% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 2.1 |
| 11/3/2006 | 6,893,916 | 31,683,738 | 9.9% | 24 | 74 | 320,075,005 | 5,344,534 | $28.77 | $9,208,557,750 | $9,054,795,507 | 0.07% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 2.1 |
| 11/6/2006 | 6,119,181 | -- | -- | 25 | 74 | 320,075,005 | 5,344,534 | $29.62 | $9,480,621,500 | $9,322,316,403 | 0.07% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 2.0 |
| 11/7/2006 | 6,711,837 | -- | -- | 25 | 74 | 320,075,005 | 5,344,534 | $30.65 | $9,810,298,750 | $9,646,488,783 | 0.03% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 1.9 |
| 11/8/2006 | 4,686,580 | -- | -- | 26 | 74 | 320,075,005 | 5,344,534 | $30.85 | $9,874,313,750 | $9,709,434,876 | 0.03% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 1.9 |
| 11/9/2006 | 5,710,277 | -- | -- | 25 | 74 | 320,075,005 | 5,344,534 | $30.42 | $9,736,681,500 | $9,574,100,776 | 0.03% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 1.9 |
| 11/10/2006 | 5,149,388 | 28,377,263 | 8.9% | 25 | 74 | 320,075,005 | 5,344,534 | $30.94 | $9,903,120,500 | $9,737,760,618 | 0.03% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 1.9 |
| 11/13/2006 | 4,171,573 | -- | -- | 25 | 74 | 320,075,005 | 5,344,534 | $31.48 | $10,075,961,000 | $9,907,715,070 | 0.06% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 1.9 |
| 11/14/2006 | 5,237,454 | -- | -- | 25 | 74 | 320,075,005 | 5,344,534 | $32.46 | $10,389,634,500 | $10,216,150,926 | 0.09% | 275,423,240 | 86.0% | 9,760,006 | 3.0% | 1.9 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] | [2] | [3] | [4] Weekly Vol./Shares Outstanding | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] Inst. Holdings as Percent of Outstanding Shares | [15] | [16] Short Interest to Shares Outstanding | [17] Short Interest Ratio (days) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | | Analysts | Market Makers | Shares Outstanding | Insider Holdings | Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Inst. Holdings | | Short Interest | | |
| 11/15/2006 | 6,887,311 | -- | -- | 25 | 74 | 320,075,000 | 5,344,534 | $32.49 | $10,399,236,750 | $10,225,592,840 | 0.00% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 2.5 |
| 11/16/2006 | 5,477,082 | -- | -- | 25 | 74 | 320,075,000 | 5,344,534 | $33.04 | $10,575,278,000 | $10,398,694,597 | 0.06% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 2.4 |
| 11/17/2006 | 5,639,557 | 27,412,977 | 8.6% | 25 | 74 | 320,075,000 | 5,344,534 | $32.78 | $10,492,058,500 | $10,316,864,675 | 0.03% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 2.3 |
| 11/20/2006 | 3,706,210 | -- | -- | 25 | 73 | 320,075,000 | 5,344,534 | $32.79 | $10,495,259,250 | $10,320,011,980 | 0.03% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 2.3 |
| 11/21/2006 | 3,331,995 | -- | -- | 25 | 73 | 320,075,000 | 5,344,534 | $32.58 | $10,428,043,500 | $10,253,918,582 | 0.06% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 2.3 |
| 11/22/2006 | 2,108,973 | -- | -- | 25 | 73 | 320,075,000 | 5,344,534 | $32.60 | $10,434,445,000 | $10,260,213,192 | 0.06% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 2.4 |
| 11/24/2006 | 1,838,332 | 10,985,510 | 3.4% | 25 | 73 | 320,075,000 | 5,344,534 | $32.30 | $10,338,422,500 | $10,165,794,052 | 0.12% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 2.4 |
| 11/27/2006 | 3,679,957 | -- | -- | 25 | 73 | 320,075,000 | 5,344,534 | $31.57 | $10,104,767,750 | $9,936,040,812 | 0.16% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 2.5 |
| 11/28/2006 | 3,773,119 | -- | -- | 25 | 73 | 320,075,000 | 5,344,534 | $31.39 | $10,047,154,250 | $9,879,389,328 | 0.13% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 2.4 |
| 11/29/2006 | 3,459,770 | -- | -- | 25 | 73 | 320,075,000 | 5,344,534 | $31.36 | $10,037,552,000 | $9,869,947,414 | N/A | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 2.5 |
| 11/30/2006 | 3,918,560 | -- | -- | 25 | 73 | 320,075,000 | 5,344,534 | $31.48 | $10,075,961,000 | $9,907,715,070 | 0.06% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 2.5 |
| 12/1/2006 | 4,032,670 | 18,864,076 | 5.9% | 25 | 72 | 320,075,000 | 5,344,534 | $31.10 | $9,954,332,500 | $9,788,117,493 | 0.10% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 2.7 |
| 12/4/2006 | 5,835,475 | -- | -- | 25 | 72 | 320,075,000 | 5,344,534 | $32.51 | $10,405,638,250 | $10,231,887,450 | 0.09% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 2.7 |
| 12/5/2006 | 2,853,527 | -- | -- | 25 | 72 | 320,075,000 | 5,344,534 | $32.33 | $10,348,024,750 | $10,175,235,966 | 0.06% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 2.8 |
| 12/6/2006 | 3,504,971 | -- | -- | 25 | 72 | 320,075,000 | 5,344,534 | $32.12 | $10,280,809,000 | $10,109,142,568 | 0.06% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 3.0 |
| 12/7/2006 | 3,470,953 | -- | -- | 25 | 72 | 320,075,000 | 5,344,534 | $31.40 | $10,050,355,000 | $9,882,536,632 | 0.03% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 3.0 |
| 12/8/2006 | 5,062,891 | 20,727,817 | 6.5% | 25 | 72 | 320,075,000 | 5,344,534 | $31.43 | $10,059,957,250 | $9,891,978,546 | 0.00% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 3.0 |
| 12/11/2006 | 3,292,444 | -- | -- | 25 | 72 | 320,075,000 | 5,344,534 | $31.16 | $9,973,537,000 | $9,807,001,321 | 0.03% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 3.1 |
| 12/12/2006 | 4,481,220 | -- | -- | 25 | 72 | 320,075,000 | 5,344,534 | $30.86 | $9,877,514,500 | $9,712,582,181 | 0.06% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 3.1 |
| 12/13/2006 | 4,236,501 | -- | -- | 25 | 72 | 320,075,000 | 5,344,534 | $30.28 | $9,691,871,000 | $9,530,038,510 | 0.03% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 3.1 |
| 12/14/2006 | 4,056,490 | -- | -- | 25 | 72 | 320,075,000 | 5,344,534 | $30.67 | $9,816,700,250 | $9,652,783,392 | 0.00% | 275,423,240 | 86.0% | 12,538,624 | 3.9% | 3.2 |
| 12/15/2006 | 5,811,670 | 21,878,325 | 6.8% | 25 | 72 | 320,075,000 | 5,344,534 | $30.87 | $9,880,715,250 | $9,715,729,485 | 0.00% | 275,423,240 | 86.0% | 10,332,370 | 3.2% | 2.6 |
| 12/18/2006 | 3,174,210 | -- | -- | 23 | 72 | 320,075,000 | 5,344,534 | $30.87 | $9,851,509,500 | $9,687,403,743 | 0.06% | 275,423,240 | 86.0% | 10,332,370 | 3.2% | 2.7 |
| 12/19/2006 | 4,862,104 | -- | -- | 23 | 72 | 320,075,000 | 5,344,534 | $30.20 | $9,666,265,000 | $9,504,860,073 | 0.03% | 275,423,240 | 86.0% | 10,332,370 | 3.2% | 2.7 |
| 12/20/2006 | 9,655,882 | -- | -- | 23 | 72 | 320,075,000 | 5,344,534 | $31.52 | $10,088,764,000 | $9,920,304,288 | 0.06% | 275,423,240 | 86.0% | 10,332,370 | 3.2% | 2.5 |
| 12/21/2006 | 3,770,270 | -- | -- | 23 | 72 | 320,075,000 | 5,344,534 | $31.05 | $9,938,328,750 | $9,772,380,969 | 0.10% | 275,423,240 | 86.0% | 10,332,370 | 3.2% | 2.4 |
| 12/22/2006 | 2,482,972 | 23,945,438 | 7.5% | 23 | 72 | 320,075,000 | 5,344,534 | $30.52 | $9,768,689,000 | $9,605,573,822 | 0.00% | 275,423,240 | 86.0% | 10,332,370 | 3.2% | 2.4 |
| 12/26/2006 | 1,318,344 | -- | -- | 23 | 72 | 320,075,000 | 5,344,534 | $30.52 | $9,829,503,250 | $9,665,372,611 | 0.07% | 275,423,240 | 86.0% | 10,332,370 | 3.2% | 2.5 |
| 12/27/2006 | 1,693,130 | -- | -- | 23 | 72 | 320,075,000 | 5,344,534 | $30.84 | $9,871,113,000 | $9,706,287,571 | 0.06% | 275,423,240 | 86.0% | 10,332,370 | 3.2% | 2.6 |
| 12/28/2006 | 2,219,658 | -- | -- | 23 | 72 | 320,075,000 | 5,344,534 | $30.71 | $9,829,503,250 | $9,665,372,611 | 0.10% | 275,423,240 | 86.0% | 10,332,370 | 3.2% | 2.6 |
| 12/29/2006 | 2,272,957 | 7,504,089 | 2.3% | 23 | 72 | 320,075,000 | 5,344,534 | $30.62 | $9,800,696,500 | $9,637,046,869 | 0.03% | 275,423,240 | 86.0% | 10,332,370 | 3.2% | 2.6 |
| 1/3/2007 | 6,636,870 | -- | -- | 24 | 72 | 320,075,000 | 5,353,534 | $31.16 | $9,973,537,000 | $9,806,720,881 | 0.10% | 277,604,598 | 86.7% | 10,332,370 | 3.2% | 2.4 |
| 1/4/2007 | 5,695,850 | -- | -- | 24 | 72 | 320,075,000 | 5,353,534 | $31.82 | $10,184,786,500 | $10,014,437,048 | 0.03% | 277,604,598 | 86.7% | 10,332,370 | 3.2% | 2.4 |
| 1/5/2007 | 4,653,469 | 16,986,189 | 5.3% | 24 | 72 | 320,075,000 | 5,353,534 | $31.31 | $10,021,548,250 | $9,853,929,100 | 0.00% | 277,604,598 | 86.7% | 10,332,370 | 3.2% | 2.5 |
| 1/8/2007 | 5,236,233 | -- | -- | 24 | 72 | 320,075,000 | 5,353,534 | $31.59 | $10,111,169,250 | $9,942,051,111 | 0.06% | 277,604,598 | 86.7% | 10,332,370 | 3.2% | 2.5 |
| 1/9/2007 | 6,341,145 | -- | -- | 24 | 71 | 320,075,000 | 5,353,534 | $32.40 | $10,370,430,000 | $10,196,975,498 | 0.06% | 277,604,598 | 86.7% | 10,332,370 | 3.2% | 2.4 |
| 1/10/2007 | 5,297,235 | -- | -- | 24 | 71 | 320,075,000 | 5,353,534 | $32.83 | $10,508,062,250 | $10,332,305,729 | 0.09% | 277,604,598 | 86.7% | 10,332,370 | 3.2% | 2.4 |
| 1/11/2007 | 5,022,623 | -- | -- | 24 | 71 | 320,075,000 | 5,353,534 | $32.78 | $10,472,854,000 | $10,297,686,368 | 0.06% | 277,604,598 | 86.7% | 10,332,370 | 3.2% | 2.3 |
| 1/12/2007 | 7,102,007 | 28,999,243 | 9.1% | 24 | 70 | 320,075,000 | 5,353,534 | $33.63 | $10,764,122,250 | $10,584,082,902 | 0.03% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 2.2 |
| 1/16/2007 | 5,487,614 | -- | -- | 24 | 70 | 320,075,000 | 5,353,534 | $33.13 | $10,604,084,750 | $10,426,722,169 | 0.06% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 2.2 |
| 1/17/2007 | 5,645,159 | -- | -- | 24 | 70 | 320,075,000 | 5,353,534 | $33.07 | $10,584,880,250 | $10,407,838,881 | 0.21% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 2.2 |
| 1/18/2007 | 7,960,717 | -- | -- | 24 | 70 | 320,075,000 | 5,353,534 | $31.52 | $10,088,764,000 | $9,920,020,608 | 0.03% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 2.1 |
| 1/19/2007 | 5,012,581 | 24,106,071 | 7.5% | 24 | 70 | 320,075,000 | 5,353,534 | $31.60 | $10,114,370,000 | $9,945,198,326 | 0.03% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 2.1 |
| 1/22/2007 | 4,420,890 | -- | -- | 24 | 70 | 320,075,000 | 5,353,534 | $31.26 | $10,005,544,500 | $9,838,193,027 | 0.06% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 2.1 |
| 1/23/2007 | 6,164,408 | -- | -- | 24 | 70 | 320,075,000 | 5,353,534 | $31.08 | $9,947,931,000 | $9,781,543,163 | 0.00% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 2.1 |
| 1/24/2007 | 5,071,175 | -- | -- | 24 | 70 | 320,075,000 | 5,353,534 | $31.31 | $10,021,548,250 | $9,853,929,100 | 0.10% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 2.1 |
| 1/25/2007 | 6,295,492 | -- | -- | 24 | 69 | 320,075,000 | 5,353,534 | $31.20 | $9,986,340,000 | $9,819,309,739 | 0.13% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 2.1 |
| 1/26/2007 | 3,704,235 | 25,656,200 | 8.0% | 24 | 69 | 320,075,000 | 5,353,534 | $31.40 | $10,050,355,000 | $9,882,254,032 | 0.00% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 2.0 |
| 1/29/2007 | 4,848,504 | -- | -- | 24 | 69 | 320,075,000 | 5,353,534 | $31.17 | $9,976,737,750 | $9,809,868,095 | 0.10% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 1.9 |
| 1/30/2007 | 2,891,672 | -- | -- | 24 | 69 | 320,075,000 | 5,353,534 | $31.07 | $9,944,730,250 | $9,778,395,949 | 0.06% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 1.9 |
| 1/31/2007 | 6,045,217 | -- | -- | 17 | 69 | 320,075,000 | 5,353,534 | $30.80 | $9,858,310,000 | $9,693,421,153 | 0.03% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 1.9 |
| 2/1/2007 | 7,583,902 | -- | -- | 18 | 69 | 320,075,000 | 5,353,534 | $32.00 | $10,242,400,000 | $10,071,086,912 | 0.06% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 1.9 |
| 2/2/2007 | 5,108,672 | 26,477,967 | 8.3% | 18 | 69 | 320,075,000 | 5,353,534 | $32.43 | $10,380,032,250 | $10,206,417,142 | 0.09% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 1.9 |
| 2/5/2007 | 5,484,100 | -- | -- | 18 | 69 | 320,075,000 | 5,353,534 | $32.42 | $10,376,831,500 | $10,203,269,928 | 0.09% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 1.8 |
| 2/6/2007 | 5,952,276 | -- | -- | 18 | 69 | 320,075,000 | 5,353,534 | $31.70 | $10,146,377,500 | $9,976,670,472 | 0.03% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 1.8 |
| 2/7/2007 | 5,846,805 | -- | -- | 18 | 69 | 320,075,000 | 5,353,534 | $31.95 | $10,226,396,250 | $10,055,350,839 | 0.03% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 1.8 |
| 2/8/2007 | 7,154,635 | -- | -- | 23 | 69 | 320,075,000 | 5,353,534 | $31.11 | $9,957,533,250 | $9,790,984,807 | 0.03% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 1.8 |
| 2/9/2007 | 7,600,634 | 32,038,450 | 10.0% | 24 | 69 | 320,075,000 | 5,353,534 | $30.33 | $9,707,874,750 | $9,605,299,142 | 0.07% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 1.8 |
| 2/12/2007 | 3,854,178 | -- | -- | 24 | 69 | 320,075,000 | 5,353,534 | $30.18 | $9,659,863,500 | $9,498,293,844 | 0.13% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 1.8 |
| 2/13/2007 | 3,811,516 | -- | -- | 24 | 69 | 320,075,000 | 5,353,534 | $30.48 | $9,755,886,000 | $9,592,710,284 | 0.03% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 1.8 |
| 2/14/2007 | 4,682,914 | -- | -- | 24 | 69 | 320,075,000 | 5,353,534 | $31.05 | $9,938,328,750 | $9,772,101,519 | 0.13% | 277,604,598 | 86.7% | 10,228,870 | 3.2% | 1.8 |
| 2/15/2007 | 4,058,993 | -- | -- | 24 | 69 | 320,075,000 | 5,353,534 | $31.00 | $9,922,325,000 | $9,756,365,446 | 0.03% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.9 |
| 2/16/2007 | 3,931,559 | 20,339,160 | 6.4% | 24 | 69 | 320,075,000 | 5,353,534 | $30.84 | $9,871,113,000 | $9,706,010,011 | 0.03% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.9 |
| 2/20/2007 | 2,779,115 | -- | -- | 24 | 69 | 320,075,000 | 5,353,534 | $30.99 | $9,919,124,250 | $9,753,228,231 | 0.13% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.9 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] Date | [2] Daily Volume | [3] Weekly Volume | [4] Weekly Vol. / Shares Outstanding | [5] Analysts | [6] Market Makers | [7] Shares Outstanding | [8] Insider Holdings | [9] Price | [10] Market Capitalization of Equity | [11] Market Capitalization of Public Float | [12] Bid-Ask Spread | [13] Inst. Holdings | [14] Inst. Holdings as Percent of Outstanding Shares | [15] Short Interest | [16] Short Interest to Shares Outstanding | [17] Short Interest Ratio (days) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/21/2007 | 3,923,437 | -- | -- | 24 | 69 | 320,075,000 | 5,353,534 | $31.14 | $9,967,135,500 | $9,800,426,451 | 0.06% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.9 |
| 2/22/2007 | 10,619,503 | -- | -- | 24 | 69 | 320,075,000 | 5,353,534 | $33.59 | $10,751,319,250 | $10,571,494,043 | 0.06% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.8 |
| 2/23/2007 | 5,884,500 | 23,206,555 | 7.3% | 24 | 69 | 320,075,000 | 5,353,534 | $33.40 | $10,690,505,000 | $10,511,696,964 | 0.03% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.8 |
| 2/26/2007 | 4,841,933 | -- | -- | 24 | 69 | 320,075,000 | 5,353,534 | $33.13 | $10,604,084,750 | $10,426,722,169 | 0.06% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.8 |
| 2/27/2007 | 6,916,897 | -- | -- | 24 | 69 | 320,075,000 | 5,353,534 | $32.10 | $10,274,407,500 | $10,102,559,059 | 0.16% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.8 |
| 2/28/2007 | 6,168,512 | -- | -- | 24 | 69 | 320,075,000 | 5,353,534 | $32.75 | $10,482,456,250 | $10,307,128,012 | 0.09% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.7 |
| 3/1/2007 | 7,496,995 | -- | -- | 24 | 68 | 320,075,000 | 5,353,534 | $32.66 | $10,453,649,500 | $10,278,803,080 | 0.15% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.7 |
| 3/2/2007 | 5,354,169 | 30,778,506 | 9.6% | 24 | 68 | 320,075,000 | 5,353,534 | $31.58 | $10,107,968,500 | $9,938,903,896 | 0.13% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.7 |
| 3/5/2007 | 5,200,706 | -- | -- | 24 | 68 | 320,075,000 | 5,353,534 | $31.67 | $10,136,775,250 | $9,967,228,828 | 0.00% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.7 |
| 3/6/2007 | 4,874,363 | -- | -- | 24 | 68 | 320,075,000 | 5,353,534 | $32.23 | $10,316,017,250 | $10,143,472,849 | 0.06% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.7 |
| 3/7/2007 | 4,216,371 | -- | -- | 24 | 68 | 320,075,000 | 5,353,534 | $31.84 | $10,191,188,000 | $10,020,731,477 | 0.06% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.7 |
| 3/8/2007 | 6,848,907 | -- | -- | 24 | 68 | 320,075,000 | 5,353,534 | $32.55 | $10,418,441,250 | $10,244,183,718 | 0.09% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.7 |
| 3/9/2007 | 8,186,876 | 29,327,223 | 9.2% | 24 | 68 | 320,075,000 | 5,353,534 | $33.02 | $10,568,876,500 | $10,392,102,807 | 0.03% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.8 |
| 3/12/2007 | 3,848,510 | -- | -- | 24 | 68 | 320,075,000 | 5,353,534 | $33.02 | $10,568,876,500 | $10,392,102,807 | 0.03% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.8 |
| 3/13/2007 | 5,120,452 | -- | -- | 24 | 68 | 320,075,000 | 5,353,534 | $32.25 | $10,322,418,750 | $10,149,767,279 | 0.09% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.8 |
| 3/14/2007 | 6,891,132 | -- | -- | 24 | 68 | 320,075,000 | 5,353,534 | $32.17 | $10,296,812,750 | $10,124,589,561 | 0.03% | 277,604,598 | 86.7% | 9,545,910 | 3.0% | 1.7 |
| 3/15/2007 | 4,282,449 | -- | -- | 24 | 68 | 320,075,000 | 5,353,534 | $32.16 | $10,293,612,000 | $10,121,442,347 | 0.03% | 277,604,598 | 86.7% | 12,703,555 | 4.0% | 2.3 |
| 3/16/2007 | 5,772,024 | 25,914,567 | 8.1% | 24 | 68 | 320,075,000 | 5,353,534 | $31.90 | $10,210,392,500 | $10,039,614,765 | 0.06% | 277,604,598 | 86.7% | 12,703,555 | 4.0% | 2.3 |
| 3/19/2007 | 3,408,570 | -- | -- | 24 | 68 | 320,075,000 | 5,353,534 | $31.71 | $10,149,578,250 | $9,979,817,687 | 0.03% | 277,604,598 | 86.7% | 12,703,555 | 4.0% | 2.3 |
| 3/20/2007 | 5,146,935 | -- | -- | 24 | 67 | 320,075,000 | 5,353,534 | $31.75 | $10,162,381,250 | $9,992,406,546 | 0.03% | 277,604,598 | 86.7% | 12,703,555 | 4.0% | 2.2 |
| 3/21/2007 | 4,878,305 | -- | -- | 24 | 67 | 320,075,000 | 5,353,534 | $32.20 | $10,306,415,000 | $10,134,031,205 | 0.06% | 277,604,598 | 86.7% | 12,703,555 | 4.0% | 2.2 |
| 3/22/2007 | 7,699,693 | -- | -- | 24 | 67 | 320,075,000 | 5,353,534 | $31.33 | $10,027,949,750 | $9,860,223,530 | 0.16% | 277,604,598 | 86.7% | 12,703,555 | 4.0% | 2.2 |
| 3/23/2007 | 3,478,602 | 24,612,105 | 7.7% | 24 | 67 | 320,075,000 | 5,353,534 | $31.42 | $10,056,756,500 | $9,888,548,462 | 0.09% | 277,604,598 | 86.7% | 12,703,555 | 4.0% | 2.3 |
| 3/26/2007 | 3,727,102 | -- | -- | 24 | 67 | 320,075,000 | 5,353,534 | $31.27 | $10,008,745,250 | $9,841,340,242 | 0.19% | 277,604,598 | 86.7% | 12,703,555 | 4.0% | 2.3 |
| 3/27/2007 | 3,403,833 | -- | -- | 24 | 67 | 320,075,000 | 5,353,534 | $30.98 | $9,915,923,500 | $9,750,071,017 | 0.10% | 277,604,598 | 86.7% | 12,703,555 | 4.0% | 2.4 |
| 3/28/2007 | 4,598,214 | -- | -- | 24 | 67 | 320,075,000 | 5,353,534 | $30.45 | $9,746,283,750 | $9,583,268,640 | 0.07% | 277,604,598 | 86.7% | 12,703,555 | 4.0% | 2.4 |
| 3/29/2007 | 8,380,753 | -- | -- | 24 | 67 | 320,075,000 | 5,353,534 | $29.74 | $9,519,030,500 | $9,359,816,399 | 0.07% | 277,604,598 | 86.7% | 12,703,555 | 4.0% | 2.4 |
| 3/30/2007 | 7,227,327 | 27,337,229 | 8.5% | 24 | 67 | 320,075,000 | 5,353,534 | $29.40 | $9,410,205,000 | $9,252,811,100 | 0.03% | 277,604,598 | 86.7% | 12,703,555 | 4.0% | 2.4 |
| 4/2/2007 | 10,406,685 | -- | -- | 24 | 67 | 320,075,000 | 5,384,983 | $28.99 | $9,278,974,250 | $9,122,863,593 | 0.03% | 282,640,379 | 88.3% | 12,703,555 | 4.0% | 2.3 |
| 4/3/2007 | 7,148,009 | -- | -- | 24 | 67 | 320,075,000 | 5,384,983 | $29.16 | $9,333,387,000 | $9,176,360,896 | 0.07% | 282,640,379 | 88.3% | 12,703,555 | 4.0% | 2.2 |
| 4/4/2007 | 3,525,461 | -- | -- | 24 | 67 | 320,075,000 | 5,384,983 | $29.50 | $9,445,413,250 | $9,286,502,402 | 0.03% | 282,640,379 | 88.3% | 12,703,555 | 4.0% | 2.2 |
| 4/5/2007 | 2,972,361 | 24,052,516 | 7.5% | 24 | 68 | 320,075,000 | 5,384,983 | $29.70 | $9,506,227,500 | $9,346,293,505 | 0.10% | 282,640,379 | 88.3% | 12,703,555 | 4.0% | 2.3 |
| 4/9/2007 | 4,889,969 | -- | -- | 24 | 68 | 320,075,000 | 5,384,983 | $29.15 | $9,330,186,250 | $9,173,213,996 | 0.03% | 282,640,379 | 88.3% | 12,703,555 | 4.0% | 2.3 |
| 4/10/2007 | 5,883,267 | -- | -- | 23 | 68 | 320,075,000 | 5,384,983 | $29.13 | $9,323,784,750 | $9,166,920,195 | 0.03% | 282,640,379 | 88.3% | 12,703,555 | 4.0% | 2.3 |
| 4/11/2007 | 4,501,405 | -- | -- | 23 | 68 | 320,075,000 | 5,384,983 | $28.86 | $9,237,364,500 | $9,081,953,891 | 0.07% | 282,640,379 | 88.3% | 12,703,555 | 4.0% | 2.3 |
| 4/12/2007 | 6,035,806 | -- | -- | 23 | 69 | 320,075,000 | 5,384,983 | $29.11 | $9,317,383,250 | $9,160,626,395 | 0.03% | 282,640,379 | 88.3% | 12,703,555 | 4.0% | 2.4 |
| 4/13/2007 | 4,522,906 | 25,833,353 | 8.1% | 23 | 67 | 320,075,000 | 5,384,983 | $28.99 | $9,278,974,250 | $9,122,863,593 | 0.03% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.7 |
| 4/16/2007 | 4,328,758 | -- | -- | 23 | 67 | 320,075,000 | 5,384,983 | $29.04 | $9,294,978,000 | $9,138,598,094 | 0.03% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.7 |
| 4/17/2007 | 6,172,731 | -- | -- | 23 | 67 | 320,075,000 | 5,384,983 | $29.10 | $9,314,182,500 | $9,157,479,495 | 0.14% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.7 |
| 4/18/2007 | 19,698,055 | -- | -- | 23 | 67 | 320,075,000 | 5,384,983 | $30.81 | $9,861,510,750 | $9,695,599,424 | 0.06% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.5 |
| 4/19/2007 | 7,876,259 | -- | -- | 23 | 67 | 320,075,000 | 5,384,983 | $31.47 | $10,072,760,250 | $9,903,294,835 | 0.06% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.4 |
| 4/20/2007 | 6,978,426 | 45,054,229 | 14.1% | 23 | 67 | 320,075,000 | 5,384,983 | $31.52 | $10,088,764,000 | $9,919,029,336 | 0.03% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.4 |
| 4/23/2007 | 3,805,551 | -- | -- | 23 | 67 | 320,075,000 | 5,384,983 | $31.40 | $10,050,355,000 | $9,881,266,534 | 0.03% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.4 |
| 4/24/2007 | 7,942,190 | -- | -- | 23 | 67 | 320,075,000 | 5,384,983 | $32.36 | $10,357,627,000 | $10,183,368,959 | 0.03% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.4 |
| 4/25/2007 | 9,850,102 | -- | -- | 23 | 67 | 320,075,000 | 5,384,983 | $32.91 | $10,533,668,250 | $10,356,448,459 | 0.09% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.3 |
| 4/26/2007 | 8,938,396 | -- | -- | 24 | 67 | 320,075,000 | 5,384,983 | $32.81 | $10,501,660,750 | $10,324,979,458 | 0.06% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.3 |
| 4/27/2007 | 3,421,298 | 33,957,537 | 10.6% | 24 | 67 | 320,075,000 | 5,384,983 | $32.39 | $10,367,229,250 | $10,192,809,651 | 0.06% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.3 |
| 4/30/2007 | 4,285,689 | -- | -- | 24 | 67 | 320,075,000 | 5,384,983 | $31.72 | $10,152,779,000 | $9,981,967,339 | 0.13% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.4 |
| 5/1/2007 | 3,648,890 | -- | -- | 23 | 67 | 320,075,000 | 5,384,983 | $31.93 | $10,219,994,750 | $10,048,052,343 | 0.09% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.4 |
| 5/2/2007 | 3,793,024 | -- | -- | 23 | 67 | 320,075,000 | 5,384,983 | $32.34 | $10,351,225,500 | $10,177,075,150 | 0.03% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.5 |
| 5/3/2007 | 2,920,919 | -- | -- | 23 | 66 | 320,075,000 | 5,384,983 | $32.19 | $10,303,214,250 | $10,129,871,647 | 0.09% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.5 |
| 5/4/2007 | 2,657,374 | 17,305,896 | 5.4% | 23 | 66 | 320,075,000 | 5,384,983 | $32.39 | $10,367,229,250 | $10,192,809,651 | 0.03% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.5 |
| 5/7/2007 | 2,640,308 | -- | -- | 23 | 67 | 320,075,000 | 5,384,983 | $32.15 | $10,290,411,250 | $10,117,284,047 | 0.09% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.5 |
| 5/8/2007 | 4,148,173 | -- | -- | 22 | 67 | 320,075,000 | 5,384,983 | $31.75 | $10,162,381,250 | $9,991,408,040 | 0.03% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.5 |
| 5/9/2007 | 6,131,559 | -- | -- | 22 | 67 | 320,075,000 | 5,384,983 | $32.48 | $10,396,036,000 | $10,221,131,752 | 0.12% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.5 |
| 5/10/2007 | 4,550,587 | -- | -- | 22 | 67 | 320,075,000 | 5,384,983 | $31.66 | $10,133,574,500 | $9,963,085,938 | 0.03% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.5 |
| 5/11/2007 | 4,964,618 | 22,435,245 | 7.0% | 22 | 67 | 320,075,000 | 5,384,983 | $32.51 | $10,405,638,250 | $10,230,572,453 | 0.12% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.5 |
| 5/14/2007 | 3,228,793 | -- | -- | 22 | 67 | 320,075,000 | 5,384,983 | $32.36 | $10,357,627,000 | $10,183,368,959 | 0.03% | 282,640,379 | 88.3% | 9,108,122 | 2.8% | 1.5 |
| 5/15/2007 | 3,723,450 | -- | -- | 22 | 67 | 320,075,000 | 5,384,983 | $31.64 | $10,127,173,000 | $9,956,792,138 | 0.03% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.6 |
| 5/16/2007 | 3,762,545 | -- | -- | 22 | 67 | 320,075,000 | 5,384,983 | $31.94 | $10,223,195,500 | $10,051,199,143 | 1.60% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.8 |
| 5/17/2007 | 5,700,704 | -- | -- | 22 | 67 | 320,075,000 | 5,384,983 | $31.28 | $10,011,946,000 | $9,843,503,732 | 0.06% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.9 |
| 5/18/2007 | 6,442,318 | 22,857,810 | 7.1% | 24 | 66 | 320,075,000 | 5,384,983 | $31.39 | $10,047,154,250 | $9,878,119,634 | 0.13% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.9 |
| 5/21/2007 | 4,047,514 | -- | -- | 22 | 66 | 320,075,000 | 5,384,983 | $31.52 | $10,088,764,000 | $9,919,029,336 | 0.10% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.9 |
| 5/22/2007 | 6,893,658 | -- | -- | 22 | 66 | 320,075,000 | 5,384,983 | $32.04 | $10,255,203,000 | $10,082,668,145 | 0.06% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.9 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Weekly Vol. / Shares Outstanding | | | | | | Market Capitalization of Equity | Market Capitalization of Public Float | | | Inst. Holdings as Percent of Outstanding Shares | | Short Interest to Shares Outstanding | Short Interest Ratio (days) |
| Date | Daily Volume | Weekly Volume | | Analysts | Market Makers | Shares Outstanding | Insider Holdings | Price | | | Bid-Ask Spread | Inst. Holdings | | Short Interest | | |
| 5/23/2007 | 6,057,192 | -- | -- | 22 | 66 | 320,075,000 | 5,384,983 | $30.93 | $9,899,919,750 | $9,733,362,226 | 0.06% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 2.0 |
| 5/24/2007 | 6,160,184 | -- | -- | 22 | 66 | 320,075,000 | 5,384,983 | $30.16 | $9,653,462,000 | $9,491,050,913 | 0.07% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 2.1 |
| 5/25/2007 | 5,875,187 | 29,033,735 | 9.1% | 22 | 66 | 320,075,000 | 5,384,983 | $30.44 | $9,743,083,000 | $9,579,164,117 | 0.07% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 2.0 |
| 5/29/2007 | 3,995,092 | -- | -- | 22 | 66 | 320,075,000 | 5,384,983 | $30.80 | $9,858,310,000 | $9,692,452,534 | 0.03% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 2.0 |
| 5/30/2007 | 7,595,621 | -- | -- | 22 | 66 | 320,075,000 | 5,384,983 | $30.27 | $9,688,670,250 | $9,525,666,815 | 0.03% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.9 |
| 5/31/2007 | 6,983,082 | -- | -- | 22 | 66 | 320,075,000 | 5,384,983 | $30.75 | $9,842,306,250 | $9,676,718,023 | 0.03% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.9 |
| 6/1/2007 | 4,733,350 | 23,307,145 | 7.3% | 22 | 66 | 320,075,000 | 5,384,983 | $31.04 | $9,935,128,000 | $9,767,978,128 | 0.13% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.8 |
| 6/4/2007 | 3,760,164 | -- | -- | 22 | 66 | 320,075,000 | 5,384,983 | $31.11 | $9,957,533,250 | $9,790,006,429 | 0.08% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.8 |
| 6/5/2007 | 6,573,565 | -- | -- | 22 | 67 | 320,075,000 | 5,384,983 | $31.04 | $9,935,128,000 | $9,767,978,128 | 0.03% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.7 |
| 6/6/2007 | 5,820,992 | -- | -- | 22 | 66 | 320,075,000 | 5,384,983 | $30.63 | $9,803,897,250 | $9,638,955,221 | 0.10% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.7 |
| 6/7/2007 | 5,809,107 | -- | -- | 22 | 66 | 320,075,000 | 5,384,983 | $30.18 | $9,659,863,500 | $9,497,344,713 | 0.17% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.7 |
| 6/8/2007 | 8,717,162 | 30,680,990 | 9.6% | 22 | 66 | 320,075,000 | 5,384,983 | $31.51 | $10,085,563,250 | $9,915,882,436 | 0.13% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.7 |
| 6/11/2007 | 3,733,359 | -- | -- | 22 | 66 | 320,075,000 | 5,384,983 | $31.35 | $10,034,351,250 | $9,865,532,033 | 0.03% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.7 |
| 6/12/2007 | 4,047,787 | -- | -- | 22 | 67 | 320,075,000 | 5,384,983 | $30.95 | $9,906,321,250 | $9,739,656,026 | 0.06% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.7 |
| 6/13/2007 | 4,707,096 | -- | -- | 22 | 66 | 320,075,000 | 5,384,983 | $31.60 | $10,114,370,000 | $9,944,204,537 | 0.09% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.6 |
| 6/14/2007 | 5,522,974 | -- | -- | 22 | 66 | 320,075,000 | 5,384,983 | $32.24 | $10,319,218,000 | $10,145,606,148 | 0.06% | 282,640,379 | 88.3% | 9,167,299 | 2.9% | 1.6 |
| 6/15/2007 | 8,108,466 | 26,119,682 | 8.2% | 22 | 66 | 320,075,000 | 5,384,983 | $32.91 | $10,533,668,250 | $10,356,448,459 | 0.06% | 282,640,379 | 88.3% | 11,914,821 | 3.7% | 2.1 |
| 6/18/2007 | 3,377,605 | -- | -- | 22 | 66 | 320,075,000 | 5,384,983 | $32.63 | $10,444,047,250 | $10,268,335,255 | 0.06% | 282,640,379 | 88.3% | 11,914,821 | 3.7% | 2.1 |
| 6/19/2007 | 7,266,632 | -- | -- | 22 | 66 | 320,075,000 | 5,384,983 | $32.69 | $10,463,251,750 | $10,287,216,656 | 0.15% | 282,640,379 | 88.3% | 11,914,821 | 3.7% | 2.1 |
| 6/20/2007 | 4,828,925 | -- | -- | 22 | 65 | 320,075,000 | 5,384,983 | $32.57 | $10,424,842,750 | $10,249,453,854 | 0.15% | 282,640,379 | 88.3% | 11,914,821 | 3.7% | 2.1 |
| 6/21/2007 | 10,609,261 | -- | -- | 22 | 65 | 320,075,000 | 5,384,983 | $33.77 | $10,808,932,750 | $10,627,081,874 | 0.09% | 282,640,379 | 88.3% | 11,914,821 | 3.7% | 2.0 |
| 6/22/2007 | 6,096,490 | 32,178,913 | 10.1% | 22 | 65 | 320,075,000 | 5,384,983 | $33.33 | $10,668,099,750 | $10,488,616,267 | 0.03% | 282,640,379 | 88.3% | 11,914,821 | 3.7% | 2.0 |
| 6/25/2007 | 5,147,298 | -- | -- | 22 | 65 | 320,075,000 | 5,384,983 | $32.71 | $10,469,653,250 | $10,293,510,456 | 0.06% | 282,640,379 | 88.3% | 11,914,821 | 3.7% | 2.0 |
| 6/26/2007 | 5,492,141 | -- | -- | 22 | 65 | 320,075,000 | 5,384,983 | $32.48 | $10,396,036,000 | $10,221,131,752 | 0.03% | 282,640,379 | 88.3% | 11,914,821 | 3.7% | 2.0 |
| 6/27/2007 | 4,952,611 | -- | -- | 22 | 66 | 320,075,000 | 5,384,983 | $33.37 | $10,680,902,750 | $10,501,205,867 | 0.03% | 282,640,379 | 88.3% | 11,914,821 | 3.7% | 2.0 |
| 6/28/2007 | 7,633,427 | -- | -- | 22 | 66 | 320,075,000 | 5,384,983 | $33.90 | $10,850,542,500 | $10,667,991,576 | 0.09% | 282,640,379 | 88.3% | 11,914,821 | 3.7% | 2.0 |
| 6/29/2007 | 6,239,761 | 29,465,238 | 9.2% | 22 | 66 | 320,075,000 | 5,384,983 | $33.41 | $10,693,705,750 | $10,513,793,468 | 0.09% | 282,640,379 | 88.3% | 11,914,821 | 3.7% | 2.0 |
| 7/2/2007 | 4,006,048 | -- | -- | 22 | 66 | 320,553,000 | 5,227,278 | $33.41 | $10,709,675,730 | $10,535,032,372 | 0.12% | 287,878,189 | 89.8% | 11,914,821 | 3.7% | 2.0 |
| 7/3/2007 | 1,495,811 | -- | -- | 22 | 66 | 320,553,000 | 5,227,278 | $33.34 | $10,687,237,020 | $10,512,959,571 | 0.15% | 287,878,189 | 89.8% | 11,914,821 | 3.7% | 2.1 |
| 7/5/2007 | 3,558,383 | -- | -- | 22 | 66 | 320,553,000 | 5,227,278 | $33.85 | $10,850,719,050 | $10,673,775,690 | N/A | 287,878,189 | 89.8% | 11,914,821 | 3.7% | 2.1 |
| 7/6/2007 | 2,422,421 | 11,482,663 | 3.6% | 22 | 66 | 320,553,000 | 5,227,278 | $33.87 | $10,857,130,110 | $10,680,082,204 | 0.03% | 287,878,189 | 89.8% | 11,914,821 | 3.7% | 2.2 |
| 7/9/2007 | 4,195,634 | -- | -- | 22 | 66 | 320,553,000 | 5,227,278 | $34.21 | $10,966,118,130 | $10,787,292,950 | 0.03% | 287,878,189 | 89.8% | 11,914,821 | 3.7% | 2.3 |
| 7/10/2007 | 4,580,192 | -- | -- | 22 | 66 | 320,553,000 | 5,227,278 | $33.83 | $10,844,307,990 | $10,667,469,175 | 0.12% | 287,878,189 | 89.8% | 11,914,821 | 3.7% | 2.3 |
| 7/11/2007 | 3,627,468 | -- | -- | 22 | 66 | 320,553,000 | 5,227,278 | $33.67 | $10,793,019,510 | $10,617,017,060 | 0.09% | 287,878,189 | 89.8% | 11,914,821 | 3.7% | 2.3 |
| 7/12/2007 | 5,129,024 | -- | -- | 22 | 67 | 320,553,000 | 5,227,278 | $34.70 | $11,123,189,100 | $10,941,802,553 | 0.03% | 287,878,189 | 89.8% | 11,914,821 | 3.7% | 2.2 |
| 7/13/2007 | 5,386,369 | 22,918,687 | 7.1% | 22 | 66 | 320,553,000 | 5,227,278 | $34.96 | $11,206,532,880 | $11,023,787,241 | 0.06% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 2.2 |
| 7/16/2007 | 3,508,311 | -- | -- | 22 | 66 | 320,553,000 | 5,227,278 | $34.86 | $11,174,477,580 | $10,992,254,669 | 0.03% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 2.3 |
| 7/17/2007 | 6,817,025 | -- | -- | 22 | 67 | 320,553,000 | 5,227,278 | $35.09 | $11,249,295,000 | $11,036,400,270 | 0.11% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 2.3 |
| 7/18/2007 | 6,141,882 | -- | -- | 22 | 66 | 320,553,000 | 5,227,278 | $34.72 | $11,129,600,160 | $10,948,109,068 | 0.06% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 2.2 |
| 7/19/2007 | 6,204,741 | -- | -- | 22 | 66 | 320,553,000 | 5,227,278 | $35.16 | $11,270,643,480 | $11,086,852,386 | 0.03% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 2.2 |
| 7/20/2007 | 5,963,287 | 28,635,246 | 8.9% | 22 | 66 | 320,553,000 | 5,227,278 | $34.61 | $11,094,339,330 | $10,913,423,238 | 0.06% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 2.3 |
| 7/23/2007 | 4,799,349 | -- | -- | 22 | 66 | 320,553,000 | 5,227,278 | $33.98 | $10,892,390,940 | $10,714,768,034 | 0.06% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 2.4 |
| 7/24/2007 | 5,676,111 | -- | -- | 21 | 66 | 320,553,000 | 5,227,278 | $33.63 | $10,780,197,390 | $10,604,404,031 | 0.06% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 2.3 |
| 7/25/2007 | 5,179,164 | -- | -- | 12 | 66 | 320,553,000 | 5,227,278 | $34.08 | $10,924,446,240 | $10,746,300,606 | 0.06% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 2.3 |
| 7/26/2007 | 6,074,655 | -- | -- | 12 | 65 | 320,553,000 | 5,227,278 | $33.12 | $10,616,715,360 | $10,443,587,913 | 0.12% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 2.3 |
| 7/27/2007 | 8,683,508 | 30,412,787 | 9.5% | 12 | 65 | 320,553,000 | 5,227,278 | $31.83 | $10,203,201,990 | $10,036,817,731 | 0.06% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 2.3 |
| 7/30/2007 | 7,048,928 | -- | -- | 12 | 65 | 320,553,000 | 5,227,278 | $32.45 | $10,401,944,850 | $10,232,319,679 | 0.12% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 2.3 |
| 7/31/2007 | 8,391,566 | -- | -- | 12 | 66 | 320,553,000 | 5,227,278 | $31.71 | $10,161,530,100 | $9,995,825,387 | 0.14% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 2.2 |
| 8/1/2007 | 7,252,249 | -- | -- | 13 | 65 | 320,553,000 | 5,227,278 | $32.15 | $10,305,778,950 | $10,137,721,962 | 0.12% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 2.1 |
| 8/2/2007 | 7,882,003 | -- | -- | 15 | 66 | 320,553,000 | 5,227,278 | $32.16 | $10,308,984,480 | $10,140,875,220 | 0.03% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 2.0 |
| 8/3/2007 | 9,099,925 | 39,674,671 | 12.4% | 19 | 67 | 320,553,000 | 5,227,278 | $30.50 | $9,776,866,500 | $9,617,434,521 | 0.10% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 1.9 |
| 8/6/2007 | 7,225,145 | -- | -- | 20 | 67 | 320,553,000 | 5,227,278 | $31.47 | $10,087,802,910 | $9,923,300,421 | 0.10% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 1.8 |
| 8/7/2007 | 5,400,731 | -- | -- | 20 | 67 | 320,553,000 | 5,227,278 | $33.13 | $10,619,921,890 | $10,446,329,699 | 0.03% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 1.8 |
| 8/8/2007 | 6,017,550 | -- | -- | 20 | 67 | 320,553,000 | 5,227,278 | $31.19 | $9,998,048,070 | $9,835,009,269 | 0.06% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 1.8 |
| 8/9/2007 | 6,203,667 | -- | -- | 20 | 66 | 320,553,000 | 5,227,278 | $30.70 | $9,840,977,100 | $9,680,499,665 | 0.23% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 1.8 |
| 8/10/2007 | 5,264,991 | 30,112,084 | 9.4% | 20 | 66 | 320,553,000 | 5,227,278 | $30.79 | $9,869,826,870 | $9,708,878,980 | 0.10% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 1.8 |
| 8/13/2007 | 4,735,465 | -- | -- | 20 | 66 | 320,553,000 | 5,227,278 | $31.18 | $9,994,842,540 | $9,831,856,012 | 0.03% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 1.8 |
| 8/14/2007 | 4,480,397 | -- | -- | 20 | 66 | 320,553,000 | 5,227,278 | $31.19 | $9,677,495,070 | $9,519,683,547 | 0.17% | 287,878,189 | 89.8% | 11,438,816 | 3.6% | 1.8 |
| 8/15/2007 | 3,953,136 | -- | -- | 20 | 64 | 320,553,000 | 5,227,278 | $29.69 | $9,517,218,570 | $9,362,020,686 | 0.07% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 1.7 |
| 8/16/2007 | 6,850,908 | -- | -- | 20 | 65 | 320,553,000 | 5,227,278 | $30.14 | $9,661,467,420 | $9,503,917,261 | 0.03% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 1.7 |
| 8/17/2007 | 6,929,470 | 26,949,576 | 8.4% | 20 | 65 | 320,553,000 | 5,227,278 | $30.06 | $9,635,823,180 | $9,478,691,203 | 0.03% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 1.7 |
| 8/20/2007 | 4,054,245 | -- | -- | 20 | 65 | 320,553,000 | 5,227,278 | $30.52 | $9,783,277,560 | $9,623,741,035 | 0.03% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 1.7 |
| 8/21/2007 | 4,251,526 | -- | -- | 20 | 65 | 320,553,000 | 5,227,278 | $30.96 | $9,924,320,880 | $9,762,484,353 | 0.10% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 1.7 |
| 8/22/2007 | 3,065,520 | -- | -- | 20 | 65 | 320,553,000 | 5,227,278 | $31.13 | $9,978,814,890 | $9,816,089,726 | 0.06% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 1.7 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] | [15] | [16] | [17] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | Weekly Vol. / Shares Outstanding | Analysts | Market Makers | Shares Outstanding | Insider Holdings | Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Inst. Holdings | Inst. Holdings as Percent of Outstanding Shares | Short Interest | Short Interest to Shares Outstanding | Short Interest Ratio (days) |
| 8/23/2007 | 3,950,429 | -- | -- | 20 | 65 | 320,553,000 | 5,227,278 | $31.43 | $10,074,980,790 | $9,910,687,442 | 0.06% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 1.8 |
| 8/24/2007 | 4,645,188 | 19,966,908 | 6.2% | 20 | 65 | 320,553,000 | 5,227,278 | $31.34 | $10,046,131,020 | $9,882,308,127 | 0.03% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 1.8 |
| 8/27/2007 | 2,449,764 | -- | -- | 20 | 65 | 320,553,000 | 5,227,278 | $31.12 | $9,975,609,360 | $9,812,936,449 | 0.10% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 1.9 |
| 8/28/2007 | 7,628,064 | -- | -- | 20 | 65 | 320,553,000 | 5,227,278 | $29.39 | $9,421,052,670 | $9,267,422,970 | 0.03% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 1.9 |
| 8/29/2007 | 5,612,757 | -- | -- | 20 | 65 | 320,553,000 | 5,227,278 | $30.05 | $9,632,617,650 | $9,475,537,946 | 0.13% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 1.9 |
| 8/30/2007 | 4,048,597 | -- | -- | 20 | 65 | 320,553,000 | 5,227,278 | $29.82 | $9,558,890,460 | $9,403,013,030 | 0.07% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 2.0 |
| 8/31/2007 | 3,396,095 | 23,135,277 | 7.2% | 20 | 65 | 320,553,000 | 5,227,278 | $30.01 | $9,619,795,530 | $9,462,924,917 | 0.10% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 2.1 |
| 9/4/2007 | 11,401,911 | -- | -- | 21 | 66 | 320,553,000 | 5,227,278 | $30.71 | $9,844,182,630 | $9,683,652,923 | 0.07% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 2.0 |
| 9/5/2007 | 6,036,610 | -- | -- | 21 | 66 | 320,553,000 | 5,227,278 | $30.69 | $9,837,771,570 | $9,677,346,408 | 0.03% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 2.0 |
| 9/6/2007 | 3,954,030 | -- | -- | 21 | 66 | 320,553,000 | 5,227,278 | $30.81 | $9,876,237,930 | $9,715,185,495 | 0.13% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 2.1 |
| 9/7/2007 | 3,892,349 | 25,284,900 | 7.9% | 21 | 66 | 320,553,000 | 5,227,278 | $30.05 | $9,632,617,650 | $9,475,537,946 | 0.03% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 2.1 |
| 9/10/2007 | 4,669,039 | -- | -- | 21 | 65 | 320,553,000 | 5,227,278 | $29.94 | $9,597,356,820 | $9,440,852,117 | 0.07% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 2.1 |
| 9/11/2007 | 4,101,530 | -- | -- | 21 | 65 | 320,553,000 | 5,227,278 | $29.91 | $9,587,740,230 | $9,431,392,345 | 0.03% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 2.1 |
| 9/12/2007 | 6,048,501 | -- | -- | 21 | 66 | 320,553,000 | 5,227,278 | $29.23 | $9,369,764,190 | $9,216,970,854 | 0.03% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 2.1 |
| 9/13/2007 | 3,524,632 | -- | -- | 21 | 66 | 320,553,000 | 5,227,278 | $29.24 | $9,372,969,720 | $9,220,124,111 | 0.14% | 287,878,189 | 89.8% | 10,602,438 | 3.3% | 2.1 |
| 9/14/2007 | 4,093,534 | 22,437,236 | 7.0% | 21 | 65 | 320,553,000 | 5,227,278 | $29.12 | $9,334,503,360 | $9,182,285,025 | 0.07% | 287,878,189 | 89.8% | 8,883,975 | 2.8% | 1.8 |
| 9/17/2007 | 2,321,029 | -- | -- | 21 | 66 | 320,553,000 | 5,227,278 | $28.98 | $9,289,625,940 | $9,138,139,424 | 0.03% | 287,878,189 | 89.8% | 8,883,975 | 2.8% | 1.9 |
| 9/18/2007 | 5,035,165 | -- | -- | 21 | 66 | 320,553,000 | 5,227,278 | $28.82 | $9,558,890,460 | $9,403,013,030 | 0.10% | 287,878,189 | 89.8% | 8,883,975 | 2.8% | 1.9 |
| 9/19/2007 | 4,223,385 | -- | -- | 21 | 65 | 320,553,000 | 5,227,278 | $29.95 | $9,600,562,350 | $9,444,005,374 | 0.07% | 287,878,189 | 89.8% | 8,883,975 | 2.8% | 1.9 |
| 9/20/2007 | 4,690,522 | -- | -- | 21 | 65 | 320,553,000 | 5,227,278 | $29.77 | $9,542,862,810 | $9,387,246,744 | 0.03% | 287,878,189 | 89.8% | 8,883,975 | 2.8% | 1.9 |
| 9/21/2007 | 8,420,552 | 24,690,653 | 7.7% | 21 | 65 | 320,553,000 | 5,227,278 | $29.71 | $9,523,629,630 | $9,368,327,201 | 0.13% | 287,878,189 | 89.8% | 8,883,975 | 2.8% | 1.8 |
| 9/24/2007 | 8,089,097 | -- | -- | 21 | 66 | 320,553,000 | 5,227,278 | $28.98 | $9,289,625,940 | $9,138,139,424 | 0.03% | 287,878,189 | 89.8% | 8,883,975 | 2.8% | 1.7 |
| 9/25/2007 | 18,278,734 | -- | -- | 21 | 66 | 320,553,000 | 5,227,278 | $28.97 | $9,286,420,410 | $9,135,985,196 | 0.03% | 287,878,189 | 89.8% | 8,883,975 | 2.8% | 1.5 |
| 9/26/2007 | 68,072,726 | -- | -- | 21 | 67 | 320,553,000 | 5,227,278 | $28.53 | $9,145,377,090 | $8,996,242,849 | 0.07% | 287,878,189 | 89.8% | 8,883,975 | 2.8% | 0.9 |
| 9/27/2007 | 14,809,461 | -- | -- | 21 | 68 | 320,553,000 | 5,227,278 | $29.34 | $9,405,025,020 | $9,251,656,683 | 0.03% | 287,878,189 | 89.8% | 8,883,975 | 2.8% | 0.9 |
| 9/28/2007 | 5,491,567 | 114,741,585 | 35.8% | 21 | 67 | 320,553,000 | 5,227,278 | $29.35 | $9,408,230,550 | $9,254,809,941 | 0.03% | 287,878,189 | 89.8% | 9,949,383 | 3.1% | 1.0 |
| 10/1/2007 | 47,752,371 | -- | -- | 21 | 69 | 320,553,000 | 5,162,918 | $28.26 | $9,058,827,780 | $8,912,923,717 | 0.04% | 285,506,575 | 89.1% | 9,949,383 | 3.1% | 0.8 |
| 10/2/2007 | 33,719,619 | -- | -- | 21 | 44 | 320,553,000 | 5,162,918 | $28.52 | $9,142,171,560 | $8,994,925,139 | N/A | 285,506,575 | 89.1% | 9,949,383 | 3.1% | 0.8 |
| 10/3/2007 | 13,969,659 | -- | -- | 21 | 45 | 320,553,000 | 5,162,918 | $28.96 | $9,283,214,880 | $9,133,696,775 | 0.07% | 285,506,575 | 89.1% | 9,949,383 | 3.1% | 0.8 |
| 10/4/2007 | 7,501,809 | -- | -- | 21 | 47 | 320,553,000 | 5,162,918 | $29.26 | $9,379,380,780 | $9,228,313,799 | 0.14% | 285,506,575 | 89.1% | 9,949,383 | 3.1% | 0.7 |
| 10/5/2007 | 6,212,626 | 109,156,084 | 34.1% | 21 | 45 | 320,553,000 | 5,162,918 | $29.45 | $9,440,285,850 | $9,288,237,915 | 0.14% | 285,506,575 | 89.1% | 9,949,383 | 3.1% | 0.7 |
| 10/8/2007 | 4,011,481 | -- | -- | 21 | 45 | 320,553,000 | 5,162,918 | $29.61 | $9,491,574,330 | $9,338,700,328 | 0.13% | 285,506,575 | 89.1% | 9,949,383 | 3.1% | 0.7 |
| 10/9/2007 | 5,326,723 | -- | -- | 21 | 46 | 320,553,000 | 5,162,918 | $28.97 | $9,286,420,410 | $9,136,850,676 | 0.03% | 285,506,575 | 89.1% | 9,949,383 | 3.1% | 0.7 |
| 10/10/2007 | 3,320,579 | -- | -- | 21 | 47 | 320,553,000 | 5,162,918 | $28.87 | $9,254,365,110 | $9,105,311,667 | 0.10% | 285,506,575 | 89.1% | 9,949,383 | 3.1% | 0.7 |
| 10/11/2007 | 4,733,483 | -- | -- | 21 | 48 | 320,553,000 | 5,162,918 | $28.65 | $9,183,843,450 | $9,035,925,849 | 0.31% | 285,506,575 | 89.1% | 9,949,383 | 3.1% | 0.7 |
| 10/12/2007 | 4,503,753 | 21,896,019 | 6.8% | 21 | 46 | 320,553,000 | 5,162,918 | $29.15 | $9,344,119,950 | $9,193,620,890 | 0.24% | 285,506,575 | 89.1% | 9,949,383 | 3.1% | 0.7 |
| 10/15/2007 | 3,354,199 | -- | -- | 21 | 45 | 320,553,000 | 5,162,918 | $29.25 | $9,376,175,250 | $9,225,159,899 | 0.17% | 285,506,575 | 89.1% | 4,986,489 | 1.6% | 0.4 |
| 10/16/2007 | 3,363,542 | -- | -- | 21 | 44 | 320,553,000 | 5,162,918 | $29.40 | $9,424,258,200 | $9,272,468,411 | 0.14% | 285,506,575 | 89.1% | 4,986,489 | 1.6% | 0.4 |
| 10/17/2007 | 3,249,217 | -- | -- | 21 | 48 | 320,553,000 | 5,162,918 | $29.35 | $9,408,230,550 | $9,256,698,907 | 0.14% | 285,506,575 | 89.1% | 4,986,489 | 1.6% | 0.4 |
| 10/18/2007 | 2,458,770 | -- | -- | 21 | 47 | 320,553,000 | 5,162,918 | $28.95 | $9,280,009,350 | $9,130,542,874 | 0.10% | 285,506,575 | 89.1% | 4,986,489 | 1.6% | 0.4 |
| 10/19/2007 | 9,318,056 | 21,743,784 | 6.8% | 21 | 48 | 320,553,000 | 5,162,918 | $27.91 | $8,946,634,230 | $8,802,537,189 | 0.07% | 285,506,575 | 89.1% | 4,986,489 | 1.6% | 0.4 |
| 10/22/2007 | 5,972,735 | -- | -- | 21 | 48 | 320,553,000 | 5,162,918 | $27.73 | $8,888,934,690 | $8,745,766,974 | 0.04% | 285,506,575 | 89.1% | 4,986,489 | 1.6% | 0.4 |
| 10/23/2007 | 4,549,100 | -- | -- | 21 | 46 | 320,553,000 | 5,162,918 | $28.36 | $9,090,883,080 | $8,944,462,726 | 0.11% | 285,506,575 | 89.1% | 4,986,489 | 1.6% | 0.4 |
| 10/24/2007 | 5,840,517 | -- | -- | 21 | 48 | 320,553,000 | 5,162,918 | $27.75 | $8,895,345,750 | $8,752,074,776 | 0.11% | 285,506,575 | 89.1% | 4,986,489 | 1.6% | 0.5 |
| 10/25/2007 | 3,581,593 | -- | -- | 21 | 47 | 320,553,000 | 5,162,918 | $27.54 | $8,828,029,620 | $8,685,842,858 | 0.07% | 285,506,575 | 89.1% | 4,986,489 | 1.6% | 0.6 |
| 10/26/2007 | 3,094,923 | 23,038,868 | 7.2% | 21 | 47 | 320,553,000 | 5,162,918 | $27.02 | $8,661,342,060 | $8,521,840,016 | 0.52% | 285,506,575 | 89.1% | 4,986,489 | 1.6% | 0.8 |
| 10/29/2007 | 2,142,926 | -- | -- | 21 | 47 | 320,553,000 | 5,162,918 | $27.19 | $8,715,836,070 | $8,575,456,330 | 0.11% | 285,506,575 | 89.1% | 4,986,489 | 1.6% | 0.8 |
| 10/30/2007 | 3,434,765 | -- | -- | 21 | 48 | 320,553,000 | 5,162,918 | $27.12 | $8,693,397,360 | $8,553,379,024 | 0.11% | 285,506,575 | 89.1% | 4,986,489 | 1.6% | 1.0 |
| 10/31/2007 | 3,097,424 | -- | -- | 21 | 48 | 320,553,000 | 5,162,918 | $27.10 | $8,686,986,300 | $8,547,071,222 | 0.11% | 285,506,575 | 89.1% | 3,255,817 | 1.0% | 0.8 |
| 11/1/2007 | 4,146,279 | -- | -- | 16 | 46 | 320,553,000 | 5,162,918 | $27.11 | $8,690,191,830 | $8,550,225,123 | 0.22% | 285,506,575 | 89.1% | 3,255,817 | 1.0% | 0.8 |
| 11/2/2007 | 5,727,095 | 18,548,489 | 5.8% | 19 | 46 | 320,553,000 | 5,162,918 | $26.55 | $8,510,682,150 | $8,373,606,677 | 0.23% | 285,506,575 | 89.1% | 3,255,817 | 1.0% | 0.8 |
| 11/5/2007 | 2,964,214 | -- | -- | 19 | 49 | 320,553,000 | 5,162,918 | $25.81 | $8,222,184,450 | $8,089,755,603 | 0.04% | 285,506,575 | 89.1% | 3,255,817 | 1.0% | 0.7 |
| 11/6/2007 | 8,076,557 | -- | -- | 19 | 49 | 320,553,000 | 5,162,918 | $25.11 | $8,049,085,830 | $7,919,444,959 | 0.12% | 285,506,575 | 89.1% | 3,255,817 | 1.0% | 0.7 |
| 11/7/2007 | 3,179,448 | -- | -- | 19 | 48 | 320,553,000 | 5,162,918 | $25.20 | $8,077,935,600 | $7,947,830,066 | 0.04% | 285,506,575 | 89.1% | 3,255,817 | 1.0% | 0.8 |
| 11/8/2007 | 7,347,459 | -- | -- | 19 | 48 | 320,553,000 | 5,162,918 | $24.16 | $7,744,560,480 | $7,619,824,381 | 0.17% | 285,506,575 | 89.1% | 3,255,817 | 1.0% | 0.7 |
| 11/9/2007 | 3,898,462 | 25,466,140 | 7.9% | 19 | 48 | 320,553,000 | 5,162,918 | $24.12 | $7,731,738,360 | $7,607,208,778 | 0.17% | 285,506,575 | 89.1% | 3,255,817 | 1.0% | 0.7 |
| 11/12/2007 | 2,679,121 | -- | -- | 19 | 49 | 320,553,000 | 5,162,918 | $23.80 | $7,629,161,400 | $7,506,283,952 | N/A | 285,506,575 | 89.1% | 3,255,817 | 1.0% | 0.8 |
| 11/13/2007 | 4,303,555 | -- | -- | 19 | 49 | 320,553,000 | 5,162,918 | $24.85 | $7,965,742,050 | $7,837,443,538 | 0.04% | 285,506,575 | 89.1% | 3,255,817 | 1.0% | 0.7 |
| 11/14/2007 | 2,880,667 | -- | -- | 19 | 49 | 320,553,000 | 5,162,918 | $25.00 | $8,013,825,000 | $7,884,752,050 | 0.04% | 285,506,575 | 89.1% | 3,255,817 | 1.0% | 0.7 |
| 11/15/2007 | 3,488,845 | -- | -- | 19 | 47 | 320,553,000 | 5,162,918 | $25.11 | $8,049,085,830 | $7,919,444,959 | 0.08% | 285,506,575 | 89.1% | 2,748,709 | 0.9% | 0.6 |
| 11/16/2007 | 1,838,800 | 15,190,988 | 4.7% | 19 | 48 | 320,553,000 | 5,162,918 | $24.89 | $7,978,564,170 | $7,850,059,141 | 0.04% | 285,506,575 | 89.1% | 2,748,709 | 0.9% | 0.7 |
| 11/19/2007 | 1,149,675 | -- | -- | 19 | 48 | 320,553,000 | 5,162,918 | $24.74 | $7,930,481,220 | $7,802,750,629 | 0.24% | 285,506,575 | 89.1% | 2,748,709 | 0.9% | 0.7 |
| 11/20/2007 | 8,498,220 | -- | -- | 19 | 48 | 320,553,000 | 5,162,918 | $24.58 | $7,879,192,740 | $7,752,280,642 | 0.13% | 285,506,575 | 89.1% | 2,748,709 | 0.9% | 0.7 |
| 11/21/2007 | 2,491,489 | -- | -- | 19 | 47 | 320,553,000 | 5,162,918 | $24.07 | $7,715,710,710 | $7,591,439,274 | 0.29% | 285,506,575 | 89.1% | 2,748,709 | 0.9% | 0.7 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] | [2] | [3] | [4] Weekly Vol. / Shares Outstanding | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] Inst. Holdings as Percent of Outstanding Shares | [15] | [16] Short Interest to | [17] Short Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Daily Volume | Weekly Volume | | Analysts | Market Makers | Shares Outstanding | Insider Holdings | Price | Market Capitalization of Equity | Market Capitalization of Public Float | Bid-Ask Spread | Inst. Holdings | | Short Interest | Shares Outstanding | Ratio (days) |
| 11/23/2007 | 713,869 | 12,853,253 | 4.0% | 19 | 47 | 320,553,000 | 5,162,918 | $24.05 | $7,709,299,650 | $7,585,131,472 | 0.62% | 285,506,575 | 89.1% | 2,748,709 | 0.9% | 0.7 |
| 11/26/2007 | 3,352,663 | -- | -- | 19 | 47 | 320,553,000 | 5,162,918 | $24.14 | $7,738,149,420 | $7,613,516,579 | 0.41% | 285,506,575 | 89.1% | 2,748,709 | 0.9% | 0.7 |
| 11/27/2007 | 1,166,133 | -- | -- | 19 | 47 | 320,553,000 | 5,162,918 | $24.10 | $7,725,327,300 | $7,600,900,976 | 0.33% | 285,506,575 | 89.1% | 2,748,709 | 0.9% | 0.7 |
| 11/28/2007 | 5,666,174 | -- | -- | 19 | 48 | 320,553,000 | 5,162,918 | $24.26 | $7,776,615,780 | $7,651,363,389 | N/A | 285,506,575 | 89.1% | 2,748,709 | 0.9% | 0.7 |
| 11/29/2007 | 5,313,128 | -- | -- | 19 | 49 | 320,553,000 | 5,162,918 | $23.90 | $7,661,216,700 | $7,537,822,960 | 0.08% | 285,506,575 | 89.1% | 2,748,709 | 0.9% | 0.7 |
| 11/30/2007 | 6,494,640 | 21,992,738 | 6.9% | 19 | 50 | 320,553,000 | 5,162,918 | $23.19 | $7,433,624,070 | $7,313,896,002 | 0.04% | 285,506,575 | 89.1% | 2,366,409 | 0.7% | 0.6 |
| 12/3/2007 | 5,249,270 | -- | -- | 19 | 51 | 320,553,000 | 5,162,918 | $22.56 | $7,231,675,680 | $7,115,200,250 | 0.18% | 285,506,575 | 89.1% | 2,366,409 | 0.7% | 0.6 |
| 12/4/2007 | 13,027,788 | -- | -- | 19 | 53 | 320,553,000 | 5,162,918 | $23.17 | $7,427,213,010 | $7,307,588,200 | 0.60% | 285,506,575 | 89.1% | 2,366,409 | 0.7% | 0.5 |
| 12/5/2007 | 11,323,310 | -- | -- | 19 | 54 | 320,553,000 | 5,162,918 | $24.51 | $7,856,754,030 | $7,730,210,910 | 0.53% | 285,506,575 | 89.1% | 2,366,409 | 0.7% | 0.5 |
| 12/6/2007 | 2,686,833 | -- | -- | 19 | 54 | 320,553,000 | 5,162,918 | $24.60 | $7,885,603,800 | $7,758,596,017 | 1.01% | 285,506,575 | 89.1% | 2,366,409 | 0.7% | 0.5 |
| 12/7/2007 | 2,265,847 | 34,553,048 | 10.8% | 19 | 53 | 320,553,000 | 5,162,918 | $24.90 | $7,981,769,700 | $7,853,213,042 | 0.28% | 285,506,575 | 89.1% | 2,366,409 | 0.7% | 0.5 |
| 12/10/2007 | 3,030,112 | -- | -- | 19 | 52 | 320,553,000 | 5,162,918 | $24.85 | $7,965,742,050 | $7,837,443,538 | 0.12% | 285,506,575 | 89.1% | 2,366,409 | 0.7% | 0.5 |
| 12/11/2007 | 4,026,482 | -- | -- | 19 | 51 | 320,553,000 | 5,162,918 | $24.91 | $7,984,975,230 | $7,856,366,943 | 0.40% | 285,506,575 | 89.1% | 2,366,409 | 0.7% | 0.5 |
| 12/12/2007 | 4,791,299 | -- | -- | 19 | 51 | 320,553,000 | 5,162,918 | $25.65 | $8,222,184,450 | $8,089,755,603 | 0.04% | 285,506,575 | 89.1% | 2,366,409 | 0.7% | 0.5 |
| 12/13/2007 | 2,412,227 | -- | -- | 19 | 51 | 320,553,000 | 5,162,918 | $25.38 | $8,135,635,140 | $8,004,600,281 | 0.39% | 285,506,575 | 89.1% | 2,366,409 | 0.7% | 0.5 |
| 12/14/2007 | 1,696,943 | 15,957,063 | 5.0% | 19 | 51 | 320,553,000 | 5,162,918 | $25.33 | $8,119,607,490 | $7,988,830,777 | 0.55% | 285,506,575 | 89.1% | 7,899,002 | 2.5% | 1.8 |
| 12/17/2007 | 1,663,786 | -- | -- | 19 | 51 | 320,553,000 | 5,162,918 | $24.90 | $7,981,769,700 | $7,853,213,042 | NA | 285,506,575 | 89.1% | 7,899,002 | 2.5% | 1.8 |
| 12/18/2007 | 1,772,061 | -- | -- | 19 | 51 | 320,553,000 | 5,162,918 | $25.20 | $8,077,935,600 | $7,947,830,066 | 0.28% | 285,506,575 | 89.1% | 7,899,002 | 2.5% | 1.8 |
| 12/19/2007 | 2,194,440 | -- | -- | 19 | 51 | 320,553,000 | 5,162,918 | $25.02 | $8,020,236,060 | $7,891,059,852 | 0.92% | 285,506,575 | 89.1% | 7,899,002 | 2.5% | 1.9 |
| 12/20/2007 | 2,411,659 | -- | -- | 19 | 51 | 320,553,000 | 5,162,918 | $25.60 | $8,206,156,800 | $8,073,986,099 | 0.58% | 285,506,575 | 89.1% | 7,899,002 | 2.5% | 1.9 |
| 12/21/2007 | 3,566,879 | 11,608,825 | 3.6% | 19 | 51 | 320,553,000 | 5,162,918 | $25.75 | $8,254,239,750 | $8,121,294,612 | 0.23% | 285,506,575 | 89.1% | 7,899,002 | 2.5% | 1.9 |
| 12/24/2007 | 567,040 | -- | -- | 18 | 51 | 320,553,000 | 5,162,918 | $25.55 | $8,190,129,150 | $8,058,216,595 | 0.59% | 285,506,575 | 89.1% | 7,899,002 | 2.5% | 1.9 |
| 12/26/2007 | 703,745 | -- | -- | 18 | 51 | 320,553,000 | 5,162,918 | $25.74 | $8,251,034,220 | $8,118,140,711 | 0.12% | 285,506,575 | 89.1% | 7,899,002 | 2.5% | 2.0 |
| 12/27/2007 | 759,907 | -- | -- | 18 | 51 | 320,553,000 | 5,162,918 | $26.07 | $8,356,816,710 | $8,222,219,438 | 0.12% | 285,506,575 | 89.1% | 7,899,002 | 2.5% | 2.1 |
| 12/28/2007 | 1,289,197 | 3,319,889 | 1.0% | 18 | 52 | 320,553,000 | 5,162,918 | $26.00 | $8,334,378,000 | $8,200,142,132 | 0.19% | 285,506,575 | 89.1% | 7,899,002 | 2.5% | 2.2 |
| 12/31/2007 | 1,622,680 | -- | -- | 18 | 51 | 320,553,000 | 2,575,843 | $26.48 | $8,488,243,440 | $8,420,035,117 | 0.26% | 133,429,094 | 41.6% | 7,068,938 | 2.2% | 2.1 |
| 1/2/2008 | 2,912,589 | -- | -- | 18 | 51 | 320,553,000 | 2,575,843 | $26.02 | $8,340,789,060 | $8,273,765,625 | 0.50% | 133,429,094 | 41.6% | 7,068,938 | 2.2% | 2.6 |
| 1/3/2008 | 3,236,607 | -- | -- | 17 | 52 | 320,553,000 | 2,575,843 | $26.00 | $8,334,378,000 | $8,267,406,082 | 0.39% | 133,429,094 | 41.6% | 7,068,938 | 2.2% | 2.6 |
| 1/4/2008 | 6,983,953 | 14,755,829 | 4.6% | 17 | 53 | 320,553,000 | 2,575,843 | $24.55 | $7,869,576,150 | $7,806,339,204 | 1.42% | 133,429,094 | 41.6% | 7,068,938 | 2.2% | 2.8 |
| 1/7/2008 | 3,871,661 | -- | -- | 17 | 53 | 320,553,000 | 2,575,843 | $24.55 | $7,869,576,150 | $7,806,339,204 | 0.20% | 133,429,094 | 41.6% | 7,068,938 | 2.2% | 2.7 |
| 1/8/2008 | 4,481,950 | -- | -- | 17 | 53 | 320,553,000 | 2,575,843 | $24.32 | $7,795,848,960 | $7,733,204,458 | 0.12% | 133,429,094 | 41.6% | 7,068,938 | 2.2% | 2.6 |
| 1/9/2008 | 4,406,697 | -- | -- | 17 | 54 | 320,553,000 | 2,575,843 | $24.02 | $7,699,683,060 | $7,637,811,311 | 0.21% | 133,429,094 | 41.6% | 7,068,938 | 2.2% | 2.6 |
| 1/10/2008 | 2,997,489 | -- | -- | 17 | 54 | 320,553,000 | 2,575,843 | $23.40 | $7,500,940,200 | $7,440,665,474 | 0.38% | 133,429,094 | 41.6% | 7,068,938 | 2.2% | 2.6 |
| 1/11/2008 | 4,655,048 | 20,412,845 | 6.4% | 17 | 55 | 320,553,000 | 2,575,843 | $23.59 | $7,561,845,270 | $7,501,081,134 | 0.51% | 133,429,094 | 41.6% | 7,068,938 | 2.2% | 2.6 |
| 1/14/2008 | 1,921,254 | -- | -- | 18 | 53 | 320,553,000 | 2,575,843 | $23.94 | $7,674,038,820 | $7,612,373,139 | 0.33% | 133,429,094 | 41.6% | 7,068,938 | 2.2% | 2.6 |
| 1/15/2008 | 3,600,230 | -- | -- | 19 | 53 | 320,553,000 | 2,575,843 | $22.84 | $7,321,430,520 | $7,262,598,266 | 0.35% | 133,429,094 | 41.6% | 6,228,798 | 1.9% | 2.2 |
| 1/16/2008 | 2,972,856 | -- | -- | 19 | 54 | 320,553,000 | 2,575,843 | $23.63 | $7,574,667,390 | $7,513,800,220 | 0.08% | 133,429,094 | 41.6% | 6,228,798 | 1.9% | 2.2 |
| 1/17/2008 | 17,549,962 | -- | -- | 19 | 53 | 320,553,000 | 2,575,843 | $20.80 | $6,667,502,400 | $6,613,924,866 | 0.05% | 133,429,094 | 41.6% | 6,228,798 | 1.9% | 1.7 |

**Exhibit 5**
**Market Efficiency Statistics for Maxim's Common Stock**

| [1] Date | [2] Daily Volume | [3] Weekly Volume | [4] Weekly Vol. / Shares Outstanding | [5] Analysts | [6] Market Makers | [7] Shares Outstanding | [8] Insider Holdings | [9] Price | [10] Market Capitalization of Equity | [11] Market Capitalization of Public Float | [12] Bid-Ask Spread | [13] Inst. Holdings | [14] Inst. Holdings as Percent of Outstanding Shares | [15] Short Interest | [16] Short Interest to Shares Outstanding | [17] Short Interest Ratio (days) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class Period (4/29/2003-1/17/2008)** | | | | | | | | | | | | | | | | |
| Total | 6,663,990,872 | 6,601,876,014 | | | | | | | | | | | | | | |
| Maximum | 68,072,726 | 114,741,585 | 35.8% | 31 | 81 | 328,599,280 | 5,384,983 | $55.99 | $18,398,273,687 | $18,147,035,527 | 1.60% | 287,878,189 | 89.8% | 12,842,187 | 4.0% | 3.2 |
| Average | 5,599,992 | 26,836,894 | 8.3% | 25 | 73 | 324,203,610 | 4,794,928 | $38.07 | $12,358,796,665 | $12,178,340,296 | 0.06% | 269,263,515 | 83.1% | 9,872,961 | 3.0% | 1.8 |
| Median | 5,145,046 | 25,880,595 | 8.0% | 25 | 75 | 324,637,000 | 4,901,865 | $38.53 | $12,586,102,890 | $12,400,716,097 | 0.03% | 275,321,408 | 84.5% | 9,933,627 | 3.0% | 1.9 |
| Minimum | 567,040 | 3,319,889 | 1.0% | 12 | 44 | 320,075,000 | 2,575,843 | $20.80 | $6,667,502,400 | $6,613,924,866 | 0.00% | 133,429,094 | 41.6% | 2,366,409 | 0.7% | 0.4 |
| **Period When Traded OTC (10/2/07 - 1/17/08):** | | | | | | | | | | | | | | | | |
| Total | 348,785,793 | 370,493,862 | | | | | | | | | | | | | | |
| Maximum | 33,719,619 | 109,156,084 | 34.1% | 21 | 55 | 320,553,000 | 5,162,918 | $29.61 | $9,491,574,330 | $9,338,700,328 | 1.42% | 285,506,575 | 89.1% | 9,949,383 | 3.1% | 2.8 |
| Average | 4,650,477 | 24,699,591 | 7.7% | 19 | 49 | 320,553,000 | 4,714,492 | $25.79 | $8,266,292,543 | $8,143,989,328 | 0.26% | 259,146,478 | 80.8% | 5,396,177 | 1.7% | 1.1 |
| Median | 3,434,765 | 20,412,845 | 6.4% | 19 | 48 | 320,553,000 | 5,162,918 | $25.20 | $8,077,935,600 | $7,947,830,066 | 0.17% | 285,506,575 | 89.1% | 4,986,489 | 1.6% | 0.7 |
| Minimum | 567,040 | 3,319,889 | 1.0% | 16 | 44 | 320,553,000 | 2,575,843 | $20.80 | $6,667,502,400 | $6,613,924,866 | 0.03% | 133,429,094 | 41.6% | 2,366,409 | 0.7% | 0.4 |

**Notes:**

[1] Trading date.

[2] Reported volume.  Source:  Bloomberg.

[3] Weekly volume is sum of volume during the week.  Omits weekly volume for weeks ending May 2, 2003 and beginning Jan 14, 2008 because they are partial weeks.

[4] = [3] / [7].  Omits calcualtion for weeks ending May 2, 2003 and beginning Jan 14, 2008 because they are partial weeks.

[5] Number of analysts in consensus EPS estimate for upcoming fiscal year.  Source:  FactSet.

[6] Market makers.  Source:  CRSP and Pink OTC Markets, Inc.

[7] Shares outstanding.  Source:  SEC filings.

[8] Insider holdings.  Source:  FactSet.

[9] Closing stock price.  Source:  Bloomberg.

[10] = [7] x [9].

[11] = ([7]-[8]) x [9].

[12] Bid-Ask Spread.  Ask price less bid price, divided by mid-point of bid-ask prices.  Negative bid-ask spreads are reported as "N/A."  Source:  Bloomberg.

[13] Institutional holdings measured at end of each quarter.  Source:  FactSet.

[14] = [13] / [7].

[15] Short interest.  Sources:  Bloomberg and www.pinksheets.com.

[16] = [15] / [7].

[17] = [15] / 20 trading day average rolling volume from [2].

**Exhibit 6**

**Maxim Integrated Products, Inc.**

**Rolling 252-Trading Day Standard Deviation of Returns from Jan 1, 2001 to  Jan 17, 2008**



**Exhibit 7**
**Summary of Consecutive Days with Statistically Significant Excess Returns**
**in Maxim Integrated Products, Inc. Common Stock**
**From April 29, 2003 to January 17, 2008**

| | | |
|---|---|---|
| [1] | Number of days with statistically significant returns at the 99% significance level on event day | 65 |
| [2] | Number of days with statistically significant returns at the 95% significance level on event day + 1 | 16 |
| [3] | Number of days with statistically significant returns at the 95% significance level on event day + 2 | 5 |
| [4] | Number of days with statistically significant returns at the 95% significance level on event day + 3 | 1 |
| [5] | Number of days with statistically significant returns at the 95% significance level on event day + 4 | 0 |

*Source: Appendix A.*

**Exhibit 8**
**Regressions for Returns and Trading Volume**

| Regression Parameters for Absolute Return on the Natural Log of Trading Volume | | |
|---|---|---|
| Intercept (t-statistic) | -0.171 | -13.450 |
| Coefficient on Natural Log of Trading Volume (t-statistic) | 0.012 | 14.625 |
| Adjusted R-Squared | 0.152 | |
| Standard Error | 0.012 | |
| F-Statistic | 214 | |
| Observations (4/29/03 - 1/17/08) | 1190 | |

| Regression Parameters for Absolute Excess Return on the Natural Log of Trading Volume | | |
|---|---|---|
| Intercept (t-statistic) | -0.114 | -12.440 |
| Coefficient on Natural Log of Trading Volume (t-statistic) | 0.008 | 13.504 |
| Adjusted R-Squared | 0.132 | |
| Standard Error | 0.009 | |
| F-Statistic | 182 | |
| Observations (4/29/03 - 1/17/08) | 1190 | |

**Exhibit 9**
**Maxim's Common Stock Price Reaction to Earnings Guidance**

| Date | Volume | Price | Return | Market Return | Industry Return | Predicted Return | Excess Return | t-stat * | News Stories |
|---|---|---|---|---|---|---|---|---|---|
| 6/5/2003 | 10,496,920 | $38.55 | -1.53% | 0.57% | 1.33% | 0.92% | -2.46% | -2.37 * | Maxim provided 4Q03 EPS guidance of $0.24, in line with analysts' expectations.  Maxim also reported that it expects 4Q03 revenues of approximately $295 million below consensus estimates of $301 million. [Midnight Trader, 6/4/03 @ 5:48pm; Bloomberg News, 6/5/03 @ 9:30am] |
| 3/2/2005 | 13,144,063 | $43.01 | -1.96% | -0.13% | -1.73% | -1.06% | -0.90% | -0.87 | Maxim provided 3Q05 EPS guidance of $0.38, in line with analysts' expectations. [Reuters News, 3/2/05 @ 4:08pm] |
| 6/7/2005 | 6,821,384 | $39.24 | -1.26% | -0.92% | -0.87% | -0.87% | -0.39% | -0.38 | Maxim Integrated Products Inc. said Monday that bookings and turns orders through the first 10 weeks of the current quarter indicate that fourth-quarter earnings should come in at 37 cents per share on sales of about $400 million.  The guidance meets the mean profit estimate of 28 analysts surveyed by Thomson Financial.  [Associated Press Newswires, 6/6/05 @ 5:09pm] |
| 12/6/2005 | 7,235,588 | $39.06 | 4.16% | 0.39% | 0.93% | 0.63% | 3.53% | 3.41 ** | Maxim provided 2Q06 EPS guidance of $0.42, exceeding analysts' expectations of $0.40 [Business Wire, 12/6/05 @ 9:00am; AP Newswires, 12/6/05 @ 10:40am] |
| 9/19/2006 | 10,988,975 | $29.84 | -4.88% | -0.68% | -1.71% | -1.25% | -3.63% | -3.50 ** | Maxim Integrated Products Inc. (MXIM) late Monday lowered its first-quarter outlook due to softer-than-expected aggregate bookings and turn orders... said it now expects first-quarter earnings of 32 cents to 34 cents a share...Analysts surveyed by Thomson First Call are currently forecasting first-quarter earnings of 38 cents a share on revenue of $522 million. [Dow Jones News Service , 9/18/06, 6:27pm] |

Source:  Appendix A.

Notes: Excluded the following dates due to confounding news related to earnings announcements:
4/28/04, 10/28/05, 1/25/06, 4/27/06, 8/4/06.

**Exhibit 10**
**Maxim's Common Stock Price Reaction to News**

| Date | Volume | Price | Return | Market Return | Industry Return | Predicted Return | Excess Return | t-stat * | News Stories |
|---|---|---|---|---|---|---|---|---|---|
| 9/3/2003 | 9,334,793 | $42.92 | -5.77% | -0.07% | -2.00% | -1.19% | -4.59% | -4.43 ** | No material news |
| 2/6/2004 | 9,873,482 | $52.48 | 7.72% | 2.32% | 4.45% | 3.33% | 4.39% | 4.24 ** | Maxim reported 2Q04 results; EPS of $0.28 beat analyst consensus of $0.27 [Business Wire, 2/5/04 @ 4:00pm; Bloomberg News, 2/6/04 @ 5:04pm] |
| 8/2/2005 | 15,045,657 | $45.50 | 8.31% | 1.05% | 2.22% | 1.60% | 6.71% | 6.47 ** | Maxim reported 4Q05 results; EPS of $0.37 was in line with analysts' estimates; Maxim provided strong 1Q guidance, citing broad-based strength; Maxim said industry recovery could be near [Business Wire, 8/1/05 @ 4:00pm; Dow Jones Business News, 8/1/05 @ 5:05pm; Dow Jones Commodity Wire, 8/2/05 @ 4:05pm; Reuters News, 8/2/05 @ 7:44am] |
| 10/28/2005 | 28,382,149 | $34.60 | -11.19% | 0.89% | 0.96% | 0.83% | -12.02% | -11.60 ** | Maxim reported 1Q06 results; EPS of $0.39 in line with analyst estimates; Maxim shares were down 7% in after-hours trading after they guided for Q206 EPS of $0.40, below analysts estimates of $0.41; Friedman Billings cut Maxim to "market perform" from "outperform" and lowered price target to $43 from $54 [Business Wire, 10/27/05 @ 4:00pm; AP Newswires, 10/27/05 @ 5:12pm; Midnight Trader, 10/27/05 @ 4:05 pm; Reuters News, 10/28/05 @ 8:06am] |
| 12/20/2006 | 9,655,882 | $31.52 | 4.37% | -0.40% | 0.51% | 0.10% | 4.27% | 4.12 ** | Maxim founder John F. Gifford retires as Chairman and CEO for health reasons; will remain with Maxim as strategic advisor; resignation should be viewed as a "healthy dose of change," and the company could see buyout rumors start to spread [Business Wire, 12/19/06 @ 4:26pm; Dow Jones Commodities Service, 12/20/06 @ 5:09pm] |
| 2/22/2007 | 10,619,503 | $33.59 | 7.87% | 0.39% | 3.34% | 1.99% | 5.88% | 5.67 ** | Shares of companies that make microchips rose on Thursday as investors cheered a bullish outlook from Analog Devices Inc.; Zacks Equity Research named Maxim its "Bull of the Day" recommendation [Reuters News, 2/22/07 @ 2:02pm; Business Wire, 2/22/07 @ 6:00am] |

**Exhibit 10**
**Maxim's Common Stock Price Reaction to News**

| Date | Volume | Price | Return | Market Return | Industry Return | Predicted Return | Excess Return | t-stat * | News Stories |
|------|--------|-------|--------|---------------|-----------------|------------------|---------------|----------|--------------|
| 4/18/2007 | 19,698,055 | $30.81 | 5.88% | -0.14% | 2.08% | 1.08% | 4.79% | 4.62 ** | Maxim shares increased based on analysts speculation that the company may announce a significant stock buyback similar to rival Linear Technology Corp. [Reuters News, 4/18/07 @ 12:29pm] |
| 10/1/2007 | 47,752,371 | $28.26 | -3.71% | 1.24% | 1.01% | 0.99% | -4.70% | -4.54 ** | The NYSE annnounced that Maxim Integrated will be removed from the NYSE Arca Tech 100 Index effective as of market close on October 1, 2007 [Bloomberg News, 10/1/07 @ 2:48 pm] |
| 1/16/2008 | 2,972,856 | $23.63 | 3.46% | -1.15% | -1.17% | -1.12% | 4.58% | 4.42 ** | We believe that Linear Technology's results bode well for the other pure-play analog names under our coverage (Outperform--MXIM $23.74...), which are set to report late-Jan/Mid-Feb [Cowen and Company Analyst Report, 1/16/08] |
| 1/17/2008 | 17,549,962 | $20.80 | -11.98% | -1.61% | -1.77% | -1.63% | -10.34% | -9.98 ** | Maxim plans to restate the periods from 1997 to 2006 by as much as $425 million to account for stock option costs; Maxim shares fell the most in more than two years after anouncing plans to restate results by as much as $425 million [Market Wire, 1/17/08 @ 9:00am; Bloomberg News, 1/17/08 @ 12:47pm] |

Source:  Appendix A.

**Exhibit 11**
**Summary of Tests from Maxim's Disclosure Period Supporting Finding of Market Efficiency**

| | Cammer Benchmarks | Findings |
|---|---|---|
| **Weekly Trading Volume:** | | |
| Average weekly trading volume as % of shares outstanding | 1.0% | 8.3% |
| **Analyst Coverage:** | | |
| Number of analysts | Significant Coverage | 12 - 31 |
| Number of analyst reports | | 2,145 |
| **Market Makers:** | | |
| Number of market makers | 5 or more market makers | 44 - 81 |
| **Form S-3 Eligibility:** | | |
| Ability to file Form S-3 | Eligibility to file | Eligible prior to 9/8/06 |
| **Price Reaction to Unexpected Information:** | | |
| Speed of Price Reaction to New Information | Market Reacts Quickly | Yes |
| Comparison of Days with Press Releases to Days Without | Cause and Effect Relationship | Statistically Significant Difference |
| Regression of Absolute Price Change with Trading Volume | Cause and Effect Relationship | Yes |
| Reaction to Earnings Guidance | Cause and Effect Relationship | Yes |
| Reaction to Material New Information (ten largest excess returns) | Cause and Effect Relationship | 9 of 10 Days Have News |
| **Media Coverage:** | | |
| Number of news stories, analyst reports and SEC filings | n/a | 18,000+ |
| **Market Capitalization:** | | |
| Range | n/a | $6.7B - $18.4B |
| Average | n/a | $12.4B |
| **Bid-Ask Spread:** | | |
| Average spread | n/a | 0.06% |
| **Statistical Test for Weak-Form Market Efficiency:** | | |
| Regression of stock's returns on a one-day lag | n/a | No Significant Serial Correlation |
| Durbin-Watson statistic | n/a | 1.96 |
| **Institutional Investors:** | | |
| Range of institutional holdings as % of shares outstanding | n/a | 41.6% - 89.8% |
| Average institutional holdings as % of shares outstanding | n/a | 83.0% |
| **Short Interest:** | | |
| Range of short interest as % of shares outstanding | n/a | 0.7% - 4.0% |
| Average short interest ratio | n/a | 1.8 days |
| **Put-Call Parity:** | | |
| Violations as % of total observations | n/a | 0.37% |
| Average violation as % of closing stock price | n/a | 0.18% |

**Exhibit 12**

**Significant Cash Outlays Resulting From the Restatement of Previously Reported Financial Statements**

| | Source | | |
| --- | --- | --- | --- |
| **Description** | **Sept 30, 2008 Form 10-K**<br>**[1]**<br>**Amount (in millions)** | **Aug 26, 2009 Form 10-K**<br>**[2]**<br>**Amount (in millions)** | **Total** |
| Expenses associated with the investigation, subsequent restatement of our previously filed financial statements, private litigation and other associated activities, particularly, for accounting, legal and other professional service fees, and cash payments | $91.9 | $36.6 [3] | **$128.5** |
| Individual option holders to compensate them for stock options that contractually expired subsequent to the suspension of the Company's S-8 Registration Statement at which time employees were no longer able to exercise their vested stock options (the "blackout period") | $117.3 | $4.3 | **$121.6** |
| Issued non-recourse loans to individuals holding RSU's that vested during the blackout period. | $54.8 | $35.6 | **$90.4** |
| Paid international employees for RSUs which vested during the blackout period for which we were unable to deliver shares of common stock | $10.0 | $1.9 | **$11.9** |
| | $274.0 | $78.4 | **$352.4** |
| Payroll and foreign withholding taxes resulting from remeasurement of options | $29.2 | | **$29.2** |
| | **$303.2** | | **$381.6** |

Notes:

[1] Source: Maxim's Form 10-K for the period ending June 24, 2006, filed with the SEC September 30, 2008, p. 67.

[2] Source: Maxim's Form 10-K for the period ending June 27, 2009, filed with the SEC August 26, 2009, pp. 30, 60.

[3] Excludes derivative action settlement of $18.5 million.  Source: Maxim's Form 10-K for the period ending June 27, 2009, filed with the SEC August 26, 2009, p.71.

**Exhibit 13**

**Impact of Maxim Integrated, Inc. Restatement of Historical Financial Statements [1]**

| | | Nine Months Ended March 25, 2006 | Total of All Restated Fiscal Years | Fiscal Year Ended *(in thousands)* | | | | Cumulative amount at June 30, 2001 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | June 25, 2005 | June 26, 2004 | June 29, 2003 | June 29, 2002 | |
| | | [2] | [3] | | | | | |
| Net income, as previously reported | [a] | $338,235 | | $540,837 | $419,752 | $309,601 | $259,183 | |
| Restatement Adjustments: | | | | | | | | |
| Additional stock-based compensation expense | | | | ($86,628) | ($153,530) | ($127,366) | ($91,145) | ($253,327) |
| Income tax related effects | | | | $27,947 | $54,829 | $43,596 | $32,900 | $94,367 |
| All other adjustments | | | | ($24,176) | ($26,722) | $14,813 | ($11,757) | ($4,344) |
| Income tax effects of all other adjustments | | | | $4,297 | $11,281 | ($3,960) | ($614) | $4,135 |
| **Total decrease to net income** | **[b]** | **($46,676)** | **($495,404)** | **($78,560)** | **($114,142)** | **($72,917)** | **($70,616)** | **($159,169)** |
| Net income, as restated | | $291,559 | | $462,277 | $305,610 | $236,684 | $188,567 | |
| **% of net income overstated [4]** | | **14%** | | **15%** | **27%** | **24%** | **27%** | |

Notes:

[1] Source: Maxim's restatement filed with the SEC on Form 10-K for the period ending June 24, 2006, filed September 30, 2008, p. 101, identifies a pre-tax charge of $4.3 million for "certain stock options granted and other non-stock option related transactions prior to fiscal year 1997."

[2] Restatement for the interim reports for the 9 months ending March 25, 2006.

[3] Sum total of the restatment adjustements for all fiscal years through fiscal 2005, which ended June 25, 2005.

[4] Absolute value of [b] ÷ [a]

Forensic Economics, Inc.

**Exhibit 14**
**Maxim's Common Stock Price Reaction on Disclosure Days**

| Date | Volume | Price | Return | Market Return | Industry Return | Predicted Return | Excess Return | t-stat * | Excess Price Change | News Stories |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/22/2006 | 7,664,782 | $31.56 | -4.28% | -1.02% | -2.80% | -1.99% | -2.29% | -2.21 * | -$0.75 | Merrill Lynch examined the history of options pricing for companies that comprise the Philadelphia Semiconductor Index in a report titled "Options Pricing - Hindsight is 20/20;" "the results are notable;" these stock "consistently generated excess returns during the 20-day period following options grants;" Merrill Lynch identified Maxim as one of six standouts with an annualized excess return for the 20-day period after option grants of 243%; "regardless of whether the excess returns result from backdating or not, managements for our universe of companies seem remarkably effective at timing options pricing events;" "we think that investors need to be aware the possibility of regulatory activity at other companies that turn up high on our ranking" [Merrill Lynch, 5/22/06] |
| 9/8/2006 | 4,239,686 | $28.56 | -2.19% | 0.63% | 0.31% | 0.37% | -2.56% | -2.47 * | -$0.75 | Maxim reported in an SEC filing that it was unable to file its Annual Report on Form 10-K by the prescribed due date of 9/7/06 due to the Special Committee's ongoing review of Maxim's past option grants and practices [SEC Form NT 10-K, 9/8/06 @ 6:12am] |
| 2/1/2007 | 7,583,902 | $32.00 | 3.90% | -0.05% | 1.08% | 0.56% | 3.34% | 3.22 ** | $1.03 | Maxim announced results of Special Committee review of option grants; committee determined options granted to executives were properly granted, but found deficiencies in options granted to non-officer employees and directors; expects to restate fiscal years 2000 through 2005 and interim periods through 3/25/06; financial statements should not be relied upon; in connection with the investigation, John F. Gifford has retired as a Strategic Advisor and Carl Jasper has resigned as CFO [Market Wire, 1/31/07 @ 5:58pm] |

**Exhibit 14**
**Maxim's Common Stock Price Reaction on Disclosure Days**

| Date | Volume | Price | Return | Market Return | Industry Return | Predicted Return | Excess Return | t-stat * | Excess Price Change | News Stories |
|------|--------|-------|--------|---------------|-----------------|------------------|---------------|----------|---------------------|--------------|
| 8/28/2007 | 7,628,064 | $29.39 | -5.56% | -2.48% | -2.32% | -2.26% | -3.30% | -3.18 ** | -$1.03 | Shares of Maxim declined after an analyst at Banc of America said there is a good chance that the chip maker will be delisted from Nasdaq; the Banc of America analyst downgraded Maxim from "buy" to "neutral," stating "we think the tone of the most recent warning, the delinquency, and the unenviable track record of its auditors in turning around similar restatements in a timely fashion, raises the odds of a delisting" [AP Newswires, 8/28/07 @ 9:56am] |
| 10/1/2007 | 47,752,371 | $28.26 | -3.71% | 1.24% | 1.01% | 0.99% | -4.70% | -4.54 ** | -$1.38 | Market learned that Maxim would be delisted from the Nasdaq. [Bloomberg News, 10/1/07, 10:37am, Bloomberg, 10/1/07, 2:48pm, Market News Publishing, 10/1/07, 5:48pm.] |
| 1/17/2008 | 17,549,962 | $20.80 | -11.98% | -1.61% | -1.77% | -1.63% | -10.34% | -9.98 ** | -$2.44 | Maxim announced it would restate its financial statements for fiscal years 1997 through 2005 and interim periods through 3/25/06; Maxim expects to record additional non-cash compensation expenses estimated to range from $550 million to $650 million on a pre-tax basis; expects restatement to be completed in June 2008 due to increased scope of project [Market Wire, 1/17/08 @ 9:00am] |