1  GREGORY D. HULL (Bar No. 57367)
   greg.hull@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
3  Redwood Shores, CA 94065
   Tel:    (650) 802-3274
4  Fax:    (650) 802-3100

5  JOHN A. NEUWIRTH (*Pro Hac Vice*)
   john.neuwirth@weil.com
6  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
7  New York, NY 10153
   Tel:    (212) 310-8000
8  Fax:    (212) 310-8007

9  *Attorneys for Defendant Maxim Integrated Products, Inc.*

10 [Additional Counsel on Signature Page]

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
3/5/2010

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re MAXIM INTEGRATED PRODUCTS, INC. SECURITIES LITIGATION | Case No. C-08-00832-JW |

**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

WHEREAS, by Order dated October 1, 2009, the Court scheduled a hearing on Lead Plaintiffs' motion for class certification for April 26, 2010 at 9:00 a.m.;

WHEREAS, on December 11, 2009, Lead Plaintiffs filed their motion for class certification;

WHEREAS, the parties have since been and are presently engaged in discovery, including discovery concerning Lead Plaintiffs' motion for class certification;

WHEREAS, Defendants' oppositions to Lead Plaintiffs' motion for class certification are currently due on March 15, 2010, and Lead Plaintiffs' reply in further support of the motion is currently due on April 12, 2010;

WHEREAS, the lead attorney for Defendant Maxim Integrated Products, Inc. ("Maxim") is currently defending a motion to enjoin a merger transaction in another matter, captioned *Miller, et al. v. Kinzel, et al.*, Case No. 2009-CV-1069 (Ohio Ct. Comm. Pl.) (the "Ohio Action"), that, pursuant to a court order issued on February 22, 2010, has been scheduled for an evidentiary hearing on March 10, 2010;

WHEREAS, as a result of the scheduling of the evidentiary hearing in the Ohio Action, the lead attorney for Maxim is presently and will remain engaged in extensive expedited discovery and briefing in the Ohio Action through March 10, 2010;

WHEREAS, in light of the significant time demands attendant to Maxim's lead attorney's other matter over the next several weeks, Maxim's counsel has suggested to Lead Plaintiffs' counsel a short 10-day extension of the current briefing schedule, whereby Maxim's opposition to Lead Plaintiffs' motion for class certification would be filed on March 26, 2010 and Lead Plaintiffs' reply in further support of the motion would be filed on April 23, 2010;

WHEREAS, Lead Plaintiffs' counsel has indicated that they are amenable to such a schedule;

WHEREAS, to accommodate this desired schedule, and to afford the Court sufficient time to review the parties' submissions, the parties have agreed, subject to the approval

of the Court, to continue the April 26, 2010 hearing on Lead Plaintiffs' motion for class certification to May 10, 2010; and

WHEREAS, there has been no prior request to continue the hearing on Lead Plaintiffs' motion for class certification;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the hearing on Lead Plaintiffs' motion for class certification presently scheduled for April 26, 2010 shall be continued to **May 24, 2010 at 9:00 AM.** The briefing schedule shall remain unchanged.

IT IS SO STIPULATED.

Dated: February 24, 2010						Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
 & GROSSMAN LLP


        /s/ Timothy A. DeLange
BLAIR A. NICHOLAS
*BlairN@blbglaw.com*
TIMOTHY A. DELANGE
*TimothyD@blbglaw.com*
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:	(858) 793-0070
Fax:	(858) 793-0323

	-and-

CHITWOOD HARLEY HARNES LLP
MARTIN D. CHITWOOD (*Pro Hac Vice*)
*mchitwood@chitwoodlaw.com*
JAMES M. WILSON, JR. (*Pro Hac Vice*)
*jwilson@chitwoodlaw.com*
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Tel:	(404) 873-3900
Fax:	(404) 876-4476

GREGORY E. KELLER (*Pro Hac Vice*)
*gkeller@chitwoodlaw.com*
11 Grace Avenue, Suite 306
Great Neck, NY 11021
Tel:	(516) 773-6090
Fax:	(404) 876-4476

*Attorneys for Lead Plaintiffs The Cobb County Government Employees' Pension Plan, The DeKalb County Pension Plan and The Mississippi Public Employees Retirement System*

WEIL, GOTSHAL & MANGES LLP


      */s/ John A. Neuwirth*
GREGORY D. HULL
*greg.hull@weil.com*
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel:    (650) 802-3274
Fax:   (650) 802-3100

      -and-

JOHN A. NEUWIRTH (*Pro Hac Vice*)
*john.neuwirth@weil.com*
767 Fifth Avenue
New York, NY 10153
Tel:    (212) 310-8000
Fax:   (212) 310-8007

*Attorneys for Defendant Maxim Integrated Products, Inc.*


WILENTZ, GOLDMAN & SPITZER, P.A.


      */s/ Edward T. Kole*
EDWARD T. KOLE (*Pro Hac Vice*)
KEVIN P. RODDY
*kroddy@wilentz.com*
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Tel:    (732) 636-8000
Fax:   (732) 855-6117

-and-

SONNENBLICK, PARKER & SELVERS, P.C.
JEROME M. SELVERS (*Pro Hac Vice*)
*jselvers@spspc.com*
Freehold Executive Center
4400 Route 9 South
Freehold, NJ 07728
Tel:    (732) 431-1234
Fax:   (732) 431-3994

*Attorneys for Defendant The Estate of John F. Gifford*

|   |   |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |   |
| 3 |     */s/ Christopher W. Johnstone*<br>STEVEN M. BAUER |
| 4 | CHRISTOPHER W. JOHNSTONE<br>*Steven.Bauer@lw.com* |
| 5 | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel:    (415) 391-0600 |
| 6 | Fax:   (415) 395-8095 |
| 7 | *Attorneys for Defendant Carl W. Jasper* |

O'MELVENY & MYERS LLP

    */s/ Meredith Landy*
MEREDITH LANDY
*mlandy@omm.com*
2765 Sand Hill Road
Menlo Park, CA 94025
Tel:    (650) 473-2600
Fax:   (650) 473-2601

*Attorneys for Defendant Timothy Ruehle*

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Timothy A. DeLange, Edward T. Kole, Christopher W. Johnstone and Meredith Landy.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED AS MODIFIED ABOVE**

DATED: March 5, 2010

*/s/ James Ware*
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE