| | |
|---|---|
| 1 | GREGORY D. HULL (Bar No. 57367) |
|   | *greg.hull@weil.com* |
| 2 | WEIL, GOTSHAL & MANGES LLP |
|   | 201 Redwood Shores Parkway |
| 3 | Redwood Shores, CA 94065 |
|   | Tel:   (650) 802-3274 |
| 4 | Fax:   (650) 802-3100 |
| 5 | JOHN A. NEUWIRTH (*Pro Hac Vice*) |
|   | *john.neuwirth@weil.com* |
| 6 | JOSHUA S. AMSEL (*Pro Hac Vice*) |
|   | *joshua.amsel@weil.com* |
| 7 | WEIL, GOTSHAL & MANGES LLP |
|   | 767 Fifth Avenue |
| 8 | New York, NY 10153 |
|   | Tel:   (212) 310-8000 |
| 9 | Fax:   (212) 310-8007 |
| 10 | *Attorneys for Defendant Maxim Integrated Products, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

---------------------------------------------------------- x
:
In re MAXIM INTEGRATED PRODUCTS, : Case No. C-08-00832-JW
INC. SECURITIES LITIGATION :
: **DECLARATION OF JOHN A.**
: **NEUWIRTH IN SUPPORT OF**
: **DEFENDANT MAXIM INTEGRATED**
: **PRODUCTS, INC.'S OPPOSITION TO**
: **MOTION FOR CLASS**
: **CERTIFICATION**
:
: Date:   May 24, 2010
: Time:   9:00 a.m.
: Judge:  The Honorable James Ware
:         Courtroom 8, Fourth Floor
---------------------------------------------------------- x

**REDACTED PUBLIC VERSION**

DECLARATION OF JOHN A. NEUWIRTH IN
SUPPORT OF MAXIM'S OPPOSITION TO MOTION    Case No. C-08-00832-JW
FOR CLASS CERTIFICATION

I, John A. Neuwirth, under penalty of perjury, declare as follows:

1. I am an attorney admitted *pro hac vice* to practice before this Court and a partner with the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendant Maxim Integrated Products, Inc. ("Maxim"). I submit this declaration in support of Maxim's opposition to Plaintiffs' motion for class certification (the "Motion").

2. Below is a list of the exhibits cited in the accompanying memorandum of points and authorities in opposition to the Motion. A true and correct copy of each document is attached hereto.

| Exhibit | Description |
|---|---|
| 1 | Expert Report of Vinita M. Juneja, Ph.D., dated March 26, 2010 |
| 2 | Deposition of Gregg A. Jarrell, Ph.D., taken February 12, 2010 |
| 3 | Deposition of Lorrie S. Tingle (the Mississippi Public Employees Retirement System ("MissPERS")), taken February 3, 2010 |
| 4 | Deposition of J. Virgil Moon (the Cobb County Government Employees' Pension Plan ("Cobb County")), taken February 2, 2010 |
| 5 | Deposition of Christopher McDonough (the City of Philadelphia Board of Pensions and Retirement ("City of Philadelphia")), taken February 19, 2010 |
| 6 | [REDACTED] |
| 7 | [REDACTED] |
| 8 | City of Philadelphia/Turner Investment Partners, Inc. ("Turner") Management Agreement, dated January 12, 2007 (PHL 00477-537) |
| 9 | Deposition of Christopher McHugh (Turner), taken March 4, 2010 |
| 10 | [REDACTED] |

| Exhibit | Description |
|---|---|
| 11 | City of Philadelphia Investment Committee meeting minutes, dated June 27, 2002, reflecting Turner presentation (PHL 00568-601) |
| 12 | ███████████████████████████████████████ |
| 13 | ███████████████████████████████████████ |
| 14 | ████████████████████████ |
| 15 | ████████████████████████████████ |
| 16 | ██████████████████████████████ |
| 17 | ███████████████████████████████████ |
| 18 | ███████████████████████████████████ |
| 19 | ███████████████████████████████████ |
| 20 | ████████████████████████████ |
| 21 | ████████████████████████████████████ |
| 22 | ██████████████████████████████████ |
| 23 | ████████████████████ |
| 24 | ████████████████████████ |
| 25 | ██████████████████████████████ |
| 26 | ███████████████████████████ |
| 27 | ███████████████████████ |
| 28 | ██████████████████████████████████ |
| 29 | ███████████████████████████████████ |
| 30 | █████████████████████████████████ |

DECLARATION OF JOHN A. NEUWIRTH IN SUPPORT OF MAXIM'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

2

Case No. C-08-00832-JW

| Exhibit | Description |
|---|---|
| 31 | Maxim Form 8-K, filed with the U.S. Securities and Exchange Commission (the "SEC") on February 1, 2007 |
| 32 | |
| 33 | Turner trading summary for Maxim (TURNER 00001) |
| 34 | Maxim historical opening/closing stock prices |
| 35 | Maxim Form 8-K, filed with the SEC on January 24, 2008 |
| 36 | Bank of America report, "Pink-er for Longer: Another Delay in Filings," dated January 17, 2008 |
| 37 | Citigroup report, "Restatement Target Slips To June from March," dated January 17, 2008 |
| 38 | Cowen and Company report, "Quick Take: Pushes Out Target Restatement Date," dated January 17, 2008 |
| 39 | Deutsche Bank report, "Restatement pushed out," dated January 17, 2008 |
| 40 | |
| 41 | Oppenheimer report, "Restatement Delay a Blow to Relisting Efforts," dated January 17, 2008 |
| 42 | Raymond James report, "Putting Estimates and Rating Under Review," dated January 17, 2008 |
| 43 | UBS report, "MXIM again delays restatement; Potential catalysts pushed out till June," dated January 17, 2008 |
| 44 | |
| 45 | Citigroup report, "Absence of Operating Leverage Caps Share Upside; Reiterate Hold," dated August 2, 2007 |
| 46 | William Blair report, "Summary of Fourth-Quarter Results Highlighted by Better-Than-Expected Margin Expansion," August 3, 2007 |
| 47 | RBC report, "Initiating Coverage with Outperform Rating and $37 Price Target," dated September 4, 2007 |

| Exhibit | Description |
|---|---|
| 48 | Goldman Sachs report, "Macro headwinds are a concern, but execution is improving," dated November 2, 2007 |
| 49 | ███████████████████████████████████████ |
| 50 | Gennaro Bernile and Gregg A. Jarrell, "The impact of the options backdating scandal on shareholders," Journal of Accounting and Economics 47 (2009) 2-26 |
| 51 | Bear Stearns report, "Yesterday's Analog Powerhouse; Initiating Coverage with Peer Perform Rating," dated April 23, 2007 |
| 52 | Soleil Securities report, "Introducing 2009 Estimate -- Earnings Moving Back To Upward Trajectory," dated June 26, 2007 |
| 53 | Cowen and Company report, "Initiating With Outperform," dated August 2, 2007 |
| 54 | Lehman Brothers report, "Ests Decline on Rev Guide, Op Ex," dated November 2, 2007 |
| 55 | Maxim Form 10-K, filed with the SEC on September 30, 2008 (excerpts) |

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 26, 2010          */s/ John A. Neuwirth*
                                      John A. Neuwirth