Page 142

1 conclusion, but you would agree that the legal
2 question of whether these corrective disclosures are
3 ones for the judge or jury?
4     A. Yes. And I didn't see any other reason
5 why the company was delisted. I saw a direct
6 connection between the delisting and the alleged
7 fraud, and I saw absolutely no other reason why the
8 company would be delisted.
9     And to support that, I checked to see
10 whether the company relisted on NASDAQ as soon as
11 legally possible, and they did. As soon as they put
12 the restatement in, they went back on NASDAQ. So they
13 both went off of NASDAQ because of the fraud and when
14 they cleaned it up, they went back on NASDAQ, so I
15 don't know how you get more direct than that.
16     Q. So in a nutshell, you disagree with the
17 judge, but agree that the judge or jury are the
18 ultimate decider of whether these dates are corrective
19 disclosures?
20     A. Correct.
21     MR. AMSEL: With that, if lunch is here,
22 it is probably a good time to break.
23     (The proceeding recessed at 12:46 p.m.)
24     (The proceeding reconvened at 1:36 p.m.;
25     appearances as before noted.)
TSG Reporting - Worldwide   877-702-9580

Page 143

1 GREGG A. JARRELL, PH.D., resumes;
2     EXAMINATION BY MR. AMSEL CONTINUING:
3     Q. Professor Jarrell, welcome back. I am
4 going to start a new topic, get away from where we
5 were before, but still talking about -- in the context
6 of your loss causation materiality opinions in the
7 case.
8     And before I get into some more substance
9 on the dates on the disclosures, one question about
10 the model that you used, and my understanding is that
11 in constructing your industry index, the industry
12 index that you used, that you removed all companies
13 whose stock price returns were not correlated with
14 Maxim's by at least 60 percent during the regression
15 period; is that correct?
16     A. Yes.
17     Q. How did you come up with that 60 percent
18 benchmark?
19     A. Well, I didn't want to use all of the
20 companies because it was a big sample, and the problem
21 when you put together an index is a tradeoff of
22 information to noise. On the one hand, the more
23 companies, the better; on the other hand, if the
24 companies are not that correlated with your company,
25 then you just had a lot of noise. And so in trying to
TSG Reporting - Worldwide   877-702-9580

Page 144

1 make the index more informative rather than less
2 informative, I said, well, let's look at the
3 correlations.
4     And my original -- my original goal was to
5 take companies that had correlations greater than
6 70 percent just on the idea that a correlation greater
7 than 70 percent corresponds with an R-squared greater
8 than 50 percent, because R-squared is the square of
9 the correlation. So my original cutoff was an
10 R-squared of 50 percent. I said, "Let me take all the
11 companies that have at least a 50 percent percentage
12 of variance explained," but that only gave me four
13 companies and four companies is not -- that is
14 inadequate. That is too small. So then I dropped it
15 down to 60 percent and I picked up five more companies
16 and I said, "Okay, that's enough companies," and I
17 didn't want to drop down any further.
18     Q. Did you do any assessment of the companies
19 that were being excluded as a result, whether you
20 were, in fact, excluding someone who would be an
21 important member of the industry or an important
22 representative of the industry?
23     A. No, not beyond what I just said. I did
24 use the index with everybody in it at one point, and
25 that didn't work as well as what I used -- what I used
TSG Reporting - Worldwide   877-702-9580

Page 145

1 for the paper, which is the nine firms. But beyond
2 what I told you, I didn't do any other analysis.
3     Q. So the result of using that 60 percent
4 correlation, is it not that you end up with
5 independent variables that are much more in sync with
6 Maxim's returns?
7     A. Correct.
8     Q. As a result, doesn't that -- that lowers
9 the standard error of the market model?
10     A. Correct, among other things.
11     Q. And it also increases the statistical
12 significance of the price reactions?
13     A. Well, not necessarily. Because if you
14 imagine changing a model, for example, using the index
15 that has, you know, more companies in it, it is true
16 that that particular model will have a higher standard
17 error, but that model will also have different
18 coefficients and will give you a different predicted
19 return, which gives you a different excess return.
20     So if you use a different model, it is
21 true that the better the model, the lower will be the
22 standard deviation. But a T statistic is a ratio, a
23 ratio of the excess return in the numerator and the
24 standard deviation in the denominator, and when you
25 change the model, you don't know what is going to
TSG Reporting - Worldwide   877-702-9580

## Page 146

1  happen to the change in the numerator.
2       You do know if you get a better model,
3  that the denominator will go down. So if you can hold
4  constant the numerator, then you are correct, the T
5  statistic has to go up. But you can't hold constant
6  the numerator; you don't know what the effect of the
7  numerator is going to be when you change the model.
8       Q. I think you said you ran the model with
9  all members of the industry at one point?
10      A. I didn't, but whoever was helping me ran
11  it with all of them and it was worse than the model
12  that I used with the nine-firm index. It is a better
13  index.
14      Q. Whoever ran that model, do you know
15  whether or not they compared the statistical
16  significance of the price reaction done to the
17  entirety of the industry versus the significance that
18  you came up with for your nine-company model?
19      A. I don't think we were at that stage yet.
20  We were just trying to get a good model. I don't
21  think so. I can't know what they did at that level of
22  detail, but I don't think so.
23      Q. You don't know whether or not the
24  statistical significance that you received for your
25  nine-company model, whether or not that was higher

## Page 147

1  than the full industry model?
2       A. No. At that point I don't think we -- we
3  hadn't started on the days at that point. We were
4  doing statistical work trying to get a market model at
5  that point.
6       Q. I would like to spend a few minutes
7  talking about the company, Maxim's January 31, 2007
8  disclosure.
9       A. Yes.
10      Q. You are familiar with that disclosure?
11      A. Yes.
12      Q. But that is not one of the five days or
13  one of the dates that you focused on in your report?
14      A. Correct.
15      Q. Although you talk about it in your report,
16  I think you have a section that talks about
17  January 31, 2007, but it is not one of your
18  measurement dates in your loss causation analysis?
19      A. That is correct.
20      (The following exhibit was marked at a previous
21  deposition: 4.)
22      Q. Why don't we look at that disclosure, just
23  so we have it in front of us. This document has
24  already been marked in one of the prior depositions --
25  it is Exhibit 4 -- so I am going to give you a copy.

## Page 148

1       And we don't have to read the whole thing,
2  but I think you will agree with me that one of the
3  disclosures in this press release, or in this AK that
4  attaches a press release, is that there were
5  deficiencies related to the process at Maxim for
6  granting stock options to employees and directors, and
7  that in certain instances between 2000 and 2006, the
8  exercise prices of option grants to employees and
9  directors differed from the fair market value of the
10  underlying shares. And that was one of the
11  disclosures that was made on this date.
12      A. Correct.
13      Q. Okay. And the company also disclosed on
14  January 31, 2007 that it expected to restate its
15  financial statements.
16      A. Correct.
17      Q. And it also disclosed that Jack Gifford,
18  who was Maxim's CEO who had stepped down previously
19  for health reasons, was leaving the company.
20      A. Exactly.
21      Q. As well as Carl Jasper, who was the then
22  CFO.
23      A. Correct.
24      Q. And also it disclosed that the financial
25  statements that were being restated should no longer

## Page 149

1  be relied upon.
2       A. Correct.
3       Q. Now, you would agree that the January 31,
4  2007 disclosure was a corrective disclosure for loss
5  causation purposes, would you not?
6       A. Yes. Corrective in the sense that it is
7  fraud-related, not corrective in the sense that it --
8  you know, it is not a negative decline; it is a
9  positive increase, so it has different impacts. For
10  example, if you were computing damages, it reduces
11  damages. But it is fraud-related.
12      Q. But it is actually -- wouldn't you agree
13  of all the disclosures -- and I think you have
14  evaluated this slew of disclosures over time that
15  Maxim made or that were in the market -- wouldn't you
16  agree that this was actually -- January 31, 2007 was
17  actually the most corrective disclosure in that it
18  went to the heart of what we have characterized
19  throughout this deposition as the alleged fraud? Is
20  that a fair characterization?
21      MR. GALDSTON: Object to the form of the
22  question.
23      A. If you asked me to pick the most
24  corrective one, the one that is unarguably the most
25  corrective, it would be the one that ends the class

## Page 150

1  period.
2      Q. And why is that?
3      A. Because of what you just said. I would
4  say it would fit the bill of what you just said better
5  than the one -- better than this one.
6      Q. Why specifically?
7      A. Well, because it tells the market what --
8  it gives them an estimate, for example, of the exact
9  restatement, the numbers themselves. It tells us more
10  detail about what periods; it expands the period.
11  Gives me numbers on costs. So it tells me -- it has
12  the similar subject as what this one does, but it has
13  much more information. It is the result of much more
14  investigation.
15      Q. And we are going to get to that one. But
16  one of the items you just mentioned was the fact that
17  it disclosed that there would be additional years
18  included?
19      A. Yes.
20      Q. Isn't it true that January 31, 2007 -- and
21  you can look through this disclosure that the company
22  actually announced on January 31, 2007 -- that there
23  could be earlier years included in the restatement?
24      A. Correct.
25      Q. So that wasn't really new information to

TSG Reporting - Worldwide   877-702-9580

## Page 151

1  the market in January of 2008; is that correct?
2      A. Yes, it was.
3      Q. Why?
4      A. Well, telling me you might buy a car or
5  might buy a Lexus is different from telling me you
6  bought a Lexus.
7      If you tell me you might buy a Lexus, I
8  wouldn't say, "I don't need any more information; I
9  know what car you own." I don't know what car you
10  own. You said to me you might buy a Lexus. You might
11  not buy a car, you might buy a different car.
12      If you say to me, "I definitely bought a
13  Lexus," well, now I have the information that you are
14  talking about; I know what car you bought. I know
15  what car you bought.
16      So I mean, it is fifth grade logic. It
17  has got to be more informative to tell me the details
18  than to tell me you might, could have, would have.
19      Q. You stated a few minutes ago that there
20  was a positive stock price reaction after January 31,
21  2007?
22      A. Yes.
23      Q. And you would agree -- I believe it
24  actually says it specifically in your appendix, or
25  shows it -- that the price reaction associated with

TSG Reporting - Worldwide   877-702-9580

## Page 152

1  that disclosure date was both positive and
2  significant?
3      A. Correct.
4      Q. In your opinion, does that -- does that
5  positive stock price reaction have any implications
6  for loss causation in this case?
7      MR. GALDSTON: Object to the form;
8  foundation.
9      A. No -- yes and no. No in the sense that it
10  is not a loss. I think it has more to do with
11  materiality. I mean, you could argue it is relevant
12  for materiality because it shows the importance of
13  this subject to the stock price and to investors.
14  But -- and it is relevant to damages and computing
15  artificial inflation.
16      But loss causation, as I think about loss
17  causation, it is not -- I would give the same opinion
18  on loss causation even if I had not even seen that
19  date, looked at that date, analyzed that date.
20  Because loss causation, really all you would need, I
21  think, is one clear example of
22  statistically-significant losses on a date that in
23  your opinion was clearly a corrective disclosure. You
24  don't need more than one.
25      Q. In the beginning of that answer, you said

TSG Reporting - Worldwide   877-702-9580

## Page 153

1  that you could argue that it is relevant for
2  materiality --
3      A. Correct.
4      Q. -- because it shows the importance of this
5  subject to the stock price.
6      A. Correct.
7      Q. What is the relevance of the positive and
8  significant stock price reaction on January 31, 2007
9  to materiality?
10      A. Well, I think it is consistent with the
11  conclusion that this is the important subject. When
12  you go to the market and you give them details about
13  this issue and you talk to them about this issue, the
14  stock price moved significantly in response to that
15  information. Whether it is positive or negative is
16  not nearly as important for materiality as the fact
17  that it moved significantly.
18      Q. You would say there is no relation --
19  strike that.
20      So as long as there -- just so I
21  understand, so as long as there is a significant -- a
22  statistically-significant stock price reaction,
23  regardless of whether it is positive or negative, that
24  establishes, in your opinion, materiality?
25      A. Well, I wouldn't go so far as to say it

TSG Reporting - Worldwide   877-702-9580

## Page 154

1 establishes materiality; I just was saying it was
2 consistent with my conclusion that this is a material
3 subject, this is a material subject for investors.
4     Q. And is there any significance to the fact
5 that that stock price reaction was positive as opposed
6 to negative, based on the news that came out that day?
7     A. At this stage of the proceeding, I don't
8 think so, no. I mean, I factored it in and I
9 understand it and I realize it. It is not
10 particularly surprising. But at this point I don't
11 make use of that information; that is why it is not in
12 the loss causation section. It is just not a loss.
13     Q. So it is not informative at all of market
14 views with respect to the issues that were disclosed
15 on that day? Is that your opinion?
16     MR. GALDSTON: Object to the form of the
17 question.
18     A. No, it is informative. It is a positive
19 statistically-significant stock return, so the market
20 is viewing this news that is coming out, in sum and
21 substance, as being positive for the company's stock
22 price. That is consistent with materiality.
23     Q. So the company discloses that there were
24 deficiencies in the stock option program, that it is
25 planning to restate several years of financial

TSG Reporting - Worldwide    877-702-9580

## Page 155

1 statements and that those financial statements should
2 not be relied upon, and the senior members of
3 management that have been with the company since the
4 beginning are leaving, and the share price reaction is
5 positive; that has no bearing on your subsequent loss
6 causation opinions with respect to the stock market
7 reaction to other news?
8     A. No, I don't think so. Not at this stage
9 of the proceeding. As I said, the fact that it is
10 positive means it is neither here nor there for loss
11 causation.
12     I mean, you can argue that it is relevant
13 for the question about materiality, but it is not
14 relevant for loss causation because at this level of
15 the proceeding, in my experience, to establish loss
16 causation I would just need one disclosure. I could
17 have done everything based upon the January 31, 2007
18 disclosure.
19     So if you took this away and said, "You
20 are not allowed to look at this, you are not allowed
21 to investigate it," that would not have changed my
22 opinion on loss causation.
23     Q. You said a couple of times "at this stage
24 of the proceeding." I just want to understand what
25 you mean by that.

TSG Reporting - Worldwide    877-702-9580

## Page 156

1     A. Well, I am not computing damages. You
2 know, that is a day and a subject that will have to be
3 addressed when one sits down to compute damages,
4 assuming liability. Then that day, it's going to have
5 to be dealt with: What do you do with it, what does
6 it mean, how does it affect damages? So then it
7 would be relevant for damages.
8     But as far as establishing loss causation,
9 it is -- you know, it is sort of redundant in the
10 sense that one doesn't need to address that particular
11 day to render an opinion about loss causation.
12     Q. If the stock market reacted positively to
13 news or a correcting disclosure about the alleged
14 fraud, doesn't that suggest that subsequent stock
15 price declines had to have been the result of
16 something other than a corrective disclosure with
17 respect to that alleged fraud?
18     A. No.
19     Q. So it is possible shareholders looked at a
20 disclosure about the alleged fraud at one point
21 positively and looked at a subsequent disclosure
22 negatively?
23     A. As, in fact, indeed happened. I mean, if
24 the market -- if the market thinks that there is a
25 very high probability that the firm will be delisted

TSG Reporting - Worldwide    877-702-9580

## Page 157

1 as a result of the fraud and then one day the market
2 gets news that indicates that the company may well
3 succeed in putting off that delisting and not being
4 delisted, well, that information could well cause a
5 positive response in the stock price, and it's related
6 to the fraud, and it will have to be dealt with when
7 you compute damages. But it is not necessarily
8 relevant to loss causation.
9     Q. Okay. And you also had said before -- and
10 just so I am clear -- that that positive stock price
11 movement is relevant to materiality, and that is
12 because it shows that those disclosures were material;
13 is that correct?
14     A. Yes. Disclosures about this subject, that
15 the market cares and the value of the company is
16 dependent in an important, significant way on new
17 information regarding this particular alleged fraud
18 and its direct consequences. It does show that. It
19 is evidence and, you know, it gets a checkmark on
20 materiality; yes, it is material, check, yes.
21     Q. But whether the shareholders viewed it as
22 good news or bad news is irrelevant to that calculus?
23     A. I don't know if I would say irrelevant,
24 but I -- I can -- I am just saying that just the fact
25 that it is positive doesn't mean that I can't use it

TSG Reporting - Worldwide    877-702-9580

Page 158

1  for materiality.
2      Q. Okay. If you look at paragraph 186 of
3  your report.
4      A. Okay.
5      Q. Putting aside the question of reliance
6  after January 31, 2007, which you state in the second
7  sentence is a legal matter for the finder of fact --
8      A. Yes.
9      Q. -- you conclude in that paragraph that "As
10 an economic matter, despite Maxim's announcement,
11 investors and analysts continued to use the company's
12 historical financial statements for certain years.
13 Analysts continued to model Maxim's stock price value
14 and forecast Maxim's earnings based on its historical
15 performance, at least in part because Maxim had not
16 issued guidance as to the direction or amount of its
17 restatement."
18      What is the basis for the statements in
19 that paragraph that "Investors and analysts continued
20 to use the company's historical financial statements
21 for certain years," and that "Analysts continued to
22 model Maxim's stock price and forecast" -- strike
23 that -- "value," excuse me, "and forecast Maxim's
24 earnings based on its historical performance"?
25      A. Because it is a true statement based on my

TSG Reporting - Worldwide    877-702-9580

Page 159

1  review of the analyst reports that were in the
2  marketplace after January 31, 2007. The analyst
3  reports support that statement.
4      Q. So what you are saying is despite the fact
5  that the company said, "Do not rely on our financial
6  statements," that analysts nevertheless were using
7  those financial statements to value the company?
8      MR. GALDSTON: Object to the form of the
9  question; misstates the record.
10      A. Analysts were still using them for certain
11 purposes. They were still using them for the purposes
12 that I state in my discussion in paragraph 186. They
13 were still projecting earnings, they were still making
14 recommendations on the stock. They were still telling
15 people, "Load up on it if the price goes down, get rid
16 of it if the price goes up," and they were still
17 coming up with price targets. And to do all of that,
18 they were knowingly using financial statements that
19 the company said "do not rely on," and they know the
20 company said "do not rely on them," and yet they were
21 still using them knowingly.
22      And they oftentimes have discussions in
23 the analyst reports saying that the more time that
24 goes forward without a restatement, the greater is the
25 uncertainty that we have that our earnings predictions

TSG Reporting - Worldwide    877-702-9580

Page 160

1  and our analysis are valid, but they did it anyway.
2      Q. Do you have a view as to the
3  appropriateness of the analysts' consideration of that
4  information after the company said "do not rely"?
5      A. I don't know what you mean by
6  "appropriateness."
7      Q. In your view, was it reasonable for
8  analysts to consider using the company's historical
9  financial statements after the company told the market
10 not to rely on those financial statements?
11      A. I am going to ask you, what do you mean by
12 "reasonable"? What do you mean by "reasonable"?
13      Q. Do you think they should have done it, in
14 your professional economic experience?
15      A. Compared with what? Stop writing analyst
16 reports? Stop covering the company? All analysts
17 should have dropped covering the company at that point
18 in time, told all their clients to sell all their
19 stock in the company, regardless of the price? I
20 think they behaved reasonably.
21      Q. So what's the significance --
22      A. I mean, I am not going to defend each and
23 every analyst and each and every use of the financial
24 documents, but given the disclosures by the company,
25. given the sort of, "If we have problems, we are going

TSG Reporting - Worldwide    877-702-9580

Page 161

1  to restate, but we are not going to give you any
2  information about how bad it is," well, you know, it
3  is reasonable for them to try to make a judgment as to
4  how bad it could be. They look at other companies,
5  you know, they make a judgment how bad it could be.
6  They have needs from their investors, they have people
7  asking them what to do, they have people in the
8  company, they have clients, and so they do the best
9  with what they have.
10      Q. In your view, what is the significance of
11 Maxim telling the market not to rely on its financial
12 statements?
13      MR. GALDSTON: Object to the form of the
14 question.
15      A. What is the significance?
16      Q. If everyone is going to continue using the
17 financial statements anyway, why would a company ever
18 tell the market not to rely on its financial
19 statements? What is the significance of the purpose
20 of doing that?
21      MR. GALDSTON: Same objection.
22      A. I can think of one right away.
23      Q. Sure.
24      A. One would be so that you could later argue
25 in court that when you are suited for class action

TSG Reporting - Worldwide    877-702-9580

Page 162

1  securities laws, that that should be the end of the
2  liability on the part of the company. That would be a
3  very good practical reason to do it, and I would
4  imagine that is the reason why many companies, in
5  fact, do do it: Because their attorneys tell them to.
6  That is one reason.
7      Another reason might be just a sense of
8  responsibility. If you have determined that your
9  financial statements are not accurate and you have
10 determined that you are going to have to restate them,
11 even if you don't know what the number is, then I
12 would think you have a duty, you know, a responsible
13 duty to go to the market as soon as possible and tell
14 them, "We have huge problems with our financial
15 records; do not rely on them." In your judgment, you
16 should not rely on them, whatever that means.
17     Q. But the company would nevertheless be
18 liable to its shareholders, because those shareholders
19 still were justified in their reliance on those
20 financial statements; is that correct?
21     MR. GALDSTON: Object to the form of the
22 question.
23     A. I am opining -- I am not opining at all
24 about liability.
25     Q. But you would agree that in your view --

TSG Reporting - Worldwide    877-702-9580

Page 163

1  and I am just characterizing your view; you can tell
2  me where I go wrong -- your view would be that
3  shareholders and analysts and other market
4  participants are perfectly entitled and justified to
5  continue relying on those financials after the company
6  says not to rely on them?
7      MR. GALDSTON: Object to the form of the
8  question.
9      A. No, I don't think that is my view either.
10 What I am saying is that defendants in their legal
11 brief made a particular argument, and I say right up
12 in here that to the extent that that argument is
13 legal, I have nothing to say about it.
14     But to the extent that the argument is
15 economic, I do have something to say about it. So
16 everything I am talking about here is a response to
17 the economic presumptions or conclusions or statements
18 that were made in the legal brief that I think as an
19 economist I can address. And the fact-finder, who is
20 going to determine whether or not the liability exists
21 or does not exist from that day forward, I think that
22 what I said would be relevant. I am not making the
23 decision for the fact-finder, but I am addressing the
24 economic issues that were raised.
25     One of the things that the fact-finder is

TSG Reporting - Worldwide    877-702-9580

Page 164

1  going to want to know is did investors and analysts,
2  in fact, treat these financial statements as if they
3  were tarnished and a hot potato and you're not
4  supposed to use them in any sense of the word. Did
5  they stop trading the stock. Did they stop
6  recommending the security. That is going to be
7  relevant to the finder of fact, I would imagine, so I
8  am doing the research and I'm answering the question.
9  I am saying, "No, they didn't act that way." They
10 obviously were aware of the "do not rely" and then
11 they did what they did. It is factual.
12     Q. I think the question of whether or not
13 shareholders actually relied on them is one question,
14 but the actual question here is whether or not it was
15 reasonable for the shareholders to rely on those
16 financial statements. Again, I recognize you are not
17 opining on the legal question.
18     MR. GALDSTON: There isn't a question
19 pending.
20     Q. Did you have something more you want to
21 say?
22     A. No.
23     Q. And putting aside the fact that there is a
24 significant legal component for the issue of
25 reliance -- I think we are on the same page with that

TSG Reporting - Worldwide    877-702-9580

Page 165

1  one -- in your view as an economist, is there any
2  significance to the company telling the market not to
3  rely on its financial statements?
4      MR. GALDSTON: Objection; asked and
5  answered.
6      A. I don't know what you mean by
7  "significance" other than to just repeat what I said
8  before. I think the company has a responsibility to
9  do that. I think the company has strategic legal
10 reasons that make it wise to do that. I mean, I have
11 no trouble whatsoever understanding why the company
12 would want to do that.
13     Q. Then in paragraph 187, you state that
14 "Maxim did not give investors any indication as to the
15 size of the impact on its financial statements; the
16 direction of this restatement, including the tax
17 consequences of correcting Maxim's backdated stock
18 option grants; a clear and definitive date when the
19 investigation and restatement would be finalized; or
20 any assurance that the company would continue to be
21 listed on NASDAQ."
22     Could Maxim have provided information on
23 any of those things on January 31, 2007?
24     A. I don't know. I can go through one at a
25 time and give you a more specific answer, but with

TSG Reporting - Worldwide    877-702-9580

## Page 166

1   respect to them as a group, I would say I don't know.
2       Q. Let's break them down. The size of the
3   impact on its financial statements; what could Maxim
4   have told the market on January 31, 2007?
5       A. I don't know. I don't know. Obviously
6   they couldn't give them the numbers that they gave
7   them later, because they hadn't, I don't think -- I am
8   a little outside of my area here, but I don't think
9   they had come up with those figures yet, so I just
10  don't know if they were in a position to give more
11  guidance at that point. And I am not saying they were
12  or weren't in a position; I am just saying they
13  didn't.
14      Q. You would agree that they did not have
15  those figures at that time on January 31, 2007, that
16  they could not have given investors an indication as
17  to the size of the impact on its financial statements
18  on that date?
19      A. I agree with you that the information
20  released to the market on January 31, 2007 is very
21  different from the information released to the market
22  in January 2008. For example, they did not have that
23  information, maybe they didn't give it to the
24  investors, and they might not have even had it
25  themselves in 2007. But they did have it in 2008 and

TSG Reporting - Worldwide    877-702-9580

## Page 167

1   they told the market in 2008. That is the point of
2   this section, is to say that January 2008 was highly
3   informative relative to January 2007. I certainly
4   agree with that.
5       Q. On January 31, 2007, Maxim also could not
6   have told the market when it was going to complete its
7   restatement; is that correct?
8       MR. GALDSTON: Object to the form of the
9   question; calls for speculation.
10      A. I mean, they did say that there was a
11  deadline on the table of March 27, 2007 or March 26,
12  2007. I would have to review the document. But I
13  don't recall them saying that, you know, "We are going
14  to meet that deadline" or, you know, anything like
15  that. I think they just stated that "That is our
16  deadline that we are looking at now is March 2007."
17      Q. And to use your language, you say "a clear
18  and definitive date" when the investigation and
19  restatement would be finalized.
20      Could Maxim have given a clear and
21  definitive date on January 31, 2007?
22      MR. GALDSTON: Same objection; this calls
23  for speculation.
24      A. I don't know for sure. I mean, I don't
25  know.

TSG Reporting - Worldwide    877-702-9580

## Page 168

1       Q. So you --
2       A. I mean, I can't know. Given everything
3   that I have looked at, it would be my presumption is
4   no, they wouldn't know; they would not be in a
5   position to know exactly when they would be finished.
6   But, you know, you are asking me things that I just
7   can't know.
8       Q. So if you assume -- and I understand the
9   facts will be what the facts are as to what the
10  company knew on any given date; I am sure we will get
11  into some discovery on that. If you assume the
12  company gave all the information it could on January
13  31, 2007 and that it could not have given a date
14  around the restatement, it could not have given a date
15  for its completion, it gave everything that it knew at
16  the time, is it your opinion that there was nothing
17  Maxim could have done to avoid damages subsequent to
18  January 31, 2007?
19      MR. GALDSTON: Object to the form of the
20  question.
21      A. I don't know. I don't know. If the
22  company is not in a position to know the damages of
23  the prior misconduct and it is not in a position to
24  inform investors how bad it will be, just that it is
25  going to be bad, then I don't know -- I think that

TSG Reporting - Worldwide    877-702-9580

## Page 169

1   they are in a position where the damages are going to
2   come out in the future and that is all there is to it.
3   It takes a long time to figure out how bad this is
4   going to be. It is quite a mess. So they have to
5   wait and do a lot of work to find out what the damages
6   are, just like the market has to wait and then as
7   information comes out, the stock price will respond.
8       Q. So if the company is not hiding anything
9   and gives timely updates as information becomes
10  available to it, still there is nothing it could do to
11  prevent damages down the line in the future, based on
12  additional timely updates that come out?
13      A. No. It can't change the fact that there
14  are damages. It can't change the fact that there are
15  problems. It can't change the harm that has been
16  done. It is learning what the harm is, and as it
17  learns it, it discloses it. And before it discloses
18  it, in the meantime the market will use any other
19  information it can to try to figure out on its own
20  what the damages might be.
21      Q. Do you have any reason to believe that
22  after January 31, 2007 that any of Maxim's officers or
23  directors were intentionally hiding, you know, for
24  example, information about the alleged fraud, such as
25  the amount of the restatement?

TSG Reporting - Worldwide    877-702-9580

43 (Pages 166 to 169)

Page 170

1      MR. GALDSTON: Object to the form of the
2 question.
3      A. I don't know one way or the other. I
4 mean, I note that the numbers that came out in January
5 '08 were lower than the numbers that came out in the
6 final accounting. I am not saying that is something
7 that they knew or deliberately knew or whatever. But,
8 you know, you are asking for any evidence that they
9 knew something that they didn't talk about, and that
10 would be the only thing I could think of as potential
11 evidence.
12      Q. If there was nothing that they knew -- and
13 again, we'll assume the facts will be what the facts
14 are --
15      A. Sure.
16      Q. -- that there was nothing they knew as of
17 that date, can Maxim be liable for damages after that
18 date if there was no intent to deceive?
19      MR. GALDSTON: Object to the form of the
20 question. Object to this whole line of questioning.
21 Professor Jarrell explained early on that he was not
22 rendering an opinion on scienter, and this whole
23 question appears to relate to scienter.
24      MR. AMSEL: I don't think it does. I
25 think it goes to the heart of the report, unless you

TSG Reporting - Worldwide   877-702-9580

Page 171

1 are instructing the witness not to answer.
2      MR. GALDSTON: No, I am not. I am noting
3 my objection.
4      A. And the question was?
5      (The reporter read the requested material.)
6      A. I don't know.
7      Q. It is a legal question?
8      A. Purely 100 percent unadulterated.
9      Q. Let's talk about the disclosures after
10 January 31, 2007.
11      A. Sure.
12      Q. Starting with August 28, 2007.
13      A. Okay.
14      Q. Let's look at paragraph 163.
15      In 163, you state at the end that you do
16 not find -- you state you did not find any confounding
17 economically-material information that, in your
18 opinion, would have been a contributing factor in
19 Maxim's stock price decline?
20      A. Correct.
21      Q. Instead, you credited the decline, to look
22 earlier in the same paragraph, to the disclosure that
23 Maxim would likely be delisted because of the alleged
24 misrepresentations and omissions regarding its
25 historical stock option grants; is that correct?

TSG Reporting - Worldwide   877-702-9580

Page 172

1      A. Yes, sir.
2      Q. And again, you would agree that delisting
3 or disclosures with respect to potential or actual
4 delisting, that that is what you have characterized as
5 a consequence of the alleged fraud?
6      A. Correct.
7      Q. Okay. To read your report -- I am not
8 saying in totality, but at least in part -- you
9 reference a Bank of America analyst report from that
10 date, August 28, 2007.
11      A. Yes, sir.
12      Q. And I would like to mark that report --
13      A. Sure.
14      Q. -- and we'll just talk about it for a
15 couple of minutes.
16      MR. AMSEL: We'll mark this as Exhibit 26.
17      (The following exhibit was marked for
18 identification: Number 26.)
19      A. I have it.
20      Q. I assume, based on the recitation of some
21 of the text of it, that you have read this report in
22 the past?
23      A. Yes.
24      Q. And feel free if you need another minute
25 or two to refresh your recollection of it.

TSG Reporting - Worldwide   877-702-9580

Page 173

1      A. No, I am good.
2      Q. If you look about halfway down on the
3 first page, under -- there is a bullet point, really
4 an arrow, the second arrow. It says, "Cyclical
5 tailwinds, but a seeming lack of management focus,
6 tardy execution is concerning."
7      A. Correct.
8      Q. And then the report then continues, "While
9 we acknowledge that the circumstances with respect to
10 the completion of pending restatements are clearly
11 difficult" -- strike that.
12      Right after that bullet point it says,
13 "While we expect fundamentals to benefit from cyclical
14 tailwinds in upcoming quarters, recent execution
15 leaves us wanting. Specifically, while we acknowledge
16 that the circumstances with respect to the completion
17 of pending restatements are clearly difficult, Maxim's
18 inability to deliver on past delinquent filings while
19 simultaneously targeting an acquisition from the tests
20 that we don't view to be particularly compelling
21 leaves us less confident in the execution prowess and
22 focus of the relatively new management."
23      Do you see that language?
24      A. Yes.
25      Q. Wouldn't you say that Bank of America's

TSG Reporting - Worldwide   877-702-9580

Page 174

1  concern over management focus and execution in part
2  due to questions over the timing and the substance of
3  an acquisition is confounding economically-material
4  information?
5      A. No.
6      Q. Why not?
7      A. Well, because of the acquisition. It is a
8  very small company and it has already been disclosed
9  to the market, and he is just speculating on whether
10  or not they can make that good or bad. That can't
11  possibly have any effect on the stock price of the
12  company at this point.
13      Q. I am not just limiting it just to the
14  acquisition. Speaking more broadly of the concerns
15  with respect to management focus and execution.
16      A. Yes, because of the past delinquent
17  filings. Let's put it this way: If this first bullet
18  point was not in this report at all and the bullet
19  point number 2 was the report, there would be no stock
20  price impact from this report.
21      Q. That is just your view?
22      A. Yes.
23      Q. You don't know that for an absolute
24  certainty?
25      A. I don't think anyone can, but I think I am

TSG Reporting - Worldwide   877-702-9580

Page 175

1  well positioned to render an opinion like that, and I
2  have thought a lot about it and I don't see any reason
3  why that opinion would be incorrect. I mean,
4  certainly the test — it is a $63 million deal. At
5  this point in time this company's equity is worth $10
6  billion. $63 million divided by $10 billion is an
7  itty bitty bitty number.
8      Q. Again, I am not just talking about the
9  acquisition, but did you do any analysis to isolate
10  the impact of specific pieces of news on the stock
11  price?
12      A. Yes. I just explained what I did. I
13  found out about the test, I went to see if it was
14  disclosed previously, I tried to figure out how big it
15  was and I tried to see whether there could be any
16  materiality to this discussion, and I decided that it
17  could not possibly be material.
18      Q. But concerns or threats of delisting had
19  been disclosed previously as well; isn't that true?
20      A. That is true, and there is a whole
21  narrative about it, and the company's stock prices
22  responding to those as we go along. Some days it is
23  good, some days it is bad.
24      Q. So why is this — how is it new
25  information when that information has already been

TSG Reporting - Worldwide   877-702-9580

Page 176

1  coming out to the market already?
2      A. Well, because he is putting it all
3  together and he is telling the market in his opinion,
4  this professional Bank of America analyst is saying,
5  "Look, it is going to delist. I know this is
6  important, I know the company has been trying to get
7  out of this," but at this point in time, given all of
8  the information that he has, he is saying it is not
9  going to happen; they are not going to get out of it.
10  And it is an important enough issue to where his
11  opinion on that moves the market.
12      Q. Everything in here is opinion, right? I
13  mean, the Bank of America's views with respect to the
14  impact of all of this information on the company is
15  opinion.
16      A. No. There is a lot of facts here.
17      Q. But what they believe to be such-and-such,
18  if you look at the language of the report, I mean,
19  that is all Bank of America's opinion?
20      A. His putting all of the factual information
21  together, plus what he might have learned over the
22  phone or whatever in his business, putting it all
23  together, knowing what he knows, he then is expressing
24  an analyst's opinion, which is regarded as credible by
25  the market, as newsworthy and credible by the market.

TSG Reporting - Worldwide   877-702-9580

Page 177

1      At the final analysis, he is obviously
2  rendering an opinion, and that opinion is being
3  treated by the market as being newsworthy and
4  credible.
5      Q. And your view is that that information
6  then assimilated into the market causes a stock price
7  decline, but that the decline that occurred on that
8  day is due entirely to issues of delisting?
9      A. Correct.
10      Q. No other news impacted the stock price on
11  that day?
12      A. Correct, no material news, no.
13      Q. And that, again, is your view?
14      A. Yes.
15      (The proceeding recessed at 2:19 p.m.)
16      (The proceeding reconvened at 2:28 p.m.;
17  appearances as before noted.)
18  GREGG A. JARRELL, PH.D., resumes:
19      EXAMINATION BY MR. AMSEL CONTINUING:
20      Q. Professor Jarrell, when we left off, we
21  were talking about August 28, 2007 as the disclosure
22  date, and specifically we were going through some
23  questions about the Bank of America analyst report,
24  which is Exhibit 26.
25      And just to sum up what we went through

TSG Reporting - Worldwide   877-702-9580

Page 178

1  before, it is your opinion that the entirety of the
2  stock drop following the disclosures on August 28,
3  2007 was the result of concerns about delisting?
4      A. Yes, which I consider to be a direct
5  consequence of the option backdating.
6      Q. And you do not believe that as this report
7  states, that any of that drop was related to questions
8  about or confidence in management?
9          MR. GALDSTON: Object to the form of the
10  question.
11     A. No. The second arrow, you know, we talked
12  about that and I stand by my answers.
13     Q. If you turn to page 4 of the same
14  report --
15     A. Okay.
16     Q. -- Bank of America report. There is a
17  bunch of numbers in -- the bottom, but it is the four
18  in the bottom left.
19     A. Okay.
20     Q. And if you look at the top part under the
21  heading "Reprieve Appears Unlikely."
22     A. Yes, sir.
23     Q. Four lines down, the report reads, "Along
24  these lines, we would note that while Maxim management
25  has completed its review and analysis of the

TSG Reporting - Worldwide   877-702-9580

Page 179

1  appropriate planned option measurement dates, the
2  alacrity with which the restatement project now gets
3  completed rests with its external auditor, Deloitte &
4  Touche. Based on our experience, this strikes us as a
5  less than optimal experience, as Deloitte has taken,
6  in our view, what seems like an unduly lengthy amount
7  of time in signing off on similar projects at other
8  companies," and it has a parenthetical, "(POWI, for
9  instance)."
10         Do you see that language?
11     A. Yes.
12     Q. So what this report is stating is that the
13  financials or the restated financials were in large
14  part, if not entirely, being delayed by the auditors;
15  not by Maxim; is that a fair read?
16     A. No.
17     Q. What is this saying?
18     A. Well, it is saying what it exactly said,
19  which isn't what you said. I mean, the problem is you
20  are not going to make the September 25th deadline, and
21  it would be unfair to say at this point in time that
22  the reason you can't make the September 28th deadline
23  as of August 28th is solely attributable to Deloitte &
24  Touche.
25         They are saying from this moment forward,

TSG Reporting - Worldwide   877-702-9580

Page 180

1  now how long it takes mainly rests with the auditors.
2  Your statement implied something about what
3  happened -- how much delay we have occurred -- you
4  know, why we haven't made the September 25th deadline,
5  or why we aren't going to make the September 25th
6  deadline.
7      Q. That was not what I was trying to imply.
8      A. Oh, I'm sorry.
9      Q. I think it was really the former in that
10  answer, which is that when the restatement would be
11  completed largely rested with Deloitte & Touche,
12  according to Bank of America on August 28, 2007.
13         MR. GALDSTON: Object to the form of the
14  question.
15     A. I think it is well understood by the
16  analysts -- by this analyst that, you know, regardless
17  of who the auditor was, September 25th is not going to
18  happen. He is talking about further down the line.
19     Q. Let's talk about further down the line.
20  Put September 25th aside.
21     A. Okay.
22     Q. So if you don't consider the
23  September 25th deadline, what this report is stating,
24  tell me where I am wrong, if I am --
25     A. Okay.

TSG Reporting - Worldwide   877-702-9580

Page 181

1      Q. -- is that Bank of America believes that
2  the timing in which the restatement gets completed,
3  now gets completed, rests with its external auditor,
4  Maxim's external auditor, Deloitte & Touche?
5      A. From this moment forward?
6      Q. Correct.
7      A. Yes, yes. I think that is fair.
8      Q. And "from this moment forward," you mean
9  when the restatement gets completed, regardless of the
10  date. Whatever that date is, that date and that
11  timing rests with Deloitte & Touche?
12     A. Yes. Obviously Deloitte & Touche is --
13  you know, they don't determine what -- they don't
14  determine the problem; they react to the problem.
15  They are being hired to come in and restate things.
16  So it would be unfair to say it is going to take
17  Deloitte & Touche a long time because they are slow.
18  I mean, they have a big job.
19     Q. Right. But the timing in getting it
20  done -- and putting aside what their job is -- the
21  timing in getting it done, whether they were working
22  slowly or quickly, rested with Deloitte & Touche,
23  according to Bank of America in this report.
24     A. That is what he is saying, yes.
25     Q. If you assume that not to be the case that

TSG Reporting - Worldwide   877-702-9580

Page 182

1 the timing here rested with Deloitte & Touche as of
2 August 28, 2007, what should Maxim have done to get
3 the process over with more quickly?
4      MR. GALDSTON: Object to the form of the
5 question; calls for speculation.
6      A. I don't know. Not backdate options.
7      Q. And you are not suggesting that Maxim
8 should have, for example, fired Deloitte & Touche and
9 hired a different auditor that would have gotten
10 through the process more quickly, are you?
11      MR. GALDSTON: Same objection.
12      A. No, I don't say anything about that in my
13 report. I don't know where you get that.
14      Q. Do you believe that there was nothing
15 Maxim could have done at this point and the timing
16 within which the restatement got completed?
17      MR. GALDSTON: Same objection.
18      A. I have no idea. How would I know that? I
19 don't know.
20      Q. That is what Bank of America believed?
21      MR. GALDSTON: Same objection.
22      A. Bank of America believed what?
23      Q. That the timing rested with Deloitte &
24 Touche.
25      A. They meant exactly what they said here.

TSG Reporting - Worldwide    877-702-9580

Page 183

1      Q. Again, if you look down two paragraphs and
2 there is another bulleted sentence that says, "Large
3 institutional investor holding - doesn't help."
4      A. Correct.
5      Q. It says, "We note that roughly 87 percent
6 of Maxim's shares are held by institutional and mutual
7 fund owners who may be prevented from owning a
8 delisted stock."
9      A. Correct.
10      Q. "And while the improving fundamentals in
11 the core business are certainly a positive, we doubt
12 that trends in revenue and earnings will serve as
13 enough of a floor for the stock at current levels in
14 the event that the delisting does come to bear."
15      A. Correct.
16      Q. So what do you read that paragraph as
17 saying?
18      A. Exactly what it says.
19      Q. Do you read this as saying that to the
20 extent that there was an actual delisting, that there
21 would be a sell-off by institutional investors who
22 were restricted from holding delisted stock?
23      A. I don't think he says that right here. I
24 don't think he says that here. He might say it
25 elsewhere, but I don't think he says that here.

TSG Reporting - Worldwide    877-702-9580

Page 184

1      Q. But he suggests that there could be a
2 universe of Maxim's institutional holders who may be
3 prevented from owning a delisted stock?
4      A. Well, he says that, and like I say, he
5 talks about things elsewhere in the report. But I
6 think the point of this paragraph, it says, "Large
7 institutional investor holding - doesn't help," I am
8 taking that literally; he is saying it doesn't help.
9      Yes, you have a lot of institutional
10 firms, and yes, they are very sophisticated. And
11 under normal considerations we have improving
12 fundamentals, and so that should set a floor on the
13 price, the improving fundamentals. But that is not
14 going to help. That is not going to help.
15      Q. And it is not going to help because if
16 there is a delisting, a number of these holders may
17 have to exit the stock?
18      A. Yes, but I don't think he is focusing on
19 that here. I think that is his view and I think he
20 says that elsewhere, and I don't have any problem with
21 that, but you are asking me about this particular
22 paragraph.
23      I think that he is saying here that,
24 "Look, the fact that you have a lot of institutional
25 holdings who are sophisticated and maybe who are

TSG Reporting - Worldwide    877-702-9580

Page 185

1 long-term investors, that is not going to save us from
2 problems when this stock gets delisted; that is not
3 going to save us from problems. I think --
4 number one, a lot of them might have to get rid of the
5 stock, so they are not going to be stockholders
6 anymore. And number two, the fundamentals aren't that
7 positive, so I don't see any other reason for them to
8 hold it, so forget about the notion that the large
9 institutional base of this case sets a floor."
10      That is literally what he is saying; it is
11 not going to set a floor at current levels. "Forget
12 about the floor at current levels; we are going to go
13 south in the event of a delisting." He is not blaming
14 it on the institutional investors at this point; he is
15 saying in spite of the institutional investors, we're
16 going to go -- our stock is going to fall. In spite
17 of the institutional investors.
18      Q. And that fall and that decline is because
19 institutional investors would have to exit the stock
20 in a delisting?
21      MR. GALDSTON: Object to form.
22      A. No, that is not what he is saying here.
23      Q. Then how does he explain -- in what
24 context is he talking about a fall in the stock price
25 in this paragraph?

TSG Reporting - Worldwide    877-702-9580

Page 186

1    A. The delisting. The delisting is going to
2  cause the fall, and the option backdating causes the
3  delisting.
4    Q. The statement about institutional holders
5  who may be prevented from owning the delisted stock,
6  that is, in your view, essentially gratuitous?
7    A. No, no. Look, you asked me to try to
8  interpret to you what this man is saying with this
9  paragraph, and I don't want to argue about it, but I
10  am telling you exactly what I think he is saying on
11  this particular paragraph, okay?
12    "We note that roughly 87 percent of shares
13  are held by institutional mutual fund owners," who, by
14  the way, a lot of times are long-term holders.
15  Long-term holders are not necessarily that influenced
16  by the fact that they can't trade or that they are
17  trading on a different market; they are insulated from
18  that because they are long-term holders.
19    And he is saying, "In case you think that
20  is going to help, let me tell you why it won't help:
21  Number one, a lot of them aren't even going to be able
22  to own the stock. They are going to have to sell the
23  stock, so that will tend to push the price down, not
24  up," okay? They are going to get out, that pushes it
25  down, if anything; not up. So forget about the floor;

TSG Reporting - Worldwide   877-702-9580

Page 187

1  we are going to go below the floor. "And while the
2  improving fundamentals in the core business are
3  certainly positive," okay, "we might have a floor, we
4  doubt that trends in revenue and earnings will serve
5  as enough of a floor for the stock in the event that
6  delisting does come to bear."
7    So he is saying that "We are going to go
8  down when we delist, and the fact we have a lot of
9  institutional investors is not going to prevent that;
10  in fact, it may well exacerbate that." That is what
11  he is saying.
12    Q. Okay.
13    A. Best I can interpret, that is what he is
14  saying in that particular paragraph.
15    Q. And maybe we can cut through a lot of
16  this. Would you agree with me that delisting would
17  trigger a considerable sell-off of Maxim shares and
18  drive down the share price?
19    A. It would do both of those things.
20  Delisting, which is a result of the backdating, will
21  have a very negative effect on the stock price, okay?
22    One of the reasons is because
23  institutional shareholders -- a lot of institutional
24  shareholders can no longer own the stock. If they all
25  head for the door at one time, that will hurt the

TSG Reporting - Worldwide   877-702-9580

Page 188

1  liquidity of the stock. But the fact of the matter is
2  it will hurt the ultimate value of the company as
3  well. So the stock price is going to go down and stay
4  down. That is what my opinion is, and I think it is
5  perfectly consistent with what he is saying.
6    Q. And that is because you are not divorcing
7  delisting and sell-offs as a result of delisting from
8  the alleged fraud; you are viewing that to be a
9  consequence and all wrapped up in the same thing?
10    A. I am viewing the delisting as a direct
11  consequence of the fraud, and the delisting is going
12  to hurt the stock price.
13    What I am saying is that if the only
14  reason -- we tried this hypothetical in the morning.
15  If the only reason the stock price goes down is
16  because of liquidity, I told you that that would not
17  be enough for loss causation.
18    I have no problem with the notion that the
19  stock is going to go down because investors are going
20  to sell; in fact, I say exactly that in the last
21  sentence of paragraph 161 of my report: "In other
22  words, the delisting would trigger a considerable
23  sell-off of Maxim shares and drive down the price." I
24  agree with that. It is a problem. It is a
25  consequence of the fraud. I just would not -- I would

TSG Reporting - Worldwide   877-702-9580

Page 189

1  say that is because the value of the company is down.
2  It didn't go down because of the sell-off; it went
3  down because the value of the company is lower.
4    Q. How do you reconcile that, if you look
5  back at page 1 of the report, of the Bank of America
6  report, with the fact that Bank of America's 12-month
7  target is higher than the company's current trading
8  price?
9    A. How do I square what?
10    Q. You said about the loss of value. Bank of
11  America is taking all those things into consideration;
12  we have read a bunch of the language. They are
13  targeting a stock price that is higher than the
14  company's current stock price.
15    A. He thinks it is going to go up by $1.88
16  over a 12-month period.
17    Q. So there is no significance to the fact
18  that they viewed the stock as having appreciation?
19    A. No. It is somewhat inconsistent. The
20  fact it is 12 months away, then he can square it up.
21  He can argue that he is right, A, in his prediction
22  that the stock price is -- he can argue that the stock
23  will be delisted and drive down the price will go down,
24  while, because he's 12 months away, he is saying it
25  will recover. You know, he could argue that, I

TSG Reporting - Worldwide   877-702-9580

Page 190

1  suppose.
2       The fact of the matter is, is that the way
3  he comes up with the price target is a completely
4  separate analysis from what he is talking about in the
5  first bullet point. It is a quantitative analysis.
6  It is what it is; he gets what he gets.
7       Q. And he is also predicting a total return
8  of 8-1/2 percent.
9       A. Yes.
10      Q. So you are saying that those price targets
11 and rate of return that Bank of America is calculating
12 is inconsistent with Bank of America's own analysis on
13 a quantitative basis with respect to the value of
14 Maxim?
15      A. No, because he has 12 months to be right.
16      Q. Do you have any reason to believe that
17 Bank of America is predicting an immediate decline or
18 a breakdown of -- strike that.
19      Do you have any idea of what Bank of
20 America's interim targets are?
21      A. No.
22      Q. Do you have any reason to believe they are
23 anything below $33 a share?
24      A. Well, he thinks it is going to be delisted
25 and he thinks that is going to hurt the stock price.

TSG Reporting - Worldwide    877-702-9580

Page 191

1  And the current stock price is $31, so I would think
2  he would be telling his clients that we are going to
3  be delisted and it is going to hurt the stock in the
4  near term. That would be the language he would
5  probably use.
6       Q. Right, but he sees the stock going up in
7  the 12 months?
8       A. He is going to say, "Okay, in 12 months
9  all of this will be behind us, we'll have this all
10 cleaned up." He is trying to get people to buy the
11 stock, not sell it.
12      Q. That is just your interpretation; it
13 doesn't say that anywhere in the report?
14      A. No, that is my interpretation. I don't
15 see any inconsistency.
16      Q. It is possible that they don't view there
17 being any value impact through the delisting?
18      A. No. I think he clearly thinks there is
19 going to be a value impact as a result of the
20 delisting.
21      Q. And you also talk about -- we can just
22 look at this briefly. You also talk about in
23 paragraph 160 other news that was disseminated the
24 same day, and you cite a Bloomberg article?
25      A. Yes.

TSG Reporting - Worldwide    877-702-9580

Page 192

1       MR. AMSEL: And let's mark that one
2  quickly so that we have it. And we'll mark this
3  document as Exhibit 27, which a two-page document
4  which bears the numbers on the bottom 65518 to 19.
5       (The following exhibit was marked for
6  identification: Number 27.)
7       Q. And this appears to be -- Exhibit 27
8  appears to be the Bloomberg article that you reference
9  in paragraph 160 of your report; is that correct?
10      A. Yes.
11      Q. If you go down about five paragraphs,
12 there is a quote, and it's quoting the Bank of America
13 securities analyst Sumit Dhanda: "As we think the
14 tone of the most recent warning, the delinquency and
15 the unenviable track record of its auditors in turning
16 around similar restatements in a timely fashion raises
17 the odds of a delisting."
18      Do you see that language?
19      A. Yes.
20      Q. Isn't it fair to say that Bank of
21 America's view, Bank of America's securities view, was
22 that the potential for a delisting was exacerbated by
23 auditor track record, auditor delay -- track record of
24 auditor delay? Sorry.
25      A. I don't know if you can read that into it.

TSG Reporting - Worldwide    877-702-9580

Page 193

1  It says what it says. I can't go beyond that.
2       Q. And then the next paragraph says that --
3  Dhanda said, "87 percent of the company shares are
4  held by institutions and mutual fund owners, some of
5  whom may be prevented from owning a delisted stock."
6       A. Correct.
7       Q. And that is similar to the language you
8  looked at in the Bank of America report itself a few
9  minutes ago?
10      A. Correct.
11      Q. Turning to October 1, 2007, turn to
12 paragraph 164 of your report.
13      A. Okay.
14      Q. And there you note that "In a news report
15 on October 1, 2007, the market learned that Maxim
16 would be delisted."
17      A. Correct.
18      Q. Then in paragraph 169, a couple pages
19 later, you conclude that "The stock price decline net
20 of market and industry effect on October 1, 2007 was
21 attributable to the news that Maxim was delisted,
22 resulting in a sell-off of shares, and was directly
23 attributable to the fallout from Maxim's option
24 backdating problems and the length of time it was
25 taking the company to conclude its investigation,

TSG Reporting - Worldwide    877-702-9580

49 (Pages 190 to 193)

Page 194

1  restate its historical financial statements and file
2  its required reports with the SEC, which caused
3  investor losses."
4      A. Correct.
5      Q. And you would agree, consistent with the
6  prior testimony today, that all of those things that I
7  just read -- and you can look back at the language
8  again in 169 -- but those are all consequences of the
9  alleged fraud?
10     A. Correct.
11     Q. But you would agree also, I believe, that
12  all of those things, or the disclosure of all of those
13  things, corrected -- quote/unquote, "corrected" the
14  alleged fraud?
15     A. Yes, corrected -- had the effect of
16  correcting the impact -- negative impact of the
17  fraud -- had the effect of correcting the stock price
18  to be more accurate in light of the alleged fraud.
19     Q. But none of them gave the market any
20  color or insight into the actual accounting issues
21  surrounding the options backdating that comprised the
22  alleged fraud; is that fair?
23         MR. GALDSTON: Object to the form.
24     A. I don't think that is fair. I mean, all
25  of this, the backdating, all of it is the result of

TSG Reporting - Worldwide   877-702-9580

Page 195

1  the accounting problems and the accounting problems
2  are a result of the backdating. I mean, the reason
3  they are delisted is because they can't file their
4  financial statements, and they can't file the
5  financial statements because of the backdating.
6      Q. And your view is that that announcement
7  hurt the company's value?
8      A. Correct.
9      Q. Are you aware of a Goldman Sachs report
10  that was issued a few days later on October 4, 2007?
11     A. I believe I am, yes.
12         MR. AMSEL: Let's mark that as Exhibit 28.
13     (The following exhibit was marked for
14     identification: Number 28.)
15     Q. Please take a look at what has now been
16  marked as Exhibit 28 and let me know if it is a
17  document you have seen before.
18     A. I have seen it.
19     Q. This appears to be a Goldman Sachs report
20  dated October 4, 2007. The title is "Americas:
21  Technology: Semiconductors - analog."
22     A. Okay.
23     Q. You have, in fact, reviewed this document
24  before?
25     A. I thought it was a different document than

TSG Reporting - Worldwide   877-702-9580

Page 196

1  what I had in mind. So I thought you were going to
2  give me a different Goldman Sachs report, so let me
3  take back -- I am not sure -- I can't be positive. At
4  some point I have seen it, but it doesn't look
5  familiar to me at this point, so let me just be a
6  little careful.
7      Q. Sure. Feel free to give it a read for a
8  couple of minutes if you would like.
9         I will note this came from the production
10  of documents on your behalf.
11     A. Okay, I can answer questions on it.
12     Q. You will note that it states up front that
13  "Goldman Sachs is updating Maxim and" -- "upgrading
14  Maxim to buy" -- excuse me -- "and adding it to its
15  conviction buy list."
16     A. Correct.
17     Q. If you turn to -- I'm sorry, on the first
18  page, also on that same first paragraph, it states
19  that "There is no change to our, Goldman's, already
20  above consensus estimates or to its 12-month price
21  target of $33, suggesting 14 percent upside."
22     A. Right.
23     Q. And again, this is just a few days after
24  the October 1, 2007 disclosure of Maxim's delisting.
25     A. Yes.

TSG Reporting - Worldwide   877-702-9580

Page 197

1      Q. If you turn to page 3 of the Goldman Sachs
2  report, there is a heading that says, "The delisting
3  from NASDAQ created an attractive entry point."
4      A. Correct.
5      Q. And the language under there says,
6  "Maxim's removal from the S&P 500 last week and
7  delisting from NASDAQ this week stemming from its
8  stock option backdating investigation drove an
9  additional five percent sell-off following the stock's
10  year-long underperformance."
11     A. Correct.
12     Q. It continues, "From a liquidity
13  perspective, we believe that around 15 percent of the
14  company's shares were sold as a result of the stock's
15  removal from the S&P 500, NASDAQ 100 and Russell
16  1000/3000 indices."
17     A. Correct.
18     Q. "In addition, a number of funds with
19  restrictions against owning delisted stocks were
20  forced to sell as well."
21         And then that paragraph concludes, "Case
22  studies of previous delisting situations have shown
23  that delisted stocks tend to meaningfully outperform
24  in the 10-, 30- and 60-day periods following a
25  delisting, due to the reversion effect, as the stocks

TSG Reporting - Worldwide   877-702-9580

Page 198

1  revert to their trendline multiples once the forced
2  selling is done."
3      And that is consistent with the discussion
4  we had earlier and your testimony that there is a
5  liquidity issue with the sell-off, but that the stock
6  reverts --
7      A. No.
8      Q. -- once that liquidity situation is
9  resolved.
10     A. No, it is not consistent. First off, we
11 were talking about hours and days and he is talking
12 about 10-, 30- and 60-day periods.
13     Secondly, I was talking about published
14 academic studies, and he is talking about stuff
15 that -- who knows what he is talking about; case
16 studies, a previous delisting situation. What is
17 that? No cites, no nothing. I have no idea what he
18 is talking about.
19     Q. You can question his methodology and the
20 materials upon which Goldman Sachs relies upon, but
21 you would agree that analyst reports such as this
22 Goldman Sachs report are the underpinnings of your
23 analysis as far as the news that disseminated to the
24 market on each of these disclosure dates; isn't that
25 correct?

TSG Reporting - Worldwide   877-702-9580

Page 199

1      A. It is what it is. Analyst reports are an
2  important part of information to the public domain,
3  but what has that got to do with what I just said?
4  That doesn't make everything they say in it
5  academically credible or right or correct. This is
6  just -- I don't know what he is talking about here.
7  There is no evidence for the notion that it takes 10,
8  30, 60 days for liquidity effects to be reversed.
9  Liquidity effects by definition are hours, not days
10 and weeks and months.
11     Q. But it is Goldman Sachs' view that there
12 was no impact on the value of the company --
13     MR. GALDSTON: Objection.
14     Q. -- as a result of the delisting.
15     MR. GALDSTON: Object to the form of the
16 question.
17     A. Where do you get that?
18     Q. Well, it says, "Delisting from NASDAQ
19 created an attractive entry point," so they viewed
20 upside in the stock?
21     A. Correct.
22     Q. And so they -- they --
23     A. And given the stock price decline in
24 response to the delisting, he thinks this is a good
25 time to buy.

TSG Reporting - Worldwide   877-702-9580

Page 200

1      That is a reasonable opinion for a stock
2  analyst to have. He is not arguing that the company
3  stock price goes down due to delisting; he is just
4  saying that, "Hey, this would be a good time to buy it
5  because maybe it went down too far." It is a good
6  angle.
7      Q. And you had mentioned, and you questioned
8  the methodology to some extent that Goldman Sachs used
9  in this report, and you said that it is not consistent
10 with the academic literature?
11     A. I don't know what he is talking about.
12 What I was talking about is something different. What
13 he is talking about, A, is different from what I was
14 talking about; and, B, is highly likely to not be
15 valid, okay? For case studies show -- how can you
16 prove reversion effects using a case study? A case
17 study by definition is looking at a handful of cases,
18 okay? Well, just because it happened here, that
19 doesn't set up something we can call a reversion
20 effect. I mean, you need a large sample study to
21 prove something called a reversion effect. This
22 sounds like some, you know, analyst kind of talk that
23 doesn't have any academic validity. That is just my
24 off-the-top-of-my-head reaction. But it does not have
25 anything to do with what I was talking about earlier

TSG Reporting - Worldwide   877-702-9580

Page 201

1  today.
2      Q. Are you relying on any specific academic
3  literature with respect to delisting and the effects
4  of delisting on value?
5      A. No. No, I am not. I am aware of it, but
6  I am not relying on it. I am relying on what happened
7  to this company when it was delisted. That is what my
8  opinion was about.
9      Q. What literature are you aware of?
10     A. There is literature on the effects of
11 delisting on stock prices.
12     Q. Do you know specifically authors?
13     A. Go Google it. Google "effect of stock
14 delisting on stock prices."
15     Q. But you don't know -- as we sit here, you
16 don't know the authors or the individuals who have
17 conducted those studies?
18     A. Off the top of my head, no, but I have
19 read several studies on the effects of delisting. It
20 is a well studied -- it's a well-studied area.
21     Michael Barclay, for example, did a study
22 of delisting in connection with the odd 8s NASDAQ
23 scandal, and when he did that study, he also cited
24 several other studies. And that was -- that was years
25 ago. There has been literature on the effects of

TSG Reporting - Worldwide   877-702-9580

Page 202

1  delistings for a long time, and there is no 30/60-day
2  reversion effect.
3      Q.  And all of those studies, at least that
4  you can recall, putting aside the specifics that you
5  can't recall, all of those studies came to the
6  conclusion that that reversion effect was in a day or
7  less?
8      A.  I have never heard of the reversion
9  effect, but -- but -- and that is a completely
10 separate topic.  There are studies on the effects of
11 liquidity; that is a different topic, that is a
12 different set of studies.
13     I am talking about the effects of
14 delistings on the stock prices of companies.  That is
15 not the same as a study of the effects of liquidity.
16 The effects of delisting on stock prices are good old
17 efficient market event studies.
18     Q.  That people perform, for example, like
19 your circumstance here?
20     A.  Academia, trying to get tenure.  We're
21 back to that.  We've come full circle.
22     Q.  Let's talk for a little while about
23 January 17, 2008.  And looking at paragraph 178 of
24 your report, you conclude that in your opinion, "The
25 stock price decline net of market and industry effect

TSG Reporting - Worldwide   877-702-9580

Page 203

1  on January 17, 2008 was attributable to the new
2  information in the announcement and admission by Maxim
3  that it would restate or adjust prior years' reported
4  earnings by between $550 million and $650 million,
5  review yet an additional two years of stock option
6  grants, and delay the completion of the restatement
7  and filing of current reports with the SEC."
8      A.  Correct.
9      Q.  Correct?  And again, those are all
10 consequences of the alleged fraud?  We can parse them,
11 but...
12     A.  I mean, the way you were talking earlier,
13 you were identifying the restatements as the fraud
14 itself.  And we are talking here about the
15 announcement and admission and restatement of earnings
16 between 550 and 650, so my -- the way you were talking
17 about it and the way people in the case talk about
18 it -- and I think it is fair to say that is the fraud
19 itself being corrected, literally; not some direct
20 consequence, but the fraud itself.
21     And the other -- it is the delisting that
22 is a consequence of the fraud.  It is things other
23 than the restatement that are a consequence of the
24 fraud.  I thought that is the way we agreed to talk
25 about it this morning.

TSG Reporting - Worldwide   877-702-9580

Page 204

1      Q.  I am not testifying, but I will say that I
2  did agree with you earlier today that the accounting
3  were options, but I don't have the expertise you have
4  and, you know, and it is not my place to...
5      A.  Well, I would say the fraud itself is the
6  accounting, and so the fraud -- you know, the fraud
7  itself is the 550 to 650; that is reference to
8  literally correcting the fraud itself.
9      And, you know, the other stuff, the
10 delisting and, you know, when we are going to -- when
11 we can get relisted, all that other stuff is a
12 consequence.
13     Q.  And in reaching that conclusion, did
14 you -- I assume you reviewed analyst reports and other
15 news information that was available on or about that
16 date?
17     A.  Yes, I did.  In volume.
18     Q.  And isn't it true that despite the news
19 that came out that day, that analysts did not reduce
20 their earnings estimates for Maxim?
21     A.  I would have to review that to give you a
22 good answer on that.  I am not arguing with you, but I
23 would have to review that.
24     Q.  If it was, in fact, the case that the
25 analysts were not reducing their earnings estimates,

TSG Reporting - Worldwide   877-702-9580

Page 205

1  did that have any significance to your conclusions?
2      A.  No, not for this date.
3      Q.  Why don't we look at some analyst reports
4  from January 17, 2008.
5      MR. AMSEL:  What I am going to mark as
6  Exhibit 29 is a compendium of analyst reports from
7  January 17, 2008, which I believe to be all of the
8  analyst reports from that date, but I will not
9  absolutely represent that is, in fact, the case.  But
10 it is at least I believe nine analyst reports from
11 January 17, 2008.
12     THE WITNESS:  Okay.
13     (The following exhibit was marked for
14 identification:  Number 29.)
15     Q.  I don't know if you want to take a few
16 minutes to scan through these.
17     A.  In the interest of you catching your
18 flights, I will just handle your questions.
19     Q.  I would like you to take a minute to just
20 scan through them, and I will ask you this to preface
21 that review.  You can look.
22     Isn't it fair to say that the analysts --
23 these analyst reports from January 17, 2008, that the
24 analysts who wrote them were principally concerned
25 about the delay, the increased delay in completing the

TSG Reporting - Worldwide   877-702-9580

52  (Pages 202 to 205)

1  restatement, than any of the other information that
2  came out that day?
3       A. No, I don't think that makes sense. It is
4  what happens -- the delay is the delay until we learn
5  how bad this is. It is not the delay per se; it is
6  that while we have this delay, we don't know what is
7  going on. We have all this uncertainty and we have
8  all these costs, we have a delisting, we have a lot of
9  bad things that are happening until and unless this is
10  cleared up. So, you know, to the extent that the
11  delay -- the delay itself isn't a causal factor; that
12  is just the passage of time. It is the fact that we
13  are not going to get out of this dark hole we are in
14  for longer. We are going to be in this dark hole
15  longer. So I guess I don't understand your question.
16       Q. I am using your characterization, the
17  concern that they would be in what you have
18  characterized as a dark hole for a longer period of
19  time. That was, in fact, the principal concern of
20  analysts on January 17, 2008?
21       A. The uncertainty and the cost of the
22  company were going to continue for a lot longer than
23  they had thought they were going to continue prior to
24  this disclosure.
25       Q. That was more of a concern to the

1  analysts, even moreso than the estimates of magnitude
2  that came out that day?
3       A. Oh, no, I wouldn't say that. I wouldn't
4  say that. I don't know -- no.
5       Q. Well, if you look through these -- and I
6  am happy to point you to some language -- but there
7  are actually several analyst reports of January 17,
8  2008 that do not even mention the estimate of the
9  restatement of magnitude.
10       A. It is an estimate of the magnitude of the
11  problem. And one of the things you are waiting for
12  with the delay is the truth; what is the true
13  magnitude. This is just an estimate of the range. So
14  it doesn't surprise me. You are the one telling them
15  they shouldn't be relying on these numbers, and now
16  you are complaining that they are not. They also say
17  on January 17th, "do not rely on any of these
18  numbers."
19       So, no, I think it would be unfair -- I
20  don't get that from this reading of these analyst
21  reports that they don't care about the magnitude of
22  the restatement. That doesn't make any sense to me.
23       Q. You do agree that the delay and the
24  continuing uncertainty surrounding the delay was the
25  principal concern?

1       A. Yes, the uncertainty that we are going to
2  have to live with, and the time it is going to take,
3  and the cost it is going to take to put this thing to
4  bed, to find out how bad it is. That is what it is.
5       It is not delay per se; it is sort of like
6  the ships that go off, you know, to go get sugar and
7  spices and they are supposed to come back at a
8  particular time, and the time comes and they are not
9  back. Well, every day that passes, your probability
10  that something bad happened goes up.
11       So it is not the delay per se, it is not
12  that they didn't come back; it is something bad must
13  have happened. And every day they don't come back,
14  your assessment of what the bad stuff is goes up.
15       So it is not the time passage per se, that
16  is just time; it is what you are having to live with
17  while you're in the delay.
18       Q. And what you have just described, that was
19  the principal concern of analysts as you read these
20  reports on January 17, 2008?
21       A. No. I was just reacting to your notion
22  about the delay was a concern. Regardless of how you
23  state it, I don't think it is accurate to say the
24  magnitude of the statement was not a concern. It was
25  a great concern.

1       Q. What do you base that on?
2       A. The sheer magnitude of the restatement,
3  number one. It is hundreds of millions of dollars.
4  That is a typical -- that is as much as the company
5  typically earns in an entire year. So the sheer
6  magnitude of the restatement was -- is Exhibit A for
7  materiality, I think.
8       Secondly, it is not true that the analysts
9  didn't talk about the magnitude. That is your -- that
10  is your summary of -- you hand me this pile of things,
11  but I am sure if we went through and looked at it, we
12  could certainly show that is not true.
13       So I don't agree with that summary.
14  Clearly analysts are concerned about the magnitude.
15  In fact, most of them probably mention that first.
16       Q. Let's look at that. If you look at the
17  first analyst report, Bank of America January 17,
18  2008, and the title is "Pink-er for Longer: Another
19  Delay in Filings." You can scan through this, but I
20  don't believe this report even mentions the magnitude,
21  and certainly doesn't talk about it first. Is that
22  correct?
23       A. I take your word for it. I don't see it
24  on the first page.
25       Q. It doesn't talk about it first, at the

## Page 210

1  very least; you would agree with that?
2      A. Yes.
3      Q. Whether it talks about it somewhere else,
4  the document says what it says.
5      If you look at the next report, which is
6  Citi, also January 17, 2008, the title is "Restatement
7  Target Slips to June from March," and the first thing
8  they talk about is the announcement that the expected
9  completion timing for its options-related financial
10  restatement had moved out to June 2008 from 1Q08 as
11  targeted since mid 2007. So the first thing that Citi
12  talks about is the push-out in the timing.
13      A. Okay.
14      Q. All right? Okay.
15      Cowen is the next one, Cowen and Company,
16  also January 17, 2008, titled "Quick Take:  Pushes Out
17  Target Restatement Date."
18      First sentence, "This morning Maxim
19  announced that its estimated completion date of the
20  restatement would be delayed from management's
21  previous expectations of calendar 1Q08 (March)."
22      A. Right.
23      Q. "The company now estimates that the
24  restatement will be completed in June 2008."
25      So again, this is another one that also
TSG Reporting - Worldwide    877-702-9580

## Page 211

1  talks about the timing issue first.
2      A. Okay.
3      Q. And if you go down actually a couple of
4  paragraphs or three paragraphs later, Cowen says it is
5  "obviously disappointed with the setback, but not only
6  does it further delay a potential share repurchase
7  program, but it also significantly damages
8  management's credibility with the investment community
9  as it represents the second such push-out of its
10  targeted restatement date."
11      So Cowen is -- is it fair to say Cowen is
12  principally concerned with the uncertainty around the
13  timing?
14      A. I think what you are observing is that
15  what they are talking about first is the uncertainty.
16  Okay. The problem -- the thing that they are most
17  uncertain about when they get this announcement is how
18  long is this going to take. The company is now giving
19  them for the first time some guidance on how bad it is
20  going to be. Now they have some knowledge on how bad
21  it is going to be, but what they really freaked
22  out about mostly is the uncertainty about how long it
23  is going to take, is your concern. That is what you
24  are seeing here; that is what they are going to talk
25  to their people about. We have some answers now on
TSG Reporting - Worldwide    877-702-9580

## Page 212

1  the magnitude. That doesn't mean that the magnitude
2  is not a problem. That doesn't mean they are happy to
3  learn that the company is going to have to write off
4  $500 million, okay? It just means, "Okay, you told us
5  something about the magnitude; that is not good, but
6  at least you told us something. But we are still
7  completely in the dark about how long this is going to
8  take."
9      Q. That is what they are expressing here, the
10  concern they are expressing?
11      A. That is what so far as they are expressing.
12      Q. And we can go through the rest.
13      I mean, if you look at the next one, which
14  is Georgia Bank, first thing is, "Restatement Pushed
15  Out. Maxim announced that the completion of its ESO
16  investigation related financial statement would be
17  pushed out from C1Q08 to June 2008."
18      A. Yes, but they are all talking -- I mean,
19  every one of them, the very next sentence is the
20  restatement magnitudes. I mean, I don't know what
21  type of argument you are trying to create here, but it
22  makes no sense to me to try to argue that the
23  newsworthiness of the fact that there is going to be
24  hundreds of millions of dollars here is disproved by
25  these analyst reports. That doesn't make any sense to
TSG Reporting - Worldwide    877-702-9580

## Page 213

1  me.
2      Q. All I'm saying, you had made a statement a
3  few minutes ago that you believed the first thing some
4  of these analysts may have talked about was the
5  magnitude, or the estimated magnitude. And what we
6  are going through here is the fact that the first
7  thing that every single one of the analysts talked
8  about was the change in the timing.
9      MR. GALDSTON: There is no question
10  pending.
11      Q. We can keep going through them, but again,
12  they say what they say.
13      Let's talk about the magnitude for a
14  minute.
15      A. Okay.
16      Q. And you have already said that, you know,
17  it is what it is. And in the disclosure, that it
18  was -- the estimate was 350 to $550 million.
19      A. Net of tax?
20      Q. Is that what it is?
21      A. I think it's net of tax. There is two
22  ranges; one is gross of tax and one is net of tax.
23      Q. Okay. But regardless of the range, you
24  would agree that on September 30, 2008, Maxim filed
25  its restatement?
TSG Reporting - Worldwide    877-702-9580

54 (Pages 210 to 213)

Page 214

1    A. Yes.
2    Q. And recorded expense or charged the
3  pre-tax earnings that exceeded the estimate by
4  hundreds of millions of dollars?
5    A. Yes.
6    Q. Okay. Now, did you test the statistical
7  significance of the stock price reaction on
8  September 30, 2008?
9    A. Yes. I do believe I did.
10   Q. What did you find?
11   A. I don't remember.
12   Q. Is there something you can look at to
13 refresh your recollection?
14   A. Ah-ah.
15   Q. You tested it separate and apart from your
16 submission?
17   A. Yes, I looked at it. At some point I
18 looked at that to see what the stock price effect was.
19   Q. But that is not reflected anywhere in your
20 report?
21   A. No.
22   Q. Would it surprise you if the outcome of
23 that analysis was that the stock price decline on
24 September 30, 2008, while negative, was not
25 statistically significant?

TSG Reporting - Worldwide    877-702-9580

Page 215

1    A. No, that doesn't -- that wouldn't surprise
2  me.
3    Q. Why?
4    A. Because by then the market had pretty much
5  braced itself for the worst.
6    Q. And why is that, because it had released
7  an estimate nine months earlier?
8    A. Because of this particular disclosure here
9  and because of the fact that the market has all these
10 other instances in -- has all these other instances
11 from all these other backdating companies and has
12 other sources of information, and it is quite common
13 to see that by the time a restatement is made, that
14 the market is fully adjusted to the negative
15 information.
16     In fact, very oftentimes you will see when
17 the actual restatement itself is made that the stock
18 price responds positively. On average, it responds
19 zero. When a restatement is actually made, on
20 average, there is not much of a reaction. So it
21 doesn't surprise me to see a statistically
22 insignificant reaction to it, and that is not
23 surprising. It is actually quite common.
24   Q. So the market cared about the magnitude on
25 January 17, 2008 but did not care about the magnitude

TSG Reporting - Worldwide    877-702-9580

Page 216

1  when it was actually released in final numbers that
2  was hundreds of millions of dollars more?
3     MR. GALDSTON: Object to the form of the
4  question; misstates the prior testimony.
5    A. I'm sorry, were you trying to -- is that
6  what I said?
7    Q. I am asking you.
8    A. No. That is not what I just said and not
9  what I just explained. I explained to you that the
10 bad news to the market had already been discounted
11 into the stock price. If it's already discounted into
12 the stock price, then you don't expect there to be a
13 stock price reaction. It is not that there was no bad
14 news; it is that the market has anticipated the bad
15 news.
16   Q. And on what are you basing that
17 conclusion?
18   A. The fact that it didn't move on that date
19 and the fact that that is quite common that it doesn't
20 move on that date. By the time the accountants get
21 around to putting the final numbers on a piece of
22 paper and tell the market, the market has already
23 figured it all out.
24   Q. There are other possible explanations,
25 aren't there?

TSG Reporting - Worldwide    877-702-9580

Page 217

1    A. I don't have another one in my mind. I
2  suppose there could well be. I don't know.
3    Q. For example, to the extent that the market
4  was concerned in January of 2008 about uncertainty and
5  delay and push-outs of timing, isn't it possible that
6  the market also viewed the release of the restatement
7  as resolving those concerns, so the market did not act
8  negatively?
9    A. Why wouldn't it react positively? Not
10 only did the market know the full extent of the
11 problem, but by the time the market was told in
12 September '08, it knew the timing as well. The market
13 was fully informed about all of the bad stuff by the
14 time the company came forward with that final
15 disclosure. That is very -- that is very common.
16   Q. You are just using experience in other
17 situations to reach that conclusion. Did you do a
18 specific analysis in support of that conclusion?
19   A. I told you I checked the stock price
20 response in this particular case, but I am also aware
21 of studies of restatements. There are a lot of
22 academic studies of restatements. That is a very
23 common finding.
24   Q. But you checked the stock price reactions
25 in this case when; in January of 2008 and in September

TSG Reporting - Worldwide    877-702-9580

Page 218

1  of 2008?
2      A. Yes, I checked several stock price
3  returns. And you asked me did I check it in
4  September 2008, and I said yes.
5      Q. And you found potentially — you say you
6  found it was not statistically significant. You are
7  making the conclusion based on the fact that the
8  market must have assimilated all the information into
9  the stock price already; that is your conclusion?
10     A. Yes.
11     Q. That is not based on analysis; that is
12  just based on your experience and your expertise and
13  knowledge of other situations?
14     A. And knowledge of the academic studies that
15  show this is perfectly common.
16     Q. But there is nothing specific here that
17  establishes that point, is there?
18     A. Well, I don't know. I haven't
19  investigated it that carefully. I haven't gone and
20  looked at the analyst reports surrounding it, I
21  haven't looked at the news stories surrounding it. It
22  is outside of the class period and I haven't done that
23  analysis. I was curious, though, about the stock
24  price response on that day.
25         MR. AMSEL: Why don't we take five

Page 219

1  minutes.
2         (The proceeding recessed at 3:23 p.m.)
3         (The proceeding reconvened at 3:23 p.m.;
4  appearances as before noted.)
5         MR. AMSEL: With that, I believe I am out
6  of questions. I am going to defer to my colleagues,
7  who might have a few more for you, and I am going to
8  reserve my right to the extent I feel I need to ask
9  another one or two, but I appreciate the time today.
10  GREGG A. JARRELL, Ph.D., resumes;
11     EXAMINATION BY MR. SELVERS:
12     Q. Good afternoon, Dr. Jarrell. I am Jerry
13  Selvers, and I represent the Estate of Gifford. I
14  just have a few questions.
15         Can you give us the name of the cases in
16  which you prepared a report in opposition to class
17  certification?
18     A. Not off the top of my head, no.
19     Q. Could you look at your CV?
20     A. I can try. The problem is that I don't
21  know -- I can say that Countrywide Financial, which is
22  the second case listed on page 10 of 12 in my
23  Exhibit 1, my résumé. So Countrywide Financial
24  Securities, I know I did a report for that, but I
25  don't know if that was for class certification or not.

Page 220

1  It could well have been. I just don't know the legal
2  issues.
3         International Rectifier Corporation, I
4  know that was class action. I know that we were
5  talking about materiality and loss causation.
6      Q. I was actually asking in opposition to
7  class certification.
8      A. In opposition to class certification, no,
9  I certainly couldn't do that off the top of my head.
10         MR. SELVERS: Counsel, could I ask you to
11  at a later date to provide us with the names of the
12  cases that Professor Jarrell indicated he prepared
13  reports in opposition to class certification?
14     A. I do think I can remember one.
15     Q. I will take the one.
16         MR. SELVERS: And Counsel, can we ask you
17  to provide that for us.
18         MR. GALDSTON: I don't see any reason why
19  not, but I will consider it and get back to you.
20     A. I think Scientific Atlanta was in
21  opposition to class certification, just to be
22  responsive to your question. It is the fourth one
23  down. Again, I don't -- I am not sure. I am sure
24  that it was for the defense and it's class action
25  securities, and I think that it was an issue about

Page 221

1  class certification.
2         And there might be others. But I just
3  can't know sitting here.
4      Q. Have you ever spoken to any of the named
5  lead plaintiffs in this case?
6      A. No.
7      Q. Do you know who they are?
8      A. No.
9      Q. Have you ever spoken to any of the
10  investment advisors or the money managers for any of
11  the lead plaintiffs?
12     A. No.
13     Q. Do you have any understanding as to
14  whether the money managers or the investment advisors
15  for any of the lead plaintiffs relied on the financial
16  statements of Maxim after January 30, 2007?
17     A. No.
18     Q. I know my colleague asked you a number of
19  questions about the January 31, 2007 report, where the
20  company said that investors should no longer rely on
21  the financial statements. Do you remember that
22  testimony?
23     A. Yes.
24     Q. You teach finance as well as economics?
25     A. Yes.

Page 222

1    Q. Would you teach your students that it was
2 appropriate to rely on financial statements for any
3 purpose after the company -- a company publicly
4 announced that their financial statements should not
5 be relied on?
6    A. It depends on the purpose and what one
7 means by "rely."
8    A case in point, your colleague sat there
9 five minutes ago and was asking me questions where the
10 evidence that he was relying on was the fact that in
11 his statement, analysts did not change their earnings
12 forecast in response to the January 2008 disclosure.
13    The January 2008 disclosure repeated the
14 "do not rely" statement, and yet he was using the fact
15 that they didn't change their earning statements to
16 attempt to impeach me in a cross-examination. So he
17 is obviously comfortable relying on those earnings
18 projections which are based on financial statements
19 that his own client said don't rely on, so people --
20 depends on what you mean by "rely" and what the
21 circumstances are.
22    Q. When you teach your course in finance, how
23 do you define reliance on financial statements?
24    A. I don't.
25    Q. You don't tell your students what that

TSG Reporting - Worldwide   877-702-9580

Page 223

1 means?
2    A. No.
3    Q. Does it have a particular meaning to you?
4    A. No. Divorced from context, no.
5    Q. In the world of finance, analysts rely on
6 financial statements to prepare earnings estimates;
7 correct?
8    A. Among other things, yes.
9    Q. And they rely on financial statements to
10 create models for future projections, correct?
11    A. Correct.
12    Q. Under what circumstances would you teach
13 your students that it is appropriate -- it is careful
14 and it is appropriate to rely on financial statements
15 where a company has put out a public announcement and
16 advised that the financial statements are not to be
17 relied on?
18    Do you understand the question?
19    A. I do.
20    Q. What are those circumstances?
21    A. I don't talk about that.
22    Q. So tell me what circumstances you would
23 find appropriate for an analyst to use financial
24 statements where the company has told them not to rely
25 on them.

TSG Reporting - Worldwide   877-702-9580

Page 224

1    A. I think what the analysts did in coming up
2 with earnings projections in their analyst reports
3 where they are using these earnings -- these financial
4 records that have been -- where the company has said
5 "don't rely on them," I think that is reasonable. I
6 think that is appropriate. I don't think they are
7 doing their jobs incorrectly; I don't have any quarrel
8 with that. People use financial records that are not
9 GAAP, people use financial records that are not filed
10 with the SEC, people use projections by management
11 that are not subject to GAAP. It depends on the
12 circumstances.
13    I can't sit here and give you a laundry
14 list of, "Okay, here are the circumstances where you
15 can rely and here are the circumstances where you
16 can't rely," nor can you.
17    Q. Would it surprise you if I told you that
18 the Chief Investment Officer for lead plaintiff
19 Mississippi indicated that it was unreasonable for
20 their money manager to rely on the financial
21 statements after January 30, 2007?
22    MR. GALDSTON: Object to the form of the
23 question; misstates the prior testimony.
24    A. I don't know one way or the other.
25    Q. So I just want to be clear.

TSG Reporting - Worldwide   877-702-9580

Page 225

1    A. Sure.
2    Q. You believe that it is appropriate, that
3 it was appropriate for financial analysts, after
4 January 30, 2007, to prepare earnings estimates and
5 projections based on financial statements that Maxim
6 had previously told the public not to rely on?
7    MR. GALDSTON: Objection; asked and
8 answered more than a dozen times now.
9    A. I don't have any quarrel with what they
10 did. I don't think what they did was inappropriate or
11 unreasonable. I think they were doing their jobs as
12 best they could under difficult circumstances, and I
13 don't have any problem with it.
14    Q. When you reviewed the analysts -- you did
15 review analyst reports?
16    A. Yes, and they were -- a lot of them took
17 pains to say, "Look," you know, "I am uncertain about
18 this, and the longer we go without updated financials,
19 the more uncertain I am. But given that uncertainty,
20 given the difficulties, here is my earnings
21 projection."
22    Q. Are you aware of a legal doctrine called
23 "bespeaks caution"?
24    A. Yes. In the course of my career with the
25 SEC and so forth, I have heard "bespeaks caution."

TSG Reporting - Worldwide   877-702-9580