

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge James Ware

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re MAXIM INTEGRATED PRODUCTS, INC. SECURITIES LITIGATION | CASE NO. C-08-00832-JW<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

WHEREAS, by Order dated October 1, 2009, the Court scheduled a hearing on Lead Plaintiffs' motion for class certification for April 26, 2010 at 9:00 a.m.;

WHEREAS, on December 11, 2009, Lead Plaintiffs filed their motion for class certification;

WHEREAS, pursuant to stipulation among the parties and by Order dated March 5, 2010, the Court extended the briefing and hearing dates on Lead Plaintiffs' motion for class certification pursuant to which Maxim's opposition to Lead Plaintiffs' motion for class certification would be filed on March 26, 2010, Lead Plaintiffs' reply in further support of the motion would be filed on April 23, 2010 and the hearing on the motion would be on May 24, 2010;

WHEREAS, the parties have agreed to extend the date for Lead Plaintiffs' reply in further support of their motion for class certification to June 18, 2010;

WHEREAS, the parties have agreed, subject to the Court's approval, to continue the May 24, 2010 hearing on Lead Plaintiffs' motion for class certification to July 12, 2010; and

WHEREAS, there has been one prior request to continue the hearing on Lead Plaintiffs' motion for class certification;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Lead Plaintiffs' reply in further support of their motion for class certification shall be filed on June 18, 2010 and the hearing on Lead Plaintiffs' motion for class certification presently scheduled for May 24, 2010 shall be continued to July 12, 2010.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  April 22, 2010 | Respectfully submitted, |
| | BERNSTEIN LITOWITZ BERGER<br>   & GROSSMANN LLP |
| | |
| |     */s/ Blair A. Nicholas*<br>      BLAIR A. NICHOLAS |
| | BLAIR A. NICHOLAS<br>TIMOTHY A. DELANGE<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:   (858) 793-0070<br>Fax:   (858) 793-0323 |
| | CHITWOOD HARLEY HARNES LLP<br>MARTIN D. CHITWOOD (*Pro Hac Vice*)<br>JAMES M. WILSON, JR. (*Pro Hac Vice*)<br>2300 Promenade II<br>1230 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Tel:   (404) 873-3900<br>Fax:   (404) 876-4476<br>mchitwood@chitwoodlaw.com<br>jwilson@chitwoodlaw.com<br>      -and-<br>GREGORY E. KELLER (*Pro Hac Vice*)<br>11 Grace Avenue, Suite 306<br>Great Neck, New York 11021<br>Tel:   (516) 773-6090<br>Fax:   (404) 876-4476<br>gkeller@chitwoodlaw.com |
| | *Counsel for Lead Plaintiffs and the Proposed Class Representatives* |

STIPULATION AND [PROPOSED] ORDER
RE: CLASS CERTIFICATION HEARING
CASE NO. C-08-00832-JW

| | |
|---|---|
| Dated: April 22, 2010 | WEIL, GOTSHAL & MANGES LLP |
| | |
| | */s/ John A. Neuwirth* |
| | JOHN A. NEUWIRTH (*Pro Hac Vice*) |
| | 767 Fifth Avenue |
| | New York, NY 10153 |
| | Tel:  (212) 310-8000 |
| | Fax:  (212) 310-8007 |
| | |
| | -and- |
| | |
| | GREGORY D. HULL |
| | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| | Tel:  (650) 802-3274 |
| | Fax:  (650) 802-3100 |
| | |
| | *Attorneys for Defendant Maxim Integrated Products, Inc.* |
| | |
| Dated: April 22, 2010 | LATHAM & WATKINS, LLP |
| | |
| | */s/ David M. Friedman* |
| | DAVID M. FRIEDMAN |
| | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111-2562 |
| | Tel:  (415) 391-0600 |
| | Fax:  (415) 395-8095 |
| | |
| | *Attorneys for Defendant Carl W. Jasper* |
| | |
| Dated: April 22, 2010 | SONNENBLICK, PARKER & SELVERS, P.C. |
| | |
| | */s/ Jerome M. Selvers* |
| | JEROME M. SELVERS |
| | Freehold Executive Center |
| | 4400 Route 9 South |
| | Freehold, NJ 07728 |
| | Tel:  (732) 431-1234 |
| | Fax:  (732) 431-3994 |
| | |
| | *Attorneys for Defendant The Estate of John F. Gifford* |

STIPULATION AND [PROPOSED] ORDER
RE: CLASS CERTIFICATION HEARING
CASE NO. C-08-00832-JW

Dated: April 22, 2010

O'MELVENY & MYERS LLP

_/s/ Meredith M. Landy_
MEREDITH M. LANDY
2765 Sand Hill Road
Menlo Park, CA 94025
Tel:   (650) 473-2600
Fax:   (650) 473-2601

*Attorneys for Defendant Timothy Ruehle*

Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from John A. Neuwirth, David M. Friedman, Jerome M. Selvers, and Meredith M. Landy.

**\*\*\* ORDER \*\*\*\***

The Court finds good cause to grant the parties' a continuance of the hearing on the Motions. This is the final continuance.

Dated:  April 26, 2010

*[signature]*
JAMES WARE
United States District Judge

STIPULATION AND [PROPOSED] ORDER
RE: CLASS CERTIFICATION HEARING
CASE NO. C-08-00832-JW