

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re MAXIM INTEGRATED PRODUCTS, INC. SECURITIES LITIGATION | CASE NO. C-08-00832-JW  <br><br>**CLASS ACTION**  <br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SHORTENING TIME REGARDING UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

    Presently before the Court is the parties' Stipulation to Shorten Time for hearing on the parties' Motion for Preliminary Approval of Settlement. (Docket Item No. 267.) For good cause shown, the Court GRANTS the parties' Stipulation as modified:

    (1) On or before J**une 18, 2010**, Plaintiffs shall file the Unopposed Motion for Preliminary Approval of Settlement. The Motion shall include a Proposed Order with all relevant dates filled out using **September 27, 2010 at 9 a.m.** as a hearing date for the Final Approval of Class Settlement.

    (2) On **July 12, 2010 at 9 a.m.**, the parties shall appear for the Preliminary Approval hearing. The parties' request to appear by telephone is DENIED. The parties may send local counsel.

    (3) The pending Motion & Joinder for Class Certification are DENIED as moot. (Docket Item Nos. 244, 252.)

Dated: June 17, 2010

JAMES WARE
United States District Judge