1
2
3
4
5
6
7
8
9
10
11



IT IS SO ORDERED

Judge James Ware

12

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

13

-------------------------------------------------------- x
                                 :

14

In re MAXIM INTEGRATED PRODUCTS,     :
INC. SECURITIES LITIGATION             :     Case No.  C-08-00832-JW

15
16

                                  :

17

-------------------------------------------------------- x

18

### ORDER REGARDING WITHDRAWAL OF EXCLUSIONS

19

      WHEREAS, Defendant Maxim Integrated Products, Inc. has made an application

20

for an order confirming that any person or entity that has timely and properly requested to be

21

excluded from the Class and the Settlement and that would be a Class Member but for the

22

request for exclusion, may, no later than November 24, 2010, withdraw the exclusion and

23

participate in the Settlement as a Class Member; and

24

      WHEREAS, Lead Plaintiffs the Cobb County Government Employees' Pension

25

Plan, the DeKalb County Pension Plan and the Mississippi Public Employees Retirement System

26

support the entry of such an order;

27
28

[PROPOSED] ORDER REGARDING                          Case No.  C-08-00832-JW
WITHDRAWAL OF EXCLUSIONS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

It is, therefore, ORDERED that:

1.      The definitions in the Stipulation of Settlement between Lead Plaintiffs and Maxim, filed with the Court on June 18, 2009 [Dkt. No. 271], are incorporated herein.

2.      Any person or entity that has timely and properly requested to be excluded from the Class and the Settlement and that would be a Class Member but for the request for exclusion, may, no later than November 24, 2010 (the final day for timely submission of claims by Class Members for payment from the Net Settlement Fund), withdraw the exclusion and participate in the Settlement as a Class Member.

DATED:  September 29, 2010

_____

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE