*IT IS SO ORDERED*

*James Ware*
Judge James Ware

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re MAXIM INTEGRATED PRODUCTS, INC., SECURITIES LITIGATION | CASE NO. C-08-00832-JW<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER APPROVING PLAN OF ALLOCATION<br><br><br>Courtroom:  8, Fourth Floor<br>Judge:       Honorable James Ware |

ORDER APPROVING PLAN OF ALLOCATION
CASE NO. C-08-00832-JW

1  Lead Plaintiffs' Motion for Final Approval of Class Action Settlement ("Motion") duly came
2 before the Court for hearing on September 27, 2010.  The Court has considered the Motion and all
3 supporting and other related materials, including the matters presented at the September 27, 2010
4 hearing.  Due and adequate notice having been given to the Class as required by the Court's Order
5 Preliminarily Approving Settlement, Providing for Notice and Scheduling Settlement Hearing (ECF
6 No. 276), and the Court having considered all papers filed and proceedings had herein and otherwise
7 being fully informed in the proceedings and good cause appearing therefor;

8  NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

9  1.  This Order incorporates by reference the definitions in the Stipulation, and all
10 capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulation.

11  2.  This Court has jurisdiction over the subject matter of the Action and over all parties to
12 the Action, including all members of the Class.

13  3.  Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil
14 Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all
15 persons and entities who are Class Members, advising them of the Plan of Allocation and of their right
16 to object thereto, and a full and fair opportunity was accorded to all such persons and entities to be
17 heard with respect to the Plan of Allocation.

18  4.  The Court hereby finds and concludes that the formula for the calculation of the claims
19 of Authorized Claimants which is set forth in the Notice of Pendency of Class Action and Proposed
20 Settlement, Final Approval Hearing, and Motion for Attorneys' Fees and Reimbursement of Litigation
21 Expenses (the "Notice") mailed to Class Members provides a fair and equitable basis upon which to
22 allocate the proceeds of the Settlement Fund among the Class Members.

23  5.  The court hereby finds and concludes that the Plan of Allocation set forth in the Notice
24 is, in all respects, fair and equitable to the Class.  Accordingly, the Court hereby approves the Plan of
25 Allocation submitted by Lead Plaintiffs.

26  \\
27  \\
28

ORDER APPROVING PLAN OF ALLOCATION                                                                -1-
CASE NO. C-08-00832-JW

1	6.	The finality of the Judgment entered with respect to the Settlement shall not be affected
2 in any manner by this Order, or any appeal from this Order approving the Plan of Allocation.
3	IT IS SO ORDERED.

Dated:  September 29, 2010

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE