United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Maxim Integrated Products, Inc., Securities Litigation | NO. C 08-00832 JW<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING; CONTINUING FAIRNESS HEARING ON ATTORNEY FEE APPLICATION** |

    Presently before the Court is Lead Plaintiffs' Notice of Motion and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses. (hereafter, "Application," Docket Item No. 278.)

    Upon review, the Court finds the Application insufficient in light of <u>Mercury</u>.[1] The Court reads <u>Mercury</u> to require that a fee application must include details with respect to the specific work done by counsel, namely, what work was done, how much time the work consumed and whether the work contributed to the benefit of the class. <u>Id.</u>

    Here, other than providing a list of counsel and their hourly rates, Plaintiffs' Application fails to provide any details as to the nature of each counsel's work or any other information which would satisfy the minimal requirements of an attorney fee application under <u>Mercury</u>. Accordingly, on or before **October 22, 2010,** Plaintiffs shall file a Supplemental Brief with supporting declarations detailing the specific work undertaken for the hours reported and how that work served to benefit the class. Objectors may file a Response to the Supplemental Brief, if any, on or before **October 26, 2010**.

---

[1] <u>In re Mercury Interactive Secs. Litig.</u>, 2010 WL 3239460 at *6 (9th Cir. Aug. 18, 2010).

In light of this Order, the Court continues the Fairness Hearing on Plaintiffs' Application for Attorney Fees from October 18, 2010 to **November 1, 2010 at 9 a.m.**

Dated:  October 14, 2010

                                                            JAMES WARE
                                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barbara A Podell bpodell@bm.net
Benjamin  Galdston beng@blbglaw.com
Blair Allen Nicholas blairn@blbglaw.com
Blake M. Harper anita@hulettharper.com
Chet Barry Waldman CWaldman@wolfpopper.com
Christopher William Johnstone chris.johnstone@lw.com
Daniel H. Bookin dbookin@omm.com
Darren T. Kaplan dkaplan@chitwoodlaw.com
David Michael Friedman david.friedman@lw.com
Douglas Matthew Risen drisen@bm.net
Edward T Kole ekole@wilentz.com
Elizabeth Pei Lin elin@milberg.com
Gregory D. Hull greg.hull@weil.com
Gregory E. Keller gkeller@chitwoodlaw.com
Heather Lynn Thompson heather.thompson@lw.com
Ira Neil Richards irichards@trrlaw.com
Irwin Bennet Schwartz ischwartz@business-litigation-associates.com
James M. Wilson JWilson@chitwoodlaw.com
Jeff S. Westerman jwesterman@milberg.com
Jerome M. Selvers jselvers@spspc.com
John A. Neuwirth john.neuwirth@weil.com
John Vincent Komar jkomar@business-litigation-associates.com
Jon  Michaelson jon.michaelson@klgates.com
Jordan L. Lurie jlurie@weisslurie.com
Joseph S. Allerhand joseph.allerhand@weil.com
Kenneth Israel Trujillo ktrujillo@trrlaw.com
Kevin Peter Roddy kroddy@wilentz.com
Laurence M. Rosen lrosen@rosenlegal.com
Leigh Anne Parker lparker@weisslurie.com
Lesley Ann Hale lhale@bermandevalerio.com
Lionel Z. Glancy info@glancylaw.com
Martin D. Chitwood MChitwood@chitwoodlaw.com
Matthew Patrick Jubenville matthewj@blbglaw.com
Meredith N. Landy mlandy@omm.com
Michael M. Goldberg info@glancylaw.com
Nicole Catherine Lavallee nlavallee@bermandevalerio.com
Niki L. Mendoza nikim@blbglaw.com
Patricia I. Avery pavery@wolfpopper.com
Patrick C. Doolittle patrickdoolittle@quinnemanuel.com
Paul R. Kiesel Kiesel@kbla.com
Peter Arthur Binkow info@glancylaw.com
Peter Todd Snow psnow@omm.com
Phillip C Kim pkim@rosenlegal.com
Risha Nickelle Jamison risha.jamison@lw.com
Robert E. Sims bob.sims@lw.com
Robert T Selvers rselvers@wilentz.com
Sharon M. Bunzel sbunzel@omm.com
Sherrie R. Savett ssavett@bm.net
Steven Mark Bauer steve.bauer@lw.com
Takeo Austin Kellar takeok@blbglaw.com
Thad Alan Davis Thad.Davis@ropesgray.com

Timothy Alan DeLange timothyd@blbglaw.com
Timothy J. Burke service@ssbla.com

**Dated: October 14, 2010**                              **Richard W. Wieking, Clerk**

                                                        **By:**   **/s/ JW Chambers**
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**