Irwin B. Schwartz (SBN 141140)
John V. Komar (SBN 169662)
Business Litigation Associates, P.C.
2033 Gateway Place, Suite 500
San Jose, California 95110
Telephone: 408-947-9099
Facsimile:  408-947-9001

Attorneys for Objector National Automatic Sprinkler Industry Pension Fund

**IT IS SO ORDERED**
*Judge James Ware*
12/29/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MAXIM INTEGRATED PRODUCTS, INC., SECURITIES LITIGATION | No.: C-08-00832-JW<br>And Related Cases<br><br>CLASS ACTION<br><br>**NATIONAL AUTOMATIC SPRINKLER INDUSTRY PENSION FUND'S NOTICE OF WITHDRAWAL OF MOTION** |
| This Document Relates to:<br><br>All Actions | Date: February 14, 2011<br>Time: 9:00 a.m.<br>Courtroom: 8, Fourth Floor<br>Judge: Hon. James Ware |

**NOTICE OF WITHDRAWAL OF MOTION**                         1                                                          C-08-00832-JW

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Objector National Automatic Sprinkler Industry Pension Fund ("NASI") hereby withdraws its Motion for Award of Attorneys' Fees and Expenses Pursuant to Fed. R. Civ. P. 54(D)(2), currently set to be heard on February 14, 2011, at 9:00 a.m. in Courtroom 8 of the above entitled Court.

Dated:   December 21, 2010              Respectfully submitted,

/s/ Irwin B. Schwartz
Irwin B. Schwartz
John V. Komar

Counsel for Objector National Automatic Sprinkler Industry Pension Fund